**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAFAYETTE DIVISION**

| | |
|---|---|
| **FELIPE DE JESUS AVILA-SOTO, AND OTHERS SIMILARLY SITUATED** | No: 6:24-cv-01392<br><br>**JUDGE ROBERT R. SUMMERHAYS** |
| **V.** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |
| **SOUT CENTRAL SUGAR CANE GROWERS' ASSOCATION AND STERLING SUGARS, LLC** | |

## ORDER

Considering the Consent Motion for Extension of Time Within Which to Plead, filed by South Central Sugar Cane and Growers' Association and Sterling Sugars, LLC ("Defendants"); accordingly

IT IS ORDERED BY THE COURT that Defendants' Motion for Extension of Time Within Which to Plead be, and the same is hereby GRANTED, and that Defendants, have until and through, December 17, 2024, in which to respond to the Complaint filed by Plaintiffs.

Lafayette, Louisiana, this 25th day of October, 2024.

_____
**CAROL B. WHITEHURST**
**UNITED STATES MAGISTRATE JUDGE**