# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAFAYETTE DIVISION

| | |
|---|---|
| **FELIPE DE JESUS AVILA-SOTO, AND OTHERS SIMILARLY SITUATED** | **No: 6:24-cv-01392** |
| | **JUDGE ROBERT R. SUMMERHAYS** |
| **V.** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |
| **SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCATION AND STERLING SUGARS, LLC** | |

## MOTION TO APPEAR PRO HAC VICE

In accordance with the local rules for the United States District Court, Western District of Louisiana, application is made to be admitted pro hac vice to the bar of this court for the purpose of appearing on behalf of **SOUTH CENTRAL SUGAR CANE AND GROWERS' ASSOCIATION AND STERLING SUGARS, LLC** in the above described action.

- I am ineligible to become a member of this Court, but I am a member in good standing of the bar of the Supreme Court, State of Mississippi, which is the highest court of such state. Attached hereto is a certificate of good standing from such court.

- Payment of the applicable fee of $105.00 is made via the Court's electronic filing system using Pay.gov.

- There have been no disciplinary proceedings or criminal charges instituted against me.

- In accordance with the local rules for the United States District Court, Western District of Louisiana, Brandon Davis of the firm of Phelps Dunbar LLP is appointed as local counsel.

- I authorize the Clerk of Court for the Western District of Louisiana to transmit notice of entries of judgments and orders to me under Fed.R.Civ.P. 77, Fed.R.Cr.P. 49, LR 5.7.10. I also agree to receive notice electronically from other parties and the court via electronic mail. I understand that electronic mail filter software (SPAM filer) may interfere with receipt of e-mail notices and have verified that any such software installed on my computer or network will not filter out messages sent from Clerk@lawd.uscourts.gov. I understand this electronic notice will be in lieu of notice by any other means. I understand it is my responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the Court's electronic filing system.

Respectfully submitted,

| s/ Marcellus D. Chamberlain | s/ Brandon Davis |
|---|---|
| Signature of Applying Attorney | Signature of Local Counsel |

Applying attorney may use typed "s/ signature."

Local counsel may use typed "s/ signature" and must file electronically.

PLEASE TYPE OR PRINT LEGIBLY:

Name:  Marcellus D. Chamberlain
Firm:  Phelps Dunbar, LLP
Address:  1905 Community Bank Way
          Flowood, MS  39232
Telephone:  601-360-9307
Fax:  601-360-9777
E-mail:  marcellus.chamberlain@phelps.com
Additional e-mail(s):

LOCAL COUNSEL INFORMATION:

Name:  Brandon Davis
Firm:  Phelps Dunbar LLP
Address:  365 Canal Street, Suite 2000
          New Orleans, LA 70130
Telephone:  504-566-1311
Fax:  504-568-9130
E-mail:  brandon.davis @phelps.com

Page **2** of **3**

PD.47627890.1
PD.47627890.1

Certificate of Service

I hereby certify that on December 2, 2024, I presented the foregoing Petition for Admission Pro Hac Vice to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to all participating counsel of record.

/s/ Brandon Davis
Signature

| | |
|---|---|
| Name: | Brandon Davis |
| Firm: | Phelps Dunbar LLP |
| Address: | 365 Canal Street, Suite 2000 |
| | New Orleans, LA 70130 |
| Telephone: | 504-566-1311 |
| Fax: | 504-568-9130 |
| E-mail: | brandon. davis @phelps.com |