# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAFAYETTE DIVISION

**FELIPE DE JESUS AVILA-SOTO,
AND OTHERS SIMILARLY
SITUATED**

**No:  6:24-cv-01392**

**JUDGE ROBERT R. SUMMERHAYS**

**V.**

**MAGISTRATE JUDGE CAROL B.
WHITEHURST**

**SOUTH CENTRAL SUGAR CANE
GROWERS' ASSOCATION AND
STERLING SUGARS, LLC**

### ORDER

IT IS ORDERED that Marcellus D. Chamberlain be and is hereby admitted to the bar of this Court pro hac vice on behalf of  **SOUTH CENTRAL SUGAR CANE AND GROWERS' ASSOCIATION AND STERLING SUGARS, LLC** ,   in the above-described action.

SO ORDERED on this, the _____ day of November, 2024.

_____
U.S. Magistrate Judge