## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAFAYETTE DIVISION

| | |
|---|---|
| **FELIPE DE JESUS AVILA-SOTO, AND OTHERS SIMILARLY SITUATED** | No: **6:24-cv-01392** |
| | **JUDGE ROBERT R. SUMMERHAYS** |
| **V.** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |
| **SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCATION AND STERLING SUGARS, LLC** | |

## ORDER

IT IS ORDERED that Marcellus D. Chamberlain be and is hereby admitted to the bar of this Court pro hac vice on behalf of **SOUTH CENTRAL SUGAR CANE AND GROWERS' ASSOCIATION AND STERLING SUGARS, LLC**, in the above-described action.

SO ORDERED on this, the  3rd   day of December ~~November~~, 2024.

_____
U.S. Magistrate Judge

PD.47627890.1