UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF
LOUISIANA

| | |
|---|---|
| FELIPE DE JESUS AVILA-SOTO, ET Al., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiffs, <br><br> v. <br><br> SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC., ET. AL. <br><br> Defendants. | Case No. 6:24-cv-1392 |

**MOTION FOR ATTORNEY DAWSON MORTON
TO APPEAR AS VISITING ATTORNEY**

Pursuant to Local Civil Rule 83.2.6 the undersigned hereby moves for permission for his co-counsel, Dawson Morton, to appear in this matter as a visiting attorney. Mr. Morton is a member in good standing of the U.S. District Court for the Northern District of California. This motion is supported by the attached declaration of Mr. Morton.

Dated:   November 22, 2024          Respectfully submitted,

**/s/ Daniel Davis**
Daniel Davis, LA Bar No. 30141
Estes Davis Law, LLC
4465 Bluebonnet Blvd, Suite A
Baton Rouge, LA 70809
Telephone: (225) 336-3394
Fax: (225) 384-5419
Email:  dan@estesdavislaw.com