UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF
LOUISIANA

|  |  |
|---|---|
| FELIPE DE JESUS AVILA-SOTO, ET Al., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>　　　Plaintiffs,<br><br>v.<br><br>SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC., ET. AL.<br><br>　　　Defendants. | Case No. 6:24-cv-1392 |

## DECLARATION OF DAWSON MORTON

Pursuant to 28 U.S.C. § 1746, Dawson Morton declares and states as follows:

1. I am a member in good standing of the State Bars of Georgia and California. I am also a member in good standing of the bars of the Southern, Middle and Northern Districts of Georgia, the Central, Eastern and Northern District of California, and the United States Court of Appeals for the Ninth Circuit. A copy of a certificate of good standing from the United States District Court for the Northern District of California is attached to this Declaration.

2. I am co-counseling this matter with Daniel Davis of Estes Davis Law, LLC. We represent the Plaintiffs and putative class members in this action. Mr. Davis is a member in good standing of the Western District of Louisiana.

3. No disciplinary proceedings or criminal charges have been instituted against me.

4. I DO SOLEMNLY AFFIRM that I will conduct myself as an attorney and counselor of this Court, uprightly and according to law and that I will support the Constitution of the United States.

5. I declare under penalty of perjury that the foregoing statements are true and

correct.

Date: 11/22/24                                              ___s/ Dawson Morton_____