UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF
LOUISIANA

| | |
|---|---|
| FELIPE DE JESUS AVILA-SOTO, ET Al., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>　　　Plaintiffs,<br><br>v.<br><br>SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC., ET. AL.<br><br>　　　Defendants. | Case No. 6:24-cv-1392 |

**ORDER**

CONSIDERING the foregoing Motion for Attorney Dawson Morton to Appear as Visiting Attorney:

IT IS HEREBY ORDERED that Dawson Morton be and is hereby permitted to appear in this matter as a visiting attorney.

Entered this __9th__ day of December, 2024

_____
**CAROL B. WHITEHURST**
**UNITED STATES MAGISTRATE JUDGE**