UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| FELIPE DE JESUS AVILA-SOTO, FELIPE DE JESUS SUAREZ-PALAFOX, And JUAN ALEJO HERNANDEZ-CANELA, ON BEHALF OF THEMSELVES AND OTHERS SIMILARLY SITUATED | No: 6:24-cv-01392<br><br>JUDGE ROBERT R. SUMMERHAYS |
| V. | MAGISTRATE JUDGE CAROL B. WHITEHURST |
| SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC., AND STERLING SUGARS, LLC | |

### DEFENDANTS' MOTION FOR ORAL ARGUMENT

**MAY IT PLEASE THE COURT:**

Defendants, South Central Sugar Cane Growers' Association, Inc. and Sterling Sugars, LLC (collectively, "Defendants"), appear through undersigned counsel, without waiving and expressly reserving all rights, motions and defenses, respectfully request that this Court hear oral argument concerning their Rule 12(b)(6) Motion to Dismiss and Alternative Rule 12(e) Motion for More Definite Statement [ECF No. 16]. Defendants submit that oral argument will assist the Court in adjudicating the issues raised in Defendants' Motion.

Respectfully submitted,

**PHELPS DUNBAR LLP**

*/s/ Brandon Davis*
Brandon Davis (La Bar #29823)
Caroline E. Perlis (La Bar #40905)
Marcellus D. Chamberlain (*Admitted Pro Hac Vice*)
Jennifer Clewis Thomas (*Admitted Pro Hac Vice*)
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130

                              Telephone: 504-566-1311
                              Facsimile: 504-568-9130
                              brandon.davis@phelps.com
                              caroline.perlis@phelps.com
                              marcellus.chamberlain@phelps.com
                              jennifer.clewis@phelps.com

## **CERTIFICATE OF SERVICE**

       I hereby certify that on this 17th day of December, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record/parties in this proceeding.

                              */s/ Brandon E. Davis*
                              BRANDON E. DAVIS