## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAFAYETTE DIVISION

FELIPE DE JESUS AVILA-SOTO,                    No:  6:24-cv-01392
FELIPE DE JESUS SUAREZ-PALAFOX,
And JUAN ALEJO HERNANDEZ-CANELA,
ON BEHALF OF THEMSELVES AND
OTHERS SIMILARLY SITUATED                      JUDGE ROBERT R. SUMMERHAYS


           V.                                  MAGISTRATE JUDGE CAROL B.
                                               WHITEHURST

SOUTH CENTRAL SUGAR CANE
GROWERS' ASSOCIATION, INC., AND
STERLING SUGARS, LLC


### ORDER

Before the Court is the Defendants' Motion for Oral Argument [ECF No. 17].  Upon consideration of the same, the Court finds that oral argument will aid the Court in adjudicating the issues presented in Defendants' Motion to Dismiss and Alternative Rule 12(e) Motion for More Definite Statement [ECF No. 16].  Therefore,  Defendants' Motion for Oral Argument is hereby GRANTED.

**IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss and Alternative Rule 12(e) Motion for More Definite Statement is set for oral argument on _____, 202__.


_____, Louisiana, this ____ day of _____, 2024.


                                          _____
                                          UNITED STATES DISTRICT JUDGE