**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

To: All Counsel of Record

Issued By: Judge Robert R. Summerhays

Re: Avila-Soto, et al v. South Central Sugar Cane Growers Assn., Inc., et al
Civil Action Number 6:24-cv-1392

Date: December 18, 2024

**MINUTE ENTRY**

    The Motion to Dismiss [ECF No. 16] is REFERRED to Magistrate Judge Whitehurst for Report and Recommendation. The Motion for Hearing [ECF No. 17] is REFERRED to Magistrate Judge Whitehurst for ruling.