UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **FELIPE DE JESUS AVILA-SOTO ET AL** | **CASE NO. 6:24-CV-01392** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **SOUTH CENTRAL SUGAR CANE GROWERS ASSOCIATION INC ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

**MINUTES OF COURT:**
**Motion Hearing**

| Date: | February 10, 2025 | Presiding: Magistrate Judge Carol B. Whitehurst | |
|---|---|---|---|
| Court Opened: | 9:58 a.m. | Courtroom Deputy: | Paula Jordan |
| Court Adjourned: | 10:27 a.m. | Court Reporter: | Beth Delatte |
| Statistical Time: | 0:29 | Courtroom: | CR6 |

**APPEARANCES**

| | | |
|---|---|---|
| James M Knoepp  (Retained) | For | Felipe De Jesus Avila-Soto, et al |
| Brandon E Davis (Retained) | For | South Central Sugar Cane Growers Association Inc |

**PROCEEDINGS**

Case called for oral argument on **Motion to Dismiss [16],** filed by **South Central Sugar Cane Growers Association Inc, Sterling Sugars L LC**.

For the reasons stated on the record, this Court finds that the motion will be TAKEN UNDER ADVISEMENT.

A **report and recommendation** by the Court will follow.