## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| FELIPE DE JESUS AVILA–SOTO, et al. | NO. 6:24–CV–01392–RRS–CBW |
| VERSUS | JUDGE ROBERT R SUMMERHAYS |
| SOUTH CENTRAL SUGAR CANE GROWERS ASSOCIATION INC , et al. | MAGISTRATE JUDGE CAROL B WHITEHURST |

### 2nd NOTICE REGARDING CORPORATE DISCLOSURE

The Clerk previously issued a Notice requesting a Corporate Disclosure be filed. As of this date, nothing has been filed. Therefore,

IT IS ORDERED that Brandon E Davis, counsel for South Central Sugar Cane Growers Association Inc, Sterling Sugars L L C file a written response to show cause by 3/27/2025 why they should not be subject to further action by the court for failing to comply with the previous notice. Counsel may immediately file a corporate disclosure statement in lieu of a response to this notice.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1–866–323–1101.

THUS DONE  March 13, 2025.

DANIEL J. MCCOY
CLERK OF COURT