## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAFAYETTE DIVISION

| | |
|---|---|
| **FELIPE DE JESUS AVILA-SOTO, AND OTHERS SIMILARLY SITUATED** | **No: 6:24-cv-01392** |
| | **JUDGE ROBERT R. SUMMERHAYS** |
| **V.** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |
| **SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION AND STERLING SUGARS, LLC** | |

## MOTION TO ENROLL MOLLY MCDIARMID AS ADDITIONAL COUNSEL OF RECORD FOR DEFENDANTS

NOW INTO COURT, through undersigned counsel, come Defendants South Central Sugar Cane Growers' Association and Sterling Sugars, LLC, who respectfully request that this Court enroll Molly McDiarmid (La. Bar Roll No. 36426) of the law firm Phelps Dunbar LLP, P.O. Box 4412 (70821-4412), 400 Convention Street, Suite 1100, Baton Rouge, Louisiana 70802, as additional counsel in this matter. Brandon E. Davis, Caroline Perlis, and Jennifer Clewis Thomas will also remain enrolled as counsel of record.

WHEREFORE, Defendants pray that this this motion be granted and Molly McDiarmid be enrolled as additional counsel of record.

Respectfully submitted,

PHELPS DUNBAR LLP

BY:    /s/ *Molly McDiarmid*
       Brandon E. Davis (La Bar #29823)
       Molly McDiarmid (La Bar #36426)
       Caroline Perlis (La Bar # 40905)
       Jennifer Clewis Thomas (*Admitted Pro Hac Vice*)
       365 Canal Street, Suite 2000
       New Orleans, Louisiana 70130
       Telephone: 504-566-1311
       Facsimile: 504-568-9130
       brandon.davis@phelps.com
       molly.mcdiarmid@phelps.com
       caroline.perlis@phelps.com
       jennifer.clewis@phelps.com

       ATTORNEY FOR DEFENDANTS,
       SOUTH CENTRAL SUGAR CANE
       GROWERS' ASSOCIATION AND
       STERLING SUGARS, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of April, 2025, I electronically filed the foregoing Motion to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to all participating counsel of record.

       /s/ *Molly McDiarmid*