UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| **FELIPE DE JESUS AVILA-SOTO, AND OTHERS SIMILARLY SITUATED** | No: 6:24-cv-01392 |
| | **JUDGE ROBERT R. SUMMERHAYS** |
| **V.** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |
| **SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION AND STERLING SUGARS, LLC** | |

**ORDER**

CONSIDERING the foregoing *Motion to Enroll Molly McDiarmid as Additional Counsel of Record for Defendants*,

IT IS HEREBY ORDERED that the Motion is GRANGED.  Molly McDiarmid (La. Bar Roll No. 36426) of the firm Phelps Dunbar LLP is enrolled as additional counsel for South Central Sugar Cane Growers' Association and Sterling Sugars, LLC.

SIGNED this _____ day of _____, 2025 in _____, Louisiana.

_____