UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| **FELIPE DE JESUS AVILA-SOTO, AND OTHERS SIMILARLY SITUATED** | **No: 6:24-cv-01392** |
| | **JUDGE ROBERT R. SUMMERHAYS** |
| **V.** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |
| **SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION AND STERLING SUGARS, LLC** | |

## MOTION TO ENROLL MOLLY MCDIARMID AS ADDITIONAL COUNSEL OF RECORD FOR DEFENDANTS

NOW INTO COURT, comes Brandon Davis, counsel for Defendants South Central Sugar Cane Growers' Association and Sterling Sugars, LLC, who respectfully requests that this Court enroll Molly McDiarmid (La. Bar Roll No. 36426) of the law firm Phelps Dunbar LLP, P.O. Box 4412 (70821-4412), 400 Convention Street, Suite 1100, Baton Rouge, Louisiana 70802, as additional counsel in this matter. Brandon E. Davis, Caroline Perlis, and Jennifer Clewis Thomas will also remain enrolled as counsel of record, and they consent to Molly McDiarmid's enrollment as counsel.

WHEREFORE, Defendants pray that this this motion be granted and Molly McDiarmid be enrolled as additional counsel of record.

                                      Respectfully submitted,

                                      PHELPS DUNBAR LLP

BY:    /s/ *Brandon Davis*
           Brandon E. Davis (La Bar #29823)
           Molly McDiarmid (La Bar #36426)
           Caroline Perlis (La Bar # 40905)
           Jennifer Clewis Thomas (*Admitted Pro Hac Vice*)
           365 Canal Street, Suite 2000
           New Orleans, Louisiana 70130
           Telephone: 504-566-1311
           Facsimile: 504-568-9130
           brandon.davis@phelps.com
           molly.mcdiarmid@phelps.com
           caroline.perlis@phelps.com
           jennifer.clewis@phelps.com

           ATTORNEY FOR DEFENDANTS, SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION AND STERLING SUGARS, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of April, 2025, I electronically filed the foregoing Motion to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to all participating counsel of record.

                                      /s/ *Brandon Davis*