UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FELIPE DE JESUS AVILA-SOTO, FELIPE DE JESUS SUAREZ-PALAFOX, and JUAN ALEJO HERNANDEZ-CANELA, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiffs, <br><br> v. <br><br> SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC., AND STERLING SUGARS, LLC, <br><br> Defendants. | Case No. 6:24-cv-01392-RRS-CBW <br><br> JUDGE ROBERT R. SUMMERHAYS <br><br> MAGISTRATE JUDGE WHITEHURST |

**NOTICE OF FILING CONSENT TO JOIN FLSA COLLECTIVE ACTION**

Pursuant to 29 U.S.C. § 216(b), the following individual hereby files their consent to join this Fair Labor Standards Act Collective Action:

2. Ruben Zayas Reyes.

Dated:     September 12, 2025         Respectfully submitted,

/s/ James M. Knoepp
James M. Knoepp* (Lead Attorney)
South Carolina Bar No. 102757
*Admitted Pro Hac Vice*
1612 Crestwood Drive
Columbia, SC 29205
Telephone: (828) 379-3169
Email: jim@dawsonmorton.com

/s/ Dawson Morton
Dawson Morton
California Bar No. 320811
*Admitted Pro Hac Vice*
1808 Sixth St.
Berkeley, CA 94710
Phone: (404) 590-1295
Email: dawson@dawsonmorton.com

1

/s/ **Daniel Davis**
Daniel Davis, LA Bar No. 30141
Estes Davis Law, LLC
4465 Bluebonnet Blvd, Suite A
Baton Rouge, LA 70809
Telephone: (225) 336-3394
Fax: (225) 384-5419
Email:  dan@estesdavislaw.com