CONSENTIMIENTO PARA PRESENTAR DEMANDA PARA RECLAMOS DE SUELDO
BAJO LEY DE NORMAS JUSTAS Y IGUALES EN LA LABOR

POR MEDIO DEL PRESENTE, doy mi consentimiento para ser Demandante en una
demanda judicial para pagos que se me deben.


Nombre y Apellidos (en letras de molde):  Ruben Zayas Reyes

Firma:  *Ruben Zayas Reyes* _____


CONSENT TO BRING WAGE SUIT UNDER THE FAIR LABOR STANDARDS ACT

THROUGH THIS DOCUMENT, I give my consent to be a plaintiff in a lawsuit about
the pay that may be owed to me.


Full Name (printed): Ruben Zayas Reyes

Signature: _____

Doc ID: a3958ee2d07e7481c17e087b13bd36d24cccf790