UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| FELIPE DE JESUS AVILA-SOTO, AND OTHERS SIMILARLY SITUATED | No:  6:24-cv-01392<br><br>JUDGE ROBERT R. SUMMERHAYS |
| V. | MAGISTRATE JUDGE CAROL B. WHITEHURST |
| SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION AND STERLING SUGARS, LLC | |

## ORDER

CONSIDERING the foregoing *Motion to Enroll Lucy Brown as Additional Counsel of Record for Defendants*,

IT IS HEREBY ORDERED that the Motion is GRANTED.  Lucy Brown (La. Bar Roll No. 41176) of the firm Phelps Dunbar LLP is enrolled as additional counsel for South Central Sugar Cane Growers' Association and Sterling Sugars, LLC.

SIGNED this  14th  day of   October        , 2025 in   Lafayette     , Louisiana.

_____
CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE