CONSENTIMIENTO PARA PRESENTAR DEMANDA PARA RECLAMOS DE SUELDO BAJO LEY DE NORMAS JUSTAS Y IGUALES EN LA LABOR

POR MEDIO DEL PRESENTE, doy mi consentimiento para ser Demandante en una demanda judicial para pagos que se me deben.

Nombre y Apellidos (en letras de molde):  Omar Alejandro Rosas Osuna

Firma: *Rosas Osuna*

CONSENT TO BRING WAGE SUIT UNDER THE FAIR LABOR STANDARDS ACT

THROUGH THIS DOCUMENT, I give my consent to be a plaintiff in a lawsuit about the pay that may be owed to me.

Full Name (printed): Omar Alejandro Rosas Osuna

Signature: _____

Doc ID: d245bc19fd7d6ab4f7c819ad2219ca791a9b8d81