UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FELIPE DE JESUS AVILA-SOTO, FELIPE DE JESUS SUAREZ-PALAFOX, and JUAN ALEJO HERNANDEZ-CANELA, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiffs, <br><br> v. <br><br> SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC., AND STERLING SUGARS, LLC, <br><br> Defendants. | Case No. 6:24-cv-01392 |

**ORDER**

The Court has reviewed Plaintiffs' Motion for 29 U.S.C. § 216(b) Notice to Similarly Situated Workers and for Disclosure of Contact Information.

IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED. The Notice submitted by Plaintiffs as Exhibit 1 to their Memorandum in Support of the Motion is approved, including the text of messages that would be sent via email, text, and WhatsApp messages. It is also ORDERED that:

1. Plaintiffs shall have the Notice translated into Spanish by a federal court certified interpreter.

2. Plaintiffs are authorized to send the Notice via mail, email, text, and WhatsApp messages to the following: All individuals admitted as H-2A temporary foreign workers who were employed by Defendants as truck drivers hauling harvested sugarcane within the state of Louisiana at any time between 2022 and the present.

3. Defendants must provide Plaintiffs the names, addresses (U.S. and foreign), email

   addresses, telephone numbers (U.S., foreign, cell phone, and WhatsApp) of the similarly situated H-2A truck drivers identified above within fourteen (14) days of this Order.

4. Individuals shall have ninety (90) days form the date on which Plaintiffs first send the Notice to return their consent forms if they wish to join the Fair Labor Standards Act claims in this action.

5. Plaintiffs are authorized to send a reminder notice via mail, email, text, and/or WhatsApp messages forty-five (45) days after the initial notice was sent.

Entered this _____ day of _____, _____.

_____
JUDGE, UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA