PLAINTIFFS' MOTION FOR 29 U.S.C. § 216(B) NOTICE TO SIMILARLY SITUATED WORKERS AND FOR DISCLOSURE OF CONTACT INFORMATION

Exhibit List

| Exhibit Number | Description |
|---|---|
| 1 | Proposed FLSA Notice and Opt-in Forms |
| 2 | 2022 ETA-790 Clearance Order |
| 3 | 2023 ETA-790 Clearance Order |
| 4 | 2024 ETA-790 Clearance Order |
| 5 | 2025 ETA-790 Clearance Order |
| 6 | Defendants' Supplemental Responses to Plaintiffs' Requests for Admission |
| 7 | Defendants' Responses to Plaintiffs' First Set of Interrogatories |
| 8 | Declaration of Plaintiff Felipe de Jesus Avila-Soto |
| 9 | Declaration of Plaintiff Felipe de Jesus Suarez-Palafox |
| 10 | Declaration of James Knoepp |