# EXHIBIT 8

# DECLARATION OF PLAINTIFF FELIPE DE JESUS AVILA-SOTO

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FELIPE DE JESUS AVILA-SOTO, et al. | Case No. 6:24-cv-01392 |
| Plaintiffs, | JUDGE ROBERT R. SUMMERHAYS |
| v. | MAGISTRATE JUDGE CAROL B. WHITEHURST |
| SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC., et al. | |
| Defendants. | |

**DECLARATION OF FELIPE DE JESUS AVILA-SOTO**

1. My name is Felipe de Jesus Avila-Soto. I am one of the Plaintiffs in this case.

2. I live in Mexico and worked for the Defendants with an H-2A temporary work visa as a truck driver during the 2022 sugarcane harvest season.

3. My job as a truck driver was to operate a tractor-trailer truck to haul sugarcane from fields to the Sterling Sugars mill. I did not have any other employment responsibilities with the Defendants other than to work as a truck driver.

4. There were many of us from Mexico with H-2A visas who did the same job as me—driving trucks to haul sugarcane to the mill. There were so many of us that the mill had a dispatcher to send all the truck drivers communications about where to go to pick up the sugarcane.

5. I worked more than 40 hours during most of the weeks that I worked for the Defendants as a truck driver. I never received any overtime pay when I worked more than 40 hours in a week. Attached to this declaration are copies of some of the paycheck stubs that I

1

received when I worked for the Defendants that show I did not receive overtime pay when I worked more than 40 hours in a week.

      6.      I know that my co-workers who came from Mexico with H-2A visas and who also worked as truck drivers also did not receive overtime pay. I know this because we lived together and would sometimes talk about how we were paid.

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.


Executed on _____, 2025　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Felipe de Jesus Avila-Soto



**SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC.**

Employee ID: 5175  
Employee Name: FELIPE D AVILA SOTO  
CHECK NUMBER  
SSN #:  
Check #: 1272

| Pay period: 10/05/22 to: 10/18/22 | | Earnings | | | Taxes | | Deductions & Other Pays | |
|---|---|---|---|---|---|---|---|---|
| | | Type | Hours | Dollars | Type | Dollars | | |
| Gross | 2262.79 | Reg | 181.75 | 2262.79 | FWT | 71.50 | MEALS | -196.00 |
| Other | 0.00 | OT1 | 0.00 | | OASDI | 0.00 | STORES | -100.00 |
| Tips | 0.00 | OT2 | 0.00 | | MED | 0.00 | | |
| Cash Tips | 0.00 | Vac | 0.00 | | SWT | 53.37 | | |
| | | Sick | 0.00 | | SDI | 0.00 | | |
| Subtotal | 2262.79 | Hol | 0.00 | | SUI | 0.00 | | |
| | | Comm | | | | | | |
| Taxes | -124.87 | Misc | | | | | | |
| Deducts | -296.00 | Other | | | | | | |
| Net Pay | 1841.92 | Gross Pay | | 2262.79 | Total Tax | 124.87 | | |

Year-to-Date: Gross 3134.29 FWT 71.50 MED 0.00 Federal Tax ID: 88-  
12.450 OASDI 0.00 SWT 59.53  
Pay Rate:

PLEASE DETACH BEFORE DEPOSITING FOR PAYMENT

**SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC.**

SSN #:
Check #: 1564

Employee ID: 5175
Employee Name: FELIPE D AVILA SOTO

Pay period: 10/19/22 to: 11/01/22

### Earnings

| Type | Hours | Dollars |
|---|---|---|
| Reg | 201.75 | 2511.79 |
| OT1 | 0.00 | 0.00 |
| OT2 | 0.00 | 0.00 |
| Vac | 0.00 | 0.00 |
| Sick | 0.00 | 0.00 |
| Hol | 0.00 | 0.00 |
| Comm | | |
| Misc | | |
| Other | | |
| **Gross Pay** | | **2511.79** |

### Taxes

| Type | Dollars |
|---|---|
| FWT | 101.38 |
| OASDI | 0.00 |
| MED | 0.00 |
| SWT | 62.09 |
| SDI | 0.00 |
| SUI | 0.00 |
| **Total Tax** | **163.47** |

### Deductions & Other Pays

| | |
|---|---|
| MEALS | -196.00 |

| | |
|---|---|
| Gross | 2511.79 |
| Other | 0.00 |
| Tips | 0.00 |
| Cash Tips | 0.00 |
| Subtotal | 2511.79 |
| Taxes | -163.47 |
| Deducts | -196.00 |
| **Net Pay** | **2152.32** |

Year-to-Date: Gross 5646.08  FWT 172.88  MED 0.00
Pay Rate: 12.450  OASDI 0.00  SWT 121.62

Federal Tax ID: 88-▮▮▮▮

PLEASE DETACH BEFORE DEPOSITING FOR PAYMENT

CHECK NUMBER

AVILA-SOTO_PL_00164



# SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC.

**Employee ID:** 5175    **Employee Name:** FELIPE D AVILA SOTO

**CHECK NUMBER**
**SSN #:**
**Check #:** 1743

**Pay period:** 11/02/22 to 11/15/22

### Earnings

| Type | Hours | Dollars |
|---|---|---|
| Reg | 185.00 | 2303.25 |
| OT1 | 0.00 | 0.00 |
| OT2 | 0.00 | 0.00 |
| Vac | 0.00 | 0.00 |
| Sick | 0.00 | 0.00 |
| Hol | 0.00 | 0.00 |
| Comm | | |
| Misc | | |
| Other | | |

| | |
|---|---|
| Gross | 2303.25 |
| Other | 0.00 |
| Tips | 0.00 |
| Cash Tips | 0.00 |
| Subtotal | 2303.25 |
| Taxes | -131.14 |
| Deducts | -196.00 |
| **Net Pay** | **1976.11** |

**Gross Pay** 2303.25

### Taxes

| Type | Dollars |
|---|---|
| FWT | 76.35 |
| OASDI | 0.00 |
| MED | 0.00 |
| SWT | 54.79 |
| SDI | 0.00 |
| SUI | 0.00 |

**Total Tax** 131.14

### Deductions & Other Pays

| | |
|---|---|
| MEALS | -196.00 |

**Year-to-Date:** Gross 7949.33   FWT 249.23   MED 0.00
**Pay Rate:** 12.450   OASDI 0.00   SWT 176.41

Federal Tax ID: 88-

PLEASE DETACH BEFORE DEPOSITING FOR PAYMENT

AVILA-SOTO_PL_00165



**SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC.**

Employee ID: 5175
Employee Name: FELIPE D AVILA SOTO
Check #: 1845
Pay period: 11/16/22 to: 11/29/22

| | | Earnings | | | Taxes | | Deductions & Other Pays | |
|---|---|---|---|---|---|---|---|---|
| | Type | Hours | Dollars | Type | Dollars | | | |
| Gross 1596.71 | Reg | 128.25 | 1596.71 | FWT | 2.36 | MEALS | -140.00 |
| Other 0.00 | OT1 | 0.00 | 0.00 | OASDI | 0.00 | | |
| Tips 0.00 | OT2 | 0.00 | 0.00 | MED | 0.00 | | |
| Cash Tips 0.00 | Vac | 0.00 | 0.00 | SWT | 30.06 | | |
| | Sick | 0.00 | 0.00 | SDI | 0.00 | | |
| Subtotal 1596.71 | Hol | 0.00 | | SUI | 0.00 | | |
| | Comm | | | | | | |
| Taxes -32.42 | Misc | | | | | | |
| Deducts -140.00 | Other | | | | | | |
| Net Pay 1424.29 | Gross Pay | | 1596.71 | Total Tax | 32.42 | | |

Year-to-Date: Gross 9546.04  FWT 251.59  MED 0.00   Federal Tax ID: 88-
Pay Rate: 12.450  OASDI 0.00  SWT 206.47

PLEASE DETACH BEFORE DEPOSITING FOR PAYMENT

<u>Declaration of Translation</u>

I, Carlos Radillo, declare that I am a certified Federal and State Court translator and I am fluent in both the English and Spanish languages. I have reviewed the attached Spanish Declarations of Felipe de Jesus Suarez Palafox and Felipe de Jesus Avila Soto and the English translations and I certify that the translations are true and correct.

I declare under penalty of perjury that the foregoing is true and correct, and that I executed this declaration on November 14, 2025.

_____
Signature

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FELIPE DE JESUS AVILA-SOTO, et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>SOUTH CENTRAL SUGAR CANE )<br>GROWERS' ASSOCIATION, INC., et al. )<br>)<br>Defendants. )<br>) | Case No. 6:24-cv-01392<br><br>JUDGE ROBERT R. SUMMERHAYS<br><br>MAGISTRATE JUDGE CAROL B. WHITEHURST |

## DECLARACIÓN DE FELIPE DE JESUS AVILA-SOTO

1. Mi nombre es Felipe de Jesus Avila-Soto. Soy uno de los demandantes en este caso.

2. Vivo en México y trabajé para los demandados con una visa de trabajo temporal H-2A como camionero durante la temporada de cosecha de caña de azúcar de 2022.

3. Mi trabajo como camionero consistía en operar un camión con remolque para transportar caña de azúcar desde los campos hasta el molino Sterling Sugars. No tenía ninguna otra responsabilidad laboral con los demandados aparte de trabajar como conductor de camión.

4. Había muchos de nosotros de México con visas H-2A que hacíamos el mismo trabajo que yo: conducir camiones para transportar caña de azúcar al molino. Éramos tantos que el ingenio tenía un despachador para enviar comunicaciones a todos los camioneros sobre dónde debían ir a recoger la caña de azúcar.

5. Trabajé más de 40 horas durante la mayor parte de las semanas que trabajé para los demandados como conductor de camión. Nunca recibí ningún pago de horas extras cuando trabajé más de 40 horas en una semana. Se adjuntan a esta declaración copias de algunos de los

talones de cheque de pago que recibí cuando trabajé para los demandados que muestran que no recibí pago de horas extras cuando trabajé más de 40 horas en una semana.

6. Yo sé que mis compañeros de trabajo que vinieron de México con visas H-2A y también trabajaron como camioneros tampoco recibieron pago de horas extras. Lo sé porque vivíamos juntos y a veces hablábamos de cómo nos pagaban.

Declaro bajo pena de perjurio bajo las leyes de los Estados Unidos de América que lo anterior es verdadero y correcto a mi leal saber y entender.

Ejecutado el 11 / 07 / 2025 de 2025

Felipe de Jesus Avila-Soto

Doc ID: a3d844de042964d3904e5d4451f67ab216fc65d5