EXHIBIT 9

DECLARATION OF PLAINTIFF
FELIPE DE JESUS SUAREZ-PALAFOX

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FELIPE DE JESUS AVILA-SOTO, et al.<br><br>Plaintiffs,<br><br>v.<br><br>SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC., et al.<br><br>Defendants. | Case No. 6:24-cv-01392<br><br>JUDGE ROBERT R. SUMMERHAYS<br><br>MAGISTRATE JUDGE CAROL B. WHITEHURST |

**DECLARATION OF FELIPE DE JESUS SUAREZ-PALAFOX**

1. My name is Felipe de Jesus Suarez-Palafox. I am one of the Plaintiffs in this case.

2. My permanent residence is in Mexico. I have worked for the Defendants with an H-2A temporary work visa as a truck driver during each sugarcane harvest season between 2022 and 2025. I also worked in prior years as an H-2A truck driver for a prior company that was also associated with the Sterling Sugars' mill.

3. During each of the sugarcane harvest seasons between 2022 and 2025 I work for the Defendants as a truck driver operating a tractor-trailer truck to haul sugarcane from fields to the Sterling Sugars mill. I have not had any other job responsibilities with the Defendants other than to perform work as a truck driver between 2022 and 2025.

4. Between 2022 and 2025 there were many of us from Mexico with H-2A visas who do the same job as me—driving trucks to haul sugarcane to the mill. Myself and many of the other truck drivers from Mexico stay in an old motel near the mill and pick up our trucks each day at the truck yard.

1

5.      Between 2022 and 2025 I worked more than 40 hours during most of the weeks that I worked for the Defendants as a truck driver.  I have never received any overtime pay when I worked more than 40 hours in a week, including during the current 2025 season.  Attached to this declaration are copies of some of the paycheck stubs that I received that show I did not receive overtime pay when I worked more than 40 hours in a week, including one from the current 2025 season.

6.      My co-workers who came from Mexico with H-2A visas and also worked as truck drivers between 2022 and 2025 also did not receive overtime pay.  I know this because we lived together and would sometimes talk about how we were paid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.


Executed on _____          _____
                                                                            Felipe de Jesus Suarez-Palafox



## Paystub 1

**SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC.**

Employee ID: 5076
Employee Name: FELIPE D SUAREZ PALAFOX
CHECK NUMBER
SSN #:
Check #: 2395

Pay period: 12/28/22 to: 01/10/23

| Earnings | | | | Taxes | | Deductions & Other Pays | |
|---|---|---|---|---|---|---|---|
| | | Type | Hours | Dollars | Type | Dollars | |
| Gross | 2278.41 | Reg | 171.00 | 2278.41 | FWT | 98.37 | MEALS -196.00 |
| Other | 0.00 | OT1 | 0.00 | | OASDI | 0.00 | |
| Tips | 0.00 | OT2 | 0.00 | | MED | 0.00 | |
| Cash Tips | 0.00 | Vac | 0.00 | | SWT | 55.34 | |
| | | Sick | 0.00 | | SDI | 0.00 | |
| Subtotal | 2278.41 | Hol | 0.00 | | SUI | 0.00 | |
| | | Comm | | | | | |
| Taxes | -153.71 | Misc | | | | | |
| Deducts | -196.00 | Other | | | | | |
| Net Pay | 1928.70 | Gross Pay | | 2278.41 | Total Tax | 153.71 | |

Year-to-Date: Gross 4310.87  FWT 168.92  MED 0.00   Federal Tax ID: [REDACTED]
Pay Rate: 13.670        OASDI 0.00  SWT 102.07

PLEASE DETACH BEFORE DEPOSITING FOR PAYMENT

## Paystub 2

**SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC.**

Employee ID: 5076
Employee Name: FELIPE D SUAREZ PALAFOX
SSN #:
Check #: 2227

Pay period: 12/14/22 to: 12/27/22

| Earnings | | | | Taxes | | Deductions & Other Pays | |
|---|---|---|---|---|---|---|---|
| | | Type | Hours | Dollars | Type | Dollars | |
| Gross | 2032.46 | Reg | 163.25 | 2032.46 | FWT | 70.55 | MEALS -196.00 |
| Other | 0.00 | OT1 | 0.00 | | OASDI | 0.00 | |
| Tips | 0.00 | OT2 | 0.00 | | MED | 0.00 | |
| Cash Tips | 0.00 | Vac | 0.00 | | SWT | 46.73 | |
| | | Sick | 0.00 | | SDI | 0.00 | |
| Subtotal | 2032.46 | Hol | 0.00 | | SUI | 0.00 | |
| | | Comm | | | | | |
| Taxes | -117.28 | Misc | | | | | |
| Deducts | -196.00 | Other | | | | | |
| Net Pay | 1719.18 | Gross Pay | | 2032.46 | Total Tax | 117.28 | |

Year-to-Date: Gross 2032.46  FWT 70.55  MED 0.00   Federal Tax ID: [REDACTED]
Pay Rate: 12.450        OASDI 0.00  SWT 46.73

PLEASE DETACH BEFORE DEPOSITING FOR PAYMENT

## Paystub 3

**SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC.**

Employee ID: 5076
Employee Name: FELIPE D SUAREZ PALAFOX
CHECK NUMBER
SSN #:
Check #: 1692

Pay period: 11/02/22 to: 11/15/22

| Earnings | | | | Taxes | | Deductions & Other Pays | |
|---|---|---|---|---|---|---|---|
| | | Type | Hours | Dollars | Type | Dollars | |
| Gross | 2144.51 | Reg | 172.25 | 2144.51 | FWT | 82.30 | MEALS -196.00 |
| Other | 0.00 | OT1 | 0.00 | | OASDI | 0.00 | |
| Tips | 0.00 | OT2 | 0.00 | | MED | 0.00 | |
| Cash Tips | 0.00 | Vac | 0.00 | | SWT | 50.65 | |
| | | Sick | 0.00 | | SDI | 0.00 | |
| Subtotal | 2144.51 | Hol | 0.00 | | SUI | 0.00 | |
| | | Comm | | | | | |
| Taxes | -132.95 | Misc | | | | | |
| Deducts | -196.00 | Other | | | | | |
| Net Pay | 1815.56 | Gross Pay | | 2144.51 | Total Tax | 132.95 | |

Year-to-Date: Gross 6919.09  FWT 263.72  MED 0.00   Federal Tax ID: [REDACTED]
Pay Rate: 12.450        OASDI 0.00  SWT 156.86

PLEASE DETACH BEFORE DEPOSITING FOR PAYMENT

AVILA-SOTO_PL_00174

## Paystub 1

**SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC.**

Employee ID: 5076  
Employee Name: FELIPE D SUAREZ PALAFOX  
Check #: (redacted)

Pay period: 11/30/22 to 12/13/22

| Earnings | | | | Taxes | | Deductions & Other Pays | |
|---|---|---|---|---|---|---|---|
| | | Type | Hours | Dollars | Type | Dollars | |
| Gross | 1799.03 | Reg | 144.50 | 1799.03 | FWT | 47.21 | MEALS -196.00 |
| Other | 0.00 | OT1 | 0.00 | 0.00 | OASDI | 0.00 | |
| Tips | 0.00 | OT2 | 0.00 | 0.00 | MED | 0.00 | |
| Cash Tips | 0.00 | Vac | 0.00 | 0.00 | SWT | 38.56 | |
| | | Sick | 0.00 | 0.00 | SDI | 0.00 | |
| Subtotal | 1799.03 | Hol | 0.00 | 0.00 | SUI | 0.00 | |
| | | Comm | | | | | |
| Taxes | -85.77 | Misc | | | | | |
| Deducts | -196.00 | Other | | | | | |
| Net Pay | 1517.26 | Gross Pay | | 1799.03 | Total Tax | 85.77 | |

Year-to-Date: Gross 10719.46  FWT 378.37  MED 0.00  
Pay Rate: 12.450  OASDI 0.00  SWT 241.06  Federal Tax ID: (redacted)

---

## Paystub 2

**SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC.**

Employee ID: 5076  
Employee Name: FELIPE D SUAREZ PALAFOX  
Check #: 1512

Pay period: 10/19/22 to 11/01/22

| Earnings | | | | Taxes | | Deductions & Other Pays | |
|---|---|---|---|---|---|---|---|
| | | Type | Hours | Dollars | Type | Dollars | |
| Gross | 2175.64 | Reg | 174.75 | 2175.64 | FWT | 86.04 | MEALS -196.00 |
| Other | 0.00 | OT1 | 0.00 | 0.00 | OASDI | 0.00 | |
| Tips | 0.00 | OT2 | 0.00 | 0.00 | MED | 0.00 | |
| Cash Tips | 0.00 | Vac | 0.00 | 0.00 | SWT | 51.74 | |
| | | Sick | 0.00 | 0.00 | SDI | 0.00 | |
| Subtotal | 2175.64 | Hol | 0.00 | 0.00 | SUI | 0.00 | |
| | | Comm | | | | | |
| Taxes | -137.78 | Misc | | | | | |
| Deducts | -196.00 | Other | | | | | |
| Net Pay | 1841.86 | Gross Pay | | 2175.64 | Total Tax | 137.78 | |

Year-to-Date: Gross 4774.58  FWT 181.42  MED 0.00  
Pay Rate: 12.450  OASDI 0.00  SWT 106.21  Federal Tax ID: (redacted)

---

## Paystub 3

**SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC.**

Employee ID: 5076  
Employee Name: FELIPE D SUAREZ PALAFOX  
Check #: 1219

Pay period: 10/05/22 to 10/18/22

| Earnings | | | | Taxes | | Deductions & Other Pays | |
|---|---|---|---|---|---|---|---|
| | | Type | Hours | Dollars | Type | Dollars | |
| Gross | 2253.45 | Reg | 181.00 | 2253.45 | FWT | 95.38 | MEALS -196.00 |
| Other | 0.00 | OT1 | 0.00 | 0.00 | OASDI | 0.00 | STORES -100.00 |
| Tips | 0.00 | OT2 | 0.00 | 0.00 | MED | 0.00 | |
| Cash Tips | 0.00 | Vac | 0.00 | 0.00 | SWT | 54.47 | |
| | | Sick | 0.00 | 0.00 | SDI | 0.00 | |
| Subtotal | 2253.45 | Hol | 0.00 | 0.00 | SUI | 0.00 | |
| | | Comm | | | | | |
| Taxes | -149.85 | Misc | | | | | |
| Deducts | -296.00 | Other | | | | | |
| Net Pay | 1807.60 | Gross Pay | | 2253.45 | Total Tax | 149.85 | |

Year-to-Date: Gross 2598.94  FWT 95.38  MED 0.00  
Pay Rate: 12.450  OASDI 0.00  SWT 54.47  Federal Tax ID: (redacted)

### Paystub 1

**SOUTH CENTRAL SUGAR CANE GROWERS ASSOC**
Employee ID: 5076
Employee Name: FELIPE D SUAREZ PALAFOX
SSN #:
Check #: 592

Pay period: 11/01/23 to 11/14/23

| Earnings | | | | Taxes | | Deductions & Other Pays | |
|---|---|---|---|---|---|---|---|
| | Type | Hours | Dollars | Type | Dollars | | |
| Gross 3282.93 | Reg | 141.75 | 3282.93 | FWT | 209.49 | MEALS | -196.00 |
| Other 0.00 | OT1 | | 0.00 | OASDI | 0.00 | | |
| Tips 0.00 | OT2 | | 0.00 | MED | 0.00 | | |
| Cash Tips 0.00 | Vac | | 0.00 | SWT | 90.50 | | |
| | Sick | | 0.00 | SDI | 0.00 | | |
| Subtotal 3282.93 | Hol | | 0.00 | SUI | 0.00 | | |
| Dir Dep -2786.94 | Comm | | | | | | |
| Taxes -299.99 | Misc | | | | | | |
| Deducts -196.00 | Other | | | | | | |
| Net Pay 0.00 | Gross Pay | | 3282.93 | Total Tax | 299.99 | | |

Year-to-Date: Gross 17093.63    Vacation: Earned 0.00    Direct Deposit    2786.94
FWT 641.23 SWT 383.60    Taken 0.00

---

### Paystub 2

**SOUTH CENTRAL SUGAR CANE GROWERS ASSOC**
Employee ID: 5076
Employee Name: FELIPE D SUAREZ PALAFOX
SSN #:
Check #: 23

Pay period: 10/04/23 to 10/17/23

| Earnings | | | | Taxes | | Deductions & Other Pays | |
|---|---|---|---|---|---|---|---|
| | Type | Hours | Dollars | Type | Dollars | | |
| Gross 1855.70 | Reg | 135.75 | 1855.70 | FWT | 45.95 | MEALS | -168.00 |
| Other 0.00 | OT1 | | 0.00 | OASDI | 0.00 | STORES | -100.00 |
| Tips 0.00 | OT2 | | 0.00 | MED | 0.00 | | |
| Cash Tips 0.00 | Vac | | 0.00 | SWT | 40.55 | | |
| | Sick | | 0.00 | SDI | 0.00 | | |
| Subtotal 1855.70 | Hol | | 0.00 | SUI | 0.00 | | |
| Dir Dep -1501.20 | Comm | | | | | | |
| Taxes -86.50 | Misc | | | | | | |
| Deducts -268.00 | Other | | | | | | |
| Net Pay 0.00 | Gross Pay | | 1855.70 | Total Tax | 86.50 | | |

Year-to-Date: Gross 8058.34    Vacation: Earned 0.00    Direct Deposit    1501.20
Taken 0.00

---

### Paystub 3

**SOUTH CENTRAL SUGAR CANE GROWERS ASSOC**
Employee ID: 5076
Employee Name: FELIPE D SUAREZ PALAFOX
SSN #:
Check #: 749

Pay period: 11/15/23 to 11/28/23

| Earnings | | | | Taxes | | Deductions & Other Pays | |
|---|---|---|---|---|---|---|---|
| | Type | Hours | Dollars | Type | Dollars | | |
| Gross 3537.69 | Reg | 152.75 | 3537.69 | FWT | 240.06 | MEALS | -196.00 |
| Other 0.00 | OT1 | | 0.00 | OASDI | 0.00 | | |
| Tips 0.00 | OT2 | | 0.00 | MED | 0.00 | | |
| Cash Tips 0.00 | Vac | | 0.00 | SWT | 99.42 | | |
| | Sick | | 0.00 | SDI | 0.00 | | |
| Subtotal 3537.69 | Hol | | 0.00 | SUI | 0.00 | | |
| Dir Dep -3002.21 | Comm | | | | | | |
| Taxes -339.48 | Misc | | | | | | |
| Deducts -196.00 | Other | | | | | | |
| Net Pay 0.00 | Gross Pay | | 3537.69 | Total Tax | 339.48 | | |

Year-to-Date: Gross 20631.32    Vacation: Earned 0.00    Direct Deposit    3002.21
FWT 881.29 SWT 483.02    Taken 0.00

## Paystub 1

**SOUTH CENTRAL SUGAR CANE GROWERS ASSOC**
Employee ID: 5076
Employee Name: FELIPE D SUAREZ PALAFOX
SSN #:
Check #: 313

Pay period: 10/18/23 to 10/31/23

| Earnings | | | | Taxes | | Deductions & Other Pays | |
|---|---|---|---|---|---|---|---|
| | | Type | Hours | Dollars | Type | Dollars | |
| Gross | 2912.37 | Reg | 125.75 | 2912.37 | FWT | 165.02 | MEALS -196.00 |
| Other | 0.00 | OT1 | 0.00 | | OASDI | 0.00 | |
| Tips | 0.00 | OT2 | 0.00 | | MED | 0.00 | |
| Cash Tips | 0.00 | Vac | 0.00 | | SWT | 77.53 | |
| | | Sick | 0.00 | | SDI | 0.00 | |
| Subtotal | 2912.37 | Hol | 0.00 | | SUI | 0.00 | |
| Dir Dep | -2473.82 | Comm | | | | | |
| Taxes | -242.55 | Misc | | | | | |
| Deducts | -196.00 | Other | | | | | |
| Net Pay | 0.00 | Gross Pay | | 2912.37 | Total Tax | 242.55 | |

Year-to-Date: Gross 13393.82  Vacation: Earned 0.00  Direct 2473.82
FWT 431.74 SWT 293.10  Taken 0.00  Deposit

---

## Paystub 2

**SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC.**
Employee ID: 5076
Employee Name: FELIPE D SUAREZ PALAFOX
CHECK NUMBER
SSN #:
Check #: 2583

Pay period: 01/11/23 to 01/24/23

| Earnings | | | | Taxes | | Deductions & Other Pays | |
|---|---|---|---|---|---|---|---|
| | | Type | Hours | Dollars | Type | Dollars | |
| Gross | 1845.45 | Reg | 135.00 | 1845.45 | FWT | 51.85 | MEALS -154.00 |
| Other | 0.00 | OT1 | 0.00 | | OASDI | 0.00 | |
| Tips | 0.00 | OT2 | 0.00 | | MED | 0.00 | |
| Cash Tips | 0.00 | Vac | 0.00 | | SWT | 40.19 | |
| | | Sick | 0.00 | | SDI | 0.00 | |
| Subtotal | 1845.45 | Hol | 0.00 | | SUI | 0.00 | |
| | | Comm | | | | | |
| Taxes | -92.04 | Misc | | | | | |
| Deducts | -154.00 | Other | | | | | |
| Net Pay | 1599.41 | Gross Pay | | 1845.45 | Total Tax | 92.04 | |

Year-to-Date: Gross 6156.32  FWT 220.77  MED 0.00  Federal Tax ID:
Pay Rate: 13.670  OASDI 0.00  SWT 142.26

PLEASE DETACH BEFORE DEPOSITING FOR PAYMENT

---

## Paystub 3

**SOUTH CENTRAL SUGAR CANE GROWERS ASSOC**
Employee ID: 5076
Employee Name: FELIPE D SUAREZ PALAFOX
SSN #:
Check #: 1088

Pay period: 12/13/23 to 12/26/23

| Earnings | | | | Taxes | | Deductions & Other Pays | |
|---|---|---|---|---|---|---|---|
| | | Type | Hours | Dollars | Type | Dollars | |
| Gross | 3740.34 | Reg | 161.50 | 3740.34 | FWT | 264.38 | MEALS -196.00 |
| Other | 0.00 | OT1 | 0.00 | | OASDI | 0.00 | |
| Tips | 0.00 | OT2 | 0.00 | | MED | 0.00 | |
| Cash Tips | 0.00 | Vac | 0.00 | | SWT | 106.51 | |
| | | Sick | 0.00 | | SDI | 0.00 | |
| Subtotal | 3740.34 | Hol | 0.00 | | SUI | 0.00 | |
| Dir Dep | -3173.45 | Comm | | | | | |
| Taxes | -370.89 | Misc | | | | | |
| Deducts | -196.00 | Other | | | | | |
| Net Pay | 0.00 | Gross Pay | | 3740.34 | Total Tax | 370.89 | |

Year-to-Date: Gross 28413.08  Vacation: Earned 0.00  Direct 3173.45
FWT 1446.18 SWT 708.04  Taken 0.00  Deposit
OASDI 0.00 SDI 0.00

---

## Paystub 4

**SOUTH CENTRAL SUGAR CANE GROWERS ASSOC**
Employee ID: 5076
Employee Name: FELIPE D SUAREZ PALAFOX
SSN #:
Check #: 916

Pay period: 11/29/23 to 12/12/23

| Earnings | | | | Taxes | | Deductions & Other Pays | |
|---|---|---|---|---|---|---|---|
| | | Type | Hours | Dollars | Type | Dollars | |
| Gross | 4041.42 | Reg | 174.50 | 4041.42 | FWT | 300.51 | MEALS -196.00 |
| Other | 0.00 | OT1 | 0.00 | | OASDI | 0.00 | |
| Tips | 0.00 | OT2 | 0.00 | | MED | 0.00 | |
| Cash Tips | 0.00 | Vac | 0.00 | | SWT | 118.51 | |
| | | Sick | 0.00 | | SDI | 0.00 | |
| Subtotal | 4041.42 | Hol | 0.00 | | SUI | 0.00 | |
| Dir Dep | -3426.40 | Comm | | | | | |
| Taxes | -419.02 | Misc | | | | | |
| Deducts | -196.00 | Other | | | | | |
| Net Pay | 0.00 | Gross Pay | | 4041.42 | Total Tax | 419.02 | |

Year-to-Date: Gross 24672.74  Vacation: Earned 0.00  Direct

## Paystub 1

**SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC.**

CHECK NUMBER
SSN #:
Check #: 1872

Employee ID: 5076
Employee Name: FELIPE D SUAREZ PALAFOX

Pay period: 11/16/22 to: 11/29/22

| | Earnings | | | Taxes | | Deductions & Other Pays |
|---|---|---|---|---|---|---|
| | Type | Hours | Dollars | Type | Dollars | |
| Gross 2001.34 | Reg | 160.75 | 2001.34 | FWT | 67.44 | MEALS -196.00 |
| Other 0.00 | OT1 | 0.00 | | OASDI | 0.00 | |
| Tips 0.00 | OT2 | 0.00 | | MED | 0.00 | |
| Cash Tips 0.00 | Vac | 0.00 | | SWT | 45.64 | |
| | Sick | 0.00 | | SDI | 0.00 | |
| Subtotal 2001.34 | Hol | 0.00 | | SUI | 0.00 | |
| | Comm | | | | | |
| Taxes -113.08 | Misc | | | | | |
| Deducts -196.00 | Other | | | | | |
| Net Pay 1692.26 | Gross Pay | | 2001.34 | Total Tax | 113.08 | |

Year-to-Date: Gross 8920.43  FWT 331.16  MED 0.00  Federal Tax ID: [REDACTED]
Pay Rate: 12.450  OASDI 0.00  SWT 202.50

PLEASE DETACH BEFORE DEPOSITING FOR PAYMENT

## Paystub 2

SSN #:
Check #: 2895

Employee ID: 5076
Employee Name: FELIPE D SUAREZ PALAFOX

Pay period: 10/04/23 to: 10/17/23

| | Earnings | | | Taxes | | Deductions & Other Pays |
|---|---|---|---|---|---|---|
| | Type | Hours | Dollars | Type | Dollars | |
| Gross 1288.27 | Reg | 0.00 | 0.00 | FWT | 0.00 | |
| Other 0.00 | OT1 | 0.00 | | OASDI | 0.00 | |
| Tips 0.00 | OT2 | 0.00 | | MED | 0.00 | |
| Cash Tips 0.00 | Vac | 0.00 | | SWT | 20.69 | |
| | Sick | 0.00 | | SDI | 0.00 | |
| Subtotal 1288.27 | Hol | 0.00 | | SUI | 0.00 | |
| Dir Dep -1267.58 | Comm | | | | | |
| Taxes -20.69 | Misc | | 1288.27 | | | |
| Deducts 0.00 | Other | | | | | |
| Net Pay 0.00 | Gross Pay | | 1288.27 | Total Tax | 20.69 | |

Year-to-Date: Gross 9346.61  FWT 266.72  MED 0.00  Federal Tax ID: [REDACTED]
Pay Rate: 23.160  OASDI 0.00  SWT 203.50

## Paystub 3

CHECK NUMBER
**SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC.**
SSN #:
Check #: 2756

Employee ID: 5076
Employee Name: FELIPE D SUAREZ PALAFOX

Pay period: 09/20/23 to: 10/03/23

| | Earnings | | | Taxes | | Deductions & Other Pays |
|---|---|---|---|---|---|---|
| | Type | Hours | Dollars | Type | Dollars | |
| Gross 46.32 | Reg | 2.00 | 46.32 | FWT | 0.00 | |
| Other 0.00 | OT1 | 0.00 | | OASDI | 0.00 | |
| Tips 0.00 | OT2 | 0.00 | | MED | 0.00 | |
| Cash Tips 0.00 | Vac | 0.00 | | SWT | 0.00 | |
| | Sick | 0.00 | | SDI | 0.00 | |
| Subtotal 46.32 | Hol | 0.00 | | SUI | 0.00 | |
| | Comm | | | | | |
| Taxes 0.00 | Misc | | | | | |
| Deducts 0.00 | Other | | | | | |
| Net Pay 46.32 | Gross Pay | | 46.32 | Total Tax | 0.00 | |

Year-to-Date: Gross 6202.64  FWT 220.77  MED 0.00  Federal Tax ID: [REDACTED]
Pay Rate: 23.160  OASDI 0.00  SWT 142.26

PLEASE DETACH BEFORE DEPOSITING FOR PAYMENT



Paystubs for FELIPE D SUAREZ PALAFOX, Employee ID: 5076, SOUTH CENTRAL SUGAR CANE GROWERS ASSOC:

- Pay period 10/02/24 to 10/15/24, Check #1576: Gross 4612.51, Reg 192.75 hrs, FWT 361.19, SWT 142.78, MEALS -196.00, Dir Dep 3912.54, YTD Gross 9631.28
- Pay period 09/18/24 to 10/01/24: Gross 2303.26, Reg 96.25 hrs, FWT 84.94, SWT 56.21, MEALS -112.00, STORES -100.00, Dir Dep 1950.11, YTD Gross 5018.77
- Pay period 10/18/23 to 10/31/23, Check #313: Gross 2912.37, Reg 125.75 hrs, FWT 165.02, SWT 77.53, MEALS -196.00, Dir Dep 2473.82, YTD Gross 13393.82
- Pay period 11/13/24 to 11/26/24, Check #2131: Gross 3535.66, Reg 147.75 hrs, FWT 231.97, SWT 99.34, MEALS -196.00, Dir Dep 3008.35, YTD Gross 21560.39, Pay Rate 23.160
- Pay period 11/29/23 to 12/12/23, Check #916: Gross 4041.42, Reg 174.50 hrs, FWT 300.51, SWT 118.51, MEALS -196.00, Dir Dep 3426.40, YTD Gross 24672.74
- Pay period 11/27/24 to 12/10/24, Check #2316: Gross 3852.73, Reg 161.00 hrs, FWT 270.02, SWT 110.49, MEALS -196.00, Dir Dep 3276.22, YTD Gross 25413.12, Pay Rate 23.160
- Pay period 10/04/23 to 10/17/23, Check #23: Gross 1855.70, Reg 135.75 hrs, FWT 45.95, SWT 40.55, MEALS -168.00, STORES -100.00, Dir Dep 1501.20, YTD Gross 8058.34
- Pay period 12/11/24 to 12/24/24, Check #2501: Gross 3876.66, Reg 162.00 hrs, FWT 272.89, SWT 111.51, MEALS -196.00, Dir Dep 3296.26, YTD Gross 29289.78, Pay Rate 23.160
- Pay period 11/15/23 to 11/28/23, Check #749: Gross 3537.69, Reg 152.75 hrs, FWT 240.06, SWT 99.42, MEALS -196.00, Dir Dep 3002.21, YTD Gross 20631.32
- Pay period 10/16/24 to 10/29/24, Check #1760: Gross 4480.89, Reg 187.25 hrs, FWT 345.40, SWT 137.19, MEALS -196.00, Dir Dep 3802.30, YTD Gross 14112.17
- Pay period 01/11/23 to 01/24/23, Check #2583: Gross 1845.45, Reg 135.00 hrs, FWT 51.85, SWT 40.19, MEALS -154.00, Net Pay 1599.41, YTD Gross 6156.32
- Pay period 10/30/24 to 11/12/24, Check #1945: Gross 3912.56, Reg 163.50 hrs, FWT 277.20, SWT 113.03, MEALS -196.00, Dir Dep 3326.33, YTD Gross 18024.73, Pay Rate 23.160

## Paystub 1

SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC.

Employee ID: 5076  
Employee Name: FELIPE D SUAREZ PALAFOX  
Check #: 2395  
Pay period: 12/28/22 to 01/10/23

| Earnings | | | | Taxes | | Deductions & Other Pays | |
|---|---|---|---|---|---|---|---|
| | | Type | Hours | Dollars | Type | Dollars | |
| Gross | 2278.41 | Reg | 171.00 | 2278.41 | FWT | 98.37 | MEALS -196.00 |
| Other | 0.00 | OT1 | 0.00 | | OASDI | 0.00 | |
| Tips | 0.00 | OT2 | 0.00 | | MED | 0.00 | |
| Cash Tips | 0.00 | Vac | 0.00 | | SWT | 55.34 | |
| | | Sick | 0.00 | | SDI | 0.00 | |
| Subtotal | 2278.41 | Hol | 0.00 | | SUI | 0.00 | |
| | | Comm | | | | | |
| Taxes | -153.71 | Misc | | | | | |
| Deducts | -196.00 | Other | | | | | |
| Net Pay | 1928.70 | Gross Pay | | 2278.41 | Total Tax | 153.71 | |

Year-to-Date: Gross 4310.87   FWT 168.92   MED 0.00   Federal Tax ID: [redacted]  
Pay Rate: 13.670   OASDI 0.00   SWT 102.07

## Paystub 2

SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC.

Employee ID: 5076  
Employee Name: FELIPE D SUAREZ PALAFOX  
Check #: 2756  
Pay period: 09/20/23 to 10/03/23

| Earnings | | | | Taxes | | Deductions & Other Pays |
|---|---|---|---|---|---|---|
| | | Type | Hours | Dollars | Type | Dollars |
| Gross | 46.32 | Reg | 2.00 | 46.32 | FWT | 0.00 |
| Other | 0.00 | OT1 | 0.00 | | OASDI | 0.00 |
| Tips | 0.00 | OT2 | 0.00 | | MED | 0.00 |
| Cash Tips | 0.00 | Vac | 0.00 | | SWT | 0.00 |
| | | Sick | 0.00 | | SDI | 0.00 |
| Subtotal | 46.32 | Hol | 0.00 | | SUI | 0.00 |
| Taxes | 0.00 | Misc | | | | |
| Deducts | 0.00 | Other | | | | |
| Net Pay | 46.32 | Gross Pay | | 46.32 | Total Tax | 0.00 |

Year-to-Date: Gross 6202.64   FWT 220.77   MED 0.00   Federal Tax ID: [redacted]  
Pay Rate: 23.160   OASDI 0.00   SWT 142.26

## Paystub 3

Employee ID: 5076  
Employee Name: FELIPE D SUAREZ PALAFOX  
Check #: 2895  
Pay period: 10/04/23 to 10/17/23

| Earnings | | | | Taxes | | Deductions & Other Pays |
|---|---|---|---|---|---|---|
| | | Type | Hours | Dollars | Type | Dollars |
| Gross | 1288.27 | Reg | 0.00 | 0.00 | FWT | 0.00 |
| Other | 0.00 | OT1 | 0.00 | | OASDI | 0.00 |
| Tips | 0.00 | OT2 | 0.00 | | MED | 0.00 |
| Cash Tips | 0.00 | Vac | 0.00 | | SWT | 20.69 |
| | | Sick | 0.00 | | SDI | 0.00 |
| Subtotal | 1288.27 | Hol | 0.00 | | SUI | 0.00 |
| Dir Dep | -1267.58 | Comm | | | | |
| Taxes | -20.69 | Misc | | 1288.27 | | |
| Deducts | 0.00 | Other | | | | |
| Net Pay | 0.00 | Gross Pay | | 1288.27 | Total Tax | 20.69 |

Year-to-Date: Gross 9346.61   FWT 266.72   MED 0.00   Federal Tax ID: [redacted]  
Pay Rate: 23.160   OASDI 0.00   SWT 203.50

## Paystub 4

SOUTH CENTRAL SUGAR CANE GROWERS ASSOC

Employee ID: 5076  
Employee Name: FELIPE D SUAREZ PALAFOX  
Check #: 452  
Pay period: 11/03/23 to 11/16/23

| Earnings | | | | Taxes | | Deductions & Other Pays |
|---|---|---|---|---|---|---|
| | | Type | Hours | Dollars | Type | Dollars |
| Gross | 416.88 | Reg | 18.00 | 416.88 | FWT | 0.00 |
| Other | 0.00 | OT1 | 0.00 | | OASDI | 0.00 |
| Tips | 0.00 | OT2 | 0.00 | | MED | 0.00 |
| Cash Tips | 0.00 | Vac | 0.00 | | SWT | 0.00 |
| | | Sick | 0.00 | | SDI | 0.00 |
| Subtotal | 416.88 | Hol | 0.00 | | SUI | 0.00 |
| Dir Dep | -416.88 | Comm | | | | |
| Taxes | 0.00 | Misc | | | | |
| Deducts | 0.00 | Other | | | | |
| Net Pay | 0.00 | Gross Pay | | 416.88 | Total Tax | 0.00 |

Year-to-Date: Gross 13810.70   Vacation: Earned 0.00   Direct Deposit 416.88  
FWT 431.74   SWT 293.10   Taken 0.00  
OASDI 0.00   SDI 0.00  
MED 0.00   SUI 0.00

## Paystub 5

SOUTH CENTRAL SUGAR CANE GROWERS ASSOC

Employee ID: 5076  
Employee Name: FELIPE D SUAREZ PALAFOX  
Check #: 592  
Pay period: 11/01/23 to 11/14/23

| Earnings | | | | Taxes | | Deductions & Other Pays | |
|---|---|---|---|---|---|---|---|
| | | Type | Hours | Dollars | Type | Dollars | |
| Gross | 3282.93 | Reg | 141.75 | 3282.93 | FWT | 209.49 | MEALS -196.00 |
| Other | 0.00 | OT1 | 0.00 | | OASDI | 0.00 | |
| Tips | 0.00 | OT2 | 0.00 | | MED | 0.00 | |
| Cash Tips | 0.00 | Vac | 0.00 | | SWT | 90.50 | |
| | | Sick | 0.00 | | SDI | 0.00 | |
| Subtotal | 3282.93 | Hol | 0.00 | | SUI | 0.00 | |
| Dir Dep | -2786.94 | Comm | | | | | |
| Taxes | -299.99 | Misc | | | | | |
| Deducts | -196.00 | Other | | | | | |
| Net Pay | 0.00 | Gross Pay | | 3282.93 | Total Tax | 299.99 | |

Year-to-Date: Gross 17093.63   Vacation: Earned 0.00   Direct Deposit 2786.94  
FWT 641.23   SWT 383.60   Taken 0.00

Declaration of Translation

I, Carlos Radillo, declare that I am a certified Federal and State Court translator and I am fluent in both the English and Spanish languages. I have reviewed the attached Spanish Declarations of Felipe de Jesus Suarez Palafox and Felipe de Jesus Avila Soto and the English translations and I certify that the translations are true and correct.

I declare under penalty of perjury that the foregoing is true and correct, and that I executed this declaration on November 14, 2025.

_____
Signature

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FELIPE DE JESUS AVILA-SOTO, et al.<br><br>Plaintiffs,<br><br>v.<br><br>SOUTH CENTRAL SUGAR CANE GROWERSí ASSOCIATION, INC., et al.<br><br>Defendants. | Case No. 6:24-cv-01392<br><br>JUDGE ROBERT R. SUMMERHAYS<br><br>MAGISTRATE JUDGE CAROL B. WHITEHURST |

### DECLARACIÓN DE FELIPE DE JESÚS SUÁREZ-PALAFOX

1. Mi nombre es Felipe de Jesús Suárez-Palafox. Soy uno de los demandantes en este caso.

2. Mi residencia permanente está en México. He trabajado para los demandados con una visa de trabajo temporal H-2A como conductor de camión durante cada temporada de cosecha de caña de azúcar entre 2022 y 2025. También trabajé en años anteriores como conductor de camion con visa H-2A para una empresa que también estaba asociada con la molina de Sterling Sugars.

3. Durante cada una de las temporadas de cosecha de caña de azúcar entre 2022 y 2025, trabajo para los demandados como camionero que opera un camión con remolque para transportar caña de azúcar desde los campos hasta el molino Sterling Sugars. No he tenido ninguna otra responsabilidad laboral con los Demandados aparte de trabajar como conductor de camión entre 2022 y 2025.

4. Entre 2022 y 2025, muchos de nosotros de México con visas H-2A hacemos el mismo trabajo que yo: conducir camiones para transportar caña de azúcar al molino. Yo y

muchos otros camioneros mexicanos nos alojamos en un viejo motel cerca de la molina y recogemos nuestros camiones cada día en el depósito de camiones.

5. Entre 2022 y 2025 trabajé más de 40 horas durante la mayoría de las semanas que trabajé para los demandados como camionero. Nunca he recibido ningún pago por horas extras cuando trabajé más de 40 horas en una semana, incluso durante la temporada actual de 2025. Adjunto a esta declaración hay copias de algunos de los talones de cheque de pago que recibí que muestran que no recibí pago de horas extras cuando trabajé más de 40 horas a la semana, incluido uno de la temporada actual de 2025.

6. Mis compañeros de trabajo que vinieron de México con visas H-2A y también trabajaron como camioneros entre 2022 y 2025 tampoco recibieron pago de horas extras. Lo sé porque vivíamos juntos y a veces hablábamos de cómo nos pagaban.

Declaro bajo pena de perjurio bajo las leyes de los Estados Unidos de América que lo anterior es verdadero y correcto a mi leal saber y entender.

Ejecutado el 5-NOV-2025

Felipe de Jesus Suarez Palafox