UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **FELIPE DE JESUS AVILA-SOTO ET AL** | **CASE NO. 6:24-CV-01392** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **SOUTH CENTRAL SUGAR CANE GROWERS ASSOCIATION INC ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

### NOTICE OF MOTION SETTING WITHOUT DATE

Please take notice that the Motion to Certify Collective Action (Document No. 42) filed by Felipe De Jesus Avila-Soto, Juan Alejo Hernandez-Canela, Felipe De Jesus Suarez-Palafox on November 18, 2025 has been referred to Honorable Carol B. Whitehurst.

### Deadlines

Any response to said motion is due within twenty-one (21) days after service of the motion (see LR 7.5). OPPOSITION TO THE MOTION MUST BE FILED TIMELY OR THE MOTION WILL BE CONSIDERED UNOPPOSED. The movant may **seek leave of court to file a reply** within seven **(7) calendar days** after the memorandum in opposition is filed. LR 7.8 governs the length of the memoranda.

### No Oral Argument

It is the policy of the Court to decide motions on the basis of the record without oral argument. Briefs should fully address all pertinent issues. All parties will be notified if the Court finds oral argument is necessary. A written ruling will be issued in due course.

**DATE OF NOTICE: November 19, 2025**

Daniel J. McCoy
Clerk of Court