# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAFAYETTE DIVISION

| | |
|---|---|
| **FELIPE DE JESUS AVILA-SOTO, AND OTHERS SIMILARLY SITUATED** | No: 6:24-cv-01392<br><br>JUDGE ROBERT R. SUMMERHAYS |
| **V.** | MAGISTRATE JUDGE CAROL B. WHITEHURST |
| **SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION AND STERLING SUGARS, LLC** | |

## MOTION TO WITHDRAW LUCY BROWN AS COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, comes Defendants South Central Sugar Cane Growers' Association and Sterling Sugars, LLC ("Defendants"), who respectfully move this Honorable Court to withdraw Lucy Brown (La. Bar Roll No. 41176) as counsel for Defendants. Lucy Brown is no longer associated with the law firm of Phelps Dunbar LLP. This matter is set for trial on August 3, 2026, and this withdrawal of counsel will not delay the proceedings. Brandon Davis, Jennifer Clewis Thomas and Molly McDiarmid, of the law firm of Phelps Dunbar, LLP will remain as counsel for Defendants. Lucy Brown does not oppose the withdrawal as counsel in this matter.

**WHEREFORE** Defendants prays that this Motion be granted, and that Lucy Brown be withdrawn as counsel of record for Defendants, South Central Sugar Cane Growers' Association and Sterling Sugars, LLC.

Respectfully submitted,

PHELPS DUNBAR LLP

BY: /s/ *Brandon Davis*
Brandon E. Davis (La Bar #29823)
Molly McDiarmid (La Bar #36426)
Jennifer Clewis Thomas (*Admitted Pro Hac Vice*)
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130
Telephone: 504-566-1311
Facsimile: 504-568-9130
brandon.davis@phelps.com
molly.mcdiarmid@phelps.com
jennifer.clewis@phelps.com

ATTORNEY FOR DEFENDANTS, SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION AND STERLING SUGARS, LLC