UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FELIPE DE JESUS AVILA-SOTO, et al. | Case No. 6:24-cv-01392 |
| Plaintiffs, | JUDGE ROBERT R. SUMMERHAYS |
| v. | MAGISTRATE JUDGE CAROL B. WHITEHURST |
| SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC., et al. | |
| Defendants. | |

**PLAINTIFFS' REQUEST FOR LEAVE TO FILE REPLY**

Plaintiffs hereby request leave to file a Reply in response to Defendants' Memorandum in Opposition, ECF No. 45, filed in opposition to Plaintiffs' Motion for 29 U.S.C. § 216(b) Notice and Disclosure of Contact Information. Plaintiffs wish to briefly respond to two issues remaining in dispute regarding Plaintiffs' motion: (1) the definition of the class of similarly situated workers; and (2) whether Plaintiffs can send potential FLSA opt-in Plaintiffs a reminder notice at the halfway point of the opt-in period. Plaintiffs' proposed reply is attached to this request.

Plaintiffs contacted counsel for the Defendants to obtain their consent to file this motion. Counsel for the Defendants stated that they were not able to respond before the time of filing and requested that the attached correspondence be filed with this motion.

Respectfully submitted,

**/s/ James M. Knoepp**
James M. Knoepp* (Lead Attorney)
South Carolina Bar No. 102757
*Admitted Pro Hac Vice*
1612 Crestwood Drive
Columbia, SC 29205

1

Telephone:  (828) 379-3169
Email: jim@dawsonmorton.com

**/s/ Dawson Morton**
Dawson Morton
California Bar No. 320811
*Admitted Pro Hac Vice*
1808 Sixth St.
Berkeley, CA 94710
Phone: (404) 590-1295
Email: dawson@dawsonmorton.com

**/s/ Daniel Davis**
Daniel Davis, LA Bar No. 30141
Estes Davis Law, LLC
4465 Bluebonnet Blvd, Suite A
Baton Rouge, LA 70809
Telephone: (225) 336-3394
Fax: (225) 384-5419
Email: dan@estesdavislaw.com