UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **FELIPE DE JESUS AVILA-SOTO ET AL** | **CASE NO.   6:24-CV-01392** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **SOUTH CENTRAL SUGAR CANE GROWERS ASSOCIATION INC ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

**NOTICE OF DEFICIENT DOCUMENT**

**NOTICE TO FILER:**

The Motion for Leave to File Reply in Support of Motion for 29 U.S.C. 216(b) Notice filed on December 16, 2025 by Felipe De Jesus Avila-Soto, Juan Alejo Hernandez-Canela, Felipe De Jesus Suarez-Palafox was DEFICIENT for the following reason(s):

- ✓ Either no proposed order accompanied this motion or the proposed order was not on a separate page. Please see LR7.3 for additional information.
  The motion cannot be referred to chambers until this deficiency is corrected.

**Within three (3) days** of receipt of this notice, please file a "corrective document" addressing the deficiency or deficiencies noted above, or the court may strike the document.  All filing deadlines previously set remain in effect.   Issuance of this notice does not amount to an extension of any deadline; however, if, for good cause shown, additional time is needed to correct this filing, please contact the Clerk of Court's office.  **DO NOT file a motion** to extend the three-day deadline provided by this notice.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.