UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FELIPE DE JESUS AVILA-SOTO, et al. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ) <br> SOUTH CENTRAL SUGAR CANE ) <br> GROWERS' ASSOCIATION, INC., et al. ) <br> ) <br> Defendants. ) <br> ) | Case No. 6:24-cv-01392 <br><br> JUDGE ROBERT R. SUMMERHAYS <br><br> MAGISTRATE JUDGE CAROL B. WHITEHURST |

**NOTICE OF FILING PROPOSED ORDER TO CURE DEFICIENCY**

The Plaintiffs hereby file the attached Proposed Order related to their Motion for Leave to File a Reply (ECF No. 48) to cure the deficiency identified by the Court (ECF No. 49).

        Respectfully submitted,

        **/s/ James M. Knoepp**
        James M. Knoepp* (Lead Attorney)
        South Carolina Bar No. 102757
        *Admitted Pro Hac Vice*
        1612 Crestwood Drive
        Columbia, SC 29205
        Telephone:  (828) 379-3169
        Email: jim@dawsonmorton.com

        **/s/ Dawson Morton**
        Dawson Morton
        California Bar No. 320811
        *Admitted Pro Hac Vice*
        1808 Sixth St.
        Berkeley, CA 94710
        Phone: (404) 590-1295
        Email: dawson@dawsonmorton.com

        **/s/ Daniel Davis**
        Daniel Davis, LA Bar No. 30141
        Estes Davis Law, LLC

        4465 Bluebonnet Blvd, Suite A
        Baton Rouge, LA 70809
        Telephone: (225) 336-3394
        Fax: (225) 384-5419
        Email: dan@estesdavislaw.com