UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FELIPE DE JESUS AVILA-SOTO, et al. <br><br> Plaintiffs, <br><br> v. <br><br> SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC., et al. <br><br> Defendants. | Case No. 6:24-cv-01392 <br><br> JUDGE ROBERT R. SUMMERHAYS <br><br> MAGISTRATE JUDGE CAROL B. WHITEHURST |

The Court has reviewed Plaintiffs' Motion for Leave to File a Reply in Support of their Motion for 29 U.S.C. § 216(b) Notice to Similarly Situated Workers and for Disclosure of Contact Information.

IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED. The clerk is ORDERED to file Plaintiffs' Reply, attached to their Motion as ECF No. 48-2, on the docket.

Entered this _____ day of _____, _____.

_____
MAGISTRATE JUDGE,
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

1