UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| **FELIPE DE JESUS AVILA-SOTO, AND OTHERS SIMILARLY SITUATED** | No: 6:24-cv-01392 <br><br> JUDGE ROBERT R. SUMMERHAYS |
| **V.** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |
| **SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION AND STERLING SUGARS, LLC** | |

## ORDER

Considering the foregoing Motion Withdraw as Counsel of Record filed by Defendants, South Central Sugar Cane Growers' Association and Sterling Sugars, LLC., accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion to Withdraw as Counsel of Record is hereby **GRANTED**, and that Lucy Brown, is withdrawn as counsel of record for Defendants, South Central Sugar Cane Growers' Association and Sterling Sugars, LLC.

Lafayette, Louisiana, this 17th day of December, 2025.

_____
CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE