UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FELIPE DE JESUS AVILA-SOTO, et al. ) | Case No. 6:24-cv-01392 |
| ) | |
| Plaintiffs, ) | JUDGE ROBERT R. SUMMERHAYS |
| ) | |
| v. ) | MAGISTRATE JUDGE CAROL B. WHITEHURST |
| ) | |
| SOUTH CENTRAL SUGAR CANE ) | |
| GROWERS' ASSOCIATION, INC., et al. ) | |
| ) | |
| Defendants. ) | |

**ORDER**

The Court has reviewed Plaintiffs' Motion for Leave to File a Reply in Support of their

Motion for 29 U.S.C. § 216(b) Notice to Similarly Situated Workers and for Disclosure of

Contact Information.

IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED. The clerk is

ORDERED to file Plaintiffs' Reply, attached to their Motion as ECF No. 48-2, on the docket.

Entered this 30th day of December, 2025.

CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE

1