# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAFAYETTE DIVISION

| | |
|---|---|
| **FELIPE DE JESUS AVILA-SOTO, ET AL.** | **CIVIL ACTION NO.  6:24-CV-01392** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC., ET AL.** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

### DEFENDANTS' MOTION TO COMPEL
### DEPOSITION TESTIMONY OF PLAINTIFFS, CANELA AND SOTO

NOW INTO COURT, through undersigned counsel, come defendants, South Central Sugar Cane Growers' Association, Inc. and Sterling Sugars, LLC (collectively "Defendants"), who, pursuant to Rules 30 and 37 of the Federal Rules of Civil Procedure and Local Rule 31.7, respectfully move this Court for an order compelling named plaintiff, Juan Alejo Hernandez Canela ("Canela"), to appear and provide deposition testimony, and named plaintiff, Felipe de Jesus Avila-Soto ("Soto"), to appear and complete his deposition testimony in Torreon, Mexico at Plaintiffs' cost, for the reasons set forth more fully in the attached memorandum in support.

WHEREFORE, defendants, South Central Sugar Cane Growers' Association, Inc. and Sterling Sugars, LLC, pray that this Court grant their motion, ordering named plaintiffs, Canela and Soto to appear and provide deposition testimony in Torreon, Mexico at Plaintiffs' cost, assessing reasonable expenses incurred by Defendants in filing this motion, and imposing other sanctions as this Court deems appropriate.

PD.60276541.2

## CERTIFICATE OF COUNSEL

Pursuant to Defendants' Rule 37 conferral obligation, the parties conferred in detail on January 8th, 9th, and 12th, 2026, concerning Defendants discovery concerns as addressed in this Motion and accompanying memorandum in support.  However, Plaintiffs have not provided dates for the deposition of Canela or the completion of Soto's deposition.

As of the date and time of the filing of this Motion, Plaintiffs have not indicated any intent to produce Canela to provide deposition testimony, nor have they indicated any intent to produce Soto to complete his deposition.  Despite Defendants' best efforts, Defendants now require judicial intervention to resolve this discovery dispute.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:    */s/ Brandon E. Davis*
Brandon E. Davis Bar Roll No. 29823
Molly McDiarmid Bar Roll No. 36426
Jennifer Clewis Thomas (*Admitted Pro Hac Vice*)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130
Telephone: 504 566 1311
Facsimile: 504 568 9130
brandon.davis@phelps.com
molly.mcdiarmid@phelps.com
jennifer.clewis@phelps.com

**ATTORNEYS FOR DEFENDANTS, SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC. AND STERLING SUGARS, LLC**

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 15th day of January 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record/parties in this proceeding.

*/s/ Brandon E. Davis*

PD.60276541.2