UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **FELIPE DE JESUS AVILA-SOTO, AND OTHERS SIMILARLY SITUATED** | No:  6:24-CV-01392 <br><br> **DISTRICT JUDGE: ROBERT R. SUMMERHAYS** |
| V. | **MAGISTRATE JUDGE: CAROL B. WHITEHURST** |
| **SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION AND STERLING SUGARS, LLC** | |

## SECOND NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that undersigned counsel for the Defendants, South Central Sugar Cane Growers' Association and Sterling Sugars, LLC (collectively, "Defendants"), will take the oral depositions of Plaintiffs, **FELIPE DE JESUS SUAREZ-PALAFOX AND JUAN ALEJO HERNADEZ-CANELA** for all purposes allowed under the Federal Rules of Civil Procedure, before a Notary Public or other officer duly authorized to administer oaths, and that the depositions will be recorded by audio and stenographic means. The depositions will take place as follows:

| Deponent | Date | Time | Location |
|---|---|---|---|
| Felipe de Jesus Suarez-Palafox | December 12, 2025 | 9:00 am | Phelps Dunbar <br> 400 Convention Street <br> Suite 1100 <br> Baton Rouge, LA  70802 |
| Juan Alejo Hernandez-Canela | December 12, 2025 (and continuing onto December 13, 2025 as needed) | Immediately following conclusion of prior deposition | Phelps Dunbar <br> 400 Convention Street <br> Suite 1100 <br> Baton Rouge, LA  70802 |

The stenographic means of transcription and translation may be completed remotely while testimony is completed in person at the above-referenced location.  Remote arrangements are in

**EXHIBIT A**

place to permit remote access for participating counsel. Translation services are established through certified translators in accordance with law and may also proceed via remote means as necessary.

                                        Respectfully submitted,

                                        **PHELPS DUNBAR LLP**

                                        */s/ Molly McDiarmid*
                                        Brandon E. Davis (La Bar #29823)
                                        Molly McDiarmid (La Bar #36426)
                                        Jennifer Clewis Thomas (*Admitted Pro Hac Vice*)
                                        365 Canal Street, Suite 2000
                                        New Orleans, Louisiana 70130
                                        Telephone: 504-566-1311
                                        Facsimile: 504-568-9130
                                        brandon.davis@phelps.com
                                        molly.mcdiarmid@phelps.com
                                        jennifer.clewis@phelps.com

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 20th day of November, 2025 served a copy of the foregoing Notice of Deposition on counsel for all parties to this proceeding by email transmission.

/s/ Molly McDiarmid
Molly McDiarmid

PD.56515576.1