UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| FELIPE DE JESUS AVILA-SOTO, AND OTHERS SIMILARLY SITUATED | No: 6:24-CV-01392<br><br>DISTRICT JUDGE:<br>ROBERT R. SUMMERHAYS |
| V. | MAGISTRATE JUDGE:<br>CAROL B. WHITEHURST |
| SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION AND STERLING SUGARS, LLC | |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that undersigned counsel for the Defendants, South Central Sugar Cane Growers' Association and Sterling Sugars, LLC (collectively, "Defendants"), will take the oral depositions of Plaintiff, **FELIPE DE JESUS AVILA-SOTO** for all purposes allowed under the Federal Rules of Civil Procedure, before a Notary Public or other officer duly authorized to administer oaths, and that the depositions will be recorded by audio and stenographic means.

The deposition will take place at, Hotel Azul Talavera Country Club, carretera a mieleras km 1.5S/N Dgo, Parque Industrial Lajat, 27259 Torreón, Coah on the following date and time (Local Time – Torreon, Mexico): December 16, 2025 at 9:00 a.m.

The stenographic means of transcription and translation may be completed remotely while testimony is completed in person at the above-referenced location. Remote arrangements are in place to permit remote access for participating counsel. Translation services are established through certified translators in accordance with law and may also proceed via remote means as necessary.

Respectfully submitted,

**PHELPS DUNBAR LLP**

*/s/ Molly McDiarmid*

PD.56425266.1

**EXHIBIT B**

        Brandon E. Davis (La Bar #29823)
        Molly McDiarmid (La Bar #36426)
        Jennifer Clewis Thomas (*Admitted Pro Hac Vice*)
        365 Canal Street, Suite 2000
        New Orleans, Louisiana 70130
        Telephone: 504-566-1311
        Facsimile: 504-568-9130
        brandon.davis@phelps.com
        molly.mcdiarmid@phelps.com
        jennifer.clewis@phelps.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 20th day of November, 2025 served a copy of the foregoing Notice of Deposition on counsel for all parties to this proceeding by email transmission.

>   */s/ Molly McDiarmid*
>   Molly McDiarmid

PD.56425266.1