# Transcript of the Testimony of
# Felipe de Jesus Suarez-Palafox

## Date: December 12, 2025

## Felipe De Jesus Avila-Sota, et al v. South Central Sugar Cane Growers' Association

All electronic deposition & exhibit files
are available at **www.psrdocs.com**
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**

## Professional Shorthand Reporters, Inc.

Phone:  504-529-5255
Fax:  504-529-5257
Email:  reporters@psrdocs.com
Internet: http://www.psrdocs.com

**EXHIBIT C**

```
                                                      Page 1

        UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF LOUISIANA
                LAFAYETTE DIVISION


     FELIPE DE JESUS AVILA-SOTA,
     AND OTHERS SIMILARLY
     SITUATED,

              Plaintiffs
                                   CIVIL ACTION
     VERSUS
                                   6:24-CV-01392
     SOUTH CENTRAL SUGAR CANE
     GROWERS' ASSOCIATION

              Defendants


         Deposition of Felipe de Jesus
     Suarez-Palafox, taken through an interpreter, on
     the 12th day of December, 2025, at Phelps
     Dunbar, 400 Convention Street, Suite 1100, Baton
     Rouge, Louisiana 70802.


     APPEARANCES:

        LAW OFFICES OF DAWSON MORTON
        (By:  Dawson Morton, Esquire
        1808 Sixth Street
        Berkeley, California 94710

            - and -

        James C. Knoepp, Esquire
        1612 Crestwood Drive
        Columbia, South Carolina 29205
            (Attended via Zoom)

            (Attorneys for the Plaintiffs)
```

Felipe de Jesus Suarez-Palafox
Felipe De Jesus Avila-Sota, et al v. South Central Sugar Cane Growers' Association

Page 2

```
 1   APPEARANCES CONTINUED:

 2      PHELPS DUNBAR
        (By:  Molly McDiarmid, Esquire)
 3      400 Convention Street
        Suite 1100
 4      Baton Rouge, Louisiana 701802

 5           - and -

 6      PHELPS DUNBAR
        (By:  Brandon Davis, Esquire)
 7      365 Canal Street
        Suite 2000
 8      New Orleans, Louisiana 70130

 9          Attorneys for Defendants

10
     THE INTERPRETER:
11

12      Roxanne Chapa
        (225)903-4024
13

14   REPORTED BY:

15
        Cathy Reneeˊ Powell, CCR
16      Professional Shorthand Reporters
        (504)529-5255
17                  *   *   *

18              EXAMINATION INDEX

19   EXAMINATION BY MS. McDIARMID  .........6
     EXAMINATION BY MR. MORTON .............90
20   EXAMINATION BY MS. McDIARMID ........104
     EXAMINATION BY MR. MORTON ...........107
21               *   *   *

22

23

24

25
```

Felipe de Jesus Suarez-Palafox
Felipe De Jesus Avila-Sota, et al v. South Central Sugar Cane Growers' Association

Page 109

1    A.    Yes, that is where we eat.
2    Q.    Does everyone have to pay when you
3 stop there?
4    A.    Yes.
5    MR. MORTON:
6        No more questions.
7    MS. McDIARMID:
8        I don't have anymore questions
9 either.
10    (Which concluded the deposition.)

Professional Shorthand Reporters, Inc.
reporters@psrdocs.com
1-504-529-5255
www.psrdocs.com

Page 110

1
2
3
4           WITNESS' CERTIFICATE
5
6
7    I have read or have had the foregoing
8  testimony read to me and hereby certify that it
9  is a true and correct transcription of my
10  testimony with the exception of any attached
11  corrections or changes.
12
13
14
15
16
17          _____
18          FELIPE DE JESUS SUAREZ-PALAFOX
19
20  PLEASE INDICATE
21  ( ) NO CORRECTIONS
22  ( ) CORRECTIONS; ERRATA SHEET(S) ENCLOSED
23
24
25

Felipe de Jesus Suarez-Palafox
Felipe De Jesus Avila-Sota, et al v. South Central Sugar Cane Growers' Association

Page 111

1  REPORTER'S CERTIFICATE

2

3       This certification is valid only for a
   transcript accompanied by my original signature
4  and original required seal on this page.

5

6           I, Cathy Renee´ Powell, Certified
   Court Reporter in and for the State of
7  Louisiana, as the officer before whom this
   testimony was taken, do hereby certify that
8  FELIPE DE JESUS SUAREZ-PALAFOX, after having
   been duly sworn by me upon authority of
9  R.S. 37:2554, did testify as hereinbefore set
   forth in the foregoing 110 pages; that this
10 testimony was reported by me in the stenotype
   reporting method, was prepared and transcribed
11 by me or under my personal direction and
   supervision, and is a true and correct
12 transcript to the best of my ability and
   understanding; that the transcript has been
13 prepared in compliance with transcript format
   guidelines required by statute or by rules of
14 the board, that I have acted in compliance with
   the prohibition on contractual relationships, as
15 defined by Louisiana Code of Civil Procedure
   Article 1434 and in rules and advisory opinions
16 of the board; that I am not related to counsel
   or the parties herein, nor am I otherwise
17 interested in the outcome of this matter.

18

19

20       _____
         CATHY RENEE´ POWELL
21       CERTIFIED COURT REPORTER

22

23

24

25