| | |
|---|---|
| **From:** | Brandon Davis |
| **Sent:** | Tuesday, December 2, 2025 3:40 PM |
| **To:** | Dawson Morton; Molly McDiarmid |
| **Cc:** | Jim Knoepp; Jennifer Clewis Thomas; Daniel Davis; Brandon Davis |
| **Subject:** | Re: Avila-Soto v. South Central Sugar Cane Growers Ass'n - Deposition Notices |

Thank you.  Does he intend to appear in Mexico?

**From:** Dawson Morton <dawson@dawsonmorton.com>
**Sent:** Tuesday, December 2, 2025 2:57:24 PM
**To:** Molly McDiarmid (2245) <Molly.McDiarmid@phelps.com>
**Cc:** Jim Knoepp <jim@dawsonmorton.com>; Brandon Davis (1312) <Brandon.Davis@phelps.com>; Jennifer Clewis Thomas (4342) <Jennifer.Thomas@phelps.com>; Daniel Davis <dan@estesdavislaw.com>
**Subject:** Re: Avila-Soto v. South Central Sugar Cane Growers Ass'n - Deposition Notices

Hi Molly

Juan Alejo Hernandez had an illness and has gone back to Mexico— we will not be able to produce him next week in Baton Rouge.  Felipe Suarez is in Louisiana and can appear as noticed.


Dawson Morton
dawson@dawsonmorton.com
404-590-1295


> On Nov 20, 2025, at 8:15 AM, Molly McDiarmid (2245) <Molly.McDiarmid@phelps.com> wrote:
>
> Jim, please see the attached deposition notices.
> _____
> **Molly C. McDiarmid**
> Phelps Dunbar LLP
> II City Plaza
> 400 Convention Street, Suite 1100
> Baton Rouge, LA 70802
> Direct: 225-376-0245
> Fax: 225-381-9197
> Email: molly.mcdiarmid@phelps.com
>
>
> <image001.gif>
>
>
> CONFIDENTIALITY NOTICE - This e-mail message, including any attachments, is private communication sent by a law firm, Phelps Dunbar LLP, and may contain confidential, legally privileged information meant solely for the intended recipient. If you are not the intended recipient, any use, distribution, or copying of this communication is strictly prohibited. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system. Thank you.
>
> <Notice of Deposition for Plaintiffs Suarez-Palafox and Hernadez-Canelan.pdf><Soto Notice of Deposition 11.20.25.pdf>

**EXHIBIT D**