| | |
|---|---|
| **From:** | Brandon Davis |
| **Sent:** | Saturday, December 13, 2025 1:49 PM |
| **To:** | Molly McDiarmid; Jim Knoepp; Dawson Morton |
| **Cc:** | Brandon Davis; Trenny V. Williston |
| **Subject:** | 45136-0001 Soto Depositions RE: Start time for 12/16 |

Dawson,

I don't mind changing the start time. But be careful: logistics are arranged. Court reporters and translators are in short supply. We may lose those resources if we do not begin timely and conclude by around 4:45 p.m. or so Tuesday. We will alert the reporters/translators that you've asked for this change sometime on Monday.

_____
**Brandon E. Davis**
Phelps Dunbar LLP
Direct: 504-584-9312
Email: brandon.davis@phelps.com



CONFIDENTIALITY NOTICE - This e-mail message, including any attachments, is private communication sent by a law firm, Phelps Dunbar LLP, and may contain confidential, legally privileged information meant solely for the intended recipient. If you are not the intended recipient, any use, distribution, or copying of this communication is strictly prohibited. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system. Thank you.

**From:** Molly McDiarmid <Molly.McDiarmid@phelps.com>
**Sent:** Friday, December 12, 2025 2:13 PM
**To:** Brandon Davis (1312) <Brandon.Davis@phelps.com>; Jim Knoepp <jim@dawsonmorton.com>; Dawson Morton <dawson@dawsonmorton.com>
**Subject:** Start time for 12/16

Dawson is proposing starting the 12/16 deposition at 9:30. Please let us know if you can manage that Brandon, and we will reach out to the reporter/interpreter.

EXHIBIT
E