# Transcript of the Testimony of
# **Felipe de Jesus Avila-Soto**

## Date: December 16, 2025

## Felipe de Jesus Avila-Soto, et al v. South Central Sugarcane Growers Association, et al

All electronic deposition & exhibit files
are available at **www.psrdocs.com**
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**

# Professional Shorthand Reporters, Inc.
**Phone:  504-529-5255**
**Fax:  504-529-5257**
**Email:  reporters@psrdocs.com**
**Internet: http://www.psrdocs.com**

EXHIBIT
**F**

Page 1

```
             UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF LOUISIANA
                  LAFAYETTE DIVISION
FELIPE DE JESUS         *
AVILA-SOTO, and         *
others similarly        *
situated,               *
                        *
        Plaintiffs      *
                        *    CIVIL ACTION
                        *
VERSUS                  *
                        *    NO. 6:24-CV-01392
SOUTH CENTRAL SUGARCANE *
GROWERS ASSOCIATION AND *
STERLING SUGARS, LLC    *
                        *
        Defendants      *
                        *

 *   *   *   *   *   *   *   *   *   *
```

    Deposition of FELIPE DE JESUS AVILA-SOTO,
taken through an interpreter, on the 16th day of
December. The witness and Mr. Morton and Mr.
Davis attended the deposition in person at the
Hotel Azul Talavera Country Club, Parque
Industrial Lajat, 27259 Torreon, Coah; Ms.
McDiarmid, Mr. Knoepp, the court reporter and
interpreter attended remotely, via Zoom.

APPEARANCES:

    LAW OFFICES OF DAWSON MORTON
    (By:  Dawson Morton, Esquire
    1808 Sixth Street
    Berkeley, California 94710
    (dawson@dawsonmorton.com)

        - and -

    James C. Knoepp, Esquire
    1612 Crestwood Drive
    Columbia, South Carolina 29205
        (Attended remotely)

Felipe de Jesus Avila-Soto
Felipe de Jesus Avila-Soto, et al v. South Central Sugarcane Growers Association, et al

Page 2

```
 1   APPEARANCES CONTINUED:

 2

 3       PHELPS DUNBAR
         (By:  Brandon Davis, Esquire)
         365 Canal Street
 4       Suite 2000
         New Orleans, Louisiana 70130

 5
             - and -
 6
         PHELPS DUNBAR
 7       (By:  Molly McDiarmid, Esquire)
         400 Convention Street
 8       Suite 1100
         Baton Rouge, Louisiana 70802
 9          (Attended via Zoom)

10          Attorneys for Defendants

11
     INTERPRETER:
12
         Amelia Smith
13       TNOLA Translations

14
     REPORTED BY:
15
16       Cathy Renee´ Powell, CCR
         Professional Shorthand Reporters
17       (504)529-5255

18                    *    *    *

19                EXAMINATION INDEX

20   EXAMINATION BY MR. DAVIS .............5

21                    *    *    *

22                INDEX OF EXHIBITS

23   Exhibit No. 1  .....................51

24     Mexican passport and visa information,

25     SCSCGA 000013, 000014; 000021, 000022.
```

Felipe de Jesus Avila-Soto
Felipe de Jesus Avila-Soto, et al v. South Central Sugarcane Growers Association, et al

Page 3

1   Exhibit No. 2  ......................66

2      Passport and visa application, AVILA-SOTO PL

3      00161, 00162, 00167.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Felipe de Jesus Avila-Soto
Felipe de Jesus Avila-Soto, et al v. South Central Sugarcane Growers Association, et al

Page 4

```
 1
 2                S T I P U L A T I O N
 3
 4        It is stipulated and agreed by and between
 5    counsel for the parties hereto that the
 6    deposition of the aforementioned witness is
 7    hereby being taken for all purposes allowed
 8    under the Federal Rules of Civil Procedure, in
 9    accordance with law, pursuant to notice;
10        That the formalities of reading and signing
11    are specifically not waived;
12        That the formalities of filing, sealing,
13    and certification are specifically waived;
14        That all objections, save those as to the
15    form of the question and the responsiveness of
16    the answer, are hereby reserved until such time
17    as this deposition, or any part thereof, may be
18    used or sought to be used in evidence.
19                      *   *   *
20        CATHY RENEE' POWELL, CCR, Certified Court
21    Reporter, in and for the State of Louisiana,
22    officiated in administering the oath to the
23    witness.
24
25
```

Page 8

1          Gracias, Mr. Avila.

2     EXAMINATION BY MR. DAVIS:

3          Q.   How did you prepare to provide

4     testimony today?

5          A.   Prepare?  Prepared just like normal.

6               THE INTERPRETER:

7                    I'm sorry.  The interpreter needs

8     to clarify.

9     (Discussion off the record.)

10          MR. MORTON:

11                    We don't want to have any

12     conversations that are off the record.

13               THE INTERPRETER:

14                    I interpreted to him what I said

15     to you.

16          MR. MORTON:

17                    I think his answer got

18     translated, and we can go forward.

19               THE INTERPRETER:

20                    I was trying to tell him that I

21     did not hear everything he said.

22          (Discussion off the record.)

23          MR. DAVIS:

24                    Counsel, the court reporter and

25     the interpreter have informed us that they

Felipe de Jesus Avila-Soto
Felipe de Jesus Avila-Soto, et al v. South Central Sugarcane Growers Association, et al

Page 10

```
 1        just to only say the truth.
 2   EXAMINATION BY MR. DAVIS:
 3        Q.   Did you rehearse your testimony?
 4           MR. MORTON:
 5               Objection.
 6           THE WITNESS:
 7               No.
 8   EXAMINATION BY MR. DAVIS:
 9        Q.   Did you review --
10           MR. MORTON:
11               It didn't get translated yet
12      because the interpreter has not had a
13      chance to say it.  He sai, "Rehearsal, no."
14               I would just like to caution
15      opposing counsel that he should be aware of
16      attorney-client privilege, and questions
17      that seek to violate the attorney-client
18      privilege are inappropriate.
19           MR. DAVIS:
20               Cathy, would you call back my
21      last question?
22        (Read back as requested:
23        "Q. Did you rehearse your testimony?")
24   EXAMINATION BY MR. DAVIS:
25        Q.   Did you rehearse your testimony?
```

Felipe de Jesus Avila-Soto
Felipe de Jesus Avila-Soto, et al v. South Central Sugarcane Growers Association, et al

Page 11

1        A.    No, like I say, I didn't rehearse, I'm

2     just only saying the truth.

3            MR. MORTON:

4                  I will just state for the record

5            that the witness doesn't understand the

6            practice of reading back testimony, so when

7            the interpreter read back the question, he

8            just answered it again.

9     EXAMINATION BY MR. DAVIS:

10        Q.    Mr. Avila, you mentioned to me earlier

11     that you have not consumed any prescription

12     drugs or alcohol today; is that accurate?

13            MR. MORTON:

14                  Objection.

15            THE WITNESS:

16                  That is correct, yes.

17     EXAMINATION BY MR. DAVIS:

18        Q.    Are you experiencing any difficulty

19     understanding Amelia, the Spanish interpreter?

20        A.    I am hearing well, and I understand

21     what she is saying.

22        Q.    Have you misunderstood any question

23     that has been asked of you in the past

24     20 minutes?

25        A.    No.

Page 12

1    Q.   Did you review any documents to

2  prepare for your testimony today?

3    A.   Well, everything -- like I said --

4    THE INTERPRETER:

5         I'm sorry, he sounds very far

6  away.  I am going to ask the deponent to

7  speak a little louder and perhaps take

8  pauses; it helps a little bit -- with the

9  Zoom -- just so everybody knows what I am

10  about to ask him.

11    (The interpreter repeats request

12  regarding audio.)

13    THE INTERPRETER:

14         I let him know that this is just

15  a general housekeeping thing.

16    MR. DAVIS:

17         Okay.

18    MR. MORTON:

19         Shall we mute your phone for one

20  second and try the audio on my laptop?

21    MR. DAVIS:

22         Amelia; Cathy?

23  (Discussion off the record.)

24    MR. MORTON:

25         That translation didn't come out

Felipe de Jesus Avila-Soto
Felipe de Jesus Avila-Soto, et al v. South Central Sugarcane Growers Association, et al

Page 13

1     well.

2          THE INTERPRETER:

3               I'm sorry?

4          MR. MORTON:

5               Something happened and we didn't

6     hear.  We heard you were speaking, but we

7     didn't hear you.

8          THE INTERPRETER:

9               I didn't know what you were

10    trying to say.

11    EXAMINATION BY MR. DAVIS:

12         Q.   So Mr. Avila, would you describe your

13    normal preparations?

14         A.   Well, describe them in what sense?

15         Q.   Tell me what you meant when you said

16    you "prepared just like normal."

17         A.   Well, just in terms of preparations,

18    normal preparations.  The issue for me is just

19    to answer the questions I am asked with the

20    truth, and that's all.

21         Q.   Did you discuss your case with anyone

22    in preparation for your testimony today?

23         A.   Just speaking with my wife about it.

24         Q.   Besides your wife, did you discuss

25    your testimony with anyone else?

Page 15

1      A.    No.

2      Q.    When did you first learn that you had

3  been requested to provide testimony today?

4      A.    When was it?  Well, it was on a video

5  call.

6      Q.    When did that video call happen?

7      MR. MORTON:

8           I object to the translation.

9      THE INTERPRETER:

10          I'm sorry, I said "video"; the

11  witness said "phone call."

12          That is my fault.  The

13  interpreter apologizes.  He said it was a

14  phone call.

15     MR. MORTON:

16          I will also caution counsel that

17  we are very close to asking for

18  attorney-client privileged information.

19     MR. DAVIS:

20          Counsel, I will remind you that

21  the federal courts have issued guidance to

22  attorneys in depositions that regulate and

23  significantly restrict speaking objections.

24          You stated at the beginning of

25  the deposition that all objections were

Felipe de Jesus Avila-Soto
Felipe de Jesus Avila-Soto, et al v. South Central Sugarcane Growers Association, et al

Page 16

```
 1        reserved other than as to form, so I will

 2        ask you to just state your objection, and

 3        then we can move forward.

 4               You cautioned that your

 5        perception is that we are getting close to

 6        eliciting privileged communication.  I ask

 7        that you limit your objections to those

 8        that are properly lodged, and not make

 9        objections that are premature.

10            MR. MORTON:

11               I don't appreciate -- I am

12        familiar with federal rules.  You have

13        directly asked a privileged question.  I

14        prefer we don't have to argue about

15        privilege.  And the witness just said, "no,

16        it was just a call."

17     EXAMINATION BY MR. DAVIS:

18        Q.   When did you have that call?

19        A.   When did it happen?  It was Thursday.

20     The lawyer just told me on Friday that I was

21     going to come for this.

22            THE INTERPRETER:

23               And the interpreter did not hear

24        the end of that.

25            MR. DAVIS:
```

Page 19

```
 1        kind of lawsuit apart from this.
 2   EXAMINATION BY MR. DAVIS:
 3        Q.   Before this lawsuit, did you ever make
 4   any attempt to join any other type of lawsuit in
 5   the United States?
 6        A.   Negative.
 7        Q.   You mentioned that you lived in
 8   Torreon.  Approximately how far is your house
 9   from Azul?
10             THE INTERPRETER:
11                  Approximately how far is the
12        house from what?
13        (Read back as requested:
14        "Q. You mentioned that you lived in
15        Torreon.  Approximately how far is your
16        house from Azul?")
17             THE WITNESS:
18                  From my house to here?  Where I
19        am here right now?  We are like 10 minutes
20        out.
21   EXAMINATION BY MR. DAVIS:
22        Q.   Thank you, Mr. Avila.  So your home is
23   about 10 minutes away from the Azul Hotel?
24        A.   Correct.
25        Q.   Mr. Avila, what is your address?
```

Page 20

1          A.    My address is --

2                THE INTERPRETER:

3                     The interpreter will clarify.

4                     San Miguel, in the municipality

5          of Matamoros, in Michoacan state.

6            MR. MORTON:

7                     Just so we get it clear, he said

8          (unclear) San Miguel.  It is a known

9          address.

10               THE INTERPRETER:

11                    It's a known address.

12           MR. DAVIS:

13                    Counsel, if the plaintiffs have

14         any objection to the interpretation, will

15         you please cooperate with me by objecting,

16         and then explain that you have an issue

17         with the interpretation so we are all on

18         the same page, and so that we can have a

19         fair chance with the interpretation.

20               THE INTERPRETER:

21                    The interpreter didn't hear if

22         you said you were making an objection or

23         not.

24           MR. MORTON:

25                    Mr. Davis asked me to state an

Page 21

```
 1      objection before I raised issues with

 2      translation, and I agreed I would do so.

 3          MR. DAVIS:

 4              And, counsel, I will certainly

 5      make an effort to speak up so that the

 6      court reporter and translator can hear me

 7      as clearly as possible.

 8              Would you mind moving the

 9      microphone and placing it in between you

10      and Mr. Avila?

11          MR. MORTON:

12              Yes.

13          MR. DAVIS:

14              Thank you, counsel.

15  EXAMINATION BY MR. DAVIS:

16      Q.   Mr. Avila, how long have you lived at

17  that address?

18      A.   Approximately an average of 40 years.

19      Q.   Excuse me, did you say 14 years or

20  40 years?

21      A.   Forty years.

22      Q.   Where were you born, Mr. Avila?

23      A.   I was born in the state of Michoacan.

24      Q.   Is that area close to Torreon?

25      A.   Negative.  We are approximately a
```

Page 22

1    thousand kilometers away here.

2         Q.   How long have you lived in this area?

3    Is it longer than 40 years?

4         A.   It's between like 40 -- 40 years.

5         Q.   What is your age, sir?

6         A.   I was born in 196 --

7         THE INTERPRETER:

8              I'm sorry; the interpreter will

9    clarify.

10        THE WITNESS:

11             I was born in 1965.

12        MR. MORTON:

13             Objection.  The rest of his

14   answer after, "I was born in 1965, so I am

15   60 years old."

16   EXAMINATION BY MR. DAVIS:

17        Q.   Mr. Avila, did you move to this region

18   when you were around 20 years old?

19        A.   More or less, around there.

20        Q.   Why did you move to this Torreon area

21   in your 20s?

22        A.   It was an issue -- personal issues

23   from when my father passed away.

24        Q.   My father also passed away when I was

25   young; you have my sympathy.

Page 25

```
 1       A.   I went through high school.
 2       Q.   After high school, did you receive any
 3   additional education?
 4       A.   No, negative.  I just --
 5            THE INTERPRETER:
 6                 The interpreter will ask for
 7       clarification.
 8            MR. MORTON:
 9                 Objection.  "I dedicated myself
10       to trailers."
11            THE WITNESS:
12                 I worked with trailers.
13            THE INTERPRETER:
14                 I'm sorry; I just wanted to be
15       sure I got that right.
16   EXAMINATION BY MR. DAVIS:
17       Q.   I think you testified that after your
18   education, you dedicated yourself to trailers;
19   is that accurate?  Or can you explain?
20       A.   So before my father passed away, he
21   had a trucking business, and the thing is, after
22   that, the relatives wanted everything.
23            THE INTERPRETER:
24                 The interpreter needs to clarify.
25            THE WITNESS:
```

Page 27

```
 1      tires."

 2   EXAMINATION BY MR. DAVIS:

 3      Q.   Did you start working in that family

 4   business in Torreon around the time you were 20?

 5           MR. MORTON:

 6               Objection.

 7           THE WITNESS:

 8               Affirmative.

 9   EXAMINATION BY MR. DAVIS:

10      Q.   How long did you work in the family

11   business in Torreon before going to the United

12   States?

13           MR. MORTON:

14               Objection.

15           THE WITNESS:

16               Well, it was a little while.

17      That is all I have done my whole life, is

18      just be a truck operator.

19   EXAMINATION BY MR. DAVIS:

20      Q.   Is that family business still in

21   operation today?

22      A.   Negative.  It is over.

23      Q.   When did you stop working for the

24   family trucking business that was started in

25   Torreon approximately 40 years ago?
```

Page 28

```
 1        A.   It's been, like, 20 years since I have
 2   worked with the family.
 3             MR. MORTON:
 4                  Objection.  "At the age of
 5        20 years."
 6             THE WITNESS:
 7                  At 20 years old, I worked as a --
 8        I worked on trailers, or worked with
 9        trailers.
10   EXAMINATION BY MR. DAVIS:
11        Q.   At that time, your family moved from
12   Torreon?
13        A.   Affirmative.  We all came.
14        Q.   Did you work in your family's trucking
15   business in Torreon from the time you were 20
16   until the time you were 40?
17        A.   Something like 40 years.
18        Q.   Mr. Avila, will you please repeat your
19   last answer?
20             THE INTERPRETER:
21                  The interpreter will also ask him
22        to speak louder, again.
23             THE WITNESS:
24                  The answer was that I worked for
25        20 years with the family.
```

Page 33

1      A.   Around 3 years.

2      Q.   In that 3-year period of time working

3  for Francisco, what was name of the company?

4      A.   The company's name is --

5           THE INTERPRETER:

6                The interpreter will request he

7      say it slowly, and the interpreter will

8      clarify that when he speaks quickly, it can

9      get snagged.

10           THE WITNESS:

11                Maria Dolores Castro.

12      MR. DAVIS:

13                Amelia, would you please repeat

14      that?

15           THE INTERPRETER:

16                It is Maria Delores Castro.

17  EXAMINATION BY MR. DAVIS:

18      Q.   Is that Maria Delores Castro?

19      A.   Yes.

20      Q.   Did you work with any other employer

21  after Maria Delores Castro?

22      A.   No.  I worked for a place called Ideal

23  Mattresses.

24           THE INTERPRETER:

25                The interpreter will clarify.

Felipe de Jesus Avila-Soto
Felipe de Jesus Avila-Soto, et al v. South Central Sugarcane Growers Association, et al

Page 38

1      A.    I don't have a visa apart from my work

2   one.

3            THE INTERPRETER:

4                The interpreter will clarify.

5            THE WITNESS:

6                I just said that I entered with

7   this work visa, and that I have not entered

8   illegally.

9        MR. DAVIS:

10               Counsel, do you have an

11   objection?

12        MR. MORTON:

13               I object to having conversations

14   between the witness and the interpreter

15   that are not on the record.  There are

16   conversations that are occurring that are

17   only in Spanish.

18        THE INTERPRETER:

19               I want to be sure to interpret

20   everything that is being said.  The

21   interpreter is simply trying to make sure

22   that she captures everything that is being

23   said.  But, understood.

24        MR. DAVIS:

25               Thank you, Amelia.  To the extent

Page 39

```
 1        there was any portion of the interpretation
 2        that was not translated into English since
 3        we resumed from the break, would you please
 4        repeat the portion?
 5             THE INTERPRETER:
 6                  The interpreter thought he had a
 7        more extended answer, so the interpreter
 8        was just trying to capture the end of his
 9        last answer.
10   EXAMINATION BY MR. DAVIS:
11        Q.   Mr. Avila, you explained to me that
12   you have never entered the United States
13   illegally; is that correct?
14        A.   That's correct.
15        Q.   When you first entered the United
16   States in 2020, what type of visa did you use?
17             MR. MORTON:
18                  Objection.
19             THE WITNESS:
20                  It was an H something or other, I
21        don't remember any more.  H something.
22   EXAMINATION BY MR. DAVIS:
23        Q.   How did you obtain that H visa?
24        A.   Well, I was recommended -- they
25   recommended me --
```

Page 42

```
1        Q.   Who employed this coworker when he
2   worked with you?
3        A.   The recruiter's name is José´ Santos,
4   and the name of the business --
5             THE INTERPRETER:
6                  I believe the deponent said, "I
7   don't remember," and I can confirm.
8             THE WITNESS:
9                  Yes.  I don't remember the name
10      of the company that they were with.
11  EXAMINATION BY MR. DAVIS:
12       Q.   Do you remember the name of the
13  coworker?
14       A.   His name is -- I don't remember his --
15  I don't remember his last name.  Edgar?
16            MR. MORTON:
17                 Objection.  His name is Sergio.
18            MR. DAVIS:
19                 Go ahead.
20            THE INTERPRETER:
21                 I was just repeating the
22      objection for the witness.
23  EXAMINATION BY MR. DAVIS:
24       Q.   Is the coworker's name Sergio?
25       A.   Sergio, affirmative.
```

Felipe de Jesus Avila-Soto
Felipe de Jesus Avila-Soto, et al v. South Central Sugarcane Growers Association, et al

Page 50

1    consulate?

2         A.    That's correct.

3         Q.    And did an officer for the consulate

4    interview you for the tourist visa?

5         A.    I had to demonstrate citizenship.

6              MR. MORTON:

7                   Objection.

8              THE INTERPRETER:

9                   I'm sorry, the interpreter is

10   really having trouble hearing.

11             MR. MORTON:

12                  He said, those that are in the

13   windows.  The santa (indiscernable).

14             THE INTERPRETER:

15                  Apologies.  Again, if you can get

16   the witness to speak louder and slower.

17   EXAMINATION BY MR. DAVIS:

18        Q.    Mr. Avila, if you don't mind, will you

19   please try to speak up, because the interpreter

20   has complained that she can't hear you.

21        (Discussion off the record.)

22             THE WITNESS:

23                  That's correct.  We will do it

24   that way.

25             MR. DAVIS:

Felipe de Jesus Avila-Soto
Felipe de Jesus Avila-Soto, et al v. South Central Sugarcane Growers Association, et al

Page 51

1          Thank you for cooperating with
2     everybody, Mr. Avila.
3          THE WITNESS:
4          Thank you guys for having
5     patience with me.
6   EXAMINATION BY MR. DAVIS:
7     Q.   I'm going to show you a document I
8   have marked as Exhibit 1.  These documents are
9   identified as SCSCGA 13, 14, and 21 and 22.
10         MR. MORTON:
11         Just so I understand, for the
12    record, Brandon, it is four pages, two of
13    which are blank, and there are two pages
14    that have the same page number.  So SCSCGA
15    14 is a blank document, and SCSCGA 22 is a
16    blank document.
17  EXAMINATION BY MR. DAVIS:
18    Q.   Have you had a chance to review those
19  pages marked as Exhibit 1?
20    A.   Yes.
21    Q.   What are those documents?
22    A.   This is for the passport and visa.
23    Q.   Is that your passport?  Is that a
24  picture of your passport?
25    A.   Affirmative.

Felipe de Jesus Avila-Soto
Felipe de Jesus Avila-Soto, et al v. South Central Sugarcane Growers Association, et al

Page 62

```
 1            MR. DAVIS:

 2                 Our last break was approximately

 3       30 minutes ago, and I would like to

 4       continue for another 30 or 45 minutes, and

 5       then we can break for lunch.

 6            MR. MORTON:

 7                 Your clock must work differently

 8       than mine.  I have we were back on the

 9       record at 11:05, which is an hour ago.

10            MR. DAVIS:

11                 We took the break -- we resumed

12       some time about 10 or so minutes after

13       that.  I'm not going to starve anybody, but

14       it would seem that we could take at least

15       another hour of testimony since the last

16       break.

17                 Dawson, when would you like to

18       break for lunch?

19            MR. MORTON:

20                 I don't want to argue with you

21       about time.  I appreciate your willingness

22       to argue about time.  It has been more than

23       an hour, and I realize you don't want to

24       say that, and you are saying it was not.  I

25       am just noting that people are tired, and
```

Page 63

1      I'm not trying to interrupt your line of

2      questioning, but I am suggesting that we

3      need to take a break for lunch soon-ish.

4          MR. DAVIS:

5              Counsel, I asked you what time

6      you wanted to take a break, and I believe

7      you said about 11:30 --

8          MR. MORTON:

9              We ordered some tacos for lunch,

10     and the tacos will be here at 11:30.  Let's

11     continue with your line of questioning, and

12     after this line of questioning, we can stop

13     so that everybody can take a break.

14  EXAMINATION BY MR. DAVIS:

15     Q.  Mr. Avila, what did Somos Fletes have

16  to do with your application for a tourist visa

17  at the U.S. consulate in Monterrey?

18     A.  I don't know why you are asking this

19  again and again.  What I am saying is that when

20  I was there, they asked me what I was getting

21  paid in, and I said cash when it should have

22  been card.

23     Q.  I'm asking you because I have not

24  understood your answers, and I would like to be

25  able to understand your responses clearly.

Felipe de Jesus Avila-Soto
Felipe de Jesus Avila-Soto, et al v. South Central Sugarcane Growers Association, et al

                                                    Page 67

     1      A.    Yes.

     2      Q.    What --

     3            MR. MORTON:

     4                 I don't think we got his answer

     5      translated.

     6            THE WITNESS:

     7                 A visa -- a visa.

     8   EXAMINATION BY MR. DAVIS:

     9      Q.    On the documents labeled Avila-Soto

    10   162 --

    11            MR. MORTON:

    12                 Can you tell us which page that

    13      is?

    14            MR. DAVIS:

    15                 161 and 162.

    16            MR. MORTON:

    17                 Which of the three pages?  Is it

    18      the first two?

    19            MR. DAVIS:

    20                 Do you see the Bates label on

    21      these documents?

    22            MR. MORTON:

    23                 I'm going to staple them.

    24                 I think it will be easier for the

    25      witness if you refer to them in order.  I

Felipe de Jesus Avila-Soto
Felipe de Jesus Avila-Soto, et al v. South Central Sugarcane Growers Association, et al

```
                                                    Page 73
 1                  The difference is that we don't
 2      turn our passport in.
 3             THE INTERPRETER:
 4                  I'm sorry, the deponent has his
 5      hand over his mouth.
 6             THE WITNESS:
 7                  So we handed our passport in to
 8      the person who is the dedicated person to
 9      doing these processes.
10      EXAMINATION BY MR. DAVIS:
11         Q.   Who was the dedicated person for this
12      process reflected in page 161?
13         A.   It was a person with the recruiter.
14         Q.   Is that recruiter's name Jose´ Santos?
15         A.   Affirmative.  Yes, that is right.
16         Q.   What discussions did you have with
17      Jose´ Santos about that H visa, page 161?
18         A.   I'm sorry, could you repeat the
19      question?  I did not understand it so well.
20             MR. DAVIS:
21                  Sure.  Cathy, will you please
22      call the question back?
23             (Read back as requested:
24             "Q. What discussions did you have with
25      Jose´ Santos about that H visa, page 161?")
```

Page 74

1        THE WITNESS:

2              Nothing.

3        MR. MORTON:

4              We're not getting the correct

5        translation.  "We were told to turn in our

6        passports, and if we were to be asked for

7        an interview, we were advised that we would

8        be told to report in the morning for an

9        interview."

10        MR. DAVIS:

11              Amelia, will you please translate

12        and repeat Dawson's interpretation?

13        (Read back as requested:

14        "MR. DAWSON: We're not getting the

15        correct translation.  'We were told to turn

16        in our passports, and if we were to be

17        asked for an interview, we were advised

18        that we would be told to report in the

19        morning for an interview.'")

20   EXAMINATION BY MR. DAVIS:

21        Q.   Mr. Avila, is that statement accurate?

22        A.   Well, I will tell you, we turned in

23   our passport, and then the person that had been

24   called for the interview would be called for

25   that morning, and they were in charge of taking

Page 75

1    us.

2        Q.   Did you turn in a passport to obtain

3    the visa that is Avila-Soto 161?

4        A.   Yes, correct.

5        Q.   Were you called to attend an interview

6    concerning the H visa that is at Avila-Soto 161?

7        A.   No, they didn't call me for an

8    interview.

9        Q.   Now, besides turning in your passport,

10   did you provide Jose´ Santos with any other

11   information to obtain the H visa that is at page

12   161?

13       A.   Negative.  Like I said --

14            THE INTERPRETER:

15                I'm so sorry, y'all.  I am having

16       trouble getting the longer strings of

17       speech.

18       MR. MORTON:

19                Let me state the translation.

20       MR. DAVIS:

21                Objection.  You can object all

22   you want, but --

23       MR. MORTON:

24                Excuse me.  I would like to

25   continue.

Page 76

```
 1          MR. DAVIS:

 2               I object.  I got it, and I don't

 3     need to hear it again.

 4          MR. MORTON:

 5               You are arguing to prevent things

 6     going on the record.  Why?

 7          MR. DAVIS:

 8               Counsel, excuse me, please.  The

 9     translator was trying to recite everything

10     that had just transpired for Mr. Avila, and

11     she has explained again to Mr. Avila that

12     she would appreciate it if he could pause

13     during his testimony so that she could

14     translate it easier.

15          MR. MORTON:

16               I just want to get down the part

17     that was not translated.  "They explained

18     to us that you would get your passport back

19     with the visa in it."

20          MR. DAVIS:

21               Now, counsel, I objected before

22     you gave that translation; that's because

23     there was cross talk between what you were

24     saying and what the translator was trying

25     to give to the court reporter.
```

Felipe de Jesus Avila-Soto
Felipe de Jesus Avila-Soto, et al v. South Central Sugarcane Growers Association, et al

Page 77

```
 1              I believe that it is appropriate
 2     that I asked you to excuse me so that the
 3     translation and the recordation process can
 4     work and everyone can be heard.
 5              It is approximately 1:30 in the
 6     afternoon, and we have been resumed now for
 7     about 7 minutes.  If you can please ask
 8     Mr. Avila to try to pause and manage his
 9     testimony in increments, my hope is that we
10     can progress and complete our work with
11     ease.
12          MR. MORTON:
13              Again, my watch and your watch
14     are different, but I am certainly agreeable
15     in reminding Mr. Avila if he can give a
16     pause, that might aid the translation, but
17     also, when the translation is incomplete, I
18     plan to object.
19          MR. DAVIS:
20              Counsel, I think that makes
21     sense.  I ask that you attempt to let the
22     interpretation from the translator land
23     with Cathy first, and then if you have an
24     objection to the translation, by all means
25     alert us and state it on the record.
```

Page 78

1           If we can try to cooperate that

2      way, I certainly hope that I can save

3      Mr. Avila's time and our financial

4      interests.

5           MR. MORTON:

6           I am just concerned that it is a

7      bit unfair for Mr. Avila when his answer

8      does not get translated.

9           THE INTERPRETER:

10          Again, the interpreter will

11     remind you-all that I am doing my best, and

12     when there are long strings of speech, it

13     is not always feasible to catch everything,

14     and that is why I have been asking him to

15     tell me what the end of his answer is.  If

16     we can just pause more often, it would flow

17     so much better.

18          MR. DAVIS:

19          So counsel, I certainly agree

20     that Mr. Avila should have a fair

21     opportunity to be heard, and that includes

22     if you believe that the translation is

23     incomplete or incorrect, you can make an

24     objection and correct that.

25          I'm in agreement with you, to

Page 79

```
 1      allow you the opportunity -- we're sitting
 2      together; I can see if there is something
 3      you want to say.  What I hope that we can
 4      improve is simply allowing the record to be
 5      made, and then raising the objections so
 6      that everything can land on the record.
 7           MR. MORTON:
 8                That's fine.
 9  EXAMINATION BY MR. DAVIS:
10      Q.  All right, Mr. Avila.  We are going to
11  go ahead and resume, and maybe we can go just a
12  little more slowly so that everybody is clear.
13      A.   Okay.
14           (Read back as requested:
15           "Q. Now, besides turning in your
16      passport, did you provide Jose´ Santos with
17      any other information to obtain the H visa
18      that is at page 161?")
19                THE WITNESS:
20                Well, I just had to turn the
21      passport in, and that is all I had to do
22      myself.
23  EXAMINATION BY MR. DAVIS:
24      Q.   Now, did Jose´ Santos explain any
25  terms and conditions of the passport application
```

Felipe de Jesus Avila-Soto
Felipe de Jesus Avila-Soto, et al v. South Central Sugarcane Growers Association, et al

Page 80

1    at Avila-Soto 161?

2         A.    No.

3         Q.    What was your understanding of how he

4    would use the H visa at Avila-Soto 161?

5         A.    On the other side of the visa --

6              THE INTERPRETER:

7                   I'm sorry; the answer cut out.

8    EXAMINATION BY MR. DAVIS:

9         Q.    Mr. Avila, will you please repeat your

10   answer?

11        A.    We had put down that we were

12   agricultural workers.

13             MR. MORTON:

14                  Objection; the translation is

15       incorrect.

16                  "They had explained to us that we

17       would be agricultural operators."

18             THE INTERPRETER:

19                  I'm sorry; I'm having trouble

20       with the sound cutting out.

21             MR. DAVIS:

22                  Okay, Amelia, would you translate

23       my last question for Mr. Avila?

24         (The interpreter repeats the last

25            question.)

Felipe de Jesus Avila-Soto
Felipe de Jesus Avila-Soto, et al v. South Central Sugarcane Growers Association, et al

Page 81

1    EXAMINATION BY MR. DAVIS:

2        Q.   Was that answer correct, Mr. Avila?

3        A.   Correct.

4        Q.   When did you put down that you would

5    be an agricultural worker?

6        A.   At the office.  All the time, they

7    told us this.

8            THE INTERPRETER:

9                I want to let you guys know I'm

10       having difficulty hearing him; he just

11       keeps cutting out.  I don't know if he can

12       get closer to the mike.

13   EXAMINATION BY MR. DAVIS:

14       Q.   Mr. Avila, are you able to please

15   speak up so that your testimony can be heard?

16       A.   Of course.

17           MR. DAVIS:

18               Cathy, can you call back his

19       answer?

20           (Read back as requested:

21           "A.   At the office.  All the time, they

22       told us this.")

23           MR. MORTON:

24               The translation "at the office"

25       was incorrect, and I object.

Page 82

1    EXAMINATION BY MR. DAVIS:

2        Q.   Mr. Avila, what office did you go to

3    when you put down that you would be an

4    agricultural worker to apply for the H visa at

5    Avila-Soto 161?

6            MR. MORTON:

7                  Objection, mischaracterizes.

8                  I am having a problem because

9            there is incorrect translation, and

10           Mr. Davis is trying to take advantage of

11           the incorrect translation, and that is

12           unfair to the record and unfair to the

13           witness, and I object to it.

14           MR. DAVIS:

15                 Counsel, the interpreter has

16           asked, now at least three times since we

17           resumed from the lunch break, that you

18           allow her to interpret before you

19           interrupt.  I certainly don't mean to take

20           advantage of anything that Mr. Avila has

21           testified to.

22   EXAMINATION BY MR. DAVIS:

23       Q.   So Mr. Avila, where was the office you

24   went to to put down that you were an

25   agricultural worker as relates to the visa on

Felipe de Jesus Avila-Soto
Felipe de Jesus Avila-Soto, et al v. South Central Sugarcane Growers Association, et al

Page 83

1    161?

2         MR. MORTON:

3              Objection.

4         THE WITNESS:

5              That's what we put, that we were

6    in agriculture.

7         MR. MORTON:

8              Objection.  "All the time they

9    told us that, that we were agricultural."

10        THE INTERPRETER:

11             The interpreter wants to clarify

12   that that could very well be what was said,

13   but the ability to actually -- it's just --

14        MR. MORTON:

15             I will state that in Spanish.

16        THE WITNESS:

17             They told us we would be in

18   agricultural.

19   EXAMINATION BY MR. DAVIS:

20        Q.   When they told you that you would be

21   in agricultural, is that something that Jose´

22   Santos explained to you at the office?

23        A.   Well, they said that we were

24   agricultural workers, but we were really in

25   trailers the whole time.

Page 84

1          (Read back as requested:

2          "Q. When they told you that you would

3      be in agricultural, is that something that

4      Jose´ Santos explained to you at the

5      office?")

6          THE WITNESS:

7              They always told us that; that if

8      we were asked, to say that we were

9      agricultural workers, but we were working

10      at the trailers.

11  EXAMINATION BY MR. DAVIS:

12      Q.   Now, my question is different.  I have

13  asked you if they told you that at the office?

14          MR. MORTON:

15              Objection, mischaracterizes,

16      based on the translation we previously

17      explained was incorrect and in error.

18  EXAMINATION BY MR. DAVIS:

19      Q.   You can answer.

20      A.   Well, I can repeat what they always

21  told us; to say that we were agricultural

22  workers, but we were with the trailers.

23      Q.   Did you ever go to an office where

24  Jose´ Santos helped you to apply for this H visa

25  at 161?

Page 89

1     Q.   Now, when José Santos helped you to

2   apply for this visa at Avila-Soto 161 --

3     A.   Like I will say, we just turned in our

4   passports and the person that --

5           THE INTERPRETER:

6               I'm sorry.  I have got to be

7       honest, y'all.  It's at the point where my

8       memory is a little affected by the process

9       that is happening here.

10              I'm just going to ask him to

11      repeat his answer.

12          THE WITNESS:

13              Like I said, there was no

14      relationship, it was just to turn in the

15      passport and so they could tell us who

16      the -- that the person who had turned

17      theirs in, that theirs was getting

18      approved.

19          MR. MORTON:

20              Brandon, I think we can all

21      benefit from a break, so that everybody is

22      not tired.

23          MR. DAVIS:

24              Counsel, I don't have a problem

25      with that; we can take a break now.  I

Page 90

1    don't believe anybody is tired, but no

2    doubt, the interpreter is frustrated

3    because of the feedback and audio, and when

4    we come back, I will just ask if you can

5    try to sit still in your chair.

6         MR. MORTON:

7              Don't treat me like a child,

8    Brandon.

9              We are off the record for a

10   minute.

11        MR. DAVIS:

12             No, we are not going off the

13   record.

14        MR. MORTON:

15             (Inaudible.)

16        MR. DAVIS:

17             I don't believe that it is

18   appropriate for you to put your hand in my

19   face.

20        MR. MORTON:

21             You are 10 feet away from me,

22   Brandon.

23        MR. DAVIS:

24             Which is why I think your hands

25   need to be under control.

Page 91

1          MR. MORTON:

2                Brandon, I just asked that you

3     act with professionalism, and it is

4     frustrating that you are unable to do so.

5          MR. DAVIS:

6                Dawson, when you are moving in

7     your chair, I notice that there is a noise

8     that interferes with the sound, and these

9     are the same times that the interpreter

10    complained about interference.

11         MR. MORTON:

12               I get it that you are trying to

13    invent excuses.  I think we should go off

14    the record for a minute and take a break.

15         MR. DAVIS:

16               I think you need a break.  When

17    we come back, please be mindful that we

18    have interrupting voices that may impact

19    the translation -- the transmission that

20    Amelia was trying to tell us about.

21         MR. MORTON:

22               There is no problem with the

23    audio coming in.

24         MR. KNOEPP:

25               The audio is perfectly fine.  I

Page 92

1    can hear the audio; that is not the issue.

2          THE INTERPRETER:

3             I apologize; for me, the audio is

4    not clear at all, and the witness is

5    talking very quickly.  I believe I should

6    call my office and have another interpreter

7    take over.

8       MR. MORTON:

9             I don't think it is an audio

10   problem either.  I appreciate your

11   comments, Mr. Davis, I just wholly disagree

12   with them.

13            Nonetheless, if we go off the

14   record for a second, take a 10-minute

15   break, let Amelia call her office; and if

16   someone wants to stay on, we can also try

17   out the laptop microphone.

18      (Discussion off the record; thereafter,

19           the deposition was adjourned.)

20

21

22

23

24

25

Felipe de Jesus Avila-Soto
Felipe de Jesus Avila-Soto, et al v. South Central Sugarcane Growers Association, et al

```
                                                      Page 93

 1

 2

 3

 4                 WITNESS' CERTIFICATE

 5

 6

 7       I have read or have had the foregoing

 8  testimony read to me and hereby certify that it

 9  is a true and correct transcription of my

10  testimony with the exception of any attached

11  corrections or changes.

12

13

14

15

16

17       _____

18            FELIPE AVILA-SOTO

19

20  PLEASE INDICATE

21  ( ) NO CORRECTIONS

22  ( ) CORRECTIONS; ERRATA SHEET(S) ENCLOSED

23

24

25
```

Page 94

1                    REPORTER'S CERTIFICATE

2

3       This certification is valid only for a
transcript accompanied by my original signature
4   and original required seal on this page.

5

6            I, Cathy Reneé Powell, Certified
Court Reporter in and for the State of
7   Louisiana, as the officer before whom this
testimony was taken, do hereby certify that
8   FELIPE AVILA-SOTO, after having been duly sworn
by me upon authority of R.S. 37:2554, did
9   testify as hereinbefore set forth in the
foregoing 92 pages; that this testimony was
10  reported by me in the stenotype reporting
method, was prepared and transcribed by me or
11  under my personal direction and supervision, and
is a true and correct transcript to the best of
12  my ability and understanding; that the
transcript has been prepared in compliance with
13  transcript format guidelines required by statute
or by rules of the board, that I have acted in
14  compliance with the prohibition on contractual
relationships, as defined by Louisiana Code of
15  Civil Procedure Article 1434 and in rules and
advisory opinions of the board; that I am not
16  related to counsel or the parties herein, nor am
I otherwise interested in the outcome of this
17  matter.

18

19

20      _____

     CATHY RENEÉ POWELL
21   CERTIFIED COURT REPORTER

22

23

24

25