# Transcript of the Testimony of
# Felipe de Jesus Avila-Soto

### Date: December 16, 2025

**Felipe de Jesus Avila-Soto, et al v. South Central Sugarcane Growers Association, et al**

All electronic deposition & exhibit files
are available at **www.psrdocs.com**
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**

## Professional Shorthand Reporters, Inc.
Phone: 504-529-5255
Fax: 504-529-5257
Email: reporters@psrdocs.com
Internet: http://www.psrdocs.com

**EXHIBIT G**

Page 1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| FELIPE DE JESUS AVILA-SOTO, and others similarly situated, | * * * * * |
| Plaintiffs | * * |
| VERSUS | * * |
| SOUTH CENTRAL SUGARCANE GROWERS ASSOCIATION AND STERLING SUGARS, LLC | * * * * |
| Defendants | * * |

CIVIL ACTION

NO. 6:24-CV-01392

* * * * * * * * *

Deposition of FELIPE DE JESUS AVILA-SOTO, taken through an interpreter, on the 16th day of December. The witness and Mr. Morton and Mr. Davis attended the deposition in person at the Hotel Azul Talavera Country Club, Parque Industrial Lajat, 27259 Torreon, Coah; Ms. McDiarmid, Mr. Knoepp, the court reporter and interpreter attended remotely, via Zoom.

APPEARANCES:

   LAW OFFICES OF DAWSON MORTON
   (By:  Dawson Morton, Esquire
   1808 Sixth Street
   Berkeley, California 94710
   (dawson@dawsonmorton.com)

       - and -

   James C. Knoepp, Esquire
   1612 Crestwood Drive
   Columbia, South Carolina 29205
       (Attended remotely)

```
                                                         Page 2

 1    APPEARANCES CONTINUED:

 2
      PHELPS DUNBAR
 3    (By:  Brandon Davis, Esquire)
      365 Canal Street
 4    Suite 2000
      New Orleans, Louisiana 70130
 5
         - and -
 6
      PHELPS DUNBAR
 7    (By:  Molly McDiarmid, Esquire)
      400 Convention Street
 8    Suite 1100
      Baton Rouge, Louisiana 70802
 9       (Attended via Zoom)

10       Attorneys for Defendants

11
   INTERPRETER:
12
      Amelia Smith
13    TNOLA Translations

14
   REPORTED BY:
15

16    Cathy Renee´ Powell, CCR
      Professional Shorthand Reporters
17    (504)529-5255

18                  *    *    *

19            EXAMINATION INDEX

20 EXAMINATION BY MR. DAVIS ..............5

21                  *    *    *

22            INDEX OF EXHIBITS

23 Exhibit No. 1  .......................51

24    Mexican passport and visa information,

25    SCSCGA 000013, 000014; 000021, 000022.
```

Page 92

1    can hear the audio; that is not the issue.
2         THE INTERPRETER:
3              I apologize; for me, the audio is
4    not clear at all, and the witness is
5    talking very quickly.  I believe I should
6    call my office and have another interpreter
7    take over.
8         MR. MORTON:
9              I don't think it is an audio
10   problem either.  I appreciate your
11   comments, Mr. Davis, I just wholly disagree
12   with them.
13             Nonetheless, if we go off the
14   record for a second, take a 10-minute
15   break, let Amelia call her office; and if
16   someone wants to stay on, we can also try
17   out the laptop microphone.
18        (Discussion off the record; thereafter,
19             the deposition was adjourned.)
20
21
22
23
24
25

Page 93

```
 1
 2
 3
 4              WITNESS' CERTIFICATE
 5
 6
 7      I have read or have had the foregoing
 8   testimony read to me and hereby certify that it
 9   is a true and correct transcription of my
10   testimony with the exception of any attached
11   corrections or changes.
12
13
14
15
16
17          _____
18              FELIPE AVILA-SOTO
19
20   PLEASE INDICATE
21   ( ) NO CORRECTIONS
22   ( ) CORRECTIONS; ERRATA SHEET(S) ENCLOSED
23
24
25
```

Page 94

1          REPORTER'S CERTIFICATE

2

3      This certification is valid only for a transcript accompanied by my original signature
4   and original required seal on this page.

5

6           I, Cathy Renee´ Powell, Certified Court Reporter in and for the State of
7   Louisiana, as the officer before whom this testimony was taken, do hereby certify that
8   FELIPE AVILA-SOTO, after having been duly sworn by me upon authority of R.S. 37:2554, did
9   testify as hereinbefore set forth in the foregoing 92 pages; that this testimony was
10  reported by me in the stenotype reporting method, was prepared and transcribed by me or
11  under my personal direction and supervision, and is a true and correct transcript to the best of
12  my ability and understanding; that the transcript has been prepared in compliance with
13  transcript format guidelines required by statute or by rules of the board, that I have acted in
14  compliance with the prohibition on contractual relationships, as defined by Louisiana Code of
15  Civil Procedure Article 1434 and in rules and advisory opinions of the board; that I am not
16  related to counsel or the parties herein, nor am I otherwise interested in the outcome of this
17  matter.

18

19

20         _____
           CATHY RENEE´ POWELL
21         CERTIFIED COURT REPORTER

22

23

24

25