# Transcript of the Testimony of
# Proces Verbal of Felipe de Jesus Avila-Soto

## Date: December 16, 2025

## Felipe de Jesus Avila-Soto, et al v. South Central Sugarcane Growers Association, et al

All electronic deposition & exhibit files
are available at **www.psrdocs.com**
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**

## Professional Shorthand Reporters, Inc.
Phone: 504-529-5255
Fax: 504-529-5257
Email: reporters@psrdocs.com
Internet: http://www.psrdocs.com

**EXHIBIT H**

Case 6:24-cv-01392-RRS-CBW   Document 55-9   Filed 01/15/26   Page 2 of 12 PageID #: 463
Proces Verbal of Felipe de Jesus Avila-Soto
Felipe de Jesus Avila-Soto, et al v. South Central Sugarcane Growers Association, et al

Page 1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| FELIPE DE JESUS AVILA-SOTO, and others similarly situated, | * * * * * | |
| Plaintiffs | * * | CIVIL ACTION |
| VERSUS | * * | NO. 6:24-CV-01392 |
| SOUTH CENTRAL SUGARCANE GROWERS ASSOCIATION AND STERLING SUGARS, LLC | * * * * | |
| Defendants | * * | |

* * * * * * * * *

    PROCES VERBAL regarding the deposition of FELIPE DE JESUS AVILA-SOTO, taken through an interpreter, on the 16th day of December. The witness and Mr. Morton and Mr. Davis attended the deposition in person at the Hotel Azul Talavera Country Club, Parque Industrial Lajat, 27259 Torreon, Coah; Ms. McDiarmid, Mr. Knoepp, the court reporter and interpreter attended remotely, via Zoom.

APPEARANCES:

   LAW OFFICES OF DAWSON MORTON
   (By:  Dawson Morton, Esquire
   1808 Sixth Street
   Berkeley, California 94710
   (dawson@dawsonmorton.com)
       - and -

   James C. Knoepp, Esquire
   1612 Crestwood Drive
   Columbia, South Carolina 29205

Case 6:24-cv-01392-RRS-CBW Document 55-9 Filed 01/15/26 Page 3 of 12 PageID #: 464
Proces Verbal of Felipe de Jesus Avila-Soto
Felipe de Jesus Avila-Soto, et al v. South Central Sugarcane Growers Association, et al

Page 2

1               (Attorneys for the Plaintiffs)
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Proces Verbal of Felipe de Jesus Avila-Soto
Felipe de Jesus Avila-Soto, et al v. South Central Sugarcane Growers Association, et al

Page 3

```
 1    APPEARANCES CONTINUED:

 2
      PHELPS DUNBAR
 3    (By:  Brandon Davis, Esquire)
      365 Canal Street
 4    Suite 2000
      New Orleans, Louisiana 70130
 5
           - and -
 6
      PHELPS DUNBAR
 7    (By:  Molly McDiarmid, Esquire)
      400 Convention Street
 8    Suite 1100
      Baton Rouge, Louisiana 70802
 9       (Attended via Zoom)

10        Attorneys for Defendants

11
      REPORTED BY:
12

13     Cathy Renee´ Powell, CCR
       Professional Shorthand Reporters
14     (504)529-5255

15            MR. KNOEPP:

16              We are just going to put on the

17       record that the interpreter quit, and we

18       don't have a replacement interpreter,

19       Mr. Avila has been here since 9; it is now

20       4 o'clock.

21            MR. DAVIS:

22              Jim, you have not made an

23       appearance.  Are you intending to make an

24       appearance now for this proces verbal?

25            MR. KNOEPP:
```

Case 6:24-cv-01392-RRS-CBW     Document 55-9     Filed 01/15/26     Page 5 of 12 PageID #: 466

Proces Verbal of Felipe de Jesus Avila-Soto
Felipe de Jesus Avila-Soto, et al v. South Central Sugarcane Growers Association, et al

Page 4

1  I did make an appearance with
2  Cathy.
3       ATTORNEY 3:
4            Are you on the record now, are or
5  is Dawson still --
6       MR. KNOEPP:
7            If I need to add anything, I
8  will; but I'm sure Dawson can handle it.  I
9  mean, I was present for the entire
10 deposition, so if there is something that I
11 feel like I should add, then I may do that.
12 (Discussion off the record.)
13      MR. DAVIS:
14           We are going back on the record
15 to make a Proces Verbal.
16      ATTORNEY 3:
17           I showed you a copy of a document
18 I marked as Exhibit 3, your Notice of
19 Deposition.  I will attach that to the
20 record.
21           Since sometime around 2:30 or
22 2:45, we have not been able to proceed with
23 the interpreter we engaged to interpret the
24 deposition for us.  What we have done since
25 then, we have waited for the agency to send

Case 6:24-cv-01392-RRS-CBW   Document 55-9   Filed 01/15/26   Page 6 of 12 PageID #: 467

Proces Verbal of Felipe de Jesus Avila-Soto
Felipe de Jesus Avila-Soto, et al v. South Central Sugarcane Growers Association, et al

Page 5

1    us another interpreter.

2        We have not received a telephone
3    back from the agency.  I am certainly
4    available to remain in Mexico today,
5    tomorrow, even on Thursday or Friday until
6    we can locate a replacement; otherwise,
7    after having waited for approximately
8    2 hours, we are not able to proceed.

9        Dawson, you have indicated that
10    Mr. Avila is available and will be ready to
11    proceed when we get the interpretation
12    services we need, because apparently, our
13    interpreter has left and won't be back
14    today.

15    MR. MORTON:

16        I agree with that.  Mr. Avila
17    took the day from work for this deposition,
18    and this is not something of his choosing.
19    We took a break for the interpreter's
20    benefit, and then the interpreter never
21    came back from that break, and has left,
22    and the deposition is not able to proceed.

23        Mr. Avila is here and available;
24    he has been here since 9, and it is now 2
25    o'clock, so we are making a record.

Case 6:24-cv-01392-RRS-CBW   Document 55-9   Filed 01/15/26   Page 7 of 12 PageID #: 468

Proces Verbal of Felipe de Jesus Avila-Soto
Felipe de Jesus Avila-Soto, et al v. South Central Sugarcane Growers Association, et al

Page 6

1        MR. DAVIS:
2              After the lunch break, I
3        asked Mr. Morton to confer with me on
4        additional dates to complete the testimony.
5        Have you had an opportunity to do that?
6        MR. MORTON:
7              I told you previously, Mr. Davis,
8        that we don't believe it is appropriate to
9        re-notice Mr. Avila, as he appeared today
10       and took time off, and counsel traveled
11       from California to be here, and Mr. Avila
12       has been present the whole day, and we
13       don't believe he should be required to
14       reappear.
15       MR. DAVIS:
16             So have you given any thought as
17       to how you want to complete the testimony?
18       Or are you going to approach the magistrate
19       for assistance in being able to complete
20       the deposition, at a convenient time for
21       all parties?
22       ATTORNEY 4:
23             Mr. Avila took off from work and
24       has been present the entire day for you to
25       ask him questions.

Case 6:24-cv-01392-RRS-CBW    Document 55-9    Filed 01/15/26    Page 8 of 12 PageID #: 469
Proces Verbal of Felipe de Jesus Avila-Soto
Felipe de Jesus Avila-Soto, et al v. South Central Sugarcane Growers Association, et al

Page 7

1      MR. DAVIS:
2              I understand that.  What I am
3      trying to discuss with you now is, well,
4      what do we need to do, as far as do we need
5      to go to the magistrate for guidance on how
6      this will be resolved?  I am aware that,
7      today, the witness has been cooperative,
8      but given the fact that Christmas is next
9      week, so have you given any thought to when
10     you would like to contact the magistrate.
11     MR. MORTON:
12             Well, you guys can make a motion
13     and we will respond to it.
14     MR. DAVIS:
15             Okay.  And then, have you given
16     any thought to whether you want to simply
17     contact the magistrate for a status
18     conference?  Obviously, I would prefer to
19     manage this without the necessity of a
20     motion.
21     MR. MORTON:
22             I will talk with my colleague
23     about that.
24     MR. DAVIS:
25             Thank you.  That's all I have.

Case 6:24-cv-01392-RRS-CBW Document 55-9 Filed 01/15/26 Page 9 of 12 PageID #: 470

Proces Verbal of Felipe de Jesus Avila-Soto
Felipe de Jesus Avila-Soto, et al v. South Central Sugarcane Growers Association, et al

Page 8

1      (Which concluded the record.)
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Case 6:24-cv-01392-RRS-CBW   Document 55-9   Filed 01/15/26   Page 10 of 12 PageID #: 471
Proces Verbal of Felipe de Jesus Avila-Soto
Felipe de Jesus Avila-Soto, et al v. South Central Sugarcane Growers Association, et al

Page 9

1 REPORTER'S CERTIFICATE

2

3  This certification is valid only for a transcript accompanied by my original signature
4  and original required seal on this page.

5

6  I, Cathy Renee´ Powell, Certified Court Reporter in and for the State of Louisiana, as the officer before whom this
7  Proces Verbal was taken, do hereby certify that this record was reported by me in the stenotype
8  reporting method, was prepared and transcribed by me or under my personal direction and
9  supervision, and is a true and correct transcript to the best of my ability and
10 understanding; that the transcript has been prepared in compliance with transcript format
11 guidelines required by statute or by rules of the board, that I have acted in compliance with
12 the prohibition on contractual relationships, as defined by Louisiana Code of Civil Procedure
13 Article 1434 and in rules and advisory opinions of the board; that I am not related to counsel
14 or the parties herein, nor am I otherwise interested in the outcome of this matter.

15

16

17
   _____
18 CATHY RENEE´ POWELL
   CERTIFIED COURT REPORTER
19

20

21

22

23

24

25

Case 6:24-cv-01392-RRS-CBW    Document 55-9    Filed 01/15/26    Page 11 of 12 PageID #: 472

Proces Verbal of Felipe de Jesus Avila-Soto
Felipe de Jesus Avila-Soto, et al v. South Central Sugarcane Growers Association, et al

Page 10

### A
ability 9:9
able 4:22 5:8,22 6:19
accompanied 9:3
acted 9:11
ACTION 1:6
add 4:7,11
additional 6:4
advisory 9:13
agency 4:25 5:3
agree 5:16
apparently 5:12
appearance 3:23,24 4:1
APPEARAN... 1:17 3:1
appeared 6:9
approach 6:18
appropriate 6:8
approximately 5:7
Article 9:13
asked 6:3
assistance 6:19
ASSOCIATI... 1:8
attach 4:19
attended 1:13 1:15 3:9
ATTORNEY 4:3,16 6:22
Attorneys 2:1 3:10
available 5:4,10 5:23
Avila 3:19 5:10 5:16,23 6:9,11 6:23
AVILA-SOTO 1:3,12
aware 7:6
Azul 1:14

### B
back 4:14 5:3,13 5:21
Baton 3:8
believe 6:8,13
benefit 5:20
Berkeley 1:20
best 9:9
board 9:11,13
Brandon 3:3
break 5:19,21 6:2

### C
C 1:24
California 1:20 6:11
Canal 3:3
Carolina 1:25
Cathy 3:13 4:2 9:5,18
CCR 3:13
CENTRAL 1:7
certainly 5:3
CERTIFICA... 9:1
certification 9:3
Certified 9:5,18
certify 9:7
choosing 5:18
Christmas 7:8
Civil 1:6 9:12
Club 1:14
Coah 1:15
Code 9:12
colleague 7:22
Columbia 1:25
complete 6:4,17 6:19
compliance 9:10 9:11
concluded 8:1
confer 6:3
conference 7:18
contact 7:10,17
CONTINUED 3:1
contractual 9:12
convenient 6:20
Convention 3:7
cooperative 7:7
copy 4:17
correct 9:9
counsel 6:10 9:13
Country 1:14
court 1:1,15 9:6 9:18
Crestwood 1:24

### D
dates 6:4
Davis 1:13 3:3 3:21 4:13 6:1,7 6:15 7:1,14,24
Dawson 1:19,19 4:5,8 5:9
dawson@daw... 1:21
day 1:13 5:17 6:12,24
DE 1:3,12
December 1:13
Defendants 1:9 3:10
defined 9:12
deposition 1:12 1:14 4:10,19 4:24 5:17,22 6:20
direction 9:8
discuss 7:3
Discussion 4:12
DISTRICT 1:1 1:1
DIVISION 1:2
document 4:17
Drive 1:24
DUNBAR 3:2,6

### E
engaged 4:23
entire 4:9 6:24
Esquire 1:19,24 3:3,7
Exhibit 4:18

### F
fact 7:8
far 7:4
feel 4:11
FELIPE 1:3,12
format 9:10
Friday 5:5

### G
given 6:16 7:8,9 7:15
go 7:5
going 3:16 4:14 6:18
GROWERS 1:8
guidance 7:5
guidelines 9:11
guys 7:12

### H
handle 4:8
Hotel 1:14
hours 5:8

### I
indicated 5:9
Industrial 1:14
intending 3:23
interested 9:14
interpret 4:23
interpretation 5:11
interpreter 1:13 1:15 3:17,18 4:23 5:1,13,20
interpreter's 5:19

### J
James 1:24

JESUS 1:3,12
Jim 3:22

### K
Knoepp 1:15,24 3:15,25 4:6

### L
LAFAYETTE 1:2
Lajat 1:14
LAW 1:19
left 5:13,21
LLC 1:8
locate 5:6
Louisiana 1:1 3:4,8 9:6,12
lunch 6:2

### M
magistrate 6:18 7:5,10,17
making 5:25
manage 7:19
marked 4:18
matter 9:14
McDiarmid 1:15 3:7
mean 4:9
method 9:8
Mexico 5:4
Molly 3:7
Morton 1:13,19 1:19 5:15 6:3,6 7:11,21
motion 7:12,20

### N
necessity 7:19
need 4:7 5:12 7:4,4
never 5:20
New 3:4
Notice 4:18

### O

Case 6:24-cv-01392-RRS-CBW   Document 55-9   Filed 01/15/26   Page 12 of 12 PageID #: 473

Proces Verbal of Felipe de Jesus Avila-Soto
Felipe de Jesus Avila-Soto, et al v. South Central Sugarcane Growers Association, et al

Page 11

o'clock 3:20 5:25
Obviously 7:18
officer 9:6
OFFICES 1:19
Okay 7:15
opinions 9:13
opportunity 6:5
original 9:3,4
Orleans 3:4
outcome 9:14

**P**

page 9:4
Parque 1:14
parties 6:21 9:14
person 1:14
personal 9:8
PHELPS 3:2,6
Plaintiffs 1:5 2:1
Powell 3:13 9:5 9:18
prefer 7:18
prepared 9:8,10
present 4:9 6:12 6:24
previously 6:7
Procedure 9:12
proceed 4:22 5:8 5:11,22
proces 1:12 3:24 4:15 9:7
Professional 3:13
prohibition 9:12
put 3:16

**Q**

questions 6:25
quit 3:17

**R**

re-notice 6:9
ready 5:10
reappear 6:14

received 5:2
record 3:17 4:4 4:12,14,20 5:25 8:1 9:7
regarding 1:12
related 9:13
relationships 9:12
remain 5:4
remotely 1:16
Renee 3:13 9:5 9:18
replacement 3:18 5:6
reported 3:11 9:7
reporter 1:15 9:6,18
REPORTER'S 9:1
Reporters 3:13
reporting 9:8
required 6:13 9:4,11
resolved 7:6
respond 7:13
Rouge 3:8
rules 9:11,13

**S**

seal 9:4
send 4:25
services 5:12
Shorthand 3:13
showed 4:17
signature 9:3
similarly 1:4
simply 7:16
situated 1:4
Sixth 1:20
South 1:7,25
State 9:6
STATES 1:1
status 7:17
statute 9:11

stenotype 9:7
STERLING 1:8
Street 1:20 3:3,7
SUGARCANE 1:7
SUGARS 1:8
Suite 3:4,8
supervision 9:9
sure 4:8

**T**

taken 1:12 9:7
Talavera 1:14
talk 7:22
telephone 5:2
testimony 6:4,17
Thank 7:25
thought 6:16 7:9 7:16
Thursday 5:5
time 6:10,20
today 5:4,14 6:9 7:7
told 6:7
tomorrow 5:5
Torreon 1:15
transcribed 9:8
transcript 9:3,9 9:10,10
traveled 6:10
true 9:9
trying 7:3

**U**

understand 7:2
understanding 9:10
UNITED 1:1

**V**

valid 9:3
verbal 1:12 3:24 4:15 9:7
VERSUS 1:6

waited 4:25 5:7
want 6:17 7:16
week 7:9
WESTERN 1:1
witness 1:13 7:7
work 5:17 6:23

**X**

**Y**

**Z**

Zoom 1:16 3:9

**0**

**1**

1100 3:8
1434 9:13
1612 1:24
16th 1:13
1808 1:20

**2**

2 5:8,24
2:30 4:21
2:45 4:22
2000 3:4
27259 1:15
29205 1:25

**3**

3 4:3,16,18
365 3:3

**4**

4 3:20 6:22
400 3:7

**5**

504)529-5255 3:14

**6**

6:24-CV-01392 1:7

**7**

70130 3:4
70802 3:8

**8**

**9**

9 3:19 5:24
94710 1:20

**W**