**From:** Jim Knoepp <jim@dawsonmorton.com>
**Sent:** Friday, December 19, 2025 11:40 PM
**To:** Brandon Davis (1312) <Brandon.Davis@phelps.com>; Molly McDiarmid <Molly.McDiarmid@phelps.com>; Jennifer Clewis Thomas <Jennifer.Thomas@phelps.com>
**Cc:** Dawson Morton <dawson@dawsonmorton.com>
**Subject:** Plaintiffs' Second Set of RFPs to Defendants

Counsel—

Attached please find (1) Requests for Production to Defendant South Central Sugar Cane Growers' Association, Inc., and (2) separate Requests for Production to Defendant Sterling Sugars, LLC.

Please contact us with any questions.

Jim Knoepp
jim@dawsonmorton.com
828-379-3169

**EXHIBIT I**