| | |
|---|---|
| **From:** | Brandon Davis |
| **Sent:** | Friday, January 9, 2026 11:58 PM |
| **To:** | Jim Knoepp; Dawson Morton; Molly McDiarmid |
| **Cc:** | Trenny V. Williston; Christina Tiberi; Brandon Davis |
| **Subject:** | RE: 45136-0001 Soto Litigation RE: scheduling depositions in South Central Sugars suit |

Good evening, Jim.  Read my responses below.

_____

**Brandon E. Davis**
Phelps Dunbar LLP
Direct: 504-584-9312
Email: brandon.davis@phelps.com



CONFIDENTIALITY NOTICE - This e-mail message, including any attachments, is private communication sent by a law firm, Phelps Dunbar LLP, and may contain confidential, legally privileged information meant solely for the intended recipient. If you are not the intended recipient, any use, distribution, or copying of this communication is strictly prohibited. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system. Thank you.

**From:** Jim Knoepp <jim@dawsonmorton.com>
**Sent:** Friday, January 9, 2026 8:15 PM
**To:** Brandon Davis <Brandon.Davis@phelps.com>; Dawson Morton <dawson@dawsonmorton.com>; Molly McDiarmid <Molly.McDiarmid@phelps.com>
**Cc:** Trenny V. Williston <Trenny.Williston@phelps.com>; Christina Tiberi <Christina.Tiberi@phelps.com>
**Subject:** Re: 45136-0001 Soto Litigation RE: scheduling depositions in South Central Sugars suit

Thanks.  I still don't know what you mean by conferring next Thursday since that was never discussed. We talked by email and phone yesterday.  I had proposed conferring next week on Thursday.  But you explained that Plaintiffs preferred to speak more urgently and proposed 9 pacific this morning.  So, I dialed at that time.  I just want to be clear that we never declined to confer with you. And we did confer with you this morning on the only issue you wanted to discuss, which was related to Mr. Avila-Soto's deposition, and the issue we wanted to discuss, which was the scheduling of the depositions we asked about on December 19th. This is correct.  The parties conferenced this morning.

I am not sure why you think we would have reviewed 30(b)(6) topics with you on the call today when the purpose of the call was to discuss scheduling the depositions of **individual employees** and not 30(b)(6) depositions of the corporate defendants. Your thoughts are wrong.  We stopped short of judging how Plaintiffs have managed their case.  When you say "send your draft notice" are you referring to the draft notices of the individuals we asked to depose in our December 19th email? No.  But if Plaintiffs intend to proceed per 30(b)(6), then tender notice and propose your availability to confer.  We will certainly send you those notices as soon as you are able to confirm dates for the depositions on Monday.  I believe the fact witness discovery work should align and – if not – the parties can resolve after we share contact information for Martina Aracely Zamorano Leyva and Juan Ignacio Martinez Camacho.

Thanks.

Jim

**From:** Brandon Davis <Brandon.Davis@phelps.com>
**Date:** Friday, January 9, 2026 at 9:05 PM
**To:** Jim Knoepp <jim@dawsonmorton.com>, Dawson Morton <dawson@dawsonmorton.com>, Molly McDiarmid <Molly.McDiarmid@phelps.com>, Brandon Davis <Brandon.Davis@phelps.com>

EXHIBIT

J

**Cc:** "Trenny V. Williston" <Trenny.Williston@phelps.com>, Christina Tiberi <Christina.Tiberi@phelps.com>
**Subject:** Re: 45136-0001 Soto Litigation RE: scheduling depositions in South Central Sugars suit

Sure.  I shared with you that we were available to talk next week on Thursday.  Plaintiffs disagreed so I took care to confer this morning.  When we talked, Plaintiffs did not review any 30(b)(6) topics, but I explained ranges of dates that should be available.  We should be able to confirm those dates Monday.  If you intend to proceed, then send your draft notice and tell us when Plaintiffs will be prepared to confer.  Good evening.


**From:** Jim Knoepp <jim@dawsonmorton.com>
**Sent:** Friday, January 9, 2026 7:42:51 PM
**To:** Brandon Davis <Brandon.Davis@phelps.com>; Dawson Morton <dawson@dawsonmorton.com>; Molly McDiarmid <Molly.McDiarmid@phelps.com>
**Cc:** Trenny V. Williston <Trenny.Williston@phelps.com>; Christina Tiberi <Christina.Tiberi@phelps.com>
**Subject:** Re: 45136-0001 Soto Litigation RE: scheduling depositions in South Central Sugars suit

I am sorry Brandon, but I do not know what you are referring to when you say "Plaintiffs declined to confer next week on Thursday afternoon" and that you "shared this morning by phone that we understood the conferral declinations that Plaintiffs communicated."  Can you please explain? We didn't decline to confer about anything.

I also do not know what you mean by a draft 30(b)(6) notice, which we also did not discuss. While we do want to conduct a 30(b)(6) deposition of each of the corporate Defendants in February, we are trying right now to schedule the depositions of the individuals we identified in our December 19th email below.  You stated that you would provide us dates of availability on Monday, January 12th for those depositions. If you are also able to provide dates of availability for 30(b)(6) depositions of each corporate Defendant at the same time then we would appreciate it.

With respect to the dispatchers, please provide the contact information for Martina Aracely Zamorano Leyva and Juan Ignacio Martinez Camacho.


**From:** Brandon Davis <Brandon.Davis@phelps.com>
**Date:** Friday, January 9, 2026 at 7:50 PM
**To:** Jim Knoepp <jim@dawsonmorton.com>, Dawson Morton <dawson@dawsonmorton.com>, Molly McDiarmid <Molly.McDiarmid@phelps.com>
**Cc:** Brandon Davis <Brandon.Davis@phelps.com>, "Trenny V. Williston" <Trenny.Williston@phelps.com>, Christina Tiberi <Christina.Tiberi@phelps.com>
**Subject:** 45136-0001 Soto Litigation RE: scheduling depositions in South Central Sugars suit

Good evening, Jim:

1. Industry labor began to leave after December 23rd and continued to depart through this week.  Departures likely will end by Sunday (unless extensions were filed).  South Central's labor did not extend lawful presence in the U.S.  The dispatchers are located outside of the U.S. which is a December norm.  I believe their general region is Monterrey/Torreon, and I'll share the address so Plaintiffs can manage publication and service of subpoenas.  Specify the names of the dispatch witnesses Plaintiffs will serve so I can cooperate with you.
2. The South Central Corporate Representatives are present in the United States.  Grinding began to stop between Christmas and New Year's Day.  Louisiana's production will end shortly after January 15th this year.  That means the trailing work (back of house work) should finish by month's end.  Most of us (management, labor, accountants and lawyers) are either not present in the United States, or otherwise not present for regular operating functions in this brief window of time.  This is why February 9th would be the time that Plaintiffs could (reliably) have access to corporate representatives.  Plaintiffs declined to confer next week on Thursday afternoon.  I shared this morning by phone that we understood the conferral declinations that Plaintiffs communicated, but disagreed (for the reasons I shared at the top of our call) with Plaintiffs' decision to decline.  Accordingly, send Plaintiffs DRAFT 30(b)(6) notice and tell me whether and when Plaintiffs will agree to confer.


_____
**Brandon E. Davis**
Phelps Dunbar LLP
Direct: 504-584-9312
Email: brandon.davis@phelps.com



CONFIDENTIALITY NOTICE - This e-mail message, including any attachments, is private communication sent by a law firm, Phelps Dunbar LLP, and may contain confidential, legally privileged information meant solely for the intended recipient. If you are not the intended recipient, any use, distribution, or copying of this communication is strictly prohibited. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system. Thank you.

**From:** Jim Knoepp <jim@dawsonmorton.com>
**Sent:** Friday, January 9, 2026 3:52 PM
**To:** Dawson Morton <dawson@dawsonmorton.com>; Brandon Davis <Brandon.Davis@phelps.com>; Molly McDiarmid <Molly.McDiarmid@phelps.com>
**Subject:** Re: scheduling depositions in South Central Sugars suit

Brandon—

Thanks for talking this morning about setting dates for the depositions of the Defendants' personnel we identified in our email from December 19.

You informed us that all of the dispatchers returned to Mexico starting on or around the week after Christmas and are therefore no longer available to be deposed in the United States, but that you thought they would be available in Mexico on January 19, 20, 21, and/or 26. You asked us about logistics for such a deposition in Mexico and we indicated that we would likely conduct them remotely and that we needed information on where they were located before we could figure out the logistics of where they would need to report for a remote deposition. You said that you could provide us addresses in Mexico for the dispatchers by Monday, January 12th.

With respect to the Defendants' U.S.-based employees we had identified in our December 19th email, you stated that because of the sugarcane season it is not possible to depose any of them prior to February 9th when you believed that sugar cane grinding would be finished. You stated that you would provide us specific dates in February when those depositions could be conducted by Monday, January 12th.

Have a good weekend.

Jim


**From:** Jim Knoepp <jim@dawsonmorton.com>
**Date:** Tuesday, January 6, 2026 at 5:36 PM
**To:** Dawson Morton <dawson@dawsonmorton.com>, Brandon Davis <Brandon.Davis@phelps.com>, "Molly McDiarmid (2245)" <Molly.McDiarmid@phelps.com>
**Subject:** Re: scheduling depositions in South Central Sugars suit

Brandon and Molly—

We hope you had a restful holiday season.

We are following up on this request to schedule depositions of Defendants' personnel in this matter.  Can you please let us know your available as soon as possible so that we can calendar these depositions?

Thank you.

Jim


**From:** Dawson Morton <dawson@dawsonmorton.com>
**Date:** Friday, December 19, 2025 at 3:01 PM
**To:** Brandon Davis <Brandon.Davis@phelps.com>, "Molly McDiarmid (2245)" <Molly.McDiarmid@phelps.com>
**Cc:** Jim Knoepp <jim@dawsonmorton.com>
**Subject:** scheduling depositions in South Central Sugars suit

Hi Brandon and Molly,

Plaintiffs would like to schedule some depositions for the South Central suit.  We anticipate wanting to take the 30(b)(6) depositions of both corporate defendants. In addition we would like to schedule the depositions of Roary Patout, Rivers Patout, Randall Romero, Jaime Robison, Ricky Gonsoulin, Tim Soleil and Desiree Lang.  We also want to take the deposition of a dispatcher.  Can you let us know dates you

are available in January and February for the above depositions? I believe the deposition of the dispatcher may need to be scheduled in early January.

Dawson Morton
dawson@dawsonmorton.com
404-590-1295

Case 6:24-cv-01392-RRS-CBW    Document 55-11    Filed 01/15/26    Page 4 of 4 PageID #:  478

are available in January and February for the above depositions? I believe the deposition of the dispatcher may need to be scheduled in early January.

Dawson Morton
dawson@dawsonmorton.com
404-590-1295