UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| **FELIPE DE JESUS AVILA-SOTO, ET AL.** | **CIVIL ACTION NO. 6:24-CV-01392** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC. ET AL.** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## ORDER

CONSIDERING the foregoing Motion to Compel Deposition Testimony of Plaintiffs, Canela and Soto, filed by defendants, South Central Sugar Cane Growers' Association, Inc. and Sterling Sugars, LLC ("Defendants"),

IT IS ORDERED that the Motion is GRANTED. Named plaintiff, Juan Alejo Hernandez Canela is hereby ordered to appear and provide deposition testimony in Torreon, Mexico or in the United States no later than February 23, 2026, at Plaintiff's costs;

IT IS ORDERED that named plaintiff, Felipe de Jesus Avila-Soto appear and complete his deposition in Torreon, Mexico or in the United States no later than February 23, 2026, at Plaintiffs' costs; and

IT IS ORDERED that Plaintiffs must pay Defendants' reasonable expenses incurred in filing this motion, and that appropriate sanctions may be issued, if established on contradictory motions(s).

Signed this _____ day of _____, 2026, in Lafayette, Louisiana.

_____
U.S. MAGISTRATE JUDGE WHITEHURST

PD.60276971.2