# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAFAYETTE DIVISION

| | |
|---|---|
| **FELIPE DE JESUS AVILA-SOTO, ET AL.** | **CIVIL ACTION NO. 6:24-CV-01392** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC., ET AL.** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

### MOTION FOR EXPEDITED CONSIDERATION AND TO SET HEARING ON DEFENDANTS' MOTION TO COMPEL

NOW INTO COURT, through undersigned counsel, come South Central Sugar Cane Growers' Association, Inc. and Sterling Sugars, LLC (collectively, "Defendants") who respectfully move this Court to set an expedited hearing, including oral argument, on Defendants' Motion to Compel Deposition Testimony of Plaintiffs, Canela and Soto (the "Motion"). Due to the approaching discovery deadline of February 23, 2026, and the reasons set forth more fully in the accompanying memorandum in support, expedited consideration of the Motion is warranted.

WHEREFORE, defendants, South Central Sugar Cane Growers' Association, Inc. and Sterling Sugars, LLC, respectfully move this Court to set hearing, including oral argument, on Defendants' Motion to Compel Deposition Testimony of Plaintiffs, Canela and Soto and to consider the Motion on an expedited basis.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:  */s/ Brandon E. Davis*
      Brandon E. Davis Bar Roll No. 29823

1

        Molly McDiarmid Bar Roll No. 36426
        Jennifer Clewis Thomas (*Admitted Pro Hac Vice*)
        Canal Place | 365 Canal Street, Suite 2000
        New Orleans, Louisiana 70130
        Telephone: 504 566 1311
        Facsimile: 504 568 9130
        brandon.davis@phelps.com
        molly.mcdiarmid@phelps.com
        jennifer.clewis@phelps.com

**ATTORNEYS FOR DEFENDANTS, SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC. AND STERLING SUGAR, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of January 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record/parties in this proceeding.

        */s/ Brandon E. Davis*