UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| **FELIPE DE JESUS AVILA-SOTO, ET AL.** | **CIVIL ACTION NO. 6:24-CV-01392** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC., ET AL.** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## ORDER

CONSIDERING the foregoing Motion for Expedited Consideration and to Set Hearing on Defendants' Motion to Compel filed by defendants, South Central Sugar Cane Growers' Association, Inc. and Sterling Sugars, LLC ("Defendants");

IT IS ORDERED that the Motion is GRANTED. Any opposition to Defendants' Motion to Compel Deposition Testimony of Plaintiffs, Canela and Soto is hereby ordered to be filed no later than _____, 2026, with any reply briefs to be filed no later than _____, 2026; and

IT IS ORDERED that the Court will hear oral argument on Defendants' Motion to Compel Deposition Testimony of Plaintiffs, Canela and Soto on _____, 2026, at _____.

Signed this _____ day of _____, 2026, in Lafayette, Louisiana.

_____
U.S. MAGISTRATE JUDGE WHITEHURST