UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **FELIPE DE JESUS AVILA-SOTO ET AL** | **CASE NO.   6:24-CV-01392** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **SOUTH CENTRAL SUGAR CANE GROWERS ASSOCIATION INC ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

NOTICE OF DEFICIENT DOCUMENT

**NOTICE TO FILER:**

The Memorandum in Opposition re Motion to Compel Deposition Testimony, Motion for Attorney Fees filed on January 23, 2026 by Felipe De Jesus Avila-Soto, Felipe De Jesus Suarez-Palafox, Jose de Jesus Soto-Reza, Omar Alejandro Rosas-Osuna, Ruben Zayas Reyes, Arnulfo Villegas Miranda, Juan Alejo Hernandez-Canela, Baldemar Cervantes-Leyva was DEFICIENT for the following reason(s):

- ✓ For attorneys admitted *pro hac vice*, signature or endorsement of local counsel is required. Please refer to LR83.2.6 for more specific requirements.

**Within three (3) days** of receipt of this notice, please file a "corrective document" addressing the deficiency or deficiencies noted above, or the court may strike the document. All filing deadlines previously set remain in effect. Issuance of this notice does not amount to an extension of any deadline; however, if, for good cause shown, additional time is needed to correct this filing, please contact the Clerk of Court's office. **DO NOT file a motion** to extend the three-day deadline provided by this notice.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.