UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| FELIPE DE JESUS AVILA-SOTO, AND OTHERS SIMILARLY SITUATED | No: 6:24-cv-01392 |
| | JUDGE ROBERT R. SUMMERHAYS |
| V. | MAGISTRATE JUDGE CAROL B. WHITEHURST |
| SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION AND STERLING SUGARS, LLC | |

**MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD FOR DEFENDANTS**

NOW INTO COURT, comes Brandon Davis, counsel for Defendants South Central Sugar Cane Growers' Association and Sterling Sugars, LLC, who respectfully requests that this Court enroll Andrew M. Albritton (La. Bar Roll No. 39780) of the law firm Phelps Dunbar LLP, 365 Canal Street, Suite 2000, New Orleans, LA 70130, as additional counsel in this matter. Brandon E. Davis, Caroline Perlis, Jennifer Clewis Thomas and Molly McDiarmid will also remain enrolled as counsel of record, and they consent to Andrew M. Albritton enrollment as counsel. Andrew M. Albritton also consents to be enrolled as additional counsel.

WHEREFORE, Defendants pray that this motion be granted and Andrew M. Albritton be enrolled as additional counsel of record.

PD.60431350.1

                Respectfully submitted,

                PHELPS DUNBAR LLP

BY:    /s/ *Brandon Davis*
         Brandon E. Davis (La Bar #29823)
         Molly McDiarmid (La Bar #36426)
         Caroline Perlis (La Bar # 40905)
         Jennifer Clewis Thomas (*Admitted Pro Hac Vice*)
         365 Canal Street, Suite 2000
         New Orleans, Louisiana 70130
         Telephone: 504-566-1311
         Facsimile: 504-568-9130
         brandon.davis@phelps.com
         molly.mcdiarmid@phelps.com
         caroline.perlis@phelps.com
         jennifer.clewis@phelps.com

         ATTORNEY FOR DEFENDANTS, SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION AND STERLING SUGARS, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of January, 2026, I electronically filed the foregoing Motion to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to all participating counsel of record.

         /s/ *Brandon Davis*