UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| **FELIPE DE JESUS AVILA-SOTO, AND OTHERS SIMILARLY SITUATED** | No: 6:24-cv-01392 |
| | **JUDGE ROBERT R. SUMMERHAYS** |
| **V.** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |
| **SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION AND STERLING SUGARS, LLC** | |

## ORDER

CONSIDERING the foregoing *Motion to Enroll Andrew M. Albritton as Additional Counsel of Record for Defendants*,

IT IS HEREBY ORDERED that the Motion is GRANTED.  Andrew M. Albritton (La. Bar Roll No. 39780) of the firm Phelps Dunbar LLP is enrolled as additional counsel for South Central Sugar Cane Growers' Association and Sterling Sugars, LLC.

SIGNED this _____ day of _____, 2026 in _____, Louisiana.

_____
JUDGE