UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| FELIPE DE JESUS AVILA-SOTO, AND OTHERS SIMILARLY SITUATED | No: 6:24-cv-01392<br><br>JUDGE ROBERT R. SUMMERHAYS |
| V. | MAGISTRATE JUDGE CAROL B. WHITEHURST |
| SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION AND STERLING SUGARS, LLC | |

## ORDER

CONSIDERING the foregoing *Motion for Leave to File Reply in Support of Motion to Compel*,

IT IS HEREBY ORDERED that the Motion is GRANTED, allowing Defendants South Central Sugar Cane Growers' Association and Sterling Sugars, LLC to file their Reply in Support of their Motion to Compel. The Reply attached to the Motion is hereby adopted and filed with the Court to be considered at the hearing on the Motion to Compel currently set for January 29, 2026.

SIGNED this _____ day of January, 2026 in Lafayette, Louisiana.

_____
JUDGE