UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FELIPE DE JESUS AVILA-SOTO, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC., et al.<br><br>    Defendants. | Case No. 6:24-cv-01392<br><br>JUDGE ROBERT R. SUMMERHAYS<br><br>MAGISTRATE JUDGE CAROL B. WHITEHURST |

The Court has reviewed Plaintiffs' Motion to Amend the Scheduling Order.

Good cause having been shown, IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED. The following deadlines will now apply to this case:

The following case-specific deadlines are hereby modified from the original Scheduling Order:

| | |
|---|---|
| BENCH TRIAL: | [NEW DATE] |
| PRETRIAL CONFERENCE ("PTC"): | [NEW DATE] |
| Joinder of Parties and Amendment of Pleadings: | [NEW DATE 180 days before the PTC] |
| Discovery Completion and Discovery Motions: | May 22, 2026 [or 150 days before the PTC, whichever is later] |
| Dispositive Motions: | [NEW DATE 120 days before the PTC] |
| *Daubert* Motions: | [NEW DATE 120 days before the PTC] |
| Motions in Limine: | [NEW DATE 30 days before the PTC] |
| Meeting of Counsel to Complete the Pretrial Order: | [NEW DATE 30 days before the PTC] |

1

| | |
|---|---|
| Joint Pretrial Order: | [NEW DATE 14 days before the PTC] |
| Bench Books: | [NEW DATE 14 days before the PTC] |
| Trial Depositions: | [NEW DATE 14 days before the PTC] |
| Real Time Glossary: | [NEW DATE 7 days before the PTC] |
| Affirmation of Settlement Discussions: | [NEW DATE 7 days before the PTC] |

Signed at Lafayette, Louisiana, on this ____ day of _____, 2026.

_____
JUDGE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA