UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FELIPE DE JESUS AVILA-SOTO, et al.<br><br>　　　　Plaintiffs,<br><br>v.<br><br><br>SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC., et al.<br><br>　　　　Defendants. | Case No. 6:24-cv-01392<br><br>JUDGE ROBERT R. SUMMERHAYS<br><br>MAGISTRATE JUDGE CAROL B. WHITEHURST |

**STIPULATION OF VOLUNTARY DISMISSAL OF
PLAINTIFF JUAN ALEJO HERNANDEZ-CANELA'S CLAIMS**

COME NOW one of the Plaintiffs in this action—Juan Alejo Hernandez-Canela—and Defendants South Central Sugar Cane Growers' Association, Inc. and Sterling Sugars, LLC, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby submit this Stipulation of Voluntary Dismissal of the claims of Juan Alejo Hernandez-Canela, with prejudice. Mr. Hernandez-Canela's claims are hereby dismissed, with prejudice, and his name shall be removed from the style of the case going forward. All parties shall bear their own costs with respect to the claims of Mr. Hernandez-Canela.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**/s/ James M. Knoepp**
　　　　　　　　　　　　　　　　　　　　James M. Knoepp* (Lead Attorney)
　　　　　　　　　　　　　　　　　　　　South Carolina Bar No. 102757
　　　　　　　　　　　　　　　　　　　　*Admitted Pro Hac Vice*
　　　　　　　　　　　　　　　　　　　　1612 Crestwood Drive
　　　　　　　　　　　　　　　　　　　　Columbia, SC 29205
　　　　　　　　　　　　　　　　　　　　Telephone:  (828) 379-3169
　　　　　　　　　　　　　　　　　　　　Email:  jim@dawsonmorton.com

1

**/s/ Dawson Morton**
Dawson Morton
California Bar No. 320811
*Admitted Pro Hac Vice*
1808 Sixth St.
Berkeley, CA  94710
Phone: (404) 590-1295
Email:  dawson@dawsonmorton.com

**/s/ Daniel Davis**
Daniel Davis, LA Bar No. 30141
Estes Davis Law, LLC
4465 Bluebonnet Blvd, Suite A
Baton Rouge, LA 70809
Telephone: (225) 336-3394
Fax: (225) 384-5419
Email:  dan@estesdavislaw.com

Counsel for Plaintiffs


**PHELPS DUNBAR LLP**

BY:   **/s/ Brandon E. Davis**
Brandon E. Davis (La Bar #29823)
Molly McDiarmid (La Bar #36426)
Caroline Perlis (La Bar # 40905)
Jennifer Clewis Thomas (*Admitted Pro Hac Vice*)
Andrew M. Albritton (La Bar #39780)
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130
Telephone: 504-566-1311
Facsimile: 504-568-9130
brandon.davis@phelps.com
molly.mcdiarmid@phelps.com
caroline.perlis@phelps.com
jennifer.clewis@phelps.com
andrew.albritton@phelps.com

ATTORNEYS FOR DEFENDANTS, SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION AND STERLING SUGARS, LLC