UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **FELIPE DE JESUS AVILA-SOTO ET AL** | **CASE NO. 6:24-CV-01392** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **SOUTH CENTRAL SUGAR CANE GROWERS ASSOCIATION INC ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## MINUTES

A telephone conference regarding Defendants' Motion to Compel Deposition (Rec. Doc. 55) and Plaintiffs' Motion for Extension of Deadlines (Rec. Doc. 64) was held on January 29, 2026, starting at 10:30 a.m. and ending at 11:00 a.m.[1] Participating in the conference, along with the undersigned Magistrate Judge, were Dawson Morton and James Knoepp for Plaintiffs and Brandon Davis and Molly McDiarmid for Defendant.

Following discussion, the Court granted in part and denied in part the Motion to Compel and denied the Motion for Extensions without prejudice. A separate order shall be issued.

---

[1] Statistical time: 30 minutes.

Signed at Lafayette, Louisiana, this 29th day of January, 2026.

_____
CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE

2