# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| **FELIPE DE JESUS AVILA-SOTO ET AL** | **CASE NO. 6:24-CV-01392** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **SOUTH CENTRAL SUGAR CANE GROWERS ASSOCIATION INC ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## ORDER

Before the Court is Defendants' Motion to Compel Deposition Testimony of Plaintiffs, Canela and Soto, (Rec. Doc. 55), which Plaintiffs opposed (Rec. Doc. 60). The parties participated in a telephone hearing on January 29, 2026. Also before the Court is Plaintiff's Motion for Extension of Deadlines and Trial Date (Rec. Doc. 64), which Defendants opposed. As stated during the conference,

IT IS ORDERED that Defendants' Motion to Compel Deposition Testimony of Plaintiffs, Canela and Soto (Rec. Doc. 55) is GRANTED IN PART AND DENIED IN PART. The motion is granted to the extent Defendants seek to continue Avila-Soto's deposition. The parties shall work together to schedule Avila-Soto's continued deposition in Torreon, Mexico. The continued deposition shall not exceed five (5) hours. The motion is denied to the extent Defendants seek to depose Hernandez-Canela, who is withdrawing his claims and resides in Mexico.

IT IS FURTHER ORDERED that Defendants' request for reasonable expenses incurred by Defendants in filing the Motion to Compel is DENIED.

IT IS FURTHER ORDERED that Plaintiffs' Motion for Extension of Deadlines (Rec. Doc. 64) is DENIED WITHOUT PREJUDICE. The parties shall again confer pursuant to Rule 37. If the parties are unable to resolve the discovery issues, and a motion to compel is filed, the parties may re-file the motion for extension and the trial will likely be continued.

Signed at Lafayette, Louisiana on this 29th day of January, 2026.

_____
CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE