UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **FELIPE DE JESUS AVILA-SOTO ET AL** | **CASE NO. 6:24-CV-01392** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **SOUTH CENTRAL SUGAR CANE GROWERS ASSOCIATION INC ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## ORDER

As set forth in the Memorandum Ruling filed herewith,

IT IS ORDERED that Plaintiffs' Motion for 29 U.S.C. §216(b) Notice to Similarly Situated Workers and for Disclosure of Contact Information (Rec. Doc. 42) is GRANTED as modified herein. Plaintiffs are authorized to send Notice, in English and translated into Spanish by a federal court certified interpreter, via mail, email, text, and WhatsApp to the following:

> All individuals admitted as H-2A temporary foreign workers who were employed by South Central Sugar Cane Growers' Association, Inc. and/or Sterling Sugars, LLC as truck drivers hauling harvested sugarcane within the state of Louisiana at any time within the last three years and who claim they are owed unpaid wages.

Similarly situated individuals shall have ninety (90) days from the date Plaintiffs send Notice to return consent forms. Plaintiffs' counsel shall certify the

date on which Notice is sent. Plaintiffs may send a reminder notice by mail, email, text, and/or WhatsApp forty-five (45) days after sending the initial Notice.

IT IS FURTHER ORDERED that Defendants shall provide Plaintiffs the names, addresses (U.S. and foreign), email addresses, telephone numbers (U.S., foreign, cell phones, and WhatsApp) of similarly situated workers within fourteen (14) days of this Order.

Signed at Lafayette, Louisiana on this 3rd day of February, 2026.

_____
CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE