UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| FELIPE DE JESUS AVILA-SOTO, et al.<br><br>Plaintiffs,<br><br>v.<br><br>SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC., et al.<br><br>Defendants. | Case No. 6:24-cv-01392<br><br>JUDGE ROBERT R. SUMMERHAYS<br><br>MAGISTRATE JUDGE CAROL B. WHITEHURST |

### PLAINTIFFS' MOTION FOR RULE 23 CLASS CERTIFICATION

Plaintiffs file this Motion for Rule 23 Class Certification and hereby move to certify a class pursuant to Federal Rule of Civil Procedure 23(b)(3), declare that Plaintiffs are adequate class representatives, and appoint class counsel pursuant to Rule 23(g). Plaintiffs seek Rule 23 class certification of their second and third claims for relief for breach of contract and violations of the Louisiana Wage Payment Act, LA. REV. STAT. §§ 23:631, *et seq.* (Compl. ¶¶ 82-92) (ECF No. 1). Plaintiffs seek Rule 23 certification of a class defined as:

> **All individuals admitted as H-2A temporary foreign workers who were employed by Defendants as truck drivers hauling harvested sugarcane within the state of Louisiana during the 2022, 2023, 2024, and/or 2025 sugarcane seasons.**

For the reasons detailed in Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion for Rule 23 Class Certification, and the evidence attached, the Court should grant Plaintiffs' Motion for Rule 23 Class Certification, and (i) certify the Class; (ii) find that the Named Plaintiffs are adequate class representatives; and (iii) appoint the undersigned attorneys as class counsel.

Pursuant to Local Rule 7.4.1 the Plaintiffs certify that they conferred with Defendants

with respect to this motion and Defendants stated that they intend to oppose Plaintiffs' motion.

Respectfully submitted,

**/s/ James M. Knoepp**
James M. Knoepp* (Lead Attorney)
South Carolina Bar No. 102757
*Admitted Pro Hac Vice*
1612 Crestwood Drive
Columbia, SC 29205
Telephone: (828) 379-3169
Email: jim@dawsonmorton.com

**/s/ Dawson Morton**
Dawson Morton
California Bar No. 320811
*Admitted Pro Hac Vice*
1808 Sixth St.
Berkeley, CA 94710
Phone: (404) 590-1295
Email: dawson@dawsonmorton.com

**/s/ Daniel Davis**
Daniel Davis, LA Bar No. 30141
Estes Davis Law, LLC
4465 Bluebonnet Blvd, Suite A
Baton Rouge, LA 70809
Telephone: (225) 336-3394
Fax: (225) 384-5419
Email: dan@estesdavislaw.com