UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FELIPE DE JESUS AVILA-SOTO, et al. | ) <br> ) <br> ) Case No. 6:24-cv-01392 <br> ) <br> ) JUDGE ROBERT R. SUMMERHAYS <br> ) <br> ) MAGISTRATE JUDGE CAROL B. <br> ) WHITEHURST |
| Plaintiffs, | |
| v. | |
| SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC., et al. | |
| Defendants. | |

**PROPOSED ORDER**

Plaintiffs' Motion for Rule 23 Class Certification is GRANTED and Counts II and III of Plaintiffs' complaint may proceed as a Rule 23(b)(3) class action. IT IS ORDERED that Plaintiffs have satisfied the requirements of Federal Rule of Civil Procedure 23(a) and 23(b)(3). The Court hereby certifies Plaintiffs' claims for breach of contract and violations of the Louisiana Wage Payment Act as a class action on behalf of a class defined as follows:

> **All individuals admitted as H-2A temporary foreign workers who were employed by Defendants as truck drivers hauling harvested sugarcane within the state of Louisiana during the 2022, 2023, 2024, and/or 2025 sugarcane seasons.**

IT IS FURTHER ORDERED as follows:

1. Plaintiffs Felipe de Jesus Avila-Soto and Felipe de Jesus Suarez-Palafox are appointed as the representatives of the class.

2. Attorneys Dawson Morton, James Knoepp, and Daniel Davis are appointed as counsel for the class.

3. Within twenty-one (21) days of this order, Plaintiffs shall submit a motion seeking approval to send notice to the class as required by Rule 23(c)(2)(B).

IT IS SO ORDERED THIS ___ DAY OF _____, 2026

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE