EXHIBIT 7

EXCERPTS FROM DEPOSITION OF
PLAINTIFF FELIPE DE JESUS SUAREZ-PALAFOX

Case 6:24-cv-01392-RRS-CBW    Document 72-9    Filed 02/06/26    Page 2 of 41 PageID #: 736
Felipe de Jesus Suarez-Palafox
Felipe De Jesus Avila-Sota, et al v. South Central Sugar Cane Growers' Association

Page 1

UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF LOUISIANA
                LAFAYETTE DIVISION


FELIPE DE JESUS AVILA-SOTA,
AND OTHERS SIMILARLY
SITUATED,

          Plaintiffs
                                CIVIL ACTION
VERSUS
                                6:24-CV-01392
SOUTH CENTRAL SUGAR CANE
GROWERS' ASSOCIATION

          Defendants


     Deposition of Felipe de Jesus
Suarez-Palafox, taken through an interpreter, on
the 12th day of December, 2025, at Phelps
Dunbar, 400 Convention Street, Suite 1100, Baton
Rouge, Louisiana 70802.


APPEARANCES:

     LAW OFFICES OF DAWSON MORTON
     (By:  Dawson Morton, Esquire
     1808 Sixth Street
     Berkeley, California 94710

          - and -

     James C. Knoepp, Esquire
     1612 Crestwood Drive
     Columbia, South Carolina 29205
        (Attended via Zoom)

        (Attorneys for the Plaintiffs)

Felipe de Jesus Suarez-Palafox
Felipe De Jesus Avila-Sota, et al v. South Central Sugar Cane Growers' Association

Page 2

```
 1    APPEARANCES CONTINUED:

 2        PHELPS DUNBAR
          (By:  Molly McDiarmid, Esquire)
 3        400 Convention Street
          Suite 1100
 4        Baton Rouge, Louisiana 701802

 5            - and -

 6        PHELPS DUNBAR
          (By:  Brandon Davis, Esquire)
 7        365 Canal Street
          Suite 2000
 8        New Orleans, Louisiana 70130

 9          Attorneys for Defendants

10

      THE INTERPRETER:
11

12         Roxanne Chapa
           (225)903-4024
13

14    REPORTED BY:

15

           Cathy Renee´ Powell, CCR
16         Professional Shorthand Reporters
           (504)529-5255
17                      *   *   *

18                 EXAMINATION INDEX
```

```
19    EXAMINATION BY MS. McDIARMID  .........6
      EXAMINATION BY MR. MORTON ............90
20    EXAMINATION BY MS. McDIARMID .......104
      EXAMINATION BY MR. MORTON ..........107
```

```
21                      *   *   *

22

23

24

25
```

Felipe de Jesus Suarez-Palafox
Felipe De Jesus Avila-Sota, et al v. South Central Sugar Cane Growers' Association

Page 6

1                    ROXANNE CHAPA,

2    having been first duly sworn by the

3    above-mentioned court reporter, translated the

4    witness' testimony below; and whereas,

5                    JESUS SUAREZ-PALAFOX,

6    having been first duly sworn by the

7    above-mentioned court reporter, was examined and

8    did testify as follows:

9    EXAMINATION BY MS. McDIARMID:

10        Q.   Good morning.  My name is Molly

11   McDiarmid; we met off the record.  I am an

12   attorney for the defendants in this case, South

13   Central Sugarcane Growers Association and

14   Sterling Sugars, LLC.

15             I understand that before we started

16   this deposition, the interpreter and your

17   attorney gave you some instructions about how

18   the deposition will go; is that right?

19        A.   Yes.

20        Q.   Well, I'm glad that they have already

21   gone through all of that with you, but the most

22   important thing, particularly since we have an

23   interpreter, is just to let me finish my whole

24   question before responding, and if you don't

25   understand a question I ask, let me know.

Felipe de Jesus Suarez-Palafox
Felipe De Jesus Avila-Sota, et al v. South Central Sugar Cane Growers' Association

Page 7

1              MR. MORTON:

2                   Can I just put on the record, we

3         are reserving our right to read and sign.

4     EXAMINATION BY MS. McDIARMID:

5         Q.   And if you need a break at any time,

6     let me know.

7         A.   Okay.

8         Q.   Brandon Davis is also participating in

9     this deposition remotely; he is another attorney

10    for the defense.

11                  I understand you have given a

12    deposition before; is that right?

13        A.   Yes.

14        Q.   And is there anything -- any

15    medication that you are taking or anything that

16    would impair your ability to testify today?

17        A.   No.

18        Q.   Would you please state your full name?

19        A.   Felipe Jesus Suarez-Palafox.

20        Q.   May I call you Felipe?

21        A.   Yes.

22        Q.   Where do you live, Felipe?

23        A.   Los Mochis, Sinaloa.

24        Q.   How long have you lived there?

25        A.   In my house where I am now, 25 years.

Felipe de Jesus Suarez-Palafox
Felipe De Jesus Avila-Sota, et al v. South Central Sugar Cane Growers' Association

Page 8

1      Q.   Do you have a Mexican passport?

2      A.   Yes.

3      Q.   When did you first apply for your

4  Mexican passport?

5      A.   2018.

6      Q.   Do you have any other passports than

7  the passport issued by the Mexican government?

8      A.   No.

9      MS. McDIARMID:

10         Dawson, you look like you wanted

11  to say something?  No?

12      MR. MORTON:

13         I think he may have renewed it.

14  EXAMINATION BY MS. McDIARMID:

15      Q.   Did you have a passport before 2018?

16      A.   No.  That is when I first got it, that

17  year.

18      Q.   Do you know when your passport

19  expires?

20      A.   I don't remember right now.

21      Q.   I will show it to you in a little bit.

22         When did you receive your first H2-A

23  visa?

24      A.   In 2018.

25      Q.   In connection with what employment?

Felipe de Jesus Suarez-Palafox
Felipe De Jesus Avila-Sota, et al v. South Central Sugar Cane Growers' Association

Page 33

```
 1            MR. MORTON:
 2                 "They may send us elsewhere."
 3            THE INTERPRETER:
 4                 Okay.
 5            MS. McDIARMID:
 6                 Do you dispute what Dawson is
 7       saying?
 8            THE INTERPRETER:
 9                 No.  It could have been the way
10       he worded it.  To me, it was the end of the
11       day, but the way he said that, he knows
12       more about this than I do, so it makes
13       sense.
14            MS. McDIARMID:
15                 I hear you.  I am just trying to
16       understand, is there a challenge, like, are
17       you suggesting that you disagree?
18            THE INTERPRETER:
19                 No.  I have no understanding
20       because I walked in blind.  That's it.
21       EXAMINATION BY MS. McDIARMID:
22          Q.  So when you wake up in the morning,
23       how do you know where to go?
24          A.  They give us a list.  It has our name,
25       the route and the hours.
```

Felipe de Jesus Suarez-Palafox
Felipe De Jesus Avila-Sota, et al v. South Central Sugar Cane Growers' Association

Page 34

1    Q.   Where is the list?

2    A.   At the eating place of the hotel that

3    we stay at.

4    Q.   And who gives you the list?

5    A.   Jamie, every day after 4 p.m. has the

6    list.

7    Q.   Is it individual lists, one list per

8    worker, or is it a big list?

9    A.   It is a big list, there are several

10   lists.

11   Q.   Do you find out in the evening, after

12   4 p.m., what you will be doing the following

13   day?

14   A.   Yes, we check the list every day

15   because there can be changes.

16   Q.   What information is on the list?

17   A.   It has the name, it has the driver

18   number -- well, now we are now clocking in with

19   our face.  They changed it.  Yes.  They give us

20   the name, the route and the time of entry.

21   Q.   So after you see that information on

22   the list, then what do you do?

23   A.   I go to sleep.  I go to sleep because

24   if I have to be clocked in at 5:30 in the

25   morning, I have to be there 30 minutes before.

Felipe de Jesus Suarez-Palafox
Felipe De Jesus Avila-Sota, et al v. South Central Sugar Cane Growers' Association

Page 35

1      Q.   So after you clock in -- well, where
2  do you go to clock in?
3      A.   The company has a shuttle that carries
4  us to the shop to go clock in, and then we walk
5  to our truck, we turn it on so it will warm up
6  and then we take off to whatever loader we are
7  assigned.
8      Q.   And then, from taking your order, do
9  you take off to a farm site to pick up
10  sugarcane?
11     A.   Yes.
12     Q.   Once you arrive at the farm loadsite,
13  what happens?
14     A.   Since there are several of us in
15  vehicles, we get in line and wait our turn,
16  until it is our turn to load.
17     Q.   And then, who loads you?
18     A.   They have workers there that have
19  equipment to load the sugarcane.
20     Q.   After you are loaded with the
21  sugarcane, then what happens?
22     A.   I go to the sugar mill.
23     Q.   Do you participate in the loading of
24  the sugarcane at all?
25     A.   No, just drive.

Felipe de Jesus Suarez-Palafox
Felipe De Jesus Avila-Sota, et al v. South Central Sugar Cane Growers' Association

Page 36

1       Q.    Okay.  So after you leave the farm,

2   then you go back to the sugar mill?

3       A.    Sometimes we wait to get unloaded;

4   sometimes we have to unhitch the trailer.  It

5   depends on what Aracely or Ignacio tells us to

6   do.

7       Q.    Does that all take place at the sugar

8   mill?

9       A.    Yes.

10      Q.    Because you are dropping off the load

11  of sugarcane that you just got from the farmer?

12      A.    So that is why we turn right back

13  after we unload, because we are given a certain

14  number of loads, and we divide it among the

15  seven of us, and we know how many each of us

16  have to have.

17      Q.    How do you know how many loads you

18  have to have?  Is that on the list too?

19      A.    Because they are told how many loads

20  per group.

21      Q.    Do you mean that you are told how many

22  loads per group?

23          MR. MORTON:

24              Objection, mischaracterizes.

25          THE WITNESS:

Felipe de Jesus Suarez-Palafox
Felipe De Jesus Avila-Sota, et al v. South Central Sugar Cane Growers' Association

```
                                                    Page 37
 1                    Ignacio or Aracely tells us over

 2        the radio.

 3   EXAMINATION BY MS. McDIARMID:

 4        Q.   Do you know how Aracely and Ignacio --

 5   how do they know?

 6        A.   Tim tells us -- he tells them how many

 7   loads are for each loader.

 8        Q.   Do you know how Tim knows how many

 9   loads are for each loader?

10        A.   No, I don't know.  They are the ones

11   in charge of that.  They tell us 20, 30 loads.

12   They are the ones that are boss.

13        Q.   Do you know if Tim communicates with

14   the farmers to know how many loads?

15        A.   I don't know.  I wouldn't be able to

16   tell you that.

17        Q.   Sure.

18             Do you do any maintenance of vehicles?

19        A.   Nothing, just operating, just driving.

20        Q.   In connection with your employment

21   with South Central, do you do any repair of

22   vehicles?

23             MR. MORTON:

24                  Objection, asked and answered.

25             THE WITNESS:
```

Felipe de Jesus Suarez-Palafox
Felipe De Jesus Avila-Sota, et al v. South Central Sugar Cane Growers' Association

Page 38

1            Nothing, no.

2    EXAMINATION BY MS. McDIARMID:

3        Q.   Is there ever a time, in connection

4    with your employment by South Central, where you

5    had to pull over to address a piece of loose

6    cane?

7        A.   Not because of sugarcane, but for

8    mechanical failures, yes.

9        Q.   How often does that occur?

10       A.   It just recently happened, I had a

11   breakdown, but then the mechanics show up, fix

12   it and then I am back on the road.

13       Q.   What do you do when you have a

14   breakdown?

15       A.   I take pictures of what is going on, I

16   send them to Aracely or to Ignacio and they

17   handle it from there.

18           MR. MORTON:

19               He said, "I send it to the office

20       with Aracely or Ignacio."

21   EXAMINATION BY MS. McDIARMID:

22       Q.   All the things we just talked about,

23   about you not performing maintenance or repair

24   work and you not pulling over to address loose

25   cane, is that true for 2022 through the present?

Felipe de Jesus Suarez-Palafox
Felipe De Jesus Avila-Sota, et al v. South Central Sugar Cane Growers' Association

Page 39

1      A.   Yes.  We don't do any of the

2   mechanics, just drive, nothing else.

3      Q.   I understand.

4           I just want to make sure that --

5   instead of me asking you about each year, do you

6   agree that that applies to all of the years we

7   are talking about, 2022 through 2025?

8      A.   Yes, that is right.

9      Q.   At Northside, did you ever communicate

10  with any of the farmers or the farmers'

11  employees?

12     A.   No, nothing to do with the ranchers.

13  They just tell us, you go here, and that's it.

14     Q.   Is that also true for Ted Broussard?

15     A.   Yes.  The same thing.  They would just

16  sometimes tell us, hey, if it was 18, it is now

17  20, but they would tell us over the radio.

18     Q.   We talked about Gonsoulin.  Did you

19  ever communicate with the farmers or the

20  farmer's employees at Gonsoulin?

21     A.   Just with the supervisor, that we have

22  to give -- that checks us in at the weigh-in and

23  the weigh-out.

24     Q.   Are you saying W-E-I-G-H or W-A-Y?

25     A.   W-E-I-G-H.

Felipe de Jesus Suarez-Palafox
Felipe De Jesus Avila-Sota, et al v. South Central Sugar Cane Growers' Association

Page 40

1    Q.    So are you talking about the sugar
2    mill?
3    A.    No, at the loader with the ranchers.
4    Q.    Understood.
5    Did you say that Jamie comes to the
6    housing to provide the instructions about the
7    next day's route?
8    A.    He does it every day.  He just tacks
9    them to a wall or a door, and when he has the
10   next one, he takes it off and puts on the new
11   one.
12   Q.    Do you know who determines your
13   schedule?
14   MR. MORTON:
15   Objection, asked and answered.
16   THE WITNESS:
17   They do it at the office.  We
18   just have to look at it.  We just get up at
19   the crack of dawn, whenever it says, and
20   just do whatever is there.
21   EXAMINATION BY MS. McDIARMID:
22   Q.    What kind of work schedule do you
23   usually work?
24   A.    There is no exit time, but there is an
25   entry time.  I put my face there at 4:45 every

Felipe de Jesus Suarez-Palafox
Felipe De Jesus Avila-Sota, et al v. South Central Sugar Cane Growers' Association

Page 41

1    morning, but let's say I have three loads, they

2    are far away, I have put in up to 16, 17 hours.

3        Q.   How do you know when your workday will

4    end?

5        A.   Sometimes they give us routes that are

6    2 hours, and there may be 10 cars ahead of you,

7    so you wait your turn and you don't know when

8    you will finish.

9        Q.   How do you know when you should not go

10   back for more loads?

11       A.   On the radio, they tell us, that's it

12   for the day, the loads are finished and not to

13   go back.

14       Q.   Do you know what it is that triggers

15   no more loads for the day?

16       A.   Because there's no more to load to

17   carry sugarcane.

18       Q.   I want to be sure I understand what

19   you said.

20            Do you mean that the farmer doesn't

21   have anymore sugarcane for you to pick up that

22   day?

23       A.   No.  Aracely and Ignacio are the ones

24   that tells us, no more dispatch.

25       Q.   I understand that Aracely and Ignacio

Felipe de Jesus Suarez-Palafox
Felipe De Jesus Avila-Sota, et al v. South Central Sugar Cane Growers' Association

Page 44

1              I just want to caution him not to

2     guess.

3     EXAMINATION BY MS. McDIARMID:

4         Q.   I'm okay with approximates.

5         A.   Because there really is no answer.

6     Depends on how many cars are ahead of you, and

7     you have to wait to load.

8         Q.   Do you have any understanding or

9     familiarity with how sugarcane is harvested?

10        A.   No.

11        Q.   Do you have any understanding or

12    familiarity with how sugarcane is milked?

13        A.   No, not that either.

14        Q.   Do you understand the importance of

15    the driving work you do for South Central?

16        MR. MORTON:

17             Objection, mischaracterizes.

18        THE WITNESS:

19             No, because we just arrive at the

20    sugar mill like they tell us and carry our

21    loads.

22    EXAMINATION BY MS. McDIARMID:

23        Q.   Since 2022, was your job title ever

24    agricultural equipment operator?

25        A.   We never picked up any equipment, we

Felipe de Jesus Suarez-Palafox
Felipe De Jesus Avila-Sota, et al v. South Central Sugar Cane Growers' Association

Page 45

1    were just driving the cars.

2         Q.   I understand.  I'm just asking about

3    what your job title was.

4         A.   Title?

5         Q.   Do you know what your job title is?

6         A.   Driver.

7         Q.   What time of year do you typically

8    arrive in the United States to work as an H2-A

9    worker?

10        A.   In September, after the 15th.

11        Q.   Is that true, to the best of your

12   knowledge, of the other employees at South

13   Central?

14        A.   Everybody.

15        Q.   While you were working at South

16   Central, did you work more than 40 hours in one

17   workweek?

18        A.   Yes.

19        Q.   Were you ever paid any overtime wages?

20        A.   No.

21        Q.   Do you know if any other workers at

22   South Central were paid overtime wages?

23        A.   Nobody.

24        Q.   About how many hours per week would

25   you estimate you worked for South Central?

Felipe de Jesus Suarez-Palafox
Felipe De Jesus Avila-Sota, et al v. South Central Sugar Cane Growers' Association

Page 46

1              MR. MORTON:

2                   Objection, mischaracterizes.

3              THE WITNESS:

4                   Weekly, it depended on the route.

5         Are you talking about biweekly?  Because

6         that is how we get paid.  Approximately

7         180 hours.

8    EXAMINATION BY MS. McDIARMID:

9         Q.   Biweekly?

10        A.   Every 14 days, they would pay us.

11        Q.   But your testimony is you worked

12   approximately 180 hours every 14 days?

13        A.   Yes.  This is an estimate, an

14   approximation.  Sometimes it was more, sometimes

15   it was less.

16        Q.   I understand.

17             Do you have any knowledge about the

18   hours of other H2-A workers at South Central?

19        A.   That's an average for all of us.

20        Q.   How do you know that?

21        A.   Because in the room, there were four

22   of us, and we would talk among ourselves about

23   how many hours we put in.

24        Q.   So you know about the hours of the

25   four people you roomed with; is that correct?

Felipe de Jesus Suarez-Palafox
Felipe De Jesus Avila-Sota, et al v. South Central Sugar Cane Growers' Association

Page 55

1    potential duties before you came into the U.S.

2    in 2022?

3            MR. MORTON:

4                Objection, asked and answered.

5    EXAMINATION BY MS. McDIARMID:

6        Q.   To work for South Central.

7        A.   No.

8        Q.   Is it your understanding that you have

9    an employment contract?

10       A.   I think this is what Melchor showed

11   us.

12       Q.   But you have never seen this document

13   before, Exhibit 6?

14       A.   No.

15       Q.   Do you not know whether you had an

16   employment contract with South Central in 2022?

17           MR. MORTON:

18               Objection, mischaracterizes.

19           THE WITNESS:

20               What happens is, we don't send

21       anything to the sugar mill, everything is

22       done with Melchor.

23   EXAMINATION BY MS. McDIARMID:

24       Q.   What was your understanding that the

25   job you were coming to do here in the U.S.?

Felipe de Jesus Suarez-Palafox
Felipe De Jesus Avila-Sota, et al v. South Central Sugar Cane Growers' Association

                                                              Page 56

1      A.    Drive the trailers because we would be

2  asked for the bi-national driver's license.

3      Q.    And what was your understanding of the

4  rate of pay you would be paid in 2022?

5      A.    I don't remember, really.

6      Q.    Do you know if South Central paid you

7  the rate of pay specified in the employment

8  contract for 2022?

9      A.    I don't remember how much we got paid

10 that year.  I don't remember the amount.

11     Q.    I understand you don't remember the

12 amount that South Central said it would pay in

13 the contract.  Do you remember if South Central

14 paid the correct amount?

15     A.    No.

16     Q.    No, you don't remember?

17     A.    I don't remember.

18     Q.    We looked earlier at your H2-A visas

19 for 2022 through 2025, Exhibits 1 through 4.  Do

20 you remember that?

21     A.    Yes.

22     Q.    Do you understand that you applied for

23 employment pursuant to an employment contract in

24 order to get the H2-A visas?

25     A.    Well, no, not directly, through South

Felipe de Jesus Suarez-Palafox
Felipe De Jesus Avila-Sota, et al v. South Central Sugar Cane Growers' Association

Page 64

1    your check stub?

2        A.    No.

3        Q.    Are you saying that something about

4    the check stubs changed in 2025?

5        A.    That the hourly rate does not appear

6    anymore, at how much they are paying us.

7        Q.    Anything else change?

8        A.    No.

9        Q.    Do you understand you filed a lawsuit

10   called a collective, or class action?

11       A.    Yes.

12       Q.    Do you understand that means you filed

13   it on behalf of other workers?

14       A.    Yes.

15       Q.    How many workers are you seeking to

16   represent?

17       A.    There is Juan, there is Felipe Jesus

18   Soto, Juan, I don't remember his last name.  I

19   don't remember, really.  His second last name is

20   Canela, but I don't remember his first last

21   name.

22       Q.    Is it your understanding that you are

23   representing anybody other than those people you

24   just named?

25       A.    Arnulfo Billegas.

Page 73

 1      Q.    What false mischaracterizations were

 2   made to the U.S. government?

 3      A.    The wages that were not correct with

 4   the drivers.

 5      Q.    It is your testimony that the false

 6   representation that was made by South Central

 7   relates to the amount of the wage that was

 8   incorrect?

 9      A.    Can you repeat the question?

10      Q.    Yes.  I'm just trying to understand

11   your response.

12           My question is, what false information

13   did South Central make to the U.S. government?

14           MR. MORTON:

15               Objection, asked and answered.

16   EXAMINATION BY MS. McDIARMID:

17      Q.    I heard you say something about the

18   wage rate.

19      A.    Yes, that they are paying us less.

20      Q.    Paying you less than what?

21      A.    Than last year.

22      Q.    Do you mean paying you less in the

23   2025 sugarcane season?

24      A.    Yes.  Now, yes.

25      Q.    When you say, "paying us less than

Felipe de Jesus Suarez-Palafox
Felipe De Jesus Avila-Sota, et al v. South Central Sugar Cane Growers' Association

Page 74

1    last year," are you referring to the 2024

2    sugarcane season when you say that?

3         A.   Yes.

4         Q.   What is it about that that is false?

5         A.   That they are not paying us the salary

6    that they are supposed to.

7         Q.   Anything else that's false?

8         A.   Just that they are not paying us

9    overtime, either.

10        Q.   Same question.  What about that is

11   false?  Where is the false piece?

12             MR. MORTON:

13                  Objection, asked and answered.

14             THE WITNESS:

15                  I didn't understand.

16   EXAMINATION BY MS. McDIARMID:

17        Q.   I understood your response to mean

18   that South Central is not paying overtime wages,

19   nor good salaries.  But South Central never said

20   it was going to pay you overtime, right?

21             MR. MORTON:

22                  Objection, mischaracterizes.

23             THE WITNESS:

24                  They have never paid us, that is

25        why we are fighting.  We come as truck

Felipe de Jesus Suarez-Palafox
Felipe De Jesus Avila-Sota, et al v. South Central Sugar Cane Growers' Association

Page 75

1        drivers.

2    EXAMINATION BY MS. McDIARMID:

3        Q.   Is your answer complete?

4        A.   That's it.  That's all I have to say.

5        Q.   If you turn to around page 16, Count 2

6    of your complaint, Exhibit 9.

7             I have turned to page 16 of 20,

8    Exhibit 9.  I wanted to ask you some questions

9    about your claim for breach of employment

10   contract.  Do you need to take a second to read

11   it or are you ready to answer questions?

12       A.   I'm going to read it.

13            The whole sheet?

14       Q.   I'm not asking you to read anything.

15   I want to ask you about your claim for breach of

16   employment contract.

17       A.   Okay.

18       Q.   Are the employment contracts that you

19   are claiming are breached the job orders that we

20   looked at earlier?

21       A.   Yes.

22       Q.   In what way do you claim that the

23   employment contracts were breached?

24       A.   Because of the salary that was lowered

25   this season.

Felipe de Jesus Suarez-Palafox
Felipe De Jesus Avila-Sota, et al v. South Central Sugar Cane Growers' Association

Page 76

1      Q.   Is it your testimony that the 2025

2   contract did not include that rate?

3           MR. MORTON:

4               Objection, mischaracterizes.

5           THE WITNESS:

6               Yes.

7   EXAMINATION BY MS. McDIARMID:

8      Q.   Is there any other way in which the

9   employment contracts were breached?

10     A.   No.

11     Q.   Did you incur any out-of-pocket

12  expenses to come to work for South Central?

13     A.   The license, visa, passport.

14  Passport, not visa.  The physical and

15  photographs.

16     Q.   So the out-of-pocket expenses you are

17  claiming are for the license, the physical, the

18  Mexican passport and photographs.  Is that what

19  I heard?

20     A.   Yes.

21     Q.   Is that answer true for all of the

22  years, 2022 through 2025?

23     A.   Yes.

24     Q.   What year did -- when you say your

25  "license," are you talking about your licencia

Felipe de Jesus Suarez-Palafox
Felipe De Jesus Avila-Sota, et al v. South Central Sugar Cane Growers' Association

Page 81

1    renewals of your Mexican passport?

2        A.    Neither.

3        Q.    You also mentioned expenses associated

4    with photographs.

5        A.    Yes.  The photos for the visa, for the

6    work visa.

7        Q.    Is that something you have obtained

8    every year since 2022?

9        A.    Since 2018, yes.

10       Q.    Do you have to get a new picture every

11   year?

12       A.    Every year.

13       Q.    And how much does that cost?

14       A.    150 pesos.

15       Q.    Do you have any receipts related to

16   the photographs?

17       A.    No.  They give them to me, but I throw

18   them away.

19       Q.    Are you able to reuse those pictures

20   for any other purpose, or are they only for the

21   visa?

22       A.    Just for the visa.

23       Q.    Other than the licencia federal

24   conductor, the physical that goes along with

25   that, the Mexican passport and the photographs,

Felipe de Jesus Suarez-Palafox
Felipe De Jesus Avila-Sota, et al v. South Central Sugar Cane Growers' Association

Page 82

1    are there any other out-of-pocket costs you

2    incurred to go to work for South Central?

3        A.    No.

4        Q.    Were you charged any fees for your

5    passport renewal?

6        A.    No.

7        Q.    Were you reimbursed any fees from

8    South Central for your passport renewal?

9        A.    No.

10        Q.    Did you ask for reimbursement from

11    South Central for your passport renewal?

12        A.    No.

13        Q.    Did South Central reimburse you any

14    fees associated with your licencia federal de

15    conductor?

16        A.    No.

17        Q.    Did you make any requests to South

18    Central for such reimbursement?

19        A.    No.

20        Q.    Did South Central reimburse you for

21    any costs associated with the medical exam for

22    the license?

23        A.    No.

24        Q.    Did you make a request of South

25    Central for such reimbursement?

Felipe de Jesus Suarez-Palafox
Felipe De Jesus Avila-Sota, et al v. South Central Sugar Cane Growers' Association

Page 83

1      A.    No.

2      Q.    What about the photographs?  Did South

3  Central reimburse you anything for the H2-A visa

4  photographs you took?

5      A.    No.

6      Q.    Did you make any requests for such

7  reimbursement?

8      A.    No.

9      Q.    You testified that you don't have any

10 receipts to turn in related to the license, the

11 physical, the passport or the photographs; is

12 that correct?

13     A.    No.

14     Q.    Did South Central reimburse you for

15 any out-of-pocket expenses you incurred?

16     A.    No.

17     Q.    Are you seeking any travel expenses

18 related to your travel to South Central?

19     A.    No.

20     Q.    Are you seeking reimbursement for any

21 expenses you incurred to travel home from South

22 Central?

23     A.    No, they do not give us any

24 reimbursement.

25     Q.    My question is, are you seeking any

Felipe de Jesus Suarez-Palafox
Felipe De Jesus Avila-Sota, et al v. South Central Sugar Cane Growers' Association

Page 87

1      A.    No.

2      Q.    You don't know?

3      A.    They arrive, and many have their

4    vehicle from over there.

5      Q.    So you mean, some might drive their

6    own cars versus taking a bus?

7      A.    Yes.

8      Q.    Have you ever driven your own vehicle

9    to Louisiana to work for South Central?

10     A.    No.

11     Q.    Did you purchase a cell phone to work

12   at South Central?

13     A.    Yes.

14     Q.    Is that a phone that you purchased in

15   the U.S. or in Mexico?

16     A.    United States.

17     Q.    Do you purchase a new phone each year?

18     A.    Every year.

19     Q.    What do you do with your old phone

20   when you leave?

21     A.    I take it.

22     Q.    Do you have a collection of phones at

23   home?

24     A.    No.

25           MR. MORTON:

Felipe de Jesus Suarez-Palafox
Felipe De Jesus Avila-Sota, et al v. South Central Sugar Cane Growers' Association

Page 88

```
 1                    I just want to caution the
 2        witness to listen to the whole translation.
 3   EXAMINATION BY MS. McDIARMID:
 4        Q.   Each year when you go to work for
 5   South Central, you buy a new phone?
 6        A.   Yes.
 7        Q.   At the end of each season, what do you
 8   do with that phone?
 9        A.   I take it because it lasts for 2 more
10   months, and then it gets freed, and then I can
11   put in a SIM card from Mexico.
12        Q.   And then you use that one in Mexico?
13        A.   Yes.
14        Q.   So how many cell phones do you have?
15        A.   I have two.
16        Q.   When you are traveling from Los Mochis
17   to Louisiana, are your meals paid for?
18             MS. McDIARMID:
19                  You want me to start over?
20             THE INTERPRETER:
21                  Yes.
22   EXAMINATION BY MS. McDIARMID:
23        Q.   When you travel from Los Mochis to
24   work for South Central, does South Central pay
25   for your meals on that trip?
```

Felipe de Jesus Suarez-Palafox
Felipe De Jesus Avila-Sota, et al v. South Central Sugar Cane Growers' Association

Page 89

1      A.    From Los Mochis to Louisiana?  They
2   give us $50 to cross and whatever else you can
3   cover with that.
4      Q.    U.S. dollars?
5      A.    Yes.
6      Q.    Does that cover the costs of your
7   meals?
8      A.    No.
9      Q.    What is the difference between the $50
10  and the amount you have spent on meals?
11     A.    It could be maybe 30 more additional.
12     Q.    Do you have any receipts related to
13  the potentially 30 more additional dollars?
14     A.    No.
15     Q.    Do you have any receipts for the meals
16  that you purchased on your trip home from
17  Louisiana to Los Mochis?
18     A.    No.
19     Q.    What money are you seeking from South
20  Central in damages?
21     A.    What money?  Can you repeat the
22  question?
23     Q.    Yes.
24           What damages are you seeking from
25  South Central for this lawsuit?

Felipe de Jesus Suarez-Palafox
Felipe De Jesus Avila-Sota, et al v. South Central Sugar Cane Growers' Association

Page 90

1           MR. MORTON:

2                   I will just state for the record

3       that the complaint specifies the damages

4       sought.

5           THE WITNESS:

6                   Overtime, a fair wage for a

7       driver.

8   EXAMINATION BY MS. McDIARMID:

9       Q.   Anything else that you can think of?

10      A.   That's it.

11      Q.   Do you know what amount that will

12  equal?

13      A.   No.

14          MS. McDIARMID:

15                  I don't think I have any other

16      questions right now.  I will attach the

17      exhibits to the deposition.

18                  I'm sure your counsel will have

19      some questions for you.

20  EXAMINATION BY MR. MORTON:

21      Q.   Mr. Suarez, I have a couple of

22  questions just to clarify some of the answers

23  you gave earlier.

24      A.   Yes.

25      Q.   You mentioned some of the people who

Page 95

1      Q.   Where do they work?

2      A.   They are at the sugar mill.

3      Q.   You mentioned starting in the morning

4  around 5 a.m.?

5      A.   Yes.

6      Q.   Today's start at 9 a.m. must have been

7  kind of nice.

8      A.   Yes.

9      Q.   When you start at 5 a.m., are the

10  other truck drivers also starting?

11      A.   There are different schedules.

12      Q.   So some drivers start with you at

13  5 a.m.?

14      A.   Yes.

15      Q.   When you finish late in the evening,

16  are there other drivers also finishing late in

17  the evening?

18      A.   Yes.

19      Q.   What days of the week do you have off?

20      A.   None.  There is no days off.

21      Q.   What days of the week do the other

22  drivers have off?

23      A.   None of the drivers have any days off.

24      Q.   In the past, have you worked Christmas

25  day?

Felipe de Jesus Suarez-Palafox
Felipe De Jesus Avila-Sota, et al v. South Central Sugar Cane Growers' Association

Page 96

 1      A.   Yes.

 2      Q.   New Year's day?

 3      A.   That too.

 4      Q.   Would it be fair to say that all of

 5   the truck drivers are putting in long hours?

 6           MS. McDIARMID:

 7               Object to the form.

 8           THE WITNESS:

 9               All of them.

10   EXAMINATION BY MR. MORTON:

11      Q.   You mentioned that you had complaints

12   about the wage rate for 2025?

13      A.   Yes.

14      Q.   Was that also the case for other years

15   in this lawsuit?

16      A.   Yes.

17      Q.   So for example, in 2022, the complaint

18   you mentioned about your work this year would

19   also apply, that the wage rate wasn't right for

20   the work you did?

21           MS. McDIARMID:

22               Object to the form.

23           THE WITNESS:

24               Yes.

25   EXAMINATION BY MR. MORTON:

Felipe de Jesus Suarez-Palafox
Felipe De Jesus Avila-Sota, et al v. South Central Sugar Cane Growers' Association

Page 97

1    Q.   Is it your understanding that the

2  other workers are paid the same hourly rate that

3  you are paid?

4    A.   All of them, the same rate.

5    Q.   And how many are we talking about

6  here?  When you say, "all of them," how many

7  people are we talking about?

8    A.   Well, there are about 150 of us

9  drivers.

10    Q.   You heard from defendant's counsel

11  earlier about the group of people you are

12  seeking to represent?

13    A.   Yes.

14    Q.   Is that group of people the 150 you

15  just mentioned?

16    A.   I don't know if it is 150, but it is

17  more than 100 people.

18    Q.   You mentioned, for example, you only

19  got $50 when you came up from Mexico?

20    A.   Yes.

21    Q.   That is true for the other workers?

22    A.   Yes.

23    Q.   And you mentioned when you returned to

24  Mexico, you had to pay for your own food or

25  expenses?

Page 99

1       A.   Yes.

2       Q.   And they picked up their truck in the

3   same place where you picked up your truck?

4       A.   Yes.

5       Q.   With the same supervisors?

6       A.   Yes.

7       Q.   And they had a schedule set by Aracely

8   and Ignacio, like you?

9       A.   Yes.

10       Q.   And they used the same time clock you

11   used at the sugar mill?

12       A.   Yes.

13       Q.   And as a representative in this case,

14   are you seeking to recover wages for those other

15   workers as well?

16       A.   Yes.

17       Q.   Were you, at any moment, a farm

18   worker?

19       A.   No.

20       Q.   And if the contracts at issue say you

21   are a farm worker, is that true?

22            MS. McDIARMID:

23                 Object to the form.

24            THE WITNESS:

25                 No.

Felipe de Jesus Suarez-Palafox
Felipe De Jesus Avila-Sota, et al v. South Central Sugar Cane Growers' Association

Page 101

 1      Q.   You talked earlier about if your truck

 2   broke down.

 3      A.   Yes.

 4      Q.   If your truck breaks down, does a

 5   mechanic come help you?

 6      A.   Yes.  I would report it, and they

 7   would go pick me up wherever I was at.

 8      Q.   And a mechanic would repair the truck?

 9      A.   Yes.

10           MR. MORTON:

11               I'm not sure if I have anymore

12       questions.  Can I just take a 5-minute

13       break?

14           MS. McDIARMID:

15               Yes.  I have two documents I

16       meant to show him, so I have a couple.  But

17       yes, take your break.

18       (Recess.)

19   EXAMINATION BY MR. MORTON:

20      Q.   I forgot to ask you one question,

21   Mr. Suarez.

22           You talked earlier about the need for

23   a telephone when you were working for the sugar

24   mill.  I wanted to know whether you had to pay

25   for phone services or whether the company paid

Felipe de Jesus Suarez-Palafox
Felipe De Jesus Avila-Sota, et al v. South Central Sugar Cane Growers' Association

Page 102

1    for the phone service.

2          A.    I do.  I pay for it.

3          Q.    And how much -- was that a monthly

4    fee?

5          A.    Yes.

6          Q.    And how much do you pay for phone

7    services when you are working in Louisiana?

8          A.    $31.

9          Q.    Is that $31 per month?

10         A.    Per month.

11         Q.    And you receive work instructions on

12   that phone?

13         A.    That is what we use to send evidence

14   of -- of when the vehicle breaks down or that's

15   where they send us locations.

16         Q.    If you were going to a location you

17   didn't know, who would send you location

18   information?

19         A.    Dispatch.

20         Q.    And that is the people at the sugar

21   mill?

22              MS. McDIARMID:

23                   Object to the form.

24              THE WITNESS:

25                   Yes.

Felipe de Jesus Suarez-Palafox
Felipe De Jesus Avila-Sota, et al v. South Central Sugar Cane Growers' Association

Page 103

1    EXAMINATION BY MR. MORTON:

2         Q.   Did other workers also have to have a

3    local phone?

4         A.   Yes, we all purchased a phone.

5         Q.   Do you have an idea of how much others

6    paid for phone service?

7         A.   No.

8         Q.   Are you in a shared plan with other

9    workers?

10        A.   Yes.

11        Q.   And all of you in the shared plan pay

12   the same amount per month?

13        A.   Yes.

14        Q.   When you mentioned sending evidence or

15   directions, is there a service you use to send

16   things over the phone?

17        A.   A service?  Maybe an app.  Yes, Maps.

18        Q.   Okay.  You use Maps.

19             I was wondering, do you use WhatsApp

20   to message?

21        A.   Yes.

22        Q.   Is there a group of truck drivers who

23   received messages over WhatsApp?

24        A.   Yes.

25             MR. MORTON:

Errata Sheet – Cambios de Errores a la Transcripción

Felipe de Jesus Suarez-Palafox makes the following corrections and submits the following errata sheet for his deposition taken December 12, 2025.

*Felipe de Jesus Suarez-Palafox hace las siguientes correcciones y presenta la siguiente hoja de erratas para su deposición del día 12 de diciembre del 2025.*

| Page<br><br>*Página* | Line<br><br>*Línea* | Change/ Should Read<br><br>*Cambio/Debe ser* | Reason<br><br>*Razón* |
|---|---|---|---|
| 18 | 20-22 | Insert after "I am employed by the sugar mill, Sterling."<br><br>*Tiene que incluir después "Yo fui empleado por el ingenio, Sterling."* | Incomplete interpretation/ interprete no completaba la respuesta |
| 24 | 17 | Insert after "a little bit to tell us" the following "enter by here, go by here."<br><br>*Incluir después de "un poco para decirnos" lo siguiente "entras acá, pasas por acá."* | Interpretation error / error de interpretación |
| 26 | 7 | Insert at end of response "mill"<br><br>*Al final de la respuesta debe ser "molino"* | Transcription error / error de escritura |
| 26 | 10-12 | Should be: "Yes, I know him because he has loads, he is a farmer."<br><br>*Debe ser: "Si, lo conozco, porque tiene cargas, el es un ranchero."* | Interpretation error / error de interpretación |
| 28 | 25 | Insert after "to" and before "Sterling: "the sugar mills,"<br><br>*Debe incluir después de "a" y antes de "Sterling": "los molinos,"* | Interpretation error / error de interpretación |
| 30 | 19-20 | Insert after "Cheneyville," the following "they would send us to other work sites"<br><br>*Incluir después de "Cheneyville" lo siguiente: "nos mandaron a otros lugares de trabajo"* | Interpretation error / error de interpretación |
| 32 | 25 | Replace at end of response "then we go" with "They may send us elsewhere."<br><br>*Al fin de la respuesta debe reemplazar "vamonos" con "es possible que nos envien a otro lugar."* | Interpretation error / error de interpretación |

Doc ID: 10923078731055b9e6aabbad3e5cc26df6b732f6

| 38 | 15 | Insert "to the office with" before "Aracely"<br><br>*Introducir "a la oficina con" antes de "Aracely"* | Interpretation error / error de interpretación |
|----|----|----|----|
| 42 | 11 | "cars" should be "trailers"<br><br>*"coches" debe ser "trailers"* | Interpretation error / error de interpretación |
| 42 | 12 | "car" should be "trailer"<br><br>*"coche" debe ser "trailer"* | Interpretation error / error de interpretación |
| 45 | 1 | Replace "cars" with "trailers"<br><br>*Reemplace "coches" con "trailers"* | Interpretation error / error de interpretación |
| 64 | 25 | "Billegas" should be "Villegas"<br><br>*"Billegas" debe ser "Villegas"* | Transcription Error / Error de escritura |
| 77 | 13 | "route truck" should be "shuttle bus"<br><br>*"camion de ruta" debe ser "autobus de enlace"* | Interpretation error / error de interpretación |

I, Felipe de Jesus Suarez-Palafox, do hereby declare under penalty of perjury that the foregoing is true and correct.

*Yo, Felipe de Jesus Suarez-Palafox, juro y declaro bajo pena de perjurio que lo escrito arriba es verdadero y correcto.*

Signed on this 01 / 28 / 2026 .

*Firmado con fecha de* 01 / 28 / 2026 ,



Felipe de Jesus Suarez-Palafox
SIGNATURE - FIRMA

Doc ID: 10923078731055b9e6aabbad3e5cc26df6b732f6