# EXHIBIT 8

# DECLARATION OF PLAINTIFF FELIPE DE JESUS AVILA-SOTO

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FELIPE DE JESUS AVILA-SOTO, et al.<br><br>　　Plaintiffs,<br><br>v.<br><br><br>SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC., et al.<br><br>　　Defendants. | Case No. 6:24-cv-01392<br><br>JUDGE ROBERT R. SUMMERHAYS<br><br>MAGISTRATE JUDGE CAROL B. WHITEHURST |

## DECLARATION OF FELIPE DE JESUS AVILA-SOTO

1. My name is Felipe de Jesus Avila-Soto. I am one of the Plaintiffs in this case.

2. I live in Mexico and worked for the Defendants with an H-2A work visa. I worked as a trailer-truck driver during the 2022 sugarcane harvest season.

3. I am from Mexico and my native language is Spanish. All of the other drivers were as well and we spoke Spanish at work with each other and with the dispatchers.

4. My job as a truck driver was to operate a tractor-trailer truck to haul sugarcane from the fields to the Sterling mill. Other than to work as a truck driver I did not have any other employment responsibilities with the Defendants.

5. There were many of us from Mexico with H-2A visas who did the same job I did: driving trucks to haul sugarcane to the mill. There were so many of us that the mill used two dispatchers to communicate pickup locations and times. A Sterling supervisor also distributed a written schedule each afternoon. The schedule listed all drivers' start times for the following day.

1

6. I worked more than 40 hours during most of the weeks that I worked for the Defendants as a truck driver. I never received any overtime pay when I worked more than 40 hours in a week.

7. I know that my co-workers who came from Mexico with H-2A visas and who also worked as truck drivers did not receive overtime pay either. I know this because we lived together and sometimes we'd talk about how we were paid.

8. To work as an H-2A truck driver for the Defendants I was required to have a Mexican *"federal license"* or commercial drivers' license that allowed me to drive heavy trucks internationally. I paid all the expenses to get this license, including a medical exam and the license fee. Before receiving my work visa I had to submit a copy of the license. I was not reimbursed for the license expenses. The other Mexican truck drivers who worked with me also came with H-2A visas, also had the same Mexican binational license that I did and also paid the same expenses. I know this because we talked about the expenses among ourselves.

9. After I arrived in the United States to work for the Defendants I had to purchase a cell phone and a local cell phone plan. They wanted us drivers to have a phone that would work in Louisiana so we could receive work instructions. I paid for the cell phone and the monthly cell phone service fees myself. The Defendants never reimbursed me for these expenses. The other truck drivers I worked with also bought cell phones and paid for cell phone service. I know this because some of us went to the store together to buy our phones and some of us had shared group cell phone plans for the monthly service fees.

10. I understand that I am acting as a representative of other truck drivers in this lawsuit who worked for the Defendants with H-2A visas. I have done this because I believe my

claims are the same as those of the other truck drivers. I am willing to represent the interests of the other truck drivers.

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.


Executed on  02-03-2026, 2026    _____
                                                                                 Felipe de Jesus Avila-Soto

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FELIPE DE JESUS AVILA-SOTO, et al.<br><br>Plaintiffs,<br><br>v.<br><br>SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC., et al.<br><br>Defendants. | Case No. 6:24-cv-01392<br><br>JUDGE ROBERT R. SUMMERHAYS<br><br>MAGISTRATE JUDGE CAROL B. WHITEHURST |

### DECLARACIÓN DE FELIPE DE JESÚS ÁVILA-SOTO

1. Me llamo Felipe de Jesús Ávila-Soto. Soy uno de los demandantes en este caso.

2. Vivo en México y trabajé para los demandados con una visa de trabajo de tipo H-2A. Trabajé como conductor de camión con remolque durante la temporada de cosecha de caña de azúcar de 2022.

3. Vengo de México y mi lengua materna es el español. Fue igual por los otros choferes y hablábamos español en el empleo y con los despachadores.

4. Mi trabajo como camionero era manejar un camión con tráiler para transportar caña de azúcar desde los campos hasta el ingenio de Sterling. No tenía ninguna otra responsabilidad laboral con los demandados aparte de trabajar como chofer de camión.

5. Éramos muchos de nosotros de México con visas H-2A que hacíamos el mismo trabajo que yo: conducir camiones para transportar caña de azúcar al ingenio. Éramos tantos que el molino tenía dos despachadores que enviaban a todos los conductores de camión información sobre dónde y cuándo ir a recoger la caña de azúcar. También había un horario impreso

1

elaborado por un supervisor de Sterling cada tarde. El horario listaba a todos los choferes y indicaba cuándo íbamos a empezar al día siguiente.

6. Trabajé más de 40 horas durante la mayor parte de las semanas que trabajé para los demandados como camionero. Nunca recibí pago de horas extra cuando trabajaba más de 40 horas a la semana.

7. Sé que mis compañeros que venían de México con visas H-2A y que también trabajaban como camioneros tampoco les pagaban el overtime. Lo sé porque vivíamos juntos y a veces hablábamos de cómo nos pagaban.

8. Para poder trabajar como conductor de camión H-2A con los demandados, se me exigía tener una "licencia federal" mexicana o licencia de conducir comercial para conducir camiones pesados internacionales. Pagué los gastos para obtener esta licencia, que incluían un examen médico y la tasa de licencia. Tuve que entregar una copia de la licencia antes de que nos dieron la visa de trabajo. No me reembolsaron los gastos de la licencia. Los otros camioneros mexicanos con los que trabajé y que también venían con visados H-2A también tenían la misma licencia binacional mexicana que yo y pagaban los mismos gastos que yo. Lo sé porque hablamos de los gastos entre nosotros.

9. Después de llegar a Estados Unidos para trabajar para los demandados, tuve que comprar un teléfono móvil y un plan local de servicio móvil. Querían que los conductores tuviéramos un teléfono que funcionara en Luisiana para poder recibir instrucciones de trabajo. Pagué yo mismo el móvil y las cuotas mensuales del servicio. Los demandados nunca me reembolsaron esos gastos. Los otros camioneros con los que trabajé también compraron móviles y pagaron el servicio. Lo sé porque algunos fuimos juntos a la tienda a comprar nuestros

Doc ID: b10a6a4d1ab45920cc5f3c7615abc73acab0d133

teléfonos y con algunos choferes teníamos un plan compartido de móvil entre el grupo para las cuotas mensuales del servicio.

10. Entiendo que estoy actuando como representante de otros conductores de camiones en esta demanda que trabajaron para los demandados con visas H-2A. He hecho esto porque creo que mis reclamas son las mismas que las de otros camioneros. Estoy dispuesto a representar los intereses de los demás conductores de camión.

Declaro, bajo pena de perjurio según las leyes de los Estados Unidos de América, que lo anterior es cierto y correcto según mi mejor conocimiento.

Ejecutado el 02 / 05 / 2026 de 2026

_____
Felipe de Jesús Ávila-Soto

3

I, Stephanie Penn, certified by the ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS, under Certificate Number 300599, as qualified for translating court proceedings in Spanish, declare that, to the best of my ability, on or about February 5, 2026, in Los Angeles, CA, I translated the document entitled <u>Avila-Soto Declaration - class certification</u> from Spanish to English .

*Stephanie Penn*