# EXHIBIT 9

# DECLARATION OF CLASS MEMBER OMAR ROSAS-OSUNA

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FELIPE DE JESUS AVILA-SOTO, et al. <br><br> Plaintiffs, <br><br> v. <br><br> SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC., et al. <br><br> Defendants. | Case No. 6:24-cv-01392 <br><br> JUDGE ROBERT R. SUMMERHAYS <br><br> MAGISTRATE JUDGE CAROL B. WHITEHURST |

### DECLARATION OF OMAR ROSAS-OSUNA

1. My name is Omar Rosas-Osuna. I joined this case by filing a consent to sue form.

2. I worked for the Defendants with an H-2A work visa as a truck driver for the past several years, including every sugarcane harvest season from 2022 through 2025.

3. My native language is Spanish. It was also the language spoken by the other drivers because we all came from Mexico.

4. My job as a truck driver was to operate a tractor-trailer truck to haul sugarcane from the fields to the Sterling Sugars' mill. Other than to work as a truck driver I did not have any other employment responsibilities with the Defendants.

5. Many of us, truck drivers from Mexico with H-2A visas, did the same job. We all drove trucks hauling sugarcane to the Sterling mill. We drove on local, state, and national highways to get from the place where we picked up the sugar cane to the scales at the sugar mill where we dropped off or unloaded our trailers.

6. During most of the weeks that I worked for the Defendants as a truck driver, I worked more than 40 hours a week. Typically, we worked every day of the week. I never

1

received overtime pay for working more than 40 hours in a week during any of the years that I worked for the Defendants.

7. I know that my co-workers who came from Mexico with H-2A visas and who worked as truck drivers did not receive overtime pay either. I know this because we talked about how we were paid.

8. To work at Sterling I was required to have a binational Mexican license, which is a type of "federal license" or commercial driver's license required to drive trucks in a foreign country for the Defendants. I paid for the expenses to get this license myself, including a medical exam and the license fee. The Defendants did not reimburse me for these expenses. The other truck drivers who came with H-2A visas from Mexico who I worked with had the same license that I did. The binational license and the medical exam are expenses all the drivers from Mexico had to pay. I know this because we talked about these expenses.

9. Each year that I worked for the Defendants I was required to purchase a cell phone that would work in Louisiana so that I could receive work instructions from dispatchers. We had radios, but the radios couldn't show locations so they sent us locations on our cell phones through an application called WhatsApp. While working in Louisiana, I paid for my local cell phone and monthly service fees each month. The Defendants never reimbursed me for these expenses. The other truck drivers I worked with also had cell phone expenses.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on  02/ 05/2026                          _____
                                                                  Omar Rosas-Osuna

2

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FELIPE DE JESUS AVILA-SOTO, et al.<br><br>Plaintiffs,<br><br>v.<br><br>SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC., et al.<br><br>Defendants. | Case No. 6:24-cv-01392<br><br>JUDGE ROBERT R. SUMMERHAYS<br><br>MAGISTRATE JUDGE CAROL B. WHITEHURST |

## DECLARACIÓN DE OMAR ROSAS-OSUNA

1. Me llamo Omar Rosas-Osuna. Me uní a este caso presentando un formulario de consentimiento para demandar.

2. Trabajé para los demandados con una visa de trabajo H-2A como conductor de camión durante los últimos años incluso cada temporada de cosecha de caña de azúcar entre 2022 y 2025.

3. Mi lengua materna es el español. También fue el idioma de los demás choferes porque todos vinimos de México.

4. Mi trabajo como camionero consistía en operar un camión con tráiler para transportar caña de azúcar desde los campos hasta el ingenio de Sterling Sugars. No tenía ninguna otra responsabilidad laboral con los demandados aparte de trabajar como camionero.

5. Muchos de nosotros, camioneros de México con visas H-2A, hacíamos el mismo trabajo que yo: todos conducíamos camiones para transportar caña de azúcar hasta el ingenio Sterling. Condujimos por carreteras locales, estatales y nacionales para ir desde el lugar donde

Doc ID: 5f95ce48ffaafe583f074b9f7b22689459ec0a94

recogíamos la caña hasta la báscula del ingenio donde dejábamos el remolque o descargamos el remolque.

6. Trabajé más de 40 horas durante la mayor parte de las semanas que trabajé para los demandados como camionero. Normalmente, trabajábamos todos los días de la semana. Nunca recibí pago por horas extra cuando trabajé más de 40 horas a la semana en ninguno de los años que trabajé para los demandados.

7. Sé que mis compañeros que vinieron de México con visas H-2A y que también trabajaron como camioneros tampoco recibieron pago de overtime. Lo sé porque hablamos de cómo nos pagaban.

8. Para ir a trabajar en Sterling, me exigía tener una licencia mexicana binacional que es un tipo de "licencia federal" o licencia de conducir comercial en el extranjero para conducir camiones para los demandados. Pagué yo mismo los gastos para obtener esta licencia, que incluían un examen médico y la tasa de la licencia. Los demandados no me reembolsaron estos gastos. Los otros camioneros mexicanos con los que trabajé y que también venían con visas H-2A también tenían la misma licencia que yo. La licencia binacional y el examen médico son gastos que todos los conductores de México tenían. Lo sé porque hablamos de los gastos.

9. Cada año que trabajé para los demandados me exigieron comprar un teléfono móvil que funcionara en Luisiana para poder recibir instrucciones de trabajo de los despachadores. Teníamos radios, pero las radios no podían mostrar ubicaciones, así que nos enviaron ubicaciones por los móviles en una aplicación llamada WhatsApp. Mientras trabajaba en Luisiana, yo misma pagaba mi teléfono móvil local y las tarifas mensuales del servicio cada mes. Los demandados nunca me reembolsaron esos gastos. Los otros camioneros con los que trabajé también tenían gastos de teléfono móvil.

Doc ID: 5f95ce48ffaafe583f074b9f7b22689459ec0a94

Declaro, bajo pena de perjurio según las leyes de los Estados Unidos de América, que lo anterior es cierto y correcto según mi mejor conocimiento.

Ejecutado el 02 / 05 / 2026

*Rosas Osuna*
Omar Rosas-Osuna

I, Stephanie Penn, certified by the ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS, under Certificate Number 300599, as qualified for translating court proceedings in Spanish, declare that, to the best of my ability, on or about February 5, 2026, in Los Angeles, CA, I translated the document entitled <u>Declaration - Omar Rosas-Osuna</u> from Spanish to English.

*Stephanie Penn*