# EXHIBIT 10

# 2022 SAMPLE PAYROLL REGISTERS

| 5175 | | / | FELIPE D AVILA SOTO | | | 10/10/2022 | Per: 9/21/2022 to 10/4/2022 | | |
|---|---|---|---|---|---|---|---|---|---|
| **Gross** | 871.50 | **Reg** | 70.00 | 871.50 | **FWT** | 0.00 | **MEALS** | -56.00 |
| Other | 0.00 | OT/1 | | 0.00 | OASDI | 0.00 | | |
| Tips | 0.00 | OT/S | | 0.00 | MED | 0.00 | | |
| Cash tips | 0.00 | Vac | | 0.00 | SWT | 6.16 | | |
| | | Sick | | 0.00 | SDI | 0.00 | | |
| **Subtotal** | 871.50 | Hol | | 0.00 | SUI | 0.00 | | |
| | | Comm | | 0.00 | Tax WH | 6.16 | | |
| **Taxes** | -6.16 | Misc | | 0.00 | OASDI-CO | 0.00 | | |
| **Deducts** | -56.00 | Other | | 0.00 | MED-CO | 0.00 | | |
| | | | | | FUTA-CO | 0.00 | | |
| **Net pay** | 809.34 | **Gross pay** | | 871.50 | SUI-CO | 0.00 | | |
| 5175 | | / | FELIPE D AVILA SOTO | | | 10/24/2022 | Per: 10/5/2022 to 10/18/2022 | | |
| **Gross** | 2,262.79 | **Reg** | 181.75 | 2,262.79 | **FWT** | 71.50 | **DONT USE** | -100.00 |
| Other | 0.00 | OT/1 | | 0.00 | OASDI | 0.00 | **MEALS** | -196.00 |
| Tips | 0.00 | OT/S | | 0.00 | MED | 0.00 | | |
| Cash tips | 0.00 | Vac | | 0.00 | SWT | 53.37 | | |
| | | Sick | | 0.00 | SDI | 0.00 | | |
| **Subtotal** | 2,262.79 | Hol | | 0.00 | SUI | 0.00 | | |
| | | Comm | | 0.00 | Tax WH | 124.87 | | |
| **Taxes** | -124.87 | Misc | | 0.00 | OASDI-CO | 0.00 | | |
| **Deducts** | -296.00 | Other | | 0.00 | MED-CO | 0.00 | | |
| | | | | | FUTA-CO | 0.00 | | |
| **Net pay** | 1,841.92 | **Gross pay** | | 2,262.79 | SUI-CO | 0.00 | | |

Register By Empl 4/16/2025 2:01 PM                                                                                                                              Page 187

SOUTH CENTRAL SUGAR CANE GROWERS ASSOC

| | | EARNINGS | | | TAXES | | Deductions | |
|---|---|---|---|---|---|---|---|---|
| **Employee / Totals** | | Type | Hours | Dollars | Type | Dollars | **& Other pay** | |
| 5175 | | / | FELIPE D AVILA SOTO | | | 11/7/2022 | Per: 10/19/2022 to 11/1/2022 | |
| **Gross** | 2,511.79 | **Reg** | 201.75 | 2,511.79 | **FWT** | 101.38 | **MEALS** | -196.00 |
| Other | 0.00 | OT/1 | | 0.00 | OASDI | 0.00 | | |
| Tips | 0.00 | OT/S | | 0.00 | MED | 0.00 | | |
| Cash tips | 0.00 | Vac | | 0.00 | SWT | 62.09 | | |
| | | Sick | | 0.00 | SDI | 0.00 | | |
| **Subtotal** | 2,511.79 | Hol | | 0.00 | SUI | 0.00 | | |
| | | Comm | | 0.00 | Tax WH | 163.47 | | |
| **Taxes** | -163.47 | Misc | | 0.00 | OASDI-CO | 0.00 | | |
| **Deducts** | -196.00 | Other | | 0.00 | MED-CO | 0.00 | | |
| | | | | | FUTA-CO | 0.00 | | |
| **Net pay** | 2,152.32 | **Gross pay** | | 2,511.79 | SUI-CO | 0.00 | | |
| 5175 | | / | FELIPE D AVILA SOTO | | | 11/21/2022 | Per: 11/2/2022 to 11/15/2022 | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Gross** | 2,303.25 | **Reg** | 185.00 | 2,303.25 | **FWT** | 76.35 | | **MEALS** | -196.00 |
| Other | 0.00 | OT/1 | | 0.00 | OASDI | 0.00 | | | |
| Tips | 0.00 | OT/S | | 0.00 | MED | 0.00 | | | |
| Cash tips | 0.00 | Vac | | 0.00 | SWT | 54.79 | | | |
| | | Sick | | 0.00 | SDI | 0.00 | | | |
| **Subtotal** | 2,303.25 | Hol | | 0.00 | SUI | 0.00 | | | |
| | | Comm | | 0.00 | **Tax WH** | 131.14 | | | |
| **Taxes** | -131.14 | Misc | | 0.00 | OASDI-CO | 0.00 | | | |
| **Deducts** | -196.00 | Other | | 0.00 | MED-CO | 0.00 | | | |
| | | | | | FUTA-CO | 0.00 | | | |
| **Net pay** | 1,976.11 | **Gross pay** | | 2,303.25 | SUI-CO | 0.00 | | | |

<u>5175</u>   /   FELIPE D AVILA SOTO                 11/25/2022   Per: 11/16/2022 to 11/29/2022

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Gross** | 1,596.71 | **Reg** | 128.25 | 1,596.71 | **FWT** | 2.36 | | **MEALS** | -140.00 |
| Other | 0.00 | OT/1 | | 0.00 | OASDI | 0.00 | | | |
| Tips | 0.00 | OT/S | | 0.00 | MED | 0.00 | | | |
| Cash tips | 0.00 | Vac | | 0.00 | SWT | 30.06 | | | |
| | | Sick | | 0.00 | SDI | 0.00 | | | |
| **Subtotal** | 1,596.71 | Hol | | 0.00 | SUI | 0.00 | | | |
| | | Comm | | 0.00 | **Tax WH** | 32.42 | | | |
| **Taxes** | -32.42 | Misc | | 0.00 | OASDI-CO | 0.00 | | | |
| **Deducts** | -140.00 | Other | | 0.00 | MED-CO | 0.00 | | | |
| | | | | | FUTA-CO | 0.00 | | | |
| **Net pay** | 1,424.29 | **Gross pay** | | 1,596.71 | SUI-CO | 0.00 | | | |

| 5076 | | / | FELIPE D SUAREZ PALAFOX | | | 10/10/2022 | Per: 9/21/2022 to 10/4/2022 | | |
|---|---|---|---|---|---|---|---|---|---|
| **Gross** | 345.49 | **Reg** | 27.75 | 345.49 | **FWT** | 0.00 | **MEALS** | -42.00 |
| Other | 0.00 | OT/1 | | 0.00 | OASDI | 0.00 | | |
| Tips | 0.00 | OT/S | | 0.00 | MED | 0.00 | | |
| Cash tips | 0.00 | Vac | | 0.00 | SWT | 0.00 | | |
| | | Sick | | 0.00 | SDI | 0.00 | | |
| **Subtotal** | 345.49 | Hol | | 0.00 | SUI | 0.00 | | |
| | | Comm | | 0.00 | Tax WH | 0.00 | | |
| **Taxes** | 0.00 | Misc | | 0.00 | OASDI-CO | 0.00 | | |
| **Deducts** | -42.00 | Other | | 0.00 | MED-CO | 0.00 | | |
| | | | | | FUTA-CO | 0.00 | | |
| **Net pay** | 303.49 | **Gross pay** | | 345.49 | SUI-CO | 0.00 | | |
| 5076 | | / | FELIPE D SUAREZ PALAFOX | | | 10/24/2022 | Per: 10/5/2022 to 10/18/2022 | | |
| **Gross** | 2,253.45 | **Reg** | 181.00 | 2,253.45 | **FWT** | 95.38 | **DONT USE** | -100.00 |
| Other | 0.00 | OT/1 | | 0.00 | OASDI | 0.00 | **MEALS** | -196.00 |
| Tips | 0.00 | OT/S | | 0.00 | MED | 0.00 | | |
| Cash tips | 0.00 | Vac | | 0.00 | SWT | 54.47 | | |
| | | Sick | | 0.00 | SDI | 0.00 | | |
| **Subtotal** | 2,253.45 | Hol | | 0.00 | SUI | 0.00 | | |
| | | Comm | | 0.00 | Tax WH | 149.85 | | |
| **Taxes** | -149.85 | Misc | | 0.00 | OASDI-CO | 0.00 | | |
| **Deducts** | -296.00 | Other | | 0.00 | MED-CO | 0.00 | | |
| | | | | | FUTA-CO | 0.00 | | |
| **Net pay** | 1,807.60 | **Gross pay** | | 2,253.45 | SUI-CO | 0.00 | | |

Register By Empl 4/16/2025 2:01 PM                                                                                                           Page 63

*SOUTH CENTRAL SUGAR CANE GROWERS ASSOC*

| | | EARNINGS | | | TAXES | | Deductions |
|---|---|---|---|---|---|---|---|
| ***Employee / Totals*** | | ***Type*** | ***Hours*** | ***Dollars*** | ***Type*** | ***Dollars*** | ***& Other pay*** |

| 5076 | | / | FELIPE D SUAREZ PALAFOX | | | 11/7/2022 | Per: 10/19/2022 to 11/1/2022 | | |
|---|---|---|---|---|---|---|---|---|---|
| **Gross** | 2,175.64 | **Reg** | 174.75 | 2,175.64 | **FWT** | 86.04 | **MEALS** | -196.00 |
| Other | 0.00 | OT/1 | | 0.00 | OASDI | 0.00 | | |
| Tips | 0.00 | OT/S | | 0.00 | MED | 0.00 | | |
| Cash tips | 0.00 | Vac | | 0.00 | SWT | 51.74 | | |
| | | Sick | | 0.00 | SDI | 0.00 | | |
| **Subtotal** | 2,175.64 | Hol | | 0.00 | SUI | 0.00 | | |
| | | Comm | | 0.00 | Tax WH | 137.78 | | |
| **Taxes** | -137.78 | Misc | | 0.00 | OASDI-CO | 0.00 | | |
| **Deducts** | -196.00 | Other | | 0.00 | MED-CO | 0.00 | | |
| | | | | | FUTA-CO | 0.00 | | |
| **Net pay** | 1,841.86 | **Gross pay** | | 2,175.64 | SUI-CO | 0.00 | | |
| 5076 | | / | FELIPE D SUAREZ PALAFOX | | | 11/21/2022 | Per: 11/2/2022 to 11/15/2022 | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Gross** | 2,144.51 | Reg | 172.25 | 2,144.51 | **FWT** | 82.30 | **MEALS** -196.00 |
| Other | 0.00 | OT/1 | | 0.00 | OASDI | 0.00 | |
| Tips | 0.00 | OT/S | | 0.00 | MED | 0.00 | |
| Cash tips | 0.00 | Vac | | 0.00 | SWT | 50.65 | |
| | | Sick | | 0.00 | SDI | 0.00 | |
| **Subtotal** | 2,144.51 | Hol | | 0.00 | SUI | 0.00 | |
| | | Comm | | 0.00 | Tax WH | 132.95 | |
| **Taxes** | -132.95 | Misc | | 0.00 | OASDI-CO | 0.00 | |
| **Deducts** | -196.00 | Other | | 0.00 | MED-CO | 0.00 | |
| | | | | | FUTA-CO | 0.00 | |
| **Net pay** | 1,815.56 | Gross pay | | 2,144.51 | SUI-CO | 0.00 | |

5076    /    FELIPE D SUAREZ PALAFOX        12/5/2022    Per:  11/16/2022 to 11/29/2022

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Gross** | 2,001.34 | Reg | 160.75 | 2,001.34 | **FWT** | 67.44 | **MEALS** -196.00 |
| Other | 0.00 | OT/1 | | 0.00 | OASDI | 0.00 | |
| Tips | 0.00 | OT/S | | 0.00 | MED | 0.00 | |
| Cash tips | 0.00 | Vac | | 0.00 | SWT | 45.64 | |
| | | Sick | | 0.00 | SDI | 0.00 | |
| **Subtotal** | 2,001.34 | Hol | | 0.00 | SUI | 0.00 | |
| | | Comm | | 0.00 | Tax WH | 113.08 | |
| **Taxes** | -113.08 | Misc | | 0.00 | OASDI-CO | 0.00 | |
| **Deducts** | -196.00 | Other | | 0.00 | MED-CO | 0.00 | |
| | | | | | FUTA-CO | 0.00 | |
| **Net pay** | 1,692.26 | Gross pay | | 2,001.34 | SUI-CO | 0.00 | |

Register By Empl 4/16/2025 2:01 PM                                                                                           Page 64

SOUTH CENTRAL SUGAR CANE GROWERS ASSOC

| | | EARNINGS | | | TAXES | | Deductions |
|---|---|---|---|---|---|---|---|
| **Employee / Totals** | | **Type** | **Hours** | **Dollars** | **Type** | **Dollars** | **& Other pay** |

5076    /    FELIPE D SUAREZ PALAFOX        12/19/2022    Per:  11/30/2022 to 12/13/2022

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Gross** | 1,799.03 | Reg | 144.50 | 1,799.03 | **FWT** | 47.21 | **MEALS** -196.00 |
| Other | 0.00 | OT/1 | | 0.00 | OASDI | 0.00 | |
| Tips | 0.00 | OT/S | | 0.00 | MED | 0.00 | |
| Cash tips | 0.00 | Vac | | 0.00 | SWT | 38.56 | |
| | | Sick | | 0.00 | SDI | 0.00 | |
| **Subtotal** | 1,799.03 | Hol | | 0.00 | SUI | 0.00 | |
| | | Comm | | 0.00 | Tax WH | 85.77 | |
| **Taxes** | -85.77 | Misc | | 0.00 | OASDI-CO | 0.00 | |
| **Deducts** | -196.00 | Other | | 0.00 | MED-CO | 0.00 | |
| | | | | | FUTA-CO | 0.00 | |
| **Net pay** | 1,517.26 | Gross pay | | 1,799.03 | SUI-CO | 0.00 | |

| 5164 | | / | ARNULFO VILLEGAS MIRANDA | | | 10/10/2022 | Per: 9/21/2022 to 10/4/2022 | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Gross** | 361.05 | **Reg** | 29.00 | 361.05 | | **FWT** | 0.00 | | **MEALS** | -42.00 |
| Other | 0.00 | OT/1 | | 0.00 | | OASDI | 0.00 | | | |
| Tips | 0.00 | OT/S | | 0.00 | | MED | 0.00 | | | |
| Cash tips | 0.00 | Vac | | 0.00 | | SWT | 0.00 | | | |
| | | Sick | | 0.00 | | SDI | 0.00 | | | |
| **Subtotal** | 361.05 | Hol | | 0.00 | | SUI | 0.00 | | | |
| | | Comm | | 0.00 | | Tax WH | 0.00 | | | |
| **Taxes** | 0.00 | Misc | | 0.00 | | OASDI-CO | 0.00 | | | |
| **Deducts** | -42.00 | Other | | 0.00 | | MED-CO | 0.00 | | | |
| | | | | | | FUTA-CO | 0.00 | | | |
| **Net pay** | 319.05 | **Gross pay** | | 361.05 | | SUI-CO | 0.00 | | | |

| 5164 | | / | ARNULFO VILLEGAS MIRANDA | | | 10/24/2022 | Per: 10/5/2022 to 10/18/2022 | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Gross** | 2,262.79 | **Reg** | 181.75 | 2,262.79 | | **FWT** | 136.19 | | **DONT USE** | -100.00 |
| Other | 0.00 | OT/1 | | 0.00 | | OASDI | 0.00 | | **MEALS** | -196.00 |
| Tips | 0.00 | OT/S | | 0.00 | | MED | 0.00 | | | |
| Cash tips | 0.00 | Vac | | 0.00 | | SWT | 56.22 | | | |
| | | Sick | | 0.00 | | SDI | 0.00 | | | |
| **Subtotal** | 2,262.79 | Hol | | 0.00 | | SUI | 0.00 | | | |
| | | Comm | | 0.00 | | Tax WH | 192.41 | | | |
| **Taxes** | -192.41 | Misc | | 0.00 | | OASDI-CO | 0.00 | | | |
| **Deducts** | -296.00 | Other | | 0.00 | | MED-CO | 0.00 | | | |
| | | | | | | FUTA-CO | 0.00 | | | |
| **Net pay** | 1,774.38 | **Gross pay** | | 2,262.79 | | SUI-CO | 0.00 | | | |

---

Register By Empl 4/16/2025 2:01 PM                                                                                                                     Page 178

*SOUTH CENTRAL SUGAR CANE GROWERS ASSOC*

| | | EARNINGS | | | | TAXES | | | Deductions | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Employee / Totals** | | *Type* | *Hours* | *Dollars* | | *Type* | *Dollars* | | **& Other pay** | |

| 5164 | | / | ARNULFO VILLEGAS MIRANDA | | | 11/7/2022 | Per: 10/19/2022 to 11/1/2022 | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Gross** | 2,097.83 | **Reg** | 168.50 | 2,097.83 | | **FWT** | 116.39 | | **MEALS** | -196.00 |
| Other | 0.00 | OT/1 | | 0.00 | | OASDI | 0.00 | | | |
| Tips | 0.00 | OT/S | | 0.00 | | MED | 0.00 | | | |
| Cash tips | 0.00 | Vac | | 0.00 | | SWT | 50.44 | | | |
| | | Sick | | 0.00 | | SDI | 0.00 | | | |
| **Subtotal** | 2,097.83 | Hol | | 0.00 | | SUI | 0.00 | | | |
| | | Comm | | 0.00 | | Tax WH | 166.83 | | | |
| **Taxes** | -166.83 | Misc | | 0.00 | | OASDI-CO | 0.00 | | | |
| **Deducts** | -196.00 | Other | | 0.00 | | MED-CO | 0.00 | | | |
| | | | | | | FUTA-CO | 0.00 | | | |
| **Net pay** | 1,735.00 | **Gross pay** | | 2,097.83 | | SUI-CO | 0.00 | | | |

| 5164 | / | ARNULFO VILLEGAS MIRANDA | | 11/21/2022 | Per: 11/2/2022 to 11/15/2022 |
|---|---|---|---|---|---|

| | | | | | | | |
|---|---:|---|---:|---:|---|---:|---:|
| **Gross** | 2,128.95 | **Reg** | 171.00 | 2,128.95 | **FWT** | 120.13 | **MEALS** -196.00 |
| Other | 0.00 | OT/1 | | 0.00 | OASDI | 0.00 | |
| Tips | 0.00 | OT/S | | 0.00 | MED | 0.00 | |
| Cash tips | 0.00 | Vac | | 0.00 | SWT | 51.53 | |
| | | Sick | | 0.00 | SDI | 0.00 | |
| **Subtotal** | 2,128.95 | Hol | | 0.00 | SUI | 0.00 | |
| | | Comm | | 0.00 | Tax WH | 171.66 | |
| **Taxes** | -171.66 | Misc | | 0.00 | OASDI-CO | 0.00 | |
| **Deducts** | -196.00 | Other | | 0.00 | MED-CO | 0.00 | |
| | | | | | FUTA-CO | 0.00 | |
| **Net pay** | 1,761.29 | **Gross pay** | | 2,128.95 | SUI-CO | 0.00 | |

<u>5164</u>    /    ARNULFO VILLEGAS MIRANDA          12/5/2022   Per:  11/16/2022 to 11/29/2022

| | | | | | | | |
|---|---:|---|---:|---:|---|---:|---:|
| **Gross** | 2,088.49 | **Reg** | 167.75 | 2,088.49 | **FWT** | 115.27 | **MEALS** -196.00 |
| Other | 0.00 | OT/1 | | 0.00 | OASDI | 0.00 | |
| Tips | 0.00 | OT/S | | 0.00 | MED | 0.00 | |
| Cash tips | 0.00 | Vac | | 0.00 | SWT | 50.12 | |
| | | Sick | | 0.00 | SDI | 0.00 | |
| **Subtotal** | 2,088.49 | Hol | | 0.00 | SUI | 0.00 | |
| | | Comm | | 0.00 | Tax WH | 165.39 | |
| **Taxes** | -165.39 | Misc | | 0.00 | OASDI-CO | 0.00 | |
| **Deducts** | -196.00 | Other | | 0.00 | MED-CO | 0.00 | |
| | | | | | FUTA-CO | 0.00 | |
| **Net pay** | 1,727.10 | **Gross pay** | | 2,088.49 | SUI-CO | 0.00 | |

Register By Empl 4/16/2025 2:01 PM                                                                                                                                                                    Page 179

SOUTH CENTRAL SUGAR CANE GROWERS ASSOC

| | | EARNINGS | | | TAXES | | Deductions |
|---|---|---|---:|---:|---|---:|---|
| **Employee / Totals** | | **Type** | **Hours** | **Dollars** | **Type** | **Dollars** | **& Other pay** |

<u>5164</u>    /    ARNULFO VILLEGAS MIRANDA          12/19/2022   Per:  11/30/2022 to 12/13/2022

| | | | | | | | |
|---|---:|---|---:|---:|---|---:|---:|
| **Gross** | 2,365.50 | **Reg** | 190.00 | 2,365.50 | **FWT** | 148.51 | **MEALS** -196.00 |
| Other | 0.00 | OT/1 | | 0.00 | OASDI | 0.00 | |
| Tips | 0.00 | OT/S | | 0.00 | MED | 0.00 | |
| Cash tips | 0.00 | Vac | | 0.00 | SWT | 59.81 | |
| | | Sick | | 0.00 | SDI | 0.00 | |
| **Subtotal** | 2,365.50 | Hol | | 0.00 | SUI | 0.00 | |
| | | Comm | | 0.00 | Tax WH | 208.32 | |
| **Taxes** | -208.32 | Misc | | 0.00 | OASDI-CO | 0.00 | |
| **Deducts** | -196.00 | Other | | 0.00 | MED-CO | 0.00 | |
| | | | | | FUTA-CO | 0.00 | |
| **Net pay** | 1,961.18 | **Gross pay** | | 2,365.50 | SUI-CO | 0.00 | |

| 5226 | | / | RUBEN ZAYAS REYES | | | 10/10/2022 | Per: 9/21/2022 to 10/4/2022 | | |
|---|---|---|---|---|---|---|---|---|---|
| **Gross** | 348.60 | **Reg** | 28.00 | 348.60 | **FWT** | 0.00 | **MEALS** | -42.00 |
| Other | 0.00 | OT/1 | | 0.00 | OASDI | 0.00 | | |
| Tips | 0.00 | OT/S | | 0.00 | MED | 0.00 | | |
| Cash tips | 0.00 | Vac | | 0.00 | SWT | 0.00 | | |
| | | Sick | | 0.00 | SDI | 0.00 | | |
| **Subtotal** | 348.60 | Hol | | 0.00 | SUI | 0.00 | | |
| | | Comm | | 0.00 | Tax WH | 0.00 | | |
| **Taxes** | 0.00 | Misc | | 0.00 | OASDI-CO | 0.00 | | |
| **Deducts** | -42.00 | Other | | 0.00 | MED-CO | 0.00 | | |
| | | | | | FUTA-CO | 0.00 | | |
| **Net pay** | 306.60 | **Gross pay** | | 348.60 | SUI-CO | 0.00 | | |

| 5226 | | / | RUBEN ZAYAS REYES | | | 10/24/2022 | Per: 10/5/2022 to 10/18/2022 | | |
|---|---|---|---|---|---|---|---|---|---|
| **Gross** | 2,144.51 | **Reg** | 172.25 | 2,144.51 | **FWT** | 77.15 | **DONT USE** | -100.00 |
| Other | 0.00 | OT/1 | | 0.00 | OASDI | 0.00 | **MEALS** | -196.00 |
| Tips | 0.00 | OT/S | | 0.00 | MED | 0.00 | | |
| Cash tips | 0.00 | Vac | | 0.00 | SWT | 49.94 | | |
| | | Sick | | 0.00 | SDI | 0.00 | | |
| **Subtotal** | 2,144.51 | Hol | | 0.00 | SUI | 0.00 | | |
| | | Comm | | 0.00 | Tax WH | 127.09 | | |
| **Taxes** | -127.09 | Misc | | 0.00 | OASDI-CO | 0.00 | | |
| **Deducts** | -296.00 | Other | | 0.00 | MED-CO | 0.00 | | |
| | | | | | FUTA-CO | 0.00 | | |
| **Net pay** | 1,721.42 | **Gross pay** | | 2,144.51 | SUI-CO | 0.00 | | |

Register By Empl 4/16/2025 2:01 PM                                                                                                                            Page 250

SOUTH CENTRAL SUGAR CANE GROWERS ASSOC

| | | EARNINGS | | | TAXES | | Deductions |
|---|---|---|---|---|---|---|---|
| **Employee / Totals** | | *Type* | *Hours* | *Dollars* | *Type* | *Dollars* | **& Other pay** |

| 5226 | | / | RUBEN ZAYAS REYES | | | 11/7/2022 | Per: 10/19/2022 to 11/1/2022 | | |
|---|---|---|---|---|---|---|---|---|---|
| **Gross** | 2,328.15 | **Reg** | 187.00 | 2,328.15 | **FWT** | 99.19 | **MEALS** | -196.00 |
| Other | 0.00 | OT/1 | | 0.00 | OASDI | 0.00 | | |
| Tips | 0.00 | OT/S | | 0.00 | MED | 0.00 | | |
| Cash tips | 0.00 | Vac | | 0.00 | SWT | 56.37 | | |
| | | Sick | | 0.00 | SDI | 0.00 | | |
| **Subtotal** | 2,328.15 | Hol | | 0.00 | SUI | 0.00 | | |
| | | Comm | | 0.00 | Tax WH | 155.56 | | |
| **Taxes** | -155.56 | Misc | | 0.00 | OASDI-CO | 0.00 | | |
| **Deducts** | -196.00 | Other | | 0.00 | MED-CO | 0.00 | | |
| | | | | | FUTA-CO | 0.00 | | |
| **Net pay** | 1,976.59 | **Gross pay** | | 2,328.15 | SUI-CO | 0.00 | | |

| 5226 | / | RUBEN ZAYAS REYES | | 11/21/2022 | Per: 11/2/2022 to 11/15/2022 |
|---|---|---|---|---|---|

| Employee / Totals | | Type | Hours | Dollars | Type | Dollars | & Other pay | |
|---|---|---|---|---|---|---|---|---|
| Gross | 2,536.69 | Reg | 203.75 | 2,536.69 | FWT | 124.21 | MEALS | -196.00 |
| Other | 0.00 | OT/1 | | 0.00 | OASDI | 0.00 | | |
| Tips | 0.00 | OT/S | | 0.00 | MED | 0.00 | | |
| Cash tips | 0.00 | Vac | | 0.00 | SWT | 63.67 | | |
| | | Sick | | 0.00 | SDI | 0.00 | | |
| Subtotal | 2,536.69 | Hol | | 0.00 | SUI | 0.00 | | |
| | | Comm | | 0.00 | Tax WH | 187.88 | | |
| Taxes | -187.88 | Misc | | 0.00 | OASDI-CO | 0.00 | | |
| Deducts | -196.00 | Other | | 0.00 | MED-CO | 0.00 | | |
| | | | | | FUTA-CO | 0.00 | | |
| Net pay | 2,152.81 | Gross pay | | 2,536.69 | SUI-CO | 0.00 | | |

5226    /    RUBEN ZAYAS REYES                12/5/2022    Per: 11/16/2022 to 11/29/2022

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Gross | 2,309.48 | Reg | 185.50 | 2,309.48 | FWT | 96.95 | MEALS | -196.00 |
| Other | 0.00 | OT/1 | | 0.00 | OASDI | 0.00 | | |
| Tips | 0.00 | OT/S | | 0.00 | MED | 0.00 | | |
| Cash tips | 0.00 | Vac | | 0.00 | SWT | 55.72 | | |
| | | Sick | | 0.00 | SDI | 0.00 | | |
| Subtotal | 2,309.48 | Hol | | 0.00 | SUI | 0.00 | | |
| | | Comm | | 0.00 | Tax WH | 152.67 | | |
| Taxes | -152.67 | Misc | | 0.00 | OASDI-CO | 0.00 | | |
| Deducts | -196.00 | Other | | 0.00 | MED-CO | 0.00 | | |
| | | | | | FUTA-CO | 0.00 | | |
| Net pay | 1,960.81 | Gross pay | | 2,309.48 | SUI-CO | 0.00 | | |

Register By Empl 4/16/2025 2:01 PM                                                                                      Page 251

SOUTH CENTRAL SUGAR CANE GROWERS ASSOC

| | | EARNINGS | | | TAXES | | Deductions | |
|---|---|---|---|---|---|---|---|---|
| Employee / Totals | | Type | Hours | Dollars | Type | Dollars | & Other pay | |

5226    /    RUBEN ZAYAS REYES                12/19/2022    Per: 11/30/2022 to 12/13/2022

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Gross | 2,377.95 | Reg | 191.00 | 2,377.95 | FWT | 105.16 | MEALS | -196.00 |
| Other | 0.00 | OT/1 | | 0.00 | OASDI | 0.00 | | |
| Tips | 0.00 | OT/S | | 0.00 | MED | 0.00 | | |
| Cash tips | 0.00 | Vac | | 0.00 | SWT | 58.11 | | |
| | | Sick | | 0.00 | SDI | 0.00 | | |
| Subtotal | 2,377.95 | Hol | | 0.00 | SUI | 0.00 | | |
| | | Comm | | 0.00 | Tax WH | 163.27 | | |
| Taxes | -163.27 | Misc | | 0.00 | OASDI-CO | 0.00 | | |
| Deducts | -196.00 | Other | | 0.00 | MED-CO | 0.00 | | |
| | | | | | FUTA-CO | 0.00 | | |
| Net pay | 2,018.68 | Gross pay | | 2,377.95 | SUI-CO | 0.00 | | |

| 5146 | | / | OMAR A ROSAS OSUNA | | | 10/10/2022 | Per: 9/21/2022 to 10/4/2022 | | |
|---|---|---|---|---|---|---|---|---|---|
| Gross | 348.60 | Reg | 28.00 | 348.60 | FWT | 0.00 | MEALS | -42.00 |
| Other | 0.00 | OT/1 | | 0.00 | OASDI | 0.00 | | |
| Tips | 0.00 | OT/S | | 0.00 | MED | 0.00 | | |
| Cash tips | 0.00 | Vac | | 0.00 | SWT | 2.54 | | |
| | | Sick | | 0.00 | SDI | 0.00 | | |
| Subtotal | 348.60 | Hol | | 0.00 | SUI | 0.00 | | |
| | | Comm | | 0.00 | Tax WH | 2.54 | | |
| Taxes | -2.54 | Misc | | 0.00 | OASDI-CO | 0.00 | | |
| Deducts | -42.00 | Other | | 0.00 | MED-CO | 0.00 | | |
| | | | | | FUTA-CO | 0.00 | | |
| Net pay | 304.06 | Gross pay | | 348.60 | SUI-CO | 0.00 | | |

| 5146 | | / | OMAR A ROSAS OSUNA | | | 10/24/2022 | Per: 10/5/2022 to 10/18/2022 | | |
|---|---|---|---|---|---|---|---|---|---|
| Gross | 2,325.04 | Reg | 186.75 | 2,325.04 | FWT | 178.20 | DONT USE | -100.00 |
| Other | 0.00 | OT/1 | | 0.00 | OASDI | 0.00 | MEALS | -196.00 |
| Tips | 0.00 | OT/S | | 0.00 | MED | 0.00 | | |
| Cash tips | 0.00 | Vac | | 0.00 | SWT | 72.55 | | |
| | | Sick | | 0.00 | SDI | 0.00 | | |
| Subtotal | 2,325.04 | Hol | | 0.00 | SUI | 0.00 | | |
| | | Comm | | 0.00 | Tax WH | 250.75 | | |
| Taxes | -250.75 | Misc | | 0.00 | OASDI-CO | 0.00 | | |
| Deducts | -296.00 | Other | | 0.00 | MED-CO | 0.00 | | |
| | | | | | FUTA-CO | 0.00 | | |
| Net pay | 1,778.29 | Gross pay | | 2,325.04 | SUI-CO | 0.00 | | |

| 5146 | | / | OMAR A ROSAS OSUNA | | | 11/7/2022 | Per: 10/19/2022 to 11/1/2022 | | |
|---|---|---|---|---|---|---|---|---|---|
| Gross | 2,440.20 | Reg | 196.00 | 2,440.20 | FWT | 192.02 | MEALS | -196.00 |
| Other | 0.00 | OT/1 | | 0.00 | OASDI | 0.00 | | |
| Tips | 0.00 | OT/S | | 0.00 | MED | 0.00 | | |
| Cash tips | 0.00 | Vac | | 0.00 | SWT | 77.44 | | |
| | | Sick | | 0.00 | SDI | 0.00 | | |
| Subtotal | 2,440.20 | Hol | | 0.00 | SUI | 0.00 | | |
| | | Comm | | 0.00 | Tax WH | 269.46 | | |
| Taxes | -269.46 | Misc | | 0.00 | OASDI-CO | 0.00 | | |
| Deducts | -196.00 | Other | | 0.00 | MED-CO | 0.00 | | |
| | | | | | FUTA-CO | 0.00 | | |
| Net pay | 1,974.74 | Gross pay | | 2,440.20 | SUI-CO | 0.00 | | |

| Employee / Totals | | EARNINGS | | | TAXES | | Deductions | |
|---|---|---|---|---|---|---|---|---|
| | | Type | Hours | Dollars | Type | Dollars | & Other pay | |

| 5146 | / | OMAR A ROSAS OSUNA | 11/21/2022 | Per: 11/2/2022 to 11/15/2022 |
|---|---|---|---|---|

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Gross** | 2,782.58 | Reg | 223.50 | 2,782.58 | FWT | 233.10 | **MEALS** | | -196.00 |
| Other | 0.00 | OT/1 | | 0.00 | OASDI | 0.00 | | | |
| Tips | 0.00 | OT/S | | 0.00 | MED | 0.00 | | | |
| Cash tips | 0.00 | Vac | | 0.00 | SWT | 91.99 | | | |
| | | Sick | | 0.00 | SDI | 0.00 | | | |
| **Subtotal** | 2,782.58 | Hol | | 0.00 | SUI | 0.00 | | | |
| | | Comm | | 0.00 | Tax WH | 325.09 | | | |
| **Taxes** | -325.09 | Misc | | 0.00 | OASDI-CO | 0.00 | | | |
| **Deducts** | -196.00 | Other | | 0.00 | MED-CO | 0.00 | | | |
| | | | | | FUTA-CO | 0.00 | | | |
| **Net pay** | 2,261.49 | Gross pay | | 2,782.58 | SUI-CO | 0.00 | | | |

| 5146 | | / | OMAR A ROSAS OSUNA | | 12/5/2022 | Per: 11/16/2022 to 11/29/2022 | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Gross** | 2,673.64 | Reg | 214.75 | 2,673.64 | FWT | 220.03 | **MEALS** | | -196.00 |
| Other | 0.00 | OT/1 | | 0.00 | OASDI | 0.00 | | | |
| Tips | 0.00 | OT/S | | 0.00 | MED | 0.00 | | | |
| Cash tips | 0.00 | Vac | | 0.00 | SWT | 87.36 | | | |
| | | Sick | | 0.00 | SDI | 0.00 | | | |
| **Subtotal** | 2,673.64 | Hol | | 0.00 | SUI | 0.00 | | | |
| | | Comm | | 0.00 | Tax WH | 307.39 | | | |
| **Taxes** | -307.39 | Misc | | 0.00 | OASDI-CO | 0.00 | | | |
| **Deducts** | -196.00 | Other | | 0.00 | MED-CO | 0.00 | | | |
| | | | | | FUTA-CO | 0.00 | | | |
| **Net pay** | 2,170.25 | Gross pay | | 2,673.64 | SUI-CO | 0.00 | | | |

| 5146 | | / | OMAR A ROSAS OSUNA | | 12/19/2022 | Per: 11/30/2022 to 12/13/2022 | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Gross** | 2,381.06 | Reg | 191.25 | 2,381.06 | FWT | 184.92 | **MEALS** | | -196.00 |
| Other | 0.00 | OT/1 | | 0.00 | OASDI | 0.00 | | | |
| Tips | 0.00 | OT/S | | 0.00 | MED | 0.00 | | | |
| Cash tips | 0.00 | Vac | | 0.00 | SWT | 74.93 | | | |
| | | Sick | | 0.00 | SDI | 0.00 | | | |
| **Subtotal** | 2,381.06 | Hol | | 0.00 | SUI | 0.00 | | | |
| | | Comm | | 0.00 | Tax WH | 259.85 | | | |
| **Taxes** | -259.85 | Misc | | 0.00 | OASDI-CO | 0.00 | | | |
| **Deducts** | -196.00 | Other | | 0.00 | MED-CO | 0.00 | | | |
| | | | | | FUTA-CO | 0.00 | | | |
| **Net pay** | 1,925.21 | Gross pay | | 2,381.06 | SUI-CO | 0.00 | | | |