# EXHIBIT 11

# 2023 SAMPLE PAYROLL REGISTERS

| 5076 | | / | FELIPE D SUAREZ PALAFOX | | | 10/23/2023 | Per: 10/4/2023 to 10/17/2023 | | |
|---|---|---|---|---|---|---|---|---|---|
| **Gross** | 1,855.70 | **Reg** | 135.75 | 1,855.70 | **FWT** | 45.95 | | **DONT USE** | -100.00 |
| **Other** | 0.00 | **OT/1** | | 0.00 | **OASDI** | 0.00 | | **MEALS** | -168.00 |
| **Tips** | 0.00 | **OT/S** | | 0.00 | **MED** | 0.00 | | | |
| **Cash tips** | 0.00 | **Vac** | | 0.00 | **SWT** | 40.55 | | | |
| | | **Sick** | | 0.00 | **SDI** | 0.00 | | | |
| **Subtotal** | 1,855.70 | **Hol** | | 0.00 | **SUI** | 0.00 | | | |
| **Dir Dep** | -1,501.20 | **Comm** | | 0.00 | **Tax WH** | 86.50 | | | |
| **Taxes** | -86.50 | **Misc** | | 0.00 | **OASDI-CO** | 0.00 | | | |
| **Deducts** | -268.00 | **Other** | | 0.00 | **MED-CO** | 0.00 | | | |
| | | | | | **FUTA-CO** | 0.00 | | | |
| **Net pay** | 0.00 | **Gross pay** | | 1,855.70 | **SUI-CO** | 0.00 | | | |

Register By Empl 4/16/2025 2:29 PM                                                                                                                          Page 110

*SOUTH CENTRAL SUGAR CANE GROWERS ASSOC*

| | | **EARNINGS** | | | **TAXES** | | **Deductions** |
|---|---|---|---|---|---|---|---|
| **Employee / Totals** | | **Type** | **Hours** | **Dollars** | **Type** | **Dollars** | **& Other pay** |
| 5076 | / | FELIPE D SUAREZ PALAFOX | | | 10/23/2023 | Per: 10/4/2023 to 10/17/2023 | |
| **Gross** | 92.64 | **Reg** | 4.00 | 92.64 | **FWT** | 0.00 | |
| **Other** | 0.00 | **OT/1** | | 0.00 | **OASDI** | 0.00 | |
| **Tips** | 0.00 | **OT/S** | | 0.00 | **MED** | 0.00 | |
| **Cash tips** | 0.00 | **Vac** | | 0.00 | **SWT** | 0.00 | |
| | | **Sick** | | 0.00 | **SDI** | 0.00 | |
| **Subtotal** | 92.64 | **Hol** | | 0.00 | **SUI** | 0.00 | |
| **Dir Dep** | -92.64 | **Comm** | | 0.00 | **Tax WH** | 0.00 | |
| **Taxes** | 0.00 | **Misc** | | 0.00 | **OASDI-CO** | 0.00 | |
| **Deducts** | 0.00 | **Other** | | 0.00 | **MED-CO** | 0.00 | |
| | | | | | **FUTA-CO** | 0.00 | |
| **Net pay** | 0.00 | **Gross pay** | | 92.64 | **SUI-CO** | 0.00 | |
| 5076 | / | FELIPE D SUAREZ PALAFOX | | | 10/26/2023 | Per: 10/13/2023 to 10/26/2023 | |
| **Gross** | 1,042.20 | **Reg** | 45.00 | 1,042.20 | **FWT** | 0.00 | **MEALS** -126.00 |
| **Other** | 0.00 | **OT/1** | | 0.00 | **OASDI** | 0.00 | |
| **Tips** | 0.00 | **OT/S** | | 0.00 | **MED** | 0.00 | |
| **Cash tips** | 0.00 | **Vac** | | 0.00 | **SWT** | 12.07 | |
| | | **Sick** | | 0.00 | **SDI** | 0.00 | |
| **Subtotal** | 1,042.20 | **Hol** | | 0.00 | **SUI** | 0.00 | |
| **Dir Dep** | -904.13 | **Comm** | | 0.00 | **Tax WH** | 12.07 | |
| **Taxes** | -12.07 | **Misc** | | 0.00 | **OASDI-CO** | 0.00 | |
| **Deducts** | -126.00 | **Other** | | 0.00 | **MED-CO** | 0.00 | |
| | | | | | **FUTA-CO** | 0.00 | |
| **Net pay** | 0.00 | **Gross pay** | | 1,042.20 | **SUI-CO** | 0.00 | |
| 5076 | / | FELIPE D SUAREZ PALAFOX | | | 11/6/2023 | Per: 10/18/2023 to 10/31/2023 | |

| | | | | | | | | |
|---|---:|---|---:|---:|---|---:|---|---:|
| **Gross** | 2,912.37 | **Reg** | 125.75 | 2,912.37 | **FWT** | 165.02 | **MEALS** | -196.00 |
| Other | 0.00 | OT/1 | | 0.00 | OASDI | 0.00 | | |
| Tips | 0.00 | OT/S | | 0.00 | MED | 0.00 | | |
| Cash tips | 0.00 | Vac | | 0.00 | SWT | 77.53 | | |
| | | Sick | | 0.00 | SDI | 0.00 | | |
| **Subtotal** | 2,912.37 | Hol | | 0.00 | SUI | 0.00 | | |
| **Dir Dep** | -2,473.82 | Comm | | 0.00 | **Tax WH** | 242.55 | | |
| **Taxes** | -242.55 | Misc | | 0.00 | OASDI-CO | 0.00 | | |
| **Deducts** | -196.00 | Other | | 0.00 | MED-CO | 0.00 | | |
| | | | | | FUTA-CO | 0.00 | | |
| **Net pay** | -0.00 | **Gross pay** | | 2,912.37 | SUI-CO | 0.00 | | |

Register By Empl 4/16/2025 2:29 PM                                                                                                                                  Page 111

SOUTH CENTRAL SUGAR CANE GROWERS ASSOC

| | | EARNINGS | | | TAXES | | Deductions |
|---|---|---|---|---|---|---|---|
| **Employee / Totals** | | **Type** | **Hours** | **Dollars** | **Type** | **Dollars** | **& Other pay** |

**5076**        /        FELIPE D SUAREZ PALAFOX                         11/16/2023    Per: 11/3/2023 to 11/16/2023

| | | | | | | | | |
|---|---:|---|---:|---:|---|---:|---|---:|
| **Gross** | 416.88 | **Reg** | 18.00 | 416.88 | **FWT** | 0.00 | | |
| Other | 0.00 | OT/1 | | 0.00 | OASDI | 0.00 | | |
| Tips | 0.00 | OT/S | | 0.00 | MED | 0.00 | | |
| Cash tips | 0.00 | Vac | | 0.00 | SWT | 0.00 | | |
| | | Sick | | 0.00 | SDI | 0.00 | | |
| **Subtotal** | 416.88 | Hol | | 0.00 | SUI | 0.00 | | |
| **Dir Dep** | -416.88 | Comm | | 0.00 | **Tax WH** | 0.00 | | |
| **Taxes** | 0.00 | Misc | | 0.00 | OASDI-CO | 0.00 | | |
| **Deducts** | 0.00 | Other | | 0.00 | MED-CO | 0.00 | | |
| | | | | | FUTA-CO | 0.00 | | |
| **Net pay** | 0.00 | **Gross pay** | | 416.88 | SUI-CO | 0.00 | | |

**5076**        /        FELIPE D SUAREZ PALAFOX                         11/20/2023    Per: 11/1/2023 to 11/14/2023

| | | | | | | | | |
|---|---:|---|---:|---:|---|---:|---|---:|
| **Gross** | 3,282.93 | **Reg** | 141.75 | 3,282.93 | **FWT** | 209.49 | **MEALS** | -196.00 |
| Other | 0.00 | OT/1 | | 0.00 | OASDI | 0.00 | | |
| Tips | 0.00 | OT/S | | 0.00 | MED | 0.00 | | |
| Cash tips | 0.00 | Vac | | 0.00 | SWT | 90.50 | | |
| | | Sick | | 0.00 | SDI | 0.00 | | |
| **Subtotal** | 3,282.93 | Hol | | 0.00 | SUI | 0.00 | | |
| **Dir Dep** | -2,786.94 | Comm | | 0.00 | **Tax WH** | 299.99 | | |
| **Taxes** | -299.99 | Misc | | 0.00 | OASDI-CO | 0.00 | | |
| **Deducts** | -196.00 | Other | | 0.00 | MED-CO | 0.00 | | |
| | | | | | FUTA-CO | 0.00 | | |
| **Net pay** | -0.00 | **Gross pay** | | 3,282.93 | SUI-CO | 0.00 | | |

**5076**        /        FELIPE D SUAREZ PALAFOX                         12/4/2023    Per: 11/15/2023 to 11/28/2023

| | | | | | | | | |
|---|---:|---|---:|---:|---|---:|---|---:|
| **Gross** | 3,537.69 | **Reg** | 152.75 | 3,537.69 | **FWT** | 240.06 | **MEALS** | -196.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Other | 0.00 | OT/1 | 0.00 | OASDI | 0.00 | |
| Tips | 0.00 | OT/S | 0.00 | MED | 0.00 | |
| Cash tips | 0.00 | Vac | 0.00 | SWT | 99.42 | |
| | | Sick | 0.00 | SDI | 0.00 | |
| Subtotal | 3,537.69 | Hol | 0.00 | SUI | 0.00 | |
| Dir Dep | -3,002.21 | Comm | 0.00 | Tax WH | 339.48 | |
| Taxes | -339.48 | Misc | 0.00 | OASDI-CO | 0.00 | |
| Deducts | -196.00 | Other | 0.00 | MED-CO | 0.00 | |
| | | | | FUTA-CO | 0.00 | |
| Net pay | 0.00 | Gross pay | 3,537.69 | SUI-CO | 0.00 | |

Register By Empl 4/16/2025 2:29 PM                                                                                                                              Page 112

*SOUTH CENTRAL SUGAR CANE GROWERS ASSOC*

| | | EARNINGS | | | TAXES | | Deductions |
|---|---|---|---|---|---|---|---|
| **Employee / Totals** | | **Type** | **Hours** | **Dollars** | **Type** | **Dollars** | **& Other pay** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5076 | | / | FELIPE D SUAREZ PALAFOX | | 12/18/2023 | Per: 11/29/2023 to 12/12/2023 | |
| Gross | 4,041.42 | Reg | 174.50 | 4,041.42 | FWT | 300.51 | MEALS -196.00 |
| Other | 0.00 | OT/1 | | 0.00 | OASDI | 0.00 | |
| Tips | 0.00 | OT/S | | 0.00 | MED | 0.00 | |
| Cash tips | 0.00 | Vac | | 0.00 | SWT | 118.51 | |
| | | Sick | | 0.00 | SDI | 0.00 | |
| Subtotal | 4,041.42 | Hol | | 0.00 | SUI | 0.00 | |
| Dir Dep | -3,426.40 | Comm | | 0.00 | Tax WH | 419.02 | |
| Taxes | -419.02 | Misc | | 0.00 | OASDI-CO | 0.00 | |
| Deducts | -196.00 | Other | | 0.00 | MED-CO | 0.00 | |
| | | | | | FUTA-CO | 0.00 | |
| Net pay | 0.00 | Gross pay | | 4,041.42 | SUI-CO | 0.00 | |
| | | | | | | | |
| 5076 | | / | FELIPE D SUAREZ PALAFOX | | 12/29/2023 | Per: 12/13/2023 to 12/26/2023 | |
| Gross | 3,740.34 | Reg | 161.50 | 3,740.34 | FWT | 264.38 | MEALS -196.00 |
| Other | 0.00 | OT/1 | | 0.00 | OASDI | 0.00 | |
| Tips | 0.00 | OT/S | | 0.00 | MED | 0.00 | |
| Cash tips | 0.00 | Vac | | 0.00 | SWT | 106.51 | |
| | | Sick | | 0.00 | SDI | 0.00 | |
| Subtotal | 3,740.34 | Hol | | 0.00 | SUI | 0.00 | |
| Dir Dep | -3,173.45 | Comm | | 0.00 | Tax WH | 370.89 | |
| Taxes | -370.89 | Misc | | 0.00 | OASDI-CO | 0.00 | |
| Deducts | -196.00 | Other | | 0.00 | MED-CO | 0.00 | |
| | | | | | FUTA-CO | 0.00 | |
| Net pay | 0.00 | Gross pay | | 3,740.34 | SUI-CO | 0.00 | |
| | | | | | | | |
| 5076 | | / | FELIPE D SUAREZ PALAFOX | | 1/2/2023 | Per: 12/14/2022 to 12/27/2022 | |
| Gross | 2,032.46 | Reg | 163.25 | 2,032.46 | FWT | 70.55 | MEALS -196.00 |
| Other | 0.00 | OT/1 | | 0.00 | OASDI | 0.00 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Tips | 0.00 | OT/S | 0.00 | MED | 0.00 | |
| Cash tips | 0.00 | Vac | 0.00 | SWT | 46.73 | |
| | | Sick | 0.00 | SDI | 0.00 | |
| **Subtotal** | 2,032.46 | Hol | 0.00 | SUI | 0.00 | |
| | | Comm | 0.00 | Tax WH | 117.28 | |
| **Taxes** | -117.28 | Misc | 0.00 | OASDI-CO | 0.00 | |
| **Deducts** | -196.00 | Other | 0.00 | MED-CO | 0.00 | |
| | | | | FUTA-CO | 0.00 | |
| **Net pay** | 1,719.18 | Gross pay | 2,032.46 | SUI-CO | 0.00 | |

Register By Empl 4/16/2025 2:29 PM                                                                                                                                    Page 113

*SOUTH CENTRAL SUGAR CANE GROWERS ASSOC*

| | | | EARNINGS | | TAXES | | Deductions |
|---|---|---|---|---|---|---|---|
| **Employee / Totals** | | Type | Hours | Dollars | Type | Dollars | & Other pay |

| 5076 | | / | FELIPE D SUAREZ PALAFOX | | 1/16/2023 | Per: 12/28/2022 to 1/10/2023 | |
|---|---|---|---|---|---|---|---|
| **Gross** | 2,278.41 | Reg | 171.00 | 2,278.41 | FWT | 98.37 | **MEALS** -196.00 |
| Other | 0.00 | OT/1 | | 0.00 | OASDI | 0.00 | |
| Tips | 0.00 | OT/S | | 0.00 | MED | 0.00 | |
| Cash tips | 0.00 | Vac | | 0.00 | SWT | 55.34 | |
| | | Sick | | 0.00 | SDI | 0.00 | |
| **Subtotal** | 2,278.41 | Hol | | 0.00 | SUI | 0.00 | |
| | | Comm | | 0.00 | Tax WH | 153.71 | |
| **Taxes** | -153.71 | Misc | | 0.00 | OASDI-CO | 0.00 | |
| **Deducts** | -196.00 | Other | | 0.00 | MED-CO | 0.00 | |
| | | | | | FUTA-CO | 0.00 | |
| **Net pay** | 1,928.70 | Gross pay | | 2,278.41 | SUI-CO | 0.00 | |

| 5076 | | / | FELIPE D SUAREZ PALAFOX | | 1/23/2023 | Per: 1/11/2023 to 1/24/2023 | |
|---|---|---|---|---|---|---|---|
| **Gross** | 1,845.45 | Reg | 135.00 | 1,845.45 | FWT | 51.85 | **MEALS** -154.00 |
| Other | 0.00 | OT/1 | | 0.00 | OASDI | 0.00 | |
| Tips | 0.00 | OT/S | | 0.00 | MED | 0.00 | |
| Cash tips | 0.00 | Vac | | 0.00 | SWT | 40.19 | |
| | | Sick | | 0.00 | SDI | 0.00 | |
| **Subtotal** | 1,845.45 | Hol | | 0.00 | SUI | 0.00 | |
| | | Comm | | 0.00 | Tax WH | 92.04 | |
| **Taxes** | -92.04 | Misc | | 0.00 | OASDI-CO | 0.00 | |
| **Deducts** | -154.00 | Other | | 0.00 | MED-CO | 0.00 | |
| | | | | | FUTA-CO | 0.00 | |
| **Net pay** | 1,599.41 | Gross pay | | 1,845.45 | SUI-CO | 0.00 | |

| 5076 | | / | FELIPE D SUAREZ PALAFOX | | 10/6/2023 | Per: 9/20/2023 to 10/3/2023 | |
|---|---|---|---|---|---|---|---|
| **Gross** | 46.32 | Reg | 2.00 | 46.32 | FWT | 0.00 | |
| Other | 0.00 | OT/1 | | 0.00 | OASDI | 0.00 | |
| Tips | 0.00 | OT/S | | 0.00 | MED | 0.00 | |

| | | | | | | |
|---|---:|---|---:|---|---:|---|
| **Cash tips** | 0.00 | **Vac** | 0.00 | **SWT** | 0.00 | |
| | | **Sick** | 0.00 | **SDI** | 0.00 | |
| **Subtotal** | 46.32 | **Hol** | 0.00 | **SUI** | 0.00 | |
| | | **Comm** | 0.00 | **Tax WH** | 0.00 | |
| **Taxes** | 0.00 | **Misc** | 0.00 | **OASDI-CO** | 0.00 | |
| **Deducts** | 0.00 | **Other** | 0.00 | **MED-CO** | 0.00 | |
| | | | | **FUTA-CO** | 0.00 | |
| **Net pay** | 46.32 | **Gross pay** | 46.32 | **SUI-CO** | 0.00 | |

Register By Empl 4/16/2025 2:29 PM                                                                                                                                Page 114

*SOUTH CENTRAL SUGAR CANE GROWERS ASSOC*

| | | EARNINGS | | | TAXES | | Deductions |
|---|---|---|---|---|---|---|---|
| **Employee / Totals** | | *Type* | *Hours* | *Dollars* | *Type* | *Dollars* | *& Other pay* |

| | | | | | | | |
|---|---:|---|---:|---|---:|---|---|
| <u>5076</u> | | / | FELIPE D SUAREZ PALAFOX | | 10/23/2023 | Per: 10/4/2023 to 10/17/2023 | |
| **Gross** | 1,288.27 | **Reg** | 0.00 | **FWT** | 0.00 | |
| **Other** | 0.00 | **OT/1** | 0.00 | **OASDI** | 0.00 | |
| **Tips** | 0.00 | **OT/S** | 0.00 | **MED** | 0.00 | |
| **Cash tips** | 0.00 | **Vac** | 0.00 | **SWT** | 20.69 | |
| | | **Sick** | 0.00 | **SDI** | 0.00 | |
| **Subtotal** | 1,288.27 | **Hol** | 0.00 | **SUI** | 0.00 | |
| **Dir Dep** | -1,267.58 | **Comm** | 0.00 | **Tax WH** | 20.69 | |
| **Taxes** | -20.69 | **Misc** | 1,288.27 | **OASDI-CO** | 0.00 | |
| **Deducts** | 0.00 | **Other** | 0.00 | **MED-CO** | 0.00 | |
| | | | | **FUTA-CO** | 0.00 | |
| **Net pay** | 0.00 | **Gross pay** | 1,288.27 | **SUI-CO** | 0.00 | |

| 5164 | | / | ARNULFO VILLEGAS MIRANDA | | | 10/23/2023 | Per: 10/4/2023 to 10/17/2023 | | |
|---|---|---|---|---|---|---|---|---|---|
| Gross | 1,886.46 | Reg | 138.00 | 1,886.46 | FWT | 82.11 | DONT USE | -100.00 |
| Other | 0.00 | OT/1 | | 0.00 | OASDI | 0.00 | | |
| Tips | 0.00 | OT/S | | 0.00 | MED | 0.00 | | |
| Cash tips | 0.00 | Vac | | 0.00 | SWT | 43.05 | | |
| | | Sick | | 0.00 | SDI | 0.00 | | |
| Subtotal | 1,886.46 | Hol | | 0.00 | SUI | 0.00 | | |
| Dir Dep | -1,661.30 | Comm | | 0.00 | Tax WH | 125.16 | | |
| Taxes | -125.16 | Misc | | 0.00 | OASDI-CO | 0.00 | | |
| Deducts | -100.00 | Other | | 0.00 | MED-CO | 0.00 | | |
| | | | | | FUTA-CO | 0.00 | | |
| Net pay | 0.00 | Gross pay | | 1,886.46 | SUI-CO | 0.00 | | |

| 5164 | | / | ARNULFO VILLEGAS MIRANDA | | | 10/26/2023 | Per: 10/13/2023 to 10/26/2023 |
|---|---|---|---|---|---|---|---|
| Gross | 683.50 | Reg | 50.00 | 683.50 | FWT | 0.00 | |
| Other | 0.00 | OT/1 | | 0.00 | OASDI | 0.00 | |
| Tips | 0.00 | OT/S | | 0.00 | MED | 0.00 | |
| Cash tips | 0.00 | Vac | | 0.00 | SWT | 5.53 | |
| | | Sick | | 0.00 | SDI | 0.00 | |
| Subtotal | 683.50 | Hol | | 0.00 | SUI | 0.00 | |
| Dir Dep | -677.97 | Comm | | 0.00 | Tax WH | 5.53 | |
| Taxes | -5.53 | Misc | | 0.00 | OASDI-CO | 0.00 | |
| Deducts | 0.00 | Other | | 0.00 | MED-CO | 0.00 | |
| | | | | | FUTA-CO | 0.00 | |
| Net pay | -0.00 | Gross pay | | 683.50 | SUI-CO | 0.00 | |

Register By Empl 4/16/2025 2:29 PM                                                                                                     Page 279

*SOUTH CENTRAL SUGAR CANE GROWERS ASSOC*

| | EARNINGS | | | TAXES | | Deductions |
|---|---|---|---|---|---|---|
| **Employee / Totals** | **Type** | **Hours** | **Dollars** | **Type** | **Dollars** | **& Other pay** |

| 5164 | | / | ARNULFO VILLEGAS MIRANDA | | | 11/6/2023 | Per: 10/18/2023 to 10/31/2023 |
|---|---|---|---|---|---|---|---|
| Gross | 1,968.48 | Reg | 144.00 | 1,968.48 | FWT | 91.45 | |
| Other | 0.00 | OT/1 | | 0.00 | OASDI | 0.00 | |
| Tips | 0.00 | OT/S | | 0.00 | MED | 0.00 | |
| Cash tips | 0.00 | Vac | | 0.00 | SWT | 45.92 | |
| | | Sick | | 0.00 | SDI | 0.00 | |
| Subtotal | 1,968.48 | Hol | | 0.00 | SUI | 0.00 | |
| Dir Dep | -1,831.11 | Comm | | 0.00 | Tax WH | 137.37 | |
| Taxes | -137.37 | Misc | | 0.00 | OASDI-CO | 0.00 | |
| Deducts | 0.00 | Other | | 0.00 | MED-CO | 0.00 | |
| | | | | | FUTA-CO | 0.00 | |
| Net pay | 0.00 | Gross pay | | 1,968.48 | SUI-CO | 0.00 | |

| 5164 | / | ARNULFO VILLEGAS MIRANDA | 11/16/2023 | Per: 11/3/2023 to 11/16/2023 |
|---|---|---|---|---|

| Employee / Totals | | Type | Hours | Dollars | Type | Dollars | & Other pay | |
|---|---|---|---|---|---|---|---|---|
| **Gross** | 273.40 | **Reg** | 20.00 | 273.40 | **FWT** | 0.00 | | |
| **Other** | 0.00 | **OT/1** | | 0.00 | **OASDI** | 0.00 | | |
| **Tips** | 0.00 | **OT/S** | | 0.00 | **MED** | 0.00 | | |
| **Cash tips** | 0.00 | **Vac** | | 0.00 | **SWT** | 0.00 | | |
| | | **Sick** | | 0.00 | **SDI** | 0.00 | | |
| **Subtotal** | 273.40 | **Hol** | | 0.00 | **SUI** | 0.00 | | |
| **Dir Dep** | -273.40 | **Comm** | | 0.00 | **Tax WH** | 0.00 | | |
| **Taxes** | 0.00 | **Misc** | | 0.00 | **OASDI-CO** | 0.00 | | |
| **Deducts** | 0.00 | **Other** | | 0.00 | **MED-CO** | 0.00 | | |
| | | | | | **FUTA-CO** | 0.00 | | |
| **Net pay** | 0.00 | **Gross pay** | | 273.40 | **SUI-CO** | 0.00 | | |
| <u>5164</u> | / | ARNULFO VILLEGAS MIRANDA | | | 11/20/2023 | Per: 11/1/2023 to 11/14/2023 | | |
| **Gross** | 2,296.56 | **Reg** | 168.00 | 2,296.56 | **FWT** | 130.82 | **DONT USE** | -72.11 |
| **Other** | 0.00 | **OT/1** | | 0.00 | **OASDI** | 0.00 | | |
| **Tips** | 0.00 | **OT/S** | | 0.00 | **MED** | 0.00 | | |
| **Cash tips** | 0.00 | **Vac** | | 0.00 | **SWT** | 57.40 | | |
| | | **Sick** | | 0.00 | **SDI** | 0.00 | | |
| **Subtotal** | 2,296.56 | **Hol** | | 0.00 | **SUI** | 0.00 | | |
| **Dir Dep** | -2,036.23 | **Comm** | | 0.00 | **Tax WH** | 188.22 | | |
| **Taxes** | -188.22 | **Misc** | | 0.00 | **OASDI-CO** | 0.00 | | |
| **Deducts** | -72.11 | **Other** | | 0.00 | **MED-CO** | 0.00 | | |
| | | | | | **FUTA-CO** | 0.00 | | |
| **Net pay** | -0.00 | **Gross pay** | | 2,296.56 | **SUI-CO** | 0.00 | | |

Register By Empl 4/16/2025 2:29 PM                                                                                                                                                         Page 280

SOUTH CENTRAL SUGAR CANE GROWERS ASSOC

| Employee / Totals | | EARNINGS | | | TAXES | | Deductions | |
|---|---|---|---|---|---|---|---|---|
| | | *Type* | *Hours* | *Dollars* | *Type* | *Dollars* | *& Other pay* | |
| <u>5164</u> | / | ARNULFO VILLEGAS MIRANDA | | | 12/4/2023 | Per: 11/15/2023 to 11/28/2023 | | |
| **Gross** | 2,296.56 | **Reg** | 168.00 | 2,296.56 | **FWT** | 130.82 | | |
| **Other** | 0.00 | **OT/1** | | 0.00 | **OASDI** | 0.00 | | |
| **Tips** | 0.00 | **OT/S** | | 0.00 | **MED** | 0.00 | | |
| **Cash tips** | 0.00 | **Vac** | | 0.00 | **SWT** | 57.40 | | |
| | | **Sick** | | 0.00 | **SDI** | 0.00 | | |
| **Subtotal** | 2,296.56 | **Hol** | | 0.00 | **SUI** | 0.00 | | |
| **Dir Dep** | -2,108.34 | **Comm** | | 0.00 | **Tax WH** | 188.22 | | |
| **Taxes** | -188.22 | **Misc** | | 0.00 | **OASDI-CO** | 0.00 | | |
| **Deducts** | 0.00 | **Other** | | 0.00 | **MED-CO** | 0.00 | | |
| | | | | | **FUTA-CO** | 0.00 | | |
| **Net pay** | -0.00 | **Gross pay** | | 2,296.56 | **SUI-CO** | 0.00 | | |
| <u>5164</u> | / | ARNULFO VILLEGAS MIRANDA | | | 12/18/2023 | Per: 11/29/2023 to 12/12/2023 | | |
| **Gross** | 2,296.56 | **Reg** | 168.00 | 2,296.56 | **FWT** | 130.82 | **DONT USE** | -30.00 |

| Employee / Totals | | Type | Hours | Dollars | Type | Dollars | & Other pay | |
|---|---|---|---|---|---|---|---|---|
| Other | 0.00 | OT/1 | | 0.00 | OASDI | 0.00 | | |
| Tips | 0.00 | OT/S | | 0.00 | MED | 0.00 | | |
| Cash tips | 0.00 | Vac | | 0.00 | SWT | 57.40 | | |
| | | Sick | | 0.00 | SDI | 0.00 | | |
| Subtotal | 2,296.56 | Hol | | 0.00 | SUI | 0.00 | | |
| Dir Dep | -2,078.34 | Comm | | 0.00 | Tax WH | 188.22 | | |
| Taxes | -188.22 | Misc | | 0.00 | OASDI-CO | 0.00 | | |
| Deducts | -30.00 | Other | | 0.00 | MED-CO | 0.00 | | |
| | | | | | FUTA-CO | 0.00 | | |
| Net pay | -0.00 | Gross pay | | 2,296.56 | SUI-CO | 0.00 | | |
| 5164 | / ARNULFO VILLEGAS MIRANDA | | | | 12/29/2023 Per: 12/13/2023 to 12/26/2023 | | | |
| Gross | 2,296.56 | Reg | 168.00 | 2,296.56 | FWT | 130.82 | | |
| Other | 0.00 | OT/1 | | 0.00 | OASDI | 0.00 | | |
| Tips | 0.00 | OT/S | | 0.00 | MED | 0.00 | | |
| Cash tips | 0.00 | Vac | | 0.00 | SWT | 57.40 | | |
| | | Sick | | 0.00 | SDI | 0.00 | | |
| Subtotal | 2,296.56 | Hol | | 0.00 | SUI | 0.00 | | |
| Dir Dep | -2,108.34 | Comm | | 0.00 | Tax WH | 188.22 | | |
| Taxes | -188.22 | Misc | | 0.00 | OASDI-CO | 0.00 | | |
| Deducts | 0.00 | Other | | 0.00 | MED-CO | 0.00 | | |
| | | | | | FUTA-CO | 0.00 | | |
| Net pay | -0.00 | Gross pay | | 2,296.56 | SUI-CO | 0.00 | | |

Register By Empl 4/16/2025 2:29 PM                                                                                                                  Page 281

SOUTH CENTRAL SUGAR CANE GROWERS ASSOC

| Employee / Totals | | EARNINGS | | | TAXES | | Deductions | |
|---|---|---|---|---|---|---|---|---|
| | | Type | Hours | Dollars | Type | Dollars | & Other pay | |
| 5164 | / ARNULFO VILLEGAS MIRANDA | | | | 1/2/2023 Per: 12/14/2022 to 12/27/2022 | | | |
| Gross | 2,306.36 | Reg | 185.25 | 2,306.36 | FWT | 141.42 | MEALS | -196.00 |
| Other | 0.00 | OT/1 | | 0.00 | OASDI | 0.00 | | |
| Tips | 0.00 | OT/S | | 0.00 | MED | 0.00 | | |
| Cash tips | 0.00 | Vac | | 0.00 | SWT | 57.74 | | |
| | | Sick | | 0.00 | SDI | 0.00 | | |
| Subtotal | 2,306.36 | Hol | | 0.00 | SUI | 0.00 | | |
| | | Comm | | 0.00 | Tax WH | 199.16 | | |
| Taxes | -199.16 | Misc | | 0.00 | OASDI-CO | 0.00 | | |
| Deducts | -196.00 | Other | | 0.00 | MED-CO | 0.00 | | |
| | | | | | FUTA-CO | 0.00 | | |
| Net pay | 1,911.20 | Gross pay | | 2,306.36 | SUI-CO | 0.00 | | |
| 5164 | / ARNULFO VILLEGAS MIRANDA | | | | 1/16/2023 Per: 12/28/2022 to 1/10/2023 | | | |
| Gross | 2,219.33 | Reg | 166.50 | 2,219.33 | FWT | 130.97 | MEALS | -196.00 |
| Other | 0.00 | OT/1 | | 0.00 | OASDI | 0.00 | | |

| Tips | 0.00 | OT/S | 0.00 | MED | 0.00 | | |
|---|---|---|---|---|---|---|---|
| Cash tips | 0.00 | Vac | 0.00 | SWT | 54.70 | | |
| | | Sick | 0.00 | SDI | 0.00 | | |
| Subtotal | 2,219.33 | Hol | 0.00 | SUI | 0.00 | | |
| | | Comm | 0.00 | Tax WH | 185.67 | | |
| Taxes | -185.67 | Misc | 0.00 | OASDI-CO | 0.00 | | |
| Deducts | -196.00 | Other | 0.00 | MED-CO | 0.00 | | |
| | | | | FUTA-CO | 0.00 | | |
| Net pay | 1,837.66 | Gross pay | 2,219.33 | SUI-CO | 0.00 | | |

| 5164 | | / ARNULFO VILLEGAS MIRANDA | | 1/23/2023 | Per: 1/11/2023 to 1/24/2023 | | |
|---|---|---|---|---|---|---|---|
| Gross | 1,725.84 | Reg | 126.25   1,725.84 | FWT | 72.97 | MEALS | -154.00 |
| Other | 0.00 | OT/1 | 0.00 | OASDI | 0.00 | | |
| Tips | 0.00 | OT/S | 0.00 | MED | 0.00 | | |
| Cash tips | 0.00 | Vac | 0.00 | SWT | 37.42 | | |
| | | Sick | 0.00 | SDI | 0.00 | | |
| Subtotal | 1,725.84 | Hol | 0.00 | SUI | 0.00 | | |
| | | Comm | 0.00 | Tax WH | 110.39 | | |
| Taxes | -110.39 | Misc | 0.00 | OASDI-CO | 0.00 | | |
| Deducts | -154.00 | Other | 0.00 | MED-CO | 0.00 | | |
| | | | | FUTA-CO | 0.00 | | |
| Net pay | 1,461.45 | Gross pay | 1,725.84 | SUI-CO | 0.00 | | |

Register By Empl 4/16/2025 2:29 PM                                                                                                                        Page 282

*SOUTH CENTRAL SUGAR CANE GROWERS ASSOC*

| Employee / Totals | | EARNINGS Type    Hours    Dollars | | TAXES Type    Dollars | | Deductions & Other pay | |
|---|---|---|---|---|---|---|---|
| 5164 | | / ARNULFO VILLEGAS MIRANDA | | 10/6/2023 | Per: 9/20/2023 to 10/3/2023 | | |
| Gross | 27.34 | Reg | 2.00   27.34 | FWT | 0.00 | | |
| Other | 0.00 | OT/1 | 0.00 | OASDI | 0.00 | | |
| Tips | 0.00 | OT/S | 0.00 | MED | 0.00 | | |
| Cash tips | 0.00 | Vac | 0.00 | SWT | 0.00 | | |
| | | Sick | 0.00 | SDI | 0.00 | | |
| Subtotal | 27.34 | Hol | 0.00 | SUI | 0.00 | | |
| | | Comm | 0.00 | Tax WH | 0.00 | | |
| Taxes | 0.00 | Misc | 0.00 | OASDI-CO | 0.00 | | |
| Deducts | 0.00 | Other | 0.00 | MED-CO | 0.00 | | |
| | | | | FUTA-CO | 0.00 | | |
| Net pay | 27.34 | Gross pay | 27.34 | SUI-CO | 0.00 | | |

| 5226 | / | RUBEN ZAYAS REYES | | | 11/16/2023 | Per: 11/3/2023 to 11/16/2023 | | |
|---|---|---|---|---|---|---|---|---|
| Gross | 416.88 | Reg | 18.00 | 416.88 | FWT | 0.00 | | |
| Other | 0.00 | OT/1 | | 0.00 | OASDI | 0.00 | | |
| Tips | 0.00 | OT/S | | 0.00 | MED | 0.00 | | |
| Cash tips | 0.00 | Vac | | 0.00 | SWT | 0.00 | | |
| | | Sick | | 0.00 | SDI | 0.00 | | |
| Subtotal | 416.88 | Hol | | 0.00 | SUI | 0.00 | | |
| Dir Dep | -416.88 | Comm | | 0.00 | Tax WH | 0.00 | | |
| Taxes | 0.00 | Misc | | 0.00 | OASDI-CO | 0.00 | | |
| Deducts | 0.00 | Other | | 0.00 | MED-CO | 0.00 | | |
| | | | | | FUTA-CO | 0.00 | | |
| Net pay | 0.00 | Gross pay | | 416.88 | SUI-CO | 0.00 | | |

Register By Empl 4/16/2025 2:29 PM                                                                                                        Page 392

*SOUTH CENTRAL SUGAR CANE GROWERS ASSOC*

| | | **EARNINGS** | | | **TAXES** | | **Deductions** | |
|---|---|---|---|---|---|---|---|---|
| *Employee / Totals* | | *Type* | *Hours* | *Dollars* | *Type* | *Dollars* | *& Other pay* | |
| 5226 | / | RUBEN ZAYAS REYES | | | 11/20/2023 | Per: 11/1/2023 to 11/14/2023 | | |
| Gross | 3,908.25 | Reg | 168.75 | 3,908.25 | FWT | 296.01 | MEALS | -196.00 |
| Other | 0.00 | OT/1 | | 0.00 | OASDI | 0.00 | | |
| Tips | 0.00 | OT/S | | 0.00 | MED | 0.00 | | |
| Cash tips | 0.00 | Vac | | 0.00 | SWT | 112.14 | | |
| | | Sick | | 0.00 | SDI | 0.00 | | |
| Subtotal | 3,908.25 | Hol | | 0.00 | SUI | 0.00 | | |
| Dir Dep | -3,304.10 | Comm | | 0.00 | Tax WH | 408.15 | | |
| Taxes | -408.15 | Misc | | 0.00 | OASDI-CO | 0.00 | | |
| Deducts | -196.00 | Other | | 0.00 | MED-CO | 0.00 | | |
| | | | | | FUTA-CO | 0.00 | | |
| Net pay | 0.00 | Gross pay | | 3,908.25 | SUI-CO | 0.00 | | |
| 5226 | / | RUBEN ZAYAS REYES | | | 12/4/2023 | Per: 11/15/2023 to 11/28/2023 | | |
| Gross | 4,562.52 | Reg | 197.00 | 4,562.52 | FWT | 439.95 | MEALS | -196.00 |
| Other | 0.00 | OT/1 | | 0.00 | OASDI | 0.00 | | |
| Tips | 0.00 | OT/S | | 0.00 | MED | 0.00 | | |
| Cash tips | 0.00 | Vac | | 0.00 | SWT | 139.95 | | |
| | | Sick | | 0.00 | SDI | 0.00 | | |
| Subtotal | 4,562.52 | Hol | | 0.00 | SUI | 0.00 | | |
| Dir Dep | -3,786.62 | Comm | | 0.00 | Tax WH | 579.90 | | |
| Taxes | -579.90 | Misc | | 0.00 | OASDI-CO | 0.00 | | |
| Deducts | -196.00 | Other | | 0.00 | MED-CO | 0.00 | | |
| | | | | | FUTA-CO | 0.00 | | |
| Net pay | 0.00 | Gross pay | | 4,562.52 | SUI-CO | 0.00 | | |
| 5226 | / | RUBEN ZAYAS REYES | | | 12/18/2023 | Per: 11/29/2023 to 12/12/2023 | | |

| | | | | | | | | |
|---|---:|---|---:|---:|---|---:|---|---:|
| **Gross** | 4,377.24 | **Reg** | 189.00 | 4,377.24 | **FWT** | 399.19 | **MEALS** | -196.00 |
| **Other** | 0.00 | **OT/1** | | 0.00 | **OASDI** | 0.00 | | |
| **Tips** | 0.00 | **OT/S** | | 0.00 | **MED** | 0.00 | | |
| **Cash tips** | 0.00 | **Vac** | | 0.00 | **SWT** | 132.07 | | |
| | | **Sick** | | 0.00 | **SDI** | 0.00 | | |
| **Subtotal** | 4,377.24 | **Hol** | | 0.00 | **SUI** | 0.00 | | |
| **Dir Dep** | -3,649.98 | **Comm** | | 0.00 | **Tax WH** | 531.26 | | |
| **Taxes** | -531.26 | **Misc** | | 0.00 | **OASDI-CO** | 0.00 | | |
| **Deducts** | -196.00 | **Other** | | 0.00 | **MED-CO** | 0.00 | | |
| | | | | | **FUTA-CO** | 0.00 | | |
| **Net pay** | -0.00 | **Gross pay** | | 4,377.24 | **SUI-CO** | 0.00 | | |

Register By Empl 4/16/2025 2:29 PM                                                                                                                                    Page 393

SOUTH CENTRAL SUGAR CANE GROWERS ASSOC

| | EARNINGS | | | TAXES | | Deductions |
|---|---|---:|---:|---|---:|---|
| **Employee / Totals** | **Type** | **Hours** | **Dollars** | **Type** | **Dollars** | **& Other pay** |

**5226**     /     RUBEN ZAYAS REYES                                    12/29/2023   Per: 12/13/2023 to 12/26/2023

| | | | | | | | | |
|---|---:|---|---:|---:|---|---:|---|---:|
| **Gross** | 3,792.45 | **Reg** | 163.75 | 3,792.45 | **FWT** | 270.53 | **MEALS** | -196.00 |
| **Other** | 0.00 | **OT/1** | | 0.00 | **OASDI** | 0.00 | | |
| **Tips** | 0.00 | **OT/S** | | 0.00 | **MED** | 0.00 | | |
| **Cash tips** | 0.00 | **Vac** | | 0.00 | **SWT** | 107.62 | | |
| | | **Sick** | | 0.00 | **SDI** | 0.00 | | |
| **Subtotal** | 3,792.45 | **Hol** | | 0.00 | **SUI** | 0.00 | | |
| **Dir Dep** | -3,218.30 | **Comm** | | 0.00 | **Tax WH** | 378.15 | | |
| **Taxes** | -378.15 | **Misc** | | 0.00 | **OASDI-CO** | 0.00 | | |
| **Deducts** | -196.00 | **Other** | | 0.00 | **MED-CO** | 0.00 | | |
| | | | | | **FUTA-CO** | 0.00 | | |
| **Net pay** | -0.00 | **Gross pay** | | 3,792.45 | **SUI-CO** | 0.00 | | |

**5226**     /     RUBEN ZAYAS REYES                                    1/2/2023   Per: 12/14/2022 to 12/27/2022

| | | | | | | | | |
|---|---:|---|---:|---:|---|---:|---|---:|
| **Gross** | 2,290.80 | **Reg** | 184.00 | 2,290.80 | **FWT** | 94.70 | **MEALS** | -196.00 |
| **Other** | 0.00 | **OT/1** | | 0.00 | **OASDI** | 0.00 | | |
| **Tips** | 0.00 | **OT/S** | | 0.00 | **MED** | 0.00 | | |
| **Cash tips** | 0.00 | **Vac** | | 0.00 | **SWT** | 55.06 | | |
| | | **Sick** | | 0.00 | **SDI** | 0.00 | | |
| **Subtotal** | 2,290.80 | **Hol** | | 0.00 | **SUI** | 0.00 | | |
| | | **Comm** | | 0.00 | **Tax WH** | 149.76 | | |
| **Taxes** | -149.76 | **Misc** | | 0.00 | **OASDI-CO** | 0.00 | | |
| **Deducts** | -196.00 | **Other** | | 0.00 | **MED-CO** | 0.00 | | |
| | | | | | **FUTA-CO** | 0.00 | | |
| **Net pay** | 1,945.04 | **Gross pay** | | 2,290.80 | **SUI-CO** | 0.00 | | |

**5226**     /     RUBEN ZAYAS REYES                                    1/16/2023   Per: 12/28/2022 to 1/10/2023

| | | | | | | | | |
|---|---:|---|---:|---:|---|---:|---|---:|
| **Gross** | 2,537.89 | **Reg** | 190.25 | 2,537.89 | **FWT** | 124.35 | **DONT USE** | -81.94 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Other | 0.00 | OT/I | 0.00 | OASDI | 0.00 | MEALS | -196.00 |
| Tips | 0.00 | OT/S | 0.00 | MED | 0.00 | | |
| Cash tips | 0.00 | Vac | 0.00 | SWT | 63.71 | | |
| | | Sick | 0.00 | SDI | 0.00 | | |
| Subtotal | 2,537.89 | Hol | 0.00 | SUI | 0.00 | | |
| | | Comm | 0.00 | Tax WH | 188.06 | | |
| Taxes | -188.06 | Misc | 0.00 | OASDI-CO | 0.00 | | |
| Deducts | -277.94 | Other | 0.00 | MED-CO | 0.00 | | |
| | | | | FUTA-CO | 0.00 | | |
| Net pay | 2,071.89 | Gross pay | 2,537.89 | SUI-CO | 0.00 | | |

*SOUTH CENTRAL SUGAR CANE GROWERS ASSOC*

| | | EARNINGS | | | TAXES | | Deductions |
|---|---|---|---|---|---|---|---|
| **Employee / Totals** | | **Type** | **Hours** | **Dollars** | **Type** | **Dollars** | **& Other pay** |

**5226**        /    RUBEN ZAYAS REYES                       1/23/2023    Per: 1/11/2023 to 1/24/2023

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Gross | 1,479.78 | Reg | 108.25 | 1,479.78 | FWT | 7.21 | MEALS -126.00 |
| Other | 0.00 | OT/1 | | 0.00 | OASDI | 0.00 | |
| Tips | 0.00 | OT/S | | 0.00 | MED | 0.00 | |
| Cash tips | 0.00 | Vac | | 0.00 | SWT | 26.68 | |
| | | Sick | | 0.00 | SDI | 0.00 | |
| Subtotal | 1,479.78 | Hol | | 0.00 | SUI | 0.00 | |
| | | Comm | | 0.00 | Tax WH | 33.89 | |
| Taxes | -33.89 | Misc | | 0.00 | OASDI-CO | 0.00 | |
| Deducts | -126.00 | Other | | 0.00 | MED-CO | 0.00 | |
| | | | | | FUTA-CO | 0.00 | |
| Net pay | 1,319.89 | Gross pay | | 1,479.78 | SUI-CO | 0.00 | |

**5226**        /    RUBEN ZAYAS REYES                       10/6/2023    Per: 9/20/2023 to 10/3/2023

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Gross | 46.32 | Reg | 2.00 | 46.32 | FWT | 0.00 | |
| Other | 0.00 | OT/1 | | 0.00 | OASDI | 0.00 | |
| Tips | 0.00 | OT/S | | 0.00 | MED | 0.00 | |
| Cash tips | 0.00 | Vac | | 0.00 | SWT | 0.00 | |
| | | Sick | | 0.00 | SDI | 0.00 | |
| Subtotal | 46.32 | Hol | | 0.00 | SUI | 0.00 | |
| | | Comm | | 0.00 | Tax WH | 0.00 | |
| Taxes | 0.00 | Misc | | 0.00 | OASDI-CO | 0.00 | |
| Deducts | 0.00 | Other | | 0.00 | MED-CO | 0.00 | |
| | | | | | FUTA-CO | 0.00 | |
| Net pay | 46.32 | Gross pay | | 46.32 | SUI-CO | 0.00 | |

**5226**        /    RUBEN ZAYAS REYES                       10/23/2023   Per: 10/4/2023 to 10/17/2023

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Gross | 3,259.77 | Reg | 140.75 | 3,259.77 | FWT | 203.71 | MEALS -168.00 |
| Other | 0.00 | OT/1 | | 0.00 | OASDI | 0.00 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Tips** | 0.00 | OT/S | 0.00 | MED | 0.00 | | |
| **Cash tips** | 0.00 | Vac | 0.00 | SWT | 88.98 | | |
| | | Sick | 0.00 | SDI | 0.00 | | |
| **Subtotal** | 3,259.77 | Hol | 0.00 | SUI | 0.00 | | |
| | | Comm | 0.00 | Tax WH | 292.69 | | |
| **Taxes** | -292.69 | Misc | 0.00 | OASDI-CO | 0.00 | | |
| **Deducts** | -168.00 | Other | 0.00 | MED-CO | 0.00 | | |
| | | | | FUTA-CO | 0.00 | | |
| **Net pay** | 2,799.08 | **Gross pay** | 3,259.77 | SUI-CO | 0.00 | | |

Register By Empl 4/16/2025 2:29 PM                                                                                                                                                Page 395

*SOUTH CENTRAL SUGAR CANE GROWERS ASSOC*

| | | EARNINGS | | | TAXES | | Deductions |
|---|---|---|---|---|---|---|---|
| **Employee / Totals** | | **Type** | **Hours** | **Dollars** | **Type** | **Dollars** | **& Other pay** |
| <u>5226</u> | | / | RUBEN ZAYAS REYES | | 10/23/2023 | Per: 10/4/2023 to 10/17/2023 | |
| **Gross** | 92.64 | Reg | 4.00 | 92.64 | FWT | 0.00 | |
| Other | 0.00 | OT/1 | | 0.00 | OASDI | 0.00 | |
| Tips | 0.00 | OT/S | | 0.00 | MED | 0.00 | |
| Cash tips | 0.00 | Vac | | 0.00 | SWT | 0.00 | |
| | | Sick | | 0.00 | SDI | 0.00 | |
| **Subtotal** | 92.64 | Hol | | 0.00 | SUI | 0.00 | |
| | | Comm | | 0.00 | Tax WH | 0.00 | |
| **Taxes** | 0.00 | Misc | | 0.00 | OASDI-CO | 0.00 | |
| **Deducts** | 0.00 | Other | | 0.00 | MED-CO | 0.00 | |
| | | | | | FUTA-CO | 0.00 | |
| **Net pay** | 92.64 | **Gross pay** | | 92.64 | SUI-CO | 0.00 | |
| <u>5226</u> | | / | RUBEN ZAYAS REYES | | 10/26/2023 | Per: 10/13/2023 to 10/26/2023 | |
| **Gross** | 1,042.20 | Reg | 45.00 | 1,042.20 | FWT | 0.00 | MEALS -126.00 |
| Other | 0.00 | OT/1 | | 0.00 | OASDI | 0.00 | |
| Tips | 0.00 | OT/S | | 0.00 | MED | 0.00 | |
| Cash tips | 0.00 | Vac | | 0.00 | SWT | 11.36 | |
| | | Sick | | 0.00 | SDI | 0.00 | |
| **Subtotal** | 1,042.20 | Hol | | 0.00 | SUI | 0.00 | |
| | | Comm | | 0.00 | Tax WH | 11.36 | |
| **Taxes** | -11.36 | Misc | | 0.00 | OASDI-CO | 0.00 | |
| **Deducts** | -126.00 | Other | | 0.00 | MED-CO | 0.00 | |
| | | | | | FUTA-CO | 0.00 | |
| **Net pay** | 904.84 | **Gross pay** | | 1,042.20 | SUI-CO | 0.00 | |
| <u>5226</u> | | / | RUBEN ZAYAS REYES | | 11/6/2023 | Per: 10/18/2023 to 10/31/2023 | |
| **Gross** | 4,081.95 | Reg | 176.25 | 4,081.95 | FWT | 334.22 | MEALS -196.00 |
| Other | 0.00 | OT/1 | | 0.00 | OASDI | 0.00 | |
| Tips | 0.00 | OT/S | | 0.00 | MED | 0.00 | |

| | | | | | |
|---|---|---|---|---|---|
| **Cash tips** | 0.00 | **Vac** | 0.00 | **SWT** | 119.52 |
| | | **Sick** | 0.00 | **SDI** | 0.00 |
| **Subtotal** | 4,081.95 | **Hol** | 0.00 | **SUI** | 0.00 |
| | | **Comm** | 0.00 | **Tax WH** | 453.74 |
| **Taxes** | -453.74 | **Misc** | 0.00 | **OASDI-CO** | 0.00 |
| **Deducts** | -196.00 | **Other** | 0.00 | **MED-CO** | 0.00 |
| | | | | **FUTA-CO** | 0.00 |
| **Net pay** | 3,432.21 | **Gross pay** | 4,081.95 | **SUI-CO** | 0.00 |

Register By Empl 4/16/2025 2:29 PM                                                                                                                       Page 396

*SOUTH CENTRAL SUGAR CANE GROWERS ASSOC*

| 5146 | | / | OMAR A ROSAS OSUNA | | | 10/23/2023 | Per: 10/4/2023 to 10/17/2023 | | |
|---|---|---|---|---|---|---|---|---|---|
| **Gross** | 2,002.66 | **Reg** | 146.50 | 2,002.66 | **FWT** | 132.24 | **DONT USE** | -100.00 |
| **Other** | 0.00 | **OT/1** | | 0.00 | **OASDI** | 0.00 | **MEALS** | -168.00 |
| **Tips** | 0.00 | **OT/S** | | 0.00 | **MED** | 0.00 | | |
| **Cash tips** | 0.00 | **Vac** | | 0.00 | **SWT** | 58.84 | | |
| | | **Sick** | | 0.00 | **SDI** | 0.00 | | |
| **Subtotal** | 2,002.66 | **Hol** | | 0.00 | **SUI** | 0.00 | | |
| **Dir Dep** | -1,543.58 | **Comm** | | 0.00 | **Tax WH** | 191.08 | | |
| **Taxes** | -191.08 | **Misc** | | 0.00 | **OASDI-CO** | 0.00 | | |
| **Deducts** | -268.00 | **Other** | | 0.00 | **MED-CO** | 0.00 | | |
| | | | | | **FUTA-CO** | 0.00 | | |
| **Net pay** | 0.00 | **Gross pay** | | 2,002.66 | **SUI-CO** | 0.00 | | |

Register By Empl 4/16/2025 2:29 PM                                                                                                         Page 249

*SOUTH CENTRAL SUGAR CANE GROWERS ASSOC*

| | | **EARNINGS** | | | **TAXES** | | **Deductions** |
|---|---|---|---|---|---|---|---|
| **Employee / Totals** | | **Type** | **Hours** | **Dollars** | **Type** | **Dollars** | **& Other pay** |

| 5146 | | / | OMAR A ROSAS OSUNA | | | 10/23/2023 | Per: 10/4/2023 to 10/17/2023 | | |
|---|---|---|---|---|---|---|---|---|---|
| **Gross** | 92.64 | **Reg** | 4.00 | 92.64 | **FWT** | 0.00 | | |
| **Other** | 0.00 | **OT/1** | | 0.00 | **OASDI** | 0.00 | | |
| **Tips** | 0.00 | **OT/S** | | 0.00 | **MED** | 0.00 | | |
| **Cash tips** | 0.00 | **Vac** | | 0.00 | **SWT** | 0.00 | | |
| | | **Sick** | | 0.00 | **SDI** | 0.00 | | |
| **Subtotal** | 92.64 | **Hol** | | 0.00 | **SUI** | 0.00 | | |
| **Dir Dep** | -92.64 | **Comm** | | 0.00 | **Tax WH** | 0.00 | | |
| **Taxes** | 0.00 | **Misc** | | 0.00 | **OASDI-CO** | 0.00 | | |
| **Deducts** | 0.00 | **Other** | | 0.00 | **MED-CO** | 0.00 | | |
| | | | | | **FUTA-CO** | 0.00 | | |
| **Net pay** | 0.00 | **Gross pay** | | 92.64 | **SUI-CO** | 0.00 | | |

| 5146 | | / | OMAR A ROSAS OSUNA | | | 10/26/2023 | Per: 10/13/2023 to 10/26/2023 | | |
|---|---|---|---|---|---|---|---|---|---|
| **Gross** | 1,042.20 | **Reg** | 45.00 | 1,042.20 | **FWT** | 24.22 | **MEALS** | -126.00 |
| **Other** | 0.00 | **OT/1** | | 0.00 | **OASDI** | 0.00 | | |
| **Tips** | 0.00 | **OT/S** | | 0.00 | **MED** | 0.00 | | |
| **Cash tips** | 0.00 | **Vac** | | 0.00 | **SWT** | 24.63 | | |
| | | **Sick** | | 0.00 | **SDI** | 0.00 | | |
| **Subtotal** | 1,042.20 | **Hol** | | 0.00 | **SUI** | 0.00 | | |
| **Dir Dep** | -867.35 | **Comm** | | 0.00 | **Tax WH** | 48.85 | | |
| **Taxes** | -48.85 | **Misc** | | 0.00 | **OASDI-CO** | 0.00 | | |
| **Deducts** | -126.00 | **Other** | | 0.00 | **MED-CO** | 0.00 | | |
| | | | | | **FUTA-CO** | 0.00 | | |
| **Net pay** | 0.00 | **Gross pay** | | 1,042.20 | **SUI-CO** | 0.00 | | |

| 5146 | / | OMAR A ROSAS OSUNA | 11/6/2023 | Per: 10/18/2023 to 10/31/2023 |
|---|---|---|---|---|

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Gross** | 4,278.81 | **Reg** | 184.75 | 4,278.81 | **FWT** | 523.07 | **MEALS** | -196.00 |
| **Other** | 0.00 | **OT/1** | | 0.00 | **OASDI** | 0.00 | | |
| **Tips** | 0.00 | **OT/S** | | 0.00 | **MED** | 0.00 | | |
| **Cash tips** | 0.00 | **Vac** | | 0.00 | **SWT** | 155.58 | | |
| | | **Sick** | | 0.00 | **SDI** | 0.00 | | |
| **Subtotal** | 4,278.81 | **Hol** | | 0.00 | **SUI** | 0.00 | | |
| **Dir Dep** | -3,404.16 | **Comm** | | 0.00 | **Tax WH** | 678.65 | | |
| **Taxes** | -678.65 | **Misc** | | 0.00 | **OASDI-CO** | 0.00 | | |
| **Deducts** | -196.00 | **Other** | | 0.00 | **MED-CO** | 0.00 | | |
| | | | | | **FUTA-CO** | 0.00 | | |
| **Net pay** | 0.00 | **Gross pay** | | 4,278.81 | **SUI-CO** | 0.00 | | |

Register By Empl 4/16/2025 2:29 PM                                                                                                                                                 Page 250

*SOUTH CENTRAL SUGAR CANE GROWERS ASSOC*

| | | **EARNINGS** | | | **TAXES** | | **Deductions** |
|---|---|---|---|---|---|---|---|
| **Employee / Totals** | | **Type** | **Hours** | **Dollars** | **Type** | **Dollars** | **& Other pay** |

**5146**             /        OMAR A ROSAS OSUNA                                  11/16/2023    Per: 11/3/2023 to 11/16/2023

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Gross** | 416.88 | **Reg** | 18.00 | 416.88 | **FWT** | 0.00 | | |
| **Other** | 0.00 | **OT/1** | | 0.00 | **OASDI** | 0.00 | | |
| **Tips** | 0.00 | **OT/S** | | 0.00 | **MED** | 0.00 | | |
| **Cash tips** | 0.00 | **Vac** | | 0.00 | **SWT** | 3.80 | | |
| | | **Sick** | | 0.00 | **SDI** | 0.00 | | |
| **Subtotal** | 416.88 | **Hol** | | 0.00 | **SUI** | 0.00 | | |
| **Dir Dep** | -413.08 | **Comm** | | 0.00 | **Tax WH** | 3.80 | | |
| **Taxes** | -3.80 | **Misc** | | 0.00 | **OASDI-CO** | 0.00 | | |
| **Deducts** | 0.00 | **Other** | | 0.00 | **MED-CO** | 0.00 | | |
| | | | | | **FUTA-CO** | 0.00 | | |
| **Net pay** | 0.00 | **Gross pay** | | 416.88 | **SUI-CO** | 0.00 | | |

**5146**             /        OMAR A ROSAS OSUNA                                  11/20/2023    Per: 11/1/2023 to 11/14/2023

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Gross** | 4,134.06 | **Reg** | 178.50 | 4,134.06 | **FWT** | 491.22 | **MEALS** | -196.00 |
| **Other** | 0.00 | **OT/1** | | 0.00 | **OASDI** | 0.00 | | |
| **Tips** | 0.00 | **OT/S** | | 0.00 | **MED** | 0.00 | | |
| **Cash tips** | 0.00 | **Vac** | | 0.00 | **SWT** | 149.43 | | |
| | | **Sick** | | 0.00 | **SDI** | 0.00 | | |
| **Subtotal** | 4,134.06 | **Hol** | | 0.00 | **SUI** | 0.00 | | |
| **Dir Dep** | -3,297.41 | **Comm** | | 0.00 | **Tax WH** | 640.65 | | |
| **Taxes** | -640.65 | **Misc** | | 0.00 | **OASDI-CO** | 0.00 | | |
| **Deducts** | -196.00 | **Other** | | 0.00 | **MED-CO** | 0.00 | | |
| | | | | | **FUTA-CO** | 0.00 | | |
| **Net pay** | 0.00 | **Gross pay** | | 4,134.06 | **SUI-CO** | 0.00 | | |

**5146**             /        OMAR A ROSAS OSUNA                                  12/4/2023    Per: 11/15/2023 to 11/28/2023

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Gross** | 4,435.14 | **Reg** | 191.50 | 4,435.14 | **FWT** | 557.46 | **MEALS** | -196.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Other | 0.00 | OT/1 | 0.00 | OASDI | 0.00 | | |
| Tips | 0.00 | OT/S | 0.00 | MED | 0.00 | | |
| Cash tips | 0.00 | Vac | 0.00 | SWT | 162.22 | | |
| | | Sick | 0.00 | SDI | 0.00 | | |
| Subtotal | 4,435.14 | Hol | 0.00 | SUI | 0.00 | | |
| Dir Dep | -3,519.46 | Comm | 0.00 | Tax WH | 719.68 | | |
| Taxes | -719.68 | Misc | 0.00 | OASDI-CO | 0.00 | | |
| Deducts | -196.00 | Other | 0.00 | MED-CO | 0.00 | | |
| | | | | FUTA-CO | 0.00 | | |
| Net pay | 0.00 | Gross pay | 4,435.14 | SUI-CO | 0.00 | | |

Register By Empl 4/16/2025 2:29 PM                                                                                                           Page 251

*SOUTH CENTRAL SUGAR CANE GROWERS ASSOC*

| Employee / Totals | | Type | EARNINGS Hours | Dollars | Type | TAXES Dollars | Deductions & Other pay |
|---|---|---|---|---|---|---|---|
| 5146 | / OMAR A ROSAS OSUNA | | | | 12/18/2023 | Per: 11/29/2023 to 12/12/2023 | |
| Gross | 4,481.46 | Reg | 193.50 | 4,481.46 | FWT | 567.94 | **MEALS** -196.00 |
| Other | 0.00 | OT/1 | | 0.00 | OASDI | 0.00 | |
| Tips | 0.00 | OT/S | | 0.00 | MED | 0.00 | |
| Cash tips | 0.00 | Vac | | 0.00 | SWT | 164.19 | |
| | | Sick | | 0.00 | SDI | 0.00 | |
| Subtotal | 4,481.46 | Hol | | 0.00 | SUI | 0.00 | |
| Dir Dep | -3,553.33 | Comm | | 0.00 | Tax WH | 732.13 | |
| Taxes | -732.13 | Misc | | 0.00 | OASDI-CO | 0.00 | |
| Deducts | -196.00 | Other | | 0.00 | MED-CO | 0.00 | |
| | | | | | FUTA-CO | 0.00 | |
| Net pay | 0.00 | Gross pay | | 4,481.46 | SUI-CO | 0.00 | |
| 5146 | / OMAR A ROSAS OSUNA | | | | 12/29/2023 | Per: 12/13/2023 to 12/26/2023 | |
| Gross | 3,995.10 | Reg | 172.50 | 3,995.10 | FWT | 460.65 | **MEALS** -196.00 |
| Other | 0.00 | OT/1 | | 0.00 | OASDI | 0.00 | |
| Tips | 0.00 | OT/S | | 0.00 | MED | 0.00 | |
| Cash tips | 0.00 | Vac | | 0.00 | SWT | 143.52 | |
| | | Sick | | 0.00 | SDI | 0.00 | |
| Subtotal | 3,995.10 | Hol | | 0.00 | SUI | 0.00 | |
| Dir Dep | -3,194.93 | Comm | | 0.00 | Tax WH | 604.17 | |
| Taxes | -604.17 | Misc | | 0.00 | OASDI-CO | 0.00 | |
| Deducts | -196.00 | Other | | 0.00 | MED-CO | 0.00 | |
| | | | | | FUTA-CO | 0.00 | |
| Net pay | 0.00 | Gross pay | | 3,995.10 | SUI-CO | 0.00 | |
| 5146 | / OMAR A ROSAS OSUNA | | | | 1/2/2023 | Per: 12/14/2022 to 12/27/2022 | |
| Gross | 2,272.13 | Reg | 182.50 | 2,272.13 | FWT | 171.85 | **MEALS** -196.00 |
| Other | 0.00 | OT/1 | | 0.00 | OASDI | 0.00 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Tips | 0.00 | OT/S | 0.00 | MED | 0.00 | |
| Cash tips | 0.00 | Vac | 0.00 | SWT | 70.30 | |
| | | Sick | 0.00 | SDI | 0.00 | |
| Subtotal | 2,272.13 | Hol | 0.00 | SUI | 0.00 | |
| | | Comm | 0.00 | Tax WH | 242.15 | |
| Taxes | -242.15 | Misc | 0.00 | OASDI-CO | 0.00 | |
| Deducts | -196.00 | Other | 0.00 | MED-CO | 0.00 | |
| | | | | FUTA-CO | 0.00 | |
| Net pay | 1,833.98 | Gross pay | 2,272.13 | SUI-CO | 0.00 | |

Register By Empl 4/16/2025 2:29 PM                                                                                                                                     Page 252

*SOUTH CENTRAL SUGAR CANE GROWERS ASSOC*

|                         |          | *EARNINGS* |         |          | *TAXES* |          | *Deductions*    |          |
|-------------------------|----------|------------|---------|----------|---------|----------|-----------------|----------|
| **Employee / Totals**   |          | **Type**   | **Hours** | **Dollars** | **Type** | **Dollars** | **& Other pay** |          |
| 5146                    |          | /          | OMAR A ROSAS OSUNA |    | 1/16/2023 | Per: 12/28/2022 to 1/10/2023 | | |
| Gross                   | 2,208.16 | Reg        | 165.75  | 2,208.16 | FWT     | 164.17   | MEALS           | -196.00  |
| Other                   | 0.00     | OT/1       |         | 0.00     | OASDI   | 0.00     |                 |          |
| Tips                    | 0.00     | OT/S       |         | 0.00     | MED     | 0.00     |                 |          |
| Cash tips               | 0.00     | Vac        |         | 0.00     | SWT     | 67.58    |                 |          |
|                         |          | Sick       |         | 0.00     | SDI     | 0.00     |                 |          |
| Subtotal                | 2,208.16 | Hol        |         | 0.00     | SUI     | 0.00     |                 |          |
|                         |          | Comm       |         | 0.00     | Tax WH  | 231.75   |                 |          |
| Taxes                   | -231.75  | Misc       |         | 0.00     | OASDI-CO | 0.00    |                 |          |
| Deducts                 | -196.00  | Other      |         | 0.00     | MED-CO  | 0.00     |                 |          |
|                         |          |            |         |          | FUTA-CO | 0.00     |                 |          |
| Net pay                 | 1,780.41 | Gross pay  |         | 2,208.16 | SUI-CO  | 0.00     |                 |          |
| 5146                    |          | /          | OMAR A ROSAS OSUNA |    | 1/25/2023 | Per: 1/11/2023 to 1/24/2023 | | |
| Gross                   | 2,217.96 | Reg        | 162.25  | 2,217.96 | FWT     | 165.35   | MEALS           | -196.00  |
| Other                   | 0.00     | OT/1       |         | 0.00     | OASDI   | 0.00     |                 |          |
| Tips                    | 0.00     | OT/S       |         | 0.00     | MED     | 0.00     |                 |          |
| Cash tips               | 0.00     | Vac        |         | 0.00     | SWT     | 67.99    |                 |          |
|                         |          | Sick       |         | 0.00     | SDI     | 0.00     |                 |          |
| Subtotal                | 2,217.96 | Hol        |         | 0.00     | SUI     | 0.00     |                 |          |
|                         |          | Comm       |         | 0.00     | Tax WH  | 233.34   |                 |          |
| Taxes                   | -233.34  | Misc       |         | 0.00     | OASDI-CO | 0.00    |                 |          |
| Deducts                 | -196.00  | Other      |         | 0.00     | MED-CO  | 0.00     |                 |          |
|                         |          |            |         |          | FUTA-CO | 0.00     |                 |          |
| Net pay                 | 1,788.62 | Gross pay  |         | 2,217.96 | SUI-CO  | 0.00     |                 |          |
| 5146                    |          | /          | OMAR A ROSAS OSUNA |    | 1/31/2023 | Per: 1/25/2023 to 2/7/2023 | | |
| Gross                   | 1,148.28 | Reg        | 84.00   | 1,148.28 | FWT     | 40.21    | MEALS           | -98.00   |
| Other                   | 0.00     | OT/1       |         | 0.00     | OASDI   | 0.00     |                 |          |
| Tips                    | 0.00     | OT/S       |         | 0.00     | MED     | 0.00     |                 |          |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Cash tips | 0.00 | Vac | 0.00 | SWT | 28.34 |
|  |  | Sick | 0.00 | SDI | 0.00 |
| Subtotal | 1,148.28 | Hol | 0.00 | SUI | 0.00 |
|  |  | Comm | 0.00 | Tax WH | 68.55 |
| Taxes | -68.55 | Misc | 0.00 | OASDI-CO | 0.00 |
| Deducts | -98.00 | Other | 0.00 | MED-CO | 0.00 |
|  |  |  |  | FUTA-CO | 0.00 |
| Net pay | 981.73 | Gross pay | 1,148.28 | SUI-CO | 0.00 |

Register By Empl 4/16/2025 2:29 PM                                                                                                                                                                 Page 253

*SOUTH CENTRAL SUGAR CANE GROWERS ASSOC*

|  |  | EARNINGS |  |  | TAXES |  | Deductions |
|---|---|---|---|---|---|---|---|
| **Employee / Totals** |  | **Type** | **Hours** | **Dollars** | **Type** | **Dollars** | **& Other pay** |
| 5146 | / | OMAR A ROSAS OSUNA |  |  | 10/6/2023 | Per: 9/20/2023 to 10/3/2023 |  |
| Gross | 46.32 | Reg | 2.00 | 46.32 | FWT | 0.00 |  |
| Other | 0.00 | OT/1 |  | 0.00 | OASDI | 0.00 |  |
| Tips | 0.00 | OT/S |  | 0.00 | MED | 0.00 |  |
| Cash tips | 0.00 | Vac |  | 0.00 | SWT | 0.00 |  |
|  |  | Sick |  | 0.00 | SDI | 0.00 |  |
| Subtotal | 46.32 | Hol |  | 0.00 | SUI | 0.00 |  |
|  |  | Comm |  | 0.00 | Tax WH | 0.00 |  |
| Taxes | 0.00 | Misc |  | 0.00 | OASDI-CO | 0.00 |  |
| Deducts | 0.00 | Other |  | 0.00 | MED-CO | 0.00 |  |
|  |  |  |  |  | FUTA-CO | 0.00 |  |
| Net pay | 46.32 | Gross pay |  | 46.32 | SUI-CO | 0.00 |  |
| 5146 | / | OMAR A ROSAS OSUNA |  |  | 10/23/2023 | Per: 10/4/2023 to 10/17/2023 |  |
| Gross | 1,390.28 | Reg |  | 0.00 | FWT | 59.03 |  |
| Other | 0.00 | OT/1 |  | 0.00 | OASDI | 0.00 |  |
| Tips | 0.00 | OT/S |  | 0.00 | MED | 0.00 |  |
| Cash tips | 0.00 | Vac |  | 0.00 | SWT | 36.81 |  |
|  |  | Sick |  | 0.00 | SDI | 0.00 |  |
| Subtotal | 1,390.28 | Hol |  | 0.00 | SUI | 0.00 |  |
| Dir Dep | -1,294.44 | Comm |  | 0.00 | Tax WH | 95.84 |  |
| Taxes | -95.84 | Misc |  | 1,390.28 | OASDI-CO | 0.00 |  |
| Deducts | 0.00 | Other |  | 0.00 | MED-CO | 0.00 |  |
|  |  |  |  |  | FUTA-CO | 0.00 |  |
| Net pay | -0.00 | Gross pay |  | 1,390.28 | SUI-CO | 0.00 |  |