UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| FELIPE DE JESUS AVILA-SOTO, et al. | ) | |
| | ) | Case No. 6:24-cv-01392 |
| Plaintiffs, | ) | |
| | ) | JUDGE ROBERT R. SUMMERHAYS |
| v. | ) | |
| | ) | MAGISTRATE JUDGE CAROL B. WHITEHURST |
| SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS' MOTION TO COMPEL
DISCOVERY RESPONSES FROM DEFENDANTS**

Plaintiffs file this motion to compel full and complete discovery responses from

Defendants South Central Sugar Cane Growers' Association, Inc. and Defendant Sterling Sugars,

LLC pursuant to Federal Rule of Civil Procedure 37. The parties have met and conferred

concerning Defendants' discovery deficiencies but Plaintiffs have not been able to obtain full

and complete discovery responses—Defendants have only supplemented their responses in the

last few days, including 20,000 pages produced last night, and those responses remain

incomplete and deficient for the reasons detailed in Plaintiffs' accompanying memorandum of

law.

Plaintiffs seek an order compelling full and complete responses to Plaintiffs' Second

Requests for Production to Defendant Sterling Sugars, LLC, including responses to Request for

Production Numbers 14, 15, 16, 24, 26, 27 and 28 for which no responses were made other than

late objections. Plaintiffs also seek full responses to Requests 17, 18 and 25 from Defendant

Sterling Sugars, LLC as Defendant's response to these requests only produced documents for

1

2022 and not for any of the other years at issue, including 2023, 2024, and 2025.

Plaintiffs seek an order compelling full and complete responses to Plaintiffs' Second Requests for Production to Defendant South Central Sugar Cane Growers' Association, Inc. including responses to Requests for Production Numbers 15, 16, 17 18, 19, 20, 21-25, 28, 34, 35, 36, 37, 38 and 40. Plaintiffs also seek production of personnel records for FLSA opt-in Plaintiffs and putative class members which have also not been produced and are responsive to Plaintiffs' First Requests for Production Nos. 3 and 4.

Plaintiffs also seek an order compelling Defendants' production of the electronically stored payroll information which was sought in Plaintiffs' First Requests for Production No. 2 to Defendants and production of the emails of Defendants regarding the hiring and recruitment of H-2A workers which were originally sought in Plaintiffs' First Requests for Production No. 5.

Pursuant to Local Rule 7.4.1 the Plaintiffs certify that they conferred with Defendants with respect to this motion and Defendants stated that they intend to oppose Plaintiffs' motion.

Respectfully submitted,

**/s/ James M. Knoepp**
James M. Knoepp* (Lead Attorney)
South Carolina Bar No. 102757
*Admitted Pro Hac Vice*
1612 Crestwood Drive
Columbia, SC 29205
Telephone: (828) 379-3169
Email: jim@dawsonmorton.com

**/s/ Dawson Morton**
Dawson Morton
California Bar No. 320811
*Admitted Pro Hac Vice*
1808 Sixth St.
Berkeley, CA 94710
Phone: (404) 590-1295
Email: dawson@dawsonmorton.com

**/s/ Daniel Davis**
Daniel Davis, LA Bar No. 30141
Estes Davis Law, LLC
4465 Bluebonnet Blvd, Suite A
Baton Rouge, LA 70809
Telephone: (225) 336-3394
Fax: (225) 384-5419
Email: dan@estesdavislaw.com