UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FELIPE DE JESUS AVILA-SOTO, et al.<br><br>  Plaintiffs,<br><br>v.<br><br>SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC., et al.<br><br>  Defendants. | Case No. 6:24-cv-01392<br><br>JUDGE ROBERT R. SUMMERHAYS<br><br>MAGISTRATE JUDGE CAROL B. WHITEHURST |

**PROPOSED ORDER**

Plaintiffs' Motion to Compel discovery responses is GRANTED.

IT IS ORDERED that both Defendants shall provide full and complete responses to Plaintiffs' First Requests for Production of Documents Numbers 2, 3, 4 and 5. This includes all records stored in electronic format, including payroll records and responsive emails, and personnel files for FLSA opt-in plaintiffs and putative class members.

IT IS ORDERED that Defendant South Central Sugar Cane Growers' Association, Inc. shall provide full and complete responses, including amended written responses, to Plaintiffs' Second Requests for Production of Documents to Defendant South Central Sugar Cane Growers' Association, Inc., including responses to Requests for Production Numbers 15-25, 28, 34-38, and 40.

IT IS ORDERED that Defendant Sterling Sugars, LLC shall produce full and complete responses to Plaintiffs' Second Requests for Production of Documents to Defendant Sterling Sugars, LLC, including amended written responses, and responses to Request for Production

1

Numbers 14-16, 24, and 26-28 and further complete responses to Request Numbers 17, 18, and 25 for the years at issue in this suit, including the years 2023, 2024, and 2025.

   IT IS FURTHER ORDERED as follows:

   1. Supplemental production shall be made within 14 days of this Order and at least 7 days in advance of any re-noticed deposition of Defendants' supervisory employees and payroll staff.

   2. The discovery period is extended as separately ordered.

IT IS SO ORDERED THIS ___ DAY OF _____, 2026

                _____
                CAROL B. WHITEHURST
                UNITED STATES MAGISTRATE JUDGE