UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FELIPE DE JESUS AVILA-SOTO, et al.<br><br>　　　Plaintiffs,<br><br>v.<br><br><br>SOUTH CENTRAL SUGAR CANE<br>GROWERS' ASSOCIATION, INC., et al.<br><br>　　　Defendants. | Case No. 6:24-cv-01392<br><br>JUDGE ROBERT R. SUMMERHAYS<br><br>MAGISTRATE JUDGE CAROL B. WHITEHURST |

**MOTION FOR EXPEDITED CONSIDERATION OF
PLAINTIFFS' RENEWED MOTION TO AMEND SCHEDULING ORDER**

Plaintiffs move this Court for an expedited decision on Plaintiffs' Renewed Motion to Amend the Scheduling Order. Plaintiffs have filed a motion to compel incomplete discovery responses and have noticed depositions to be completed during the existing discovery period including on the dates of February 12th, February 16-20th, and February 23rd. Defendants have only recently on Monday night, February 10th, and Tuesday mid-day, February 11th, produced a very large amount of documents (20,000 pages on Monday night) to Plaintiffs—although the production is still incomplete as detailed in Plaintiffs' Motion to Compel. (ECF No 75.) This late and incomplete production prejudices Plaintiffs ability to fully examine witnesses. Accordingly, Plaintiffs seek an amendment to the scheduling order to extend the discovery period to review the newly produced documents, have the motion to compel heard, and to reschedule the existing depositions after document review and additional document production. (ECF No. 74.) Due to the existing discovery deadline of February 23, 2026, and the existing deposition schedule which would reset, and for the reasons set forth more fully in the accompanying memorandum in support, expedited consideration of the Motion is warranted.

WHEREFORE, Plaintiffs respectfully ask the Court to consider the Motion on an expedited basis.

Respectfully submitted,

**/s/ James M. Knoepp**
James M. Knoepp* (Lead Attorney)
South Carolina Bar No. 102757
*Admitted Pro Hac Vice*
1612 Crestwood Drive
Columbia, SC 29205
Telephone: (828) 379-3169
Email: jim@dawsonmorton.com

**/s/ Dawson Morton**
Dawson Morton
California Bar No. 320811
*Admitted Pro Hac Vice*
1808 Sixth St.
Berkeley, CA 94710
Phone: (404) 590-1295
Email: dawson@dawsonmorton.com

**/s/ Daniel Davis**
Daniel Davis, LA Bar No. 30141
Estes Davis Law, LLC
4465 Bluebonnet Blvd, Suite A
Baton Rouge, LA 70809
Telephone: (225) 336-3394
Fax: (225) 384-5419
Email: dan@estesdavislaw.com

Counsel for Plaintiffs