UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FELIPE DE JESUS AVILA-SOTO, et al. | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC., et al. | ) ) ) |
| Defendants. | ) ) |

Case No. 6:24-cv-01392

JUDGE ROBERT R. SUMMERHAYS

MAGISTRATE JUDGE CAROL B. WHITEHURST

[PROPOSED] ORDER TO EXPEDITE CONSIDERATION OF
MOTION TO AMEND SCHEDULING ORDER

CONSIDERING the foregoing Motion for Expedited Consideration on Plaintiffs' Renewed Motion to Amend the Scheduling Order.

IT IS ORDERED that the Motion is GRANTED. The Court will decide this motion in advance of the remaining scheduled depositions scheduled for February 16, 2026 and the dates following.

[ __ ] IT IS ORDERED that the Court will hear oral argument on the motion to extend on February 13, 2026

Signed this _____ day of _____, 2026, in Lafayette, Louisiana.

_____
MAGISTRATE JUDGE

1