UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**FELIPE DE JESUS AVILA-SOTO ET AL**          **CASE NO. 6:24-CV-01392**

**VERSUS**                                                              **JUDGE ROBERT R. SUMMERHAYS**

**SOUTH CENTRAL SUGAR CANE**               **MAGISTRATE JUDGE CAROL B.**
**GROWERS ASSOCIATION INC ET AL**       **WHITEHURST**

## ORDER

CONSIDERING Plaintiffs' Renewed and Emergency Motion to Amend Scheduling Order [rec. doc. 74], Plaintiffs' Motion to Compel Discovery Responses from Defendants [rec.doc. 75], and Plaintiffs' Motion for Expedited Consideration of Plaintiff's Renewed Motion to Amend Scheduling Order [rec. doc. 76],

IT IS ORDERED that Plaintiff's Motion for Expedited Consideration of Plaintiffs' Renewed Motion to Amend Scheduling Order is GRANTED. The Court will conduct a telephone hearing on Plaintiffs' Motion to Amend Scheduling Order and Plaintiffs' Motion to Compel at 10:00 a.m. on February 20, 2026. Counsel for the parties shall call into the hearing by dialing 1-650-479-3207 and entering Access Code 2315 350 5623#.

IT IS FURTHER ORDERED that any opposition to Plaintiffs' motions shall be filed by February 18, 2026.

SIGNED in chambers on February 13, 2026.

CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE