UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| FELIPE DE JESUS AVILA-SOTO, et al. | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC., et al. | ) ) ) |
| Defendants. | ) ) ) |

Case No. 6:24-cv-01392

JUDGE ROBERT R. SUMMERHAYS

MAGISTRATE JUDGE CAROL B. WHITEHURST

**JOINT MOTION FOR EXTENSION OF TIME TO
COMPLETE DISCOVERY AND FILE DISPOSITIVE MOTIONS**

COME NOW the Parties who jointly move the Court for an extension of time to complete discovery and file dispositive motions and state as follows:

1. The current deadline to complete discovery in this case is February 23, 2026, and the current deadline to file dispositive motions is March 24, 2026. (ECF No. 33).

2. The parties have been engaged in document production, review, and depositions during the last two weeks but require more time to complete those efforts. Specifically, the parties jointly agree that they would benefit from being able to reschedule certain depositions to a later date to allow for additional document production and to receive and review prior deposition transcripts and reduce duplication of witness testimony with respect to 30(b)(6) depositions of the corporate Defendants.

3. Based on the above, the parties jointly move the Court to extend the deadline to complete discovery to March 13, 2026, and to extend the deadline to file dispositive motions to April 13, 2026, while the Court hears and considers Plaintiffs' motion for a further extension.

4.     The Plaintiffs have filed a Renewed Motion to Amend the Scheduling Order (ECF No. 74) which seeks a further extension of time to complete discovery and to adjust other deadlines accordingly based on discovery disputes that continue. Plaintiffs' motion is set for a hearing with the Court on February 20, 2026. (ECF No. 77.) The Plaintiffs continue to believe that additional time is needed to complete discovery based on incomplete discovery responses, late document production, and testimony that confirms document issues. Defendants continue to oppose Plaintiffs' motion. This joint motion is filed without prejudice to each parties' arguments with respect to the Renewed Motion to Amend the Scheduling Order and is filed to allow the Court to hear Plaintiffs' motions and for pending noticed depositions to be moved to a later date pending the Court's decision.

5.     Plaintiffs have also filed a Motion to Compel Production of Documents (ECF No. 75) which is also set for a hearing with the Court on February 20, 2026. (ECF No. 77.) This motion is filed without prejudice to each parties' arguments with respect to the Motion to Compel.

For all of the foregoing reasons, the parties jointly move the Court for the above extension of time, pending the resolution of Plaintiffs' motions that will be heard by the Court on February 20, 2026.

Respectfully submitted,

**/s/ James M. Knoepp**
James M. Knoepp* (Lead Attorney)
South Carolina Bar No. 102757
*Admitted Pro Hac Vice*
1612 Crestwood Drive
Columbia, SC 29205
Telephone:  (828) 379-3169
Email:  jim@dawsonmorton.com

/s/ **Dawson Morton**
Dawson Morton
California Bar No. 320811
*Admitted Pro Hac Vice*
1808 Sixth St.
Berkeley, CA  94710
Phone: (404) 590-1295
Email:  dawson@dawsonmorton.com

/s/ **Daniel Davis**
Daniel Davis, LA Bar No. 30141
Estes Davis Law, LLC
4465 Bluebonnet Blvd, Suite A
Baton Rouge, LA 70809
Telephone: (225) 336-3394
Fax: (225) 384-5419
Email:  dan@estesdavislaw.com

Counsel for Plaintiffs


**PHELPS DUNBAR LLP**

*/s/ Brandon E. Davis*
Brandon E. Davis (La Bar #29823)
Molly McDiarmid (La Bar #36426)
Jennifer Clewis Thomas (*Admitted Pro Hac Vice*)
Andrew M. Albritton (La Bar #39780)
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130
Telephone: 504-566-1311
Facsimile: 504-568-9130
brandon.davis@phelps.com
molly.mcdiarmid@phelps.com
jennifer.clewis@phelps.com
andrew.albritton@phelps.com


**COUNSEL FOR DEFENDANTS**