UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FELIPE DE JESUS AVILA-SOTO, et al. | ) |
| | ) Case No. 6:24-cv-01392 |
| Plaintiffs, | ) |
| | ) JUDGE ROBERT R. SUMMERHAYS |
| v. | ) |
| | ) MAGISTRATE JUDGE CAROL B. WHITEHURST |
| SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC., et al. | ) |
| Defendants. | ) |

The Court has reviewed the Parties' Joint Motion for Extension of Time to Complete Discovery and File Dispositive Motions.

Good cause having been shown, IT IS HEREBY ORDERED that the Parties' Motion is GRANTED. The deadline for the completion of discovery is extended until March 13, 2026 and the deadline to file dispositive motions is extended until April 13, 2026.

Plaintiffs' Renewed Motion to Amend the Scheduling Order and Motion to Compel Production of Documents will still be heard on Friday, February 20, 2026, as previously ordered. (ECF No. 77.)

Signed at Lafayette, Louisiana, on this ____ day of _____, 2026.

_____
JUDGE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA