

Phelps Dunbar LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, LA 70130
504 566 1311

February 6, 2026

45136-0001

Brandon E. Davis
Partner
davisb@phelps.com
Direct  504 584 9312

**VIA EMAIL:**    **JIM@DAWSONMORTON.COM**

Jim Knoepp
Dawson Morton, LLC

> Re:    South Central Sugar Cane Growers' Association, Inc.'s Written Discovery Requests
> *Avila Soto, et al. v. South Central Sugar Cane Growers Ass'n, et al.*

*Dear Counsel:*

Plaintiffs recently asked that we supplement our production of documents with 2025 records. That production is included here bates stamped [SCSCGA -003090-003350]. Supplemental written responses will follow.

Respectfully,

Brandon E. Davis

BED/tw

Enclosures

cc:    Dawson Morton (via email)
       Molly C. McDiarmid (via email)
       Andrew M. Albritton (via email)
       Jennifer Clewis Thomas (via email)

PD.60650283.1

---

Alabama  Florida  Louisiana  Mississippi  North Carolina  Tennessee  Texas  London          phelps.com