

Phelps Dunbar LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, LA 70130
504 566 1311

Brandon E. Davis
Partner
(504) 584-9312
davisb@phelps.com

February 18, 2026

Our Reference No.
45136-0001

**VIA EMAIL:** jim@dawsonmorton.com

Jim Knoepp
Dawson Morton
Daniel Davis

    Re:    *Avila-Soto v. South Central* – Additional Supplemental Document Production

Dear Jim:

    Please allow the enclosures to this letter to serve as an additional supplemental document production on behalf of Defendants South Central Sugar Cane Growers' Association, Inc. and Sterling Sugars, LLC. The enclosed documents include a set of operating agreements, registration documents, and bylaws responsive to, among others, Plaintiffs' Request for Production No. 14, 34, 35, and 36 to South Central and Request 24 to Sterling Sugars, LLC. The bylaws included also cover those referred to in Tim Robison's fact deposition and specifically requested by Plaintiffs.

    The accompanying Privilege Log relates to a single redaction as indicated.

    Please let us know if you would like to discuss this further.

        Respectfully,

        Brandon E. Davis

BED/AMA

cc:    Molly McDiarmid (via email)
        Jennifer Clewis Thomas (via email)
        Andrew M. Albritton (via email)
        Dawson Morton (via email)

PD.60791061.1