UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| _____ ) | |
| FELIPE DE JESUS AVILA-SOTO, ) | |
| FELIPE DE JESUS SUAREZ-PALAFOX, ) | |
| ON BEHALF OF THEMSELVES AND ) | |
| ALL OTHERS SIMILARLY SITUATED, ) | Case No. 6:24-cv-01392 |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| SOUTH CENTRAL SUGAR CANE ) | |
| GROWERS' ASSOCIATION, INC., AND ) | |
| STERLING SUGARS, LLC, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**PLAINTIFFS' NOTICE OF DEPOSITION**

To:    **Desiree Lange**
       **c/o Brandon Davis & Molly McDiarmid**
       Phelps Dunbar, LLP
       400 Convention St # 1100,
       Baton Rouge, LA 70802

PLEASE TAKE NOTICE that Plaintiffs will take the deposition by oral questions of the

following individual for the preservation of evidence and for all purposes permitted pursuant to Federal

Rule of Civil Procedure 30 before a certified court reporter and recorded by audio and stenographic

means, with oaths administered pursuant to the Federal Rules of Civil Procedure, commencing as listed

below:

> **Desiree Lange on February 11, 2026, at 10:30 a.m. and continued from day to day
> until complete.**

The deposition will take place at:

   Estes Davis Law, LLC
   4465 Bluebonnet Blvd Suite A,
   Baton Rouge, LA 70809

The deposition will be taken for discovery and to preserve testimony, and for all other purposes

1

authorized by applicable law, rules and regulations.


DATED: January 29, 2026


**/s/ Dawson Morton**
Dawson Morton
California Bar No. 320811
*Admitted Pro Hac Vice*
1808 Sixth St.
Berkeley, CA  94710
Phone: (404) 590-1295
Email:  dawson@dawsonmorton.com

**/s/ James M. Knoepp**
James M. Knoepp* (Lead Attorney)
South Carolina Bar No. 102757
*Admitted Pro Hac Vice*
1612 Crestwood Drive
Columbia, SC 29205
Telephone:  (828) 379-3169
Email:  jim@dawsonmorton.com

**/s/ Daniel Davis**
Daniel Davis, LA Bar No. 30141
Estes Davis Law, LLC
4465 Bluebonnet Blvd, Suite A
Baton Rouge, LA 70809
Telephone: (225) 336-3394
Fax: (225) 384-5419
Email:  dan@estesdavislaw.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this date I emailed the foregoing to the following attorneys for the Defendants who have entered an appearance in this matter:

Brandon Davis
Molly McDiarmid
Jennifer Clewis Thomas
Caroline Perlis
Andrew Albritton
Phelps Dunbar, LLP
brandon.davis@phelps.com
molly.mcdiarmid@phelps.com
jennifer.clewis@phelps.com
caroline.perlis@phelps.com
andrew.albritton@phelps.com

DATED: January 29, 2026

*s/ D. Morton*
_____
DAWSON MORTON