UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **FELIPE DE JESUS AVILA-SOTO ET AL** | **CASE NO.   6:24-CV-01392** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **SOUTH CENTRAL SUGAR CANE GROWERS ASSOCIATION INC ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## NOTICE OF DEFICIENT DOCUMENT

**NOTICE TO FILER:**

The Memorandum in Opposition filed on February 18, 2026 by South Central Sugar Cane Growers Association Inc, Sterling Sugars L L C was DEFICIENT for the following reason(s):

- ✓ A table of contents and table of cases, statutes and other authorities is required for a brief which exceeds ten pages. Please see LR7.8 for specific requirements regarding table of contents.

**Within three (3) days** of receipt of this notice, please file a "corrective document" addressing the deficiency or deficiencies noted above, or the court may strike the document.   All filing deadlines previously set remain in effect.   Issuance of this notice does not amount to an extension of any deadline; however, if, for good cause shown, additional time is needed to correct this filing, please contact the Clerk of Court's office.  **DO NOT file a motion** to extend the three-day deadline provided by this notice.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.