

Phelps Dunbar LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, LA 70130
504 566 1311

February 6, 2026

Brandon E. Davis
Partner
davisb@phelps.com
Direct  504 584 9312

45136-0001

**VIA EMAIL:**   **JIM@DAWSONMORTON.COM**

Jim Knoepp
Dawson Morton, LLC

      Re:    South Central Sugar Cane Growers' Association, Inc.'s Written Discovery Requests
*Avila Soto, et al. v. South Central Sugar Cane Growers Ass'n, et al.*

Dear Counsel:

Plaintiffs recently asked that we supplement our production of documents with 2025 records. That production is included here bates stamped [SCSCGA -003090-003350]. Supplemental written responses will follow.

Respectfully,

Brandon E. Davis

BED/tw

Enclosures

cc:    Dawson Morton (via email)
        Molly C. McDiarmid (via email)
        Andrew M. Albritton (via email)
        Jennifer Clewis Thomas (via email)

PD.60650283.1