**Archived:** Wednesday, February 18, 2026 7:39:11 PM
**From:** Jim Knoepp
**Sent:** Wednesday, January 28, 2026 10:27:19 AM
**To:** Trenny V. Williston; Dawson Morton
**Cc:** Brandon Davis; Molly McDiarmid; Jennifer Clewis Thomas; Andrew Albritton
**Subject:** Re: 45136 Soto v. SCSCGA
**Sensitivity:** Normal

---

Received.  Thank you.

Why is this information not being produced in its native format but instead being produced as static PDF files? It is clear from the PDFs that there is a database being used to produce these reports. There are a number of problems with payroll information being sent in PDF format rather than its native format, one of which can be seen in the PDF that is titled "Task Code Report." That PDF has a Date field that is not displaying anything because the column on the PDF is not wide enough to show the dates. Likewise, the explanation for code 821190/DRIV is truncated for some reason. More importantly, PDF files cannot be used to compute damages that may be owed to the Plaintiffs and other class members where native format or an excel or similar export could. Additionally, there is information in the PDFs for individuals who would not be members of the putative class, such as "Cook," "Chaufers," and "Dispatcher" that could easily be excluded from damages calculations if information was provided in its native format.

Will you produce the native format of this information and the earlier information that was provided for the 2022-2024 seasons? If not, when are you available to meet and confer about this issue?

---

**From:** "Trenny V. Williston" <Trenny.Williston@phelps.com>
**Date:** Wednesday, January 28, 2026 at 9:32 AM
**To:** Jim Knoepp <jim@dawsonmorton.com>, Dawson Morton <dawson@dawsonmorton.com>
**Cc:** Brandon Davis <Brandon.Davis@phelps.com>, Molly McDiarmid <Molly.McDiarmid@phelps.com>, Jennifer Clewis Thomas <Jennifer.Thomas@phelps.com>, Andrew Albritton <Andrew.Albritton@phelps.com>
**Subject:** 45136 Soto v. SCSCGA

**Dictated by Brandon Davis.**

Dear Counsel:

Plaintiffs' recently asked that Defendants supplement their production of documents to include employment records made in 2025.  Responsive documents are in the link below and subject to supplementation. The link contains:

SCSCGA – 002379-002411 – CHECK REGISTER
SCSCGA – 002412-003041 – PAYROLL REGISTER
SCSCGA – 003402-003089 – TASK CODE REPORT

Sincerely,

Brandon E. Davis

https://phelpsdunbar.sharefile.com/d-s278023f7dbc74b84879cc68ed8efbfe9

_____
**Trenny Williston**

Paralegal
Labor and Employment
Phelps Dunbar LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, LA  70130
Telephone: 504-679-5578
Fax: 504-568-9130
Email: trenny.williston@phelps.com



CONFIDENTIALITY NOTICE - This e-mail message, including any attachments, is private communication sent by a law firm, Phelps Dunbar LLP, and may contain confidential, legally privileged information meant solely for the intended recipient. If you are not the intended recipient, any use, distribution, or copying of this communication is strictly prohibited. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system. Thank you.