UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FELIPE DE JESUS AVILA-SOTO, et al. <br><br> Plaintiffs, <br><br> v. <br><br> SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC., et al. <br><br> Defendants. | Case No. 6:24-cv-01392 <br><br> JUDGE ROBERT R. SUMMERHAYS <br><br> MAGISTRATE JUDGE CAROL B. WHITEHURST |

**PLAINTIFFS' REQUEST FOR LEAVE TO FILE REPLY**

Plaintiffs hereby request leave to file a Reply in response to Defendants' Memorandum in Opposition, ECF No. 79, filed in opposition to Plaintiffs' Motion to Compel Discovery Responses. Plaintiffs wish to briefly respond to issues raised in Defendants' opposition, including: (1) Defendants' failure to address Plaintiffs' argument with respect to its untimely objections; (2) the relevance of Plaintiffs' discovery requests; and (3) the continued incomplete nature of Defendants' discovery responses. Plaintiffs' proposed reply is attached to this request.

Plaintiffs contacted counsel for the Defendants to obtain their consent to file this motion but have not received a response as of the time of filing.

Respectfully submitted,

**/s/ James M. Knoepp**
James M. Knoepp* (Lead Attorney)
South Carolina Bar No. 102757
*Admitted Pro Hac Vice*
1612 Crestwood Drive
Columbia, SC 29205
Telephone: (828) 379-3169
Email: jim@dawsonmorton.com

1

**/s/ Dawson Morton**
Dawson Morton
California Bar No. 320811
*Admitted Pro Hac Vice*
1808 Sixth St.
Berkeley, CA 94710
Phone: (404) 590-1295
Email: dawson@dawsonmorton.com

**/s/ Daniel Davis**
Daniel Davis, LA Bar No. 30141
Estes Davis Law, LLC
4465 Bluebonnet Blvd, Suite A
Baton Rouge, LA 70809
Telephone: (225) 336-3394
Fax: (225) 384-5419
Email: dan@estesdavislaw.com