# SOUTH CENTRAL SUGAR CANE GROWERS ASSOC
## Payroll Register By Employee ID
### 01/01/2025 to 03/31/2025

| Employee / Totals | EARNINGS Type | Hours | Dollars | TAXES Type | Dollars | Deductions & Other pay |
|---|---|---|---|---|---|---|
| **5004** / JORGE A ANGULO RODRIGUEZ | | | 1/9/2025 | | Per: 12/25/2024 to 1/7/2025 | |
| Gross | | | | | | |
| Other | | | | | | |
| Tips | | | | | | |
| Cash tips | | | | | | |
| Subtotal | | | | | | |
| Dir Dep | | | | | | |
| Taxes | | | | | | |
| Deducts | | | | | | -154.00 |
| Net pay | | | | | | |
| **5005** | | | | | | |
| Gross | | | | | | |
| Other | | | | | | |
| Tips | | | | | | |
| Cash tips | | | | | | |
| Subtotal | | | | | | |
| Dir Dep | | | | | | |
| Taxes | | | | | | |
| Deducts | | | | | | -154.00 |
| Net pay | | | | | | |
| **5007** | | | | | | |
| Gross | | 3,182.69 | Reg | 133.00 | 3,182.69 | FWT 169.77 MEALS -154.00 |
| Other | | 0.00 | OT/1 | | 0.00 | OASDI 0.00 |
| Tips | | 0.00 | OT/S | | 0.00 | MED 0.00 |
| Cash tips | | 0.00 | Vac | | 0.00 | SWT 75.05 |
| | | | Sick | | 0.00 | SDI 0.00 |
| Subtotal | | 3,182.69 | Hol | | 0.00 | SUI 0.00 |
| Dir Dep | | -2,783.87 | Comm | | 0.00 | Tax WH 244.82 |
| Taxes | | -244.82 | Misc | | 0.00 | OASDI-CO 0.00 |
| Deducts | | -154.00 | Other | | 0.00 | MED-CO 0.00 |
| | | | | | | FUTA-CO 0.00 |
| Net pay | | 0.00 | Gross pay | | 3,182.69 | SUI-CO 0.00 |

*[Document Properties dialog overlays portion of page:]*

**Document Properties**

Description | Security | Fonts | Initial View | Custom | Advanced

**Description**
- File: Payroll Register 2025 (4.16.25).pdf
- Title: 
- Author: SAGE Software
- Subject: 
- Keywords: 
- Created: 4/16/25, 6:35:04 AM
- Modified: 2/9/26, 6:05:42 PM
- Application: 

**Advanced**
- PDF Producer: ReportBuilder
- PDF Version: 1.6 (Acrobat 7.x)
- Location: /Users/jimknoepp/Documents/South Central February 9, 2026 Production/SC...
- File Size: 915.18 KB (937,140 Bytes)
- Page Size: 8.50 x 11.00 in
- Number of Pages: 61
- Tagged PDF: No
- Fast Web View: No

[Help] [Cancel] [OK]