| | |
|---|---|
| **Subject:** | Re: Avila-Soto v. South Central - SCSCGA's supplemental RFP responses |
| **Date:** | Thursday, February 19, 2026 at 4:19:00 PM Eastern Standard Time |
| **From:** | Jim Knoepp |
| **To:** | Brandon Davis, Andrew Albritton, Molly McDiarmid, Jennifer Clewis Thomas, Caroline Perlis |
| **CC:** | dawson@dawsonmorton.com |
| **Attachments:** | image001.gif |

Counsel—

During Mr. Gonsoulin's deposition there were again a number of documents referenced that would be responsive to Plaintiffs' document requests but that have not been produced. Those include the following:

- Mr. Gonsoulin, as the President of South Central, receives emails related to the selection and employment of H-2A workers. Mr. Gonsoulin stated that he has not searched his emails for those responsive documents and has not been asked to do so.
- Mr. Gonsoulin, as the President of South Central, also receives emails related to expenses associated with H-2A workers. Mr. Gonsoulin stated that he has not searched his emails for those responsive documents and has not been asked to do so.
- No agreements have been produced showing the hauling rate for sugarcane.
- Mr. Gonsoulin testified that Sterling Sugars sends out letters to the farmers who are members of South Central to let them know what the milling rate is going to be each year. Those records would be responsive but have not been produced.
- Mr. Gonsoulin testified that there may be budget documents prepared on behalf of South Central. Those have not been produced but would also be responsive to our requests.

Jim

---

**From:** Jim Knoepp <jim@dawsonmorton.com>
**Date:** Monday, February 16, 2026 at 10:20 AM
**To:** Brandon Davis <Brandon.Davis@phelps.com>, Andrew Albritton <Andrew.Albritton@phelps.com>, Molly McDiarmid <Molly.McDiarmid@phelps.com>, Jennifer Clewis Thomas <Jennifer.Thomas@phelps.com>, Caroline Perlis <Caroline.Perlis@phelps.com>
**Cc:** "dawson@dawsonmorton.com" <dawson@dawsonmorton.com>
**Subject:** Re: Avila-Soto v. South Central - SCSCGA's supplemental RFP responses

Sorry, I left off one thing at the end of the email below.

The South Central membership agreements that were produced reference that members agree "to be bound by the articles and any bylaws entered into by the Association." Those articles and bylaws are responsive to our requests for production and should be produced in advance of the South Central 30(b)(6) deposition.

---

**From:** Jim Knoepp <jim@dawsonmorton.com>

**Date:** Monday, February 16, 2026 at 9:46 AM
**To:** Brandon Davis <Brandon.Davis@phelps.com>, Andrew Albritton <Andrew.Albritton@phelps.com>, Molly McDiarmid <Molly.McDiarmid@phelps.com>, Jennifer Clewis Thomas <Jennifer.Thomas@phelps.com>, Caroline Perlis <Caroline.Perlis@phelps.com>
**Cc:** "dawson@dawsonmorton.com" <dawson@dawsonmorton.com>
**Subject:** Avila-Soto v. South Central - SCSCGA's supplemental RFP responses

Counsel—

We have identified at least the following issues with Defendant South Central's supplemental RFP responses. These should be remedied before the South Central 30(b)(6) deposition currently scheduled for this Thursday.

RFP No. 13 – Supplemental response has a typo identifying the response as related to RFP No. 23.

RFP No. 14 – Supplemental response has a typo identifying the response as related to RFP No. 34.

RFP No. 15 – Supplemental response has a typo identifying the response as related to RFP No. 45.

RFP No. 16 – Supplemental response has a typo identifying the response as related to RFP No. 56.

RFP No. 17 – Supplemental response has a typo identifying the response as related to RFP No. 67.

RFP No. 18 – Supplemental response has a typo identifying the response as related to RFP No. 78.

RFP No. 19 – Supplemental response has a typo identifying the response as related to RFP No. 89.

RFP No. 21 – This request sought documents related to contracts, agreements, and/or invoices for farming services paid BY South Central Sugar Cane Growers' Association, Inc. ("SCSCGA") for various activities associated with *SCSCGA'S* sugarcane farming operations. The documents identified as responsive are agreements related to services paid by *members* of SCSCGA and not payments related to services paid *BY SCSCGA* itself. Please either produce responsive documents or amend the answer to state that no responsive documents exist.

RFP No. 22 – This request sought documents showing, referencing, or referring to the purchase of agricultural inputs, including cane transplants and fertilizer, used in *SCSCGA's* farming operations. The supplemental response refers to the supplemental response to RFP No. 21, which is agreements between SCSCGA and its members that are not related to *SCSCGA's* farming operations. Please either produce responsive documents or amend the answer to state that no responsive documents exist.

RFP No. 24 – This request sought documents referring to the sale of *SCSCGA's* sugarcane crop. The supplemental response refers to documents that appear to relate to the sugarcane crop of *members* of SCSCGA, but not to any sale of any sugarcane crops grown by *SCSCGA itself*. Moreover, the weekly hauling report documents referenced in response to this request only relate to the 2022 season and do not include any documents for the 2023-2025 seasons. Please either produce responsive documents or amend the answer to state that no responsive documents exist. Please also

produce the hauling reports for the 2023-2025 seasons.

RFP No. 25 – This request sought documents such as contracts, processing/milling agreements, invoices, weigh tickets, statements of account, and settlement sheets between SCSCGA and Sterling Sugars, LLC related to *SCSCGA's* sugarcane farming operations. The supplemental response refers to documents that relate to the sugarcane farming operations of *members* of SCSCGA, but not to the sugarcane farming operations of *SCSCGA itself*. Moreover, the weekly hauling report documents referenced in response to this request only relate to the 2022 season and do not include any documents for the 2023-2025 seasons. In addition, no processing or milling agreements were provided in the referenced production. Please either produce responsive documents or amend the answer to state that no responsive documents exist. Please also produce the hauling reports for the 2023-2025 seasons and the processing or milling agreements.

RFP No. 33 – This request sought documents in which SCSCGA was a party providing for the terms of any membership with any of its members. The documents referenced in the supplemental response are documents related to agreements and invoices between SCSCGA and Sterling Sugars, LLC and not documents related to the terms of membership of the members of SCSCGA. Please produce documents responsive to this request.

RFP No. 34 – This request sought documents, including cancelled checks and invoices, showing any payments received by SCSCGA from any of its *members*. The documents referenced in the supplemental response are documents related to agreements, invoices, and payments between SCSCGA and Sterling Sugars, LLC and not documents related to any payments to SCSCGA *from its members*. Please produce documents responsive to this request.

RFP No. 35 – This request sought documents, including cancelled checks and invoices, showing any payments made by SCSCGA to any of its *members*. The documents referenced in the supplemental response are documents related to agreements, invoices, and payments between SCSCGA and Sterling Sugars, LLC and not documents related to any payments *by* SCSCGA *to its members*. Please produce documents responsive to this request.

RFP No. 36 – This request sought documents containing *communications* between SCSCGA and its members referring to the hauling of sugarcane. The documents referenced in the supplemental response are not responsive. Please produce documents responsive to this request.

RFP No. 37 – This request sought documents containing *communications* between SCSCGA and its members referring to the employment of H-2A workers. The documents referenced in the supplemental response are not responsive. Please produce documents responsive to this request.

In addition to the above there are additional documents that appear to be missing from the production. As we have already discussed, there do not appear to have been searches of emails that would be responsive to Plaintiffs' requests. Please explain what has been done to search for relevant emails, such as the custodians' emails that were searched and the results of those searches.

While there were documents produced related to agreements to lease "trucks" by SCSCGA for "3,000 per truck per month" there were no invoices, cancelled checks, or other documents showing payments pursuant to these agreements in the production.

Thanks.

Jim Knoepp
jim@dawsonmorton.com
828-379-3169

---

**From:** "Trenny V. Williston" <Trenny.Williston@phelps.com>
**Date:** Thursday, February 12, 2026 at 12:50 PM
**To:** Jim Knoepp <jim@dawsonmorton.com>, "dawson@dawsonmorton.com" <dawson@dawsonmorton.com>, Daniel Davis <dan@estesdavislaw.com>
**Cc:** Brandon Davis <Brandon.Davis@phelps.com>, Andrew Albritton <Andrew.Albritton@phelps.com>, Molly McDiarmid <Molly.McDiarmid@phelps.com>, Jennifer Clewis Thomas <Jennifer.Thomas@phelps.com>
**Subject:** 45136-1 Soto

Good Morning,

Please see the attached supplemental discovery responses on behalf of Sterling Sugars and SCSCGA.

**Trenny Williston**
Paralegal
Labor and Employment
Phelps Dunbar LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone: 504-679-5578
Fax: 504-568-9130
Email: trenny.williston@phelps.com



CONFIDENTIALITY NOTICE - This e-mail message, including any attachments, is private communication sent by a law firm, Phelps Dunbar LLP, and may contain confidential, legally privileged information meant solely for the intended recipient. If you are not the intended recipient, any use, distribution, or copying of this communication is strictly prohibited. Please notify the sender immediately by replying to this

message, then delete the e-mail and any attachments from your system. Thank you.