**Subject:** Re: Avila-Soto v. South Central - Sterling Sugars, LLC supplemental RFP responses
**Date:** Thursday, February 19, 2026 at 4:19:46 PM Eastern Standard Time
**From:** Jim Knoepp
**To:** Brandon Davis, Andrew Albritton, Molly McDiarmid, Jennifer Clewis Thomas, Caroline Perlis
**CC:** dawson@dawsonmorton.com
**Attachments:** image001.gif

Counsel—

During Mr. Gonsoulin's deposition there were again a number of documents referenced that would be responsive to Plaintiffs' document requests but that have not been produced. Those include the following:

- Mr. Gonsoulin, as the owner of Gonsoulin Farms (itself a member of South Central), receives daily, weekly, monthly, and a "final" or "year end" report via email from Sterling Sugars about the sale of his sugarcane to the mill. He testified that those communications occur over email. While Mr. Gonsoulin was under no obligation to produce records for Gonsoulin Farms without a subpoena, this is evidence that communications made by Sterling Sugars (which is under an obligation to produce responsive communications) existed and have not been produced.
- Mr. Gonsoulin testified that his farm has lease agreements with Sterling Sugars, similar to what Mr. Soileau testified about. Those agreements have not been produced.
- Mr. Gonsoulin testified that his farm receives daily text messages from Tim Soileau or Roddy Patout at Sterling Sugars about the daily quota of sugarcane from his farm for the day.
- No agreements have been produced related to the purchase by Sterling Sugars of sugarcane from members of South Central.
- No agreements have been produced showing the hauling rate for sugarcane.

Jim

---

**From:** Jim Knoepp <jim@dawsonmorton.com>
**Date:** Wednesday, February 18, 2026 at 9:58 AM
**To:** Brandon Davis <Brandon.Davis@phelps.com>, Andrew Albritton <Andrew.Albritton@phelps.com>, Molly McDiarmid <Molly.McDiarmid@phelps.com>, Jennifer Clewis Thomas <Jennifer.Thomas@phelps.com>, Caroline Perlis <Caroline.Perlis@phelps.com>
**Cc:** "dawson@dawsonmorton.com" <dawson@dawsonmorton.com>
**Subject:** Re: Avila-Soto v. South Central - Sterling Sugars, LLC supplemental RFP responses

Counsel—

Can you please provide an update on the items listed below? The 30(b)(6) deposition is scheduled for Friday and the missing documents are certainly things that Plaintiffs would want to ask the designees about during that deposition.

In addition to the below, it came to light during Mr. Soileau's deposition yesterday that:

- Mr. Soileau's emails, text messages, and computer files have not been searched for documents responsive to Plaintiffs' requests and he was never asked to do so. Mr. Soileau even testified that he has a folder in his email labeled "H-2A" where he has correspondence related to H-2A workers. He also testified that he would likely have additional responsive emails in his "deleted" and "sent" folders because he has never permanently deleted any emails in over 20 years.
- Mr. Soileau testified that he engages in text communications every day during the harvest season with all of the members of the South Central Sugar Cane Growers' Association that are supplying sugarcane to the Sterling Sugars mill. None of those text messages have been produced or, it appears, even searched.
- There are land lease agreements between Sterling Sugars and multiple members of the South Central Association. Those documents are responsive to Plaintiffs' requests but have not been produced.

Thank you.

Jim

---

**From:** Jim Knoepp <jim@dawsonmorton.com>
**Date:** Monday, February 16, 2026 at 3:38 PM
**To:** Brandon Davis <Brandon.Davis@phelps.com>, Andrew Albritton <Andrew.Albritton@phelps.com>, Molly McDiarmid <Molly.McDiarmid@phelps.com>, Jennifer Clewis Thomas <Jennifer.Thomas@phelps.com>, Caroline Perlis <Caroline.Perlis@phelps.com>
**Cc:** "dawson@dawsonmorton.com" <dawson@dawsonmorton.com>
**Subject:** Avila-Soto v. South Central - Sterling Sugars, LLC supplemental RFP responses

Counsel—

We have identified at least the following issues with Defendant Sterling Sugars, LLC's supplemental RFP responses. These should be remedied before the Sterling Sugars 30(b)(6) deposition currently scheduled for this Friday.

RFP No. 13 – Supplemental response has a typo identifying the response as related to RFP No. 23.

RFP No. 14 – Supplemental response states that no responsive documents exist. It seems odd that an LLC that has been in business as long as Sterling Sugars, LLC does not have an operating agreement. Is that really the case?

RFP No. 16 – Supplemental response refers to the response to RFP No. 15, which stated that there were no documents responsive to a request about sugarcane purchases from *SCSCGA*. RFP No. 16 refers to purchases of sugarcane from *members* of SCSCGA. Sterling Sugars provided some documents, such as weekly settlement reports, related to the purchase of sugarcane from *members* of SCSCGA, but no contracts were provided. Can you please supplement both this response and the document production?

RFP No. 17 – Supplemental response identifies some documents that are responsive to this request,

such as weekly settlement reports, but no contracts or processing/milling agreements were provided.

RFP No. 19 – The documents identified in the supplemental response do not appear to be related to heavy tractor-trailer trucks. Further, there should be other documents that would show ownership and control, including things such as titles, licensing and registration, depreciation schedules, and inventory lists.

RFP Nos. 24 and 25 – The productions associated with these supplemental responses do not appear to be complete. While some documents show invoices and checks between Sterling Sugars and SCSCGA, there are no cancelled checks or invoices related to any *members* of SCSCGA. While there were some weekly hauling reports that indicate check numbers that may have been provided to members of SCSCGA those are not the same as actual checks or cancelled checks and there are no records for 2023-2025 in those documents. There are also no records showing payment for the $3,000/month/truck fee associated with one of the agreements with SCSCGA that was provided.

RFP No. 26 – This request sought documents containing *communications* between Sterling Sugars and SCSCGA and/or its members referring to the hauling of sugarcane. The documents referenced in the supplemental response are not responsive. Please produce documents responsive to this request.

RFP No. 27 – This request sought documents containing *communications* between Sterling Sugars and any other person or entity referring to the employment of H-2A workers. The documents referenced in the supplemental response are not responsive. Please produce documents responsive to this request.

Thanks.

Jim Knoepp
jim@dawsonmorton.com
828-379-3169

---

**From:** "Trenny V. Williston" <Trenny.Williston@phelps.com>
**Date:** Thursday, February 12, 2026 at 12:50 PM
**To:** Jim Knoepp <jim@dawsonmorton.com>, "dawson@dawsonmorton.com" <dawson@dawsonmorton.com>, Daniel Davis <dan@estesdavislaw.com>
**Cc:** Brandon Davis <Brandon.Davis@phelps.com>, Andrew Albritton <Andrew.Albritton@phelps.com>, Molly McDiarmid <Molly.McDiarmid@phelps.com>, Jennifer Clewis Thomas <Jennifer.Thomas@phelps.com>
**Subject:** 45136-1 Soto

## Good Morning,

Please see the attached supplemental discovery responses on behalf of Sterling Sugars and SCSCGA.

---

**Trenny Williston**
Paralegal
Labor and Employment
Phelps Dunbar LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone: 504-679-5578
Fax: 504-568-9130
Email: trenny.williston@phelps.com



CONFIDENTIALITY NOTICE - This e-mail message, including any attachments, is private communication sent by a law firm, Phelps Dunbar LLP, and may contain confidential, legally privileged information meant solely for the intended recipient. If you are not the intended recipient, any use, distribution, or copying of this communication is strictly prohibited. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system. Thank you.