UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FELIPE DE JESUS AVILA-SOTO, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>SOUTH CENTRAL SUGAR CANE<br>GROWERS' ASSOCIATION, INC., et al.<br><br>    Defendants. | Case No. 6:24-cv-01392<br><br>JUDGE ROBERT R. SUMMERHAYS<br><br>MAGISTRATE JUDGE CAROL B. WHITEHURST |

The Court has reviewed Plaintiffs' Motion for Leave to File a Reply in Support of their Motion to Compel Discovery Responses From Defendants.

IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED. The clerk is ORDERED to file Plaintiffs' Reply, attached to their Motion, on the docket.

Entered this _____ day of _____, _____.


_____
MAGISTRATE JUDGE,
UNITED STATES DISTRICT COURT
 WESTERN DISTRICT OF LOUISIANA

1