UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FELIPE DE JESUS AVILA-SOTO, et al. <br><br> Plaintiffs, <br><br> v. <br><br> SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC., et al. <br><br> Defendants. | Case No. 6:24-cv-01392 <br><br> JUDGE ROBERT R. SUMMERHAYS <br><br> MAGISTRATE JUDGE CAROL B. WHITEHURST |

**PLAINTIFFS' REPLY IN SUPPORT OF THEIR
RENEWED MOTION TO AMEND SCHEDULING ORDER**

The discovery extension sought in Plaintiffs' renewed motion to extend remains necessary. Plaintiffs reply only to address a claim made by Defendants' that Plaintiffs' assertions in their motion are "false." (ECF No. 80 at 4.)

Plaintiffs have not been able to question any witness about their emails or text messages besides a single email contained in an accounts payable file (as a print-out) because emails and text messages (as well as computer files) have not been searched, nor produced, according to all witnesses deposed to date. Similarly, Plaintiffs have not been able to question witnesses about hauling agreements, about text messages setting the hauling schedule, or about checks between the parties besides a very limited number produced in accounts payable files. The late, and incomplete production of discovery responses, has prejudiced Plaintiffs examination of witnesses. Plaintiffs just yesterday asked to hold a deposition open because numerous documents mentioned in the deposition had not been produced. Defendants' claim that late and incomplete document production has not prejudiced Plaintiffs is erroneous.

1

Respectfully submitted,

**/s/ James M. Knoepp**
James M. Knoepp* (Lead Attorney)
South Carolina Bar No. 102757
*Admitted Pro Hac Vice*
1612 Crestwood Drive
Columbia, SC 29205
Telephone: (828) 379-3169
Email: jim@dawsonmorton.com

**/s/ Dawson Morton**
Dawson Morton
California Bar No. 320811
*Admitted Pro Hac Vice*
1808 Sixth St.
Berkeley, CA 94710
Phone: (404) 590-1295
Email: dawson@dawsonmorton.com

**/s/ Daniel Davis**
Daniel Davis, LA Bar No. 30141
Estes Davis Law, LLC
4465 Bluebonnet Blvd, Suite A
Baton Rouge, LA 70809
Telephone: (225) 336-3394
Fax: (225) 384-5419
Email: dan@estesdavislaw.com