UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| FELIPE DE JESUS AVILA-SOTO, et al. ) ) Plaintiffs, ) ) v. ) ) ) SOUTH CENTRAL SUGAR CANE ) GROWERS' ASSOCIATION, INC., et al. ) ) Defendants. ) ) | Case No. 6:24-cv-01392 JUDGE ROBERT R. SUMMERHAYS MAGISTRATE JUDGE CAROL B. WHITEHURST |

The Court has reviewed Plaintiffs' Motion for Leave to File a Reply in Support of their Renewed Motion to Amend Scheduling Order.

IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED. The clerk is ORDERED to file Plaintiffs' Reply, attached to their Motion, on the docket.

Entered this _____ day of _____, _____.

_____
MAGISTRATE JUDGE,
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA