# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **FELIPE DE JESUS AVILA-SOTO ET AL** | **CASE NO. 6:24-CV-01392** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **SOUTH CENTRAL SUGAR CANE GROWERS ASSOCIATION INC ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## MINUTES

A telephone conference regarding Plaintiffs' Motion to Compel (Rec. Doc. 75) and Motion to Amend Scheduling Order (Rec. Doc. 74) was held on February 20, 2026, starting at 10:00 a.m. and ending at 10:23 a.m.[1] Participating in the conference, along with the undersigned Magistrate Judge, were Dawson Morton and James Knoepp for Plaintiffs and Brandon Davis, Molly McDiarmid, and Andrew Albritton for Defendant.

Following discussion, the Court granted in part and denied in part the Motion to Compel and granted the joint motion for extension, with modifications. A separate order shall be issued.

---

[1] Statistical time: 23 minutes.

Signed at Lafayette, Louisiana, this 20th day of February, 2026.

_____
CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE