# SOUTH CENTRAL SUGAR CANE GROWERS ASSOC
## Payroll Register By Employee ID
### 01/01/2025 to 03/31/2025

| Employee / Totals | EARNINGS Type | Hours | Dollars | TAXES Type | Dollars | Deductions & Other pay | |
|---|---|---|---|---|---|---|---|
| **5004** | / JORGE A ANGULO RODRIGUEZ | | | 1/9/2025 | Per: 12/25/2024 to 1/7/2025 | | |
| Gross | | | | | | | -154.00 |
| Other | | | | | | | |
| Tips | | | | | | | |
| Cash tips | | | | | | | |
| Subtotal | | | | | | | |
| Dir Dep | | | | | | | |
| Taxes | | | | | | | |
| Deducts | | | | | | | |
| Net pay | | | | | | | |
| **5005** | | | | | | | |
| Gross | | | | | | | -154.00 |
| Other | | | | | | | |
| Tips | | | | | | | |
| Cash tips | | | | | | | |
| Subtotal | | | | | | | |
| Dir Dep | | | | | | | |
| Taxes | | | | | | | |
| Deducts | | | | | | | |
| Net pay | | | | | | | |
| **5007** | | | | | | | |
| Gross | 3,182.69 | Reg | 133.00 | 3,182.69 | FWT | 169.77 | MEALS -154.00 |
| Other | 0.00 | OT/1 | | 0.00 | OASDI | 0.00 | |
| Tips | 0.00 | OT/S | | 0.00 | MED | 0.00 | |
| Cash tips | 0.00 | Vac | | 0.00 | SWT | 75.05 | |
| | | Sick | | 0.00 | SDI | 0.00 | |
| Subtotal | 3,182.69 | Hol | | 0.00 | SUI | 0.00 | |
| Dir Dep | -2,783.87 | Comm | | 0.00 | Tax WH | 244.82 | |
| Taxes | -244.82 | Misc | | 0.00 | OASDI-CO | 0.00 | |
| Deducts | -154.00 | Other | | 0.00 | MED-CO | 0.00 | |
| | | | | | FUTA-CO | 0.00 | |
| Net pay | 0.00 | Gross pay | | 3,182.69 | SUI-CO | 0.00 | |

Document Properties dialog (overlay):
- Description | Security | Fonts | Initial View | Custom | Advanced
- **Description**
  - File: Payroll Register 2025 (4.16.25).pdf
  - Title:
  - Author: SAGE Software
  - Subject:
  - Keywords:
  - Created: 4/16/25, 6:35:04 AM
  - Modified: 2/9/26, 6:05:42 PM
  - Application:
- **Advanced**
  - PDF Producer: ReportBuilder
  - PDF Version: 1.6 (Acrobat 7.x)
  - Location: /Users/jimknoepp/Documents/South Central February 9, 2026 Production/SC...
  - File Size: 915.18 KB (937,140 Bytes)
  - Page Size: 8.50 x 11.00 in
  - Number of Pages: 61
  - Tagged PDF: No
  - Fast Web View: No

[Additional Metadata...] [Help] [Cancel] [OK]