UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **FELIPE DE JESUS AVILA-SOTO ET AL** | **CASE NO. 6:24-CV-01392** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **SOUTH CENTRAL SUGAR CANE GROWERS ASSOCIATION INC ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## ORDER

Before the Court are the following:

- Plaintiffs' Motion to Compel Discovery Responses (Rec. Doc. 75), which Defendants opposed (Rec. Doc. 82), and Plaintiffs' Reply (Rec. Doc. 83);

- Plaintiffs' Renewed and Emergency Motion to Amend Scheduling Order (Rec. Doc. 74), which Defendants opposed (Rec. Doc. 80), and Plaintiffs' Reply (Rec. Doc. 84); and

- The parties' Joint Motion for Extension of Time to Complete Discovery and File Dispositive Motions (Rec. Doc. 78).

The parties participated in a telephone hearing on February 20, 2026. As stated during the conference,

IT IS ORDERED that Plaintiffs' Motion to Compel (Rec. Doc. 75) is GRANTED IN PART AND DENIED IN PART. The motion is granted to the extent

Plaintiffs seek additional responsive information. Counsel shall confer by February 27, 2026, to discuss the existence and production of additional responsive documents, including personnel files of class members, pertinent accounting documents, the applicable sugar cane hauling contract(s), and responsive documents for 2023 through 2025. Regarding responsive communications, the parties shall cooperate to identify appropriate search terms to identify responsive communications within the scope of Plaintiffs' claims. Defendants shall produce any additional responsive documents by March 6, 2026. The parties SHALL cooperate to resolve any discovery disputes. In the event the parties cannot agree as to a specific issue, counsel may email the Court at [Whitehurst_orders@lawd.uscourts.gov](mailto:Whitehurst_orders@lawd.uscourts.gov) outlining the specific issue requiring the Court's assistance.

IT IS FURTHER ORDERED that Plaintiffs' Renewed and Emergency Motion to Amend Scheduling Order (Rec. Doc. 74) is DENIED.

IT IS FURTHER ORDERED that the Joint Motion for Extension of Time to Complete Discovery and File Dispositive Motions (Rec. Doc. 78) is GRANTED as modified. The discovery deadline is extended to March 27, 2026. The parties may agree to conduct limited depositions beyond the discovery deadline if necessary. The dispositive motion deadline is extended to April 24, 2026.

Signed at Lafayette, Louisiana on this 20th day of February, 2026.

_____
CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE