Transcript of the Testimony of
# Felipe de Jesus Suarez-Palafox

**Date: December 12, 2025**

**Felipe De Jesus Avila-Sota, et al v. South Central Sugar Cane Growers' Association**

All electronic deposition & exhibit files
are available at **www.psrdocs.com**
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**

# Professional Shorthand Reporters, Inc.

**Phone:  504-529-5255**
**Fax:  504-529-5257**
**Email:  reporters@psrdocs.com**
**Internet: http://www.psrdocs.com**

Case 6:24-cv-01392-RRS-CBW    Document 91-1    Filed 02/27/26    Page 2 of 23 PageID #: 1215
Exhibit 1
Felipe de Jesus Suarez-Palafox
Felipe De Jesus Avila-Sota, et al v. South Central Sugar Cane Growers' Association

Page 1

UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF LOUISIANA
                LAFAYETTE DIVISION


FELIPE DE JESUS AVILA-SOTA,
AND OTHERS SIMILARLY
SITUATED,

          Plaintiffs

                                    CIVIL ACTION
VERSUS
                                    6:24-CV-01392
SOUTH CENTRAL SUGAR CANE
GROWERS' ASSOCIATION

          Defendants


     Deposition of Felipe de Jesus
Suarez-Palafox, taken through an interpreter, on
the 12th day of December, 2025, at Phelps
Dunbar, 400 Convention Street, Suite 1100, Baton
Rouge, Louisiana 70802.


APPEARANCES:

     LAW OFFICES OF DAWSON MORTON
     (By:  Dawson Morton, Esquire
     1808 Sixth Street
     Berkeley, California 94710

          - and -

     James C. Knoepp, Esquire
     1612 Crestwood Drive
     Columbia, South Carolina 29205
        (Attended via Zoom)

        (Attorneys for the Plaintiffs)

Exhibit 1

Felipe de Jesus Suarez-Palafox
Felipe De Jesus Avila-Sota, et al v. South Central Sugar Cane Growers' Association

Page 2

```
 1    APPEARANCES CONTINUED:

 2        PHELPS DUNBAR
          (By:  Molly McDiarmid, Esquire)
 3        400 Convention Street
          Suite 1100
 4        Baton Rouge, Louisiana 701802

 5            - and -

 6        PHELPS DUNBAR
          (By:  Brandon Davis, Esquire)
 7        365 Canal Street
          Suite 2000
 8        New Orleans, Louisiana 70130

 9          Attorneys for Defendants

10

      THE INTERPRETER:
11

12        Roxanne Chapa
          (225)903-4024
13

14    REPORTED BY:

15

          Cathy Renee´ Powell, CCR
16        Professional Shorthand Reporters
          (504)529-5255
17                  *    *    *

18                EXAMINATION INDEX

19    EXAMINATION BY MS. McDIARMID  .........6
      EXAMINATION BY MR. MORTON ............90
20    EXAMINATION BY MS. McDIARMID .......104
      EXAMINATION BY MR. MORTON ..........107
21                  *    *    *

22

23

24

25
```

Felipe de Jesus Suarez-Palafox
Felipe De Jesus Avila-Sota, et al v. South Central Sugar Cane Growers' Association

```
                                                      Page 3

 1

 2                    INDEX OF EXHIBITS

 3    Exhibit No. 1  .....................15

 4      Work visa, September 20, 2022 - January 15,

 5      2023, SCSCGA 000205.

 6    Exhibit No. 2  .....................17

 7      Work Visa, September 19, 2024 - January 15,

 8      2025, SCSCGA 000061.

 9    Exhibit No. 3  .....................17

10      Work visa, September 21, 2023 - January 14,

11      2024, SCSCGA 000154.

12    Exhibit No. 4  .....................18

13      Work visa, 2025-2026 (not Bates labeled.)

14    Exhibit No. 5  .....................22

15      Mr. Suarez-Palafox's Mexican passport,

16      SCSCGA 000063.

17    Exhibit No. 6  .....................53

18      Agricultural Clearance Order, 6-20-2023 -

19      11-2-2023, SCSCGA 001122-1341.

20    Exhibit No. 7  .....................57

21      Agricultural Clearance Order, 6-26-2023 -

22      11-02-2023, SCSCGA 001343-2534.

23    Exhibit No. 8  .....................59

24      Agricultural Clearance Order, 6-20-2024 -

25      11-8-1024, SCSCGA 001511 - 1559.
```

Exhibit 1

Felipe de Jesus Suarez-Palafox
Felipe De Jesus Avila-Sota, et al v. South Central Sugar Cane Growers' Association

Page 4

```
 1    Exhibit No. 9  ......................72
 2      Declaracion Preliminar, Avila-Soto, et al.
 3      versus South Central Sugar Cane Growers
 4      Association.
 5    Exhibit No. 10  ....................105
 6      Confirmation of Return, (in English and
 7      Spanish), 1-10-2023, SCSCGA 000201-203.
 8    Exhibit No. 11  ....................106
 9      Confirmation of Return, (in Spanish),
10      1-8-2024, SCSCGA 000147.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Felipe de Jesus Suarez-Palafox
Felipe De Jesus Avila-Sota, et al v. South Central Sugar Cane Growers' Association

Page 5

```
 1              S T I P U L A T I O N

 2

 3        It is stipulated and agreed by and between

 4   counsel for the parties hereto that the

 5   deposition of the aforementioned witness is

 6   hereby being taken for all purposes allowed

 7   under the Federal Rules of Civil Procedure, in

 8   accordance with law, pursuant to notice;

 9        That the formalities of reading and signing

10   are specifically not waived;

11        That the formalities of filing, sealing,

12   and certification are specifically waived;

13        That all objections, save those as to the

14   form of the question and the responsiveness of

15   the answer, are hereby reserved until such time

16   as this deposition, or any part thereof, may be

17   used or sought to be used in evidence.

18                    *   *   *

19        CATHY RENEE' POWELL, CCR, Certified Court

20   Reporter, in and for the State of Louisiana,

21   officiated in administering the oath to the

22   witness.

23

24

25
```

Felipe de Jesus Suarez-Palafox
Felipe De Jesus Avila-Sota, et al v. South Central Sugar Cane Growers' Association

Page 52

1    whatever it says, 12 hours.

2         Q.   As far as you know, do the other H2-A

3    workers for South Central use the same time

4    clock as you do?

5         A.   The same one, yes.

6         Q.   The same time clock?

7         A.   Yes, all of the drivers punch in

8    there.

9         Q.   There is only one time clock?

10         A.   There are two, there is one at the

11    shop for us, and then there is one at the sugar

12    mill for their employees.

13         Q.   Did South Central ever refuse to pay

14    you for the hours that you reported using the

15    time clock?

16         A.   No.

17         Q.   Have you ever reviewed any payroll

18    records of yours from your employment with South

19    Central?

20         A.   No.

21         Q.   Not for you or for anybody else?

22         A.   No.

23         Q.   Do you have any understanding about

24    the different farmers who are members of South

25    Central?  Do you have any understanding about

Felipe de Jesus Suarez-Palafox
Felipe De Jesus Avila-Sota, et al v. South Central Sugar Cane Growers' Association

Page 53

1    that?

2        A.    No.  We just get others from the sugar

3    mill and that's it.

4        Q.    Before you entered the United States

5    to work for South Central, did you review any

6    employment applications or employment petitions

7    in 2022?

8        A.    No, just the things that I mentioned.

9        Q.    I'm going to show you what I have

10   marked as Exhibit 6.

11            Have you seen this document before?

12       A.    No.

13       Q.    Or something like it?  Maybe you

14   haven't seen it in this form?

15       A.    I don't recall seeing this.

16       Q.    Do you see there are some letters and

17   numbers at the bottom right-hand corners of the

18   pages?

19       A.    Yes.

20       Q.    If you could just flip until the

21   numbers 1149.  On that page, there are some

22   details about your employment in Spanish.

23   Again, I will just ask you if you have seen it

24   before.

25            MR. MORTON:

Case 6:24-cv-01392-RRS-CBW    Document 91-1    Filed 02/27/26    Page 9 of 23 PageID #: 1222

Exhibit 1
Felipe de Jesus Suarez-Palafox
Felipe De Jesus Avila-Sota, et al v. South Central Sugar Cane Growers' Association

Page 54

1              I would just note that the

2        document is in English.  It is a multipage

3        document in English.

4    EXAMINATION BY MS. McDIARMID:

5        Q.   The page I asked you to turn to, 1149,

6    are you there?

7        A.   Yes.

8        Q.   There are some details about your

9    employment here in Spanish, under Section H.  Do

10   you see that?

11             My question is, have you ever seen

12   this description before?

13       A.   No.

14            THE INTERPRETER:

15              I was asking him if he needed

16       glasses, and he asked if you needed him to

17       read anything.

18            MS. McDIARMID:

19              Sure, go ahead and give him your

20       glasses so he can see it clearly.

21            THE WITNESS:

22              Okay.  I read it.

23   EXAMINATION BY MS. McDIARMID:

24       Q.   My question is, did you see a document

25   like this or a document that describes the

Felipe de Jesus Suarez-Palafox
Felipe De Jesus Avila-Sota, et al v. South Central Sugar Cane Growers' Association

Page 55

1    potential duties before you came into the U.S.

2    in 2022?

3             MR. MORTON:

4                  Objection, asked and answered.

5    EXAMINATION BY MS. McDIARMID:

6         Q.   To work for South Central.

7         A.   No.

8         Q.   Is it your understanding that you have

9    an employment contract?

10        A.   I think this is what Melchor showed

11   us.

12        Q.   But you have never seen this document

13   before, Exhibit 6?

14        A.   No.

15        Q.   Do you not know whether you had an

16   employment contract with South Central in 2022?

17            MR. MORTON:

18                 Objection, mischaracterizes.

19            THE WITNESS:

20                 What happens is, we don't send

21        anything to the sugar mill, everything is

22        done with Melchor.

23   EXAMINATION BY MS. McDIARMID:

24        Q.   What was your understanding that the

25   job you were coming to do here in the U.S.?

Felipe de Jesus Suarez-Palafox
Felipe De Jesus Avila-Sota, et al v. South Central Sugar Cane Growers' Association

Page 56

1       A.    Drive the trailers because we would be

2   asked for the bi-national driver's license.

3       Q.    And what was your understanding of the

4   rate of pay you would be paid in 2022?

5       A.    I don't remember, really.

6       Q.    Do you know if South Central paid you

7   the rate of pay specified in the employment

8   contract for 2022?

9       A.    I don't remember how much we got paid

10  that year.  I don't remember the amount.

11      Q.    I understand you don't remember the

12  amount that South Central said it would pay in

13  the contract.  Do you remember if South Central

14  paid the correct amount?

15      A.    No.

16      Q.    No, you don't remember?

17      A.    I don't remember.

18      Q.    We looked earlier at your H2-A visas

19  for 2022 through 2025, Exhibits 1 through 4.  Do

20  you remember that?

21      A.    Yes.

22      Q.    Do you understand that you applied for

23  employment pursuant to an employment contract in

24  order to get the H2-A visas?

25      A.    Well, no, not directly, through South

Felipe de Jesus Suarez-Palafox
Felipe De Jesus Avila-Sota, et al v. South Central Sugar Cane Growers' Association

Page 66

1    claims similar to yours?

2           THE INTERPRETER:

3                For clarification, Felipe and

4        Jesus are the same person.

5           MS. McDIARMID:

6                Sure.

7    EXAMINATION BY MS. McDIARMID:

8        Q.   Okay.  Then Juan, Arnulfo and Felipe?

9           THE INTERPRETER:

10               Can you repeat that?

11   EXAMINATION BY MS. McDIARMID:

12       Q.   Of the people you mentioned, Felipe,

13   Juan, Arnulfo, how are their claims similar to

14   yours?

15       A.   The four of us are working there

16   together.

17       Q.   Anything else?

18       A.   No.

19       Q.   Do the people we just talked about,

20   Juan, Felipe and Arnulfo, do they live in

21   Sinaloa as well?

22       A.   No.

23       Q.   Where are they located?

24       A.   We met at the sugar mill, I don't know

25   where they are from.  I don't know where Felipe

Exhibit 1

Felipe de Jesus Suarez-Palafox
Felipe De Jesus Avila-Sota, et al v. South Central Sugar Cane Growers' Association

Page 79

1      A.   Pesos, yes.

2      Q.   What does just the license renewal

3   cost?

4      A.   The thing is that when I renew my

5   license, it is along with the medical.

6      Q.   So is it your testimony that the

7   combined cost of the medical exam and the

8   license is about 5,000 pesos?

9      A.   Yes.

10      Q.   When was the last time you renewed

11   your license?

12      A.   I don't remember, but I think I have

13   1 year left.  I think it expires this coming

14   year.

15      Q.   So you have probably only renewed your

16   license one time?

17      A.   Two times.

18      Q.   Do you have any receipts for the cost

19   of the medical exam?

20      A.   No.

21      Q.   Do you have any receipts for the

22   license renewal?

23      A.   I don't save them, no.

24      Q.   You mentioned expenses associated with

25   a Mexican passport; is that correct?

Felipe de Jesus Suarez-Palafox
Felipe De Jesus Avila-Sota, et al v. South Central Sugar Cane Growers' Association

Page 80

1      A.   Yes.

2      Q.   And you testified earlier that you

3   first got a Mexican passport in 2018; is that

4   correct?

5      A.   Yes.

6      Q.   How much did it cost to obtain your

7   Mexican passport?

8      A.   I don't recall exactly.  It was for

9   3 years at the time, but I want to say it was

10  upwards of 600 pesos.

11     Q.   Do you remember how many times you

12  have renewed your Mexican passport since you got

13  it in 2018?

14     A.   It is the second time, but this one, I

15  renewed it for 6 years.

16     Q.   And how much did that renewal cost?

17  Is that the one that is 600 pesos?

18     A.   1,850.

19     Q.   Was it more expensive because you

20  chose to renew it for a longer period?

21     A.   Yes.  More years.

22     Q.   Do you have any receipts from

23  obtaining your Mexican passport back in 2018?

24     A.   No.

25     Q.   Do you have receipts for any of the

Felipe de Jesus Suarez-Palafox
Felipe De Jesus Avila-Sota, et al v. South Central Sugar Cane Growers' Association

Page 81

1    renewals of your Mexican passport?

2         A.    Neither.

3         Q.    You also mentioned expenses associated

4    with photographs.

5         A.    Yes.  The photos for the visa, for the

6    work visa.

7         Q.    Is that something you have obtained

8    every year since 2022?

9         A.    Since 2018, yes.

10         Q.    Do you have to get a new picture every

11    year?

12         A.    Every year.

13         Q.    And how much does that cost?

14         A.    150 pesos.

15         Q.    Do you have any receipts related to

16    the photographs?

17         A.    No.  They give them to me, but I throw

18    them away.

19         Q.    Are you able to reuse those pictures

20    for any other purpose, or are they only for the

21    visa?

22         A.    Just for the visa.

23         Q.    Other than the licencia federal

24    conductor, the physical that goes along with

25    that, the Mexican passport and the photographs,

Felipe de Jesus Suarez-Palafox
Felipe De Jesus Avila-Sota, et al v. South Central Sugar Cane Growers' Association

Page 82

1   are there any other out-of-pocket costs you

2   incurred to go to work for South Central?

3       A.   No.

4       Q.   Were you charged any fees for your

5   passport renewal?

6       A.   No.

7       Q.   Were you reimbursed any fees from

8   South Central for your passport renewal?

9       A.   No.

10      Q.   Did you ask for reimbursement from

11  South Central for your passport renewal?

12      A.   No.

13      Q.   Did South Central reimburse you any

14  fees associated with your licencia federal de

15  conductor?

16      A.   No.

17      Q.   Did you make any requests to South

18  Central for such reimbursement?

19      A.   No.

20      Q.   Did South Central reimburse you for

21  any costs associated with the medical exam for

22  the license?

23      A.   No.

24      Q.   Did you make a request of South

25  Central for such reimbursement?

Felipe de Jesus Suarez-Palafox
Felipe De Jesus Avila-Sota, et al v. South Central Sugar Cane Growers' Association

Page 83

1          A.    No.

2          Q.    What about the photographs?  Did South

3    Central reimburse you anything for the H2-A visa

4    photographs you took?

5          A.    No.

6          Q.    Did you make any requests for such

7    reimbursement?

8          A.    No.

9          Q.    You testified that you don't have any

10    receipts to turn in related to the license, the

11    physical, the passport or the photographs; is

12    that correct?

13          A.    No.

14          Q.    Did South Central reimburse you for

15    any out-of-pocket expenses you incurred?

16          A.    No.

17          Q.    Are you seeking any travel expenses

18    related to your travel to South Central?

19          A.    No.

20          Q.    Are you seeking reimbursement for any

21    expenses you incurred to travel home from South

22    Central?

23          A.    No, they do not give us any

24    reimbursement.

25          Q.    My question is, are you seeking any

Felipe de Jesus Suarez-Palafox
Felipe De Jesus Avila-Sota, et al v. South Central Sugar Cane Growers' Association

Page 84

1    reimbursement?

2         A.   It would be a good idea to ask for it,

3    since they don't give us anything.

4         Q.   In the year 2022, how did you travel

5    to South Central?

6         A.   On the bus from Los Mochis.

7         Q.   You are not seeking reimbursement for

8    those bus expenses?

9         A.   No.

10        Q.   How did you get home from Louisiana to

11   Los Mochis?

12        A.   They give us funds, but we have to pay

13   for our own meals.

14        Q.   And how many meals -- how long is the

15   trip?

16        A.   It is 2 days.

17        Q.   And so, you pay for the meals you eat

18   over those 2 days?

19        A.   Yes.

20        Q.   Is that an expense that you are

21   seeking from South Central?

22        A.   Well, yes.

23        Q.   Do you know, for the workers who don't

24   live in Los Mochis who are not on your bus, do

25   you know what their travel arrangements are?

Exhibit 1

Felipe de Jesus Suarez-Palafox
Felipe De Jesus Avila-Sota, et al v. South Central Sugar Cane Growers' Association

Page 85

1        A.    No.

2        Q.    Did you pay a fee to obtain an H2-A

3    visa?

4        A.    No.

5        Q.    Do you know if any of your coworkers

6    paid any fees?

7        A.    No.

8        Q.    No, you don't know?

9        A.    No, I don't know.

10        Q.    I believe you testified earlier that

11    you did not have to actually travel to the

12    consulate to obtain your H2-A visa; is that

13    correct?

14        A.    Yes.

15        Q.    So you did not incur any expenses

16    associated with traveling to the U.S. consulate

17    in Mexico?

18        A.    On the trip, when we are traveling, we

19    have to make a stop to pick up our visas at the

20    consulate.

21        Q.    You don't stay overnight in the city

22    where the U.S. consulate is located?

23        A.    Unless they give us -- they give us an

24    appointment, but unless they ask us to, then

25    that's when we go to the U.S. consulate.

Felipe de Jesus Suarez-Palafox
Felipe De Jesus Avila-Sota, et al v. South Central Sugar Cane Growers' Association

Page 86

1      Q.    What consulate do you go to?

2      A.    I have been to Hermosillo, but I have

3    also been to Nogales.

4      Q.    Can you tell me, from 2022 to the

5    present, which consulates you visited?

6      A.    Hermosillo.

7      Q.    That is true for all of your

8    coworkers?

9      A.    No.

10     Q.    Do you know which consulate they

11   visit?

12     A.    No.  We all go to the same place, but

13   we don't all get appointments.

14     Q.    Do you have to have an appointment --

15   I don't understand.

16     A.    The consulate, let's say all of us are

17   coming from Hermosillo, and there are 100 of us,

18   the consulate will ask 20 to show up.

19     Q.    Sure.  I understand that.

20           For H2-A workers who are not on your

21   bus, do you know which consulate they go to?

22     A.    No.

23     Q.    Do you know if it is the same process

24   for them, where they take a bus from their home

25   area to Louisiana?

Felipe de Jesus Suarez-Palafox
Felipe De Jesus Avila-Sota, et al v. South Central Sugar Cane Growers' Association

Page 87

1       A.    No.

2       Q.    You don't know?

3       A.    They arrive, and many have their

4   vehicle from over there.

5       Q.    So you mean, some might drive their

6   own cars versus taking a bus?

7       A.    Yes.

8       Q.    Have you ever driven your own vehicle

9   to Louisiana to work for South Central?

10      A.    No.

11      Q.    Did you purchase a cell phone to work

12  at South Central?

13      A.    Yes.

14      Q.    Is that a phone that you purchased in

15  the U.S. or in Mexico?

16      A.    United States.

17      Q.    Do you purchase a new phone each year?

18      A.    Every year.

19      Q.    What do you do with your old phone

20  when you leave?

21      A.    I take it.

22      Q.    Do you have a collection of phones at

23  home?

24      A.    No.

25            MR. MORTON:

Felipe de Jesus Suarez-Palafox
Felipe De Jesus Avila-Sota, et al v. South Central Sugar Cane Growers' Association

Page 110

1

2

3

4                    WITNESS' CERTIFICATE

5

6

7         I have read or have had the foregoing

8    testimony read to me and hereby certify that it

9    is a true and correct transcription of my

10   testimony with the exception of any attached

11   corrections or changes.

12

13

14

15

16

17       _____

18            FELIPE DE JESUS SUAREZ-PALAFOX

19

20   PLEASE INDICATE

21   ( ) NO CORRECTIONS

22   ( ) CORRECTIONS; ERRATA SHEET(S) ENCLOSED

23

24

25

Exhibit 1

Felipe de Jesus Suarez-Palafox
Felipe De Jesus Avila-Sota, et al v. South Central Sugar Cane Growers' Association

Page 111

1                    REPORTER'S CERTIFICATE

2

3          This certification is valid only for a
    transcript accompanied by my original signature
4    and original required seal on this page.

5

6              I, Cathy Renee´ Powell, Certified
    Court Reporter in and for the State of
7    Louisiana, as the officer before whom this
    testimony was taken, do hereby certify that
8    FELIPE DE JESUS SUAREZ-PALAFOX, after having
    been duly sworn by me upon authority of
9    R.S. 37:2554, did testify as hereinbefore set
    forth in the foregoing 110 pages; that this
10   testimony was reported by me in the stenotype
    reporting method, was prepared and transcribed
11   by me or under my personal direction and
    supervision, and is a true and correct
12   transcript to the best of my ability and
    understanding; that the transcript has been
13   prepared in compliance with transcript format
    guidelines required by statute or by rules of
14   the board, that I have acted in compliance with
    the prohibition on contractual relationships, as
15   defined by Louisiana Code of Civil Procedure
    Article 1434 and in rules and advisory opinions
16   of the board; that I am not related to counsel
    or the parties herein, nor am I otherwise
17   interested in the outcome of this matter.

18

19

20          _____
    CATHY RENEE´ POWELL
21   CERTIFIED COURT REPORTER

22

23

24

25