UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| FELIPE DE JESUS AVILA-SOTO, et al.<br><br>　　　Plaintiffs,<br><br>v.<br><br><br>SOUTH CENTRAL SUGAR CANE<br>GROWERS' ASSOCIATION, INC., et al.<br><br>　　　Defendants. | Case No. 6:24-cv-01392<br><br>JUDGE ROBERT R. SUMMERHAYS<br><br>MAGISTRATE JUDGE CAROL B. WHITEHURST |

PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY

Plaintiffs hereby request leave to file a Reply in response to Defendants' Memorandum in Opposition, ECF No. 91, filed in opposition to Plaintiffs' Motion for Rule 23 Class Certification. Plaintiffs wish to respond to several issues raised by Defendants: (1) whether exceptional circumstances exist to decline supplemental jurisdiction; (2) to address arguments related to the nature of Plaintiffs' claims; (3) whether Plaintiffs' claims are typical and common to those of the proposed class; (4) whether Plaintiffs are adequate representatives; and (5) whether Plaintiffs' proposed definition is appropriate.

Plaintiffs contacted counsel for the Defendants to obtain their consent to file this motion. Defendants stated that they oppose Plaintiffs' motion.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**/s/ James M. Knoepp**
　　　　　　　　　　　　　　　　　　James M. Knoepp* (Lead Attorney)
　　　　　　　　　　　　　　　　　　South Carolina Bar No. 102757
　　　　　　　　　　　　　　　　　　*Admitted Pro Hac Vice*
　　　　　　　　　　　　　　　　　　1612 Crestwood Drive
　　　　　　　　　　　　　　　　　　Columbia, SC 29205

Telephone: (828) 379-3169
Email: jim@dawsonmorton.com

**/s/ Dawson Morton**
Dawson Morton
California Bar No. 320811
*Admitted Pro Hac Vice*
1808 Sixth St.
Berkeley, CA 94710
Phone: (404) 590-1295
Email: dawson@dawsonmorton.com

**/s/ Daniel Davis**
Daniel Davis, LA Bar No. 30141
Estes Davis Law, LLC
4465 Bluebonnet Blvd, Suite A
Baton Rouge, LA 70809
Telephone: (225) 336-3394
Fax: (225) 384-5419
Email: dan@estesdavislaw.com