UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FELIPE DE JESUS AVILA-SOTO, et al. | ) ) ) Case No. 6:24-cv-01392 |
| Plaintiffs, | ) ) ) JUDGE ROBERT R. SUMMERHAYS |
| v. | ) ) ) MAGISTRATE JUDGE CAROL B. WHITEHURST |
| SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC., et al. | ) ) ) |
| Defendants. | ) ) |

The Court has reviewed Plaintiffs' Motion for Leave to File a Reply in Support of their Motion for Rule 23 Class Certification.

IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED. The clerk is ORDERED to file Plaintiffs' Reply, attached to their Motion, on the docket.

Entered this __9th__ day of __March__, __2026__.

_____
MAGISTRATE JUDGE,
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA