# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAFAYETTE DIVISION

| | |
|---|---|
| **FELIPE DE JESUS AVILA-SOTO, ET AL.** | **CIVIL ACTION NO. 6:24-CV-01392** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC., ET AL.** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## DEFENDANTS' MOTION TO QUASH
## PLAINTIFFS' SUBPOENA TO HANCOCK WHITNEY BANK

NOW INTO COURT, through undersigned counsel, come defendants, South Central Sugar Cane Growers' Association, Inc. ("South Central") and Sterling Sugars, LLC ("Sterling") (collectively "Defendants"), which, pursuant to Rules 45 and 26 of the Federal Rules of Civil Procedure, respectfully move this Court for an order quashing the Subpoena to Produce Documents issued to Hancock Whitney Bank by plaintiffs, Felipe de Jesus Avila-Soto and Felipe de Jesus Suarez-Palafox, seeking the production of Defendants' sensitive financial information ("Plaintiffs' Subpoena").[1] Alternatively, in the event this Court determines any disclosure of documents is required, Defendants respectfully move this Court for an order substantially limiting Plaintiffs' Subpoena to documents and information directly relevant and proportional to the parties' claims and defenses and entering the attached Proposed Protective Order to limit the disclosure and dissemination of Defendants' sensitive financial information to this litigation.[2]

---

[1] Plaintiffs' Subpoena is attached hereto as "**Exhibit 3**."
[2] The Proposed Protective Order is attached hereto as "**Exhibit 1**."

WHEREFORE, defendants, South Central Sugar Cane Growers' Association, Inc. and Sterling Sugars, LLC, pray that this Court grant their motion, quashing Plaintiffs' Subpoena or alternatively, substantially limiting it and entering the Proposed Protective Order.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: */s/ Molly C. McDiarmid*
Brandon E. Davis Bar Roll No. 29823
Molly McDiarmid Bar Roll No. 36426
Jennifer Clewis Thomas (*Admitted Pro Hac Vice*)
Andrew M. Albritton Bar Roll No. 39780
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130
Telephone: 504-566-1311
Facsimile: 504-568-9130
brandon.davis@phelps.com
molly.mcdiarmid@phelps.com
jennifer.clewis@phelps.com
andrew.albritton@phelps.com

**ATTORNEYS FOR DEFENDANTS, SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION AND STERLING SUGARS, LLC**

### CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of March 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of records/parties in this proceeding.

*/s/ Molly C. McDiarmid*