Avila-Soto v. South Central Sugar Cane - Notice re Rule 45 subpoena

EXHIBIT 2

 **Outlook**

## Avila-Soto v. South Central Sugar Cane - Notice re Rule 45 subpoena

**From** Jim Knoepp <jim@dawsonmorton.com>
**Date** Mon 2/9/2026 12:59 PM
**To** Brandon Davis <Brandon.Davis@phelps.com>; Molly McDiarmid <Molly.McDiarmid@phelps.com>; Jennifer Clewis Thomas <Jennifer.Thomas@phelps.com>; Caroline Perlis <Caroline.Perlis@phelps.com>; Andrew Albritton <Andrew.Albritton@phelps.com>
**Cc** Dawson Morton <dawson@dawsonmorton.com>; Daniel Davis <dan@estesdavislaw.com>

1 attachment (2 MB)
Subpoena - Hancock Whitney Bank.pdf;

Counsel—

Pursuant to Federal Rule of Civil Procedure 45(a)(4) Plaintiffs hereby provided Notice of their intention to serve the attached subpoena for records on Hancock Whitney Bank.

Jim Knoepp
jim@dawsonmorton.com
828-379-3169