# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAFAYETTE DIVISION

| | |
|---|---|
| **FELIPE DE JESUS AVILA-SOTO, ET AL.** | **CIVIL ACTION NO. 6:24-CV-01392** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC., ET AL.** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## ORDER

CONSIDERING the foregoing Motion to Quash Plaintiffs' Subpoena to Hancock Whitney Bank filed by South Central Sugar Cane Growers' Association, Inc. and Sterling Sugars, LLC ("Defendants");

IT IS ORDERED that the Motion is GRANTED. Plaintiffs' Subpoena to Produce Documents Issued to Hancock Whitney Bank is hereby QUASHED.

Signed this \_\_\_\_\_ day of _____, 2026, in Lafayette, Louisiana.

_____
U.S. MAGISTRATE JUDGE WHITEHURST