# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAFAYETTE DIVISION

| | |
|---|---|
| **FELIPE DE JESUS AVILA-SOTO, ET AL.** | **CIVIL ACTION NO. 6:24-CV-01392** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC., ET AL.** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## MOTION FOR EXPEDITED CONSIDERATION OF DEFENDANTS' MOTION TO QUASH PLAINTIFFS' SUBPOENA TO HANCOCK WHITNEY BANK

NOW INTO COURT, through undersigned counsel, come defendants, South Central Sugar Cane Growers' Association, Inc. and Sterling Sugars, LLC (collectively, "Defendants") who respectfully request expedited consideration of Defendants' Motion to Quash Plaintiffs' Subpoena to Hancock Whitney Bank ("Motion to Quash"). Due to the approaching discovery deadline of March 27, 2026, and for the reasons set forth more fully in the accompanying memorandum in support, expedited consideration of the Motion to Quash is warranted.

WHEREFORE, defendants, South Central Sugar Cane Growers' Association, Inc. and Sterling Sugars, LLC, pray that this Court grant this Motion and consider Defendants' Motion to Quash on an expedited basis.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:  */s/ Molly C. McDiarmid*
　　　Brandon E. Davis Bar Roll No. 29823
　　　Molly McDiarmid Bar Roll No. 36426

PD.61016974.1

Jennifer Clewis Thomas (*Admitted Pro Hac Vice*)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130
Telephone: 504 566 1311
Facsimile: 504 568 9130
brandon.davis@phelps.com
molly.mcdiarmid@phelps.com
jennifer.clewis@phelps.com

**ATTORNEYS FOR DEFENDANTS, SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC. AND STERLING SUGAR, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of March 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record/parties in this proceeding.

*/s/ Molly C. McDiarmid*
Molly McDiarmid