UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| **FELIPE DE JESUS AVILA-SOTO, ET AL.** | **CIVIL ACTION NO. 6:24-CV-01392** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC., ET AL.** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

**MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION
FOR EXPEDITED CONSIDERATION OF DEFENDANTS' MOTION TO QUASH
PLAINTIFFS' SUBPOENA TO HANCOCK WHITNEY BANK**

NOW INTO COURT, through undersigned counsel, come defendants, South Central Sugar Cane Growers' Association, Inc., and Sterling Sugars, LLC ("Defendants"), who respectfully submit the following memorandum in support of their Motion for Expedited Consideration of Defendants' Motion to Quash Plaintiffs' Subpoena to Hancock Whitney Bank ("Motion for Expedited Consideration").

**I.      BACKGROUND**

On March 10, 2026, Defendants filed their Motion to Quash Plaintiffs' Subpoena to Hancock Whitney Bank ("Motion to Quash"), respectfully moving this Court for an order quashing the Subpoena to Produce Documents issued to Hancock Whitney Bank by plaintiffs, Felipe de Jesus Avila-Soto and Felipe de Jesus Suarez-Palafox, seeking the production of Defendants' sensitive financial information ("Plaintiffs' Subpoena"), or alternatively, for an order modifying Plaintiffs' Subpoena and further entering the Proposed Protective Order attached to Defendants' Motion to Quash as "Exhibit 4." Considering the approaching discovery deadline, which is set for

March 27, 2026,[1] Defendants now respectfully submit that expedited resolution of their Motion to Quash is necessary, so that the dispute may be resolved prior to the close of discovery.

## II. LAW AND ARGUMENT

"It is axiomatic that to complete discovery means that all disputes relative to discovery… must be filed and resolved prior to the discovery deadline."[2] Courts within the Fifth Circuit, including in the Western District of Louisiana recognize the need for expedited consideration of discovery motions where the deadline to complete discovery is fast approaching.[3]

Expedited consideration of Defendants' Motion Quash is warranted due to the upcoming discovery deadline. Any delay in resolving the present dispute threatens to impact the upcoming discovery deadline and subsequent deadlines, including those for dispositive motions. Thus, prompt intervention by the Court is necessary to ensure the orderly progression of the case within the Court's amended scheduling order.

## III. CONCLUSION

For these reasons, Defendants respectfully request that this Court consider their Motion to Quash on an expedited basis. Given the upcoming discovery deadline, expedited consideration of this matter is appropriate.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: /s/ Molly C. McDiarmid

---

[1] R. Doc. 90.

[2] *La. Corral Mgmt., LLC v. Axis Surplus Ins. Co.*, No. 22-CV-2398, 2023 WL 2185981, at *4 (E.D. La. Feb. 23, 2023).

[3] *See Brock v. Dean Morris, L.L.P.*, No. CV 15-2416, 2016 WL 4150846, at *1 (W.D. La. Aug. 3, 2016) (noting that the movant on a motion to compel required expedited consideration in light of the approaching end of the period allowed for discovery); *see also, Quality Constr. & Prod., LLC v. Collins*, No. CV 19-1308, 2021 WL 3520626 (W.D. La. Aug. 10, 2021) (Magistrate J. Whitehurst) (granting expedited consideration of a motion to compel considering several upcoming deadlines).

        Brandon E. Davis Bar Roll No. 29823
        Molly McDiarmid Bar Roll No. 36426
        Jennifer Clewis Thomas (*Admitted Pro Hac Vice*)
        Canal Place | 365 Canal Street, Suite 2000
        New Orleans, Louisiana 70130
        Telephone: 504 566 1311
        Facsimile: 504 568 9130
        brandon.davis@phelps.com
        molly.mcdiarmid@phelps.com
        jennifer.clewis@phelps.com

**ATTORNEYS FOR DEFENDANTS, SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC., ET AL.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of March 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record/parties in this proceeding.

        */s/ Molly C. McDiarmid*
        Molly McDiarmid

PD.61017794.1