# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAFAYETTE DIVISION

| | |
|---|---|
| **FELIPE DE JESUS AVILA-SOTO, ET AL.** | **CIVIL ACTION NO.  6:24-CV-01392** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC., ET AL.** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## ORDER

CONSIDERING the foregoing Motion for Expedited Consideration of Defendants' Motion to Quash Plaintiffs' Subpoena to Hancock Whitney Bank, filed by South Central Sugar Cane Growers' Association, Inc. and Sterling Sugars, LLC ("Defendants");

IT IS ORDERED that the Motion is GRANTED.  Any opposition to Defendants' Motion to Quash Plaintiffs' Subpoena to Hancock Whitney Bank is hereby ordered to be filed no later than _____, 2026, with any reply briefs to be filed no later than _____, 2026.

Signed this \_\_\_\_\_ day of _____, 2026, in Lafayette, Louisiana.

_____
U.S. MAGISTRATE JUDGE WHITEHURST