UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FELIPE DE JESUS AVILA-SOTO, et al.<br><br>　　　　Plaintiffs,<br><br>v.<br><br>SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC., et al.<br><br>　　　　Defendants. | Case No. 6:24-cv-01392<br><br>JUDGE ROBERT R. SUMMERHAYS<br><br>MAGISTRATE JUDGE CAROL B. WHITEHURST |

**JOINT MOTION FOR EXTENSION OF TIME TO
COMPLETE DISCOVERY AND FILE DISPOSITIVE MOTIONS**

COME NOW the Parties who jointly move the Court for an extension of time to complete discovery and file dispositive motions and state as follows:

1. The Court's order on February 20, 2026, related to Plaintiffs' Motion to Compel, Plaintiffs' Motion to Amend the Scheduling Order, and the parties' Joint Motion for Extension of Time directed the parties to confer by February 27, 2026, to discuss additional document productions requested by the Plaintiffs and to identify search terms related to communications. (ECF No. 90.) That order also directed that Defendants produce any responsive documents by March 6, 2026. (ECF No. 90.)

2. The Court's order also extended the discovery deadline to March 27, 2026, and the dispositive motion deadline to April 24, 2026. (ECF No. 90.)

3. The parties agreed on search terms related to communications on March 10, 2026, and Defendants now need to review all communications generated from the search terms prior to producing them to Plaintiffs. Plaintiffs will then need time to review those communications to prepare for depositions.

1

4. Based on the above, the parties jointly move the Court to extend the deadline to complete discovery to April 20, 2026, and to extend the deadline to file dispositive motions to May 22, 2026.

For all of the foregoing reasons, the parties jointly move the Court for the above extensions of time.

Respectfully submitted,

/s/ James M. Knoepp
James M. Knoepp* (Lead Attorney)
South Carolina Bar No. 102757
*Admitted Pro Hac Vice*
1612 Crestwood Drive
Columbia, SC 29205
Telephone: (828) 379-3169
Email: jim@dawsonmorton.com

/s/ Dawson Morton
Dawson Morton
California Bar No. 320811
*Admitted Pro Hac Vice*
1808 Sixth St.
Berkeley, CA 94710
Phone: (404) 590-1295
Email: dawson@dawsonmorton.com

/s/ Daniel Davis
Daniel Davis, LA Bar No. 30141
Estes Davis Law, LLC
4465 Bluebonnet Blvd, Suite A
Baton Rouge, LA 70809
Telephone: (225) 336-3394
Fax: (225) 384-5419
Email: dan@estesdavislaw.com

Counsel for Plaintiffs

**PHELPS DUNBAR LLP**

/s/ Brandon E. Davis
Brandon E. Davis (La Bar #29823)
Molly McDiarmid (La Bar #36426)
Jennifer Clewis Thomas (*Admitted Pro Hac Vice*)
Andrew M. Albritton (La Bar #39780)
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130
Telephone: 504-566-1311
Facsimile: 504-568-9130
brandon.davis@phelps.com
molly.mcdiarmid@phelps.com
jennifer.clewis@phelps.com
andrew.albritton@phelps.com

**COUNSEL FOR DEFENDANTS**