UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FELIPE DE JESUS AVILA-SOTO, et al. | ) ) ) Case No. 6:24-cv-01392 |
| Plaintiffs, | ) ) JUDGE ROBERT R. SUMMERHAYS |
| v. | ) ) |
| SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC., et al. | ) MAGISTRATE JUDGE CAROL B. ) WHITEHURST ) |
| Defendants. | ) ) |

The Court has reviewed the Parties' Joint Motion for Extension of Time to Complete Discovery and File Dispositive Motions.

Good cause having been shown, IT IS HEREBY ORDERED that the Parties' Motion is GRANTED. The deadline for the completion of discovery is extended until April 20, 2026, and the deadline to file dispositive motions is extended until May 22, 2026.

Signed at Lafayette, Louisiana, on this ____ day of _____, 2026.

_____
JUDGE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA