UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

_____

FELIPE DE JESUS AVILA-SOTO,  et al.    )
                                       )
        Plaintiffs,                    )    Case No. 6:24-cv-01392
                                       )
v.                                     )    JUDGE ROBERT R. SUMMERHAYS
                                       )
                                       )    MAGISTRATE JUDGE CAROL B.
SOUTH CENTRAL SUGAR CANE               )    WHITEHURST
GROWERS' ASSOCIATION, INC., et al.     )
                                       )
        Defendants.                    )
_____)

     The Court has reviewed the Parties' Joint Motion for Extension of Time to Complete Discovery and File Dispositive Motions.

     Good cause having been shown, IT IS HEREBY ORDERED that the Parties' Motion is GRANTED. The deadline for the completion of discovery is extended until April 20, 2026, and the deadline to file dispositive motions is extended until May 22, 2026.

Signed at Lafayette, Louisiana, on this __16th__ day of _____March_____, 2026.

CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE