# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **FELIPE DE JESUS AVILA-SOTO ET AL** | **CASE NO.  6:24-CV-01392** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **SOUTH CENTRAL SUGAR CANE GROWERS ASSOCIATION INC ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## MINUTES

A telephone conference regarding Defendants' Motion to Quash (Rec. Doc. 95) was held on March 20, 2026, starting at 11:00 a.m. and ending at 11:30 a.m.[1] Participating in the conference, along with the undersigned Magistrate Judge, were Dawson Morton and James Knoepp for Plaintiffs and Brandon Davis and Molly McDiarmid for Defendants.

Following discussion, the Court took the motion under advisement and will issue a separate order.

Signed at Lafayette, Louisiana, this 20th day of March, 2026.

_____
CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE

---

[1]    Statistical time: 30 minutes.