UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| FELIPE DE JESUS AVILA-SOTO, et al. | ) ) ) | Case No. 6:24-cv-01392 |
| Plaintiffs, | ) ) ) |  |
| v. | ) ) | JUDGE ROBERT R. SUMMERHAYS |
| SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC., et al. | ) ) ) ) | MAGISTRATE JUDGE CAROL B. WHITEHURST |
| Defendants. | ) ) ) |  |

### PLAINTIFFS' MOTION TO AMEND COMPLAINT

Plaintiffs move pursuant to Fed. R. Civ. P. 15(a)(2) and Fed. R. Civ. P. 16(b) to file an Amended Complaint that includes the 2025 claims of the Plaintiffs and other class members, and to amend the related factual allegations to detail the nearly identical 2025 claims. Plaintiffs seek, based on the Court's Report and Recommendation concerning Plaintiffs' Motion for Rule 23 Class Certification (ECF No. 105 at 18-19), to amend their allegations to expressly assert the 2025 claims which had not yet occurred at the time of the Complaint's original filing. A copy of the proposed Amended Complaint is attached as Exhibit A. Additionally, the proposed amendments in redline format are attached as Exhibit B. The amendment adds no new causes of action and only adds facts concerning the 2025 claims about which discovery has already been conducted, as further detailed in the accompanying memorandum.[1]

Plaintiffs certify that they asked Defendants for their written consent to the Amendment pursuant to Fed. R. Civ. P. 15(a)(2) and Defendants stated that "Plaintiffs should make application for leave per Rule 15." Plaintiffs' now proceed by motion based on the argument contained in their memorandum of law filed in support of this motion.

---

[1] The Amendment also makes a few technical amendments unrelated to the inclusion of information regarding the 2025 season, such as the removal of a Plaintiff who withdrew from the litigation and conforming the FLSA class definition plead in the complaint in accordance with an earlier ruling by the Court.

1

Respectfully submitted,

**/s/ James M. Knoepp**
James M. Knoepp* (Lead Attorney)
South Carolina Bar No. 102757
*Admitted Pro Hac Vice*
1612 Crestwood Drive
Columbia, SC 29205
Telephone:  (828) 379-3169
Email:  jim@dawsonmorton.com

**/s/ Dawson Morton**
Dawson Morton
California Bar No. 320811
*Admitted Pro Hac Vice*
1808 Sixth St.
Berkeley, CA  94710
Phone: (404) 590-1295
Email:  dawson@dawsonmorton.com

**/s/ Daniel Davis**
Daniel Davis, LA Bar No. 30141
Estes Davis Law, LLC
4465 Bluebonnet Blvd, Suite A
Baton Rouge, LA 70809
Telephone: (225) 336-3394
Fax: (225) 384-5419
Email:  dan@estesdavislaw.com

2