UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

_____

)
FELIPE DE JESUS AVILA-SOTO,  et al.    )
                                       )        Case No. 6:24-cv-01392
         Plaintiffs,                   )
                                       )        JUDGE ROBERT R. SUMMERHAYS
v.                                     )
                                       )        MAGISTRATE JUDGE CAROL B.
SOUTH CENTRAL SUGAR CANE               )        WHITEHURST
GROWERS' ASSOCIATION, INC., et al.     )
                                       )
         Defendants.                   )
_____)

[PROPOSED] ORDER

The Court, having duly considered the papers filed in support of and opposition to Plaintiffs' Motion to Amend Complaint, and pursuant to Federal Rule of Civil Procedure 15(a)(2) and Federal Rule of Civil Procedure 16(b), the Court FINDS that there is good cause for the amendment and Plaintiffs' motion in GRANTED. The clerk shall promptly file the Amended Complaint that was attached to Plaintiffs' motion as Exhibit A as a separate document on the Docket.

THUS DONE in Chambers, Lafayette, Louisiana on this ___ day of _____, 2026.


_____
CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE

1