UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| FELIPE DE JESUS AVILA-SOTO, ET AL. | CIVIL ACTION NO.  6:24-CV-01392 |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC., ET AL. | MAGISTRATE JUDGE CAROL B. WHITEHURST |

**JOINT MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY**

NOW INTO COURT, through undersigned counsel, come South Central Sugar Cane Growers' Association, Inc. and Sterling Sugars, LLC ("Defendants"), and Felipe De Jesus Avila-Soto, individually and on behalf of other similarly situated ("Plaintiffs") (collectively, the "Parties"), who jointly move the Court for an extension of time to complete discovery. In support thereof, the Parties state as follows:

1.      On January 15, 2026, Defendants filed a Motion to Compel Deposition Testimony, seeking to complete the unfinished deposition of named plaintiff Felipe De Jesus Avila-Soto R. Doc. 55. The Court granted that Motion on March 16, 2026, ordering that Mr. Avila-Soto be produced for deposition in Torreon, Mexico, for no more than 5 hours. R. Doc. 69.

2.      The Parties have worked to schedule the deposition of Mr. Avila-Soto but have not been able to conclude on a date within the discovery deadline due to other ongoing discovery and the schedules of counsel and Mr. Avila-Soto. The Parties have agreed upon April 23, 2026, as the date for Mr. Avila-Soto's continued deposition.

3.      The Court's order on February 20, 2026, set the discovery deadline in this matter as April 20, 2026, and the dispositive motion deadline as May 22, 2026. R. Doc. 101.

PD.61456647.3                              1

4.      Based on the above, the parties jointly move the Court to extend the deadline to complete discovery by nine (9) days, to April 29, 2026.

5.      The Parties are not making this request to extend or continue any dispositive motion deadline or to upset the trial date.

For all of the foregoing reasons, the parties jointly move the Court for the above extensions of time.

Respectfully submitted,

**/s/ James M. Knoepp**
James M. Knoepp* (Lead Attorney)
South Carolina Bar No. 102757
*Admitted Pro Hac Vice*
1612 Crestwood Drive
Columbia, SC 29205
Telephone:  (828) 379-3169
Email:  jim@dawsonmorton.com

**/s/ Dawson Morton**
Dawson Morton
California Bar No. 320811
*Admitted Pro Hac Vice*
1808 Sixth St.
Berkeley, CA  94710
Phone: (404) 590-1295
Email:  dawson@dawsonmorton.com

**/s/ Daniel Davis**
Daniel Davis, LA Bar No. 30141
Estes Davis Law, LLC
4465 Bluebonnet Blvd, Suite A
Baton Rouge, LA 70809
Telephone: (225) 336-3394
Fax: (225) 384-5419
Email:  dan@estesdavislaw.com

Counsel for Plaintiffs

**PHELPS DUNBAR LLP**

*/s/ Brandon E. Davis*
Brandon E. Davis (La Bar #29823)
Molly McDiarmid (La Bar #36426)
Jennifer Clewis Thomas (*Admitted Pro Hac Vice*)
Andrew M. Albritton (La Bar #39780)
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130
Telephone: 504-566-1311
Facsimile: 504-568-9130
brandon.davis@phelps.com
molly.mcdiarmid@phelps.com
jennifer.clewis@phelps.com
andrew.albritton@phelps.com

**COUNSEL FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 16th day of April, 2026, filed a copy of the foregoing

pleading with the CM/ECF filing system, which will send notice of filing to all enrolled parties.

*/s/ Andrew M. Albritton*
**ANDREW M. ALBRITTON**