## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAFAYETTE DIVISION

FELIPE DE JESUS AVILA-SOTO, ET AL.      CIVIL ACTION NO.  6:24-CV-01392

VERSUS      JUDGE ROBERT R. SUMMERHAYS

SOUTH CENTRAL SUGAR CANE
GROWERS' ASSOCIATION, INC., ET AL.      MAGISTRATE JUDGE CAROL B. WHITEHURST

---

### ORDER

---

Considering the foregoing Joint Motion for Extension of Time To Complete Discovery:

IT IS ORDERED BY THE COURT that the Joint Motion for Extension of Time To Complete Discovery is hereby GRANTED, and that the deadline for the parties to complete all discovery is continued to April 29, 2026.

Lafayette, Louisiana, this _____ day of  April, 2026.

_____
UNITED STATES DISTRICT JUDGE

PD.61456647.3           4