# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAFAYETTE DIVISION

| | |
|---|---|
| FELIPE DE JESUS AVILA-SOTO, ET AL. | CIVIL ACTION NO.  6:24-CV-01392 |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC., ET AL. | MAGISTRATE JUDGE CAROL B. WHITEHURST |

---

### ORDER

---

Considering the foregoing Joint Motion for Extension of Time To Complete Discovery:

IT IS ORDERED BY THE COURT that the Joint Motion for Extension of Time To Complete Discovery is hereby GRANTED, and that the deadline for the parties to complete all discovery is continued to April 29, 2026.

Lafayette, Louisiana, this 17th day of  April, 2026.

_____
**CAROL B. WHITEHURST**
**UNITED STATES MAGISTRATE JUDGE**

PD.61456647.3                                        4