# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAFAYETTE DIVISION

| | |
|---|---|
| FELIPE DE JESUS AVILA-SOTO, ET AL. | CIVIL ACTION NO.  6:24-CV-01392 |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC., ET AL. | MAGISTRATE JUDGE CAROL B. WHITEHURST |

## DEFENDANTS' MOTION TO COMPEL DISCOVERY

NOW INTO COURT, through undersigned counsel, come Defendants, South Central Sugar Cane Growers' Association, Inc. ("South Central") and Sterling Sugars, LLC ("Sterling") (collectively "Defendants"), which respectfully move this Honorable Court for an order compelling Arnulfo Villegas Miranda, Ruben Zayas Reyes, Omar Alejandro Rosas Osuna, Jose de Jesus Soto-Reza, and Baldemar Cervantes Leyva (the "Opt-In Plaintiffs") to produce executed copies of the authorization for release forms provided with South Central Sugar Cane Growers' Association, Inc.'s Requests for Production of Documents to Arnulfo Villegas Miranda, Ruben Zayas Reyes, Omar Alejandro Rosas Osuna, Jose de Jesus Soto-Reza, and Baldemar Cervantes Leyva, dated January 22, 2026 ("Requests for Production"),[1] for the reasons set forth fully in the attached Memorandum in Support of Defendants' Motion to Compel Discovery.

WHEREFORE, Defendants, South Central and Sterling, request that this Court issue an order compelling the Opt-In Plaintiffs, by a specific date set by the Court, to produce all executed authorization for release forms responsive to the Requests for Production. Defendants also

---

[1] South Central Sugar Cane Growers' Association, Inc.'s Requests for Production of Documents to Arnulfo Villegas Miranda, Ruben Zayas Reyes, Omar Alejandro Rosas Osuna, Jose de Jesus Soto-Reza, and Baldemar Cervantes Leyva, including the authorization for release forms, are attached hereto as Exhibit 1.

respectfully request that this Court award Defendants the costs and fees it incurred in preparation of this motion, pursuant to Federal Rule of Civil Procedure 37(a)(5)(A) and issue any other relief as deemed proper.

## CERTIFICATE OF COUNSEL

I hereby certify that counsel for transmitted correspondence between February 27, 2026, and March 11, 2026, in a good faith attempt to resolve the discovery dispute by agreement. However, the parties were unable to resolve the dispute. As of the date and time of the filing of the instant Motion, the Opt-In Plaintiffs have not provided full and complete executed authorizations responsive to the Requests for Production. Therefore, Defendants now seek judicial intervention for resolution of the discovery dispute.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: */s/ Molly C. McDiarmid*

Brandon E. Davis Bar Roll No. 29823
Molly McDiarmid Bar Roll No.  36426
Jennifer Clewis Thomas (*Admitted Pro Hac Vice)*
Andrew M. Albritton Bar Roll No. 39780
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130
Telephone: 504-566-1311
Facsimile: 504-568-9130
brandon.davis@phelps.com
molly.mcdiarmid@phelps.com
jennifer.clewis@phelps.com
andrew.albritton@phelps.com

PD.61510317.2

- 3 -

**ATTORNEYS FOR DEFENDANTS, SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION AND STERLING SUGARS, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of April 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record/parties in this proceeding.

*/s/ Molly C. McDiarmid*

- 3 -

PD.61510317.2