EXHIBIT 1

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAFAYETTE DIVISION

| | |
|---|---|
| **FELIPE DE JESUS AVILA-SOTO, FELIPE DE JESUS SUAREZ-PALAFOX, AND JUAN ALEJO HERNANDEZ-CANELA, ON BEHALF OF THEMSELVES AND OTHERS SIMILARLY SITUATED** | **NO:  6:24-CV-01392** |
| | **JUDGE ROBERT R. SUMMERHAYS** |
| **VERSUS** | |
| | **MAGISTRATE JUDGE CAROL B. WHITEHURST LD** |
| **SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC., AND STERLING SUGARS, LLC** | |

**SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC.'S REQUESTS FOR PRODUCTION OF DOCUMENTS TO ARNULFO VILLEGAS MIRANDA, RUBEN ZAYAS REYES, OMAR ALEJANDRO ROSAS OSUNA, JOSE DE JESUS SOTO-REZA, AND BALDEMAR CERVANTES LEYVA**

**NOW COMES** Defendant, South Central Sugar Cane Growers' Association, Inc. ("Defendant"), pursuant to Rule 34 of the Federal Rules of Civil Procedure, and requests that each individually-named Plaintiff in this putative collective/class action ("Plaintiffs") produce the following documents and things within 30 days after service hereof for inspection and/or copying at the offices of Phelps Dunbar LLP, Canal Place, 365 Canal Street, Suite 2000, New Orleans, Louisiana 70130-6534.  These Requests for Production of Documents are deemed to be continuing so as to require supplemental responses and production of documents at any time that additional information may be obtained after responses and documents are produced to these requests.

### DEFINITIONS

As used in these requests, the following words and terms have the meaning ascribed to them:

1

1.      The terms "Plaintiffs," "you," and "your," and any variants thereof, shall mean: Arnulfo Villegas Miranda, Ruben Zayas Reyes, Omar Alejandro Rosas Osuna, Jose de Jesus Soto-Reza and Baldemar Cervantes Leyva, and any representatives, agents, experts, investigators, attorneys, and other persons acting (or who acted) or are purporting to act (or who purported to act) on their behalf.

2.      The term "Defendant" shall mean South Central Sugar Cane Growers' Association, Inc.

3.      The term "person" includes natural persons, firms, corporations and their divisions or subsidiaries, partnerships, associations, and other business entities.

4.      The term "Complaint" refers to Plaintiffs' Complaint, including any and all amendments and supplements, filed in The U.S. District Court for the Western District of Louisiana, Civil Action No. 6:24-cv-01392.

5.      The term "document" shall have the full meaning under the law, as used in the broadest and most liberal sense, including each and every writing or record of every type or description, including, but not limited to, letters, correspondence, electronic mail, telegrams, memoranda, diaries, contracts, files, notes, reports, bills, invoices, receipts, drawings, photographs, videotapes, video or audio disks or tapes, schematics, diagrams, blueprints, plans, books, manuals, recordings, transcriptions, printed, typed or written materials of every kind (including carbon, photostatic, microfilm, or other copies thereof), and any other data compilation from which information can be obtained or translated, if necessary, into reasonably usable form, whether in your possession or custody, subject to your control or believed by you to exist whether in draft form or not.

6.      The term "communication," as used herein, shall include, but shall not be limited to, written material, including but not limited to letters, correspondence, memoranda, minutes, notes, and buck slips, computer messages, recorded audio and/or video messages, and oral communications, including but not limited to meetings, conversations, conferences and telephone calls.

7.      If Plaintiff claims that any document, conversation or other matter is protected by the attorney-client privilege or work-product doctrine, specifically identify each such document, conversation or other matter, and state the facts and circumstances that you contend create an attorney-client privilege or work-product protection.

8.      The singular form of a word shall also refer to the plural, and vice versa.

9.      "And" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of this request any documents or information that may otherwise be construed to be outside its scope.  The term "each" includes "every," and vice versa.  The terms "a," "an," and "any" include "all," and "all" includes "a," "an," and "any."

10.     The terms "relating to" or "relate(s) to" shall mean referring to, reflecting, consisting of, embodying, pertaining to, concerning, comprising, recording, supporting or being in any way legally, logically or factually connected with the matter, subject or issue in question.

2

11.	The masculine gender of any word shall be construed to include the masculine, feminine, and neuter gender.

12.	Describe/Description: The terms "Describe" or "Description" shall mean: (1) when used in reference to persons or the members of a class or collective of persons to identify each individual person or member of a class or collective and (2) when used in reference to a document to state the following as to each document:

the nature and contents thereof;

the date thereof;

the name, address and position of the author, signer or producer thereof;

the name, address and position of the addressee if any; and

the present location thereof and the name, present address and position of the person or persons having present custody thereof.

13.	Identify/Identification:  The terms "Identify" or "Identification" shall mean:

With respect to a natural person:

to state his or her name;

Social Security number;

to state his or her home telephone number and home address (with sufficient specificity to permit service of process thereon);

to state his or her last known employer and job position; and

to state his or her business telephone number and business address) with sufficient specificity to permit service of process thereon);

With respect to a corporation, partnership or other business entity:

to state the name of the corporation, partnership or other business entity;

to state such entity's president, general partners or other owners;

to state the names of the agent or agents of the company or business with whom Plaintiff dealt;

to state such entity's business address; and

to identify such entity's registered and/or statutory agent for service of process;

3

<u>With respect to a doctor, hospital, pharmacy, medical clinic, weight loss clinic, or other medical institution:</u>

to state the full name and business address of each Healthcare Provider;

the names and addresses of the agent or agents of the Healthcare Provider with whom Plaintiff dealt;

the dates on which Plaintiff dealt with such Healthcare Provider; and

state the reason for Plaintiff's association or dealings with such Healthcare Provider;

<u>With respect to a document:</u>

to state the form and general subject matter of the document;

to state the identity of the author and, if applicable, addressee;

to state the date of the document; and

to state the name and address of all persons having possession custody, or control over the document; and

<u>With respect to any communication:</u>

to state the participants in each such act or communication;

to state any and all witnesses to such conversation along with their addresses and home and work telephone numbers;

to describe the act or substance of such communications;

to state whether such act or communication was recorded or otherwise described in a document and, if so, to identify all persons having possession, custody, or control over the document; and

<u>With respect to facts:</u>

to describe in full and precise detail all of such facts; and

to state whether or not those facts were recorded or noted in some document and, if so, to identify all persons having possession, custody, or control over the document.

14. The term "State" shall mean to state specifically and in detail.

15. The term "Including" means including without limitation.

PD.60244199.2

16.     The term "Social media" shall mean any website or application that enables users to create and share content or to participate in social network, including but not limited to: Facebook, Myspace, Twitter, Instagram, WhatsApp, Snapchat, TikTok, OKCupid, etc.

## INSTRUCTIONS

1.     Scope. The following Requests for Production call not only for the knowledge of the Plaintiff, but also for all knowledge that is available to the Plaintiff by reasonably inquiry, including inquiry of Plaintiff's representatives, agents, employees, and, if not privileged, the Plaintiff's attorneys.

2.     Restate.  Restate each request for production in full prior to responding.

3.     Reference.  To the extent that information sought by a document request may be furnished by reference to another document request, such practice will be acceptable.  However, separate answers should be accorded in all cases and document requests should not be joined together and accorded common answers.

4.     Estimation.  Where exact information cannot be furnished in response to a request, estimated information is to be supplied.  Where estimated information is used, Your answer to the request should indicate this fact and an explanation should be given as to how the estimation was made and the reason exact information was not furnished.

5.     Identify Request.  Upon producing any requested documents, indicate to which production request each document produced is responsive.

6.     Objections Generally.  To the extent an objection to discovery is made, you must state the objection with particularity and must provide factual support for the objection.

7.     Privilege.  If you withhold under the claim of privilege any documents covered by these requests, you are requested to furnish a list specifying each document for which the privilege is claimed, together with the following information, where appropriate, with respect to each such document: date; author; recipient; person(s) to whom copies were furnished; number of pages of the document; basis on which the privilege is claimed; the paragraph or subparagraph of these requests to which each document responds, and sufficient description of the subject matter of the document (without disclosing its contents) to allow its description to the court for a ruling on the claim of privilege.

8.     Lost/Destroyed Documents.  For any documents no longer in existence or which cannot be located, identify the document; identify the date on which the document was prepared, transmitted and received; identify the name and job of each author, addressee, and recipient of the document; identify the nature and subject matter of the document; state how and when it passed out of existence or why it cannot be located, and identify each person having knowledge concerning such disposition or loss.

9.     Dates/Times.  Whenever you are requested to give a date, if you are unable to give the exact day, month and year, give your best estimate.

PD.60244199.2

10.    <u>Duty to Supplement & Continuing Nature of Requests</u>.  As specified by Federal Rule of Civil Procedure 26(E), you are requested to supplement or amend your responses to these Requests for Production of Documents based on any and all information obtained after the filing of such responses.

11.    <u>Applicable Time Period</u>.  Unless otherwise indicated, these discovery requests refer to the time period spanning January 1, 2021, to the present.

12.    <u>Disputes</u>.  To avoid discovery disputes that may delay the progress of this litigation and/or require additional intervention, Plaintiff is requested to contact counsel for Defendants prior to responding to this discovery request, if necessary, so that any questions as to the meaning, scope, or propriety of a request for information or records can be clarified or resolved before responding to the discovery, and so that Defendants' counsel may limit, restrict, or rephrase any request as to which Plaintiff has objection so as to obviate the objection

## REQUESTS FOR PRODUCTION OF DOCUMENTS

**REQUEST FOR PRODUCTION NO. 1:**

For each Plaintiff, produce an executed and dated Administrative Records Release Authorization by completing the attached form.

**REQUEST FOR PRODUCTION NO. 2:**

For each Plaintiff, produce an executed and dated Personnel Records Authorization by completing the attached form.

**REQUEST FOR PRODUCTION NO. 3:**

For each Plaintiff, produce an executed and dated Unemployment Records Release Authorization by completing the attached form.

**REQUEST FOR PRODUCTION NO. 4:**

For each Plaintiff, produce an executed and dated Authorization for Release of Criminal and/or Arrest Records by completing the attached form.

**REQUEST FOR PRODUCTION NO. 5:**

For each Plaintiff, please produce an <u>original</u> executed and dated Request for Copy of Tax Return Form 4506 by completing the attached form.

PD.60244199.2

EXHIBIT 1

**REQUEST FOR PRODUCTION NO. 6:**

For each Plaintiff, produce the <u>original</u> executed USCIS Form G-639 attached to this Request for Production of Documents.

**REQUEST FOR PRODUCTION NO. 7:**

For each Plaintiff, produce an <u>original</u> executed and dated Social Security Administration Consent for Release of Information Form 3288 by completing the attached form.

**REQUEST FOR PRODUCTION NO. 8:**

For each Plaintiff, produce an <u>original</u> executed and dated Request for Individual Access to Records Protected Under the Privacy Act by completing the attached form.

**REQUEST FOR PRODUCTION NO. 9:**

For each Plaintiff, produce an <u>original</u> executed and dated Consent for Disclosure of Records Protected Under the Privacy Act by completing the attached form.

**REQUEST FOR PRODUCTION NO. 10:**

Produce any and all documents identified, referenced, referred to, and/or relied upon by You in the Complaint and/or in the Memorandum of Law In Support of Plaintiff's Motion for 29 U.S.C. §216(B) Notice to Similarly Situated Workers and for Disclosure of Contact Information.

**REQUEST FOR PRODUCTION NO. 11:**

Produce any and all written or recorded statements, comments, reports, interviews, translations, notes, photographs, digital images, video recordings, audio recordings, or any other recordings related to the allegations in the Complaint.

**REQUEST FOR PRODUCTION NO. 12:**

Produce all non-privileged documents Plaintiffs referenced and/or relied upon to answer Interrogatories and/or Request for Admission.

**REQUEST FOR PRODUCTION NO. 13:**

Produce any correspondence between yourself and any employee, representative, or agent of South Central Sugar Cane Growers' Association created any time between January 1, 2021, and the present.  This request includes, but is not limited to, conversations or correspondence including any of the named Plaintiffs, putative class/collective members, or any combination of the two, in which Plaintiffs' counsel is not included. This request also includes, but is not limited to, all correspondence related to your recruitment and hiring, and scope of work with South Central Sugar Cane Growers' Association, Inc., whether in paper or electronic format (which electronic records should be produced in native format unless not reasonably accessible because of undue burden or cost).

**REQUEST FOR PRODUCTION NO. 14:**

Please produce all correspondence sent and/or received by any Plaintiff while allegedly employed by South Central Sugar Cane Growers' Association, Inc., the content of which relates to any of Plaintiffs' claims or any of the defenses in this litigation.

**REQUEST FOR PRODUCTION NO. 15:**

For each Facebook or Whats App account maintained by you, please produce your account data for the period of January 1, 2021, to the present relating to Plaintiffs' claims against South Central Sugar Cane Growers' Association, Inc. in this case, including Plaintiffs' claims for damages.  You may download and print your Facebook or Whats App data by logging onto your Facebook or Whats App account, selecting "Account," then clicking "Settings and Privacy," then "Settings," then "Your Facebook Information," [or Whats App] and following the instructions on the "Download Your Information" page.

EXHIBIT 1

Alternatively, you may download and print your Facebook or Whats App data when responding to this request.

**REQUEST FOR PRODUCTION NO. 16:**

Produce all electronic messages, including but not limited to texts, instant messages, and direct messages via social media sites or messaging apps, that were sent or received by you between January 1, 2021, to the present relating to your claims against Defendants in this case, including your claims for damages.

**REQUEST FOR PRODUCTION NO. 17:**

Produce all non-privileged e-mails (and attachments) that were sent or received by you between January 1, 2021, to the present relating to Plaintiffs' claims against South Central Sugar Cane Growers' Association, Inc. in this case, including Plaintiffs' claims for damages.

**REQUEST FOR PRODUCTION NO. 18:**

Produce documents relating to your efforts to secure or obtain other employment from May 1, 2021 to the present, including but not limited to correspondence, applications, resumes, offer letters, rejection letters, diaries, calendars, or appointment books reflecting your efforts to secure or obtain such employment.

**REQUEST FOR PRODUCTION NO. 19:**

Produce all documents relating to any lawsuit, other than this lawsuit, or any civil or criminal proceeding to which you have been a party within the last five years.  This includes, but is not limited to, all documents relating to any arrests or civil commitments within the last five years.

PD.60244199.2

**REQUEST FOR PRODUCTION NO. 20:**

Produce your U.S. tax returns, W-2 forms, and 1099 forms (including all supplemental schedules and supporting documents/schedules) for tax years January 1, 2021 to present.

**REQUEST FOR PRODUCTION NO. 21:**

Produce all documents and tangible items that Plaintiffs may use at trial or any deposition in this case, whether as exhibits, demonstrative evidence, or evidence introduced into the record.

**REQUEST FOR PRODUCTION NO. 22:**

Produce all documents or tangible items that you provided or will provide to any expert retained by you or your counsel in connection to this litigation.

**REQUEST FOR PRODUCTION NO. 23:**

Produce all reports or summaries relating to this case that were provided to any expert witness.

**REQUEST FOR PRODUCTION NO. 24:**

Produce all reports or summaries relating to this case that were prepared by any expert witness.

**REQUEST FOR PRODUCTION NO. 25:**

Produce all documents, including but not limited to OEWS data, AEWR wage surveys, or any other wage surveys, studies, or analyses relevant to Plaintiffs' claims, that identify, describe, or reflect the methodology used to determine wages for workers who are 'similarly employed.'

**REQUEST FOR PRODUCTION NO. 26:**

Produce all documents concerning the methodology used to calculate OEWS wage rates, AEWR wage rates, or any other wage survey relied on in connection with Plaintiffs' claims,

10

including documents showing how 'similarly employed' workers were identified, categorized, or weighted in the wage determination process.

**REQUEST FOR PRODUCTION NO. 27:**

Produce all documents, data sets, analyses, and supporting materials relating to any OEWS, AEWR, or other wage survey considered or used in connection with Plaintiffs' claimed wage entitlements, specifically including documents showing the criteria, methodology, sampling, or occupational classifications used to determine wages for workers alleged to be 'similarly employed' to Plaintiffs.

**REQUEST FOR PRODUCTION NO. 28:**

If you contend you are entitled to be paid the rates identified at Paragraph 38 of the Complaint, then produce all evidence relating to that wage methodology as it relates to your contention of applicability in this case.

**REQUEST FOR PRODUCTION NO. 29:**

Produce all evidence you anticipate offering at trial to support Paragraph 38 of the Complaint.

**REQUEST FOR PRODUCTION NO. 30:**

Produce all documents or other property you received or took from South Central Sugar Cane Growers' Association, Inc. while you were employed.

**REQUEST FOR PRODUCTION NO. 31:**

Produce all documents and/or evidence concerning work you performed for any other entity while you were employed with, or engaged by, South Central Sugar Cane Growers' Association, Inc.

11

**REQUEST FOR PRODUCTION NO. 32:**

Produce every document you submitted to the U.S. Department of State concerning any visa application you submitted to enter the United States to work for Sterling Sugars, LLC.

**REQUEST FOR PRODUCTION NO. 33:**

Produce a copy of each H-2A visa and I-94 document you used to enter the United States to work for South Central Sugar Cane Growers' Association, Inc.

**REQUEST FOR PRODUCTION NO. 34:**

Produce a copy of each H-2A visa and I-94 document you used to enter the United States to work for Sterling Sugars, LLC.

**REQUEST FOR PRODUCTION NO. 35:**

Produce all documents related to your allegations in paragraph 54 of the Complaint, including but not limited to your claim for, or computation of, expenses to obtain special drivers' licenses.

**REQUEST FOR PRODUCTION NO. 36:**

Produce all documents related to your allegations in paragraph 55 of the Complaint, including but not limited to your claim for, or computation of, expenses for medical examinations.

**REQUEST FOR PRODUCTION NO. 37:**

Produce all documents related to your allegations in paragraph 56 of the Complaint, including but not limited to your claim for, or computation of, transportation expenses to the U.S. Consulate.

**REQUEST FOR PRODUCTION NO. 38:**

Produce all documents related to your allegations in paragraph 57 of the Complaint, including but not limited to your claim for, or computation of, lodging expenses.

12

EXHIBIT 1

**REQUEST FOR PRODUCTION NO. 39:**

Produce all documents related to your allegations in paragraph 58 of the Complaint, including but not limited to your claim for, or computation of, expenses for your visa application.

**REQUEST FOR PRODUCTION NO. 40:**

Produce all documents related to your allegations in paragraph 59 of the Complaint, including but not limited to your claim for, or computation of, transportation expenses to Louisiana.

**REQUEST FOR PRODUCTION NO. 41:**

Produce all documents related to your allegations in paragraph 60 of the Complaint, including but not limited to your claim for, or computation of, expenses for issuance of Form I-94.

**REQUEST FOR PRODUCTION NO. 42:**

Produce a copy of any employment contracts you claim were breached.

**REQUEST FOR PRODUCTION NO. 43:**

Produce a copy of every employment contract you entered with Sterling Sugars, LLC.

**REQUEST FOR PRODUCTION NO. 44:**

Produce any application for prevailing wage determination and/or prevailing wage determination referenced in Paragraphs 36 and/or 38 of the Complaint.

**REQUEST FOR PRODUCTION NO. 45:**

Produce all documents referenced in Plaintiffs' Initial Disclosures.

**REQUEST FOR PRODUCTION NO. 46:**

Produce every FLSA Consent Form and/or Opt-In Form you executed in connection with this case.

13

**REQUEST FOR PRODUCTION NO. 47:**

Produce all documents, including but not limited to calendars, diaries, and schedules, that reflect days and hours of work for which Plaintiffs claim compensation is due and owing.

**REQUEST FOR PRODUCTION NO. 48:**

Produce all evidence to substantiate your claim that Plaintiffs were not engaged in agricultural labor.

**REQUEST FOR PRODUCTION NO. 49:**

Produce all evidence to substantiate your claim that Defendants operated a sugar mill and a fleet of heavy tractor-trailer trucks used for hauling sugarcane.

**REQUEST FOR PRODUCTION NO. 50:**

Produce all documents showing all hours worked, including any overtime hours claimed.

**REQUEST FOR PRODUCTION NO. 51:**

Produce all documents relating in any way to your claim for, or computation of, damages demanded in this lawsuit.

**REQUEST FOR PRODUCTION NO. 52:**

Produce all evidence you anticipate admitting at trial to show South Central Sugar Cane Growers Association, Inc. deliberately sought to mislead government officials reviewing their applications in order to receive approval to employ H-2A workers by incorrectly stating that they grew crops and that the work to be performed was "agricultural."

**REQUEST FOR PRODUCTION NO. 53:**

Produce all evidence you anticipate admitting at trial to show South Central Sugar Cane Growers' Association, Inc. made false representations to the United States government that Plaintiffs would be employed as agricultural workers.

14

Respectfully submitted,

**PHELPS DUNBAR LLP**

*/s/ Brandon E. Davis*
Brandon E. Davis (La Bar #29823)
Molly McDiarmid (La Bar #36426)
Jennifer Clewis Thomas (*Admitted Pro Hac Vice*)
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130
Telephone: 504-566-1311
Facsimile: 504-568-9130
brandon.davis@phelps.com
molly.mcdiarmid@phelps.com
jennifer.clewis@phelps.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing, on this 22nd day of January, 2026, has been served upon all counsel of record/parties in this proceeding via electronic mail in accordance with the Federal Rules of Civil Procedure.

*/s/ Brandon E. Davis*
Brandon E. Davis

15

PD.60244199.2

## PERSONNEL RECORDS AUTHORIZATION

TO WHOM IT MAY CONCERN:

  This will authorize you to release any and all information in your care, custody or control concerning the hiring, the employment and/or separation of **BALDEMAR CERVANTES LEYVA**, date of birth _____, Social Security No. _____, to the law firm of Phelps Dunbar LLP and/or its attorneys or agents to read and copy, or obtain copies of, any and all records and/or documents in said file.

  Such records should include any and all documents relating to the hiring, employment and/or separation of **BALDEMAR CERVANTES LEYVA**, and are not limited to the following illustrative examples:  personnel file, supervisory file, disciplinary file, all applications for employment, dates of service, pay raises, salary, performance appraisals, benefits, days absent/tardy, and reasons therefor, leave of absence documents, date of termination, reasons therefor, any correspondence, and any other file retained on **BALDEMAR CERVANTES LEYVA**.

  IT IS EXPRESSLY UNDERSTOOD AND AGREED that a photocopy of this Authorization may be used in lieu of the original.


_____       _____
**Date**            **BALDEMAR CERVANTES LEYVA**

PD.11084702.1

## AUTHORIZATION FOR RELEASE OF CRIMINAL AND/OR ARREST RECORDS

The undersigned, **BALDEMAR CERVANTES LEYVA**, **Date of Birth**_____, **Social Security No.**_____, hereby authorizes all state, federal and local law enforcement agencies, including, but not limited to, the Federal Bureau of Investigation, United States Attorneys, the Attorney Generals for all fifty states of the United States of America, all local prosecuting and/or district attorneys, all local and state police departments and the State and U.S. Parole Probation Office to release to the law firm of Phelps Dunbar LLP, and/or its attorneys or agents, any and all of **BALDEMAR CERVANTES LEYVA** arrests, probation, parole and/or criminal records in the possession, custody or control of such entity.

IT IS EXPRESSLY UNDERSTOOD AND AGREED that a photocopy of this Authorization may be used in lieu of the original.


_____                          _____
**Date**                                        **BALDEMAR CERVANTES LEYVA**

PD.11084702.1

## ADMINISTRATIVE RECORDS RELEASE AUTHORIZATION

**TO:**

      I hereby authorize you to furnish to any representative of the law firm of **PHELPS DUNBAR LLP**, any and all administrative records, claims files, reports, recommendations, rulings or any other information or documentation you may have regarding any claims or complaints filed by me.  This release pertains to the records of any administrative agency, including but not limited to, the Office of Workers' Compensation, Department of Labor, the Office of Federal Contract Compliance Program, Equal Employment Opportunity Commission, Social Security Agency, Louisiana Department of Employment Security, National Labor Relations Board, Wage and Hour Division of the Fair Labor Standards Act, Occupational Safety and Health Administration, Louisiana Commission on Human Rights, and Louisiana Health and Welfare Administration.

      I further authorize any representative of the law firm of Phelps Dunbar LLP to obtain, at their expense, photostatic copies of such records as they desire.  I hereby agree that a photostatic copy of this authorization may serve as an original.  All documents should be mailed to:

BRANDON DAVIS OR
TRENNY WILLISTON
Phelps Dunbar LLP
Suite 2000, Canal Place
365 Canal Street
New Orleans, Louisiana 70130-6534

      A copy of the released records obtained by Phelps Dunbar LLP will be furnished to my counsel.

      Signed and dated this _____ day of _____, 2026.

Signature: _____
**BALDEMAR CERVANTES LEYVA**

Name:  **BALDEMAR CERVANTES LEYVA**

Social Security No.: _____

Date of Birth: _____

PD.11084702.1

# HIPAA AUTHORIZATION
## FOR USE AND DISCLOSURE OF INFORMATION
**(Excluding psychotherapy notes)**

**TO:** _____

     **(Provider's Name)**

**Name of Patient:**     **BALDEMAR CERVANTES LEYVA**

**Social Security Number:**     _____

**Date of Birth:**     _____

_____

I understand that any health plan, physician, health care professional, hospital, clinic, laboratory, pharmacy, medical facility, or other health care provider that has provided payment, treatment or services to me or on my behalf will use or disclose the health information in the manner described below until this authorization expires.  I understand that I will receive a copy of this signed authorization for my records.  I also understand that any health information released pursuant to this authorization might be re-disclosed by the recipient, and that any re-disclosure may not be protected by law.  I authorize the Provider to make the following disclosure of my protected health information, as follows:

1.     The purpose of the use or disclosure is the defense of  BALDEMAR CERVANTES LEYVA v. The Administrators of the Tulane Educational Fund et al., pending in Civil District Court, Orleans Parish, Civil Action No. 2023-4082.

2.     The recipient of this information is Rebecca Sha or Trenny Williston, c/o Phelps Dunbar LLP, 365 Canal Street, Suite 2000, New Orleans, LA 70130, and the recipient is hereby authorized to disclose my records, either documentary, written or by oral testimony, to any of its authorized representatives in connection with their defense of the litigation referenced in paragraph 1 above, as well as to my attorney of record in the same matter.

3.     The information that will be used or disclosed are **certified copies** of all my medical records from date of birth through the present, including, but not limited to, itemized billing statements and billing records, x-rays, and any other diagnostic studies, and any results of such studies, relating to any examinations, treatments and/or any other services provided to me by any hospital (both in–patient and out-patient), clinics, physicians, and/or any other health care providers; and to obtain at their expense, photostatic copies of such records as they may desire. This authorization specifically provides my permission to release any such information to which doctor/patient privilege may be claimed, and it shall extend to any services provided for treatment/evaluation of any psychiatric, psychological and/or other mental or emotional condition and/or any treatment/evaluation for alcohol and drug/substance abuse, sexually transmitted diseases, hepatitis, HIV and/or any HIV related illness/injury, and sickle cell anemia. Notwithstanding the broad scope of the above disclosure request, the undersigned does not

EXHIBIT 1

authorize the disclosure of "psychotherapy notes" as such term is defined by the Health Insurance Portability and Accountability Act, 45 CFR §164.501.

4.      The undersigned individual is hereby notified and acknowledges that any health care provider or health plan disclosing the above-requested information may not condition treatment, payment, enrollment or eligibility for benefits on whether the individual signs this authorization.

5.      A photocopy of this authorization shall be considered as effective and valid as the original, and this authorization will remain in effect until settlement or final disposition of the case referenced in paragraph 1 above.

6.      I understand that I can revoke this authorization at any time by providing written notice to Rebecca Sha, c/o Phelps Dunbar LLP, 365 Canal Street, Suite 2000, New Orleans, LA 70130 and/or to the provider listed above.  If I revoke this authorization, my revocation will not apply to any disclosure of my protected health information that occurred before my revocation was received.

7.      By my signature below, I acknowledge that I have kept a copy of this authorization.


Date: _____        _____
                                    Signature of Individual or Individual's Representative

                                    _____
                                    Printed Name of Individual's Representative (If applicable)

                                    _____
                                    Relationship of Representative to Individual (If applicable)


**YOU MAY REFUSE TO SIGN THIS AUTHORIZATION**

## HIPAA AUTHORIZATION
## FOR USE AND DISCLOSURE OF
## PSYCHOTHERAPY NOTES

**TO:** _____
      **(Provider's Name)**

**Name of Patient:**       **BALDEMAR CERVANTES LEYVA**

**Social Security Number:**     _____

**Date of Birth:**          _____

_____

     I understand that any health plan, physician, health care professional, hospital, clinic, laboratory, pharmacy, medical facility, or other health care provider that has provided payment, treatment or services to me or on my behalf will use or disclose the health information in the manner described below until this authorization expires.  I understand that I will receive a copy of this signed authorization for my records.  I also understand that any health information released pursuant to this authorization might be re-disclosed by the recipient, and that any re-disclosure may not be protected by law.  I authorize the Provider to make the following disclosure of my protected health information, as follows:

     1.     The purpose of the use or disclosure is the defense of  BALDEMAR CERVANTES LEYVA v. The Administrators of the Tulane Educational Fund et al.*, pending in Civil District Court, Orleans Parish, Civil Action No. 2023-4082.

     2.     The recipient of this information is Rebecca Sha or Trenny Williston, c/o Phelps Dunbar LLP, 365 Canal Street, Suite 2000, New Orleans, LA 70130, and the recipient is hereby authorized to disclose my records, either documentary, written or by oral testimony, to any of its authorized representatives in connection with their defense of the litigation referenced in paragraph 1 above, as well as to my attorney of record in the same matter.

     3.     The information that will be used or disclosed are certified copies of all "psychotherapy notes," as such term is defined by the Health Insurance Portability and Accountability Act, 45 CFR §164.501.  Under HIPAA, the term "psychotherapy notes" means notes recorded (in any medium) by a health care provider who is a mental health professional documenting or analyzing the contents of conversation during a private counseling session or group, joint or family counseling session and that are separated from the rest of the individual's record.

     4.     The undersigned individual is hereby notified and acknowledges that any health care provider or health plan disclosing the above-requested information may not condition treatment, payment, enrollment or eligibility for benefits on whether the individual signs this authorization.

5.      A photocopy of this authorization shall be considered as effective and valid as the original, and this authorization will remain in effect until settlement or final disposition of the case referenced in paragraph 1 above.

6.      I understand that I can revoke this authorization at any time by providing written notice to Rebecca Sha, c/o Phelps Dunbar LLP, 365 Canal Street, Suite 2000, New Orleans, LA 70130 and/or to the provider listed above.  If I revoke this authorization, my revocation will not apply to any disclosure of my protected health information that occurred before my revocation was received.

7.      By my signature below, I acknowledge that I have kept a copy of this authorization.


Date: _____        _____
                                    Signature of Individual or Individual's Representative


                                    _____
                                    Printed Name of Individual's Representative (If applicable)


                                    _____
                                    Relationship of Representative to Individual (If applicable)



**YOU MAY REFUSE TO SIGN THIS AUTHORIZATION**

PD.11084702.1

EXHIBIT 1

# FAMILY EDUCATIONAL RIGHTS AND PRIVACY ACT (FERPA) AUTHORIZATION TO RELEASE EDUCATIONAL RECORDS

Name of Student:    BALDEMAR CERVANTES LEYVA

SSN:  DOB:

In accordance with Family Educational Rights and Privacy Act of 1974 ("FERPA"), I, the undersigned, hereby authorize _____ to release the following records and information to Trenny Williston and/or Rebecca Sha of the law firm of Phelps Dunbar LLP, 365 Canal Street, Suite 2000, New Orleans, Louisiana 70130:

> A certified copy of any and all documents maintained by _____ pertaining to BALDEMAR CERVANTES LEYVA, date of birth _____, and Social Security No. _____, in any way whatsoever, and consisting of, but not limited to records, notes, photographs, reports, attendance records, grades, disciplines, permission slips, financial records, and/or health records or doctor's notes of any kind.

I understand further that (1) I have the right not to consent to the release of these educational records; (2) I have the right to receive a copy of such records upon request; (3) this consent shall remain in effect until I provide written revocation; and (4) that any such revocation shall not affect disclosures made by _____ prior to the receipt of any such written revocation.

_____
Signature

_____
Date

*\*\*THIS INFORMATION IS RELEASED SUBJECT TO THE CONFIDENTIALITY PROVISIONS OF APPROPRIATE STATE AND FEDERAL LAWS AND REGULATIONS WHICH PROHIBIT ANY FURTHER DISCLOSURE OF THIS INFORMATION WITHOUT THE SPECIFIC WRITTEN CONSENT OF THE PERSON TO WHOM IT PERTAINS, OR AS OTHERWISE PERMITTED BY SUCH REGULATIONS*

**CELL PHONE RECORDS AUTHORIZATION FORM**

To:


      This, or any photostatic copy hereof, will authorize you to furnish to Rebecca Sha, Phelps Dunbar, LLP, 365 Canal Street, Suite 2000, New Orleans, LA  70130, with any and all information requested relating to mobile telephone number _____, including but not limited to statements, bills, data usage records, text message records and text messages, from the time period of  _____ through _____ .  Further, this or any photostatic copy hereof will authorize you to furnish Rebecca Sha of Phelps Dunbar, LLP with any and all records you may have in your possession, custody or control which, in any way, relate to mobile telephone number _____.


DATED:_____                                    _____

                                                     BALDEMAR CERVANTES LEYVA



STATE OF _____

COUNTY/PARISH OF _____


      I, the undersigned, a Notary Public in and for said State and Parish/County, hereby certify that _____, whose name is signed to the foregoing Records Authorization Form, and who is known to me, acknowledged before me on this day that, being informed of the contents of said Records Authorization Form, he/she executed the same voluntarily on the day the same bears date.

      Given under my hand and official seal on this the _____ day of _____, 2023.


                                     _____

                                     NOTARY PUBLIC

(SEAL)                               My Commission

EXHIBIT 1

## <u>PERSONNEL RECORDS AUTHORIZATION</u>

TO WHOM IT MAY CONCERN:

 This will authorize you to release any and all information in your care, custody or control concerning the hiring, the employment and/or separation of **RUBEN ZAYAS REYES**, date of birth _____, Social Security No. _____, to the law firm of Phelps Dunbar LLP and/or its attorneys or agents to read and copy, or obtain copies of, any and all records and/or documents in said file.

 Such records should include any and all documents relating to the hiring, employment and/or separation of **RUBEN ZAYAS REYES**, and are not limited to the following illustrative examples:  personnel file, supervisory file, disciplinary file, all applications for employment, dates of service, pay raises, salary, performance appraisals, benefits, days absent/tardy, and reasons therefor, leave of absence documents, date of termination, reasons therefor, any correspondence, and any other file retained on **RUBEN ZAYAS REYES**.

 IT IS EXPRESSLY UNDERSTOOD AND AGREED that a photocopy of this Authorization may be used in lieu of the original.


_____        _____
**Date**            **RUBEN ZAYAS REYES**

PD.11084702.1

EXHIBIT 1

## AUTHORIZATION FOR RELEASE OF CRIMINAL AND/OR ARREST RECORDS

The undersigned, **RUBEN ZAYAS REYES**, **Date of Birth**_____, **Social Security No.**_____, hereby authorizes all state, federal and local law enforcement agencies, including, but not limited to, the Federal Bureau of Investigation, United States Attorneys, the Attorney Generals for all fifty states of the United States of America, all local prosecuting and/or district attorneys, all local and state police departments and the State and U.S. Parole Probation Office to release to the law firm of Phelps Dunbar LLP, and/or its attorneys or agents, any and all of **RUBEN ZAYAS REYES** arrests, probation, parole and/or criminal records in the possession, custody or control of such entity.

IT IS EXPRESSLY UNDERSTOOD AND AGREED that a photocopy of this Authorization may be used in lieu of the original.


_____                    _____
**Date**                                      **RUBEN ZAYAS REYES**


PD.11084702.1

EXHIBIT 1

## ADMINISTRATIVE RECORDS RELEASE AUTHORIZATION

**TO:**

      I hereby authorize you to furnish to any representative of the law firm of **PHELPS DUNBAR LLP**, any and all administrative records, claims files, reports, recommendations, rulings or any other information or documentation you may have regarding any claims or complaints filed by me.  This release pertains to the records of any administrative agency, including but not limited to, the Office of Workers' Compensation, Department of Labor, the Office of Federal Contract Compliance Program, Equal Employment Opportunity Commission, Social Security Agency, Louisiana Department of Employment Security, National Labor Relations Board, Wage and Hour Division of the Fair Labor Standards Act, Occupational Safety and Health Administration, Louisiana Commission on Human Rights, and Louisiana Health and Welfare Administration.

      I further authorize any representative of the law firm of Phelps Dunbar LLP to obtain, at their expense, photostatic copies of such records as they desire.  I hereby agree that a photostatic copy of this authorization may serve as an original.  All documents should be mailed to:

BRANDON DAVIS OR
TRENNY WILLISTON
Phelps Dunbar LLP
Suite 2000, Canal Place
365 Canal Street
New Orleans, Louisiana 70130-6534

      A copy of the released records obtained by Phelps Dunbar LLP will be furnished to my counsel.

      Signed and dated this _____ day of _____, 2026.

Signature: _____

**RUBEN ZAYAS REYES**

Name:  **RUBEN ZAYAS REYES**

Social Security No.: _____

Date of Birth: _____

PD.11084702.1

# HIPAA AUTHORIZATION

## FOR USE AND DISCLOSURE OF INFORMATION
### (Excluding psychotherapy notes)

**TO:**  _____
(Provider's Name)

**Name of Patient:**        **RUBEN ZAYAS REYES**

**Social Security Number:**        _____

**Date of Birth:**        _____

_____

I understand that any health plan, physician, health care professional, hospital, clinic, laboratory, pharmacy, medical facility, or other health care provider that has provided payment, treatment or services to me or on my behalf will use or disclose the health information in the manner described below until this authorization expires.  I understand that I will receive a copy of this signed authorization for my records.  I also understand that any health information released pursuant to this authorization might be re-disclosed by the recipient, and that any re-disclosure may not be protected by law.  I authorize the Provider to make the following disclosure of my protected health information, as follows:

1.    The purpose of the use or disclosure is the defense of  RUBEN ZAYAS REYES v. The Administrators of the Tulane Educational Fund et al., pending in Civil District Court, Orleans Parish, Civil Action No. 2023-4082.

2.    The recipient of this information is Rebecca Sha or Trenny Williston, c/o Phelps Dunbar LLP, 365 Canal Street, Suite 2000, New Orleans, LA 70130, and the recipient is hereby authorized to disclose my records, either documentary, written or by oral testimony, to any of its authorized representatives in connection with their defense of the litigation referenced in paragraph 1 above, as well as to my attorney of record in the same matter.

3.    The information that will be used or disclosed are **certified copies** of all my medical records from date of birth through the present, including, but not limited to, itemized billing statements and billing records, x-rays, and any other diagnostic studies, and any results of such studies, relating to any examinations, treatments and/or any other services provided to me by any hospital (both in–patient and out-patient), clinics, physicians, and/or any other health care providers; and to obtain at their expense, photostatic copies of such records as they may desire. This authorization specifically provides my permission to release any such information to which doctor/patient privilege may be claimed, and it shall extend to any services provided for treatment/evaluation of any psychiatric, psychological and/or other mental or emotional condition and/or any treatment/evaluation for alcohol and drug/substance abuse, sexually transmitted diseases, hepatitis, HIV and/or any HIV related illness/injury, and sickle cell anemia. Notwithstanding the broad scope of the above disclosure request, the undersigned does not

authorize the disclosure of "psychotherapy notes" as such term is defined by the Health Insurance Portability and Accountability Act, 45 CFR §164.501.

4.      The undersigned individual is hereby notified and acknowledges that any health care provider or health plan disclosing the above-requested information may not condition treatment, payment, enrollment or eligibility for benefits on whether the individual signs this authorization.

5.      A photocopy of this authorization shall be considered as effective and valid as the original, and this authorization will remain in effect until settlement or final disposition of the case referenced in paragraph 1 above.

6.      I understand that I can revoke this authorization at any time by providing written notice to Rebecca Sha, c/o Phelps Dunbar LLP, 365 Canal Street, Suite 2000, New Orleans, LA 70130 and/or to the provider listed above.  If I revoke this authorization, my revocation will not apply to any disclosure of my protected health information that occurred before my revocation was received.

7.      By my signature below, I acknowledge that I have kept a copy of this authorization.


Date: _____        _____
                                    Signature of Individual or Individual's Representative

                                    _____
                                    Printed Name of Individual's Representative (If applicable)

                                    _____
                                    Relationship of Representative to Individual (If applicable)


**YOU MAY REFUSE TO SIGN THIS AUTHORIZATION**

# HIPAA AUTHORIZATION
# FOR USE AND DISCLOSURE OF
# PSYCHOTHERAPY NOTES

**TO:** _____
      **(Provider's Name)**

**Name of Patient:**      **RUBEN ZAYAS REYES**

**Social Security Number:**      _____

**Date of Birth:**      _____

_____

      I understand that any health plan, physician, health care professional, hospital, clinic, laboratory, pharmacy, medical facility, or other health care provider that has provided payment, treatment or services to me or on my behalf will use or disclose the health information in the manner described below until this authorization expires.  I understand that I will receive a copy of this signed authorization for my records.  I also understand that any health information released pursuant to this authorization might be re-disclosed by the recipient, and that any re-disclosure may not be protected by law.  I authorize the Provider to make the following disclosure of my protected health information, as follows:

      1.      The purpose of the use or disclosure is the defense of  RUBEN ZAYAS REYES v. The Administrators of the Tulane Educational Fund et al.*,* pending in Civil District Court, Orleans Parish, Civil Action No. 2023-4082.

      2.      The recipient of this information is Rebecca Sha or Trenny Williston, c/o Phelps Dunbar LLP, 365 Canal Street, Suite 2000, New Orleans, LA 70130, and the recipient is hereby authorized to disclose my records, either documentary, written or by oral testimony, to any of its authorized representatives in connection with their defense of the litigation referenced in paragraph 1 above, as well as to my attorney of record in the same matter.

      3.      The information that will be used or disclosed are certified copies of all "psychotherapy notes," as such term is defined by the Health Insurance Portability and Accountability Act, 45 CFR §164.501.  Under HIPAA, the term "psychotherapy notes" means notes recorded (in any medium) by a health care provider who is a mental health professional documenting or analyzing the contents of conversation during a private counseling session or group, joint or family counseling session and that are separated from the rest of the individual's record.

      4.      The undersigned individual is hereby notified and acknowledges that any health care provider or health plan disclosing the above-requested information may not condition treatment, payment, enrollment or eligibility for benefits on whether the individual signs this authorization.

PD.11084702.1

EXHIBIT 1

5.      A photocopy of this authorization shall be considered as effective and valid as the original, and this authorization will remain in effect until settlement or final disposition of the case referenced in paragraph 1 above.

6.      I understand that I can revoke this authorization at any time by providing written notice to Rebecca Sha, c/o Phelps Dunbar LLP, 365 Canal Street, Suite 2000, New Orleans, LA 70130 and/or to the provider listed above.  If I revoke this authorization, my revocation will not apply to any disclosure of my protected health information that occurred before my revocation was received.

7.      By my signature below, I acknowledge that I have kept a copy of this authorization.

Date: _____

_____
Signature of Individual or Individual's Representative

_____
Printed Name of Individual's Representative (If applicable)

_____
Relationship of Representative to Individual (If applicable)

**YOU MAY REFUSE TO SIGN THIS AUTHORIZATION**

EXHIBIT 1

# FAMILY EDUCATIONAL RIGHTS AND PRIVACY ACT (FERPA) AUTHORIZATION TO RELEASE EDUCATIONAL RECORDS

Name of Student:        RUBEN ZAYAS REYES

SSN:   DOB:

In accordance with Family Educational Rights and Privacy Act of 1974 ("FERPA"), I, the undersigned, hereby authorize _____ to release the following records and information to Trenny Williston and/or Rebecca Sha of the law firm of Phelps Dunbar LLP, 365 Canal Street, Suite 2000, New Orleans, Louisiana 70130:

> A certified copy of any and all documents maintained by _____ pertaining to RUBEN ZAYAS REYES, date of birth _____, and Social Security No. _____, in any way whatsoever, and consisting of, but not limited to records, notes, photographs, reports, attendance records, grades, disciplines, permission slips, financial records, and/or health records or doctor's notes of any kind.

I understand further that (1) I have the right not to consent to the release of these educational records; (2) I have the right to receive a copy of such records upon request; (3) this consent shall remain in effect until I provide written revocation; and (4) that any such revocation shall not affect disclosures made by _____ prior to the receipt of any such written revocation.

_____
Signature

_____
Date

*\*\*THIS INFORMATION IS RELEASED SUBJECT TO THE CONFIDENTIALITY PROVISIONS OF APPROPRIATE STATE AND FEDERAL LAWS AND REGULATIONS WHICH PROHIBIT ANY FURTHER DISCLOSURE OF THIS INFORMATION WITHOUT THE SPECIFIC WRITTEN CONSENT OF THE PERSON TO WHOM IT PERTAINS, OR AS OTHERWISE PERMITTED BY SUCH REGULATIONS*

## CELL PHONE RECORDS AUTHORIZATION FORM

To:


      This, or any photostatic copy hereof, will authorize you to furnish to Rebecca Sha, Phelps Dunbar, LLP, 365 Canal Street, Suite 2000, New Orleans, LA   70130, with any and all information requested relating to mobile telephone number _____, including but not limited to statements, bills, data usage records, text message records and text messages, from the time period of  _____ through _____ .  Further, this or any photostatic copy hereof will authorize you to furnish Rebecca Sha of Phelps Dunbar, LLP with any and all records you may have in your possession, custody or control which, in any way, relate to mobile telephone number _____.


DATED:_____                    _____
                                       RUBEN ZAYAS REYES



STATE OF _____

COUNTY/PARISH OF _____


      I, the undersigned, a Notary Public in and for said State and Parish/County, hereby certify that _____, whose name is signed to the foregoing Records Authorization Form, and who is known to me, acknowledged before me on this day that, being informed of the contents of said Records Authorization Form, he/she executed the same voluntarily on the day the same bears date.

      Given under my hand and official seal on this the _____ day of _____, 2023.



                                       _____
                                       NOTARY PUBLIC
(SEAL)                                 My Commission



PD.11084702.1

## <u>PERSONNEL RECORDS AUTHORIZATION</u>

TO WHOM IT MAY CONCERN:

This will authorize you to release any and all information in your care, custody or control concerning the hiring, the employment and/or separation of **JOSE DE JESUS SOTO-REZA**, date of birth _____, Social Security No. _____, to the law firm of Phelps Dunbar LLP and/or its attorneys or agents to read and copy, or obtain copies of, any and all records and/or documents in said file.

Such records should include any and all documents relating to the hiring, employment and/or separation of **JOSE DE JESUS SOTO-REZA**, and are not limited to the following illustrative examples:  personnel file, supervisory file, disciplinary file, all applications for employment, dates of service, pay raises, salary, performance appraisals, benefits, days absent/tardy, and reasons therefor, leave of absence documents, date of termination, reasons therefor, any correspondence, and any other file retained on **JOSE DE JESUS SOTO-REZA**.

IT IS EXPRESSLY UNDERSTOOD AND AGREED that a photocopy of this Authorization may be used in lieu of the original.


_____                    _____
**Date**                                        **JOSE DE JESUS SOTO-REZA**


PD.11084702.1

## AUTHORIZATION FOR RELEASE OF CRIMINAL AND/OR ARREST RECORDS

The undersigned, **JOSE DE JESUS SOTO-REZA**, **Date of Birth_____**, **Social Security No._____**, hereby authorizes all state, federal and local law enforcement agencies, including, but not limited to, the Federal Bureau of Investigation, United States Attorneys, the Attorney Generals for all fifty states of the United States of America, all local prosecuting and/or district attorneys, all local and state police departments and the State and U.S. Parole Probation Office to release to the law firm of Phelps Dunbar LLP, and/or its attorneys or agents, any and all of **JOSE DE JESUS SOTO-REZA** arrests, probation, parole and/or criminal records in the possession, custody or control of such entity.

IT IS EXPRESSLY UNDERSTOOD AND AGREED that a photocopy of this Authorization may be used in lieu of the original.


_____
**Date**

_____
**JOSE DE JESUS SOTO-REZA**


PD.11084702.1

EXHIBIT 1

## ADMINISTRATIVE RECORDS RELEASE AUTHORIZATION

**TO:**

I hereby authorize you to furnish to any representative of the law firm of **PHELPS DUNBAR LLP**, any and all administrative records, claims files, reports, recommendations, rulings or any other information or documentation you may have regarding any claims or complaints filed by me. This release pertains to the records of any administrative agency, including but not limited to, the Office of Workers' Compensation, Department of Labor, the Office of Federal Contract Compliance Program, Equal Employment Opportunity Commission, Social Security Agency, Louisiana Department of Employment Security, National Labor Relations Board, Wage and Hour Division of the Fair Labor Standards Act, Occupational Safety and Health Administration, Louisiana Commission on Human Rights, and Louisiana Health and Welfare Administration.

I further authorize any representative of the law firm of Phelps Dunbar LLP to obtain, at their expense, photostatic copies of such records as they desire. I hereby agree that a photostatic copy of this authorization may serve as an original. All documents should be mailed to:

BRANDON DAVIS OR
TRENNY WILLISTON
Phelps Dunbar LLP
Suite 2000, Canal Place
365 Canal Street
New Orleans, Louisiana 70130-6534

A copy of the released records obtained by Phelps Dunbar LLP will be furnished to my counsel.

Signed and dated this _____ day of _____, 2026.

Signature: _____

**JOSE DE JESUS SOTO-REZA**

Name:  **JOSE DE JESUS SOTO-REZA**

Social Security No.: _____

Date of Birth: _____

# HIPAA AUTHORIZATION
## FOR USE AND DISCLOSURE OF INFORMATION
### (Excluding psychotherapy notes)

**TO:** _____
  **(Provider's Name)**

**Name of Patient:**        **JOSE DE JESUS SOTO-REZA**

**Social Security Number:**        _____

**Date of Birth:**        _____

I understand that any health plan, physician, health care professional, hospital, clinic, laboratory, pharmacy, medical facility, or other health care provider that has provided payment, treatment or services to me or on my behalf will use or disclose the health information in the manner described below until this authorization expires.  I understand that I will receive a copy of this signed authorization for my records.  I also understand that any health information released pursuant to this authorization might be re-disclosed by the recipient, and that any re-disclosure may not be protected by law.  I authorize the Provider to make the following disclosure of my protected health information, as follows:

1.      The purpose of the use or disclosure is the defense of  JOSE DE JESUS SOTO-REZA v. The Administrators of the Tulane Educational Fund et al., pending in Civil District Court, Orleans Parish, Civil Action No. 2023-4082.

2.      The recipient of this information is Rebecca Sha or Trenny Williston, c/o Phelps Dunbar LLP, 365 Canal Street, Suite 2000, New Orleans, LA 70130, and the recipient is hereby authorized to disclose my records, either documentary, written or by oral testimony, to any of its authorized representatives in connection with their defense of the litigation referenced in paragraph 1 above, as well as to my attorney of record in the same matter.

3.      The information that will be used or disclosed are **certified copies** of all my medical records from date of birth through the present, including, but not limited to, itemized billing statements and billing records, x-rays, and any other diagnostic studies, and any results of such studies, relating to any examinations, treatments and/or any other services provided to me by any hospital (both in–patient and out-patient), clinics, physicians, and/or any other health care providers; and to obtain at their expense, photostatic copies of such records as they may desire. This authorization specifically provides my permission to release any such information to which doctor/patient privilege may be claimed, and it shall extend to any services provided for treatment/evaluation of any psychiatric, psychological and/or other mental or emotional condition and/or any treatment/evaluation for alcohol and drug/substance abuse, sexually transmitted diseases, hepatitis, HIV and/or any HIV related illness/injury, and sickle cell anemia. Notwithstanding the broad scope of the above disclosure request, the undersigned does not

EXHIBIT 1

authorize the disclosure of "psychotherapy notes" as such term is defined by the Health Insurance Portability and Accountability Act, 45 CFR §164.501.

4.  The undersigned individual is hereby notified and acknowledges that any health care provider or health plan disclosing the above-requested information may not condition treatment, payment, enrollment or eligibility for benefits on whether the individual signs this authorization.

5.  A photocopy of this authorization shall be considered as effective and valid as the original, and this authorization will remain in effect until settlement or final disposition of the case referenced in paragraph 1 above.

6.  I understand that I can revoke this authorization at any time by providing written notice to Rebecca Sha, c/o Phelps Dunbar LLP, 365 Canal Street, Suite 2000, New Orleans, LA 70130 and/or to the provider listed above.  If I revoke this authorization, my revocation will not apply to any disclosure of my protected health information that occurred before my revocation was received.

7.  By my signature below, I acknowledge that I have kept a copy of this authorization.

Date: _____        _____
                                    Signature of Individual or Individual's Representative

                                    _____
                                    Printed Name of Individual's Representative (If applicable)

                                    _____
                                    Relationship of Representative to Individual (If applicable)

**YOU MAY REFUSE TO SIGN THIS AUTHORIZATION**

EXHIBIT 1

**HIPAA AUTHORIZATION
FOR USE AND DISCLOSURE OF
PSYCHOTHERAPY NOTES**

TO: _____
      (Provider's Name)

**Name of Patient:**      **JOSE DE JESUS SOTO-REZA**

**Social Security Number:**      _____

**Date of Birth:**      _____

_____

I understand that any health plan, physician, health care professional, hospital, clinic, laboratory, pharmacy, medical facility, or other health care provider that has provided payment, treatment or services to me or on my behalf will use or disclose the health information in the manner described below until this authorization expires. I understand that I will receive a copy of this signed authorization for my records. I also understand that any health information released pursuant to this authorization might be re-disclosed by the recipient, and that any re-disclosure may not be protected by law. I authorize the Provider to make the following disclosure of my protected health information, as follows:

1. The purpose of the use or disclosure is the defense of JOSE DE JESUS SOTO-REZA v. The Administrators of the Tulane Educational Fund et al., pending in Civil District Court, Orleans Parish, Civil Action No. 2023-4082.

2. The recipient of this information is Rebecca Sha or Trenny Williston, c/o Phelps Dunbar LLP, 365 Canal Street, Suite 2000, New Orleans, LA 70130, and the recipient is hereby authorized to disclose my records, either documentary, written or by oral testimony, to any of its authorized representatives in connection with their defense of the litigation referenced in paragraph 1 above, as well as to my attorney of record in the same matter.

3. The information that will be used or disclosed are certified copies of all "psychotherapy notes," as such term is defined by the Health Insurance Portability and Accountability Act, 45 CFR §164.501. Under HIPAA, the term "psychotherapy notes" means notes recorded (in any medium) by a health care provider who is a mental health professional documenting or analyzing the contents of conversation during a private counseling session or group, joint or family counseling session and that are separated from the rest of the individual's record.

4. The undersigned individual is hereby notified and acknowledges that any health care provider or health plan disclosing the above-requested information may not condition treatment, payment, enrollment or eligibility for benefits on whether the individual signs this authorization.

PD.11084702.1

EXHIBIT 1

5.      A photocopy of this authorization shall be considered as effective and valid as the original, and this authorization will remain in effect until settlement or final disposition of the case referenced in paragraph 1 above.

6.      I understand that I can revoke this authorization at any time by providing written notice to Rebecca Sha, c/o Phelps Dunbar LLP, 365 Canal Street, Suite 2000, New Orleans, LA 70130 and/or to the provider listed above.  If I revoke this authorization, my revocation will not apply to any disclosure of my protected health information that occurred before my revocation was received.

7.      By my signature below, I acknowledge that I have kept a copy of this authorization.

Date: _____        _____
                                  Signature of Individual or Individual's Representative

                                  _____
                                  Printed Name of Individual's Representative (If applicable)

                                  _____
                                  Relationship of Representative to Individual (If applicable)

**YOU MAY REFUSE TO SIGN THIS AUTHORIZATION**

EXHIBIT 1

# FAMILY EDUCATIONAL RIGHTS AND PRIVACY ACT (FERPA) AUTHORIZATION TO RELEASE EDUCATIONAL RECORDS

Name of Student:    JOSE DE JESUS SOTO-REZA

SSN:  DOB:

In accordance with Family Educational Rights and Privacy Act of 1974 ("FERPA"), I, the undersigned, hereby authorize _____ to release the following records and information to Trenny Williston and/or Rebecca Sha of the law firm of Phelps Dunbar LLP, 365 Canal Street, Suite 2000, New Orleans, Louisiana 70130:

> A certified copy of any and all documents maintained by _____ pertaining to JOSE DE JESUS SOTO-REZA, date of birth _____, and Social Security No. _____, in any way whatsoever, and consisting of, but not limited to records, notes, photographs, reports, attendance records, grades, disciplines, permission slips, financial records, and/or health records or doctor's notes of any kind.

I understand further that (1) I have the right not to consent to the release of these educational records; (2) I have the right to receive a copy of such records upon request; (3) this consent shall remain in effect until I provide written revocation; and (4) that any such revocation shall not affect disclosures made by _____ prior to the receipt of any such written revocation.

_____
Signature

_____
Date

*__**THIS INFORMATION IS RELEASED SUBJECT TO THE CONFIDENTIALITY PROVISIONS OF APPROPRIATE STATE AND FEDERAL LAWS AND REGULATIONS WHICH PROHIBIT ANY FURTHER DISCLOSURE OF THIS INFORMATION WITHOUT THE SPECIFIC WRITTEN CONSENT OF THE PERSON TO WHOM IT PERTAINS, OR AS OTHERWISE PERMITTED BY SUCH REGULATIONS*__*

PD.11084702.1

EXHIBIT 1

## CELL PHONE RECORDS AUTHORIZATION FORM

To:

      This, or any photostatic copy hereof, will authorize you to furnish to Rebecca Sha, Phelps Dunbar, LLP, 365 Canal Street, Suite 2000, New Orleans, LA  70130, with any and all information requested relating to mobile telephone number _____, including but not limited to statements, bills, data usage records, text message records and text messages, from the time period of  _____ through _____ .  Further, this or any photostatic copy hereof will authorize you to furnish Rebecca Sha of Phelps Dunbar, LLP with any and all records you may have in your possession, custody or control which, in any way, relate to mobile telephone number _____.

DATED:_____                          _____

                                         JOSE DE JESUS SOTO-REZA

STATE OF _____

COUNTY/PARISH OF _____

      I, the undersigned, a Notary Public in and for said State and Parish/County, hereby certify that _____, whose name is signed to the foregoing Records Authorization Form, and who is known to me, acknowledged before me on this day that, being informed of the contents of said Records Authorization Form, he/she executed the same voluntarily on the day the same bears date.

      Given under my hand and official seal on this the _____ day of _____, 2023.

                                _____

                                       NOTARY PUBLIC

(SEAL)                                  My Commission

## <u>PERSONNEL RECORDS AUTHORIZATION</u>

TO WHOM IT MAY CONCERN:

      This will authorize you to release any and all information in your care, custody or control concerning the hiring, the employment and/or separation of **BALDEMAR CERVANTES LEYVA**, date of birth _____, Social Security No. _____, to the law firm of Phelps Dunbar LLP and/or its attorneys or agents to read and copy, or obtain copies of, any and all records and/or documents in said file.

      Such records should include any and all documents relating to the hiring, employment and/or separation of **BALDEMAR CERVANTES LEYVA**, and are not limited to the following illustrative examples:  personnel file, supervisory file, disciplinary file, all applications for employment, dates of service, pay raises, salary, performance appraisals, benefits, days absent/tardy, and reasons therefor, leave of absence documents, date of termination, reasons therefor, any correspondence, and any other file retained on **BALDEMAR CERVANTES LEYVA**.

      IT IS EXPRESSLY UNDERSTOOD AND AGREED that a photocopy of this Authorization may be used in lieu of the original.


_____
**Date**

_____
**BALDEMAR CERVANTES LEYVA**

PD.11084702.1

EXHIBIT 1

## AUTHORIZATION FOR RELEASE OF CRIMINAL AND/OR ARREST RECORDS

The undersigned, **BALDEMAR CERVANTES LEYVA**, **Date of Birth**_____, **Social Security No.**_____, hereby authorizes all state, federal and local law enforcement agencies, including, but not limited to, the Federal Bureau of Investigation, United States Attorneys, the Attorney Generals for all fifty states of the United States of America, all local prosecuting and/or district attorneys, all local and state police departments and the State and U.S. Parole Probation Office to release to the law firm of Phelps Dunbar LLP, and/or its attorneys or agents, any and all of **BALDEMAR CERVANTES LEYVA** arrests, probation, parole and/or criminal records in the possession, custody or control of such entity.

IT IS EXPRESSLY UNDERSTOOD AND AGREED that a photocopy of this Authorization may be used in lieu of the original.

_____
**Date**

_____
**BALDEMAR CERVANTES LEYVA**

PD.11084702.1

## ADMINISTRATIVE RECORDS RELEASE AUTHORIZATION

**TO:**

      I hereby authorize you to furnish to any representative of the law firm of **PHELPS DUNBAR LLP**, any and all administrative records, claims files, reports, recommendations, rulings or any other information or documentation you may have regarding any claims or complaints filed by me.  This release pertains to the records of any administrative agency, including but not limited to, the Office of Workers' Compensation, Department of Labor, the Office of Federal Contract Compliance Program, Equal Employment Opportunity Commission, Social Security Agency, Louisiana Department of Employment Security, National Labor Relations Board, Wage and Hour Division of the Fair Labor Standards Act, Occupational Safety and Health Administration, Louisiana Commission on Human Rights, and Louisiana Health and Welfare Administration.

      I further authorize any representative of the law firm of Phelps Dunbar LLP to obtain, at their expense, photostatic copies of such records as they desire.  I hereby agree that a photostatic copy of this authorization may serve as an original.  All documents should be mailed to:

BRANDON DAVIS OR
TRENNY WILLISTON
Phelps Dunbar LLP
Suite 2000, Canal Place
365 Canal Street
New Orleans, Louisiana 70130-6534

      A copy of the released records obtained by Phelps Dunbar LLP will be furnished to my counsel.

      Signed and dated this _____ day of _____, 2026.


      Signature: _____
                    **BALDEMAR CERVANTES LEYVA**


Name:  **BALDEMAR CERVANTES LEYVA**

Social Security No.: _____

Date of Birth: _____

# HIPAA AUTHORIZATION
## FOR USE AND DISCLOSURE OF INFORMATION
### (Excluding psychotherapy notes)

**TO:** _____
(Provider's Name)

**Name of Patient:**          **BALDEMAR CERVANTES LEYVA**

**Social Security Number:**          _____

**Date of Birth:**          _____

_____

I understand that any health plan, physician, health care professional, hospital, clinic, laboratory, pharmacy, medical facility, or other health care provider that has provided payment, treatment or services to me or on my behalf will use or disclose the health information in the manner described below until this authorization expires. I understand that I will receive a copy of this signed authorization for my records. I also understand that any health information released pursuant to this authorization might be re-disclosed by the recipient, and that any re-disclosure may not be protected by law. I authorize the Provider to make the following disclosure of my protected health information, as follows:

1.      The purpose of the use or disclosure is the defense of  BALDEMAR CERVANTES LEYVA v. The Administrators of the Tulane Educational Fund et al., pending in Civil District Court, Orleans Parish, Civil Action No. 2023-4082.

2.      The recipient of this information is Rebecca Sha or Trenny Williston, c/o Phelps Dunbar LLP, 365 Canal Street, Suite 2000, New Orleans, LA 70130, and the recipient is hereby authorized to disclose my records, either documentary, written or by oral testimony, to any of its authorized representatives in connection with their defense of the litigation referenced in paragraph 1 above, as well as to my attorney of record in the same matter.

3.      The information that will be used or disclosed are **certified copies** of all my medical records from date of birth through the present, including, but not limited to, itemized billing statements and billing records, x-rays, and any other diagnostic studies, and any results of such studies, relating to any examinations, treatments and/or any other services provided to me by any hospital (both in–patient and out-patient), clinics, physicians, and/or any other health care providers; and to obtain at their expense, photostatic copies of such records as they may desire. This authorization specifically provides my permission to release any such information to which doctor/patient privilege may be claimed, and it shall extend to any services provided for treatment/evaluation of any psychiatric, psychological and/or other mental or emotional condition and/or any treatment/evaluation for alcohol and drug/substance abuse, sexually transmitted diseases, hepatitis, HIV and/or any HIV related illness/injury, and sickle cell anemia. Notwithstanding the broad scope of the above disclosure request, the undersigned does not

PD.11084702.1

EXHIBIT 1

authorize the disclosure of "psychotherapy notes" as such term is defined by the Health Insurance Portability and Accountability Act, 45 CFR §164.501.

4.     The undersigned individual is hereby notified and acknowledges that any health care provider or health plan disclosing the above-requested information may not condition treatment, payment, enrollment or eligibility for benefits on whether the individual signs this authorization.

5.     A photocopy of this authorization shall be considered as effective and valid as the original, and this authorization will remain in effect until settlement or final disposition of the case referenced in paragraph 1 above.

6.     I understand that I can revoke this authorization at any time by providing written notice to Rebecca Sha, c/o Phelps Dunbar LLP, 365 Canal Street, Suite 2000, New Orleans, LA 70130 and/or to the provider listed above.  If I revoke this authorization, my revocation will not apply to any disclosure of my protected health information that occurred before my revocation was received.

7.     By my signature below, I acknowledge that I have kept a copy of this authorization.


Date: _____     _____
                                Signature of Individual or Individual's Representative

                                _____
                                Printed Name of Individual's Representative (If applicable)

                                _____
                                Relationship of Representative to Individual (If applicable)


**YOU MAY REFUSE TO SIGN THIS AUTHORIZATION**


PD.11084702.1

EXHIBIT 1

# HIPAA AUTHORIZATION
# FOR USE AND DISCLOSURE OF
# PSYCHOTHERAPY NOTES

**TO:** _____
  **(Provider's Name)**

**Name of Patient:**    **BALDEMAR CERVANTES LEYVA**

**Social Security Number:**    _____

**Date of Birth:**    _____

_____

I understand that any health plan, physician, health care professional, hospital, clinic, laboratory, pharmacy, medical facility, or other health care provider that has provided payment, treatment or services to me or on my behalf will use or disclose the health information in the manner described below until this authorization expires. I understand that I will receive a copy of this signed authorization for my records. I also understand that any health information released pursuant to this authorization might be re-disclosed by the recipient, and that any re-disclosure may not be protected by law. I authorize the Provider to make the following disclosure of my protected health information, as follows:

1.    The purpose of the use or disclosure is the defense of BALDEMAR CERVANTES LEYVA v. The Administrators of the Tulane Educational Fund et al.*,* pending in Civil District Court, Orleans Parish, Civil Action No. 2023-4082.

2.    The recipient of this information is Rebecca Sha or Trenny Williston, c/o Phelps Dunbar LLP, 365 Canal Street, Suite 2000, New Orleans, LA 70130, and the recipient is hereby authorized to disclose my records, either documentary, written or by oral testimony, to any of its authorized representatives in connection with their defense of the litigation referenced in paragraph 1 above, as well as to my attorney of record in the same matter.

3.    The information that will be used or disclosed are certified copies of all "psychotherapy notes," as such term is defined by the Health Insurance Portability and Accountability Act, 45 CFR §164.501. Under HIPAA, the term "psychotherapy notes" means notes recorded (in any medium) by a health care provider who is a mental health professional documenting or analyzing the contents of conversation during a private counseling session or group, joint or family counseling session and that are separated from the rest of the individual's record.

4.    The undersigned individual is hereby notified and acknowledges that any health care provider or health plan disclosing the above-requested information may not condition treatment, payment, enrollment or eligibility for benefits on whether the individual signs this authorization.

PD.11084702.1

5.      A photocopy of this authorization shall be considered as effective and valid as the original, and this authorization will remain in effect until settlement or final disposition of the case referenced in paragraph 1 above.

6.      I understand that I can revoke this authorization at any time by providing written notice to Rebecca Sha, c/o Phelps Dunbar LLP, 365 Canal Street, Suite 2000, New Orleans, LA 70130 and/or to the provider listed above.  If I revoke this authorization, my revocation will not apply to any disclosure of my protected health information that occurred before my revocation was received.

7.      By my signature below, I acknowledge that I have kept a copy of this authorization.

Date: _____          _____

Signature of Individual or Individual's Representative

_____

Printed Name of Individual's Representative (If applicable)

_____

Relationship of Representative to Individual (If applicable)

**YOU MAY REFUSE TO SIGN THIS AUTHORIZATION**

EXHIBIT 1

# FAMILY EDUCATIONAL RIGHTS AND PRIVACY ACT (FERPA) AUTHORIZATION TO RELEASE EDUCATIONAL RECORDS

Name of Student:     BALDEMAR CERVANTES LEYVA

SSN:  DOB:

In accordance with Family Educational Rights and Privacy Act of 1974 ("FERPA"), I, the undersigned, hereby authorize _____ to release the following records and information to Trenny Williston and/or Rebecca Sha of the law firm of Phelps Dunbar LLP, 365 Canal Street, Suite 2000, New Orleans, Louisiana 70130:

> A certified copy of any and all documents maintained by _____ pertaining to BALDEMAR CERVANTES LEYVA, date of birth _____, and Social Security No. _____, in any way whatsoever, and consisting of, but not limited to records, notes, photographs, reports, attendance records, grades, disciplines, permission slips, financial records, and/or health records or doctor's notes of any kind.

I understand further that (1) I have the right not to consent to the release of these educational records; (2) I have the right to receive a copy of such records upon request; (3) this consent shall remain in effect until I provide written revocation; and (4) that any such revocation shall not affect disclosures made by _____ prior to the receipt of any such written revocation.

_____
Signature

_____
Date

*__**THIS INFORMATION IS RELEASED SUBJECT TO THE CONFIDENTIALITY PROVISIONS OF APPROPRIATE STATE AND FEDERAL LAWS AND REGULATIONS WHICH PROHIBIT ANY FURTHER DISCLOSURE OF THIS INFORMATION WITHOUT THE SPECIFIC WRITTEN CONSENT OF THE PERSON TO WHOM IT PERTAINS, OR AS OTHERWISE PERMITTED BY SUCH REGULATIONS*__*

PD.11084702.1

EXHIBIT 1

## **CELL PHONE RECORDS AUTHORIZATION FORM**

To:

      This, or any photostatic copy hereof, will authorize you to furnish to Rebecca Sha, Phelps Dunbar, LLP, 365 Canal Street, Suite 2000, New Orleans, LA  70130, with any and all information requested relating to mobile telephone number _____, including but not limited to statements, bills, data usage records, text message records and text messages, from the time period of  _____ through _____ .  Further, this or any photostatic copy hereof will authorize you to furnish Rebecca Sha of Phelps Dunbar, LLP with any and all records you may have in your possession, custody or control which, in any way, relate to mobile telephone number _____.

DATED:_____                 _____

                                                BALDEMAR CERVANTES LEYVA

STATE OF _____

COUNTY/PARISH OF _____

      I, the undersigned, a Notary Public in and for said State and Parish/County, hereby certify that _____, whose name is signed to the foregoing Records Authorization Form, and who is known to me, acknowledged before me on this day that, being informed of the contents of said Records Authorization Form, he/she executed the same voluntarily on the day the same bears date.

      Given under my hand and official seal on this the _____ day of _____, 2023.

                                        _____

                                        NOTARY PUBLIC

(SEAL)                                 My Commission

PD.11084702.1

## <u>PERSONNEL RECORDS AUTHORIZATION</u>

TO WHOM IT MAY CONCERN:

 This will authorize you to release any and all information in your care, custody or control concerning the hiring, the employment and/or separation of **ARNULFO VILLEGAS MIRANDA**, date of birth _____, Social Security No. _____, to the law firm of Phelps Dunbar LLP and/or its attorneys or agents to read and copy, or obtain copies of, any and all records and/or documents in said file.

 Such records should include any and all documents relating to the hiring, employment and/or separation of **ARNULFO VILLEGAS MIRANDA**, and are not limited to the following illustrative examples:  personnel file, supervisory file, disciplinary file, all applications for employment, dates of service, pay raises, salary, performance appraisals, benefits, days absent/tardy, and reasons therefor, leave of absence documents, date of termination, reasons therefor, any correspondence, and any other file retained on **ARNULFO VILLEGAS MIRANDA**.

 IT IS EXPRESSLY UNDERSTOOD AND AGREED that a photocopy of this Authorization may be used in lieu of the original.


_____
**Date**

_____
**ARNULFO VILLEGAS MIRANDA**

## AUTHORIZATION FOR RELEASE OF CRIMINAL AND/OR ARREST RECORDS

The undersigned, **ARNULFO VILLEGAS MIRANDA**, **Date of Birth**_____, **Social Security No.**_____, hereby authorizes all state, federal and local law enforcement agencies, including, but not limited to, the Federal Bureau of Investigation, United States Attorneys, the Attorney Generals for all fifty states of the United States of America, all local prosecuting and/or district attorneys, all local and state police departments and the State and U.S. Parole Probation Office to release to the law firm of Phelps Dunbar LLP, and/or its attorneys or agents, any and all of **ARNULFO VILLEGAS MIRANDA** arrests, probation, parole and/or criminal records in the possession, custody or control of such entity.

IT IS EXPRESSLY UNDERSTOOD AND AGREED that a photocopy of this Authorization may be used in lieu of the original.


_____

**Date**

_____

**ARNULFO VILLEGAS MIRANDA**


PD.11084702.1

EXHIBIT 1

## ADMINISTRATIVE RECORDS RELEASE AUTHORIZATION

**TO:**

I hereby authorize you to furnish to any representative of the law firm of **PHELPS DUNBAR LLP**, any and all administrative records, claims files, reports, recommendations, rulings or any other information or documentation you may have regarding any claims or complaints filed by me.  This release pertains to the records of any administrative agency, including but not limited to, the Office of Workers' Compensation, Department of Labor, the Office of Federal Contract Compliance Program, Equal Employment Opportunity Commission, Social Security Agency, Louisiana Department of Employment Security, National Labor Relations Board, Wage and Hour Division of the Fair Labor Standards Act, Occupational Safety and Health Administration, Louisiana Commission on Human Rights, and Louisiana Health and Welfare Administration.

I further authorize any representative of the law firm of Phelps Dunbar LLP to obtain, at their expense, photostatic copies of such records as they desire.  I hereby agree that a photostatic copy of this authorization may serve as an original.  All documents should be mailed to:

BRANDON DAVIS OR
TRENNY WILLISTON
Phelps Dunbar LLP
Suite 2000, Canal Place
365 Canal Street
New Orleans, Louisiana 70130-6534

A copy of the released records obtained by Phelps Dunbar LLP will be furnished to my counsel.

Signed and dated this _____ day of _____, 2026.

Signature:  _____
**ARNULFO VILLEGAS MIRANDA**

Name:  **ARNULFO VILLEGAS MIRANDA**

Social Security No.:  _____

Date of Birth:  _____

PD.11084702.1

# HIPAA AUTHORIZATION
## FOR USE AND DISCLOSURE OF INFORMATION
### (Excluding psychotherapy notes)

**TO:** _____
      **(Provider's Name)**

**Name of Patient:**        **ARNULFO VILLEGAS MIRANDA**

**Social Security Number:**        _____

**Date of Birth:**        _____

_____

I understand that any health plan, physician, health care professional, hospital, clinic, laboratory, pharmacy, medical facility, or other health care provider that has provided payment, treatment or services to me or on my behalf will use or disclose the health information in the manner described below until this authorization expires. I understand that I will receive a copy of this signed authorization for my records. I also understand that any health information released pursuant to this authorization might be re-disclosed by the recipient, and that any re-disclosure may not be protected by law. I authorize the Provider to make the following disclosure of my protected health information, as follows:

1.    The purpose of the use or disclosure is the defense of ARNULFO VILLEGAS MIRANDA v. The Administrators of the Tulane Educational Fund et al., pending in Civil District Court, Orleans Parish, Civil Action No. 2023-4082.

2.    The recipient of this information is Rebecca Sha or Trenny Williston, c/o Phelps Dunbar LLP, 365 Canal Street, Suite 2000, New Orleans, LA 70130, and the recipient is hereby authorized to disclose my records, either documentary, written or by oral testimony, to any of its authorized representatives in connection with their defense of the litigation referenced in paragraph 1 above, as well as to my attorney of record in the same matter.

3.    The information that will be used or disclosed are **certified copies** of all my medical records from date of birth through the present, including, but not limited to, itemized billing statements and billing records, x-rays, and any other diagnostic studies, and any results of such studies, relating to any examinations, treatments and/or any other services provided to me by any hospital (both in–patient and out-patient), clinics, physicians, and/or any other health care providers; and to obtain at their expense, photostatic copies of such records as they may desire. This authorization specifically provides my permission to release any such information to which doctor/patient privilege may be claimed, and it shall extend to any services provided for treatment/evaluation of any psychiatric, psychological and/or other mental or emotional condition and/or any treatment/evaluation for alcohol and drug/substance abuse, sexually transmitted diseases, hepatitis, HIV and/or any HIV related illness/injury, and sickle cell anemia. Notwithstanding the broad scope of the above disclosure request, the undersigned does not

authorize the disclosure of "psychotherapy notes" as such term is defined by the Health Insurance Portability and Accountability Act, 45 CFR §164.501.

4.      The undersigned individual is hereby notified and acknowledges that any health care provider or health plan disclosing the above-requested information may not condition treatment, payment, enrollment or eligibility for benefits on whether the individual signs this authorization.

5.      A photocopy of this authorization shall be considered as effective and valid as the original, and this authorization will remain in effect until settlement or final disposition of the case referenced in paragraph 1 above.

6.      I understand that I can revoke this authorization at any time by providing written notice to Rebecca Sha, c/o Phelps Dunbar LLP, 365 Canal Street, Suite 2000, New Orleans, LA 70130 and/or to the provider listed above.  If I revoke this authorization, my revocation will not apply to any disclosure of my protected health information that occurred before my revocation was received.

7.      By my signature below, I acknowledge that I have kept a copy of this authorization.


Date: _____      _____
                                            Signature of Individual or Individual's Representative

                                            _____
                                            Printed Name of Individual's Representative (If applicable)

                                            _____
                                            Relationship of Representative to Individual (If applicable)


**YOU MAY REFUSE TO SIGN THIS AUTHORIZATION**

# HIPAA AUTHORIZATION
# FOR USE AND DISCLOSURE OF
# PSYCHOTHERAPY NOTES

**TO:**  _____

    **(Provider's Name)**

**Name of Patient:**    **ARNULFO VILLEGAS MIRANDA**

**Social Security Number:**    _____

**Date of Birth:**    _____

_____

    I understand that any health plan, physician, health care professional, hospital, clinic, laboratory, pharmacy, medical facility, or other health care provider that has provided payment, treatment or services to me or on my behalf will use or disclose the health information in the manner described below until this authorization expires.  I understand that I will receive a copy of this signed authorization for my records.  I also understand that any health information released pursuant to this authorization might be re-disclosed by the recipient, and that any re-disclosure may not be protected by law.  I authorize the Provider to make the following disclosure of my protected health information, as follows:

    1.    The purpose of the use or disclosure is the defense of  ARNULFO VILLEGAS MIRANDA v. The Administrators of the Tulane Educational Fund et al.*, pending in Civil District Court, Orleans Parish, Civil Action No. 2023-4082.

    2.    The recipient of this information is Rebecca Sha or Trenny Williston, c/o Phelps Dunbar LLP, 365 Canal Street, Suite 2000, New Orleans, LA 70130, and the recipient is hereby authorized to disclose my records, either documentary, written or by oral testimony, to any of its authorized representatives in connection with their defense of the litigation referenced in paragraph 1 above, as well as to my attorney of record in the same matter.

    3.    The information that will be used or disclosed are certified copies of all "psychotherapy notes," as such term is defined by the Health Insurance Portability and Accountability Act, 45 CFR §164.501.  Under HIPAA, the term "psychotherapy notes" means notes recorded (in any medium) by a health care provider who is a mental health professional documenting or analyzing the contents of conversation during a private counseling session or group, joint or family counseling session and that are separated from the rest of the individual's record.

    4.    The undersigned individual is hereby notified and acknowledges that any health care provider or health plan disclosing the above-requested information may not condition treatment, payment, enrollment or eligibility for benefits on whether the individual signs this authorization.

PD.11084702.1

EXHIBIT 1

5.      A photocopy of this authorization shall be considered as effective and valid as the original, and this authorization will remain in effect until settlement or final disposition of the case referenced in paragraph 1 above.

6.      I understand that I can revoke this authorization at any time by providing written notice to Rebecca Sha, c/o Phelps Dunbar LLP, 365 Canal Street, Suite 2000, New Orleans, LA 70130 and/or to the provider listed above.  If I revoke this authorization, my revocation will not apply to any disclosure of my protected health information that occurred before my revocation was received.

7.      By my signature below, I acknowledge that I have kept a copy of this authorization.


Date: _____        _____
                                  Signature of Individual or Individual's Representative


                                  _____
                                  Printed Name of Individual's Representative (If applicable)


                                  _____
                                  Relationship of Representative to Individual (If applicable)


**YOU MAY REFUSE TO SIGN THIS AUTHORIZATION**

EXHIBIT 1

# FAMILY EDUCATIONAL RIGHTS AND PRIVACY ACT (FERPA) AUTHORIZATION TO RELEASE EDUCATIONAL RECORDS

Name of Student:    ARNULFO VILLEGAS MIRANDA

SSN:  DOB:

In accordance with Family Educational Rights and Privacy Act of 1974 ("FERPA"), I, the undersigned, hereby authorize _____ to release the following records and information to Trenny Williston and/or Rebecca Sha of the law firm of Phelps Dunbar LLP, 365 Canal Street, Suite 2000, New Orleans, Louisiana 70130:

> A certified copy of any and all documents maintained by _____ pertaining to ARNULFO VILLEGAS MIRANDA, date of birth _____, and Social Security No. _____, in any way whatsoever, and consisting of, but not limited to records, notes, photographs, reports, attendance records, grades, disciplines, permission slips, financial records, and/or health records or doctor's notes of any kind.

I understand further that (1) I have the right not to consent to the release of these educational records; (2) I have the right to receive a copy of such records upon request; (3) this consent shall remain in effect until I provide written revocation; and (4) that any such revocation shall not affect disclosures made by _____ prior to the receipt of any such written revocation.

_____
Signature

_____
Date

*__**THIS INFORMATION IS RELEASED SUBJECT TO THE CONFIDENTIALITY PROVISIONS OF APPROPRIATE STATE AND FEDERAL LAWS AND REGULATIONS WHICH PROHIBIT ANY FURTHER DISCLOSURE OF THIS INFORMATION WITHOUT THE SPECIFIC WRITTEN CONSENT OF THE PERSON TO WHOM IT PERTAINS, OR AS OTHERWISE PERMITTED BY SUCH REGULATIONS*__*

## CELL PHONE RECORDS AUTHORIZATION FORM

To:


       This, or any photostatic copy hereof, will authorize you to furnish to Rebecca Sha, Phelps Dunbar, LLP, 365 Canal Street, Suite 2000, New Orleans, LA  70130, with any and all information requested relating to mobile telephone number _____, including but not limited to statements, bills, data usage records, text message records and text messages, from the time period of  _____ through _____ .  Further, this or any photostatic copy hereof will authorize you to furnish Rebecca Sha of Phelps Dunbar, LLP with any and all records you may have in your possession, custody or control which, in any way, relate to mobile telephone number _____.


DATED:_____                        _____
                                         ARNULFO VILLEGAS MIRANDA


STATE OF _____

COUNTY/PARISH OF _____


       I, the undersigned, a Notary Public in and for said State and Parish/County, hereby certify that _____, whose name is signed to the foregoing Records Authorization Form, and who is known to me, acknowledged before me on this day that, being informed of the contents of said Records Authorization Form, he/she executed the same voluntarily on the day the same bears date.

       Given under my hand and official seal on this the _____ day of _____, 2023.


                              _____
                              NOTARY PUBLIC
(SEAL)                      My Commission


PD.11084702.1