UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| FELIPE DE JESUS AVILA-SOTO, ET AL. | CIVIL ACTION NO.  6:24-CV-01392 |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC., ET AL. | MAGISTRATE JUDGE CAROL B. WHITEHURST |

## ORDER

CONSIDERING the foregoing Motion to Compel Discovery filed by Defendants, South Central Sugar Cane Growers' Association, Inc. and Sterling Sugars, LLC ("Defendants"),

IT IS ORDERED that the Motion is GRANTED. Opt-In Plaintiffs are hereby ordered to execute and produce all authorization for release forms responsive to South Central Sugar Cane Growers' Association, Inc.'s Requests for Production of Documents to Arnulfo Villegas Miranda, Ruben Zayas Reyes, Omar Alejandro Rosas Osuna, Jose de Jesus Soto-Reza, and Baldemar Cervantes Leyva on or before _____, 2026.

Signed this _____ day of _____, 2026, Lafayette, Louisiana.

_____
CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE