UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| FELIPE DE JESUS AVILA-SOTO, et al. | ) ) ) Case No. 6:24-cv-01392 |
| Plaintiffs, | ) ) |
| v. | ) JUDGE ROBERT R. SUMMERHAYS ) ) ) MAGISTRATE JUDGE CAROL B. ) WHITEHURST |
| SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC., et al. | ) ) ) |
| Defendants. | ) ) ) |

**NOTICE OF FILING CONSENTS TO JOIN FLSA COLLECTIVE ACTION**

Pursuant to 29 U.S.C. § 216(b), the following individuals hereby file their consents to

join this Fair Labor Standards Act Collective Action:

7. Evelio Ines Sanchez Gutierrez
8. Ricardo Arellano Soto
9. Roberto Elias Novella Zepeda
10. Alonso Rangel Maldonado
11. Sergio de Santiago Castanon
12. Ramiro Montano Lozano
13. Emanuel Elias Novella Zepeda
14. Miguel Juarez Reyes.

Respectfully submitted,

**/s/ James M. Knoepp**
James M. Knoepp* (Lead Attorney)
South Carolina Bar No. 102757
*Admitted Pro Hac Vice*
1612 Crestwood Drive
Columbia, SC 29205
Telephone: (828) 379-3169
Email: jim@dawsonmorton.com

**/s/ Dawson Morton**
Dawson Morton
California Bar No. 320811
*Admitted Pro Hac Vice*

1

1808 Sixth St.
Berkeley, CA  94710
Phone: (404) 590-1295
Email:  dawson@dawsonmorton.com

**/s/ Daniel Davis**
Daniel Davis, LA Bar No. 30141
Estes Davis Law, LLC
4465 Bluebonnet Blvd, Suite A
Baton Rouge, LA 70809
Telephone: (225) 336-3394
Fax: (225) 384-5419
Email:  dan@estesdavislaw.com