CONSENTIMIENTO PARA PRESENTAR DEMANDA PARA RECLAMOS DE SUELDO
BAJO LEY DE NORMAS JUSTAS Y IGUALES EN LA LABOR

POR MEDIO DEL PRESENTE, doy mi consentimiento para ser Demandante en una
demanda judicial para pagos que se me deben.

Nombre y Apellidos (en letras de molde):  Evelio Ines Sanchez Gutierrez

Firma:        _____


CONSENT TO BRING WAGE SUIT UNDER THE FAIR LABOR STANDARDS ACT

THROUGH THIS DOCUMENT, I give my consent to be a plaintiff in a lawsuit about
the pay that may be owed to me.

Full Name (printed): Evelio Ines Sanchez Gutierrez

Signature: _____

Doc ID: 662f651b4e4ca1dc8c8c2eddbffdfbb2acc52701

## FLSA CONSENT TO SUE FORM

I hereby give my consent to sue South Central Sugar Cane Growers' Association, Inc. and Sterling Sugars, LLC for wages that may be owed to me under the Fair Labor Standards Act. I hereby authorize James Knoepp, Dawson Morton, and Daniel Davis, as well as any other attorneys they may associate with, to represent me for all purposes in this Fair Labor Standards Act Action.

I hereby designate the collective action representatives as my agents to make decisions on my behalf concerning this litigation, including the method and manner of conducting this litigation, entering into settlement agreements, and all other matters concerning this Lawsuit.

_____          28/03/26
SIGNATURE                                 DATE

Ricardo Arellano Soto
NAME

## CONSENTIMIENTO PARA ACCIÓN FLSA

Por este medio doy mi consentimiento para demandar a South Central Sugar Cane Growers' Association, Inc. y Sterling Sugars, LLC por pagos que tal vez se me deban bajo la Ley de Normas Laborales Justas. Por este medio autorizo a James Knoepp, Dawson Morton, y Daniel Davis, juntos con otros abogados con los cuales ellos puedan asociar, para que me representen para todos los propósitos en esta acción bajo la Ley de Normas Laborales Justas.

Por este medio doy permiso a los representantes de la acción colectiva para que actúen como mis agentes para hacer las decisiones a mi favor en relación a esta demanda, incluyendo el método y la manera de conducir esta demanda, llegar a un arreglo, y cualquier otro asunto en relación a esta demanda.

_____          18/03/26
FIRMA                                     FECHA

Ricardo Arellano Soto
NOMBRE

1

## FLSA CONSENT TO SUE FORM

I hereby give my consent to sue South Central Sugar Cane Growers' Association, Inc. and Sterling Sugars, LLC for wages that may be owed to me under the Fair Labor Standards Act. I hereby authorize James Knoepp, Dawson Morton, and Daniel Davis, as well as any other attorneys they may associate with, to represent me for all purposes in this Fair Labor Standards Act action.

I hereby designate the collective action representatives as my agents to make decisions on my behalf concerning this litigation, including the method and manner of conducting this litigation, entering into settlement agreements, and all other matters concerning this lawsuit.

Roberto Elias Novella _____  24/04/2026
SIGNATURE                                          DATE

RobertoElias Novella Zepeda
NAME

## CONSENTIMIENTO PARA ACCIÓN FLSA

Por este medio doy mi consentimiento para demandar a South Central Sugar Cane Growers' Association, Inc. y Sterling Sugars, LLC por pagos que tal vez se me deban bajo la Ley de Normas Laborales Justas. Por este medio autorizo a James Knoepp, Dawson Morton, y Daniel Davis, juntos con otros abogados con los cuales ellos puedan asociar, para que me representen para todos los propósitos en esta acción bajo la Ley de Normas Laborales Justas.

Por este medio doy permiso a los representantes de la acción colectiva para que actúen como mis agentes para hacer las decisiones a mi favor en relación a esta demanda, incluyendo el método y la manera de conducir esta demanda, llegar a un arreglo, y cualquier otro asunto en relación a esta demanda.

Roberto Elias Novella _____  24/04/2026
FIRMA                                              FECHA

Roberto Elias Novella Zepeda
NOMBRE

6

**FLSA CONSENT TO SUE FORM**

I hereby give my consent to sue South Central Sugar Cane Growers' Association, Inc. and Sterling Sugars, LLC for wages that may be owed to me under the Fair Labor Standards Act. I hereby authorize James Knoepp, Dawson Morton, and Daniel Davis, as well as any other attorneys they may associate with, to represent me for all purposes in this Fair Labor Standards Act action.

I hereby designate the collective action representatives as my agents to make decisions on my behalf concerning this litigation, including the method and manner of conducting this litigation, entering into settlement agreements, and all other matters concerning this lawsuit.

_____           _____
SIGNATURE                                                          DATE

_____
NAME

**CONSENTIMIENTO PARA ACCIÓN FLSA**

Por este medio doy mi consentimiento para demandar a South Central Sugar Cane Growers' Association, Inc. y Sterling Sugars, LLC por pagos que tal vez se me deban bajo la Ley de Normas Laborales Justas. Por este medio autorizo a James Knoepp, Dawson Morton, y Daniel Davis, juntos con otros abogados con los cuales ellos puedan asociar, para que me representen para todos los propósitos en esta acción bajo la Ley de Normas Laborales Justas.

Por este medio doy permiso a los representantes de la acción colectiva para que actúen como mis agentes para hacer las decisiones a mi favor en relación a esta demanda, incluyendo el método y la manera de conducir esta demanda, llegar a un arreglo, y cualquier otro asunto en relación a esta demanda.

*Alonso Rangei M*                               *23/04/2026*
FIRMA                                                          FECHA

*Alonso Rangel Maldonado*
NOMBRE

6

## FLSA CONSENT TO SUE FORM

I hereby give my consent to sue South Central Sugar Cane Growers' Association, Inc. and Sterling Sugars, LLC for wages that may be owed to me under the Fair Labor Standards Act. I hereby authorize James Knoepp, Dawson Morton, and Daniel Davis, as well as any other attorneys they may associate with, to represent me for all purposes in this Fair Labor Standards Act action.

I hereby designate the collective action representatives as my agents to make decisions on my behalf concerning this litigation, including the method and manner of conducting this litigation, entering into settlement agreements, and all other matters concerning this lawsuit.

_____    04/23/2026
SIGNATURE                     DATE

Sergio de Santiago Castanón
NAME

## CONSENTIMIENTO PARA ACCIÓN FLSA

Por este medio doy mi consentimiento para demandar a South Central Sugar Cane Growers' Association, Inc. y Sterling Sugars, LLC por pagos que tal vez se me deban bajo la Ley de Normas Laborales Justas. Por este medio autorizo a James Knoepp, Dawson Morton, y Daniel Davis, juntos con otros abogados con los cuales ellos puedan asociar, para que me representen para todos los propósitos en esta acción bajo la Ley de Normas Laborales Justas.

Por este medio doy permiso a los representantes de la acción colectiva para que actúen como mis agentes para hacer las decisiones a mi favor en relación a esta demanda, incluyendo el método y la manera de conducir esta demanda, llegar a un arreglo, y cualquier otro asunto en relación a esta demanda.

_____    04/23/2026
FIRMA                         FECHA

Sergio de Santiago Castanón.
NOMBRE

6

**FLSA CONSENT TO SUE FORM**

I hereby give my consent to sue South Central Sugar Cane Growers' Association, Inc. and Sterling Sugars, LLC for wages that may be owed to me under the Fair Labor Standards Act. I hereby authorize James Knoepp, Dawson Morton, and Daniel Davis, as well as any other attorneys they may associate with, to represent me for all purposes in this Fair Labor Standards Act action.

I hereby designate the collective action representatives as my agents to make decisions on my behalf concerning this litigation, including the method and manner of conducting this litigation, entering into settlement agreements, and all other matters concerning this lawsuit.

_____        _____
SIGNATURE                                                      DATE

_____
NAME

**CONSENTIMIENTO PARA ACCIÓN FLSA**

Por este medio doy mi consentimiento para demandar a South Central Sugar Cane Growers' Association, Inc. y Sterling Sugars, LLC por pagos que tal vez se me deban bajo la Ley de Normas Laborales Justas. Por este medio autorizo a James Knoepp, Dawson Morton, y Daniel Davis, juntos con otros abogados con los cuales ellos puedan asociar, para que me representen para todos los propósitos en esta acción bajo la Ley de Normas Laborales Justas.

Por este medio doy permiso a los representantes de la acción colectiva para que actúen como mis agentes para hacer las decisiones a mi favor en relación a esta demanda, incluyendo el método y la manera de conducir esta demanda, llegar a un arreglo, y cualquier otro asunto en relación a esta demanda.

_____        23/04/2026
FIRMA                                                      FECHA

RAMIRO MONTAÑO LOZANO
NOMBRE

6

## FLSA CONSENT TO SUE FORM

I hereby give my consent to sue South Central Sugar Cane Growers' Association, Inc. and Sterling Sugars, LLC for wages that may be owed to me under the Fair Labor Standards Act. I hereby authorize James Knoepp, Dawson Morton, and Daniel Davis, as well as any other attorneys they may associate with, to represent me for all purposes in this Fair Labor Standards Act action.

I hereby designate the collective action representatives as my agents to make decisions on my behalf concerning this litigation, including the method and manner of conducting this litigation, entering into settlement agreements, and all other matters concerning this lawsuit.

_Emanuel Novella C._  
SIGNATURE

_23/04/2026_  
DATE

_Emanuel Elias Novella Zepeda_  
NAME

## CONSENTIMIENTO PARA ACCIÓN FLSA

Por este medio doy mi consentimiento para demandar a South Central Sugar Cane Growers' Association, Inc. y Sterling Sugars, LLC por pagos que tal vez se me deban bajo la Ley de Normas Laborales Justas. Por este medio autorizo a James Knoepp, Dawson Morton, y Daniel Davis, juntos con otros abogados con los cuales ellos puedan asociar, para que me representen para todos los propósitos en esta acción bajo la Ley de Normas Laborales Justas.

Por este medio doy permiso a los representantes de la acción colectiva para que actúen como mis agentes para hacer las decisiones a mi favor en relación a esta demanda, incluyendo el método y la manera de conducir esta demanda, llegar a un arreglo, y cualquier otro asunto en relación a esta demanda.

_Emanuel Novella C._  
FIRMA

_23/04/2026_  
FECHA

_Emanuel Elias Novella Zepeda_  
NOMBRE

6

**FLSA CONSENT TO SUE FORM**

I hereby give my consent to sue South Central Sugar Cane Growers' Association, Inc. and Sterling Sugars, LLC for wages that may be owed to me under the Fair Labor Standards Act. I hereby authorize James Knoepp, Dawson Morton, and Daniel Davis, as well as any other attorneys they may associate with, to represent me for all purposes in this Fair Labor Standards Act action.

I hereby designate the collective action representatives as my agents to make decisions on my behalf concerning this litigation, including the method and manner of conducting this litigation, entering into settlement agreements, and all other matters concerning this lawsuit.

_____         _____
SIGNATURE                                         DATE

_____
NAME

**CONSENTIMIENTO PARA ACCIÓN FLSA**

Por este medio doy mi consentimiento para demandar a South Central Sugar Cane Growers' Association, Inc. y Sterling Sugars, LLC por pagos que tal vez se me deban bajo la Ley de Normas Laborales Justas. Por este medio autorizo a James Knoepp, Dawson Morton, y Daniel Davis, juntos con otros abogados con los cuales ellos puedan asociar, para que me representen para todos los propósitos en esta acción bajo la Ley de Normas Laborales Justas.

Por este medio doy permiso a los representantes de la acción colectiva para que actúen como mis agentes para hacer las decisiones a mi favor en relación a esta demanda, incluyendo el método y la manera de conducir esta demanda, llegar a un arreglo, y cualquier otro asunto en relación a esta demanda.

Miguel Juarez
FIRMA

=3/04/26
FECHA

Miguel Juarez Reyes
NOMBRE

6