# EXHIBIT 1

Excerpts from South Central Sugar Cane Growers' Ass'n 30(b)(6) Deposition

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

_____
                                    )
FELIPE DE JESUS AVILA-SOTO,         )
et al.,                             )   CASE NO. 6:24-cv-01392
                                    )
         Plaintiffs,                )   JUDGE ROBERT R. SUMMERHAYS
                                    )
v.                                  )   MAGISTRATE JUDGE CAROL B.
                                    )   WHITEHURST
SOUTH CENTRAL SUGAR CANE            )
GROWERS' ASSOCIATION, INC.,         )
et al.                              )
                                    )
         Defendants.                )
_____)


CONTINUED DEPOSITION OF DEFENDANT SOUTH CENTRAL
SUGAR CANE GROWERS' ASSOCIATION, INC. (ASHLEE GARY)
APPEARING REMOTELY FROM ST. MARY PARISH, LOUISIANA

(Vol. III - Page 232 to 479)

Taken on Behalf of the Plaintiffs


DEPONENT:  Ashlee Gary

DATE TAKEN:  April 13, 2026

TIME:  9:11 a.m. CDT to 5:22 p.m. CDT


Stenographically Reported by:
Jennifer Lynn Harris, RPR
Registered Professional Reporter
(Appearing Remotely from Volusia County, Florida)

This term -- this topic was not noticed.

A.   I'm sorry.  Can you repeat that the question?

MR. KNOEPP:  Sure.  Would you mind reading it back, Ms. Harris?

THE REPORTER:  "QUESTION: Do you know what the amount of the operating loss was for South Central for the 2023 crop season?"

A.   I know that on average we have provided the revenue balance agreement that was roughly $5 million.

Q.   (BY MR. KNOEPP) Per -- is that -- are you saying that, over the course of a year, $5 million is provided by Sterling Sugars to South Central pursuant to the revenue balancing agreement?

A.   Yes.

Q.   Okay.  And so for 2020 through -- 2022 through 2025, the total amount provided pursuant to the revenue balancing agreement would be approximately $20 million?

A.   So '22 -- yes.  I'm sorry.  Did you say the end of -- what was that -- that last year you just -- you just quoted?

Q.   This is just -- just this past year.

A.   Yes.

Q.   So 2022 through 2025.

A.   Yes, yes.

Q.   A total for those four years of approximately

ASHLEE GARY - VOL. III
APRIL 13, 2026

JOB NO. 2592817

$20 million provided by Sterling Sugars to South Central pursuant to the revenue balancing agreement?

A.   Yes.  I have fiscal years, crop years, and calendar years.  So I have to make sure that I'm answering the correct question.

Q.   Got it.  Appreciate that.  Thanks.

We were talking before about South Central has bank accounts at Hancock Whitney Bank, right?

A.   Yes.

Q.   Does it have accounts at any other banks?

A.   No.

Q.   Has it had any accounts at any other banks between 2022 and the present?

A.   No.

Q.   What accounts does South Central have at Hancock Whitney Bank?

A.   There is --

MR. DAVIS:  Objection.  Objection.  Counsel, I'm sorry.  I'm lost.  Will you please direct me to the place on the notice where you're examining?

MR. KNOEPP:  Your objection is -- is it scope?

MR. DAVIS:  It's -- yes, I -- I believe so.  I think maybe this is just confusing, because I'm really trying to figure out what you're talking about.  So if -- if you're -- if you're courteous enough to answer

A.    That happens every week -- or every other week. Every biweekly payroll we transfer money from the operating account to the payroll account.

Q.    And who handles that transfer of the funds from the operating account to the payroll account?

A.    Desiree Lange.

Q.    How does she know how much money to transfer from the operating account to the payroll account?

A.    Kellie give -- Kellie would tell her what the value of the payroll would be whenever she's finished running payroll.

Q.    And then does Ms. Lange then transfer that exact amount to the payroll account?

A.    I believe it's rounded.

Q.    And are there times when Michelle Prados or Desiree Lange review the South Central operating accounts and see that there's not enough money in that account to cover the payroll that's going to need to be paid?

A.    Yes.

Q.    And when that happens, do they get money from Sterling Sugars transferred to the operating account of South Central to be able to cover that expense?

        MR. DAVIS:  Objection; asked and answered.

A.    They'll request a loan from Sterling Sugars for the amount that's needed to bring the operating account to

a -- a zero or to give additional money into the account to operate.

Q.   (BY MR. KNOEPP) And that's the process we talked about before where a promissory note's generated and signed by both Sterling Sugars and South Central, right?

A.   Yes.

Q.   And then, do either Ms. Prados or -- or Ms. Lange then transfer the money from the Sterling Sugars bank account to the South Central operating account?

A.   Yes.

Q.   Is that also done through Treasury Manager?

A.   There are different logins because we're different companies.  They would have to log in to Treasury Manager as an employee of Sterling Sugars in order to transfer the money into South Central.  And then, as a member of the management agreements team, they would have to log into the Treasury Manager as a member of South Central to accept those funds.

Q.   And then, while still logged in under the South Central Treasury Manager account, they can transfer those funds from the operating account to the payroll account, right?

A.   Yes.

Q.   Is there a reason why the funds from Sterling Sugars to South Central that would assist in covering the

CERTIFICATE OF OATH

STATE OF FLORIDA

COUNTY OF VOLUSIA

        I, Jennifer Lynn Harris, Registered Professional Reporter, Notary Public, State of Florida, certify that ASHLEE GARY remotely appeared before me on the 13th day of April, 2026 and was duly sworn in accordance with Fed. R. Civ. P. 29(a).


        Signed this 24th day of April, 2026.




                        _____

Jennifer Lynn Harris

Notary Public - State of Florida

Commission No. HH652509

Expires:  March 25, 2029

ASHLEE GARY - VOL. III                                                    JOB NO. 2592817
APRIL 13, 2026

CERTIFICATE OF REPORTER

STATE OF FLORIDA

COUNTY OF VOLUSIA

        I, Jennifer Lynn Harris, Registered Professional Reporter and Notary Public in and for the State of Florida at large, certify that I was authorized to and did stenographically report the remote deposition of ASHLEE GARY, AS CORPORATE REPRESENTATIVE OF SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC., pages 232 through 479; that a review of the transcript was requested; that the transcript is a true record of my stenographic notes; and that pursuant to information given to the deposition officer at the time said testimony was taken, the following includes all parties of record and the amount of time used by each party at the time of the deposition:

        James M. Knoepp, Esq. (5 hours 41 minutes)
        Attorney for Plaintiffs
        Brandon Davis, Esq. (0 hours 0 minutes)
        Attorney for Defendants


        I further certify that I am not a relative, employee, attorney, or counsel of any of the parties to this cause, nor am I a relative or employee of any of the parties' attorneys or counsel connected with the action, nor am I financially interested in the action.


        DATED THIS day, April 24, 2026.




        _____
        Jennifer Lynn Harris, RPR
        Registered Professional Reporter