# EXHIBIT 2

## W-2 Forms of Plaintiffs and Opt-in Plaintiffs

| a Employee's SSN | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|
| | 9546.04 | 251.59 |
| OMB No. 1545-0008 | 3 Social security wages | 4 Social security tax withheld |
| b Employer identification number | 5 Medicare wages and tips | 6 Medicare tax withheld |

c Employer's name, address, and ZIP code

SOUTH CENTRAL SUGAR CANE GROWERS ASSOC
611 IRISH BEND ROAD

Franklin                    LA    70538

| e Employee's first name and initial | | Last name | Suff. |
|---|---|---|---|
| FELIPE | D | AVILA SOTO | |

C SIN NOMBRE S/N
EJ SAN MIGUEL 27440
MATAMOROS, COAH        MX
f Employee's address and ZIP code Mexico

| d Control number | 7 Social security tips | 8 Allocated tips |
|---|---|---|
| 9 | 10 Dependent care benefits | 11 Nonqualified plans |
| 12a | 14 Other | |
| 12b | | |
| 12c | | |
| 12d | | |

| 13 | Statutory employee ☐ | Retirement plan ☐ | Third-party sick pay ☐ |
|---|---|---|---|

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| LA | 2553536000 | 9546.04 | 206.47 |

| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|

Form **W-2** Wage and Tax Statement **2022**     Department of the Treasury-Internal Revenue Service
Copy D - For Employer

Form **W-2** Wage and Tax Statement **2022**     Department of the Treasury-Internal Revenue Service
Copy D - For Employer

SCSCGA - 001640



| a Employee's SSN | 1 Wages, tips, other compensation 12951.12 | 2 Federal income tax withheld 1008.27 |
|---|---|---|
| OMB No. 1545-0008 | 3 Social security wages | 4 Social security tax withheld |
| b Employer identification number | 5 Medicare wages and tips | 6 Medicare tax withheld |

c Employer's name, address, and ZIP code

SOUTH CENTRAL SUGAR CANE GROWERS ASSOC
611 IRISH BEND ROAD

Franklin                    LA    70538

| e Employee's first name and initial OMAR    A | Last name ROSAS OSUNA | Suff. |
|---|---|---|

PRIV DEL MAPLE 6279 23
FRACC JARDINES DE AGUA CALIENTE 22194
TIJUANA                    MX
f Employee's address and ZIP code Mexico

| d Control number | 7 Social security tips | 8 Allocated tips |
|---|---|---|
| 9 | 10 Dependent care benefits | 11 Nonqualified plans |
| 12a | | 14 Other |
| 12b | | |
| 12c | | |
| 12d | | |
| 13 Statutory employee ☐   Retirement plan ☐   Third-party sick pay ☐ | | |

| 15 State  Employer's state ID number LA    2553536000 | 16 State wages, tips, etc. 12951.12 | 17 State income tax 406.81 |
|---|---|---|
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

Form **W-2** Wage and Tax Statement  2022    Department of the Treasury-Internal Revenue Service Copy D - For Employer

SCSCGA - 001671

| a Employee's SSN | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|
| ▮▮▮▮▮▮ | 10719.46 | 378.37 |
| OMB No. 1545-0008 | 3 Social security wages | 4 Social security tax withheld |
| b Employer identification number | 5 Medicare wages and tips | 6 Medicare tax withheld |
| ▮▮▮▮▮▮ | | |

c Employer's name, address, and ZIP code

SOUTH CENTRAL SUGAR CANE GROWERS ASSOC
611 IRISH BEND ROAD

Franklin                    LA    70538

| e Employee's first name and initial | Last name | Suff. |
|---|---|---|
| FELIPE    D | SUAREZ PALAFOX | |

1033 PTE A AND EUCALIPTO
COL INFONAVIT MACAPULE 81228
AHOME, SIN                MX
f Employee's address and ZIP code Mexico

| d Control number | 7 Social security tips | 8 Allocated tips |
|---|---|---|
| 9 ▮▮▮▮▮ | 10 Dependent care benefits | 11 Nonqualified plans |

| 12a | 14 Other |
|---|---|
| 12b | |
| 12c | |
| 12d | |

| 13 | Statutory employee ☐ | Retirement plan ☐ | Third-party sick pay ☐ |
|---|---|---|---|

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| LA | 2553536000 | 10719.46 | 241.06 |

| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|
| | | |

Form **W-2** Wage and Tax Statement **2022**    Department of the Treasury-Internal Revenue Service
Copy D - For Employer

SCSCGA - 001673



| a Employee's SSN | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|
| ▓▓▓▓▓▓▓ | 11304.61 | 636.49 |
| OMB No. 1545-0008 | 3 Social security wages | 4 Social security tax withheld |
| b Employer identification number | 5 Medicare wages and tips | 6 Medicare tax withheld |
| ▓▓▓▓ | | |

c Employer's name, address, and ZIP code
SOUTH CENTRAL SUGAR CANE GROWERS ASSOC
611 IRISH BEND ROAD

Franklin                    LA    70538

| e Employee's first name and initial | Last name | Suff. |
|---|---|---|
| ARNULFO | VILLEGAS MIRANDA | |

C FRANCISCO LUGO S/N
LOC LOUISIANA 81360
AHOME, SIN              MX
f Employee's address and ZIP code Mexico

| d Control number | 7 Social security tips | 8 Allocated tips |
|---|---|---|
| 9 | 10 Dependent care benefits | 11 Nonqualified plans |

| 12a | 14 Other |
|---|---|
| 12b | |
| 12c | |
| 12d | |

| 13 | Statutory employee ☐ | Retirement plan ☐ | Third-party sick pay ☐ |
|---|---|---|---|

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| LA | 2553536000 | 11304.61 | 268.12 |

| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|

Form **W-2** Wage and Tax Statement **2022**    Department of the Treasury-Internal Revenue Service
Copy D - For Employer

SCSCGA - 001679



| a Employee's SSN | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|
| ▓▓▓▓ | 12045.38 | 502.66 |
| OMB No. 1545-0008 | 3 Social security wages | 4 Social security tax withheld |
| b Employer identification number | 5 Medicare wages and tips | 6 Medicare tax withheld |
| ▓▓▓▓ | | |

c Employer's name, address, and ZIP code

SOUTH CENTRAL SUGAR CANE GROWERS ASSOC
611 IRISH BEND ROAD

Franklin                    LA    70538

| e Employee's first name and initial | Last name | Suff. |
|---|---|---|
| RUBEN | ZAYAS REYES | |

C SIN NOMBRE S/N
LOC POBLADO CINCO 81324
AHOME, SIN              MX
f Employee's address and ZIP code Mexico

| d Control number | 7 Social security tips | 8 Allocated tips |
|---|---|---|
| 9 ▓▓▓▓ | 10 Dependent care benefits | 11 Nonqualified plans |
| 12a | 14 Other | |
| 12b | | |
| 12c | | |
| 12d | | |

| 13 | Statutory employee ☐ | Retirement plan ☐ | Third-party sick pay ☐ |
|---|---|---|---|

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| LA | 2553536000 | 12045.38 | 283.81 |

| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|

Form **W-2** Wage and Tax Statement **2022**    Department of the Treasury-Internal Revenue Service
Copy D - For Employer

SCSCGA - 001680



| a Employee's SSN | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|
| | 34162.08 | 3357.41 |
| OMB No. 1545-0008 | 3 Social security wages | 4 Social security tax withheld |
| b Employer identification number | 5 Medicare wages and tips | 6 Medicare tax withheld |

c Employer's name, address, and ZIP code

SOUTH CENTRAL SUGAR CANE GROWERS ASSOC
611 IRISH BEND ROAD

Franklin                     LA    70538

| e Employee's first name and initial | | Last name | Suff. |
|---|---|---|---|
| OMAR | A | ROSAS OSUNA | |

PRIV DEL MAPLE 6279 23
FRACC JARDINES DE AGUA CALIENTE 22194
TIJUANA                         MX
f Employee's address and ZIP code Mexico

| d Control number | 7 Social security tips | 8 Allocated tips |
|---|---|---|
| 9 | 10 Dependent care benefits | 11 Nonqualified plans |
| 12a | | 14 Other |
| 12b | | |
| 12c | | |
| 12d | | |

| 13 | Statutory employee ☐ | Retirement plan ☐ | Third-party sick pay ☐ |
|---|---|---|---|

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| LA | 2553536001 | 34162.08 | 1133.23 |

| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|

Form **W-2** Wage and Tax Statement 2023    Department of the Treasury-Internal Revenue Service
Copy D - For Employer

Form **W-2** Wage and Tax Statement 2023    Department of the Treasury-Internal Revenue Service
Copy D - For Employer

SCSCGA - 001720



| a Employee's SSN | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|
| | 28413.08 | 1446.18 |
| OMB No. 1545-0008 | 3 Social security wages | 4 Social security tax withheld |
| b Employer identification number | 5 Medicare wages and tips | 6 Medicare tax withheld |

c Employer's name, address, and ZIP code

SOUTH CENTRAL SUGAR CANE GROWERS ASSOC
611 IRISH BEND ROAD

Franklin                   LA    70538

| e Employee's first name and initial | | Last name | Suff. |
|---|---|---|---|
| FELIPE | D | SUAREZ PALAFOX | |

1033 PTE A AND EUCALIPTO
COL INFONAVIT MACAPULE 81228
AHOME, SIN              MX
f Employee's address and ZIP code Mexico

| d Control number | 7 Social security tips | 8 Allocated tips |
|---|---|---|
| 9 | 10 Dependent care benefits | 11 Nonqualified plans |
| 12a | 14 Other | |
| 12b | | |
| 12c | | |
| 12d | | |

| 13 | Statutory employee ☐ | Retirement plan ☐ | Third-party sick pay ☐ |
|---|---|---|---|

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| LA | 2553536001 | 28413.08 | 708.04 |

| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|

Form **W-2** Wage and Tax Statement 2023    Department of the Treasury-Internal Revenue Service
Copy D - For Employer

Form **W-2** Wage and Tax Statement 2023    Copy D - For Employer

SCSCGA - 001722



| a Employee's SSN | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|
|  | 20276.95 | 1042.20 |
| OMB No. 1545-0008 | 3 Social security wages | 4 Social security tax withheld |
| b Employer identification number | 5 Medicare wages and tips | 6 Medicare tax withheld |

c Employer's name, address, and ZIP code

SOUTH CENTRAL SUGAR CANE GROWERS ASSOC
611 IRISH BEND ROAD

Franklin                          LA    70538

| e Employee's first name and initial | Last name | Suff. |
|---|---|---|
| ARNULFO | VILLEGAS MIRANDA | |

C FRANCISCO LUGO S/N
LOC LOUISIANA 81360
AHOME, SIN                    MX
f Employee's address and ZIP code Mexico

| d Control number | 7 Social security tips | 8 Allocated tips |
|---|---|---|
| 9 | 10 Dependent care benefits | 11 Nonqualified plans |
| 12a | | 14 Other |
| 12b | | |
| 12c | | |
| 12d | | |

| 13 | Statutory employee ☐ | Retirement plan ☐ | Third-party sick pay ☐ |
|---|---|---|---|

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| LA | 2553536001 | 20276.95 | 473.96 |

| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|

Form **W-2** Wage and Tax Statement  2022    Department of the Treasury-Internal Revenue Service
Copy D For Employer

SCSCGA - 001728



| a Employee's SSN | 1 Wages, tips, other compensation 31888.69 | 2 Federal income tax withheld 2169.87 |
|---|---|---|
| OMB No. 1545-0008 | 3 Social security wages | 4 Social security tax withheld |
| b Employer identification number | 5 Medicare wages and tips | 6 Medicare tax withheld |

c Employer's name, address, and ZIP code

SOUTH CENTRAL SUGAR CANE GROWERS ASSOC
611 IRISH BEND ROAD

Franklin          LA    70538

| e Employee's first name and initial RUBEN | Last name ZAYAS REYES | Suff. |
|---|---|---|

C SIN NOMBRE S/N
LOC POBLADO CINCO 81324
AHOME, SIN          MX
f Employee's address and ZIP code Mexico

| d Control number | 7 Social security tips | 8 Allocated tips |
|---|---|---|
| 9 | 10 Dependent care benefits | 11 Nonqualified plans |
| 12a | 14 Other | |
| 12b | | |
| 12c | | |
| 12d | | |
| 13 Statutory employee ☐    Retirement plan ☐    Third-party sick pay ☐ | | |

| 15 State LA Employer's state ID number 2553536001 | 16 State wages, tips, etc. 31888.69 | 17 State income tax 857.09 |
|---|---|---|
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

Form W-2 Wage and Tax Statement 2023
Department of the Treasury-Internal Revenue Service
Copy D—For Employer

SCSCGA - 001729

| a Employee's SSN | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|
| | 24647.92 | 1888.89 |
| OMB No. 1545-0008 | Social security wages | 4 Social security tax withheld |
| b Employer identification number | 5 Medicare wages and tips | 6 Medicare tax withheld |

c Employer's name, address, and ZIP code

SOUTH CENTRAL SUGAR CANE GROWERS ASSOC
611 IRISH BEND ROAD

Franklin                    LA    70538

| e Employee's first name and initial | Last name | Suff. |
|---|---|---|
| BALDEMAR | CERVANTES LEYVA | |

S/N 3 DEMAYO

GUASAVE SIWALOA 81101        00000

f Employee's address and ZIP code Mexico

| d Control number | 7 Social security tips | 8 Allocated tips |
|---|---|---|
| 9 | 10 Dependent care benefits | 11 Nonqualified plans |
| 12a | 14 Other | |
| 12b | | |
| 12c | | |
| 12d | | |

13 Statutory employee ☐   Retirement plan ☐   Third-party sick pay ☐

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| LA | 2553536001 | 24647.92 | 701.10 |

| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|

Form **W-2** Wage and Tax Statement **2024** Copy 1 – For State, City, or Local Tax Department
Department of the Treasury–Internal Revenue Service

Aatrix Rev. 6/19/24

SCSCGA - 001741

| a Employee's SSN | 1 Wages, tips, other compensation 29289.78 | 2 Federal income tax withheld 1985.01 |
|---|---|---|
| OMB No. 1545-0008 | 3 Social security wages | 4 Social security tax withheld |
| b Employer identification number | 5 Medicare wages and tips | 6 Medicare tax withheld |

c Employer's name, address, and ZIP code

SOUTH CENTRAL SUGAR CANE GROWERS ASSOC
611 IRISH BEND ROAD

Franklin                          LA   70538

| e Employee's first name and initial | Last name | Suff. |
|---|---|---|
| FELIPE              D | SUAREZ PALAFOX | |

1033 PTE A AND EUCALIPTO
COL INFONAVIT MACAPULE 81228
AHOME, SIN                    MX  00000
f Employee's address and ZIP code Mexico

| d Control number | 7 Social security tips | 8 Allocated tips |
|---|---|---|
| 9 | 10 Dependent care benefits | 11 Nonqualified plans |

| 12a | 14 Other |
|---|---|
| 12b | |
| 12c | |
| 12d | |

| 13 | Statutory employee ☐ | Retirement plan ☐ | Third-party sick pay ☐ |
|---|---|---|---|

| 15 State Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|
| LA  2553536001 | 29289.78 | 841.19 |

| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|
| | | |

Form **W-2** Wage and Tax Statement **2024**   Department of the Treasury–Internal Revenue Service
Copy 1 - For State, City, or Local Tax Department

SCSCGA - 001772

| a Employee's SSN | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|
| | 27697.42 | 2085.07 |
| OMB No. 1545-0008 | 3 Social security wages | 4 Social security tax withheld |
| b Employer identification number | 5 Medicare wages and tips | 6 Medicare tax withheld |

c Employer's name, address, and ZIP code

SOUTH CENTRAL SUGAR CANE GROWERS ASSOC
611 IRISH BEND ROAD

Franklin                    LA    70538

| e Employee's first name and initial | Last name | Suff. |
|---|---|---|
| ARNULFO | VILLEGAS MIRANDA | |

C FRANCISCO LUGO S/N
LOC LOUISIANA 81360
AHOME, SIN              MX 00000
f Employee's address and ZIP code Mexico

| d Control number | 7 Social security tips | 8 Allocated tips |
|---|---|---|
| 9 | 10 Dependent care benefits | 11 Nonqualified plans |
| 12a | 14 Other | |
| 12b | | |
| 12c | | |
| 12d | | |

| 13 | Statutory employee ☐ | Retirement plan ☐ | Third-party sick pay ☐ |
|---|---|---|---|

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| LA | 2553536001 | 27697.42 | 783.57 |

| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|

Form **W-2** Wage and Tax Statement 2024    Department of the Treasury-Internal Revenue Service
Copy 1 - For State, City, or Local Tax Department

SCSCGA - 001779

| a Employee's SSN | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|
| | 31659.06 | 2590.60 |
| OMB No. 1545-0008 | 3 Social security wages | 4 Social security tax withheld |
| b Employer identification number | 5 Medicare wages and tips | 6 Medicare tax withheld |

c Employer's name, address, and ZIP code

SOUTH CENTRAL SUGAR CANE GROWERS ASSOC
611 IRISH BEND ROAD

Franklin                    LA    70538

| e Employee's first name and initial | Last name | Suff. |
|---|---|---|
| RUBEN | ZAYAS REYES | |

C SIN NOMBRE S/N
LOC POBLADO CINCO 81324
AHOME, SIN            MX  00000

f Employee's address and ZIP code Mexico

| d Control number | 7 Social security tips | 8 Allocated tips |
|---|---|---|
| 9 | 10 Dependent care benefits | 11 Nonqualified plans |

| 12a | 14 Other |
|---|---|
| 12b | |
| 12c | |
| 12d | |

| 13 | Statutory employee ☐ | Retirement plan ☐ | Third-party sick pay ☐ |
|---|---|---|---|

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| LA | 2553536001 | 31659.06 | 923.78 |

| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|

Form **W-2** Wage and Tax Statement **2024**   Department of the Treasury-Internal Revenue Service
Copy 1 - For State, City, or Local Tax Department

SCSCGA - 001780