# EXHIBIT 3

## Visas of Opt-in Plaintiffs

Confidential



SCSCGA-042058

SCSCGA-042100

Confidential



5/64



Confidential



Confidential

SCSCGA-042238

Confidential

TD

5356



SCSCGA-050043

Confidential

SCSCGA-055655



VISA

UNITED STATES OF AMERICA

Issuing Post Name
NOGALES

Surname
ROSAS OSUNA

Given Name
OMAR ALEJANDRO

Passport Number
N01235860

Entries
M

Annotation

Control Number
20242629430006

Visa Type /Class
R    H2A

Sex
M

Birth Date
████ 1981

Nationality
MEX

Issue Date
19SEP2024

Expiration Date
15JAN2025

0111

**

U4925704

PN-SOUTH CENTRAL SUGAR CANE GROWERS ASSOCIAT
P#-IOE8682268890

PED-15JAN2025

VNUSAROSAS<OSUNA<<OMAR<ALEJANDRO<<<<<<<<<<<<<
NO12358604MEX8111292M2501154H5NGL04AXB021182

5146



MIGRACION   Campeche   5 VISAS

ADMITTED
DEPARTMENT OF HOMELAND SECURITY·U.S. CUSTOMS AND BORDER PROTECTION
NOG   4669
SEP 22 2023
Class H2A
Intil FEB 15, 2024

**VISA**   **UNITED STATES OF AMERICA**

Issuing Post Name
HERMOSILLO
Surname
ROSAS OSUNA
Given Name
OMAR ALEJANDRO
Passport Number
N01235860
Entries
M
Annotation
**

Control Number
20232623790004

Visa Type /Class
R   H2A
Sex   Birth Date   Nationality
M   1981   MEX
Issue Date   Expiration Date
20SEP2023   15JAN2024   0111

T0117946

PN-SOUTH CENTRAL SUGAR CANE GROWERS ASSOCIAT
P#- IOE8785314944   PED-15JAN2024

VNUSAROSAS<OSUNA<<OMAR<ALEJANDRO<<<<<<<<<<<<
N012358604MEX8111292M2401151H5HER0878K021187

SCSCGA-055703

**VISA** — **UNITED STATES OF AMERICA**

| Issuing Post Name | | Control Number |
| --- | --- | --- |
| HERMOSILLO | | 20222623570002 |

Surname
ROSAS OSUNA

Given Name
OMAR ALEJANDRO

| Passport Number | Sex | Birth Date | Visa Type /Class |
| --- | --- | --- | --- |
| N01235860 | M | ████981 | R   H2A |
| | | | Nationality |
| | | | MEX |

Entries
M

| Issue Date | Expiration Date | |
| --- | --- | --- |
| 20SEP2022 | 15JAN2023 | 0110 |

Annotation

R5887562

** PN-SOUTH CENTRAL SUGAR CANE GROWERS ASSOCIAT
P#-IOE8245317695                          PED-15JAN2023

VNUSAROSAS<OSUNA<<OMAR<ALEJANDRO<<<<<<<<<<<<<<
N012358604MEX8111292M2301158H5HER07HV1021180

Stamp: ADMITTED NOG DEPARTMENT OF HOMELAND SECURITY · U.S. CUSTOMS AND BORDER SEP 3 0 2022 — H2A — Class Until FEB 15 2023

Confidential

SCSCGA-055753

5226

TD



**VISA**

**UNITED STATES OF AMERICA**

Issuing Post Name
NOGALES

Control Number
20242629380002

Surname
ZAYAS REYES

Given Name
RUBEN

Visa Type /Class
R    H2A

Passport Number
N02120039

Sex
M

Birth Date
1964

Nationality
MEX

Entries
M

Issue Date
23SEP2024

Expiration Date
15JAN2025

1000

Annotation

U4925972

**   PN-SOUTH CENTRAL SUGAR CANE GROWERS ASSOCIAT
P#-IOE8682268890                              PED-15JAN2025

VNUSAZAYAS<REYES<<RUBEN<<<<<<<<<<<<<<<<<<<<<
N02120039<4MEX6407221M2501154H5NGLO4B4Q120954

Confidential

SCSCGA-057987



SCSCGA-058031



5224

SCSCGA-058087