# EXHIBIT 4

## Invoices from Great Labor (2022-2025)

GREAT LABOR LLC

517 BROAD ST
LAKE CHARLES, LA 70601

# Invoice

| Date | Invoice # |
|------|-----------|
| . 12/5/2022 | 591 |

| Bill To |
|---------|
| South Central Sugar Cane Grower's Association<br>611 Irish Bend Road<br>Franklin, LA 70538 |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 6539 | Net 30 | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 2 | Flat fee per worker for identification of worker for possible employment, if applicable, interview of worker to see if required qualifications and/or experience are met for specified job duties (if applicable), perform check of passport (valid) and any previous work visas, oversee ASC and U.S. Consulate appointments (including completion of DS-160) with worker to obtain work visa and coordinate transportation to job-site, which includes hotel, bus, and subsistence expenses from place of origin. This fee also covers the ASC appointment fee of $190.00 and any post-arrival issues.<br><br>IOE8531672324 Dispatchers<br>G24076121 Juan Ignacio Martinez Camacho<br>G42246240 Martina Aracely Zamorano Leyva | 850.00 | 1,700.00 |
| 4 | Flat fee per worker for identification of worker for possible employment, if applicable, interview of worker to see if required qualifications and/or experience are met for specified job duties (if applicable), perform check of passport (valid) and any previous work visas, oversee ASC and U.S. Consulate appointments (including completion of DS-160) with worker to obtain work visa and coordinate transportation to job-site, which includes hotel, bus, and subsistence expenses from place of origin. This fee also covers the ASC appointment fee of $190.00 and any post-arrival issues.<br><br>IOE8854170656 Cooks<br>N02130623 Luis Carlos Castro Garcia<br>G37613069 Francisco de Asis Junquera Linaldi<br>G41550683 Jesus Manuel Adrian Quinones<br>G35673070 Adrian Rangel Camacho | 850.00 | 3,400.00 |
| 4 | EAC2229150974 Mechanics<br>JESUS ANTONIO RODRIGUEZ PENUELAS G40775165<br>ISAAC ESCALANTE ALVARADO G40774767<br>JOSE MIGUEL LUGO ROCHA G41051967<br>Carlos alfredo Sánchez Pérez G41125576<br>*Does not include 2 mechanics for a total of (6) processed by Raul Reissner* | 850.00 | 3,400.00 |
| 1 | Wire Fee Raul Reissner | 65.00 | 65.00 |

| Total | |
|-------|--|
| | |

Page 1

SCSCGA - 001588

GREAT LABOR LLC

517 BROAD ST
LAKE CHARLES, LA 70601

# Invoice

| Date | Invoice # |
|---|---|
| 12/5/2022 | 591 |

| Bill To |
|---|
| South Central Sugar Cane Grower's Association<br>611 Irish Bend Road<br>Franklin, LA 70538 |

| P.O. No. | Terms | Project |
|---|---|---|
| 6539 | Net 30 | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 20 | IOE8146943269 Heavy Trailers (Mexico)<br>ANTONIO ARGULLO DE LOS SANTOS G35189529<br>SAMUEL BECERRIL MARTINEZ G37324734<br>Jose de Jesus Cabrera Guerrero G40819502<br>Maximino Camacho Ramirez N02984704<br>Javier Cruz Hernandez G38247852<br>MIGUEL ANGEL GARCIA SALINAS N00187481<br>JOEL GOMEZ MACEDO G25534660<br>Adolfo Mar Castillo G42176543<br>BRIAN MAR CASTILLO G29476673<br>JAIME MARTINEZ VAZQUEZ N0450501<br>EDGAR OREGEL RODRIGUEZ G29825760<br>Arturo Paredes Alonso N04151704<br>ISIDRO RODRIGUEZ GONZALEZ G38248082<br>OSWALDO ROSARIO MAZARIEGOS G38665822<br>JUAN MANUEL RUIZ VERDIN G40114830<br>PABLO TORRES GOMEZ N03771687<br>DIEGO TORRES MALDONADO N01447772<br>Jose Isabel Torres Ponce G34255381<br>OCTAVIANO TORRES PONCE N01260854<br>Helder Velazques Castellanos N01301490 | 850.00 | 17,000.00 |
| 144 | IOE8245317695 Truck Drivers<br>JUAN CARLOS ABOYTE BURBOA G24071355<br>VICTOR MANUEL AGUILAR BOJORQUEZ G35773728<br>JOSE ANGEL AGUIRRE VALDEZ N01232293<br>JOSE ALONSO AHUMADA ANDRADE G25148255<br>JOSUE IASI AKE GARCIA G37105546<br>JULIO CESAR ALMARAZ LUGO N01818800<br>JULIO CESAR ALMARAZ RODRIGUEZ G38635429<br>VICENTE ALTAMIRANO ANGUIANO G29766146<br>JOSE ALEJANDRO ALVARADO ORDUNO N01788763<br>Hugo Amaro Montano N03069540<br>Wilbert Andrade Ramirez G25148829<br>JORGE ALONSO ANGULO RODRIGUEZ G30682816 | 850.00 | 122,400.00 |

| | Total | |
|---|---|---|

SCSCGA - 001589

GREAT LABOR LLC

# Invoice

517 BROAD ST
LAKE CHARLES, LA 70601

| Date | Invoice # |
|------|-----------|
| 12/5/2022 | 591 |

| Bill To |
|---------|
| South Central Sugar Cane Grower's Association<br>611 Irish Bend Road<br>Franklin, LA 70538 |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 6539 | Net 30 | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | JOSE MANUEL ARANDA RODRIGUEZ N02471358 | | |
| | NEMECIO ARAUJO OCHOA G29556604 | | |
| | RICARDO ARELLANO SOTO N01955964 | | |
| | ADAN ARMENTA ACOSTA N02573672 | | |
| | BOLIVAR ARMENTA ACOSTA G43045018 | | |
| | EDUARDO ARMENTA PACHECO N02574185 | | |
| | JULIO CESAR ATONDO DURAN G40427043 | | |
| | VICTOR RAUL ATONDO DURAN G40429022 | | |
| | HUGO AVALOS ZUNIGA G33946559 | | |
| | FELIPE DE JESUS AVILA SOTO G40658306 | | |
| | ANGEL AYON GARCIA G40989752 | | |
| | Wilbeth Ivan Baeza Gonzalez N03083456 | | |
| | Edgar Gerardo Barraza Gonzalez G37493760 | | |
| | JULIO CESAR BASILIO CAMPOS G33914652 | | |
| | JESUS AZAEL BELTRAN RAMIREZ G33261401 | | |
| | CESAR ALEXIS BELTRAN VALDEZ G42184451 | | |
| | EDGAR EULIZES BELTRAN VALDEZ N03484957 | | |
| | JESUS MIGUEL BONILLA RUIZ N01054592 | | |
| | ALVARO BURGOS COTA G38907832 | | |
| | HERMINIO MIGUEL CALOCA CASTILLO G28934038 | | |
| | ALFREDO CANO PULIN N02888880 | | |
| | DAGOBERTO CARDENAS COTA G42357744 | | |
| | ROBERTO CARLON FLORES G40773897 | | |
| | RAFAEL CARRILLO MENDOZA G35775051 | | |
| | REGUSTIANO CARVAJAL SANUDO N02995136 | | |
| | Jose David Castillo Avila G37498952 | | |
| | Oscar Armando Castillo Ortiz G37504855 | | |
| | ARNOLDO CASTRO ROBLES N01231664 | | |
| | PEDRO ENRIQUE CERVANTES GONZALEZ G38754713 | | |
| | FRANCISCO CERVANTES MIRANDA G42575122 | | |
| | JASSIEL ENRIQUE CERVANTES VILLANUEVA G40988575 | | |
| | GUSTAVO CONTRERAS AYALA G40988504 | | |
| | JESUS ANTONIO CORTEZ BELTRAN N01835580 | | |
| | JOEL DE SANTIAGO CASTANON G34937153 | | |

| | | Total | |
|--|--|-------|--|

SCSCGA - 001590

GREAT LABOR LLC

517 BROAD ST
LAKE CHARLES, LA 70601

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/5/2022 | 591 |

| Bill To |
|---------|
| South Central Sugar Cane Grower's Association<br>611 Irish Bend Road<br>Franklin, LA 70538 |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 6539 | Net 30 | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | Emmanuel Jimenez Rios G24543013<br>MIGUEL JUAREZ REYES G42205541<br>JESUS ABIMAEL LOPEZ ARREDONDO N03603853<br>MIGUEL ROBERTO LOPEZ BELTRAN N01067340<br>ELVIN ORLANDO LOPEZ GALINDO G42360199<br>ANTONIO LOPEZ GAXIOLA N03777740<br>EDGARDO JAVIER LOPEZ TORRES G40114734<br>JOSE CARLOS LORA GAMEZ G38610043<br>EDWIN ENRIQUE LUNA BELTRAN G40348789<br>FELIPE LUNA DE LA CERDA G38635404<br>ERICK MAGANA PULIDO G37502216<br>ZACARIAS IGNACIO MANCILLA REYES G37502347<br>JOSE GUADALUPE MARTINEZ RODRIGUEZ N03318850<br>JULIO MATIAS LOPEZ G23916995<br>VICTOR MENDOZA GARCIA G23486195<br>FRANCISCO JAVIER MIRANDA ALVARADO G40349076 | | |
| | **Total** | | |

SCSCGA - 001591

GREAT LABOR LLC

517 BROAD ST
LAKE CHARLES, LA 70601

# Invoice

| Date | Invoice # |
|---|---|
| 12/5/2022 | 591 |

| Bill To |
|---|
| South Central Sugar Cane Grower's Association<br>611 Irish Bend Road<br>Franklin, LA 70538 |

| P.O. No. | Terms | Project |
|---|---|---|
| 6539 | Net 30 | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | CARLOS ALBERTO MUNOZ MENDOZA G35038497<br>Emanuel Elias Novella Zepeda G33994328<br>Roberto Elias Novella Zepeda G33829789<br>EDUARDO OLIVAS SANCHEZ G40571665<br>BRYAN JESUS OLIVERA CARRADA G37218852<br>JOSE LEONARDO ORTIZ CERVANTES N04388893<br>Daniel Ortiz Cisneros N01159665<br>JOQSAN ADRIAN PALAFOX VEGA G41770616<br>OMAR PANDURO DELGADO G40504738<br>IVAN PEDROZA ORDONEZ G32604881<br>SERGIO ENRIQUE PEREZ CASTRO G33367768<br>IGNACIO PUGA PADRON G41984543<br>JESUS DANIEL QUIROZ ACUNA G41850048<br>RAUL ROBERTO RAMIREZ OZUA G40430799<br>miguel Ramos Reyes G40112112<br>OSVALDO REMBAO GUZMAN N01229719<br>JOSE RAFAEL RIVAS BONILLA N01569307<br>JORGE ROBLES GARCIA G30680398<br>JESUS ANTONIO RODRIGUEZ GARCIA N04071221<br>ANTONIO NOE ROJO ALVAREZ G35952064<br>OMAR ALEJANDRO ROSAS OSUNA N01235860<br>OSCAR ARTURO RUIZ ANGUAMEA G40308284<br>IRVING NATANAEL RUIZ LOPEZ G39247862<br>EVELIO INES SANCHEZ GUTIERREZ N02919608<br>BOGARD ERVEY SANTOS LOPEZ N00825811<br>FELIPE DE JESUS SUAREZ PALAFOX G40307905<br>JULIAN HECTOR TERRAZAS GAMEZ G38747135<br>HECTOR JESUS TERRAZAS SMITH G39849777<br>FERNANDO TORRES ALVAREZ N03076123<br>GADIEL OCTAVIO TORRES LOPEZ N03319275<br>ROBERTO URIAS VALADEZ N03217664<br>EDUARDO ANTONIO VALENCIA VALDEZ G40348596<br>FRANCISCO RAUL VALENZUELA NAVARRO G37978420 | | |

**Total**

SCSCGA - 001592

GREAT LABOR LLC

517 BROAD ST
LAKE CHARLES, LA 70601

# Invoice

| Date | Invoice # |
| --- | --- |
| 12/5/2022 | 591 |

| Bill To |
| --- |
| South Central Sugar Cane Grower's Association<br>611 Irish Bend Road<br>Franklin, LA 70538 |

| P.O. No. | Terms | Project |
| --- | --- | --- |
| 6539 | Net 30 | |

| Quantity | Description | Rate | Amount |
| --- | --- | --- | --- |
| | ANTONIO VAZQUEZ IBARRA N01836537<br>MARCO ANTONIO VAZQUEZ PENUELAS G41769557<br>MIGUEL ANGEL VAZQUEZ PENUELAS N03775438<br>JOSE ANTONIO VEGA MARTINEZ G40348046<br>JOSE RAMON VEGA PEREZ N04390024<br>VICTOR MANUEL VILLA ESCALANTE G42360226<br>ARNULFO VILLEGAS MIRANDA N02120452<br>CARLOS RAMON ZAMORANO BELTRAN G41987469<br>DAVID JAVIER ZAVALA RUIZ N03319263<br>RUBEN ZAYAS REYES N02120039<br>RUBEN ZURITA SOTO G34402523 | | |
| | **Total** | | $147,965.00 |

SCSCGA - 001593

**SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC.**

02/10/23    Check #:  **1254**

Vendor ID: GREATLABOR          Vendor Name: **GREAT LABOR LLC**

| Invoice No. | Date | Invoice Amount | Amount Paid | Discounts Taken | Credits Taken | Net Amount |
|---|---|---|---|---|---|---|
| 591 | 02/10/23 | 147965.00 | 147965.00 | 0.00 | 0.00 | 147965.00 |
| | | | | | Net Check Amt | 147965.00 |

QUOYESER: FORM 90-25-AP

SCSCGA - 001594

**Jaime Robison**

| | |
|---|---|
| **From:** | Ricky Gonsoulin <rickygonsoulin@gmail.com> |
| **Sent:** | Friday, December 1, 2023 12:35 PM |
| **To:** | Desiree Lange; Jaime Robison; Kimberly Broussard; Rivers Patout; Tim Soileau |
| **Subject:** | Fwd: New payment request from Great Labor, LLC - invoice 783 |

Ricky Gonsoulin
New Iberia Mayor Pro Temp
407 Terrell Court
New Iberia , La 70563
337 319 7515
rickygonsoulin@gmail.com

---------- Forwarded message ---------
From: **Great Labor, LLC** <quickbooks@notification.intuit.com>
Date: Fri, Dec 1, 2023 at 11:32 AM
Subject: New payment request from Great Labor, LLC - invoice 783
To: <rickygonsoulin@gmail.com>
CC: <work@greatlabor.com>

INVOICE 783 DETAILS

# Great Labor, LLC

### DUE 12/16/2023

# $157,847.00

**Print or save**

Powered by QuickBooks

Dear Mr. Gonsoulin,

We appreciate your business. Please find your invoice details here.
Feel free to contact us if you have any questions.

Have a great day!
Great Labor, LLC
517 Broad St.
Lake Charles, LA 70601
(337) 802-7673 John Dees

**Bill to** South Central Sugar Cane Grower's Associa
South Central Sugar Cane Grower's

1

SCSCGA - 001578

Association
<u>611 Irish Bend Road</u>
<u>Franklin, LA 70538</u>

**Terms**                                       Net 30

**P.o. number**                                 6789

### ASC Appointment Fee                                      $410.00

ASC Appointment Fee IOE8205635835 CHAUFFEURS
JUVENTINO BECERRIL MARTINEZ G19316811 Sep 19, 2023
LUIS ANGEL LONGORIA HERNANDEZ N01390342 Sep 28, 2023

2 X $205.00

### ASC Appointment Fee                                      $24,805.00

ASC Appointment Fee IOE8785314944 DRIVERS

121 X $205.00

### ASC Appointment Fee                                      $7,380.00

ASC Appointment Fee IOE8279516019 EQUIP. OPERATORS

36 X $205.00

### ASC Appointment Fee                                      $2,050.00

ASC Appointment Fee IOE8279516019 EQUIP. OPERATORS COSTA RICA
JOSE ASDRUBAL RODRIGUEZ JIMENEZ
EDGAR GREGORIO PALACIOS FLORES* LOCKED PROFILE (2XAppt Fee)
ELVIS ROY RAMIREZ ARTAVIA
FRANCISCO JOSE RODRIGUEZ CRUZ
AARON TALAVERA RAMIREZ
CARLOS SIVIANY JIMENEZ MIRANDA
ARGENIS ISAAC RAMIREZ ARTAVIA
DAVID DE JESUS GARCIA ROQUE* LOCKED PROFILE (2XApptFee)

10 X $205.00

### Travel/Subsistence Charges                               $3,272.00

Inbound Flights EQUIP. OPERATORS COSTA RICA
JOSE ASDRUBAL RODRIGUEZ JIMENEZ

2

SCSCGA - 001579

EDGAR GREGORIO PALACIOS FLORES
ELVIS ROY RAMIREZ ARTAVIA
FRANCISCO JOSE RODRIGUEZ CRUZ
AARON TALAVERA RAMIREZ
CARLOS SIVIANY JIMENEZ MIRANDA
ARGENIS ISAAC RAMIREZ ARTAVIA
DAVID DE JESUS GARCIA ROQUE

8 X $409.00

## ASC Appointment Fee

$410.00

ASC Appointment Fee IOE8535403219 DISPATCHERS
JUAN IGNACIO MARTINEZ CAMACHO N07709077 Sep 19, 2023
MARTINA ARACELY ZAMORANO LEYVA G42246240 Sep 19, 2023

2 X $205.00

## ASC Appointment Fee

$820.00

ASC Appointment Fee IOE8044705255 COOKS
LUIS CARLOS CASTRO GARCIA N02130623 Sep 19, 2023
FRANCISCO DE ASIS JUNQUERA LINALDI N06931810 Sep 19, 2023
JOSE FRANCISCO MOREIRA PERALES N04191387 Sep 19, 2023
ADRIAN RANGEL CAMACHO G35673070 Sep 19, 2023

4 X $205.00

## GL-FEE

$118,300.00

Flat fee per worker for identification of worker for possible employment, if applicable, interview of worker to see if required qualifications and/or experience are met for specified job duties (if applicable), perform check of passport (valid) and any previous work visas, oversee ASC and U.S. Consulate appointments (including completion of DS-160) with worker to obtain work visa and coordinate transportation to job-site, which includes hotel, bus, and subsistence expenses from place of origin.

169 X $700.00

## Fee to make flights

$400.00

8 X $50.00

Balance due      $157,847.00

*CC payments now available @ 3% $4735.41
*ACH payments now available @ 1% $1578.47
Please advise if you would like to pay with either option so we can modify this

3

SCSCGA - 001580

invoice. As always, we welcome a check mailed to: <u>517 Broad St. Lake Charles, LA 70601</u>

---

**Print or save**

---

Great Labor, LLC

<u>343 BROAD ST LAKE CHARLES, LA 70601 US</u>

<u>(337)</u> 802-7673

<u>john@greatlabor.com</u>

<u>greatlabor.com</u>

---

If you receive an email that seems fraudulent, please check with the business owner before paying.

© Intuit, Inc. All rights reserved.

<u>Privacy</u> | <u>Security</u> | <u>Terms of Service</u>

4

SCSCGA - 001581

Vendor ID: GREATLABOR          Vendor Name: **GREAT LABOR LLC**          12/06/23          Check #: **1359**

| Invoice No. | Date | Invoice Amount | Amount Paid | Discounts Taken | Credits Taken | Net Amount |
|---|---|---|---|---|---|---|
| 783 | 12/01/23 | 157847.00 | 157847.00 | 0.00 | 0.00 | 157847.00 |
| | | | | | Net Check Amt | 157847.00 |

QUOYESER: FORM 90-25-AP

Vendor ID: GREATLABOR          Vendor Name: **GREAT LABOR LLC**

| Invoice No. | Date | Invoice Amount | Amount Paid | Discounts Taken | Credits Taken | Net Amount |
|---|---|---|---|---|---|---|
| 783 | 12/01/23 | 157847.00 | 157847.00 | 0.00 | 0.00 | 157847.00 |

**Great Labor, LLC**
517 Broad St
Lake Charles, LA 70601 USA
+13378027673
john@greatlabor.com
greatlabor.com

# Invoice

| BILL TO |
|---|
| South Central Sugar Cane Grower's Associa |
| South Central Sugar Cane Grower's Association |
| 611 Irish Bend Road |
| Franklin, LA 70538 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 946 | 10/28/2024 | $165,884.00 | 11/12/2024 | Net 15 | |

## P.O. NUMBER
06988-Drivers,ageq,chauf,co,dis

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| **ASC Appointment Fee** | ASC Appointment Fee<br>IOE8682268890 (133)<br>IOE8103896962 (2)<br>IOE8692798190 (4)<br>IOE8495401976 (5)<br>IOE8795967989 (41MEX + 8CR) | 193 | 205.00 | 39,565.00 |
| **GL-FEE** | Flat fee per worker for identification of worker for possible employment, if applicable, interview of worker to see if required qualifications and/or experience are met for specified job duties (if applicable), perform check of passport (valid) and any previous work visas, oversee ASC and U.S. Consulate appointments (including completion of DS-160) with worker to obtain work visa and coordinate transportation to job-site, which includes hotel, bus, and subsistence expenses from place of origin.<br>Truck Drivers - IOE8682268890<br>JOSE ALONSO AHUMADA ANDRADE N08678505<br>JOSUE ISAI AKE GARCIA N01679753<br>VICENTE ALTAMIRANO ANGUIANO N14274130<br>HUGO AMARO MONTANO N03069540<br>WILBERT ANDRADE RAMIREZ N10181904<br>JORGE ALONSO ANGULO RODRIGUEZ N15322542<br>ERICK APODACA BARBONTIN N01237423<br>GABRIEL ANTONIO APODACA RUIZ G41849852<br>JOSE MANUEL ARANDA RODRIGUEZ N02471358<br>NEMECIO ARAUJO OCHOA N08527577<br>RICARDO ARELLANO SOTO N01955964<br>ADAN ARMENTA ACOSTA N02573672<br>BOLIVAR ARMENTA ACOSTA N13056722<br>JULIO CESAR ATONDO DURAN G40427043<br>HUGO AVALOS ZUNIGA G33946559<br>EDGAR GERARDO BARRAZA GONZALEZ | 131 | 680.00 | 89,080.00 |

SCSCGA-001604

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---------|-------------|-----|------|--------|
| | N07407975<br>JULIO CESAR BASILIO CAMPOS G33914652<br>MARIO ALEJANDRO BERNAL ENCINAS G43277194<br>RAUL ALBERTO BON LEAL N03319264<br>JESUS MIGUEL BONILLA RUIZ N01054592<br>ALVARO BURGOS COTA N10312832<br>ROBERTO CARLON FLORES N14170652<br>JUAN ARGENIS CARRILLO PARRA N09303132<br>REGUSTIANO CARVAJAL SANUDO N02995136<br>OSCAR ARMANDO CASTILLO ORTIZ G37504855<br>ARNOLDO CASTRO ROBLES N01231664<br>BALDEMAR CERVANTES LEYVA N09850323<br>FRANCISCO CERVANTES MIRANDA N12746036<br>GUSTAVO CONTRERAS AYALA G40988504<br>JUAN CARLOS CORRALES AYALA N10565584<br>JESUS ANTONIO CORTEZ BELTRAN N01835580<br>JOEL DE SANTIAGO CASTANON G34937153<br>SERGIO DE SANTIAGO CASTANON G38741370<br>DANIEL DELFIN MARTINEZ N14695358<br>MIGUEL IVAN DURAN N08287828<br>JUAN ANDRES DURAN RODRIGUEZ N02557679<br>JUAN ALBERTO DURAN VAZQUEZ G41574117<br>JUAN ANTONIO ELISEA PEREZ G40305470<br>VICTOR MANUEL FIERRO ALVARADO N04395789<br>ALVARO FLORES GAXIOLA N01202795<br>Moises Flores Reyes N04956173 Oct 09, 2024<br>SERGIO ALBERTO FONSECA ALCANTAR N15321779<br>ROGELIO ADRIAN GAMEZ RUIZ N14304012<br>ANGEL GARCIA AYON N13476295<br>JOSE ALFREDO GARCIA CANDELA N15194244<br>ALFREDO GARCIA HERNANDEZ G35630956<br>ANSELMO GARCIA LOPEZ G37502124<br>PABLO GARCIA SALINAS N07340416<br>JOSE SAUL GASTELUM ROSAS N12501904<br>IVAN GAXIOLA CERVANTES N01451715<br>JOSE ERNESTO GAXIOLA CERVANTES N01570414<br>FAUSTO GIL ROBLES N14398149<br>MARCO ANTONIO GIL VALDEZ N14398170<br>JOSE LUIS GOMEZ RUIZ N01449832<br>JULIO CESAR GONZALEZ HERNANDEZ G38352466<br>LUIS MICHEL GONZALEZ LAUREAN N03928089<br>RAMON GUZMAN CAMPOS G40309674<br>JUAN ALEJO HERNANDEZ CANELA G35759429<br>JOSE MANUEL HERNANDEZ LOZOYA N10278793<br>LUIS MIGUEL HERNANDEZ LOZOYA N02670349<br>LUIS ANTONIO JACOME RODRIGUEZ N08946767<br>EMMANUEL JIMENEZ RIOS N07970002<br>MIGUEL JUAREZ REYES N14275631<br>JESUS ABIMAEL LOPEZ ARREDONDO N03603853<br>ELVIN ORLANDO LOPEZ GALINDO G42360199<br>JOSE CARLOS LORA GAMEZ N06913392<br>FELIPE LUNA DE LA CERDA N07234688<br>ZACARIAS IGNACIO MANCILLA REYES N06928406<br>JULIO MATIAS LOPEZ N07882815<br>LEONEL MEDINA ESCALANTE N10158374 | | | |

SCSCGA - 001605

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | HUGO FABIAN MIRANDA BELTRAN N11613281 | | | |
| | RAMIRO MONTANO LOZANO G42416775 | | | |
| | FRANCISCO JAVIER MONTERO ESCOTO G33499121 | | | |
| | OSCAR ALONSO MORA MARTINEZ G33497277 | | | |
| | JUAN CARLOS MORENO FRAUSTO N07807181 | | | |
| | CARLOS ALBERTO MUNOZ MENDOZA G35038497 | | | |
| | EMANUEL ELIAS NOVELLA ZEPEDA G33994328 | | | |
| | ROBERTO ELIAS NOVELLA ZEPEDA G33829789 | | | |
| | EDUARDO OLIVAS SANCHEZ N14382297 | | | |
| | BRYAN JESUS OLIVERA CARRADA G37218852 | | | |
| | JUAN MARTIN PACHECO GUERRERO N13874673 | | | |
| | LUIS ROMAN PACHECO GUERRERO G41125986 | | | |
| | JOQSAN ADRIAN PALAFOX VEGA N13056719 | | | |
| | IVAN PEDROZA ORDONEZ N14036850 | | | |
| | SERGIO ENRIQUE PEREZ CASTRO G33367768 | | | |
| | Jesus Perez Garcia N09714862 | | | |
| | IGNACIO PUGA PADRON G41984543 | | | |
| | JESUS DANIEL QUIROZ ACUNA N15318980 | | | |
| | RAUL ROBERTO RAMIREZ OZUA N15321335 | | | |
| | MIGUEL RAMOS REYES G40112112 | | | |
| | ALONSO RANGEL MALDONADO G34502946 | | | |
| | OSVALDO REMBAO GUZMAN N01229719 | | | |
| | ROSARIO OMAR REYES AMBRIZ N02581987 | | | |
| | JOSE RAFAEL RIVAS BONILLA N01569307 | | | |
| | MARCO JAVIER RIVERA ALVARADO N13474763 | | | |
| | JOSE MIGUEL RIVERA BARRAZA N07235256 | | | |
| | Antonio Robles Franco N17961834 | | | |
| | MANUEL DE JESUS ROBLES LERMA N03776857 | | | |
| | SIMON ALONSO ROBLES RAYA N15438800 | | | |
| | JORGE ROBLES VEA N12757556 | | | |
| | Miguel Rodríguez Chapa N14138795 | | | |
| | JESUS ANTONIO RODRIGUEZ GARCIA N04071221 | | | |
| | ANTONIO NOE ROJO ALVAREZ G35952064 | | | |
| | JOSE FABRICIO ROMERO N13059211 | | | |
| | FELIPE ROSADO NARANJO G35746852 | | | |
| | OMAR ALEJANDRO ROSAS OSUNA N01235860 | | | |
| | OSCAR ARTURO RUIZ ANGUAMEA G40308284 | | | |
| | IRVING NATANAEL RUIZ LOPEZ N10799075 | | | |
| | EVELIO INES SANCHEZ GUTIERREZ N02919608 | | | |
| | VICTOR MARTIN SANDOVAL N10313483 | | | |
| | BOGARD ERVEY SANTOS LOPEZ N00825811 | | | |
| | JORGE GUADALUPE SOLORZA RUELAS N12752656 | | | |
| | ADOLFO SOSA PALAGOT N14223145 | | | |
| | JOSE DE JESUS SOTO REZA N15321388 | | | |
| | FELIPE DE JESUS SUAREZ PALAFOX G40307905 | | | |
| | HECTOR JESUS TERRAZAS SMITH N08200021 | | | |
| | FERNANDO TORRES ALVAREZ N03076123 | | | |
| | GADIEL OCTAVIO TORRES LOPEZ N03319275 | | | |
| | GONZALO VALDIVIA MATLA G38246061 | | | |
| | FRANCISCO RAUL VALENZUELA NAVARRO N07706742 | | | |
| | MARCO ANTONIO VAZQUEZ PENUELAS N12754216 | | | |
| | MIGUEL ANGEL VAZQUEZ PENUELAS N03775438 | | | |

SCSCGA - 001606

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---------|-------------|-----|------|--------|
| | ARMANDO ALFONSO VEGA MARTINEZ G42910790<br>HORACIO VEGA MARTINEZ G38822512<br>JOSE ANTONIO VEGA MARTINEZ G40348046<br>ELVER ARIEL VEGA PENA N06261076<br>JOSE RAMON VEGA PEREZ N04390024<br>VICTOR MANUEL VILLA ESCALANTE G42360226<br>JESUS ANTONIO VILLA PEREZ N01237397<br>ARNULFO VILLEGAS MIRANDA N02120452<br>CARLOS RAMON ZAMORANO BELTRAN G41987469<br>DAVID JAVIER ZAVALA RUIZ N03319263<br>RUBEN ZAYAS REYES N02120039<br>RUBEN ZURITA SOTO G34402523 | | | |
| GL-FEE | Flat fee per worker for identification of worker for possible employment, if applicable, interview of worker to see if required qualifications and/or experience are met for specified job duties (if applicable), perform check of passport (valid) and any previous work visas, oversee ASC and U.S. Consulate appointments (including completion of DS-160) with worker to obtain work visa and coordinate transportation to job-site, which includes hotel, bus, and subsistence expenses from place of origin.<br>IOE8692798190<br>LUIS CARLOS CASTRO GARCIA N02130623<br>JOSE FRANCISCO MOREIRA PERALES N04191387<br>ADRIAN RANGEL CAMACHO G35673070<br>LUIS FERNANDO RIOS MOCTEZUMA N14092141 | 4 | 680.00 | 2,720.00 |
| GL-FEE | Flat fee per worker for identification of worker for possible employment, if applicable, interview of worker to see if required qualifications and/or experience are met for specified job duties (if applicable), perform check of passport (valid) and any previous work visas, oversee ASC and U.S. Consulate appointments (including completion of DS-160) with worker to obtain work visa and coordinate transportation to job-site, which includes hotel, bus, and subsistence expenses from place of origin.<br>Dispatchers - 96962<br>JUAN IGNACIO MARTINEZ CAMACHO N07709077<br>MARTINA ARACELY ZAMORANO LEYVA G42246240 | 2 | 680.00 | 1,360.00 |
| GL-FEE | Flat fee per worker for identification of worker for possible employment, if applicable, interview of worker to see if required qualifications and/or experience are met for specified job duties (if applicable), perform check of passport (valid) and any previous work visas, oversee ASC and U.S. Consulate appointments (including completion of DS-160) with worker to obtain work visa and coordinate transportation to job-site, which includes hotel, bus, and subsistence expenses from place of origin.<br>Chauffeur - 01946<br>JUVENTINO BECERRIL MARTINEZ N12370339<br>MAXIMINO CAMACHO RAMIREZ N02984704<br>LUIS ANGEL LONGORIA HERNANDEZ N01390342<br>PABLO TORRES GOMEZ N03771687 | 5 | 680.00 | 3,400.00 |

SCSCGA - 001607

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---------|-------------|-----|------|--------|
|  | OMMAR TORRES SERNA G40240636 |  |  |  |
| GL-FEE | Flat fee per worker for identification of worker for possible employment, if applicable, interview of worker to see if required qualifications and/or experience are met for specified job duties (if applicable), perform check of passport (valid) and any previous work visas, oversee ASC and U.S. Consulate appointments (including completion of DS-160) with worker to obtain work visa and coordinate transportation to job-site, which includes hotel, bus, and subsistence expenses from place of origin. | 40 | 680.00 | 27,200.00 |
|  | Ag Equipment - 67989 |  |  |  |
|  | VICTOR MANUEL AGUILAR BOJORQUEZ G35773728 |  |  |  |
|  | JOSE ALEJANDRO ALVARADO ORDUNO N01788763 |  |  |  |
|  | SANTIAGO ANGUIANO TORRES G22983338 |  |  |  |
|  | ANTONIO ARGUELLO DE LOS SANTOS G35189529 |  |  |  |
|  | VICTOR RAUL ATONDO DURAN G40429022 |  |  |  |
|  | SAMUEL BECERRIL MARTINEZ N06904421 |  |  |  |
|  | CRISTIAN EMMANUEL CARBAJAL PONCE G38534907 |  |  |  |
|  | AARON ISAAC CHANG APODACA N01572267 |  |  |  |
|  | JAVIER CRUZ HERNANDEZ N07879344 |  |  |  |
|  | YORDID HUMBERTO CRUZ MARTINEZ N07717085 |  |  |  |
|  | ISAAC ESCALANTE RIVERA N02263905 |  |  |  |
|  | LUIS ANGEL GASTELUM LOPEZ N03605121 |  |  |  |
|  | Saul Gomez Chavez N03614362 |  |  |  |
|  | JOEL GOMEZ MACEDO N09490279 |  |  |  |
|  | SAUL GONZALEZ VAZQUEZ N15320576 |  |  |  |
|  | RAUL ARTURO GUERRERO VERDUGO N15324153 |  |  |  |
|  | ROSARIO EDUARDO HERNANDEZ RAMIREZ N15628692 |  |  |  |
|  | ALFREDO IMPERIAL PENA N01837061 |  |  |  |
|  | ELISEO LEZAMA DIAZ N08577417 |  |  |  |
|  | ANTONIO LOPEZ GAXIOLA N03777740 |  |  |  |
|  | HERIBERTO LOPEZ SOLANO N14373420 |  |  |  |
|  | JUAN ADALBERTO LUGO GARCIA N00418859 |  |  |  |
|  | EDWIN ENRIQUE LUNA BELTRAN G40348789 |  |  |  |
|  | EDUARDO MANDUJANO CANEL N05850709 |  |  |  |
|  | ADOLFO MAR CASTILLO G42176543 |  |  |  |
|  | BRIAN MAR CASTILLO N14096555 |  |  |  |
|  | EDGAR OREGEL RODRIGUEZ N12801983 |  |  |  |
|  | ARTURO PAREDES ALONSO N04151704 |  |  |  |
|  | NABOR FERNANDO PENA CORRALES N01067129 |  |  |  |
|  | OMAR MISAEL PEREZ ROJAS N09026349 |  |  |  |
|  | Issac Rivera Miranda N18345813 |  |  |  |
|  | ROSARIO EFRAIN ROBLES RUIZ N05302816 |  |  |  |
|  | ISIDRO RODRIGUEZ GONZALEZ G38248082 |  |  |  |
|  | JUAN MANUEL RUIZ VERDIN G40114830 |  |  |  |
|  | ENRIQUE OZIEL TERRAZAS GERALDO N11612014 |  |  |  |
|  | JOSE ISABEL TORRES PONCE G34255381 |  |  |  |
|  | OCTAVIANO TORRES PONCE N01260854 |  |  |  |
|  | NOHEL TORRES RAMIREZ G40647451 |  |  |  |
|  | ROBERTO URIAS VALADEZ N03217664 |  |  |  |
|  | JOSE ARMANDO VAZQUEZ ELVIRA N08136300 |  |  |  |

SCSCGA - 001608

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---------|-------------|-----|------|--------|
| | HELDER VELAZQUEZ CASTELLANOS N01301490<br>Jose Villa Ramirez N04257813 | | | |
| GL-FEE | Perform check of passport (valid) and any previous work visas, oversee ASC and U.S. Consulate appointments (including completion of DS-160).<br>Costa Rican Ag Equipment Operators<br>DAVID DE JESUS GARCIA ROQUE<br>EDGAR GREGORIO PALACIOS FLORES<br>ELVIS ROY RAMIREZ ARTAVIA<br>CARLOS SIVIANY RAMIREZ ARTAVIA<br>ARGENIS ISSAC RAMIREZ ARTAVIA<br>FRANCISCO JOSE RODRIGUEZ CRUZ<br>JOSE ASDRUBAL RODRIGUEZ JIMENEZ<br>AARON TALAVERA RAMIREZ | 8 | 165.00 | 1,320.00 |
| GL-FEE | This is for workers that were processed but put in admin processing. Employer chose not to bring in this season.<br><br>JOSE GUADALUPE MARTINEZ RODRIGUEZ N03318850<br>ROSARIO EFRAIN ROBLES RUIZ N05302816<br>JESUS TOMAS NOLASCO VALENZUELA N11618832 | 3 | 413.00 | 1,239.00 |

*CC payments now available @ 3%
*ACH payments now available @ 1%
Please advise if you would like to pay with either option so we can modify this invoice. As always, we welcome a check mailed to: 517 Broad St. Lake Charles, LA 70601

BALANCE DUE    **$165,884.00**

SCSCGA - 001609

**SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC**

10/31/24     Check #:  **1522**

Vendor ID:GREATLABOR          Vendor Name: **GREAT LABOR LLC**

| Invoice No. | Date | Invoice Amount | Amount Paid | Discounts Taken | Credits Taken | Net Amount |
|---|---|---|---|---|---|---|
| 946 | 10/28/24 | 165884.00 | 165884.00 | 0.00 | 0.00 | 165884.00 |

Net Check Amt     165884.00

QUOYESER: FORM 90-25-AP

SCSCGA - 001610

# Great Labor, LLC

500 Broad St
Lake Charles, LA  70601-4335
USA
+13378027673
john@greatlabor.com
greatlabor.com

# Invoice

| BILL TO |
| --- |
| South Central Sugar Cane Grower's Associa |
| South Central Sugar Cane Grower's Association |
| 611 Irish Bend Road |
| Franklin, LA  70538 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
| --- | --- | --- | --- | --- | --- |
| 1174 | 12/04/2025 | $0.00 | 12/19/2025 | Net 15 | |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| | ASC Appointment Fee | ASC Appointment Fee (Mexico & CR)<br>212 Total; Invoiced for 101<br>IOE8774539463 Drivers (150)<br>IOE8218331381 Ag Operators (41)<br>IOE8155013385 Dispatchers (2)<br>JUAN IGNACIO MARTINEZ CAMACHO  N07709077<br>MARTINA ARACELY ZAMORANO LEYVA  G42246240<br>IOE8843434890 Cooks (4)<br>LUIS CARLOS CASTRO GARCIA N02130623<br>JOSE FRANCISCO MOREIRA PERALES  N19403082<br>ADRIAN RANGEL CAMACHO N18347433<br>LUIS FERNANDO RIOS MOCTEZUMA  N14092141<br>IOE8496592496 Chauffers (7)<br>JUVENTINO BECERRIL MARTINEZ  N12370339<br>MAXIMINO CAMACHO RAMIREZ N02984704<br>MANOLO DOMINGUEZ MENDEZ N01326229<br>EDGAR OREGEL RODRIGUEZ N12801983<br>JUAN MANUEL RUIZ VERDIN G40114830<br>PABLO TORRES GOMEZ N03771687 | 111 | 205.00 | 22,755.00 |

GL01282

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| | | OMMAR TORRES SERNA G40240636 IOE8218331389 Ag Operators NT (8) GARCIA ROQUE DAVID DE JESUS PALACIOS FLORES EDGAR GREGORIO RAMIREZ ARTAVIA ELVIS ROY RAMIREZ ARTAVIA CARLOS SIVIANY RAMIREZ ARTAVIA ARGENIS ISSAC RODRIGUEZ CRUZ FRANCISCO JOSE RODRIGUEZ JIMENEZ JOSE ASDRUBAL TALAVERA RAMIREZ AARON | | | |
| | GL-FEE | 181 Total; Invoiced for 100 Flat fee per worker for identification of worker for possible employment, if applicable, interview of worker to see if required qualifications and/or experience are met for specified job duties (if applicable), perform check of passport (valid) and any previous work visas, oversee ASC and U.S. Consulate appointments (including completion of DS-160) with worker to obtain work visa and coordinate transportation to job-site, which includes hotel, bus, and subsistence expenses from place of origin. | 80 | 800.00 | 64,000.00 |
| | GL-FEE | 8 total; Invoiced for 3 Flat fee per worker for identification of worker for possible employment, if applicable, interview of worker to see if required qualifications and/or experience are met for specified job duties (if applicable), perform check of passport (valid) and any previous work visas, oversee ASC and U.S. Consulate appointments (including completion of DS-160) with worker to obtain work visa. IOE8218331389 Ag Operators NT (8) GARCIA ROQUE DAVID DE JESUS PALACIOS FLORES EDGAR GREGORIO RAMIREZ ARTAVIA ELVIS ROY RAMIREZ ARTAVIA CARLOS SIVIANY RAMIREZ ARTAVIA ARGENIS | 5 | 400.00 | 2,000.00 |

GL01283

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | ISSAC<br>RODRIGUEZ CRUZ FRANCISCO JOSE<br>RODRIGUEZ JIMENEZ JOSE ASDRUBAL<br>TALAVERA RAMIREZ AARON | | | |
| | GL-FEE | Workers processed that were placed in Admin process; did not want them to come in after conclusion of process.<br>LUIS ALBERTO IBARRIA LEY<br>OSCAR ALONSO MORA MARTINEZ<br>FELIPE ROSADO NARANJO<br>CARLOS ALBERTO MUNOZ MENDOZA<br>SEBASTIAN MISAEL ATONDO GIL<br>EDEN ESPINOZA ELENES<br>JOSE LUIS GARCIA AYON<br>LUIS HUMBERTO GIL LUNA<br>MANUEL RODRIGO INZUNZA MANSANARES<br>PEDRO NIEBLAS MENDOZA<br>GABRIEL OCHOA GARZA<br>JESUS RICARDO QUEZADA MARTINEZ<br>ERIK OVIEL VALENUELA SANTLLANEZ | 13 | 415.00 | 5,395.00 |
| | GL-FEE | Flat fee per worker for identification of worker for possible employment, if applicable, interview of worker to see if required qualifications and/or experience are met for specified job duties (if applicable), perform check of passport (valid) and any previous work visas, oversee ASC and U.S. Consulate appointments (including completion of DS-160) with worker to obtain work visa and coordinate transportation to job-site, which includes hotel, bus, and subsistence expenses from place of origin.<br>Ruben Zayas Reyes N17708866 | 1 | 1,095.00 | 1,095.00 |

GL01284

*CC payments now available @ 3%

*ACH payments now available @ 1%

Please advise if you would like to pay with either option so we can modify this invoice. As always, we welcome a check mailed to: 500 Broad St. Ste.211 Lake Charles, LA 70601

Due to increased regulatory requirements, operating costs, legal consultations, and inflation, various service fees have increased. These adjustments are necessary to ensure compliance. We value & truly appreciate your business.

| | |
|---|---|
| PAYMENT | 95,245.00 |
| BALANCE DUE | **$0.00** |

## Ways to pay



View and pay

GL01285