# EXHIBIT 5

DS-160 Produced by Great Labor



## Online Nonimmigrant Visa Application (DS-160)

Application - *Sensitive But Unclassified(SBU)*

**We do not need a printed copy of your application at any point during your interview process. Only print this application if you want a copy for your own records. If you print your application, please keep it secure.**

Photo Provided:



Confirmation Number:

AA00EZ1XAT

## Your Personal Copy -- Do Not Bring to Interview

### Personal, Address, Phone, and Passport/Travel Document Information

| | |
|---|---|
| Name Provided: | SUAREZ PALAFOX, FELIPE DE JESUS |
| Full Name in Native Language: | DOES NOT APPLY |
| Other Names Used: | NO |
| Telecode Name Used: | NO |
| Sex: | MALE |
| Marital Status: | ██████ |
| Date of Birth: | ██████████ |
| Place of Birth: | ████████████████ |
| Country/Region of Origin (Nationality): | MEXICO |
| Do you hold or have you held any nationality other than the one indicated above on nationality? | ██ |
| Are you a permanent resident of a country/region other than your country/region of origin (nationality) above? | ██ |
| National Identification Number: | ███████████ |
| U.S. Social Security Number: | ██████ |
| U.S. Taxpayer ID Number: | ███████ |
| Home Address: | ████████████ |
| City: | ████ |

## Your Personal Copy -- Do Not Bring to Interview

GL01136

**Your Personal Copy -- Do Not Bring to Interview**

| | |
|---|---|
| State/Province: | ███████ |
| Postal Zone/ZIP Code: | █████ |
| Country/Region: | MEXICO |
| Same Mailing Address? | ███ |
| Primary Phone Number: | ████████ |
| Secondary Phone Number: | █████████ |
| Work Phone Number: | █████████ |
| Do you have any additional phone numbers? | ███ |
| Email Address: | ████████████████████████ |
| Do you have any additional email addresses? | ███ |
| Do you have a social media presence? | |
| Social Media Platform: (1): | ██████ |
| Social Media Identifier: | ████████ |
| Do you have any additional social media presence? | ███ |
| Passport/Travel Document Type: | ██████ |
| Passport/Travel Document Number: | ███████ |
| Passport Book Number: | █████████ |
| Country/Authority that Issued Passport/Travel Document: | MEXICO |
| City Where Issued: | ██████ |
| State/Province Where Issued: | ██████ |
| Country/Region Where Issued: | MEXICO |
| Issuance Date: | █████████ |
| Expiration Date: | █████████ |
| Have you ever lost a passport or had one stolen? | NO |

**Travel Information**

| | |
|---|---|
| The List of Purposes of Trip to the U.S. | |
| Purpose of Trip to the U.S. (1): | TEMPORARY WORKER (H) |
| Specify: | AGRICULTURAL WORKER (H2A) |
| Application Receipt/Petition Number: | IOE8774539448 |
| Have you made specific travel plans? | NO |
| Intended Date of Arrival: | 22 SEPTEMBER 2025 |
| Intended Length of Stay in U.S.: | 4 MONTH(S) |
| Address where you will stay in the U.S.: | 1520 MAIN ST |
| Person/Entity Paying for Your Trip: | |
| Are there other persons traveling with you? | YES |
| Are you traveling as part of a group or organization? | YES |
| Name of the Group: | SOUTH CENTRAL SUGAR CANE GROWERS ASSOCIATION |
| Have you ever been in the U.S.? | YES |
| Date Arrived (1): | ██████████ |

**Your Personal Copy -- Do Not Bring to Interview**

GL01137

**Your Personal Copy -- Do Not Bring to Interview**

Length of Stay: ███████

Date Arrived (2): ███████████

Length of Stay: ███████

Date Arrived (3): ███████████

Length of Stay: ███████

Date Arrived (4): ███████████

Length of Stay: ███████

Date Arrived (5): ███████████

Length of Stay: ███████

Do you or did you hold a U.S. Driver's License? ██

Driver's License Number (1): ███████

State of Driver's License: ██████

Have you ever been issued a U.S. Visa? ██

Date Last Visa was Issued: ███████████

Visa Number: ██████

Are you applying for the same type of visa? ██

Are you applying in the same country where the visa above is issued and is this country your principal country of residence? ██

Have you been ten-printed? ██

Has your U.S. Visa ever been lost or stolen? ██

Has your U.S. Visa ever been cancelled or revoked? ██

Have you ever been refused a U.S. Visa, or been refused admission to the United States, or withdrawn your application for admission at the port of entry? ██

Has anyone ever filed an immigrant petition on your behalf with the United States Citizenship and Immigration Services? ██

## U.S. Contact Information

Contact Person Name in the U.S.: GONSOULIN, RICKY

Organization Name in the U.S.: SOUTH CENTRAL SUGAR CANE GROWERS

Relationship to You: EMPLOYER

U.S. Contact Address: 611 IRISH BEND RD

FRANKLIN, LOUISIANA 70538

Phone Number: 3373197515

Email Address: RICKYGONSOULIN@GMAIL.COM

## Family Information

Father's Surnames: ███████

Father's Given Names: █████

Father's Date of Birth: ███████

Is your father in the U.S.? ██

Mother's Surnames: ██████

Mother's Given Names: ███████████

Mother's Date of Birth: ██████████

**Your Personal Copy -- Do Not Bring to Interview**

GL01138

## Your Personal Copy -- Do Not Bring to Interview

| | |
|---|---|
| Is your mother in the U.S.? | ■ |
| Do you have any immediate relatives, not including parents in the U.S.? | ■ |
| Do you have any other relatives in the United States? | ■ |
| Spouse's Full Name: | ■ |
| Spouse's Date of Birth: | ■ |
| Spouse's Country/Region of Origin (Nationality): | MEXICO |
| Spouse's City of Birth: | ■ |
| Spouse's Country/Region of Birth: | ■ |
| Spouse's Address: | ■ |

### Work/Education/Training Information

| | |
|---|---|
| Primary Occupation: | OTHER |
| Specify Other: | DRIVER |
| Present Employer or School Name: | ■ |
| Address: | ■ |
| City: | ■ |
| State/Province: | ■ |
| Postal Zone/Zip Code: | ■ |
| Country/Region: | ■ |
| Work Phone Number: | ■ |
| Monthly Salary in Local Currency (if employed): | ■ |
| Briefly Describe your Duties: | ■ |
| Were you previously employed? | YES |
| Employer Name (1): | SOUTH CENTRAL SUGAR CANE GROWERS ASSOCIATION |
| Employer Address: | 611 IRISH BEND RD |
| City: | FRANKLIN |
| State/Province: | LA |
| Postal Zone/Zip Code: | 70538 |
| Country/Region: | UNITED STATES OF AMERICA |
| Telephone Number: | 3373197515 |
| Job Title: | DRIVER |
| Supervisor's Surname: | GONSOULIN |
| Supervisor's Given Name: | RICKY |
| Employment Date From: | 19 SEPTEMBER 2024 |
| Employment Date To: | 15 JANUARY 2025 |
| Briefly describe your duties: | DRIVER |
| Have you attended any educational institutions at a secondary level or above? | ■ |
| Do you belong to a clan or tribe? | ■ |

## Your Personal Copy -- Do Not Bring to Interview

GL01139

**Your Personal Copy -- Do Not Bring to Interview**

Provide a List of Languages You Speak:

Language Name (1):                                         SPANISH

Have you traveled to any countries/regions within the last five years?    ■

Provide a List of Countries/Regions Visited

Country/Region (1):                                       ████████████████

Have you belonged to, contributed to, or worked for any professional, social, or charitable organization?    ■

Do you have any specialized skills or training, such as firearms, explosives, nuclear, biological, or chemical experience?    ■

Have you ever served in the military?    ■

Have you ever served in, been a member of, or been involved with a paramilitary unit, vigilante unit, rebel group, guerrilla group, or insurgent organization?    ■

**Security and Background Information**

**Your Personal Copy -- Do Not Bring to Interview**

GL01140

**Your Personal Copy -- Do Not Bring to Interview**



## Temporary Work Visa Information

Application Receipt/Petition Number:                IOE8774539448

Name of Person/Company who Filed Petition:         RICKY GONSOULIN

Where Do You Intend to Work?

Name of Employer:                                  SOUTH CENTRAL SUGAR CANE GROWERS ASSOCIATION

Street Address:                                    611 IRISH BEND RD

                                                   FRANKLIN, LOUISIANA 70538

Phone Number:                                      3373197515

Monthly Income (in USD):                           ████

## Location Information

Location where you will be submitting your application

Current Location:                                  HERMOSILLO, MEXICO

## Preparer of Application

Did anyone assist you in filling out this application?   YES

Preparer Surnames:                                 PEREZ

Preparer Given Names:                              ADAMARI

Organization Name:                                 GREAT LABOR LLC

Street Address:                                    500 BROAD ST

                                                   STE 211

City:                                              LAKE CHARLES

State/Province:                                    LA

Postal Zone/ZIP Code:                              70601

Country/Region:                                    UNITED STATES OF AMERICA

**Your Personal Copy -- Do Not Bring to Interview**

GL01141

**Your Personal Copy -- Do Not Bring to Interview**

Relationship to You:                                                 AGENT

**Your Personal Copy -- Do Not Bring to Interview**

Usted firmó su solicitud de manera electrónica el 09-Sep-2025 07:40:09 (GMT-05:00). Se le requirió firmar su solicitud personalmente y de manera electrónica al menos que por reglamento quede exento de ello y aún si el formulario fue elaborado a su nombre por alguien más. Su firma electrónica certifica que usted ha leído y entendido las preguntas en su solicitud de Visa de No-Inmigrante y que además todas sus respuestas son verdaderas y realizadas a su mejor entender y convicción. La entrega de una solicitud conteniendo declaraciones falsas y engañosas pueden resultar en la negativa permanente de una visa para entrar a los Estados Unidos de Norteamérica. Todas las declaraciones hechas en esta solicitud no están sujetas a juramento pero deben ser hechas bajo protesta de decir verdad. (28 U.S.C. 1746).

La información que usted ha proporcionado en su solicitud y alguna otra enviada junto con ésta, puede ser puesta a disposición de otras agencias del gobierno con el derecho y la autoridad legal que les confiere para usar dicha información, incluso para propósitos del órden público y leyes de inmigración. Si se obtienen huellas dactilares como parte de su proceso de solicitud, éstas pueden ser usadas con el propósito de compararlas con otras huellas dactilares en el Sistema de Identificación de Siguiente Generación (Next Generation Identification System) NGI por sus siglas en inglés, de la Oficina Federal de Investigación (Federal Bureau of Investigation - FBI por sus siglas en inglés) o por sus sistemas subsecuentes (incluyendo civiles, criminales y archivos existentes de huellas dactilares). La fotografía que proporcione junto con su solicitud puede ser utilizada para verificación de empleo u otros propósitos competentes a la legislación de los Estados Unidos de Norteamérica.

Back: Confirmation Page    Print Application

GL01142