UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

FELIPE DE JESUS AVILA-SOTO ET AL      CASE NO. 6:24-CV-01392

VERSUS      JUDGE ROBERT R. SUMMERHAYS

SOUTH CENTRAL SUGAR CANE GROWERS ASSOCIATION INC ET AL      MAGISTRATE JUDGE CAROL B. WHITEHURST

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and after consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own, with the exception of the statement that "Defendants are sugar cane farmers."[1] The Court agrees with the Objection by the Plaintiffs that this statement could be interpreted as a factual conclusion which is at the heart of the dispute in this proceeding. Accordingly,

---

[1] ECF No. 105, p. 1.

**IT IS ORDERED, ADJUDGED, AND DECREED** that, the Court adopts the Report and Recommendation, with the exception of the statement that "Defendants are sugar cane farmers;" and

IT IS FURTHER ORDERED that Plaintiffs are granted leave to amend their complaint for the sole purpose of asserting claims on behalf of the 2025 workers, and Plaintiffs' Motion for Rule 23 Class Certification (Rec. Doc. 72) is hereby **GRANTED**.

Signed at Lafayette, Louisiana, this 8th day of May, 2026.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE