# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| **FELIPE DE JESUS AVILA-SOTO ET AL** | **CASE NO.  6:24-CV-01392** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **SOUTH CENTRAL SUGAR CANE GROWERS ASSOCIATION INC ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## MINUTES

A telephone conference was held on May 13, 2026, starting at 2:00 p.m. and ending at 2:27 p.m.[1] Participating in the conference, along with the undersigned Magistrate Judge, were Dawson Morton and James Knoepp for Plaintiffs and Brandon Davis, Andrew Albritton, and Molly McDiarmid for Defendants. As discussed, the Court shall issue a written ruling on Defendants' Motion to Compel Discovery.

Signed at Lafayette, Louisiana, this 13th day of May, 2026.

CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE

---

[1]     Statistical time: 27 minutes.