## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAFAYETTE DIVISION

| | | |
|---|---|---|
| FELIPE DE JESUS AVILA-SOTO, ET AL. | * | CIVIL ACTION NO. 6:24-CV-01392 |
| | * | |
| | * | JUDGE ROBERT R. SUMMERHAYS |
| VERSUS | * | |
| | * | MAGISTRATE JUDGE CAROL B. WHITEHURST |
| SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC., ET AL. | * | |
| | * | |
| | * | |
| | * | |

### DEFENDANTS' SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION AND STERLING SUGARS LLC'S MOTION FOR SUMMARY JUDGMENT

Defendants, South Central Sugar Cane Growers' Association, Inc. ("South Central") and Sterling Sugars, LLC ("Sterling") (collectively "Defendants"), appearing through undersigned counsel, which respectfully move this Honorable Court to enter summary judgment in Defendants' favor on Plaintiffs' class and collective action claims under the Fair Labor Standards Act (Count I), for breach of contract (Count II), and the Louisiana Wage Payment Act (Count III), pursuant to Federal Rule of Civil Procedure 56.

As more fully set forth in the accompanying Memorandum in Support, Plaintiffs are not entitled to overtime under the Fair Labor Standards Act, nor have they shown that they were deprived of the minimum wage. Similarly, the undisputed material facts do not show any breach of Plaintiffs' employment contracts, and their duplicative theories of breach must be dismissed. Finally, Plaintiffs' claim under the Louisiana Wage Payment Act fails because Plaintiffs were paid all wages due to them timely.

**WHEREFORE,** Defendants respectfully requests this Court to enter an Order granting Defendants' Motion for Summary Judgment.

PD.61031441.1

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:   */s/ Brandn E. Davis*
Brandon E. Davis Bar Roll No. 29823
Molly McDiarmid Bar Roll No.  36426
Jennifer Clewis Thomas (*Admitted Pro Hac Vice*)
Andrew M. Albritton Bar Roll No. 39780
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130
Telephone: 504-566-1311
Facsimile: 504-568-9130
brandon.davis@phelps.com
molly.mcdiarmid@phelps.com
jennifer.clewis@phelps.com
andrew.albritton@phelps.com

**ATTORNEYS FOR DEFENDANTS, SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC. AND STERLING SUGAR, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on this 22 day of May, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record/parties in this proceeding.

*/s/ Brandon E. Davis*
BRANDON E. DAVIS

2

PD.61031441.1