# Deposition Transcript

Case Number: 6:24-cv-01392

Date: February 18, 2026

**In the matter of:**

## AVILA-SOTO, et al. v SOUTH CENTRAL SUGAR CANE GROWERS' ASSOC., INC., et al.

# RICKY GONSOULIN

Reported by:
Kristie Garrison



CERTIFIED COPY

Steno
Agency, Inc.

315 West 9th Street
Suite 807
Los Angeles, CA 90015
concierge@steno.com
(888) 707-8366
NV: Firm #108F

EXHIBIT
C

UNITED STATES DISTRICT COURT

WESTERN DISTRICT

STATE OF LOUISIANA


FELIPE DE JESUS                    NO. 6:24-cv-01392
AVILA-SOTO, FELIPE DE
JESUS SUAREZ-PALAFOX, ON
BEHALF OF THEMSELVES AND
ALL OTHERS SIMILARLY
SITUATED,

          Plaintiffs,

VERSUS

South Central Sugar Cane
Growers' ASSOCIATION,
INC., AND STERLING
SUGARS, LLC,

          DEFENDANTS.


        Zoom deposition of RICKY GONSOULIN,

appearing remotely via videoconference from

Franklin, Louisiana, taken in connection with the

captioned cause, pursuant to the following

stipulation before Kristie Garrison, Certified Court

Reporter, appearing remotely from Baton Rouge,

Louisiana, on Wednesday, February 18, 2026,

commencing at 9:31 AM


REPORTED BY:
        KRISTIE GARRISON
        CERTIFIED COURT REPORTER

APPEARANCES:

      DAWSON MORTON LAW FIRM
      (BY:  JAMES M. KNOEPP, ESQUIRE)
      1612 Crestwood Drive
      Columbia, South Carolina  29205

      DAWSON MORTON LAW FIRM
      (BY:  DAWSON MORTON, ESQUIRE)
      1808 Sixth Street
      Berkeley, California  94710

          ATTORNEYS FOR THE PLAINTIFF


      PHELPS DUNBAR
      (BY:  MOLLY McDIARMID, ESQUIRE)
      400 Convention Street
      Suite 1100
      Baton Rouge, Louisiana  70802

          ATTORNEYS FOR THE DEFENDANT

ALSO PRESENT:  ASHLEE GARY

RICKY GONSOULIN                                                      JOB NO. 2425460
FEBRUARY 18, 2026

                    E X A M I N A T I O N   I N D E X


                                                         PAGE




    MR.  MORTON                                            6

    MR.  MORTON                                           118




                 E X H I B I T    I N D E X



Exhibit 10                                                64
E-mail

Exhibit 11                                                94
Management  Service  Contract

Exhibit 2                                                 96
Farmer ID Cards

Exhibit 14                                                99
Recruitment Reports

Exhibit 15                                               103
Invoice

Exhibit 16                                               108
Complaint

Exhibit 17                                               113
Hauling Check Detail Report

Exhibit 18                                               125
Weekly Settlement Report

RICKY GONSOULIN                                                          JOB NO. 2425460
FEBRUARY 18, 2026

Exhibit 19                                                  140
Weekly Hauling Report

Exhibit 20                                                  147
Promissory Note

Exhibit 21                                                  157
Check

Exhibit 22                                                  159
Invoice

Exhibit 23                                                  166
Invoice

Exhibit 24                                                  168
Memorandum Service Contract

Exhibit 25                                                  169
Management Services Contract

Exhibit 26                                                  190
Lease of Equipment

Exhibit 27                                                  192
Agriculture Clearance Order

Exhibit 28                                                  207


 (Exhibit 2 and Exhibit 10 was previously marked.)

S T I P U L A T I O N

It is stipulated and agreed by and between Counsel that the deposition of RICKY GONSOULIN, on Wednesday, February 18, 2026, is hereby being taken under the Federal Rules of Civil Procedure for all purposes as permitted under law.

The witness reserves the right to read and sign the deposition.  The original is to be delivered to and retained by the noticing attorney for proper filing with the Clerk of Court.

All objections, except those as to the form of the question and/or the responsiveness of the answers, are reserved until the time of the trial of this cause.

Kristie Garrison, Certified Court Reporter, Certificate No. 2014015, in and for the State of Louisiana, officiated in administering the oath to the witness.

RICKY GONSOULIN,

after being first duly sworn by the above-mentioned

court reporter, did testify as follows:


EXAMINATION

BY MR. MORTON:

Q.    Mr. Gonsoulin, my name is Dawson Morton.
I represent the plaintiffs in this action against
South Central Sugar Cane Growers' Association and
Sterling Sugars.

Have you ever had your deposition taken
before, Mr. Gonsoulin?

A.    Sure.

Q.    When have you had it taken previously?

A.    I can't recall the dates, but previously
I've had a couple depositions I was involved in.

Q.    Okay.  Before we get going, can you just
state your full name for the record?

A.    Ricky James Gonsoulin.

Q.    Okay.  And tell me about the other times
that you've had a deposition.  What were those cases
about?

A.    It was a perjury trial for parish
council, parish president that we had to discuss on.
Not a full deposition, just discussion amongst the

RICKY GONSOULIN
FEBRUARY 18, 2026

JOB NO. 2425460

labor contractor.  All invoices come through me.

Q.    Okay.  How do you receive those?

A.    Via e-mail.

Q.    You mentioned two e-mails.  Which e-mail do they go to?

A.    RickyGonsoulin@gmail.com.

Q.    Okay.  And have you been asked to search that e-mail for documents related to this lawsuit?

A.    I have not.

Q.    Okay.  Could you do so if asked?

A.    I could.

Q.    And there's documents in that e-mail that are related to this lawsuit about South Central, correct?

A.    Yes.

MR. DAVIS:

Objection.

BY MR. MORTON:

Q.    I didn't hear your answer?

A.    Yes, sir.

Q.    And when you receive -- you talked about -- there's certain types of invoices that you receive related to South Central.  Where do other invoices for South Central go?

A.    Those would be sent to the treasurer of

invoice to Ms. Gary, how would you do so?  Would it be by e-mail, by mail, and to what address?

MR. DAVIS:

Objection.

THE WITNESS:

Okay.  The process that I follow is to forward e-mail to the grower, South Central Growers' Association, who is represented by all sugar cane growers, and I represent the growers, would forward the invoice to our management firm, who we hired for payment through the treasurer.

BY MR. MORTON:

Q.   Okay.  So you would forward it to individuals at Sterling Sugars?

MR. DAVIS:

Objection.

THE WITNESS:

I would forward the information to our secretary of South Central Growers' Association to be forwarded to the management for payment.

BY MR. MORTON:

Q.   Okay.  And the secretary is Desiree Lange?

Q.   Mr. Gonsoulin, I'm trying to show a document that's previously been marked as Exhibit 10.  Can you see it?

A.   I have no document on the screen.

Q.   Let me -- I'm going to present a document.  Let me know if you can see it?

A.   I can see it.

Q.   Okay.  I'm showing you a document that's previously been marked as Exhibit 10.  And if you see here at the bottom, it has a Bates stamp that lawyers use just to identify paper that ends 1578. Do you see that?

A.   Yes, I do.

Q.   All right.  I believe that when we were talking previously, you indicated that you received invoices about H-2A-type expenses and lawyer fees and that you would forward those to the management company, Sterling Sugars?

A.   That would be correct.

Q.   All right.  And you said that you received those in your rickygonsoulin@gmail.com e-mail?

A.   That is correct.

Q.   Okay.  And I'm showing you here Exhibit 10.  I was just gonna clarify that I think this is

an example of the type of thing you were talking about; is that right?

A.    Scroll down.  Let's scroll down.  Let me look at the whole thing.  But very similar to what I received.

MR. DAVIS:

Counsel, I beg your pardon.  I just wanted to state for the record, in case Mr. Gonsoulin was not aware, that you had published this exhibit to him in the app, and that should be on his screen.  And, of course, if Mr. Gonsoulin wanted to scroll through the exhibit or make it larger and smaller, he's able to do that through the Steno Connect app.

BY MR. MORTON:

Q.    You can see it, right, Mr. Gonsoulin?

A.    Yes.  Yes, I can.

Q.    Okay.  And I just wanted to clarify the individuals here at the top of the e-mail.  It's from Ricky Gonsoulin, and it's to Desiree Lange, Jamie Robinson, Kimberly Broussard, Rivers Patout, and Tim Soileau?

A.    That's what's listed on what you have in front of me.

Q.    Okay.  And that's who you sent this