# Deposition Transcript

Case Number: 6:24-cv-01392

Date: April 13, 2026

In the matter of:

## AVILA-SOTO, et al. v SOUTH CENTRAL SUGAR CANE GROWERS' ASSOC., INC., et al.

# ASHLEE GARY - VOL. III

**CERTIFIED COPY**

Reported by:
Jennifer Lynn Harris



Steno
Agency, Inc.

315 West 9th Street
Suite 807
Los Angeles, CA 90015
concierge@steno.com
(888) 707-8366
NV: Firm #108F

**EXHIBIT E**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

_____

FELIPE DE JESUS AVILA-SOTO,      )
et al.,                          )    CASE NO. 6:24-cv-01392
                                 )
          Plaintiffs,            )    JUDGE ROBERT R. SUMMERHAYS
                                 )
v.                               )    MAGISTRATE JUDGE CAROL B.
                                 )    WHITEHURST
SOUTH CENTRAL SUGAR CANE         )
GROWERS' ASSOCIATION, INC.,      )
et al.                           )
                                 )
          Defendants.            )
_____)


CONTINUED DEPOSITION OF DEFENDANT SOUTH CENTRAL
SUGAR CANE GROWERS' ASSOCIATION, INC. (ASHLEE GARY)
APPEARING REMOTELY FROM ST. MARY PARISH, LOUISIANA

(Vol. III - Page 232 to 479)

Taken on Behalf of the Plaintiffs


DEPONENT:  Ashlee Gary

DATE TAKEN:  April 13, 2026

TIME:  9:11 a.m. CDT to 5:22 p.m. CDT


Stenographically Reported by:
Jennifer Lynn Harris, RPR
Registered Professional Reporter
(Appearing Remotely from Volusia County, Florida)

REMOTE APPEARANCES:

Counsel for Plaintiffs:

          JAMES M. KNOEPP, ESQUIRE
          South Carolina Bar No. 102757
          Admitted Pro Hac Vice
          1612 Crestwood Drive
          Columbia, South Carolina   29205
          (828)379-3169 - Telephone
          jim@dawsonmorton.com

          DAWSON M. MORTON, ESQUIRE
          California Bar No. 320811
          Admitted Pro Hac Vice
          1808 Sixth Street
          Berkeley, California   94710
          (404)590-1295 - Telephone
          dawson@dawsonmorton.com


Counsel for Defendants:

          BRANDON DAVIS, ESQUIRE
          ANDREW M. ALBRITTON, ESQUIRE
          Phelps Dunbar, LLP
          365 Canal Street, Suite 2000
          New Orleans, Louisiana   70130-6534
          (504)584-9312 - Telephone
          brandon.davis@phelps.com
          andrew.albritton@phelps.com




ALSO PRESENT REMOTELY:

          Mr. Randall Romero, Sterling Sugars Representative

          Mr. Jared Hoffman, Steno Tech Assistant

ASHLEE GARY - VOL. III                                              JOB NO. 2592817
APRIL 13, 2026

                              I N D E X


CONTINUED DEPOSITION OF DEFENDANT SOUTH
CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC.

DEPONENT: ASHLEE GARY                                      PAGE

EXAMINATION BY MR. KNOEPP                                   239

CERTIFICATE OF OATH                                        476

CERTIFICATE OF REPORTER                                    477

ERRATA SHEET                                               478

SIGNATURE PAGE                                             479

                         E X H I B I T S

EXHIBIT NO.                  DESCRIPTION                    PAGE

Exhibit 29     (Previously Marked)                         240

Exhibit 31     (Previously Marked)                         293

Exhibit 59     IRS Form 943/941 [SCSCGA - 003345 to        307
               SCSCGA - 003348]

Exhibit 60     Email Chain [SCSCGA-090763 to               317
               SCSCGA-090764]

Exhibit 61     Email Chain [SCSCGA-090270]                 330

Exhibit 62     Hauling Payment Letter for 2025 Crop        351
               [SCSCGA - 032820 to SCSCGA - 032848]

Exhibit 17     (Previously Marked)                         360

Exhibit 24     (Previously Marked)                         387

Exhibit 63     Email Chain [SCSCGA-090829]                 395

Exhibit 64     Email Chain [SCSCGA-109390 to               408
               SCSCGA-109391]

Exhibit 65     Checking Account Summary with Check         415
               Images [HW05337 to HW05339]
                                                       (Cont'd)

ASHLEE GARY - VOL. III
APRIL 13, 2026

JOB NO. 2592817

I N D E X (CONT'D)

E X H I B I T S

| EXHIBIT NO. | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 66 | Checking Account Summary with Check Images [HW03425 to HW03461] | 417 |
| Exhibit 28 | (Previously Marked) | 423 |
| Exhibit 67 | Checking Account Summary with Check Images [HW05429 to HW05430] | 425 |
| Exhibit 68 | Hancock Whitney Bank Credit Card Documents [HW00035 to HW00055] | 429 |
| Exhibit 11 | (Previously Marked) | 432 |
| Exhibit 25 | (Previously Marked) | 437 |
| Exhibit 69 | Email Chain with Excel Attachment [SCSCGA-090212] | 447 |
| Exhibit 70 | Lease Agreement [SCSCGA - 004315 to SCSCGA - 004325] | 452 |

MR. KNOEPP:  Does South Central -- Ms. Lange --

MR. DAVIS:  Ms. --

MR. KNOEPP:  Oh, sorry.

MR. DAVIS:  I did want to ask whether that was a question.  Thank you for telling me that it was.

Ms. Harris, will you please read that last question back?

THE REPORTER:  "QUESTION: I was thinking of specialized accounting software.  And" -- and the answer was, "With respect to South Central?"  And then an objection.

MR. DAVIS:  Objection to form.

Q.   (BY MR. KNOEPP) Ms. Gary, I'm going to try and reask the question.

With respect to the work that's done on the general ledger related to South Central, does Ms. Lange use any other specialized accounting software, other than Sage BuisnessWorks?

A.   No.

Q.   Is -- you mentioned that Kellie Jackson is the payroll clerk who handled South Central's payroll; is that right?

A.   Yes.

Q.   And what -- does Ms. Jackson use the Sage BuisnessWorks software to manage the payroll for South

Central?

A.   Yes.

Q.   Does she use any other specialized payroll program, other than Sage BuisnessWorks, to run the payroll for South Central?

A.   Yes.

Q.   What does she use?

A.   Attendance Enterprise.

Q.   I -- is it Attendance?

A.   Attendance Enterprise.

Q.   Thank you.  And is that a program that South Central purchased?

A.   No.

Q.   Who -- who purchased that program?

A.   Sterling Sugars.

Q.   And what functions does Attendance Enterprise handle with respect to the payroll processing?

A.   It's the timekeeper.

Q.   And so that's a -- a timekeeping software that's connected to some time clocks that people would clock in and clock out at; is that -- is that right?

A.   Yes.

Q.   And the -- the time clocks that -- you're familiar -- South Central employs a number of truck drivers who haul sugarcane to the sugar mill; is that right?  You

A.    Yes.

Q.    I wanted to turn to some of the financial aspects of the business and at least start by asking you:  What are the sources of income from South Central?

A.    Okay.  Sources of income to South Central or from South Central?

Q.    What are the sources of income, like, to -- I said "for South Central."  But what are the sources of income, you know, to South Central, if that's -- makes more sense to you?

A.    They -- yes.  Sorry.  Those words can be specific. So South Central gets income from harvesting activities and hauling activities.

Q.    Any other sources of income for South Central?

A.    Cane shuttle.

Q.    I'm sorry.  Can you say that again?

A.    Cane shuttle.

Q.    Cane shuttle.  What is -- what is that?

A.    That is -- once the cane is here on the yard, it is delivered in, like, a container but it's not quite ready to go into the -- into the table yet.  So it would just be the shuttle around the yard to get the cane from the cane yard to the mill.

Q.    And that's a separate source of income that's paid differently than the hauling from the farms to the mill; is