# Deposition Transcript

Case Number: 6:24-cv-01392

Date: April 27, 2026

In the matter of:

## AVILA-SOTO, et al. v SOUTH CENTRAL SUGAR CANE GROWERS' ASSOC., INC., et al.

# RIVERS PATOUT

Reported by:
DALY OCANA



CERTIFIED COPY

Steno
Agency, Inc.

315 West 9th Street
Suite 807
Los Angeles, CA 90015
concierge@steno.com
(888) 707-8366
NV: Firm #108F

EXHIBIT

F



UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

Case No. 6:24-cv-01392

FELIPE DE JESUS AVILA-SOTO, et al,

    Plaintiffs,

v.

SOUTH CENTRAL SUGAR CANE
GROWERS' ASSOCIATIONS, INC., et al.

    Defendants.

_____/

REMOTE VIDEO TELECONFERENCE DEPOSITION OF
RIVERS PATOUT

April 27, 2026
10:00 a.m. - 1:15 p.m.

------------------------------------

Stenographically Reported by:
Daly Ocana
Court Reporter

APPEARANCES:


On Behalf of the Plaintiffs:

DAWSON MORTON, LLC
DAWSON MORTON, ESQUIRE
Admitted Pro Hac Vice
1808 Sixth Street
Berkeley, California 94710
404-590-1295
dawson@dawsonmorton.com

JAMES M. KNOEPP, ESQUIRE
Admitted Pro Hac Vice
1612 Crestwood Drive
Columbia, South Carolina 29205
828-379-3169
jim@dawsonmorton.com


On Behalf of the Defendant:

BRANDON DAVIS, ESQUIRE
ANDREW ALBRITTON, ESQUIRE
364 Canal Street
Suite 2000
New Orleans, Louisiana 70130
504-584-9312
brandon.davis@phelps.com
andrew.albritton@phelps.com


ALSO PRESENT:  ASHLEE GARY

INDEX

WITNESS                                                          PAGE
RIVERS PATOUT

DIRECT EXAMINATION BY MR. MORTON.............6

CERTIFICATE OF OATH........................112
CERTIFICATE OF REPORTER....................113

ERRATA SHEET...............................114
SIGNATURE PAGE.............................115

(PLAINTIFFS' EXHIBITS)

NO.                       DESCRIPTION                PAGE

103   Bates Number GL686          59

105   Bates Number 3468           70

104   May 5, 2023 email                          70

106   Bates number 23178                         88

107   Bates Number 000015         91

108   Bates 59945                                104


CERTIFIED QUESTION:  Page 107, line 25

RIVERS PATOUT
APRIL 27, 2026

JOB NO. 2663483

guess, prior to '16 and into '16 that farmers were hauling their cane and contractors were hauling the farmers' cane.  And then Sterling started hauling a little bit of cane.  I don't recall what year it was.  I don't recall what year it was.

And, you know, it got to be expensive for the farmers.  And Sterling started hauling more and more of the farmers' cane.  And then using local drivers, U.S. drivers.  And then I don't know what year it was we went -- Sterling went to the H-2A program to haul cane. Probably up until from '20 to '21 maybe, '22 -- '19 to '21.  And then in '22, the farmers started hauling all their own cane.  They formed, I think it was '22, they formed an association in hauling all their cane.

Q   Okay.  In terms of -- was there a time period where the majority of the workers were from Puerto Rico?

A   Yes, there were U.S. workers.  That was -- I don't recall what year, but they were affected by Hurricane Maria, I think it was.  And that following year, we got H-2A workers.

Q   Okay.  And was there --

A   It wasn't only Puerto Rican workers.  We had -- you know, Puerto Ricans, I hate to use that term. They're U.S. citizens, I would say.  They can come and go as they like.  And we had U.S. workers -- not U.S.

Q    Okay.  And was a decision made to bring H-2A workers instead of H-2B drivers?

A    The H-2B really never came up in discussion. We felt we were agriculture at the time, so we brought in the H-2A drivers.

Q    Okay.  And what was that feeling based on?

A    We're processors of sugar cane, a perishable crop.

Q    Okay.  Anything else?

A    Well, that I can recall, you know --

Q    Okay.

A    -- that's years ago, you know.  We have a lot going on.

Q    Okay.  You don't recall anything else, just --

A    Not into the details, no.

Q    Okay.

A    There may have been other talks, but, look, I can't report on it -- talk about it accurately.

Q    Okay.  You don't remember the details of any other talks?

A    No.

Q    Okay.  And if you can't remember the details, you didn't rely on those other talks?

MR. DAVIS:  Objection.

BY MR. MORTON:

how it's been described?

        A     No.

                MR. DAVIS:  Objection, asked and answered.

BY MR. MORTON:

        Q     Do you think it's fair to describe the
business as sugar cane manufacturing?

                MR. DAVIS:  Objection --

BY MR. MORTON:

        Q     Or sugar manufacturing?

                MR. DAVIS:  Objection, foundation, vague.

        A     I would say processing.

BY MR. MORTON:

        Q     Okay.  Sugar processing?

        A     Yes.

        Q     And when I was talking about your
responsibilities earlier in terms of, you know, as
President and General Manager of Sterling Sugars, are
you involved with Mr. Garcia in sugar sales or he
handles that?

        A     He handles that.

        Q     Okay.  And does -- the sugar is sold and then
transported to basically like companies that are going
to market it to consumers or to bakers?

        A     It's sold to a refinery.

        Q     Okay.  Because the sugar is sort of -- is the

sugar like a sort of a -- when it leaves Sterling Sugars, it's a medium refined product and then it could go on for further refining?

A    It's not food grade.

Q    And so the sugar is sold to refiners that can -- that could further process it for sale to market or to end users?

A    The refiner melts it, cleans it up, makes it into a smaller grain and makes it more palatable for a housewife.

Q    Okay.  And that sugar can be delivered either by barge or by truck, the sugar that leaves Sterling Sugars?

A    Yes, to the refinery.

Q    And where are those refineries located?

A    All our sugar goes to Domino Refinery in Chalmette.

Q    And that's also in Louisiana, correct?

A    Yes.

Q    How did Sterling Sugars -- I want to go back to the 2018-2019 time period that we were talking about, where Sterling Sugars sought H-2A truck drivers.

How did Sterling Sugars develop a list of truck drivers?

MR. DAVIS:  Object to the characterization.