## Part 1.  Petitioner Information (continued)

7. Individual IRS Tax Number

▶ [ | | | | | | | | ]

8. U.S. Social Security Number (if any)

▶ [ | | | | | | | | ]

## Part 2.  Information About This Petition

1. Requested Nonimmigrant Classification (Write classification symbol): H-2A

2. **Basis for Classification** (select **only one** box):

   - [x] **a.** New employment.
   - [ ] **b.** Continuation of previously approved employment without change with the same employer.
   - [ ] **c.** Change in previously approved employment.
   - [ ] **d.** New concurrent employment.
   - [ ] **e.** Change of employer.
   - [ ] **f.** Amended petition.

3. **Provide the most recent petition/application receipt number for the beneficiary.  If none exists, indicate "None."**

   ▶ [ N | O | N | E | | | | | | | ]

4. **Requested Action** (select **only one** box):

   - [x] **a.** Notify the office in **Part 4.** so each beneficiary can obtain a visa or be admitted. (**NOTE:** A petition is not required for E-1, E-2, E-3, H-1B1 Chile/Singapore, or TN visa beneficiaries.)
   - [ ] **b.** Change the status and extend the stay of each beneficiary because the beneficiary(ies) is/are now in the United States in another status (see instructions for limitations).  This is available only when you check "New Employment" in **Item Number 2.**, above.
   - [ ] **c.** Extend the stay of each beneficiary because the beneficiary(ies) now hold(s) this status.
   - [ ] **d.** Amend the stay of each beneficiary because the beneficiary(ies) now hold(s) this status and is/are not seeking additional time from the current authorized period of stay.
   - [ ] **e.** Extend the status of a nonimmigrant classification based on a free trade agreement.  (See Trade Agreement Supplement to Form I-129 for TN and H-1B1.)
   - [ ] **f.** Change status to a nonimmigrant classification based on a free trade agreement.  (See Trade Agreement Supplement to Form I-129 for TN and H-1B1.)

5. **Total number of workers included in this petition.** (See instructions relating to when more than one worker can be included.)

   ▶ 146

## Part 3.  Beneficiary Information (Information about the beneficiary/beneficiaries you are filing for.  Complete the blocks below.  Use the Attachment-1 sheet to name each beneficiary included in this petition.)

1. Type of Beneficiaries Requested (select **only one** box)   [ ] Named  [x] Unnamed (for H-2A or H-2B petitions only)

2. **If an Entertainment Group, Provide the Group Name**

3. **Provide Name of Beneficiary**

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| Beneficiaries | Unnamed | |

**EXHIBIT**

**K 2 of 4**

SCSCGA - 003170
Page 2 of 38

**Part 3. Beneficiary Information** (Information about the beneficiary/beneficiaries you are filing for. Complete the blocks below. Use the Attachment-1 sheet to name each beneficiary included in this petition.) (continued)

4.  **Provide all other names the beneficiary has used.** Include nicknames, aliases, maiden name, and names from all previous marriages.

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| | | |
| | | |
| | | |

5.  **Other Information**

Date of birth (mm/dd/yyyy)          Sex          U.S. Social Security Number (if any)

☐ Male    ☐ Female    ▶

Alien Registration Number (A-Number)    Country of Birth

▶ A-

Province of Birth          Country of Citizenship or Nationality

6.  **If the beneficiary is in the United States, complete the following:**

Date of Last Arrival (mm/dd/yyyy)    I-94 Arrival-Departure Record Number    Passport or Travel Document Number

▶

Date Passport or Travel Document Issued (mm/dd/yyyy)    Date Passport or Travel Document Expires (mm/dd/yyyy)    Passport or Travel Document Country of Issuance

Current Nonimmigrant Status          Date Status Expires (mm/dd/yyyy) or D/S

Student and Exchange Visitor Information System (SEVIS) Number (if any)    Employment Authorization Document (EAD) Number (if any)

7.  **Current Residential U.S. Address** (if applicable) (do not list a P.O. Box)

Street Number and Name          Apt. Ste. Flr.  Number

☐ ☐ ☐

City or Town          State    ZIP Code

---

**Part 4.  Processing Information**

1.  If a beneficiary or beneficiaries named in **Part 3.** is/are outside the United States, or a requested extension of stay or change of status cannot be granted, state the U.S. Consulate or inspection facility you want notified if this petition is approved.

  **a. Type of Office** (select only one box):  ☒ Consulate    ☐ Pre-flight inspection    ☐ Port of Entry

  **b. Office Address (City)**          **c. U.S. State or Foreign Country**

  Monterrey          MEXICO

---

Form I-129  Edition  01/20/25

SCSCGA - 003171

Page 3 of 38

## Part 4.  Processing Information (continued)

**d.  Beneficiary's Foreign Address**

Street Number and Name                                                                Apt. Ste. Flr.    Number

☐ ☐ ☐

City or Town                                                      State

Province                              Postal Code        Country

2.  Does each person in this petition have a valid passport?    ☒ Yes    ☐ No. If no, go to **Part 9.** and type or print your explanation.

3.  Are you filing any other petitions with this one?
    ☐ Yes. If yes, how many? ▶ [          ]    ☒ No

4.  Are you filing any applications for replacement/initial I-94, Arrival-Departure Records with this petition?  Note that if the beneficiary was issued an electronic Form I-94 by CBP when he/she was admitted to the United States at an air or sea port, he/she may be able to obtain the Form I-94 from the CBP Website at **www.cbp.gov/i94** instead of filing an application for a replacement/initial I-94.

    ☐ Yes. If yes, how many? ▶ [          ]    ☒ No

5.  Are you filing any applications for dependents with this petition?
    ☐ Yes. If yes, how many? ▶ [          ]    ☒ No

6.  Is any beneficiary in this petition in removal proceedings?
    ☐ Yes. If yes, proceed to **Part 9.** and list the beneficiary's(ies) name(s).    ☒ No

7.  Have you ever filed an immigrant petition for any beneficiary in this petition?
    ☐ Yes. If yes, how many? ▶ [          ]    ☒ No

8.  Did you indicate you were filing a new petition in **Part 2.?**
    ☒ Yes. If yes, answer the questions below.    ☐ No. If no, proceed to **Item Number 9.**

    a.  Has any beneficiary in this petition ever been given the classification you are now requesting within the last seven years?
        ☐ Yes. If yes, proceed to **Part 9.** and type or print your explanation.  ☒ No

    b.  Has any beneficiary in this petition ever been denied the classification you are now requesting within the last seven years?
        ☐ Yes. If yes, proceed to **Part 9.** and type or print your explanation.  ☒ No

9.  Have you ever previously filed a nonimmigrant petition for this beneficiary?
    ☐ Yes. If yes, proceed to **Part 9.** and type or print your explanation.    ☒ No

10.  If you are filing for an entertainment group, has any beneficiary in this petition not been with the group for at least one year?
    ☐ Yes. If yes, proceed to **Part 9.** and type or print your explanation.    ☐ No

11.a.  Has any beneficiary in this petition ever been a J-1 exchange visitor or J-2 dependent of a J-1 exchange visitor?
    ☐ Yes. If yes, proceed to **Item Number 11.b.**    ☒ No

11.b.  If you checked yes in **Item Number 11.a.**, provide the dates the beneficiary maintained status as a J-1 exchange visitor or J-2 dependent.  Also, provide evidence of this status by attaching a copy of either a DS-2019, Certificate of Eligibility for Exchange Visitor (J-1) Status, a Form IAP-66, or a copy of the passport that includes the J visa stamp.

[                                                                                      ]

---

Form I-129   Edition   01/20/25

SCSCGA - 003172

## Part 5. Basic Information About the Proposed Employment and Employer

Attach the Form I-129 supplement relevant to the classification of the worker(s) you are requesting.

1. Job Title

   Heavy and Tractor-Trailer Truck Driver

2. LCA or ETA Case Number

   H-300-25181-141495

3. Address(es) where the beneficiary(ies) will work if different from address in **Part 1.** If you need to provide more than two additional addresses, use **Part 9. Additional Information.**

   Address 1

   Street Number and Name

   Please see attached ETA 790 for all worksite locations.

   Apt. Ste. Flr. ☐ ☐ ☐   Number

   City or Town

   State    ZIP Code

   Is this a third-party location?    ☐ Yes  ☒ No

   If you answered "Yes," provide the name of the third-party organization.

   Address 2

   Street Number and Name

   Apt. Ste. Flr. ☐ ☐ ☐   Number

   City or Town

   State    ZIP Code

   Is this a third-party location?    ☐ Yes  ☐ No

   If you answered "Yes," provide the name of the third-party organization.

4. Did you include an itinerary with the petition?    ☐ Yes  ☒ No

5. Will the beneficiary(ies) work for you off-site at another company or organization's location?    ☐ Yes  ☒ No

6. Will the beneficiary(ies) work exclusively in the Commonwealth of the Northern Mariana Islands (CNMI)?    ☐ Yes  ☒ No

7. Is this a full-time position?    ☒ Yes  ☐ No

8. If the answer to **Item Number 7.** is no, how many hours per week for the position?    ▶

9. Wages:    $ $14.83    per (Specify hour, week, month, or year)    ▶ hour

10. Other Compensation (Explain)

    Standard company benefits

11. Dates of intended employment  From: (mm/dd/yyyy) 09/01/2025    To: (mm/dd/yyyy) 01/15/2026

Form I-129  Edition  01/20/25

SCSCGA - 0031473

## Part 5. Basic Information About the Proposed Employment and Employer (continued)

**12.** Type of Business

Sugar Cane

**13.** Year Established

2022

**14.** Current Number of Employees in the United States

197

**15.** Do you currently employ a total of 25 or fewer full-time equivalent employees in the United States, including all affiliates or subsidiaries of this company/organization?   ☐ Yes  ☒ No

**16.** Gross Annual Income

0

**17.** Net Annual Income

0

## Part 6. Certification Regarding the Release of Controlled Technology or Technical Data to Foreign Persons in the United States

(This section of the form is required only for H-1B, H-1B1 Chile/Singapore, L-1, and O-1A petitions. It is not required for any other classifications. Please review the Form I-129 General Filing Instructions before completing this section.)

**Select Item Number 1. or Item Number 2. as appropriate. DO NOT select both boxes.**

With respect to the technology or technical data the petitioner will release or otherwise provide access to the beneficiary, the petitioner certifies that it has reviewed the Export Administration Regulations (EAR) and the International Traffic in Arms Regulations (ITAR) and has determined that:

**1.** ☐ A license is not required from either the U.S. Department of Commerce or the U.S. Department of State to release such technology or technical data to the foreign person; or

**2.** ☐ A license is required from the U.S. Department of Commerce and/or the U.S. Department of State to release such technology or technical data to the beneficiary and the petitioner will prevent access to the controlled technology or technical data by the beneficiary until and unless the petitioner has received the required license or other authorization to release it to the beneficiary.

## Part 7. Declaration, Signature, and Contact Information of Petitioner or Authorized Signatory (Read the information on penalties in the instructions before completing this section.)

Copies of any documents submitted are exact photocopies of unaltered, original documents, and I understand that, as the petitioner, I may be required to submit original documents to U.S. Citizenship and Immigration Services (USCIS) at a later date.

I authorize the release of any information from my records, or from the petitioning organization's records that USCIS needs to determine eligibility for the immigration benefit sought. I recognize the authority of USCIS to conduct audits of this petition using publicly available open source information. I also recognize that any supporting evidence submitted in support of this petition may be verified by USCIS through any means determined appropriate by USCIS, including but not limited to, on-site compliance reviews.

If filing this petition on behalf of an organization, I certify that I am authorized to do so by the organization.

I certify, under penalty of perjury, that I have reviewed this petition and that all of the information contained in the petition, including all responses to specific questions, and in the supporting documents, is complete, true, and correct.

**1.   Name and Title of Authorized Signatory**

Family Name (Last Name)

Gonsoulin

Given Name (First Name)

Ricky

Title

Director

SCSCGA - 003174

## Part 7. Declaration, Signature, and Contact Information of Petitioner or Authorized Signatory (Read the information on penalties in the instructions before completing this section.) (continued)

**2.    Signature and Date**

Signature of Authorized Signatory

Date of Signature (mm/dd/yyyy)

08/04/2025

**3.    Signatory's Contact Information**

| Daytime Telephone Number | Email Address (if any) |
|---|---|
| (469) 940-7805 | ADees@bal.com |

**NOTE:** If you do not fully complete this form or fail to submit the required documents listed in the instructions, a final decision on your petition may be delayed or the petition may be denied.

## Part 8. Declaration, Signature, and Contact Information of Person Preparing Form, If Other Than Petitioner

Provide the following information concerning the preparer:

**1.    Name of Preparer**

| Family Name (Last Name) | Given Name (First Name) |
|---|---|
| Dees | Ashley |

**2.    Preparer's Business or Organization Name (if any)**

(If applicable, provide the name of your accredited organization recognized by the Board of Immigration Appeals (BIA).)

Berry Appleman & Leiden LLP

**3.    Preparer's Mailing Address**

| Street Number and Name | | Apt. Ste. Flr. | Number |
|---|---|---|---|
| 2400 N Glenville Drive, Building A | | ☐ ☐ ☐ | |

| City or Town | | State | ZIP Code |
|---|---|---|---|
| Richardson | | TX | 75082 |

| Province | Postal Code | Country |
|---|---|---|
| | | United States |

**4.    Preparer's Contact Information**

| Daytime Telephone Number | Fax Number | Email Address (if any) |
|---|---|---|
| (469) 940-7805 | 469-729-5886 | ADees@bal.com |

### Preparer's Declaration

By my signature, I certify, swear, or affirm, under penalty of perjury, that I prepared this petition on behalf of, at the request of, and with the express consent of the petitioner or authorized signatory. The petitioner has reviewed this completed petition as prepared by me and informed me that all of the information in the form and in the supporting documents, is complete, true, and correct.

**5.    Signature and Date**

Signature of Preparer

Date of Signature (mm/dd/yyyy)

08/05/2025

SCSCGA - 003175

## Part 9.  Additional Information About Your Petition For Nonimmigrant Worker

If you require more space to provide any additional information within this petition, use the space below.  If you require more space than what is provided to complete this petition, you may make a copy of **Part 9.** to complete and file with this petition.  In order to assist us in reviewing your response, you must identify the **Page Number, Part Number and Item Number** corresponding to the additional information.

1.    A-Number    ▶ **A-** [ ][ ][ ][ ][ ][ ][ ][ ][ ]

2.    **Page Number**                    **Part Number**                    **Item Number**

3.    **Page Number**                    **Part Number**                    **Item Number**

4.    **Page Number**                    **Part Number**                    **Item Number**

# I-129 H

SCSCGA - 003177



# H Classification Supplement to Form I-129

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-129**
OMB No. 1615-0009
Expires 12/31/2027

---

**1.** Name of the Petitioner

South Central Sugar Cane Growers' Association

### Name of the beneficiary or if this petition includes multiple beneficiaries, the total number of beneficiaries

**2.a.** Name of the Beneficiary

Unnamed Beneficiaries

**OR**

**2.b.** Provide the total number of beneficiaries    146

**3.** List each beneficiary's prior periods of stay in H or L classification in the United States for the last six years (beneficiaries requesting H-2A or H-2B classification need only list the last three years). Be sure to only list those periods in which each beneficiary was actually in the United States in an H or L classification. Do not include periods in which the beneficiary was in a dependent status, for example, H-4 or L-2 status.

**NOTE:** Submit photocopies of Forms I-94, I-797, and/or other USCIS issued documents noting these periods of stay in the H or L classification. (If more space is needed, attach an additional sheet.)

| Subject's Name | Period of Stay (mm/dd/yyyy) | |
| --- | --- | --- |
| | From | To |
| Unnamed Beneficiaries | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**4.** Classification sought (select **only one** box):

☐ **a.** H-1B Specialty Occupation

☐ **b.** H-1B1 Chile and Singapore

☐ **c.** H-1B2 Exceptional services relating to a cooperative research and development project administered by the U.S. Department of Defense (DOD)

☐ **d.** H-1B3 Fashion model of distinguished merit and ability

☒ **e.** H-2A Agricultural worker

☐ **f.** H-2B Non-agricultural worker

☐ **g.** H-3 Trainee

☐ **h.** H-3 Special education exchange visitor program

**5.** If you selected **a.** or **d.** in **Item Number 4.**, and are filing an H-1B cap petition (including a petition under the U.S. advanced degree exemption):

**a.** Provide the beneficiary Confirmation Number from the H-1B Registration Selection Notice for the beneficiary named in this petition (if applicable).

Confirmation Number

---

**b.** Provide the beneficiary's passport or travel document number, country of issuance, and expiration date for the passport or travel document used at the time of registration.

| Passport or Travel Document Number | Country of Issuance | Expiration Date (mm/dd/yyyy) |
|---|---|---|
|  |  |  |

6. Are you filing this petition on behalf of a beneficiary subject to the Guam-CNMI cap exemption under Public Law 110-229?

   ☐ Yes    ☒ No

7. Are you requesting a change of employer and was the beneficiary previously subject to the Guam-CNMI cap exemption under Public Law 110-229?

   ☐ Yes    ☒ No

**8.a.** Does any beneficiary in this petition have a controlling interest in the petitioning organization, meaning the beneficiary owns more than 50 percent of the petitioner or has majority voting rights in the petitioner?

   ☐ Yes. If yes, please explain in **Item Number 8.b.**          ☒ No

**8.b.** Explanation
   N/A

---

## Section 1.  Complete This Section If Filing for H-1B Classification

1. Describe the proposed duties.

2. Describe the beneficiary's present occupation and summary of prior work experience.

### Statement for H-1B Specialty Occupations and H-1B1 Chile and Singapore

By filing this petition, I agree to, and will abide by, the terms of the labor condition application (LCA) and the petition for the duration of the beneficiary's authorized period of stay for H-1B or H-1B1 employment.

I further understand that I cannot charge the beneficiary the ACWIA fee, and that any other required reimbursement will be considered an offset against wages and benefits paid relative to the LCA.

By filing this petition, I agree to the conditions of H-1B or H-1B1 employment and agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS. I understand that USCIS access to the petitioning organization's headquarters, satellite locations, or the location where the beneficiary works or will work, including third-party worksites, is vital for the purpose of determining compliance with H-1B or H-1B1 requirements. I understand that USCIS' inability to verify facts, including due to the failure or refusal of the petitioner or third party to cooperate in an inspection or other compliance review, may result in denial or revocation of the approval of this petition or any H-1B petition for H-1B workers performing services at the location or locations that are a subject of inspection or compliance review, including any third-party worksites.

| **Signature of Petitioner** | **Name of Petitioner** | **Date** (mm/dd/yyyy) |
|---|---|---|
| ➡ | | |

SCSCGA - 003179

## Section 1.  Complete This Section If Filing for H-1B Classification (continued)

### Statement for H-1B Specialty Occupations and U.S. Department of Defense (DOD) Projects

As an authorized official of the employer, I certify that the employer will be liable for the reasonable costs of return transportation of the beneficiary abroad if the beneficiary is dismissed from employment by the employer before the end of the period of authorized stay.

| Signature of Authorized Official of Employer | Name of Authorized Official of Employer | Date (mm/dd/yyyy) |
|---|---|---|
|  |  |  |

### Statement for H-1B U.S. Department of Defense Projects Only

I certify that the beneficiary will be working on a cooperative research and development project or a co-production project under a reciprocal government-to-government agreement administered by the U.S. Department of Defense.

| Signature of DOD Project Manager | Name of DOD Project Manager | Date (mm/dd/yyyy) |
|---|---|---|
|  |  |  |

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification

1.  Employment is: (select **only one** box)

    [x] **a.** Seasonal        [ ] **b.** Peak load        [ ] **c.** Intermittent        [ ] **d.** One-time occurrence

2.  Temporary need is: (select **only one** box)

    [ ] **a.** Unpredictable        [ ] **b.** Periodic        [x] **c.** Recurrent annually

3.  Explain your temporary need for the workers' services (Attach a separate sheet if additional space is needed).

    Temporary seasonal workers needed for sugarcane harvest. Job duties include operating and performing routine servicing of trucks and equipment to transport sugarcane from various worksites, in connection with the harvesting of a perishable crop, from the fields to the mill and from the factory parking and staging areas to the mill operating tractor-trailer combination; deliver sugarcane to designated locations.

4.  If you are requesting any named beneficiaries, have any of these individuals ever been admitted to the United States previously in H-2A/H-2B status?

    [ ] Yes.  If yes, go to **Part 9.** of Form I-129 and write your explanation.        [ ] No

5.  Are you requesting a restarting of the 3-year maximum period of stay limit in H-2A/H-2B status for any of your named beneficiaries because they were absent from the United States for an uninterrupted period of at least 60 days?  (See form Instructions for more information on "Period of Absence.")        [ ] Yes  [ ] No

    If you answered "Yes" to **Item Number 5.**, you must document the beneficiaries' periods of stay for the last 3 years in **Item Number 3.** on the table on the first page of this supplement.  You must also submit evidence of each entry and each exit to establish each period of absence.

6.  Did you or do you plan to use an agent, facilitator, staff, recruiter, or similar employment service (any person or entity that recruits or solicits prospective beneficiaries of the H-2 petition) to locate and/or recruit the H-2A/H-2B workers that you intend to hire by filing this petition?        [x] Yes  [ ] No

7.  If you answered "Yes," to **Item Number 6.**, list the name and address(es) of all such persons and entities regardless of whether you have a direct or indirect contractual relationship, and whether such person or entity is located inside or outside the United States or is a governmental or quasi-governmental entity.  If you need to include the name and address of more than one person or entity, use the space provided in **Part 9. Additional Information.**

SCSCGA - 003180   Page 5 of 38

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification (continued)

Name of Recruiter, Agent, or Facilitator

Family Name (Last Name)

Given Name (First Name)

Middle Name

Name of Recruiting Organization or Similar Employment Service (if applicable)

Great Labor, LLC

Address of Agent, Facilitator, Recruiter, or Similar Employment Service

Street Number and Name

500 Broad Street

Apt. Ste. Flr.  Number

☐ ☐ ☐

City or Town

Lake Charles

State

LA

ZIP Code

70601

### Prohibited H-2A and H-2B Fees

For **Item Numbers 8. - 13.**, the fees in question include any job placement fee, fee or penalty for breach of contract, or other fee, penalty, or compensation (either direct or indirect), related to the H-2A/H-2B employment. Such prohibited fees may include, but are not limited to withholdings or deductions from a worker's wages. Your responses to these items pertain to anyone associated with the employment or recruitment, including any joint employers. Your responses to these items also pertain to any person or entity to whom you can be considered a successor in interest.

**NOTE:** It is not prohibited for petitioners (including their employees), employers or any joint employers, agents, attorneys, facilitators, recruiters, or similar employment services from receiving reimbursement from the beneficiary for costs that are the responsibility and primarily for the benefit of the worker, such as government-required passport fees. Furthermore, it is not prohibited for an employer to provide reimbursement for fees or expenses incurred by the worker, where such reimbursement is specifically permitted by, and made in compliance with, statute or regulations.

8.  Did any of the H-2A/H-2B workers that you are requesting pay you or your employee(s), or any employer or joint employer, agent, attorney, facilitator, recruiter, or similar employment service, a prohibited fee related to the employment, or do they have an agreement to pay you such fee at a later date?  ☐ Yes  ☒ No

9.  If you answered "Yes" to **Item Number 8.**, list the types and amounts of fees that the worker(s) paid or will pay.

10.  If you answered "Yes" to **Item Number 8.**, were the workers, or their designee (as appropriate), reimbursed for any fee paid and was any agreement to pay a fee terminated?  ☐ Yes  ☐ No

If you answered "Yes" to **Item Number 10.**, submit evidence of full reimbursement of each affected beneficiary, or the beneficiary's designee (as appropriate), and evidence that any agreement has been terminated.

11.  If you answered "Yes" to **Item Number 8.**, are you requesting an exception to the mandatory denial or revocation for prohibited fees (see form Instructions for information about exceptions)?  ☐ Yes  ☐ No

If you answered "Yes" to **Item Number 11.**, submit evidence supporting your request for an exception, as described in the form Instructions.

12.  Within the last four years, have you ever had an H-2A or H-2B petition denied or revoked because an employee paid or agreed to pay a fee related to the employment or have you withdrawn an H-2A or H-2B petition after USCIS issued a notice of intent to deny or revoke on such basis?  ☐ Yes  ☒ No

If you answered "Yes" to **Item Number 12.**, submit a copy of the USCIS notice(s) of denial, revocation, or acknowledgment of your withdrawal.

13.  If you answered "Yes" to **Item Number 12.**, were the workers, or their designees (as appropriate), reimbursed for any fees paid and was any agreement to pay a fee terminated?  ☐ Yes  ☐ No

If you answered "Yes" to **Item Number 13.**, submit evidence of full reimbursement of each affected beneficiary, or the beneficiary's designees (as appropriate), and evidence that any agreement has been terminated.

## Section 2. Complete This Section If Filing for H-2A or H-2B Classification (continued)

**Other Violations**

For **Item Numbers 14. - 19.**, determinations of violations include those against you (the petitioner), any person or entity to which you are a successor in interest, or any individual who was acting on your behalf. For **Item Number 15., Item Number 17.,** and **Item Number 19.**, determinations of violations also include those against any employee who an H-2A or H-2B worker would reasonably believe is acting on your behalf. **See the form Instructions for information about how USCIS will use your responses in adjudicating your H-2 petition.**

14. Are you currently subject to any debarment order by the U.S. Department of Labor (or, if applicable, the Governor of Guam)? ☐ Yes ☒ No

   If you answered "Yes" to **Item Number 14.**, you must submit a complete copy of the final notice of debarment or administrative determination(s).

15. Within the last 3 years, have you had an approved temporary labor certification revoked by the U.S. Department of Labor (or, if applicable, the Guam Department of Labor) or have you been the subject of any administrative sanction or remedy, including a debarment that has concluded or an assessment of civil money penalties? ☐ Yes ☒ No

   If you answered "Yes" to **Item Number 15.**, you must submit a complete copy of the final administrative determination(s).

16. Within the last 3 years, have you been the subject of a final USCIS denial or revocation decision with respect to a prior H-2A or H-2B petition that included a finding of fraud or willful misrepresentation of a material fact? (A final USCIS denial or revocation decision means that there is no pending administrative appeal or that the time for filing a timely administrative appeal has elapsed.) ☐ Yes ☒ No

   If you answered "Yes" to **Item Number 16.**, you must submit a complete copy of the final USCIS decision(s).

17. Within the last 3 years, have you been the subject of a final USCIS decision revoking the approval of a prior petition that includes one or more of the following findings: the beneficiary was not employed by the petitioner in the capacity specified in the petition; the statement of facts contained in the petition or on the application for a temporary labor certification was not true and correct, or was inaccurate; the petitioner violated terms and conditions of the approved petition; or the petitioner violated requirements of the Immigration and Nationality Act (INA) section 101(a)(15)(H) or paragraph (h) of this section? (A final USCIS denial or revocation decision means that there is no pending administrative appeal and that the time for filing a timely administrative appeal has elapsed.) ☐ Yes ☒ No

   If you answered "Yes" to **Item Number 17.**, you must submit a complete copy of the final USCIS decision(s).

18. Within the last 3 years, have you been the subject of a final determination of violation(s) under INA section 274(a), 8 U.S.C. 1324(a)? ("Bringing in and Harboring Certain Aliens," "Criminal Penalties.") ☐ Yes ☒ No

   If you answered "Yes" to **Item Number 18.**, you must submit a complete copy of the final determination of violation(s).

19. Within the last 3 years, have you been the subject of any final administrative or judicial determination, other than ones described in **Item Numbers 14. - 18.** above, finding a violation of any applicable employment-related laws or regulations, including health and safety laws or regulations? ☐ Yes ☒ No

   If you answered "Yes" to **Item Number 19.**, you must submit a complete copy of the final administrative or judicial determination(s).

### H-2A and H-2B Petitioner and Employer Obligations

20. The H-2A/H-2B petitioner and each employer consent to allow Government access to all sites where the labor is being or will be performed, as well as housing sites for H-2A workers, for the purpose of determining compliance with H-2A/H-2B requirements. The petitioner and each employer agree to allow USCIS to conduct interviews of employees and any other individuals possessing pertinent information, which may be conducted in the absence of the employer or the employer's representatives and, if feasible, at a neutral location agreed to by the employee and USCIS. The petitioner and each employer understand that USCIS's inability to verify facts, including due to the failure or refusal of the petitioner or employer to cooperate in an inspection or other compliance review, may result in denial or revocation of the H-2A or H-2B petition. ☒ Yes ☐ No

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification  (continued)

21.  The petitioner agrees to notify DHS beginning on a date and in a manner specified in a notice published in the Federal Register within 2 workdays if: an H-2A/H-2B worker does not report for work within 5 workdays after the employment start date stated on the petition or, applicable to H-2A petitioners only, within 5 workdays of the start date established by the petitioner, whichever is later; the agricultural labor or services for which H-2A/H-2B workers were hired is completed more than 30 days early; or the H-2A/ H-2B worker does not report for work for a period of 5 consecutive workdays without the consent of the employer or is terminated prior to the completion of agricultural labor or services for which he or she was hired.  [x] Yes  [ ] No

See www.uscis.gov/h-2a and www.uscis.gov/h-2b, respectively, for the appropriate manner of notifying DHS as specified in a notice published in the Federal Register.

NOTE:  The above notification is a petitioner obligation and does not represent an indication of wrongdoing on the part of the worker.  Further, USCIS does not consider the information provided in a petitioner notification, alone, to be conclusive evidence regarding the worker's current status.  "Workday" means the period between the time on any particular day when such employee commences his or her principal activity and the time on that day at which he or she ceases such principal activity or activities.

22.  The petitioner agrees to retain evidence of such notification and make it available for inspection by DHS officers for a one-year period.  [x] Yes  [ ] No

23.  For H-2A petitioners only:  The petitioner agrees to pay $10 in liquidated damages for each instance where it cannot demonstrate it is in compliance with the notification requirement.  [x] Yes  [ ] No

The petitioner must execute Part A.  If the petitioner is the employer's agent, the employer must execute Part B.  If there are joint employers, they must each execute Part C.

### Part A.  Petitioner

By filing this petition, I agree to the conditions of H-2A/H-2B employment, agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS, and agree to the notification requirements.  For H-2A petitioners:  I also agree to the liquidated damages requirements defined in 8 CFR 214.2(h)(5)(vi)(B)(3).

| Signature of Petitioner | Name of Petitioner | Date (mm/dd/yyyy) |
|---|---|---|
| ➡ | Ricky Gonsoulin | 08/04/2025 |

### Part B.  Employer who is not the petitioner

I certify that I have authorized the party filing this petition to act as my agent in this regard.  I assume full responsibility for all representations made by this agent on my behalf and agree to the conditions of H-2A/H-2B eligibility.  I agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

| Signature of Employer | Name of Employer | Date (mm/dd/yyyy) |
|---|---|---|
| | | |

### Part C.  Joint Employers

24.  For H-2A petitioners only:  A separate Part C. must be submitted for each Joint Employer.

Legal Name of Individual Joint Employer

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| | | |

Joint Employer Company or Organization Name

| |
|---|
| |

Form I-129  Edition  01/20/25

SCSCGA - 003183    8 of 38

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification (continued)

**Mailing Address of Joint Employer**

In Care Of Name (if any)

Street Number and Name                                           Apt. Ste. Flr.  Number
☐ ☐ ☐

City or Town                                                    State    ZIP Code

Province                         Postal Code           Country

**Contact Information**

Daytime Telephone Number       Mobile Telephone Number      Email Address (if any)

### *Taxpayer Identification Numbers*

25.  Provide the following information, as applicable.

Employer Identification Number (EIN)        Individual Taxpayer Identification Number (ITIN)
▶                                            ▶

U.S. Social Security Number (SSN)
▶

### *Other Information*

26.  Type of Business Activity(ies)                                        Year Established

Current Number of Employees in the United States    Gross Annual Income      Net Annual Income

### *Joint Employer's Certification*

I agree to the conditions of H-2A eligibility employment, and agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

27.  Family Name (Last Name) of Authorized Signatory        Given Name (First Name) of Authorized Signatory

Title of Authorized Signatory

28.  Signature of Authorized Signatory                                  Date of Signature (mm/dd/yyyy)

SCSCGA - 003484

## Section 3.    Complete This Section If Filing for H-3 Classification

**If you answer yes to any of the following questions, attach a full explanation.**

1. Is the training you intend to provide, or similar training, available in the beneficiary's country? ☐ Yes ☐ No

2. Will the training benefit the beneficiary in pursuing a career abroad? ☐ Yes ☐ No

3. Does the training involve productive employment incidental to the training?  If yes, explain the amount of compensation employment versus the classroom in **Part 9. of Form I-129.** ☐ Yes ☐ No

4. Does the beneficiary already have skills related to the training? ☐ Yes ☐ No

5. Is this training an effort to overcome a labor shortage? ☐ Yes ☐ No

6. Do you intend to employ the beneficiary abroad at the end of this training? ☐ Yes ☐ No

7. If you do not intend to employ the beneficiary abroad at the end of this training, explain why you wish to incur the cost of providing this training and your expected return from this training.

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification (continued)

21. The petitioner agrees to notify DHS beginning on a date and in a manner specified in a notice published in the Federal Register within 2 workdays if: an H-2A/H-2B worker does not report for work within 5 workdays after the employment start date stated on the petition or, applicable to H-2A petitioners only, within 5 workdays of the start date established by the petitioner, whichever is later; the agricultural labor or services for which H-2A/H-2B workers were hired is completed more than 30 days early; or the H-2A/H-2B worker does not report for work for a period of 5 consecutive workdays without the consent of the employer or is terminated prior to the completion of agricultural labor or services for which he or she was hired.   **[x] Yes   [ ] No**

    See www.uscis.gov/h-2a and www.uscis.gov/h-2b, respectively, for the appropriate manner of notifying DHS as specified in a notice published in the Federal Register.

    **NOTE:** The above notification is a petitioner obligation and does not represent an indication of wrongdoing on the part of the worker.  Further, USCIS **does not** consider the information provided in a petitioner notification, alone, to be conclusive evidence regarding the worker's current status.  "Workday" means the period between the time on any particular day when such employee commences his or her principal activity and the time on that day at which he or she ceases such principal activity or activities.

22. The petitioner agrees to retain evidence of such notification and make it available for inspection by DHS officers for a one-year period.   **[x] Yes   [ ] No**

23. **For H-2A petitioners only:**  The petitioner agrees to pay $10 in liquidated damages for each instance where it cannot demonstrate it is in compliance with the notification requirement.   **[x] Yes   [ ] No**

The petitioner must execute **Part A.**  If the petitioner is the employer's agent, the employer must execute **Part B.**  If there are joint employers, they must each execute **Part C.**

### Part A.  Petitioner

By filing this petition, I agree to the conditions of H-2A/H-2B employment, agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS, and agree to the notification requirements.  For H-2A petitioners: I also agree to the liquidated damages requirements defined in 8 CFR 214.2(h)(5)(vi)(B)(3).

| Signature of Petitioner | Name of Petitioner | Date (mm/dd/yyyy) |
|---|---|---|
| ➡ | Ricky Gonsoulin | |

### Part B.  Employer who is not the petitioner

I certify that I have authorized the party filing this petition to act as my agent in this regard.  I assume full responsibility for all representations made by this agent on my behalf and agree to the conditions of H-2A/H-2B eligibility.  I agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

| Signature of Employer | Name of Employer | Date (mm/dd/yyyy) |
|---|---|---|
| | | |

### Part C.  Joint Employers

24. **For H-2A petitioners only:**  A separate **Part C.** must be submitted for each Joint Employer.

    Legal Name of Individual Joint Employer

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| | | |

Joint Employer Company or Organization Name

CmL GREEn Acres, LLC

SCSCGA - 003186

**Section 2.  Complete This Section If Filing for H-2A or H-2B Classification** (continued)

**Mailing Address of Joint Employer**

In Care Of Name (if any)

Street Number and Name: 637 Moresi Rd.

Apt. Ste. Flr.  Number: ☐ ☐ ☐

City or Town: Jeanerette

State: LA

ZIP Code: 70544

Province:

Postal Code:

Country: United States

**Contact Information**

Daytime Telephone Number: 337 519-2522

Mobile Telephone Number: 337-380-5827

Email Address (if any): cmlgreenacres@gmail.com

**Taxpayer Identification Numbers**

25. Provide the following information, as applicable.

Employer Identification Number (EIN): ► 26-06-74803

Individual Taxpayer Identification Number (ITIN): ►

U.S. Social Security Number (SSN): ►

**Other Information**

26. Type of Business Activity(ies): Sugarcane Farming

Year Established: 1998

Current Number of Employees in the United States: 15

Gross Annual Income: 6,500,000

Net Annual Income: 225,000

**Joint Employer's Certification**

I agree to the conditions of H-2A eligibility employment, and agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

27. Family Name (Last Name) of Authorized Signatory: Landry

Given Name (First Name) of Authorized Signatory: Corey

Title of Authorized Signatory: Owner

28. Signature of Authorized Signatory: *[signature]*

Date of Signature (mm/dd/yyyy): 07/29/2025

SCSCGA - 003187

## Section 2. Complete This Section If Filing for H-2A or H-2B Classification  (continued)

21. The petitioner agrees to notify DHS beginning on a date and in a manner specified in a notice published in the Federal Register within 2 workdays if: an H-2A/H-2B worker does not report for work within 5 workdays after the employment start date stated on the petition or, applicable to H-2A petitioners only, within 5 workdays of the start date established by the petitioner, whichever is later; the agricultural labor or services for which H-2A/H-2B workers were hired is completed more than 30 days early; or the H-2A/H-2B worker does not report for work for a period of 5 consecutive workdays without the consent of the employer or is terminated prior to the completion of agricultural labor or services for which he or she was hired.  ☒ Yes   ☐ No

   See www.uscis.gov/h-2a and www.uscis.gov/h-2b, respectively, for the appropriate manner of notifying DHS as specified in a notice published in the Federal Register.

   NOTE: The above notification is a petitioner obligation and does not represent an indication of wrongdoing on the part of the worker. Further, USCIS does not consider the information provided in a petitioner notification, alone, to be conclusive evidence regarding the worker's current status. "Workday" means the period between the time on any particular day when such employee commences his or her principal activity and the time on that day at which he or she ceases such principal activity or activities.

22. The petitioner agrees to retain evidence of such notification and make it available for inspection by DHS officers for a one-year period.  ☒ Yes   ☐ No

23. For H-2A petitioners only:  The petitioner agrees to pay $10 in liquidated damages for each instance where it cannot demonstrate it is in compliance with the notification requirement.  ☒ Yes   ☐ No

The petitioner must execute Part A.  If the petitioner is the employer's agent, the employer must execute Part B.  If there are joint employers, they must each execute Part C.

### Part A.  Petitioner

By filing this petition, I agree to the conditions of H-2A/H-2B employment, agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS, and agree to the notification requirements. For H-2A petitioners: I also agree to the liquidated damages requirements defined in 8 CFR 214.2(h)(5)(vi)(B)(3).

| Signature of Petitioner | Name of Petitioner | Date (mm/dd/yyyy) |
|---|---|---|
| ➡ | Ricky Gonsoulin | |

### Part B.  Employer who is not the petitioner

I certify that I have authorized the party filing this petition to act as my agent in this regard. I assume full responsibility for all representations made by this agent on my behalf and agree to the conditions of H-2A/H-2B eligibility. I agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

| Signature of Employer | Name of Employer | Date (mm/dd/yyyy) |
|---|---|---|
| *Jaime Segura* (signature) | Jaime Segura | 08/02/2025 |

### Part C.  Joint Employers

24. For H-2A petitioners only:  A separate Part C. must be submitted for each Joint Employer.

Legal Name of Individual Joint Employer

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| Segura | Jaime | Jude |

Joint Employer Company or Organization Name

Jaime Segura Farms LLC

SCSCGA - 003188

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification  (continued)

**Mailing Address of Joint Employer**

In Care Of Name (if any)

Street Number and Name

PO Box 539

Apt. Ste. Flr.  Number ☐ ☐ ☐

City or Town

Baldwin

State  LA    ZIP Code  70514

Province

Postal Code

Country

United States

**Contact Information**

Daytime Telephone Number

337- 201-1440

Mobile Telephone Number

Email Address (if any)

jaimesegurafarmsllc@gmail.com

### Taxpayer Identification Numbers

25.  Provide the following information, as applicable.

Employer Identification Number (EIN)

► 26-2392387

Individual Taxpayer Identification Number (ITIN)

►

U.S. Social Security Number (SSN)

►

### Other Information

26.  Type of Business Activity(ies)

sugarcane farm

Year Established

2007

Current Number of Employees in the United States

18

Gross Annual Income

4,000,000

Net Annual Income

1,100,000

### Joint Employer's Certification

I agree to the conditions of H-2A eligibility employment, and agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

27.  Family Name (Last Name) of Authorized Signatory

Segura

Given Name (First Name) of Authorized Signatory

Jaime

Title of Authorized Signatory

owner

28.  Signature of Authorized Signatory

Date of Signature (mm/dd/yyyy)

08/02/2025

Form I-129   Edition  01/20/25

Page 19 of 38

SCSCGA - 003189

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification  (continued)

21. The petitioner agrees to notify DHS beginning on a date and in a manner specified in a notice published in the Federal Register within 2 workdays if: an H-2A/H-2B worker does not report for work within 5 workdays after the employment start date stated on the petition or, applicable to H-2A petitioners only, within 5 workdays of the start date established by the petitioner, whichever is later; the agricultural labor or services for which H-2A/H-2B workers were hired is completed more than 30 days early; or the H-2A/ H-2B worker does not report for work for a period of 5 consecutive workdays without the consent of the employer or is terminated prior to the completion of agricultural labor or services for which he or she was hired.  ☒ Yes  ☐ No

    See www.uscis.gov/h-2a and www.uscis.gov/h-2b, respectively, for the appropriate manner of notifying DHS as specified in a notice published in the Federal Register.

    NOTE:  The above notification is a petitioner obligation and does not represent an indication of wrongdoing on the part of the worker.  Further, USCIS does not consider the information provided in a petitioner notification, alone, to be conclusive evidence regarding the worker's current status.  "Workday" means the period between the time on any particular day when such employee commences his or her principal activity and the time on that day at which he or she ceases such principal activity or activities.

22. The petitioner agrees to retain evidence of such notification and make it available for inspection by DHS officers for a one-year period.  ☒ Yes  ☐ No

23. For H-2A petitioners only:  The petitioner agrees to pay $10 in liquidated damages for each instance where it cannot demonstrate it is in compliance with the notification requirement.  ☒ Yes  ☐ No

The petitioner must execute Part A.  If the petitioner is the employer's agent, the employer must execute Part B.  If there are joint employers, they must each execute Part C.

## Part A.  Petitioner

By filing this petition, I agree to the conditions of H-2A/H-2B employment, agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS, and agree to the notification requirements.  For H-2A petitioners: I also agree to the liquidated damages requirements defined in 8 CFR 214.2(h)(5)(vi)(B)(3).

| Signature of Petitioner | Name of Petitioner | Date (mm/dd/yyyy) |
|---|---|---|
| ➡ | Ricky Gonsoulin | |

## Part B.  Employer who is not the petitioner

I certify that I have authorized the party filing this petition to act as my agent in this regard.  I assume full responsibility for all representations made by this agent on my behalf and agree to the conditions of H-2A/H-2B eligibility.  I agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

| Signature of Employer | Name of Employer | Date (mm/dd/yyyy) |
|---|---|---|
| | | |

## Part C.  Joint Employers

24. For H-2A petitioners only:  A separate Part C. must be submitted for each Joint Employer.

    Legal Name of Individual Joint Employer

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| BROUSSARD | THEODORE | J |

| Joint Employer Company or Organization Name |
|---|
| TED BROUSSARD FARMS INC |

SCSCGA - 003190

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification  (continued)

Mailing Address of Joint Employer

In Care Of Name (if any)

THEODORE J BROUSSARD

| Street Number and Name | Apt. Ste. Flr.  Number |
|---|---|
| 7899 HWY 87 | ☐ ☐ ☐ |

| City or Town | State | ZIP Code |
|---|---|---|
| JEANERETTE | LA | 70544 |

| Province | Postal Code | Country |
|---|---|---|
| | | United States |

Contact Information

| Daytime Telephone Number | Mobile Telephone Number | Email Address (if any) |
|---|---|---|
| 337-201-1446 | 337-201-1446 | TEDBFARM@AOL.COM |

### Taxpayer Identification Numbers

25.  Provide the following information, as applicable.

Employer Identification Number (EIN)     Individual Taxpayer Identification Number (ITIN)

▶ 72-1393059     ▶

U.S. Social Security Number (SSN)

▶

### Other Information

26.  Type of Business Activity(ies)     Year Established

FARMING     1995

| Current Number of Employees in the United States | Gross Annual Income | Net Annual Income |
|---|---|---|
| 5 | 2,000,000 | 223,550 |

### Joint Employer's Certification

I agree to the conditions of H-2A eligibility employment, and agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

27.  Family Name (Last Name) of Authorized Signatory     Given Name (First Name) of Authorized Signatory

BROUSSARD     THEODORE

Title of Authorized Signatory

PRESIDENT

28.  Signature of Authorized Signatory     Date of Signature (mm/dd/yyyy)

08/02/2025

SCSCGA - 003191

**Section 2.  Complete This Section If Filing for H-2A or H-2B Classification  (continued)**

21. The petitioner agrees to notify DHS beginning on a date and in a manner specified in a notice published in the Federal Register within 2 workdays if: an H-2A/H-2B worker does not report for work within 5 workdays after the employment start date stated on the petition or, applicable to H-2A petitioners only, within 5 workdays of the start date established by the petitioner, whichever is later; the agricultural labor or services for which H-2A/H-2B workers were hired is completed more than 30 days early; or the H-2A/ H-2B worker does not report for work for a period of 5 consecutive workdays without the consent of the employer or is terminated prior to the completion of agricultural labor or services for which he or she was hired.    [x] Yes  [ ] No

See www.uscis.gov/h-2a and www.uscis.gov/h-2b, respectively, for the appropriate manner of notifying DHS as specified in a notice published in the Federal Register.

NOTE: The above notification is a petitioner obligation and does not represent an indication of wrongdoing on the part of the worker. Further, USCIS does not consider the information provided in a petitioner notification, alone, to be conclusive evidence regarding the worker's current status. "Workday" means the period between the time on any particular day when such employee commences his or her principal activity and the time on that day at which he or she ceases such principal activity or activities.

22. The petitioner agrees to retain evidence of such notification and make it available for inspection by DHS officers for a one-year period.    [x] Yes  [ ] No

23. **For H-2A petitioners only:** The petitioner agrees to pay $10 in liquidated damages for each instance where it cannot demonstrate it is in compliance with the notification requirement.    [x] Yes  [ ] No

The petitioner must execute **Part A.** If the petitioner is the employer's agent, the employer must execute **Part B.** If there are joint employers, they must each execute **Part C.**

## Part A.  Petitioner

By filing this petition, I agree to the conditions of H-2A/H-2B employment, agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS, and agree to the notification requirements. For H-2A petitioners: I also agree to the liquidated damages requirements defined in 8 CFR 214.2(h)(5)(vi)(B)(3).

| Signature of Petitioner | Name of Petitioner | Date (mm/dd/yyyy) |
|---|---|---|
| ⮕ | Ricky Gonsoulin | |

## Part B.  Employer who is not the petitioner

I certify that I have authorized the party filing this petition to act as my agent in this regard. I assume full responsibility for all representations made by this agent on my behalf and agree to the conditions of H-2A/H-2B eligibility. I agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

| Signature of Employer | Name of Employer | Date (mm/dd/yyyy) |
|---|---|---|
| | | |

## Part C.  Joint Employers

24. **For H-2A petitioners only:** A separate **Part C.** must be submitted for each Joint Employer.

Legal Name of Individual Joint Employer

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| Degeyter | Barry | Anthony |

Joint Employer Company or Organization Name

Roy Degeyter jr and Son Farm

SCSCGA - 003192

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification  (continued)

### Mailing Address of Joint Employer

In Care Of Name (if any)

Roy Degeyterjr and son Farm

Street Number and Name

6007 Sugar oaks Rd

Apt. Ste. Flr.  Number

☐ ☐ ☐

City or Town

New Iberia

State

LA

ZIP Code

70563

Province

Postal Code

70563

Country

United States

### Contact Information

Daytime Telephone Number

Mobile Telephone Number

337 380 1094

Email Address (if any)

barrydegeyter@Yahoo.com

## Taxpayer Identification Numbers

25.  Provide the following information, as applicable.

Employer Identification Number (EIN)

► 72-1263576

Individual Taxpayer Identification Number (ITIN)

►

U.S. Social Security Number (SSN)

►

## Other Information

26.  Type of Business Activity(ies)

Sugar Cane Farm

Year Established

Current Number of Employees in the United States

3

Gross Annual Income

300,000

Net Annual Income

150,000

## Joint Employer's Certification

I agree to the conditions of H-2A eligibility employment, and agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

27.  Family Name (Last Name) of Authorized Signatory

Degeyter

Given Name (First Name) of Authorized Signatory

Barry

Title of Authorized Signatory

General partner

28.  Signature of Authorized Signatory

Barry A Degeyt

Date of Signature (mm/dd/yyyy)

8, 4, 2025

SCSCGA - 003193

## Section 2. Complete This Section If Filing for H-2A or H-2B Classification (continued)

21. The petitioner agrees to notify DHS beginning on a date and in a manner specified in a notice published in the Federal Register within 2 workdays if: an H-2A/H-2B worker does not report for work within 5 workdays after the employment start date stated on the petition or, applicable to H-2A petitioners only, within 5 workdays of the start date established by the petitioner, whichever is later; the agricultural labor or services for which H-2A/H-2B workers were hired is completed more than 30 days early; or the H-2A/H-2B worker does not report for work for a period of 5 consecutive workdays without the consent of the employer or is terminated prior to the completion of agricultural labor or services for which he or she was hired.   ☒ Yes   ☐ No

See www.uscis.gov/h-2a and www.uscis.gov/h-2b, respectively, for the appropriate manner of notifying DHS as specified in a notice published in the Federal Register.

NOTE: The above notification is a petitioner obligation and does not represent an indication of wrongdoing on the part of the worker. Further, USCIS **does not** consider the information provided in a petitioner notification, alone, to be conclusive evidence regarding the worker's current status. "Workday" means the period between the time on any particular day when such employee commences his or her principal activity and the time on that day at which he or she ceases such principal activity or activities.

22. The petitioner agrees to retain evidence of such notification and make it available for inspection by DHS officers for a one-year period.   ☒ Yes   ☐ No

23. **For H-2A petitioners only:** The petitioner agrees to pay $10 in liquidated damages for each instance where it cannot demonstrate it is in compliance with the notification requirement.   ☒ Yes   ☐ No

The petitioner must execute **Part A.** If the petitioner is the employer's agent, the employer must execute **Part B.** If there are joint employers, they must each execute **Part C.**

### Part A. Petitioner

By filing this petition, I agree to the conditions of H-2A/H-2B employment, agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS, and agree to the notification requirements. For H-2A petitioners: I also agree to the liquidated damages requirements defined in 8 CFR 214.2(h)(5)(vi)(B)(3).

| Signature of Petitioner | Name of Petitioner | Date (mm/dd/yyyy) |
|---|---|---|
| ➡ | Ricky Gonsoulin | |

### Part B. Employer who is not the petitioner

I certify that I have authorized the party filing this petition to act as my agent in this regard. I assume full responsibility for all representations made by this agent on my behalf and agree to the conditions of H-2A/H-2B eligibility. I agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

| Signature of Employer | Name of Employer | Date (mm/dd/yyyy) |
|---|---|---|
| | | |

### Part C. Joint Employers

24. **For H-2A petitioners only:** A separate **Part C.** must be submitted for each Joint Employer.

Legal Name of Individual Joint Employer

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| HEBERt | RAymond | JOSEph |

Joint Employer Company or Organization Name
RAymond HEBERt FARMS, LLC

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification  (continued)

**Mailing Address of Joint Employer**

In Care Of Name (if any)

Roymand Hebert Forms LLC.

| Street Number and Name | Apt. Ste. Flr.  Number |
|---|---|
| 9519 Harold Landry Road | ☐ ☐ ☐ |

| City or Town | State | ZIP Code |
|---|---|---|
| New Iberia | La. | 70563 |

| Province | Postal Code | Country |
|---|---|---|
| | | United States |

**Contact Information**

| Daytime Telephone Number | Mobile Telephone Number | Email Address (if any) |
|---|---|---|
| 337-229-8110 | 337-523-2888 | r_hebertform@att.net |

### Taxpayer Identification Numbers

25. Provide the following information, as applicable.

| Employer Identification Number (EIN) | Individual Taxpayer Identification Number (ITIN) |
|---|---|
| ► 72-1471859 | ► |

U.S. Social Security Number (SSN)

► 

### Other Information

26. 
| Type of Business Activity(ies) | Year Established |
|---|---|
| Sugarcone Form | 2000 |

| Current Number of Employees in the United States | Gross Annual Income | Net Annual Income |
|---|---|---|
| | 1,365,250.00 | 407,844.00 |

### Joint Employer's Certification

I agree to the conditions of H-2A eligibility employment, and agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

27. 
| Family Name (Last Name) of Authorized Signatory | Given Name (First Name) of Authorized Signatory |
|---|---|
| Hebert | Raymond |

Title of Authorized Signatory

agent / Owner

28. 
| Signature of Authorized Signatory | Date of Signature (mm/dd/yyyy) |
|---|---|
| Raymond J. Hebert | 07/30/2025 |

SCSCGA - 003195

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification (continued)

21.  The petitioner agrees to notify DHS beginning on a date and in a manner specified in a notice published in the Federal Register within 2 workdays if: an H-2A/H-2B worker does not report for work within 5 workdays after the employment start date stated on the petition or, applicable to H-2A petitioners only, within 5 workdays of the start date established by the petitioner, whichever is later; the agricultural labor or services for which H-2A/H-2B workers were hired is completed more than 30 days early; or the H-2A/H-2B worker does not report for work for a period of 5 consecutive workdays without the consent of the employer or is terminated prior to the completion of agricultural labor or services for which he or she was hired.    ☒ Yes    ☐ No

See www.uscis.gov/h-2a and www.uscis.gov/h-2b, respectively, for the appropriate manner of notifying DHS as specified in a notice published in the Federal Register.

NOTE: The above notification is a petitioner obligation and does not represent an indication of wrongdoing on the part of the worker. Further, USCIS does not consider the information provided in a petitioner notification, alone, to be conclusive evidence regarding the worker's current status. "Workday" means the period between the time on any particular day when such employee commences his or her principal activity and the time on that day at which he or she ceases such principal activity or activities.

22.  The petitioner agrees to retain evidence of such notification and make it available for inspection by DHS officers for a one-year period.    ☒ Yes    ☐ No

23.  **For H-2A petitioners only:** The petitioner agrees to pay $10 in liquidated damages for each instance where it cannot demonstrate it is in compliance with the notification requirement.    ☒ Yes    ☐ No

The petitioner must execute **Part A.** If the petitioner is the employer's agent, the employer must execute **Part B.** If there are joint employers, they must each execute **Part C.**

### Part A.  Petitioner

By filing this petition, I agree to the conditions of H-2A/H-2B employment, agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS, and agree to the notification requirements. For H-2A petitioners: I also agree to the liquidated damages requirements defined in 8 CFR 214.2(h)(5)(vi)(B)(3).

| Signature of Petitioner | Name of Petitioner | Date (mm/dd/yyyy) |
|---|---|---|
| ➡ | Ricky Gonsoulin | |

### Part B.  Employer who is not the petitioner

I certify that I have authorized the party filing this petition to act as my agent in this regard. I assume full responsibility for all representations made by this agent on my behalf and agree to the conditions of H-2A/H-2B eligibility. I agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

| Signature of Employer | Name of Employer | Date (mm/dd/yyyy) |
|---|---|---|
| | | |

### Part C.  Joint Employers

24.  **For H-2A petitioners only:** A separate **Part C.** must be submitted for each Joint Employer.

Legal Name of Individual Joint Employer

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| | | |

Joint Employer Company or Organization Name

LAndRy LAne CompAny, LLC DBA Circle L FARMS, LLC

---

Form I-129   Edition  01/20/25

**Section 2.  Complete This Section If Filing for H-2A or H-2B Classification** (continued)

**Mailing Address of Joint Employer**

In Care Of Name (if any)

| Street Number and Name | Apt. Ste. Flr.  Number |
|---|---|
| 1508 Lake Dauterive Rd. | ☐ ☐ ☐ |

| City or Town | State | ZIP Code |
|---|---|---|
| Loreauville | LA | 70552 |

| Province | Postal Code | Country |
|---|---|---|
| | | United States |

**Contact Information**

| Daytime Telephone Number | Mobile Telephone Number | Email Address (if any) |
|---|---|---|
| 337-201-2501 | | hubert @ londry care.com |

*Taxpayer Identification Numbers*

25.  Provide the following information, as applicable.

| Employer Identification Number (EIN) | Individual Taxpayer Identification Number (ITIN) |
|---|---|
| ► 33-2350993 | ► |

U.S. Social Security Number (SSN)

► 

*Other Information*

26. 
| Type of Business Activity(ies) | Year Established |
|---|---|
| Sugarcane Farming | 2024 |

| Current Number of Employees in the United States | Gross Annual Income | Net Annual Income |
|---|---|---|
| 2 | 1,400,000 | 200,000 |

*Joint Employer's Certification*

I agree to the conditions of H-2A eligibility employment, and agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

27. 
| Family Name (Last Name) of Authorized Signatory | Given Name (First Name) of Authorized Signatory |
|---|---|
| Landry , Jr. | Hubert |

Title of Authorized Signatory

Owner

28. 
| Signature of Authorized Signatory | Date of Signature (mm/dd/yyyy) |
|---|---|
| [signature] | 07-31-2025 |

SCSCGA - 003197

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification  (continued)

21.  The petitioner agrees to notify DHS beginning on a date and in a manner specified in a notice published in the Federal Register within 2 workdays if: an H-2A/H-2B worker does not report for work within 5 workdays after the employment start date stated on the petition or, applicable to H-2A petitioners only, within 5 workdays of the start date established by the petitioner, whichever is later; the agricultural labor or services for which H-2A/H-2B workers were hired is completed more than 30 days early; or the H-2A/H-2B worker does not report for work for a period of 5 consecutive workdays without the consent of the employer or is terminated prior to the completion of agricultural labor or services for which he or she was hired.    [x] Yes   [ ] No

See www.uscis.gov/h-2a and www.uscis.gov/h-2b, respectively, for the appropriate manner of notifying DHS as specified in a notice published in the Federal Register.

NOTE:  The above notification is a petitioner obligation and does not represent an indication of wrongdoing on the part of the worker.  Further, USCIS **does not** consider the information provided in a petitioner notification, alone, to be conclusive evidence regarding the worker's current status.  "Workday" means the period between the time on any particular day when such employee commences his or her principal activity and the time on that day at which he or she ceases such principal activity or activities.

22.  The petitioner agrees to retain evidence of such notification and make it available for inspection by DHS officers for a one-year period.    [x] Yes   [ ] No

23.  **For H-2A petitioners only:**  The petitioner agrees to pay $10 in liquidated damages for each instance where it cannot demonstrate it is in compliance with the notification requirement.    [x] Yes   [ ] No

The petitioner must execute **Part A.**  If the petitioner is the employer's agent, the employer must execute **Part B.**  If there are joint employers, they must each execute **Part C.**

### Part A.  Petitioner

By filing this petition, I agree to the conditions of H-2A/H-2B employment, agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS, and agree to the notification requirements.  For H-2A petitioners: I also agree to the liquidated damages requirements defined in 8 CFR 214.2(h)(5)(vi)(B)(3).

| Signature of Petitioner | Name of Petitioner | Date (mm/dd/yyyy) |
|---|---|---|
| ➡️ | Ricky Gonsoulin | |

### Part B.  Employer who is not the petitioner

I certify that I have authorized the party filing this petition to act as my agent in this regard.  I assume full responsibility for all representations made by this agent on my behalf and agree to the conditions of H-2A/H-2B eligibility.  I agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

| Signature of Employer | Name of Employer | Date (mm/dd/yyyy) |
|---|---|---|
| | | |

### Part C.  Joint Employers

24.  **For H-2A petitioners only:**  A separate **Part C.** must be submitted for each Joint Employer.

Legal Name of Individual Joint Employer

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| | | |

Joint Employer Company or Organization Name
RichARd GlAubrEcHT, JR.

Form I-129   Edition   01/20/25

SCSCGA - 003198 8 of 38

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification  (continued)

**Mailing Address of Joint Employer**

In Care Of Name (if any)

Street Number and Name | Apt. Ste. Flr.  Number

9018  E. Admiral  Doyle  DR.

City or Town | State | ZIP Code

Jeanerette | LA | 70544

Province | Postal Code | Country

| | | United States

**Contact Information**

Daytime Telephone Number | Mobile Telephone Number | Email Address (if any)

| 357-201-0192 | rglaubrecht64@gmail.com

### Taxpayer Identification Numbers

25. Provide the following information, as applicable.

Employer Identification Number (EIN) | Individual Taxpayer Identification Number (ITIN)

► 72-1196 864 | ►

U.S. Social Security Number (SSN)

►

### Other Information

26. Type of Business Activity(ies) | Year Established

Farming | 1988

Current Number of Employees in the United States | Gross Annual Income | Net Annual Income

7 | 1,495,608 | 436 440

### Joint Employer's Certification

I agree to the conditions of H-2A eligibility employment, and agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

27. Family Name (Last Name) of Authorized Signatory | Given Name (First Name) of Authorized Signatory

Glaubrecht | Richard

Title of Authorized Signatory

Owner.

28. Signature of Authorized Signatory | Date of Signature (mm/dd/yyyy)

| 07/29/2025

SCSCGA - 003199

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification  (continued)

21.  The petitioner agrees to notify DHS beginning on a date and in a manner specified in a notice published in the Federal Register within 2 workdays if: an H-2A/H-2B worker does not report for work within 5 workdays after the employment start date stated on the petition or, applicable to H-2A petitioners only, within 5 workdays of the start date established by the petitioner, whichever is later; the agricultural labor or services for which H-2A/H-2B workers were hired is completed more than 30 days early; or the H-2A/H-2B worker does not report for work for a period of 5 consecutive workdays without the consent of the employer or is terminated prior to the completion of agricultural labor or services for which he or she was hired.  ☒ Yes  ☐ No

See **www.uscis.gov/h-2a** and **www.uscis.gov/h-2b**, respectively, for the appropriate manner of notifying DHS as specified in a notice published in the Federal Register.

**NOTE:**  The above notification is a petitioner obligation and does not represent an indication of wrongdoing on the part of the worker.  Further, USCIS **does not** consider the information provided in a petitioner notification, alone, to be conclusive evidence regarding the worker's current status.  "Workday" means the period between the time on any particular day when such employee commences his or her principal activity and the time on that day at which he or she ceases such principal activity or activities.

22.  The petitioner agrees to retain evidence of such notification and make it available for inspection by DHS officers for a one-year period.  ☒ Yes  ☐ No

23.  **For H-2A petitioners only:**  The petitioner agrees to pay $10 in liquidated damages for each instance where it cannot demonstrate it is in compliance with the notification requirement.  ☒ Yes  ☐ No

The petitioner must execute **Part A.**  If the petitioner is the employer's agent, the employer must execute **Part B.**  If there are joint employers, they must each execute **Part C.**

### Part A.  Petitioner

By filing this petition, I agree to the conditions of H-2A/H-2B employment, agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS, and agree to the notification requirements.  For H-2A petitioners: I also agree to the liquidated damages requirements defined in 8 CFR 214.2(h)(5)(vi)(B)(3).

| Signature of Petitioner | Name of Petitioner | Date (mm/dd/yyyy) |
|---|---|---|
| ➡ | Ricky Gonsoulin | |

### Part B.  Employer who is not the petitioner

I certify that I have authorized the party filing this petition to act as my agent in this regard.  I assume full responsibility for all representations made by this agent on my behalf and agree to the conditions of H-2A/H-2B eligibility.  I agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

| Signature of Employer | Name of Employer | Date (mm/dd/yyyy) |
|---|---|---|
| | | |

### Part C.  Joint Employers

24.  **For H-2A petitioners only:**  A separate **Part C.** must be submitted for each Joint Employer.

Legal Name of Individual Joint Employer

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| Viator | Jake | Rebellion |

Joint Employer Company or Organization Name

JAKE R. Viator Farm, LLC

SCSCGA - 003200

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification  (continued)

**Mailing Address of Joint Employer**

In Care Of Name (if any)

Street Number and Name.          Apt. Ste. Flr.  Number
5411 Jefferson Island Road    ☐ ☐ ☐

City or Town          State   ZIP Code
New Iberia          LA   70560

Province        Postal Code     Country
                United States

**Contact Information**

Daytime Telephone Number     Mobile Telephone Number     Email Address (if any)
337-380-4323          337-380-0030          Jakerviatorfarm@gmail.com

### Taxpayer Identification Numbers

25.  Provide the following information, as applicable.

Employer Identification Number (EIN)          Individual Taxpayer Identification Number (ITIN)
▶ 83-3071609          ▶

U.S. Social Security Number (SSN)
▶

### Other Information

26.  Type of Business Activity(ies)          Year Established
Sugarcane Farm          2016

Current Number of Employees in the United States     Gross Annual Income     Net Annual Income
0          410,000          248,000

### Joint Employer's Certification

I agree to the conditions of H-2A eligibility employment, and agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

27.  Family Name (Last Name) of Authorized Signatory          Given Name (First Name) of Authorized Signatory
Viator          Jake

Title of Authorized Signatory
Owner

28.  Signature of Authorized Signatory          Date of Signature (mm/dd/yyyy)
[signature]          7-30-2025

Form I-129   Edition  01/20/25          Page 19 of 38

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification (continued)

21. The petitioner agrees to notify DHS beginning on a date and in a manner specified in a notice published in the Federal Register within 2 workdays if: an H-2A/H-2B worker does not report for work within 5 workdays after the employment start date stated on the petition or, applicable to H-2A petitioners only, within 5 workdays of the start date established by the petitioner, whichever is later; the agricultural labor or services for which H-2A/H-2B workers were hired is completed more than 30 days early; or the H-2A/H-2B worker does not report for work for a period of 5 consecutive workdays without the consent of the employer or is terminated prior to the completion of agricultural labor or services for which he or she was hired.  ☒ Yes  ☐ No

See **www.uscis.gov/h-2a** and **www.uscis.gov/h-2b**, respectively, for the appropriate manner of notifying DHS as specified in a notice published in the Federal Register.

**NOTE:** The above notification is a petitioner obligation and does not represent an indication of wrongdoing on the part of the worker.  Further, USCIS **does not** consider the information provided in a petitioner notification, alone, to be conclusive evidence regarding the worker's current status. "Workday" means the period between the time on any particular day when such employee commences his or her principal activity and the time on that day at which he or she ceases such principal activity or activities.

22. The petitioner agrees to retain evidence of such notification and make it available for inspection by DHS officers for a one-year period.  ☒ Yes  ☐ No

23. **For H-2A petitioners only:** The petitioner agrees to pay $10 in liquidated damages for each instance where it cannot demonstrate it is in compliance with the notification requirement.  ☒ Yes  ☐ No

The petitioner must execute **Part A.** If the petitioner is the employer's agent, the employer must execute **Part B.** If there are joint employers, they must each execute **Part C.**

### Part A.  Petitioner

By filing this petition, I agree to the conditions of H-2A/H-2B employment, agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS, and agree to the notification requirements.  For H-2A petitioners: I also agree to the liquidated damages requirements defined in 8 CFR 214.2(h)(5)(vi)(B)(3).

| Signature of Petitioner | Name of Petitioner | Date (mm/dd/yyyy) |
|---|---|---|
| ➡ | Ricky Gonsoulin | |

### Part B.  Employer who is not the petitioner

I certify that I have authorized the party filing this petition to act as my agent in this regard.  I assume full responsibility for all representations made by this agent on my behalf and agree to the conditions of H-2A/H-2B eligibility.  I agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

| Signature of Employer | Name of Employer | Date (mm/dd/yyyy) |
|---|---|---|
| | | |

### Part C.  Joint Employers

24. **For H-2A petitioners only:** A separate **Part C.** must be submitted for each Joint Employer.

Legal Name of Individual Joint Employer

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| | | |

Joint Employer Company or Organization Name

Cypremort Planting Co.

---

Form I-129   Edition   01/20/25

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification  (continued)

### Mailing Address of Joint Employer

In Care Of Name (if any)

Clint Freyou

Street Number and Name | Apt. Ste. Flr.  Number

4619 Little Valley Plantation Road | ☐ ☐ ☐

City or Town | State | ZIP Code

Jeanerette | LA | 70544

Province | Postal Code | Country

| | United States

### Contact Information

Daytime Telephone Number | Mobile Telephone Number | Email Address (if any)

337-276-9848 | 337-380-3242 | cajunsugarman1958@yahoo.com

### Taxpayer Identification Numbers

25.  Provide the following information, as applicable.

Employer Identification Number (EIN) | Individual Taxpayer Identification Number (ITIN)

► 20 - 4958117 | ►

U.S. Social Security Number (SSN)

►

### Other Information

26.  Type of Business Activity(ies) | Year Established

Sugarcane Farm | 1998

Current Number of Employees in the United States | Gross Annual Income | Net Annual Income

5 | 113,000 | 87,884.16

### Joint Employer's Certification

I agree to the conditions of H-2A eligibility employment, and agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

27.  Family Name (Last Name) of Authorized Signatory | Given Name (First Name) of Authorized Signatory

Freyou | Clit

Title of Authorized Signatory

Farm Manager

28.  Signature of Authorized Signatory | Date of Signature (mm/dd/yyyy)

Clint Freyou | 7/30/2026

SCSCGA - 003203

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification  (continued)

21.  The petitioner agrees to notify DHS beginning on a date and in a manner specified in a notice published in the Federal Register within 2 workdays if: an H-2A/H-2B worker does not report for work within 5 workdays after the employment start date stated on the petition or, applicable to H-2A petitioners only, within 5 workdays of the start date established by the petitioner, whichever is later; the agricultural labor or services for which H-2A/H-2B workers were hired is completed more than 30 days early; or the H-2A/H-2B worker does not report for work for a period of 5 consecutive workdays without the consent of the employer or is terminated prior to the completion of agricultural labor or services for which he or she was hired.    [x] Yes    [ ] No

See www.uscis.gov/h-2a and www.uscis.gov/h-2b, respectively, for the appropriate manner of notifying DHS as specified in a notice published in the Federal Register.

NOTE: The above notification is a petitioner obligation and does not represent an indication of wrongdoing on the part of the worker.  Further, USCIS does not consider the information provided in a petitioner notification, alone, to be conclusive evidence regarding the worker's current status.  "Workday" means the period between the time on any particular day when such employee commences his or her principal activity and the time on that day at which he or she ceases such principal activity or activities.

22.  The petitioner agrees to retain evidence of such notification and make it available for inspection by DHS officers for a one-year period.    [x] Yes    [ ] No

23.  For H-2A petitioners only:  The petitioner agrees to pay $10 in liquidated damages for each instance where it cannot demonstrate it is in compliance with the notification requirement.    [x] Yes    [ ] No

The petitioner must execute Part A.  If the petitioner is the employer's agent, the employer must execute Part B.  If there are joint employers, they must each execute Part C.

## Part A.  Petitioner

By filing this petition, I agree to the conditions of H-2A/H-2B employment, agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS, and agree to the notification requirements.  For H-2A petitioners:  I also agree to the liquidated damages requirements defined in 8 CFR 214.2(h)(5)(vi)(B)(3).

| Signature of Petitioner | Name of Petitioner | Date (mm/dd/yyyy) |
|---|---|---|
| ➡ | Ricky Gonsoulin | |

## Part B.  Employer who is not the petitioner

I certify that I have authorized the party filing this petition to act as my agent in this regard.  I assume full responsibility for all representations made by this agent on my behalf and agree to the conditions of H-2A/H-2B eligibility.  I agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

| Signature of Employer | Name of Employer | Date (mm/dd/yyyy) |
|---|---|---|
| | | |

## Part C.  Joint Employers

24.  For H-2A petitioners only:  A separate Part C must be submitted for each Joint Employer.

Legal Name of Individual Joint Employer

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| JUDICE | CHAD | MATTHEW |

Joint Employer Company or Organization Name

NORTHSIDE PLANTING LLC

SCSCGA - 003204

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification  (continued)

**Mailing Address of Joint Employer.**

In Care Of Name (if any)

CHAD JUDICE

| Street Number and Name | Apt. Ste. Flr.  Number |
|---|---|
| 4524 IRISH BEND ROAD | ☐ ☐ ☐ |

| City or Town | State | ZIP Code |
|---|---|---|
| FRANKLIN | LA | 70538 |

| Province | Postal Code | Country |
|---|---|---|
| | | United States |

**Contact Information**

| Daytime Telephone Number | Mobile Telephone Number | Email Address (if any) |
|---|---|---|
| 337-319-0798 | 337-319-0798 | NSP.CHAD@YAHOO.COM |

### Taxpayer Identification Numbers

25. Provide the following information, as applicable.

Employer Identification Number (EIN)

► 72-116-6637

Individual Taxpayer Identification Number (ITIN)

► 

U.S. Social Security Number (SSN)

► 

### Other Information

| 26. Type of Business Activity(ies) | Year Established |
|---|---|
| FARM | 1990 |

| Current Number of Employees in the United States | Gross Annual Income | Net Annual Income |
|---|---|---|
| 12 | 300000 | 220000 |

### Joint Employer's Certification

I agree to the conditions of H-2A eligibility employment, and agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

| 27. Family Name (Last Name) of Authorized Signatory | Given Name (First Name) of Authorized Signatory |
|---|---|
| JUDICE | CHAD |

Title of Authorized Signatory

OWNER/MEMBER

28. Signature of Authorized Signatory

Date of Signature (mm/dd/yyyy)

07/30/2025

SCSCGA - 003205

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification (continued)

21.    The petitioner agrees to notify DHS beginning on a date and in a manner specified in a notice published in the Federal Register within 2 workdays if: an H-2A/H-2B worker does not report for work within 5 workdays after the employment start date stated on the petition or, applicable to H-2A petitioners only, within 5 workdays of the start date established by the petitioner, whichever is later; the agricultural labor or services for which H-2A/H-2B workers were hired is completed more than 30 days early; or the H-2A/H-2B worker does not report for work for a period of 5 consecutive workdays without the consent of the employer or is terminated prior to the completion of agricultural labor or services for which he or she was hired.    ☒ Yes    ☐ No

See www.uscis.gov/h-2a and www.uscis.gov/h-2b, respectively, for the appropriate manner of notifying DHS as specified in a notice published in the Federal Register.

NOTE:  The above notification is a petitioner obligation and does not represent an indication of wrongdoing on the part of the worker.  Further, USCIS **does not** consider the information provided in a petitioner notification, alone, to be conclusive evidence regarding the worker's current status.  "Workday" means the period between the time on any particular day when such employee commences his or her principal activity and the time on that day at which he or she ceases such principal activity or activities.

22.    The petitioner agrees to retain evidence of such notification and make it available for inspection by DHS officers for a one-year period.    ☒ Yes    ☐ No

23.    **For H-2A petitioners only:**  The petitioner agrees to pay $10 in liquidated damages for each instance where it cannot demonstrate it is in compliance with the notification requirement.    ☒ Yes    ☐ No

The petitioner must execute **Part A.** If the petitioner is the employer's agent, the employer must execute **Part B.** If there are joint employers, they must each execute **Part C.**

### Part A.  Petitioner

By filing this petition, I agree to the conditions of H-2A/H-2B employment, agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS, and agree to the notification requirements.  For H-2A petitioners: I also agree to the liquidated damages requirements defined in 8 CFR 214.2(h)(5)(vi)(B)(3).

| Signature of Petitioner | Name of Petitioner | Date (mm/dd/yyyy) |
|---|---|---|
| ➡ | Ricky Gonsoulin | |

### Part B.  Employer who is not the petitioner

I certify that I have authorized the party filing this petition to act as my agent in this regard.  I assume full responsibility for all representations made by this agent on my behalf and agree to the conditions of H-2A/H-2B eligibility.  I agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

| Signature of Employer | Name of Employer | Date (mm/dd/yyyy) |
|---|---|---|
| | | |

### Part C.  Joint Employers

24.    **For H-2A petitioners only:**  A separate **Part C.** must be submitted for each Joint Employer.

Legal Name of Individual Joint Employer

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| Rockforte | Nickie | W |

Joint Employer Company or Organization Name

Nickie Rockforte Farms, LLC

SCSCGA - 003206

## Section 2. Complete This Section If Filing for H-2A or H-2B Classification (continued)

### Mailing Address of Joint Employer

In Care Of Name (if any)

NICKIE ROCKFORTE

Street Number and Name

1339 MARINGOUIN RD W PO BOX 39

Apt. Ste. Flr. Number

☐ ☐ ☐

City or Town

MARINGOUIN

State

LA

ZIP Code

70755

Province

Postal Code

Country

United States

### Contact Information

Daytime Telephone Number

Mobile Telephone Number

225-626-4401

Email Address (if any)

NICKIE.ROCKFORTE@YAHOO.COM

## Taxpayer Identification Numbers

25. Provide the following information, as applicable.

Employer Identification Number (EIN)

▶

Individual Taxpayer Identification Number (ITIN)

▶ | 2 | 6 | 0 | 5 | 1 | 4 | 7 | 1 | 4 |

U.S. Social Security Number (SSN)

▶ | 4 | 3 | 3 | 0 | 4 | 4 | 1 | 9 | 8 |

## Other Information

26. Type of Business Activity(ies)

FARMING

Year Established

1908

Current Number of Employees in the United States

6

Gross Annual Income

2,058,059

Net Annual Income

45,140

## Joint Employer's Certification

I agree to the conditions of H-2A eligibility employment, and agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

27. Family Name (Last Name) of Authorized Signatory

ROCKFORTE

Given Name (First Name) of Authorized Signatory

NICKIE

Title of Authorized Signatory

OWNER

28. Signature of Authorized Signatory

Date of Signature (mm/dd/yyyy)

08/02/2025

SCSCGA - 003207

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification  (continued)

21.  The petitioner agrees to notify DHS beginning on a date and in a manner specified in a notice published in the Federal Register within 2 workdays if: an H-2A/H-2B worker does not report for work within 5 workdays after the employment start date stated on the petition or, applicable to H-2A petitioners only, within 5 workdays of the start date established by the petitioner, whichever is later; the agricultural labor or services for which H-2A/H-2B workers were hired is completed more than 30 days early; or the H-2A/H-2B worker does not report for work for a period of 5 consecutive workdays without the consent of the employer or is terminated prior to the completion of agricultural labor or services for which he or she was hired.    [x] Yes   [ ] No

See **www.uscis.gov/h-2a** and **www.uscis.gov/h-2b**, respectively, for the appropriate manner of notifying DHS as specified in a notice published in the Federal Register.

**NOTE:**  The above notification is a petitioner obligation and does not represent an indication of wrongdoing on the part of the worker.  Further, USCIS **does not** consider the information provided in a petitioner notification, alone, to be conclusive evidence regarding the worker's current status. "Workday" means the period between the time on any particular day when such employee commences his or her principal activity and the time on that day at which he or she ceases such principal activity or activities.

22.  The petitioner agrees to retain evidence of such notification and make it available for inspection by DHS officers for a one-year period.    [x] Yes   [ ] No

23.  **For H-2A petitioners only:**  The petitioner agrees to pay $10 in liquidated damages for each instance where it cannot demonstrate it is in compliance with the notification requirement.    [x] Yes   [ ] No

The petitioner must execute **Part A.**  If the petitioner is the employer's agent, the employer must execute **Part B.**  If there are joint employers, they must each execute **Part C.**

### Part A.  Petitioner

By filing this petition, I agree to the conditions of H-2A/H-2B employment, agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS, and agree to the notification requirements.  For H-2A petitioners: I also agree to the liquidated damages requirements defined in 8 CFR 214.2(h)(5)(vi)(B)(3).

| Signature of Petitioner | Name of Petitioner | Date (mm/dd/yyyy) |
|---|---|---|
| ➡ | Ricky Gonsoulin | |

### Part B.  Employer who is not the petitioner

I certify that I have authorized the party filing this petition to act as my agent in this regard.  I assume full responsibility for all representations made by this agent on my behalf and agree to the conditions of H-2A/H-2B eligibility.  I agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

| Signature of Employer | Name of Employer | Date (mm/dd/yyyy) |
|---|---|---|
| | | |

### Part C.  Joint Employers

24.  **For H-2A petitioners only:**  A separate **Part C.** must be submitted for each Joint Employer.

Legal Name of Individual Joint Employer

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| | | |

Joint Employer Company or Organization Name

Ulysses Gonsoulin, Jr. & Son, Inc.

SCSCGA - 003208

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification  (continued)

**Mailing Address of Joint Employer**

In Care Of Name (if any)

Street Number and Name
4812 Jefferson Island Rd.

Apt. Ste. Flr.  Number
☐ ☐ ☐

City or Town
New Iberia

State
LA

ZIP Code
70560

Province

Postal Code

Country
United States

**Contact Information**

Daytime Telephone Number
337-364-4615

Mobile Telephone Number
337-884-3707

Email Address (if any)
dkgonsoulin@cox.net

### Taxpayer Identification Numbers

25.  Provide the following information, as applicable.

Employer Identification Number (EIN)
► 72-0764410

Individual Taxpayer Identification Number (ITIN)
►

U.S. Social Security Number (SSN)
►

### Other Information

26.  Type of Business Activity(ies)
Sugarcane Farm

Year Established
1915

Current Number of Employees in the United States
8

Gross Annual Income
6,000,000

Net Annual Income
1,800,000

### Joint Employer's Certification

I agree to the conditions of H-2A eligibility employment, and agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

27.  Family Name (Last Name) of Authorized Signatory
Gonsoulin

Given Name (First Name) of Authorized Signatory
Kevon

Title of Authorized Signatory
Owner

28.  Signature of Authorized Signatory
Kevon Gonsoulin

Date of Signature (mm/dd/yyyy)
7/10/2025

SCSCGA - 003209

---

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification (continued)

21. The petitioner agrees to notify DHS beginning on a date and in a manner specified in a notice published in the Federal Register within 2 workdays if: an H-2A/H-2B worker does not report for work within 5 workdays after the employment start date stated on the petition or, applicable to H-2A petitioners only, within 5 workdays of the start date established by the petitioner, whichever is later; the agricultural labor or services for which H-2A/H-2B workers were hired is completed more than 30 days early; or the H-2A/H-2B worker does not report for work for a period of 5 consecutive workdays without the consent of the employer or is terminated prior to the completion of agricultural labor or services for which he or she was hired.   ☒ Yes   ☐ No

    See www.uscis.gov/h-2a and www.uscis.gov/h-2b, respectively, for the appropriate manner of notifying DHS as specified in a notice published in the Federal Register.

    NOTE:  The above notification is a petitioner obligation and does not represent an indication of wrongdoing on the part of the worker.  Further, USCIS **does not** consider the information provided in a petitioner notification, alone, to be conclusive evidence regarding the worker's current status.  "Workday" means the period between the time on any particular day when such employee commences his or her principal activity and the time on that day at which he or she ceases such principal activity or activities.

22. The petitioner agrees to retain evidence of such notification and make it available for inspection by DHS officers for a one-year period.   ☒ Yes   ☐ No

23. **For H-2A petitioners only:**  The petitioner agrees to pay $10 in liquidated damages for each instance where it cannot demonstrate it is in compliance with the notification requirement.   ☒ Yes   ☐ No

The petitioner must execute **Part A.** If the petitioner is the employer's agent, the employer must execute **Part B.** If there are joint employers, they must each execute **Part C.**

### Part A.  Petitioner

By filing this petition, I agree to the conditions of H-2A/H-2B employment, agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS, and agree to the notification requirements.  For H-2A petitioners: I also agree to the liquidated damages requirements defined in 8 CFR 214.2(h)(5)(vi)(B)(3).

| Signature of Petitioner | Name of Petitioner | Date (mm/dd/yyyy) |
|---|---|---|
| ➡ | Ricky Gonsoulin | |

### Part B.  Employer who is not the petitioner

I certify that I have authorized the party filing this petition to act as my agent in this regard.  I assume full responsibility for all representations made by this agent on my behalf and agree to the conditions of H-2A/H-2B eligibility.  I agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

| Signature of Employer | Name of Employer | Date (mm/dd/yyyy) |
|---|---|---|
| | | |

### Part C.  Joint Employers

24. **For H-2A petitioners only:**  A separate **Part C.** must be submitted for each Joint Employer.

    Legal Name of Individual Joint Employer

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| | | |

    Joint Employer Company or Organization Name

    McDonald FARms, LLC

---

Form I-129  Edition  01/20/25

SCSCGA - 003240

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification  (continued)

### Mailing Address of Joint Employer

In Care Of Name (if any)

Street Number and Name

8214 Jefferson Island Road

Apt. Ste. Flr. ☐ ☐ ☐   Number

City or Town

New Iberia

State LA   ZIP Code 70560

Province

Postal Code

Country

United States

### Contact Information

Daytime Telephone Number

337 - 339 - 3594

Mobile Telephone Number

Email Address (if any)

### Taxpayer Identification Numbers

25.  Provide the following information, as applicable.

Employer Identification Number (EIN)

► 72 -1510382

Individual Taxpayer Identification Number (ITIN)

►

U.S. Social Security Number (SSN)

►

### Other Information

26.  Type of Business Activity(ies)

Sugarcane Farm

Year Established

1988

Current Number of Employees in the United States

1

Gross Annual Income

950,000

Net Annual Income

500,000

### Joint Employer's Certification

I agree to the conditions of H-2A eligibility employment, and agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

27.  Family Name (Last Name) of Authorized Signatory

McDonald

Given Name (First Name) of Authorized Signatory

Michael

Title of Authorized Signatory

Partner

28.  Signature of Authorized Signatory

Michael McDonald

Date of Signature (mm/dd/yyyy)

7-30-2025

SCSCGA - 003211

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification  (continued)

21.    The petitioner agrees to notify DHS beginning on a date and in a manner specified in a notice published in     ☒ Yes     ☐ No
the Federal Register within 2 workdays if: an H-2A/H-2B worker does not report for work within 5
workdays after the employment start date stated on the petition or, applicable to H-2A petitioners only,
within 5 workdays of the start date established by the petitioner, whichever is later; the agricultural labor or
services for which H-2A/H-2B workers were hired is completed more than 30 days early; or the H-2A/
H-2B worker does not report for work for a period of 5 consecutive workdays without the consent of the
employer or is terminated prior to the completion of agricultural labor or services for which he or she was
hired.

See www.uscis.gov/h-2a and www.uscis.gov/h-2b, respectively, for the appropriate manner of notifying DHS as specified in a
notice published in the Federal Register.

NOTE:  The above notification is a petitioner obligation and does not represent an indication of wrongdoing on the part of the
worker.  Further, USCIS **does not** consider the information provided in a petitioner notification, alone, to be conclusive
evidence regarding the worker's current status. "Workday" means the period between the time on any particular day when such
employee commences his or her principal activity and the time on that day at which he or she ceases such principal activity or
activities.

22.    The petitioner agrees to retain evidence of such notification and make it available for inspection by DHS     ☒ Yes     ☐ No
officers for a one-year period.

23.    **For H-2A petitioners only:**  The petitioner agrees to pay $10 in liquidated damages for each instance     ☒ Yes     ☐ No
where it cannot demonstrate it is in compliance with the notification requirement.

The petitioner must execute **Part A.**  If the petitioner is the employer's agent, the employer must execute **Part B.**  If there are joint
employers, they must each execute **Part C.**

### Part A.  Petitioner

By filing this petition, I agree to the conditions of H-2A/H-2B employment, agree to fully cooperate with any compliance review,
evaluation, verification, or inspection conducted by USCIS, and agree to the notification requirements.  For H-2A petitioners: I also
agree to the liquidated damages requirements defined in 8 CFR 214.2(h)(5)(vi)(B)(3).

| Signature of Petitioner | Name of Petitioner | Date (mm/dd/yyyy) |
|---|---|---|
| ➡ | Ricky Gonsoulin | |

### Part B.  Employer who is not the petitioner

I certify that I have authorized the party filing this petition to act as my agent in this regard.  I assume full responsibility for all
representations made by this agent on my behalf and agree to the conditions of H-2A/H-2B eligibility.  I agree to fully cooperate with
any compliance review, evaluation, verification, or inspection conducted by USCIS.

| Signature of Employer | Name of Employer | Date (mm/dd/yyyy) |
|---|---|---|
| | | |

### Part C.  Joint Employers

24.    **For H-2A petitioners only:**  A separate **Part C.** must be submitted for each Joint Employer.

Legal Name of Individual Joint Employer

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| | | |

Joint Employer Company or Organization Name

PAtrick Judice FARMS, Inc.

---

Form I-129   Edition  01/20/25     ▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮

**Section 2.  Complete This Section If Filing for H-2A or H-2B Classification** (continued)

**Mailing Address of Joint Employer**

In Care Of Name (if any)

Street Number and Name  
2019 DAVID DUBOIN Rd.

Apt. Ste. Flr.  Number  
☐ ☐ ☐

City or Town  
New Iberia

State  
LA

ZIP Code  
70560

Province

Postal Code

Country  
United States

**Contact Information**

Daytime Telephone Number

Mobile Telephone Number  
337-277-9792

Email Address (if any)  
patjudice 4020 @gmail.com

### Taxpayer Identification Numbers

25. Provide the following information, as applicable.

Employer Identification Number (EIN)  
▶

Individual Taxpayer Identification Number (ITIN)  
▶ 3 5 2 1 8 4 4 1 2

U.S. Social Security Number (SSN)  
▶

### Other Information

26. Type of Business Activity(ies)  
Farm

Year Established  
2002

Current Number of Employees in the United States  
1

Gross Annual Income  
450,366

Net Annual Income  
46,580

### Joint Employer's Certification

I agree to the conditions of H-2A eligibility employment, and agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

27. Family Name (Last Name) of Authorized Signatory  
Judice

Given Name (First Name) of Authorized Signatory  
Patrick

Title of Authorized Signatory  
President

28. Signature of Authorized Signatory  
P~ J. Judu

Date of Signature (mm/dd/yyyy)  
7-30-25

SCSCGA - 003213

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification  (continued)

21.  The petitioner agrees to notify DHS beginning on a date and in a manner specified in a notice published in the Federal Register within 2 workdays if: an H-2A/H-2B worker does not report for work within 5 workdays after the employment start date stated on the petition or, applicable to H-2A petitioners only, within 5 workdays of the start date established by the petitioner, whichever is later; the agricultural labor or services for which H-2A/H-2B workers were hired is completed more than 30 days early; or the H-2A/ H-2B worker does not report for work for a period of 5 consecutive workdays without the consent of the employer or is terminated prior to the completion of agricultural labor or services for which he or she was hired.   ☒ Yes   ☐ No

See www.uscis.gov/h-2n and www.uscis.gov/h-2b, respectively, for the appropriate manner of notifying DHS as specified in a notice published in the Federal Register.

NOTE: The above notification is a petitioner obligation and does not represent an indication of wrongdoing on the part of the worker.  Further, USCIS does not consider the information provided in a petitioner notification, alone, to be conclusive evidence regarding the worker's current status.  "Workday" means the period between the time on any particular day when such employee commences his or her principal activity and the time on that day at which he or she ceases such principal activity or activities.

22.  The petitioner agrees to retain evidence of such notification and make it available for inspection by DHS officers for a one-year period.   ☒ Yes   ☐ No

23.  For H-2A petitioners only:  The petitioner agrees to pay $10 in liquidated damages for each instance where it cannot demonstrate it is in compliance with the notification requirement.   ☒ Yes   ☐ No

The petitioner must execute Part A. If the petitioner is the employer's agent, the employer must execute Part B. If there are joint employers, they must each execute Part C.

### Part A.  Petitioner

By filing this petition, I agree to the conditions of H-2A/H-2B employment, agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS, and agree to the notification requirements. For H-2A petitioners: I also agree to the liquidated damages requirements defined in 8 CFR 214.2(h)(5)(vi)(B)(3).

| Signature of Petitioner | Name of Petitioner | Date (mm/dd/yyyy) |
|---|---|---|
| ➡ | Ricky Gonsoulin | |

### Part B.  Employer who is not the petitioner

I certify that I have authorized the party filing this petition to act as my agent in this regard. I assume full responsibility for all representations made by this agent on my behalf and agree to the conditions of H-2A/H-2B eligibility. I agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

| Signature of Employer | Name of Employer | Date (mm/dd/yyyy) |
|---|---|---|
| | | |

### Part C.  Joint Employers

24.  For H-2A petitioners only:  A separate Part C. must be submitted for each Joint Employer.

Legal Name of Individual Joint Employer

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| TAUZIN | BLAINE | PAUL |

Joint Employer Company or Organization Name

BLAINE TAUZIN FARMS LLC

SCSCGA - 003214

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification  (continued)

**Mailing Address of Joint Employer**

In Care Of Name (if any)

BLAINE TAUZIN FARMS LLC

| Street Number and Name | Apt. Ste. Flr.  Number |
|---|---|
| 2706 DASPIT ROAD | ☐ ☐ ☐ |

| City or Town | State | ZIP Code |
|---|---|---|
| NEW IBERIA | LA | 70563 |

| Province | Postal Code | Country |
|---|---|---|
| | | United States |

**Contact Information**

| Daytime Telephone Number | Mobile Telephone Number | Email Address (if any) |
|---|---|---|
| 337-577-7984 | 337-577-7984 | BTAUZIN70@GMAIL.COM |

### Taxpayer Identification Numbers

25.  Provide the following information, as applicable.

Employer Identification Number (EIN)

► 72-1421854

Individual Taxpayer Identification Number (ITIN)

►

U.S. Social Security Number (SSN)

►

### Other Information

| 26. | Type of Business Activity(ies) | Year Established |
|---|---|---|
| | SUGAR CANE FARM | 1974 |

| Current Number of Employees in the United States | Gross Annual Income | Net Annual Income |
|---|---|---|
| ONE | 80,000 | 60,000 |

### Joint Employer's Certification

I agree to the conditions of H-2A eligibility employment, and agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

| 27. | Family Name (Last Name) of Authorized Signatory | Given Name (First Name) of Authorized Signatory |
|---|---|---|
| | TAUZIN | BLAINE |

Title of Authorized Signatory

OWNER

28. Signature of Authorized Signatory

*[signature]*

Date of Signature (mm/dd/yyyy)

8/2/25

SCSCGA - 003215

> **Section 2. Complete This Section If Filing for H-2A or H-2B Classification** (continued)

21. The petitioner agrees to notify DHS beginning on a date and in a manner specified in a notice published in the Federal Register within 2 workdays if: an H-2A/H-2B worker does not report for work within 5 workdays after the employment start date stated on the petition or, applicable to H-2A petitioners only, within 5 workdays of the start date established by the petitioner, whichever is later; the agricultural labor or services for which H-2A/H-2B workers were hired is completed more than 30 days early; or the H-2A/ H-2B worker does not report for work for a period of 5 consecutive workdays without the consent of the employer or is terminated prior to the completion of agricultural labor or services for which he or she was hired.    [x] Yes    [ ] No

    See **www.uscis.gov/h-2a** and **www.uscis.gov/h-2b**, respectively, for the appropriate manner of notifying DHS as specified in a notice published in the Federal Register.

    **NOTE:** The above notification is a petitioner obligation and does not represent an indication of wrongdoing on the part of the worker. Further, USCIS **does not** consider the information provided in a petitioner notification, alone, to be conclusive evidence regarding the worker's current status. "Workday" means the period between the time on any particular day when such employee commences his or her principal activity and the time on that day at which he or she ceases such principal activity or activities.

22. The petitioner agrees to retain evidence of such notification and make it available for inspection by DHS officers for a one-year period.    [x] Yes    [ ] No

23. **For H-2A petitioners only:** The petitioner agrees to pay $10 in liquidated damages for each instance where it cannot demonstrate it is in compliance with the notification requirement.    [x] Yes    [ ] No

The petitioner must execute **Part A.** If the petitioner is the employer's agent, the employer must execute **Part B.** If there are joint employers, they must each execute **Part C.**

## Part A. Petitioner

By filing this petition, I agree to the conditions of H-2A/H-2B employment, agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS, and agree to the notification requirements. For H-2A petitioners: I also agree to the liquidated damages requirements defined in 8 CFR 214.2(h)(5)(vi)(B)(3).

| **Signature of Petitioner** | **Name of Petitioner** | **Date** (mm/dd/yyyy) |
|---|---|---|
| ➡ | Ricky Gonsoulin | |

## Part B. Employer who is not the petitioner

I certify that I have authorized the party filing this petition to act as my agent in this regard. I assume full responsibility for all representations made by this agent on my behalf and agree to the conditions of H-2A/H-2B eligibility. I agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

| **Signature of Employer** | **Name of Employer** | **Date** (mm/dd/yyyy) |
|---|---|---|
| | | |

## Part C. Joint Employers

24. **For H-2A petitioners only:** A separate **Part C.** must be submitted for each Joint Employer.

    Legal Name of Individual Joint Employer

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| | | |

    Joint Employer Company or Organization Name
    *MMA FARMS, LLC*

---

Form I-129   Edition  01/20/25

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification  (continued)

**Mailing Address of Joint Employer**

In Care Of Name (if any)

Street Number and Name

4304 Daspit Road

Apt. Ste. Flr. Number
☐ ☐ ☐

City or Town

New Iberia

State  LA

ZIP Code  70563

Province

Postal Code

Country  United States

**Contact Information**

Daytime Telephone Number

Mobile Telephone Number  337-519 3735

Email Address (if any)  hmcfarms2020@gmail.com

### Taxpayer Identification Numbers

25.  Provide the following information, as applicable.

Employer Identification Number (EIN)  ► 47-236 2250

Individual Taxpayer Identification Number (ITIN)  ►

U.S. Social Security Number (SSN)  ►

### Other Information

26.  Type of Business Activity(ies)  Sugarcane Farm

Year Established  2014

Current Number of Employees in the United States  1

Gross Annual Income  467,306

Net Annual Income  179,784

### Joint Employer's Certification

I agree to the conditions of H-2A eligibility employment, and agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

27.  Family Name (Last Name) of Authorized Signatory  Andre

Given Name (First Name) of Authorized Signatory  Michael

Title of Authorized Signatory  Owner

28.  Signature of Authorized Signatory

Date of Signature (mm/dd/yyyy)  7/30/2006

SCSCGA - 003217

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification  (continued)

21. The petitioner agrees to notify DHS beginning on a date and in a manner specified in a notice published in the Federal Register within 2 workdays if: an H-2A/H-2B worker does not report for work within 5 workdays after the employment start date stated on the petition or, applicable to H-2A petitioners only, within 5 workdays of the start date established by the petitioner, whichever is later; the agricultural labor or services for which H-2A/H-2B workers were hired is completed more than 30 days early; or the H-2A/H-2B worker does not report for work for a period of 5 consecutive workdays without the consent of the employer or is terminated prior to the completion of agricultural labor or services for which he or she was hired.  ☒ Yes  ☐ No

See www.uscis.gov/h-2a and www.uscis.gov/h-2b, respectively, for the appropriate manner of notifying DHS as specified in a notice published in the Federal Register.

NOTE:  The above notification is a petitioner obligation and does not represent an indication of wrongdoing on the part of the worker.  Further, USCIS **does not** consider the information provided in a petitioner notification, alone, to be conclusive evidence regarding the worker's current status.  "Workday" means the period between the time on any particular day when such employee commences his or her principal activity and the time on that day at which he or she ceases such principal activity or activities.

22. The petitioner agrees to retain evidence of such notification and make it available for inspection by DHS officers for a one-year period.  ☒ Yes  ☐ No

23. **For H-2A petitioners only:**  The petitioner agrees to pay $10 in liquidated damages for each instance where it cannot demonstrate it is in compliance with the notification requirement.  ☒ Yes  ☐ No

The petitioner must execute **Part A.**  If the petitioner is the employer's agent, the employer must execute **Part B.**  If there are joint employers, they must each execute **Part C.**

### Part A.  Petitioner

By filing this petition, I agree to the conditions of H-2A/H-2B employment, agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS, and agree to the notification requirements.  For H-2A petitioners: I also agree to the liquidated damages requirements defined in 8 CFR 214.2(h)(5)(vi)(B)(3).

| Signature of Petitioner | Name of Petitioner | Date (mm/dd/yyyy) |
|---|---|---|
| ➡ | Ricky Gonsoulin | |

### Part B.  Employer who is not the petitioner

I certify that I have authorized the party filing this petition to act as my agent in this regard.  I assume full responsibility for all representations made by this agent on my behalf and agree to the conditions of H-2A/H-2B eligibility.  I agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

| Signature of Employer | Name of Employer | Date (mm/dd/yyyy) |
|---|---|---|
| | | |

### Part C.  Joint Employers

24. **For H-2A petitioners only:**  A separate **Part C.** must be submitted for each Joint Employer.

Legal Name of Individual Joint Employer

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| Corley | Albert | Scott |

Joint Employer Company or Organization Name
Scott Corley Farms

---

Form I-129   Edition  01/20/25

SCSCGA - 003218

Page 38 of 38

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification  (continued)

**Mailing Address of Joint Employer**

In Care Of Name (if any)

Street Number and Name.                                          Apt. Ste. Flr.  Number
2008   Water   St.                                              ☐ ☐ ☐

City or Town                                                    State        ZIP Code
Le Compte                                                       LA           71346

Province                     Postal Code                Country
                                                        United States

**Contact Information**

Daytime Telephone Number     Mobile Telephone Number     Email Address (if any)
                             318-613-1187                scottcorleyfarms@gmail.com

### Taxpayer Identification Numbers

25.  Provide the following information, as applicable.

Employer Identification Number (EIN)          Individual Taxpayer Identification Number (ITIN)
▶                                             ▶

U.S. Social Security Number (SSN)
▶ 436 78 342

### Other Information

26.  Type of Business Activity(ies)                                       Year Established
Sugarcane   Farming                                                       2011

Current Number of Employees in the United States   Gross Annual Income   Net Annual Income
3                                                  1,000,000             150,000

### Joint Employer's Certification

I agree to the conditions of H-2A eligibility employment, and agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

27.  Family Name (Last Name) of Authorized Signatory          Given Name (First Name) of Authorized Signatory
Corley                                                         Albert
Title of Authorized Signatory
Owner

28.  Signature of Authorized Signatory                         Date of Signature (mm/dd/yyyy)
                                                               7/30/2025

SCSCGA - 003219

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification (continued)

21.  The petitioner agrees to notify DHS beginning on a date and in a manner specified in a notice published in the Federal Register within 2 workdays if: an H-2A/H-2B worker does not report for work within 5 workdays after the employment start date stated on the petition or, applicable to H-2A petitioners only, within 5 workdays of the start date established by the petitioner, whichever is later; the agricultural labor or services for which H-2A/H-2B workers were hired is completed more than 30 days early; or the H-2A/H-2B worker does not report for work for a period of 5 consecutive workdays without the consent of the employer or is terminated prior to the completion of agricultural labor or services for which he or she was hired.  **[x] Yes  [ ] No**

See www.uscis.gov/h-2a and www.uscis.gov/h-2b, respectively, for the appropriate manner of notifying DHS as specified in a notice published in the Federal Register.

**NOTE:** The above notification is a petitioner obligation and does not represent an indication of wrongdoing on the part of the worker.  Further, USCIS **does not** consider the information provided in a petitioner notification, alone, to be conclusive evidence regarding the worker's current status.  "Workday" means the period between the time on any particular day when such employee commences his or her principal activity and the time on that day at which he or she ceases such principal activity or activities.

22.  The petitioner agrees to retain evidence of such notification and make it available for inspection by DHS officers for a one-year period.  **[x] Yes  [ ] No**

23.  **For H-2A petitioners only:**  The petitioner agrees to pay $10 in liquidated damages for each instance where it cannot demonstrate it is in compliance with the notification requirement.  **[x] Yes  [ ] No**

The petitioner must execute **Part A.**  If the petitioner is the employer's agent, the employer must execute **Part B.**  If there are joint employers, they must each execute **Part C.**

### Part A.  Petitioner

By filing this petition, I agree to the conditions of H-2A/H-2B employment, agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS, and agree to the notification requirements.  For H-2A petitioners: I also agree to the liquidated damages requirements defined in 8 CFR 214.2(h)(5)(vi)(B)(3).

| Signature of Petitioner | Name of Petitioner | Date (mm/dd/yyyy) |
|---|---|---|
| ➡ | Ricky Gonsoulin | |

### Part B.  Employer who is not the petitioner

I certify that I have authorized the party filing this petition to act as my agent in this regard.  I assume full responsibility for all representations made by this agent on my behalf and agree to the conditions of H-2A/H-2B eligibility.  I agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

| Signature of Employer | Name of Employer | Date (mm/dd/yyyy) |
|---|---|---|
| | | |

### Part C.  Joint Employers

24.  **For H-2A petitioners only:**  A separate **Part C.** must be submitted for each Joint Employer.

Legal Name of Individual Joint Employer

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| | | |

Joint Employer Company or Organization Name
LEJEUNE BRothers, LLC

Form I-129  Edition  01/20/25

SCSCGA - 003220

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification  (continued)

**Mailing Address of Joint Employer**

In Care Of Name (if any)

Street Number and Name

1409  Hubertville  Road

Apt. Ste. Flr.  Number

☐ ☐ ☐

City or Town

Jeanerette

State

LA

ZIP Code

70544

Province

Postal Code

Country

United States

**Contact Information**

Daytime Telephone Number

337-276-4474

Mobile Telephone Number

337-207-5636

Email Address (if any)

bjledl@bellsouth.net

### Taxpayer Identification Numbers

25.  Provide the following information, as applicable.

Employer Identification Number (EIN)

▶ 72 - 1369794

Individual Taxpayer Identification Number (ITIN)

▶

U.S. Social Security Number (SSN)

▶

### Other Information

26.  Type of Business Activity(ies)

Sugarcane  Farming

Year Established

1998

Current Number of Employees in the United States

15

Gross Annual Income.

6,500,000

Net Annual Income

3,200,000

### Joint Employer's Certification

I agree to the conditions of H-2A eligibility employment, and agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

27.  Family Name (Last Name) of Authorized Signatory

LeJeune III

Given Name (First Name) of Authorized Signatory

Berwick

Title of Authorized Signatory

Owner

28.  Signature of Authorized Signatory

Berwick LeJeune III

Date of Signature (mm/dd/yyyy)

07/29/2025

SCSCGA - 003221

## Section 2. Complete This Section If Filing for H-2A or H-2B Classification  (continued)

21. The petitioner agrees to notify DHS beginning on a date and in a manner specified in a notice published in the Federal Register within 2 workdays if: an H-2A/H-2B worker does not report for work within 5 workdays after the employment start date stated on the petition or, applicable to H-2A petitioners only, within 5 workdays of the start date established by the petitioner, whichever is later; the agricultural labor or services for which H-2A/H-2B workers were hired is completed more than 30 days early; or the H-2A/H-2B worker does not report for work for a period of 5 consecutive workdays without the consent of the employer or is terminated prior to the completion of agricultural labor or services for which he or she was hired.   [x] Yes   [ ] No

See **www.uscis.gov/h-2a** and **www.uscis.gov/h-2b**, respectively, for the appropriate manner of notifying DHS as specified in a notice published in the Federal Register.

**NOTE:** The above notification is a petitioner obligation and does not represent an indication of wrongdoing on the part of the worker.  Further, USCIS **does not** consider the information provided in a petitioner notification, alone, to be conclusive evidence regarding the worker's current status. "Workday" means the period between the time on any particular day when such employee commences his or her principal activity and the time on that day at which he or she ceases such principal activity or activities.

22. The petitioner agrees to retain evidence of such notification and make it available for inspection by DHS officers for a one-year period.   [x] Yes   [ ] No

23. **For H-2A petitioners only:**  The petitioner agrees to pay $10 in liquidated damages for each instance where it cannot demonstrate it is in compliance with the notification requirement.   [x] Yes   [ ] No

The petitioner must execute **Part A.** If the petitioner is the employer's agent, the employer must execute **Part B.** If there are joint employers, they must each execute **Part C.**

### Part A.  Petitioner

By filing this petition, I agree to the conditions of H-2A/H-2B employment, agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS, and agree to the notification requirements.  For H-2A petitioners: I also agree to the liquidated damages requirements defined in 8 CFR 214.2(h)(5)(vi)(B)(3).

| **Signature of Petitioner** | **Name of Petitioner** | **Date** (mm/dd/yyyy) |
|---|---|---|
| ➡ | Ricky Gonsoulin | |

### Part B.  Employer who is not the petitioner

I certify that I have authorized the party filing this petition to act as my agent in this regard.  I assume full responsibility for all representations made by this agent on my behalf and agree to the conditions of H-2A/H-2B eligibility.  I agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

| **Signature of Employer** | **Name of Employer** | **Date** (mm/dd/yyyy) |
|---|---|---|
| | | |

### Part C.  Joint Employers

24. **For H-2A petitioners only:**  A separate **Part C.** must be submitted for each Joint Employer.

Legal Name of Individual Joint Employer

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| | | |

Joint Employer Company or Organization Name
HMC FARMS, LLC

SCSCGA - 003222

## Section 2. Complete This Section If Filing for H-2A or H-2B Classification (continued)

**Mailing Address of Joint Employer**

In Care Of Name (if any)

Street Number and Name

4304 Daspit Road

Apt. Ste. Flr.  Number

City or Town

New Iberia

State
LA

ZIP Code
70563

Province

Postal Code

Country
United States

**Contact Information**

Daytime Telephone Number

Mobile Telephone Number
337  207-0505

Email Address (if any)
hmcfarms2020@gmail.com

### Taxpayer Identification Numbers

25. Provide the following information, as applicable.

Employer Identification Number (EIN)
► 72-1408527

Individual Taxpayer Identification Number (ITIN)
►

U.S. Social Security Number (SSN)
►

### Other Information

26. Type of Business Activity(ies)
Sugarcane Farm

Year Established
1998

Current Number of Employees in the United States
8

Gross Annual Income
8,689,643

Net Annual Income
229,234

### Joint Employer's Certification

I agree to the conditions of H-2A eligibility employment, and agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

27. Family Name (Last Name) of Authorized Signatory
Andre

Given Name (First Name) of Authorized Signatory
Hugh

Title of Authorized Signatory
owner

28. Signature of Authorized Signatory

Date of Signature (mm/dd/yyyy)
7/30/2025

SCSCGA - 003223

## Section 2. Complete This Section If Filing for H-2A or H-2B Classification (continued)

21. The petitioner agrees to notify DHS beginning on a date and in a manner specified in a notice published in the Federal Register within 2 workdays if: an H-2A/H-2B worker does not report for work within 5 workdays after the employment start date stated on the petition or, applicable to H-2A petitioners only, within 5 workdays of the start date established by the petitioner, whichever is later; the agricultural labor or services for which H-2A/H-2B workers were hired is completed more than 30 days early; or the H-2A/H-2B worker does not report for work for a period of 5 consecutive workdays without the consent of the employer or is terminated prior to the completion of agricultural labor or services for which he or she was hired.    ☒ Yes  ☐ No

    See **www.uscis.gov/h-2a** and **www.uscis.gov/h-2b**, respectively, for the appropriate manner of notifying DHS as specified in a notice published in the Federal Register.

    **NOTE:** The above notification is a petitioner obligation and does not represent an indication of wrongdoing on the part of the worker. Further, USCIS **does not** consider the information provided in a petitioner notification, alone, to be conclusive evidence regarding the worker's current status. "Workday" means the period between the time on any particular day when such employee commences his or her principal activity and the time on that day at which he or she ceases such principal activity or activities.

22. The petitioner agrees to retain evidence of such notification and make it available for inspection by DHS officers for a one-year period.    ☒ Yes  ☐ No

23. **For H-2A petitioners only:** The petitioner agrees to pay $10 in liquidated damages for each instance where it cannot demonstrate it is in compliance with the notification requirement.    ☒ Yes  ☐ No

The petitioner must execute **Part A.** If the petitioner is the employer's agent, the employer must execute **Part B.** If there are joint employers, they must each execute **Part C.**

### Part A. Petitioner

By filing this petition, I agree to the conditions of H-2A/H-2B employment, agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS, and agree to the notification requirements. For H-2A petitioners: I also agree to the liquidated damages requirements defined in 8 CFR 214.2(h)(5)(vi)(B)(3).

| Signature of Petitioner | Name of Petitioner | Date (mm/dd/yyyy) |
|---|---|---|
| ➡ | Ricky Gonsoulin | |

### Part B. Employer who is not the petitioner

I certify that I have authorized the party filing this petition to act as my agent in this regard. I assume full responsibility for all representations made by this agent on my behalf and agree to the conditions of H-2A/H-2B eligibility. I agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

| Signature of Employer | Name of Employer | Date (mm/dd/yyyy) |
|---|---|---|
| | | |

### Part C. Joint Employers

24. **For H-2A petitioners only:** A separate **Part C.** must be submitted for each Joint Employer.

    Legal Name of Individual Joint Employer

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| | | |

    Joint Employer Company or Organization Name
    *Acadiana Agriculture, LLC*

SCSCGA - 003224

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification  (continued)

**Mailing Address of Joint Employer**

In Care Of Name (if any)

Street Number and Name

2417 Canal Street

Apt. Ste. Flr.  Number ☐ ☐ ☐

City or Town

Jeanerette

State LA    ZIP Code 70544

Province

Postal Code

Country

United States

**Contact Information**

Daytime Telephone Number

337-519-3398

Mobile Telephone Number

Email Address (if any)

Chrispatout@yahoo.com

### Taxpayer Identification Numbers

25.  Provide the following information, as applicable.

Employer Identification Number (EIN)

► 45-5010434

Individual Taxpayer Identification Number (ITIN)

►

U.S. Social Security Number (SSN)

►

### Other Information

26.  Type of Business Activity(ies)

Sugarcane Farming

Year Established

2012

Current Number of Employees in the United States

5

Gross Annual Income

505,149

Net Annual Income

80,000

### Joint Employer's Certification

I agree to the conditions of H-2A eligibility employment, and agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

27.  Family Name (Last Name) of Authorized Signatory

Patout

Given Name (First Name) of Authorized Signatory

Christopher

Title of Authorized Signatory

President

28.  Signature of Authorized Signatory

Date of Signature (mm/dd/yyyy)

07/29/2025

SCSCGA - 003225

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification (continued)

21.  The petitioner agrees to notify DHS beginning on a date and in a manner specified in a notice published in the Federal Register within 2 workdays if: an H-2A/H-2B worker does not report for work within 5 workdays after the employment start date stated on the petition or, applicable to H-2A petitioners only, within 5 workdays of the start date established by the petitioner, whichever is later; the agricultural labor or services for which H-2A/H-2B workers were hired is completed more than 30 days early; or the H-2A/H-2B worker does not report for work for a period of 5 consecutive workdays without the consent of the employer or is terminated prior to the completion of agricultural labor or services for which he or she was hired.    ☒ Yes   ☐ No

See www.uscis.gov/h-2a and www.uscis.gov/h-2b, respectively, for the appropriate manner of notifying DHS as specified in a notice published in the Federal Register.

NOTE:  The above notification is a petitioner obligation and does not represent an indication of wrongdoing on the part of the worker.  Further, USCIS **does not** consider the information provided in a petitioner notification, alone, to be conclusive evidence regarding the worker's current status.  "Workday" means the period between the time on any particular day when such employee commences his or her principal activity and the time on that day at which he or she ceases such principal activity or activities.

22.  The petitioner agrees to retain evidence of such notification and make it available for inspection by DHS officers for a one-year period.    ☒ Yes   ☐ No

23.  **For H-2A petitioners only:**  The petitioner agrees to pay $10 in liquidated damages for each instance where it cannot demonstrate it is in compliance with the notification requirement.    ☒ Yes   ☐ No

The petitioner must execute **Part A.**  If the petitioner is the employer's agent, the employer must execute **Part B.**  If there are joint employers, they must each execute **Part C.**

### Part A.  Petitioner

By filing this petition, I agree to the conditions of H-2A/H-2B employment, agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS, and agree to the notification requirements.  For H-2A petitioners: I also agree to the liquidated damages requirements defined in 8 CFR 214.2(h)(5)(vi)(B)(3).

| Signature of Petitioner | Name of Petitioner | Date (mm/dd/yyyy) |
|---|---|---|
| ➡ | Ricky Gonsoulin | |

### Part B.  Employer who is not the petitioner

I certify that I have authorized the party filing this petition to act as my agent in this regard.  I assume full responsibility for all representations made by this agent on my behalf and agree to the conditions of H-2A/H-2B eligibility.  I agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

| Signature of Employer | Name of Employer | Date (mm/dd/yyyy) |
|---|---|---|
| | | |

### Part C.  Joint Employers

24.  **For H-2A petitioners only:**  A separate **Part C.** must be submitted for each Joint Employer.

Legal Name of Individual Joint Employer

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| | | |

Joint Employer Company or Organization Name

Patout Brothers Little Valley Plantation, LLC

SCSCGA - 003226

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification  (continued)

**Mailing Address of Joint Employer**

In Care Of Name (if any)

Clint Freyou

Street Number and Name

4619  Little  Valley  Plantation  Rd.

Apt. Ste. Flr.  Number  ☐ ☐ ☐

City or Town.

Jeanerette

State  LA

ZIP Code  70544

Province

Postal Code

Country

United States

**Contact Information**

Daytime Telephone Number

337-276-9848

Mobile Telephone Number

337-380-3242

Email Address (if any)

cajunsugarman 1958 @ yahoo.com

### Taxpayer Identification Numbers

25.  Provide the following information, as applicable.

Employer Identification Number (EIN)

► 80 - 0139205

Individual Taxpayer Identification Number (ITIN)

►

U.S. Social Security Number (SSN)

►

### Other Information

26.  Type of Business Activity(ies)

Sugarcane  Farm

Year Established

1970

Current Number of Employees in the United States

5

Gross Annual Income

713,000

Net Annual Income

87,684.16

### Joint Employer's Certification

I agree to the conditions of H-2A eligibility employment, and agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

27.  Family Name (Last Name) of Authorized Signatory

Freyou

Given Name (First Name) of Authorized Signatory

Clint

Title of Authorized Signatory

Farm  Manager

28.  Signature of Authorized Signatory

Clint Freyou

Date of Signature (mm/dd/yyyy)

7/30/2026

SCSCGA - 003227

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification  (continued)

21. The petitioner agrees to notify DHS beginning on a date and in a manner specified in a notice published in the Federal Register within 2 workdays if: an H-2A/H-2B worker does not report for work within 5 workdays after the employment start date stated on the petition or, applicable to H-2A petitioners only, within 5 workdays of the start date established by the petitioner, whichever is later; the agricultural labor or services for which H-2A/H-2B workers were hired is completed more than 30 days early; or the H-2A/H-2B worker does not report for work for a period of 5 consecutive workdays without the consent of the employer or is terminated prior to the completion of agricultural labor or services for which he or she was hired.   ☒ Yes  ☐ No

See **www.uscis.gov/h-2a** and **www.uscis.gov/h-2b**, respectively, for the appropriate manner of notifying DHS as specified in a notice published in the Federal Register.

**NOTE:**  The above notification is a petitioner obligation and does not represent an indication of wrongdoing on the part of the worker.  Further, USCIS **does not** consider the information provided in a petitioner notification, alone, to be conclusive evidence regarding the worker's current status.  "Workday" means the period between the time on any particular day when such employee commences his or her principal activity and the time on that day at which he or she ceases such principal activity or activities.

22. The petitioner agrees to retain evidence of such notification and make it available for inspection by DHS officers for a one-year period.   ☒ Yes  ☐ No

23. **For H-2A petitioners only:**  The petitioner agrees to pay $10 in liquidated damages for each instance where it cannot demonstrate it is in compliance with the notification requirement.   ☒ Yes  ☐ No

The petitioner must execute **Part A.**  If the petitioner is the employer's agent, the employer must execute **Part B.**  If there are joint employers, they must each execute **Part C.**

### Part A.  Petitioner

By filing this petition, I agree to the conditions of H-2A/H-2B employment, agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS, and agree to the notification requirements.  For H-2A petitioners: I also agree to the liquidated damages requirements defined in 8 CFR 214.2(h)(5)(vi)(B)(3).

| **Signature of Petitioner** | **Name of Petitioner** | **Date** (mm/dd/yyyy) |
|---|---|---|
| ➡ | Ricky Gonsoulin | |

### Part B.  Employer who is not the petitioner

I certify that I have authorized the party filing this petition to act as my agent in this regard.  I assume full responsibility for all representations made by this agent on my behalf and agree to the conditions of H-2A/H-2B eligibility.  I agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

| **Signature of Employer** | **Name of Employer** | **Date** (mm/dd/yyyy) |
|---|---|---|
| | | |

### Part C.  Joint Employers

24. **For H-2A petitioners only:**  A separate **Part C.** must be submitted for each Joint Employer.

Legal Name of Individual Joint Employer

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| | | |

Joint Employer Company or Organization Name
Magnolia Sugar, LLC

---

Form I-129  Edition  01/20/25

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification  (continued)

Mailing Address of Joint Employer

In Care Of Name (if any)

Street Number and Name

PO Box 314

Apt Ste Flr Number ☐ ☐ ☐

City or Town

Baldwin

State  LA    ZIP Code  70514

Province

Postal Code

Country

United States

Contact Information

Daytime Telephone Number

337-967-1269

Mobile Telephone Number

Email Address (if any)

shelbysegura@yahoo.com

### Taxpayer Identification Numbers

25.  Provide the following information, as applicable.

Employer Identification Number (EIN)

▶ 84-3355492

Individual Taxpayer Identification Number (ITIN)

▶

U.S. Social Security Number (SSN)

▶

### Other Information

26.  Type of Business Activity(ies)

sugarcane farm

Year Established

2020

Current Number of Employees in the United States

0

Gross Annual Income

40,000

Net Annual Income

10,000

### Joint Employer's Certification

I agree to the conditions of H-2A eligibility employment, and agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

27.  Family Name (Last Name) of Authorized Signatory

Duplantis

Given Name (First Name) of Authorized Signatory

Shelby

Title of Authorized Signatory

owner

28.  Signature of Authorized Signatory

Date of Signature (mm/dd/yyyy)

08/02/2025

SCSCGA - 003229

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification (continued)

21. The petitioner agrees to notify DHS beginning on a date and in a manner specified in a notice published in the Federal Register within 2 workdays if: an H-2A/H-2B worker does not report for work within 5 workdays after the employment start date stated on the petition or, applicable to H-2A petitioners only, within 5 workdays of the start date established by the petitioner, whichever is later; the agricultural labor or services for which H-2A/H-2B workers were hired is completed more than 30 days early; or the H-2A/H-2B worker does not report for work for a period of 5 consecutive workdays without the consent of the employer or is terminated prior to the completion of agricultural labor or services for which he or she was hired.    [x] Yes  [ ] No

See www.uscis.gov/h-2a and www.uscis.gov/h-2b, respectively, for the appropriate manner of notifying DHS as specified in a notice published in the Federal Register.

NOTE: The above notification is a petitioner obligation and does not represent an indication of wrongdoing on the part of the worker.  Further, USCIS **does not** consider the information provided in a petitioner notification, alone, to be conclusive evidence regarding the worker's current status. "Workday" means the period between the time on any particular day when such employee commences his or her principal activity and the time on that day at which he or she ceases such principal activity or activities.

22. The petitioner agrees to retain evidence of such notification and make it available for inspection by DHS officers for a one-year period.    [x] Yes  [ ] No

23. **For H-2A petitioners only:** The petitioner agrees to pay $10 in liquidated damages for each instance where it cannot demonstrate it is in compliance with the notification requirement.    [x] Yes  [ ] No

The petitioner must execute **Part A.** If the petitioner is the employer's agent, the employer must execute **Part B.** If there are joint employers, they must each execute **Part C.**

### Part A.  Petitioner

By filing this petition, I agree to the conditions of H-2A/H-2B employment, agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS, and agree to the notification requirements.  For H-2A petitioners: I also agree to the liquidated damages requirements defined in 8 CFR 214.2(h)(5)(vi)(B)(3).

| Signature of Petitioner | Name of Petitioner | Date (mm/dd/yyyy) |
|---|---|---|
| ➡️ | Ricky Gonsoulin | |

### Part B.  Employer who is not the petitioner

I certify that I have authorized the party filing this petition to act as my agent in this regard.  I assume full responsibility for all representations made by this agent on my behalf and agree to the conditions of H-2A/H-2B eligibility.  I agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

| Signature of Employer | Name of Employer | Date (mm/dd/yyyy) |
|---|---|---|
| | | |

### Part C.  Joint Employers

24. **For H-2A petitioners only:** A separate **Part C.** must be submitted for each Joint Employer.

Legal Name of Individual Joint Employer

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| SeguRA | DonAld | PETER |

Joint Employer Company or Organization Name
Donald SEguRA FARmS

## Section 2. Complete This Section If Filing for H-2A or H-2B Classification (continued)

**Mailing Address of Joint Employer**

In Care Of Name (if any)

Street Number and Name

6 Shadows Bend

Apt. Ste. Flr. Number
☐ ☐ ☐

City or Town

New Ibena

State

LA

ZIP Code

70563

Province

Postal Code

Country

United States

**Contact Information**

Daytime Telephone Number

337-201-1444

Mobile Telephone Number

337-967-1269

Email Address (if any)

shelbysegura @yahoo.com

### Taxpayer Identification Numbers

25. Provide the following information, as applicable.

Employer Identification Number (EIN)

Individual Taxpayer Identification Number (ITIN)

U.S. Social Security Number (SSN)

### Other Information

26. Type of Business Activity(ies)

Sugarcane farm

Year Established

1961

Current Number of Employees in the United States

0

Gross Annual Income

400,000

Net Annual Income

135,000

### Joint Employer's Certification

I agree to the conditions of H-2A eligibility employment, and agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

27. Family Name (Last Name) of Authorized Signatory

Segura

Given Name (First Name) of Authorized Signatory

Donald

Title of Authorized Signatory

28. Signature of Authorized Signatory

Date of Signature (mm/dd/yyyy)

08/02/2025

SCSCGA - 003231

---

**Section 2.  Complete This Section If Filing for H-2A or H-2B Classification  (continued)**

21.  The petitioner agrees to notify DHS beginning on a date and in a manner specified in a notice published in the Federal Register within 2 workdays if: an H-2A/H-2B worker does not report for work within 5 workdays after the employment start date stated on the petition or, applicable to H-2A petitioners only, within 5 workdays of the start date established by the petitioner, whichever is later; the agricultural labor or services for which H-2A/H-2B workers were hired is completed more than 30 days early; or the H-2A/H-2B worker does not report for work for a period of 5 consecutive workdays without the consent of the employer or is terminated prior to the completion of agricultural labor or services for which he or she was hired.    ☒ Yes    ☐ No

See www.uscis.gov/h-2a and www.uscis.gov/h-2b, respectively, for the appropriate manner of notifying DHS as specified in a notice published in the Federal Register.

NOTE: The above notification is a petitioner obligation and does not represent an indication of wrongdoing on the part of the worker. Further, USCIS does not consider the information provided in a petitioner notification, alone, to be conclusive evidence regarding the worker's current status. "Workday" means the period between the time on any particular day when such employee commences his or her principal activity and the time on that day at which he or she ceases such principal activity or activities.

22.  The petitioner agrees to retain evidence of such notification and make it available for inspection by DHS officers for a one-year period.    ☒ Yes    ☐ No

23.  For H-2A petitioners only: The petitioner agrees to pay $10 in liquidated damages for each instance where it cannot demonstrate it is in compliance with the notification requirement.    ☒ Yes    ☐ No

The petitioner must execute **Part A**. If the petitioner is the employer's agent, the employer must execute **Part B**. If there are joint employers, they must each execute **Part C**.

**Part A.  Petitioner**

By filing this petition, I agree to the conditions of H-2A/H-2B employment, agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS, and agree to the notification requirements. For H-2A petitioners: I also agree to the liquidated damages requirements defined in 8 CFR 214.2(h)(5)(vi)(B)(3).

| Signature of Petitioner | Name of Petitioner | Date (mm/dd/yyyy) |
|---|---|---|
| ➡ | Ricky Gonsoulin | |

**Part B.  Employer who is not the petitioner**

I certify that I have authorized the party filing this petition to act as my agent in this regard. I assume full responsibility for all representations made by this agent on my behalf and agree to the conditions of H-2A/H-2B eligibility. I agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

| Signature of Employer | Name of Employer | Date (mm/dd/yyyy) |
|---|---|---|
| | | |

**Part C.  Joint Employers**

24.  For H-2A petitioners only: A separate Part C. must be submitted for each Joint Employer.

Legal Name of Individual Joint Employer

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| Habetz | Bruno | Joseph |

Joint Employer Company or Organization Name
Bruno Habetz, Jr.

---

SCSCGA - 003232

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification  (continued)

**Mailing Address of Joint Employer**

In Care Of Name (if any)

Bruno  J.  Habetz  Jr.

Street Number and Name

603  Fortune  Rd.

Apt. Ste. Flr.  Number
☐ ☐ ☐

City or Town

Youngsville

State

LA

ZIP Code

70592

Province

Postal Code

Country

United States

**Contact Information**

Daytime Telephone Number

337-579-1812

Mobile Telephone Number

337-579-1812

Email Address (if any)

boubba12@aol.com

## Taxpayer Identification Numbers

25.  Provide the following information, as applicable.

Employer Identification Number (EIN)

►

Individual Taxpayer Identification Number (ITIN)

► 4 3 6 4 5 7 5 4 7

U.S. Social Security Number (SSN)

►

## Other Information

26.  Type of Business Activity(ies)

Farm

Year Established

Current Number of Employees in the United States

0

Gross Annual Income

$400,000

Net Annual Income

$60,000

## Joint Employer's Certification

I agree to the conditions of H-2A eligibility employment, and agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

27.  Family Name (Last Name) of Authorized Signatory

Habetz Jr.

Given Name (First Name) of Authorized Signatory

Bruno

Title of Authorized Signatory

Owner

28.  Signature of Authorized Signatory

Date of Signature (mm/dd/yyyy)

08/04/2025

Form I-129  Edition 01/20/25

Page 19 of 38

SCSCGA - 003233

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification  (continued)

21.    The petitioner agrees to notify DHS beginning on a date and in a manner specified in a notice published in the Federal Register within 2 workdays if: an H-2A/H-2B worker does not report for work within 5 workdays after the employment start date stated on the petition or, applicable to H-2A petitioners only, within 5 workdays of the start date established by the petitioner, whichever is later; the agricultural labor or services for which H-2A/H-2B workers were hired is completed more than 30 days early; or the H-2A/ H-2B worker does not report for work for a period of 5 consecutive workdays without the consent of the employer or is terminated prior to the completion of agricultural labor or services for which he or she was hired.    ☒ Yes    ☐ No

See **www.uscis.gov/h-2a** and **www.uscis.gov/h-2b**, respectively, for the appropriate manner of notifying DHS as specified in a notice published in the Federal Register.

**NOTE:**  The above notification is a petitioner obligation and does not represent an indication of wrongdoing on the part of the worker.  Further, USCIS **does not** consider the information provided in a petitioner notification, alone, to be conclusive evidence regarding the worker's current status.  "Workday" means the period between the time on any particular day when such employee commences his or her principal activity and the time on that day at which he or she ceases such principal activity or activities.

22.    The petitioner agrees to retain evidence of such notification and make it available for inspection by DHS officers for a one-year period.    ☒ Yes    ☐ No

23.    **For H-2A petitioners only:**  The petitioner agrees to pay $10 in liquidated damages for each instance where it cannot demonstrate it is in compliance with the notification requirement.    ☒ Yes    ☐ No

The petitioner must execute **Part A.**  If the petitioner is the employer's agent, the employer must execute **Part B.**  If there are joint employers, they must each execute **Part C.**

### Part A.  Petitioner

By filing this petition, I agree to the conditions of H-2A/H-2B employment, agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS, and agree to the notification requirements.  For H-2A petitioners: I also agree to the liquidated damages requirements defined in 8 CFR 214.2(h)(5)(vi)(B)(3).

| Signature of Petitioner | Name of Petitioner | Date (mm/dd/yyyy) |
|---|---|---|
| ⟹ | Ricky Gonsoulin | |

### Part B.  Employer who is not the petitioner

I certify that I have authorized the party filing this petition to act as my agent in this regard.  I assume full responsibility for all representations made by this agent on my behalf and agree to the conditions of H-2A/H-2B eligibility.  I agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

| Signature of Employer | Name of Employer | Date (mm/dd/yyyy) |
|---|---|---|
| | | |

### Part C.  Joint Employers

24.    **For H-2A petitioners only:**  A separate **Part C.** must be submitted for each Joint Employer.

Legal Name of Individual Joint Employer

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| Allen | Jonathan | Mark |

Joint Employer Company or Organization Name
Jonathan Allen Farms

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification  (continued)

### Mailing Address of Joint Employer

In Care Of Name (if any)

Jonathon Allen

Street Number and Name

P.O. Box 185

Apt. Ste. Flr.  Number

City or Town

Cheneyville

State

LA

ZIP Code

71325

Province

Postal Code

Country

United States

### Contact Information

Daytime Telephone Number

Mobile Telephone Number

318-305-8538

Email Address (if any)

Jallen11q22@icloud.cor

### Taxpayer Identification Numbers

25.   Provide the following information, as applicable.

Employer Identification Number (EIN)

Individual Taxpayer Identification Number (ITIN)

U.S. Social Security Number (SSN)

▶ 4 3 6 7 3 4 8 3 8

### Other Information

26.   Type of Business Activity(ies)

Sugarcane Farm

Year Established

2008

Current Number of Employees in the United States

0

Gross Annual Income

300,000

Net Annual Income

75 000

### Joint Employer's Certification

I agree to the conditions of H-2A eligibility employment, and agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

27.   Family Name (Last Name) of Authorized Signatory

Allen

Given Name (First Name) of Authorized Signatory

Jonathon

Title of Authorized Signatory

Owner

28.   Signature of Authorized Signatory

Date of Signature (mm/dd/yyyy)

7/30/2025

Form I-129   Edition   01/20/25

Page 19 of 38

SCSCGA - 003235

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification  (continued)

21.  The petitioner agrees to notify DHS beginning on a date and in a manner specified in a notice published in the Federal Register within 2 workdays if: an H-2A/H-2B worker does not report for work within 5 workdays after the employment start date stated on the petition or, applicable to H-2A petitioners only, within 5 workdays of the start date established by the petitioner, whichever is later; the agricultural labor or services for which H-2A/H-2B workers were hired is completed more than 30 days early; or the H-2A/H-2B worker does not report for work for a period of 5 consecutive workdays without the consent of the employer or is terminated prior to the completion of agricultural labor or services for which he or she was hired.    ☒ Yes  ☐ No

See www.uscis.gov/h-2a and www.uscis.gov/h-2b, respectively, for the appropriate manner of notifying DHS as specified in a notice published in the Federal Register.

NOTE:  The above notification is a petitioner obligation and does not represent an indication of wrongdoing on the part of the worker.  Further, USCIS does not consider the information provided in a petitioner notification, alone, to be conclusive evidence regarding the worker's current status.  "Workday" means the period between the time on any particular day when such employee commences his or her principal activity and the time on that day at which he or she ceases such principal activity or activities.

22.  The petitioner agrees to retain evidence of such notification and make it available for inspection by DHS officers for a one-year period.    ☒ Yes  ☐ No

23.  For H-2A petitioners only:  The petitioner agrees to pay $10 in liquidated damages for each instance where it cannot demonstrate it is in compliance with the notification requirement.    ☒ Yes  ☐ No

The petitioner must execute Part A.  If the petitioner is the employer's agent, the employer must execute Part B.  If there are joint employers, they must each execute Part C.

### Part A.  Petitioner

By filing this petition, I agree to the conditions of H-2A/H-2B employment, agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS, and agree to the notification requirements.  For H-2A petitioners:  I also agree to the liquidated damages requirements defined in 8 CFR 214.2(h)(5)(vi)(B)(3).

| Signature of Petitioner | Name of Petitioner | Date (mm/dd/yyyy) |
| --- | --- | --- |
| ➡ | Ricky Gonsoulin | |

### Part B.  Employer who is not the petitioner

I certify that I have authorized the party filing this petition to act as my agent in this regard.  I assume full responsibility for all representations made by this agent on my behalf and agree to the conditions of H-2A/H-2B eligibility.  I agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

| Signature of Employer | Name of Employer | Date (mm/dd/yyyy) |
| --- | --- | --- |
| | | |

### Part C.  Joint Employers

24.  For H-2A petitioners only:  A separate Part C. must be submitted for each Joint Employer.

Legal Name of Individual Joint Employer

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
| --- | --- | --- |
| Gonsoulin | Ricky | J. |

Joint Employer Company or Organization Name

Gonsoulin Farms LLC.

SCSCGA - 003236

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification  (continued)

**Mailing Address of Joint Employer**

In Care Of Name (if any)

Gonsoulin Farms

| Street Number and Name | Apt. Ste. Flr. | Number |
|---|---|---|
| 511⁷ Weeks Road | ☐ ☐ ☐ | 511⁷ |

| City or Town | State | ZIP Code |
|---|---|---|
| New Iberia | LA | 70560 |

| Province | Postal Code | Country |
|---|---|---|
| Iberia Parish | 70560 | United States |

**Contact Information**

| Daytime Telephone Number | Mobile Telephone Number | Email Address (if any) |
|---|---|---|
| 337-319-7515 | | gonsoulinfarms2cox.net |

### Taxpayer Identification Numbers

25.  Provide the following information, as applicable.

Employer Identification Number (EIN)
▶ 72 1056189

Individual Taxpayer Identification Number (TTIN)
▶

U.S. Social Security Number (SSN)
▶ 4 3 3 9 4 3 6 5

### Other Information

26.  Type of Business Activity(ies)

Sugarcane Production

Year Established
1981

| Current Number of Employees in the United States | Gross Annual Income | Net Annual Income |
|---|---|---|
| 20 | $ 1,500,000 . 00 | 2,000,000 . 00 |

### Joint Employer's Certification

I agree to the conditions of H-2A eligibility employment, and agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

| 27. | Family Name (Last Name) of Authorized Signatory | Given Name (First Name) of Authorized Signatory |
|---|---|---|
| | Gonsoulin | Ricky |

Title of Authorized Signatory

Owner

28.  Signature of Authorized Signatory

Date of Signature (mm/dd/yyyy)
08/04/25

SCSCGA - 003237

| Section 2.  Complete This Section If Filing for H-2A or H-2B Classification (continued) |
|---|

21. The petitioner agrees to notify DHS beginning on a date and in a manner specified in a notice published in the Federal Register within 2 workdays if: an H-2A/H-2B worker does not report for work within 5 workdays after the employment start date stated on the petition or, applicable to H-2A petitioners only, within 5 workdays of the start date established by the petitioner, whichever is later; the agricultural labor or services for which H-2A/H-2B workers were hired is completed more than 30 days early; or the H-2A/ H-2B worker does not report for work for a period of 5 consecutive workdays without the consent of the employer or is terminated prior to the completion of agricultural labor or services for which he or she was hired.  ☒ Yes  ☐ No

See **www.uscis.gov/h-2a** and **www.uscis.gov/h-2b**, respectively, for the appropriate manner of notifying DHS as specified in a notice published in the Federal Register.

NOTE: The above notification is a petitioner obligation and does not represent an indication of wrongdoing on the part of the worker.  Further, USCIS **does not** consider the information provided in a petitioner notification, alone, to be conclusive evidence regarding the worker's current status.  "Workday" means the period between the time on any particular day when such employee commences his or her principal activity and the time on that day at which he or she ceases such principal activity or activities.

22. The petitioner agrees to retain evidence of such notification and make it available for inspection by DHS officers for a one-year period.  ☒ Yes  ☐ No

23. **For H-2A petitioners only:** The petitioner agrees to pay $10 in liquidated damages for each instance where it cannot demonstrate it is in compliance with the notification requirement.  ☒ Yes  ☐ No

The petitioner must execute **Part A.** If the petitioner is the employer's agent, the employer must execute **Part B.** If there are joint employers, they must each execute **Part C.**

## Part A.  Petitioner

By filing this petition, I agree to the conditions of H-2A/H-2B employment, agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS, and agree to the notification requirements.  For H-2A petitioners: I also agree to the liquidated damages requirements defined in 8 CFR 214.2(h)(5)(vi)(B)(3).

| Signature of Petitioner | Name of Petitioner | Date (mm/dd/yyyy) |
|---|---|---|
| ➡ | Ricky Gonsoulin | |

## Part B.  Employer who is not the petitioner

I certify that I have authorized the party filing this petition to act as my agent in this regard.  I assume full responsibility for all representations made by this agent on my behalf and agree to the conditions of H-2A/H-2B eligibility.  I agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

| Signature of Employer | Name of Employer | Date (mm/dd/yyyy) |
|---|---|---|
| | | |

## Part C.  Joint Employers

24. **For H-2A petitioners only:** A separate **Part C.** must be submitted for each Joint Employer.

Legal Name of Individual Joint Employer

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| | | |

Joint Employer Company or Organization Name

PAtout, PRiCE, & Smith dbA TRiAngle FARms

SCSCGA - 003238  8 of 38

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification  (continued)

**Mailing Address of Joint Employer**

In Care Of Name (if any)

Street Number and Name.
5614 E. Admiral Doyle Drive

Apt. Ste. Flr.  Number
☐ ☐ ☐

City or Town
Seanerette

State.
LA

ZIP Code.
70544

Province

Postal Code

Country
United States

**Contact Information**

Daytime Telephone Number

Mobile Telephone Number
337 884 2205

Email Address (if any)
craigahebert@gmail.com

### Taxpayer Identification Numbers

25.  Provide the following information, as applicable.

Employer Identification Number (EIN)
▶ 72 - 6038426

Individual Taxpayer Identification Number (ITIN)
▶

U.S. Social Security Number (SSN)
▶

### Other Information

26.  Type of Business Activity(ies)
Sugarcane Farming

Year Established
1952

Current Number of Employees in the United States
13

Gross Annual Income
5,997,753

Net Annual Income,
1,428,125

### Joint Employer's Certification

I agree to the conditions of H-2A eligibility employment, and agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

27.  Family Name (Last Name) of Authorized Signatory
Hebert

Given Name (First Name) of Authorized Signatory
Craig

Title of Authorized Signatory
Farm Manager

28.  Signature of Authorized Signatory
[signature]

Date of Signature (mm/dd/yyyy)
07/29/2025

SCSCGA - 003239

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification (continued)

21.  The petitioner agrees to notify DHS beginning on a date and in a manner specified in a notice published in the Federal Register within 2 workdays if: an H-2A/H-2B worker does not report for work within 5 workdays after the employment start date stated on the petition or, applicable to H-2A petitioners only, within 5 workdays of the start date established by the petitioner, whichever is later; the agricultural labor or services for which H-2A/H-2B workers were hired is completed more than 30 days early; or the H-2A/ H-2B worker does not report for work for a period of 5 consecutive workdays without the consent of the employer or is terminated prior to the completion of agricultural labor or services for which he or she was hired.   ☒ Yes  ☐ No

See www.uscis.gov/h-2a and www.uscis.gov/h-2b, respectively, for the appropriate manner of notifying DHS as specified in a notice published in the Federal Register.

NOTE:  The above notification is a petitioner obligation and does not represent an indication of wrongdoing on the part of the worker.  Further, USCIS **does not** consider the information provided in a petitioner notification, alone, to be conclusive evidence regarding the worker's current status.  "Workday" means the period between the time on any particular day when such employee commences his or her principal activity and the time on that day at which he or she ceases such principal activity or activities.

22.  The petitioner agrees to retain evidence of such notification and make it available for inspection by DHS officers for a one-year period.   ☒ Yes  ☐ No

23.  **For H-2A petitioners only:**  The petitioner agrees to pay $10 in liquidated damages for each instance where it cannot demonstrate it is in compliance with the notification requirement.   ☒ Yes  ☐ No

The petitioner must execute **Part A.**  If the petitioner is the employer's agent, the employer must execute **Part B.**  If there are joint employers, they must each execute **Part C.**

### Part A.  Petitioner

By filing this petition, I agree to the conditions of H-2A/H-2B employment, agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS, and agree to the notification requirements.  For H-2A petitioners: I also agree to the liquidated damages requirements defined in 8 CFR 214.2(h)(5)(vi)(B)(3).

| Signature of Petitioner | Name of Petitioner | Date (mm/dd/yyyy) |
|---|---|---|
| ➡ | Ricky Gonsoulin | |

### Part B.  Employer who is not the petitioner

I certify that I have authorized the party filing this petition to act as my agent in this regard.  I assume full responsibility for all representations made by this agent on my behalf and agree to the conditions of H-2A/H-2B eligibility.  I agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

| Signature of Employer | Name of Employer | Date (mm/dd/yyyy) |
|---|---|---|
| | | |

### Part C.  Joint Employers

24.  **For H-2A petitioners only:**  A separate **Part C.** must be submitted for each Joint Employer.

Legal Name of Individual Joint Employer

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| | | |

Joint Employer Company or Organization Name

LOREAUVILLE HARVESTING, LLC

Form I-129   Edition  01/20/25

SCSCGA - 003240 8 of 38

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification  (continued)

**Mailing Address of Joint Employer**

In Care Of Name (if any)

Street Number and Name

P.O. Box 509

Apt. Ste. Flr.  Number
☐ ☐ ☐

City or Town

Loreauville

State

LA

ZIP Code

70552

Province

Postal Code

Country

United States

**Contact Information**

Daytime Telephone Number

Mobile Telephone Number

337-352-0201

Email Address (if any)

LLL Farm @ bellsouth.net.

### Taxpayer Identification Numbers

25.  Provide the following information, as applicable.

Employer Identification Number (EIN)

▶ 72-1209758

Individual Taxpayer Identification Number (ITIN)

▶

U.S. Social Security Number (SSN)

▶

### Other Information

26.  Type of Business Activity(ies)

Sugarcane Farm

Year Established

2000

Current Number of Employees in the United States

4

Gross Annual Income

3,456,587

Net Annual Income

741,206

### Joint Employer's Certification

I agree to the conditions of H-2A eligibility employment, and agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

27.  Family Name (Last Name) of Authorized Signatory

Landry

Given Name (First Name) of Authorized Signatory

Alfred

Title of Authorized Signatory

President.

28.  Signature of Authorized Signatory

Date of Signature (mm/dd/yyyy)

07/30/2025

Form I-129   Edition  01/20/25

SCSCGA - 003241

**Section 2.  Complete This Section If Filing for H-2A or H-2B Classification  (continued)**

21.   The petitioner agrees to notify DHS beginning on a date and in a manner specified in a notice published in the Federal Register within 2 workdays if: an H-2A/H-2B worker does not report for work within 5 workdays after the employment start date stated on the petition or, applicable to H-2A petitioners only, within 5 workdays of the start date established by the petitioner, whichever is later; the agricultural labor or services for which H-2A/H-2B workers were hired is completed more than 30 days early; or the H-2A/ H-2B worker does not report for work for a period of 5 consecutive workdays without the consent of the employer or is terminated prior to the completion of agricultural labor or services for which he or she was hired.   [x] Yes   [ ] No

See www.uscis.gov/h-2a and www.uscis.gov/h-2b, respectively, for the appropriate manner of notifying DHS as specified in a notice published in the Federal Register.

NOTE:  The above notification is a petitioner obligation and does not represent an indication of wrongdoing on the part of the worker.  Further, USCIS does not consider the information provided in a petitioner notification, alone, to be conclusive evidence regarding the worker's current status.  "Workday" means the period between the time on any particular day when such employee commences his or her principal activity and the time on that day at which he or she ceases such principal activity or activities.

22.   The petitioner agrees to retain evidence of such notification and make it available for inspection by DHS officers for a one-year period.   [x] Yes   [ ] No

23.   For H-2A petitioners only:  The petitioner agrees to pay $10 in liquidated damages for each instance where it cannot demonstrate it is in compliance with the notification requirement.   [x] Yes   [ ] No

The petitioner must execute Part A.  If the petitioner is the employer's agent, the employer must execute Part B.  If there are joint employers, they must each execute Part C.

**Part A.  Petitioner**

By filing this petition, I agree to the conditions of H-2A/H-2B employment, agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS, and agree to the notification requirements.  For H-2A petitioners:  I also agree to the liquidated damages requirements defined in 8 CFR 214.2(h)(5)(vi)(B)(3).

| Signature of Petitioner | Name of Petitioner | Date (mm/dd/yyyy) |
|---|---|---|
| ➡ | Ricky Gonsoulin | |

**Part B.  Employer who is not the petitioner**

I certify that I have authorized the party filing this petition to act as my agent in this regard.  I assume full responsibility for all representations made by this agent on my behalf and agree to the conditions of H-2A/H-2B eligibility.  I agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

| Signature of Employer | Name of Employer | Date (mm/dd/yyyy) |
|---|---|---|
| | | |

**Part C.  Joint Employers**

24.   For H-2A petitioners only:  A separate Part C. must be submitted for each Joint Employer.

Legal Name of Individual Joint Employer

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| CHAUVIW | MARK | ANTHONY |

Joint Employer Company or Organization Name

BAPOU SALE CANE INC.

SCSCGA - 003242

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification  (continued)

### Mailing Address of Joint Employer

In Care Of Name (if any)

BAYOU SIALE CANE INC.

Street Number and Name

ZIB KATY CIRCLE

Apt. Ste. Flr.  ☐ ☐ ☐  Number

City or Town

FRANKLIN

State  LA.    ZIP Code  70538

Province

Postal Code  70538

Country  United States

### Contact Information

Daytime Telephone Number

Mobile Telephone Number  337-207-1859

Email Address (if any)  mchauvinbscane@gmail.com

## Taxpayer Identification Numbers

25.  Provide the following information, as applicable.

Employer Identification Number (EIN)  ▶ 72-1300728

Individual Taxpayer Identification Number (ITIN)  ▶

U.S. Social Security Number (SSN)  ▶

## Other Information

26.  Type of Business Activity(ies)

SUGAR CANE FARM

Year Established  1990

Current Number of Employees in the United States  6

Gross Annual Income  $3,200,000

Net Annual Income  $110,000

## Joint Employer's Certification

I agree to the conditions of H-2A eligibility employment, and agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

27.  Family Name (Last Name) of Authorized Signatory

CHAUVIN

Given Name (First Name) of Authorized Signatory

MARK

Title of Authorized Signatory

PRESIDENT

28.  Signature of Authorized Signatory

Date of Signature (mm/dd/yyyy)  8-1-25

Form I-129  Edition 01/20/25

SCSCGA - 003243

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification  (continued)

21.  The petitioner agrees to notify DHS beginning on a date and in a manner specified in a notice published in the Federal Register within 2 workdays if: an H-2A/H-2B worker does not report for work within 5 workdays after the employment start date stated on the petition or, applicable to H-2A petitioners only, within 5 workdays of the start date established by the petitioner, whichever is later; the agricultural labor or services for which H-2A/H-2B workers were hired is completed more than 30 days early; or the H-2A/H-2B worker does not report for work for a period of 5 consecutive workdays without the consent of the employer or is terminated prior to the completion of agricultural labor or services for which he or she was hired.   ☒ Yes   ☐ No

See **www.uscis.gov/h-2a** and **www.uscis.gov/h-2b**, respectively, for the appropriate manner of notifying DHS as specified in a notice published in the Federal Register.

**NOTE:**  The above notification is a petitioner obligation and does not represent an indication of wrongdoing on the part of the worker.  Further, USCIS **does not** consider the information provided in a petitioner notification, alone, to be conclusive evidence regarding the worker's current status.  "Workday" means the period between the time on any particular day when such employee commences his or her principal activity and the time on that day at which he or she ceases such principal activity or activities.

22.  The petitioner agrees to retain evidence of such notification and make it available for inspection by DHS officers for a one-year period.   ☒ Yes   ☐ No

23.  **For H-2A petitioners only:**  The petitioner agrees to pay $10 in liquidated damages for each instance where it cannot demonstrate it is in compliance with the notification requirement.   ☒ Yes   ☐ No

The petitioner must execute **Part A.**  If the petitioner is the employer's agent, the employer must execute **Part B.**  If there are joint employers, they must each execute **Part C.**

### Part A.  Petitioner

By filing this petition, I agree to the conditions of H-2A/H-2B employment, agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS, and agree to the notification requirements.  For H-2A petitioners: I also agree to the liquidated damages requirements defined in 8 CFR 214.2(h)(5)(vi)(B)(3).

| Signature of Petitioner | Name of Petitioner | Date (mm/dd/yyyy) |
|---|---|---|
| ➡ | Ricky Gonsoulin | |

### Part B.  Employer who is not the petitioner

I certify that I have authorized the party filing this petition to act as my agent in this regard.  I assume full responsibility for all representations made by this agent on my behalf and agree to the conditions of H-2A/H-2B eligibility.  I agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

| Signature of Employer | Name of Employer | Date (mm/dd/yyyy) |
|---|---|---|
| | | |

### Part C.  Joint Employers

24.  **For H-2A petitioners only:**  A separate **Part C.** must be submitted for each Joint Employer.

Legal Name of Individual Joint Employer

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| | | |

Joint Employer Company or Organization Name
LONE PINE FARMS

Form I-129  Edition  01/20/25

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification  (continued)

**Mailing Address of Joint Employer**

In Care Of Name (if any)

Lone Pine Farms

Street Number and Name

10404    HWY 71 S

Apt. Ste. Flr.  Number

☐ ☐ ☐

City or Town

Cheneyville

State

LA

ZIP Code

71325

Province

Postal Code

Country

United States

**Contact Information**

Daytime Telephone Number

Mobile Telephone Number

318-452-3417

Email Address (if any)

allenfarms@yahoo.com

### Taxpayer Identification Numbers

25. Provide the following information, as applicable.

Employer Identification Number (EIN)

▶ 72-1233710

Individual Taxpayer Identification Number (ITIN)

▶

U.S. Social Security Number (SSN)

▶

### Other Information

26. Type of Business Activity(ies)

Sugarcane Farm

Year Established

1996

Current Number of Employees in the United States

2

Gross Annual Income

5,366,234

Net Annual Income

563,416

### Joint Employer's Certification

I agree to the conditions of H-2A eligibility employment, and agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

27. Family Name (Last Name) of Authorized Signatory

Allen

Given Name (First Name) of Authorized Signatory

Wyn

Title of Authorized Signatory

Partner

28. Signature of Authorized Signatory

Date of Signature (mm/dd/yyyy)

7/30/2025

SCSCGA - 003245

| Section 2.  Complete This Section If Filing for H-2A or H-2B Classification (continued) |
|---|

21. The petitioner agrees to notify DHS beginning on a date and in a manner specified in a notice published in the Federal Register within 2 workdays if: an H-2A/H-2B worker does not report for work within 5 workdays after the employment start date stated on the petition or, applicable to H-2A petitioners only, within 5 workdays of the start date established by the petitioner, whichever is later; the agricultural labor or services for which H-2A/H-2B workers were hired is completed more than 30 days early; or the H-2A/H-2B worker does not report for work for a period of 5 consecutive workdays without the consent of the employer or is terminated prior to the completion of agricultural labor or services for which he or she was hired.  **[x] Yes   [ ] No**

See **www.uscis.gov/h-2a** and **www.uscis.gov/h-2b**, respectively, for the appropriate manner of notifying DHS as specified in a notice published in the Federal Register.

NOTE:  The above notification is a petitioner obligation and does not represent an indication of wrongdoing on the part of the worker.  Further, USCIS **does not** consider the information provided in a petitioner notification, alone, to be conclusive evidence regarding the worker's current status.  "Workday" means the period between the time on any particular day when such employee commences his or her principal activity and the time on that day at which he or she ceases such principal activity or activities.

22. The petitioner agrees to retain evidence of such notification and make it available for inspection by DHS officers for a one-year period.  **[x] Yes   [ ] No**

23. **For H-2A petitioners only:**  The petitioner agrees to pay $10 in liquidated damages for each instance where it cannot demonstrate it is in compliance with the notification requirement.  **[x] Yes   [ ] No**

The petitioner must execute **Part A.**  If the petitioner is the employer's agent, the employer must execute **Part B.**  If there are joint employers, they must each execute **Part C.**

### Part A.  Petitioner

By filing this petition, I agree to the conditions of H-2A/H-2B employment, agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS, and agree to the notification requirements.  For H-2A petitioners:  I also agree to the liquidated damages requirements defined in 8 CFR 214.2(h)(5)(vi)(B)(3).

| Signature of Petitioner | Name of Petitioner | Date (mm/dd/yyyy) |
|---|---|---|
| ➡ | Ricky Gonsoulin | |

### Part B.  Employer who is not the petitioner

I certify that I have authorized the party filing this petition to act as my agent in this regard.  I assume full responsibility for all representations made by this agent on my behalf and agree to the conditions of H-2A/H-2B eligibility.  I agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

| Signature of Employer | Name of Employer | Date (mm/dd/yyyy) |
|---|---|---|
| | | |

### Part C.  Joint Employers

24. **For H-2A petitioners only:**  A separate **Part C.** must be submitted for each Joint Employer.

Legal Name of Individual Joint Employer

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| | | |

Joint Employer Company or Organization Name
*Segura Farms, LLC*

SCSCGA - 003246

Page 8 of 38

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification  (continued)

**Mailing Address of Joint Employer**

In Care Of Name (if any)

Street Number and Name

1307  La Rue De Chene

Apt. Ste. Flr.  Number
☐ ☐ ☐

City or Town

New Iberia

State

LA

ZIP Code

70560

Province

Postal Code

Country

United States

**Contact Information**

Daytime Telephone Number

337-519-5531

Mobile Telephone Number

Email Address (if any)

JSE61307@Gmail.com

### Taxpayer Identification Numbers

25. Provide the following information, as applicable.

Employer Identification Number (EIN)

► 72-1281168

Individual Taxpayer Identification Number (ITIN)

►

U.S. Social Security Number (SSN)

►

### Other Information

26. Type of Business Activity(ies)

Sugarcane Farm

Year Established

2007

Current Number of Employees in the United States

5

Gross Annual Income

2,000,000

Net Annual Income

1,000,000

### Joint Employer's Certification

I agree to the conditions of H-2A eligibility employment, and agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

27. Family Name (Last Name) of Authorized Signatory

Segura

Given Name (First Name) of Authorized Signatory

Juan

Title of Authorized Signatory

President

28. Signature of Authorized Signatory

Juan Segura

Date of Signature (mm/dd/yyyy)

7-30-2025

Form I-129  Edition  01/20/25

Page 19 of 38

SCSCGA - 003247

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification (continued)

21.  The petitioner agrees to notify DHS beginning on a date and in a manner specified in a notice published in the Federal Register within 2 workdays if: an H-2A/H-2B worker does not report for work within 5 workdays after the employment start date stated on the petition or, applicable to H-2A petitioners only, within 5 workdays of the start date established by the petitioner, whichever is later; the agricultural labor or services for which H-2A/H-2B workers were hired is completed more than 30 days early; or the H-2A/ H-2B worker does not report for work for a period of 5 consecutive workdays without the consent of the employer or is terminated prior to the completion of agricultural labor or services for which he or she was hired.   ☒ Yes   ☐ No

See **www.uscis.gov/h-2a** and **www.uscis.gov/h-2b**, respectively, for the appropriate manner of notifying DHS as specified in a notice published in the Federal Register.

**NOTE:**  The above notification is a petitioner obligation and does not represent an indication of wrongdoing on the part of the worker.  Further, USCIS **does not** consider the information provided in a petitioner notification, alone, to be conclusive evidence regarding the worker's current status.  "Workday" means the period between the time on any particular day when such employee commences his or her principal activity and the time on that day at which he or she ceases such principal activity or activities.

22.  The petitioner agrees to retain evidence of such notification and make it available for inspection by DHS officers for a one-year period.   ☒ Yes   ☐ No

23.  **For H-2A petitioners only:**  The petitioner agrees to pay $10 in liquidated damages for each instance where it cannot demonstrate it is in compliance with the notification requirement.   ☒ Yes   ☐ No

The petitioner must execute **Part A.**  If the petitioner is the employer's agent, the employer must execute **Part B.**  If there are joint employers, they must each execute **Part C.**

### Part A.  Petitioner

By filing this petition, I agree to the conditions of H-2A/H-2B employment, agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS, and agree to the notification requirements.  For H-2A petitioners: I also agree to the liquidated damages requirements defined in 8 CFR 214.2(h)(5)(vi)(B)(3).

| **Signature of Petitioner** | **Name of Petitioner** | **Date** (mm/dd/yyyy) |
|---|---|---|
| ➡ | Ricky Gonsoulin | |

### Part B.  Employer who is not the petitioner

I certify that I have authorized the party filing this petition to act as my agent in this regard.  I assume full responsibility for all representations made by this agent on my behalf and agree to the conditions of H-2A/H-2B eligibility.  I agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

| **Signature of Employer** | **Name of Employer** | **Date** (mm/dd/yyyy) |
|---|---|---|
| | | |

### Part C.  Joint Employers

24.  **For H-2A petitioners only:**  A separate **Part C.** must be submitted for each Joint Employer.

Legal Name of Individual Joint Employer

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| VIATOR | Guy | Stuart |

Joint Employer Company or Organization Name

A & M FARMS, Inc.

SCSCGA - 003248

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification  (continued)

### Mailing Address of Joint Employer

In Care Of Name (if any)

Street Number and Name
6019  Norris Road  Lot 2

Apt. Ste. Flr.  Number
☐ ☐ ☐

City or Town
New Iberia

State
LA

ZIP Code
70560

Province

Postal Code

Country
United States

### Contact Information

Daytime Telephone Number

Mobile Telephone Number
337-352-1110

Email Address (if any)
douglcss@.aol.com

### Taxpayer Identification Numbers

25.  Provide the following information, as applicable.

Employer Identification Number (EIN)
► 72-1007788

Individual Taxpayer Identification Number (ITIN)
►

U.S. Social Security Number (SSN)
►

### Other Information

26.  Type of Business Activity(ies)
Agriculture

Year Established
1984

Current Number of Employees in the United States
6

Gross Annual Income
6,000,000

Net Annual Income
50,000

### Joint Employer's Certification

I agree to the conditions of H-2A eligibility employment, and agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

27.  Family Name (Last Name) of Authorized Signatory
Victor

Given Name (First Name) of Authorized Signatory
Guy

Title of Authorized Signatory
President

28.  Signature of Authorized Signatory

Date of Signature (mm/dd/yyyy)
7/30/25

SCSCGA - 003249