> **Section 2.  Complete This Section If Filing for H-2A or H-2B Classification** (continued)

21. The petitioner agrees to notify DHS beginning on a date and in a manner specified in a notice published in the Federal Register within 2 workdays if: an H-2A/H-2B worker does not report for work within 5 workdays after the employment start date stated on the petition or, applicable to H-2A petitioners only, within 5 workdays of the start date established by the petitioner, whichever is later; the agricultural labor or services for which H-2A/H-2B workers were hired is completed more than 30 days early; or the H-2A/H-2B worker does not report for work for a period of 5 consecutive workdays without the consent of the employer or is terminated prior to the completion of agricultural labor or services for which he or she was hired.  **[x] Yes  [ ] No**

    See **www.uscis.gov/h-2a** and **www.uscis.gov/h-2b**, respectively, for the appropriate manner of notifying DHS as specified in a notice published in the Federal Register.

    **NOTE:** The above notification is a petitioner obligation and does not represent an indication of wrongdoing on the part of the worker.  Further, USCIS **does not** consider the information provided in a petitioner notification, alone, to be conclusive evidence regarding the worker's current status. "Workday" means the period between the time on any particular day when such employee commences his or her principal activity and the time on that day at which he or she ceases such principal activity or activities.

22. The petitioner agrees to retain evidence of such notification and make it available for inspection by DHS officers for a one-year period.  **[x] Yes  [ ] No**

23. **For H-2A petitioners only:**  The petitioner agrees to pay $10 in liquidated damages for each instance where it cannot demonstrate it is in compliance with the notification requirement.  **[x] Yes  [ ] No**

The petitioner must execute **Part A.**  If the petitioner is the employer's agent, the employer must execute **Part B.**  If there are joint employers, they must each execute **Part C.**

## Part A.  Petitioner

By filing this petition, I agree to the conditions of H-2A/H-2B employment, agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS, and agree to the notification requirements.  For H-2A petitioners:  I also agree to the liquidated damages requirements defined in 8 CFR 214.2(h)(5)(vi)(B)(3).

| Signature of Petitioner | Name of Petitioner | Date (mm/dd/yyyy) |
|---|---|---|
| ➡ | Ricky Gonsoulin | |

## Part B.  Employer who is not the petitioner

I certify that I have authorized the party filing this petition to act as my agent in this regard.  I assume full responsibility for all representations made by this agent on my behalf and agree to the conditions of H-2A/H-2B eligibility.  I agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

| Signature of Employer | Name of Employer | Date (mm/dd/yyyy) |
|---|---|---|
| | | |

## Part C.  Joint Employers

24. **For H-2A petitioners only:**  A separate **Part C.** must be submitted for each Joint Employer.

    Legal Name of Individual Joint Employer

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| | | |

Joint Employer Company or Organization Name

HARPER Planting PARtnERShip

**EXHIBIT K 3 of 4**

Form I-129   Edition   01/20/25

## Section 2. Complete This Section If Filing for H-2A or H-2B Classification (continued)

**Mailing Address of Joint Employer**

In Care Of Name (if any)

*Harper Planting Partnership*

Street Number and Name | Apt. Ste. Flr. Number

*P.O. Box 388* ☐ ☐ ☐

City or Town | State | ZIP Code

*Cheneyville* | *LA* | *71325*

Province | Postal Code | Country

| | United States

**Contact Information**

Daytime Telephone Number | Mobile Telephone Number | Email Address (if any)

| *318 452-4231* | *hcharperfarms@hotmail.com*

### Taxpayer Identification Numbers

25. Provide the following information, as applicable.

Employer Identification Number (EIN) | Individual Taxpayer Identification Number (ITIN)

▶ *83-3340524* | ▶

U.S. Social Security Number (SSN)

▶

### Other Information

26. Type of Business Activity(ies) | Year Established

*Sugarcane* | *2019*

Current Number of Employees in the United States | Gross Annual Income | Net Annual Income

*20* | *12,000,000* | *3,200,000*

### Joint Employer's Certification

I agree to the conditions of H-2A eligibility employment, and agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

27. Family Name (Last Name) of Authorized Signatory | Given Name (First Name) of Authorized Signatory

*HARPER* | *BENNIE*

Title of Authorized Signatory

*PARTNER*

28. Signature of Authorized Signatory | Date of Signature (mm/dd/yyyy)

*Bennie Ron Harper* | *9/30/2025*

SCSCGA - 003251

## Section 2. Complete This Section If Filing for H-2A or H-2B Classification (continued)

21. The petitioner agrees to notify DHS beginning on a date and in a manner specified in a notice published in the Federal Register within 2 workdays if: an H-2A/H-2B worker does not report for work within 5 workdays after the employment start date stated on the petition or, applicable to H-2A petitioners only, within 5 workdays of the start date established by the petitioner, whichever is later; the agricultural labor or services for which H-2A/H-2B workers were hired is completed more than 30 days early; or the H-2A/H-2B worker does not report for work for a period of 5 consecutive workdays without the consent of the employer or is terminated prior to the completion of agricultural labor or services for which he or she was hired.   ☒ Yes   ☐ No

See **www.uscis.gov/h-2a** and **www.uscis.gov/h-2b**, respectively, for the appropriate manner of notifying DHS as specified in a notice published in the Federal Register.

**NOTE:** The above notification is a petitioner obligation and does not represent an indication of wrongdoing on the part of the worker. Further, USCIS **does not** consider the information provided in a petitioner notification, alone, to be conclusive evidence regarding the worker's current status. "Workday" means the period between the time on any particular day when such employee commences his or her principal activity and the time on that day at which he or she ceases such principal activity or activities.

22. The petitioner agrees to retain evidence of such notification and make it available for inspection by DHS officers for a one-year period.   ☒ Yes   ☐ No

23. **For H-2A petitioners only:** The petitioner agrees to pay $10 in liquidated damages for each instance where it cannot demonstrate it is in compliance with the notification requirement.   ☒ Yes   ☐ No

The petitioner must execute **Part A.** If the petitioner is the employer's agent, the employer must execute **Part B.** If there are joint employers, they must each execute **Part C.**

### Part A. Petitioner

By filing this petition, I agree to the conditions of H-2A/H-2B employment, agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS, and agree to the notification requirements. For H-2A petitioners: I also agree to the liquidated damages requirements defined in 8 CFR 214.2(h)(5)(vi)(B)(3).

| Signature of Petitioner | Name of Petitioner | Date (mm/dd/yyyy) |
|---|---|---|
| ➡ | Ricky Gonsoulin | |

### Part B. Employer who is not the petitioner

I certify that I have authorized the party filing this petition to act as my agent in this regard. I assume full responsibility for all representations made by this agent on my behalf and agree to the conditions of H-2A/H-2B eligibility. I agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

| Signature of Employer | Name of Employer | Date (mm/dd/yyyy) |
|---|---|---|
| | | |

### Part C. Joint Employers

24. **For H-2A petitioners only:** A separate **Part C.** must be submitted for each Joint Employer.

Legal Name of Individual Joint Employer

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| Domingues | Dewey | Louis |

Joint Employer Company or Organization Name
DLD Southern Sugars, LLC

---

SCSCGA - 003252

**Section 2. Complete This Section If Filing for H-2A or H-2B Classification (continued)**

**Mailing Address of Joint Employer**

In Care Of Name (if any)

Street Number and Name

11924  LA HWY 339

Apt. Ste. Flr. Number

☐ ☐ ☐

City or Town

ERATH

State

LA

ZIP Code

70533

Province

Postal Code

Country

United States

**Contact Information**

Daytime Telephone Number

337-937-5157

Mobile Telephone Number

337-201-6540

Email Address (if any)

**Taxpayer Identification Numbers**

25. Provide the following information, as applicable.

Employer Identification Number (EIN)

▶

Individual Taxpayer Identification Number (ITIN)

▶ 7961097-001-400

U.S. Social Security Number (SSN)

▶

**Other Information**

26. Type of Business Activity(ies)

Sugar Cane Farming

Year Established

1999

Current Number of Employees in the United States

7

Gross Annual Income

2,000,000

Net Annual Income

300,000

**Joint Employer's Certification**

I agree to the conditions of H-2A eligibility employment, and agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

27. Family Name (Last Name) of Authorized Signatory

Domingues

Given Name (First Name) of Authorized Signatory

Deacy

Title of Authorized Signatory

Owner / operator

28. Signature of Authorized Signatory

Date of Signature (mm/dd/yyyy)

7-29-25

SCSCGA - 003253

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification (continued)

21. The petitioner agrees to notify DHS beginning on a date and in a manner specified in a notice published in the Federal Register within 2 workdays if: an H-2A/H-2B worker does not report for work within 5 workdays after the employment start date stated on the petition or, applicable to H-2A petitioners only, within 5 workdays of the start date established by the petitioner, whichever is later; the agricultural labor or services for which H-2A/H-2B workers were hired is completed more than 30 days early; or the H-2A/H-2B worker does not report for work for a period of 5 consecutive workdays without the consent of the employer or is terminated prior to the completion of agricultural labor or services for which he or she was hired. ☒ Yes  ☐ No

    See www.uscis.gov/h-2a and www.uscis.gov/h-2b, respectively, for the appropriate manner of notifying DHS as specified in a notice published in the Federal Register.

    **NOTE:**  The above notification is a petitioner obligation and does not represent an indication of wrongdoing on the part of the worker.  Further, USCIS **does not** consider the information provided in a petitioner notification, alone, to be conclusive evidence regarding the worker's current status.  "Workday" means the period between the time on any particular day when such employee commences his or her principal activity and the time on that day at which he or she ceases such principal activity or activities.

22. The petitioner agrees to retain evidence of such notification and make it available for inspection by DHS officers for a one-year period. ☒ Yes  ☐ No

23. **For H-2A petitioners only:**  The petitioner agrees to pay $10 in liquidated damages for each instance where it cannot demonstrate it is in compliance with the notification requirement. ☒ Yes  ☐ No

The petitioner must execute **Part A.**  If the petitioner is the employer's agent, the employer must execute **Part B.**  If there are joint employers, they must each execute **Part C.**

### Part A.  Petitioner

By filing this petition, I agree to the conditions of H-2A/H-2B employment, agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS, and agree to the notification requirements.  For H-2A petitioners: I also agree to the liquidated damages requirements defined in 8 CFR 214.2(h)(5)(vi)(B)(3).

| Signature of Petitioner | Name of Petitioner | Date (mm/dd/yyyy) |
|---|---|---|
| ➡ | Ricky Gonsoulin | |

### Part B.  Employer who is not the petitioner

I certify that I have authorized the party filing this petition to act as my agent in this regard.  I assume full responsibility for all representations made by this agent on my behalf and agree to the conditions of H-2A/H-2B eligibility.  I agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

| Signature of Employer | Name of Employer | Date (mm/dd/yyyy) |
|---|---|---|
| | | |

### Part C.  Joint Employers

24. **For H-2A petitioners only:**  A separate **Part C.** must be submitted for each Joint Employer.

    Legal Name of Individual Joint Employer

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| | | |

Joint Employer Company or Organization Name

Douglas FARms

SCSCGA - 003254 18 of 38

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification  (continued)

**Mailing Address of Joint Employer**

In Care Of Name (if any)

Thomas R Douglas Jr

Street Number and Name

3120 Annandale Road

Apt. Ste. Flr. ☐ ☐ ☐  Number

City or Town

alexandria

State  La   ZIP Code  71301

Province

Postal Code

Country  United States

**Contact Information**

Daytime Telephone Number  318-664-0449

Mobile Telephone Number

Email Address (if any)  DOUGLASFARMS @ aol.com

### Taxpayer Identification Numbers

25.  Provide the following information, as applicable.

Employer Identification Number (EIN)
► 72-1159202

Individual Taxpayer Identification Number (ITIN)
►

U.S. Social Security Number (SSN)
►

### Other Information

26.  Type of Business Activity(ies)
FARming

Year Established
1984

Current Number of Employees in the United States
2

Gross Annual Income
7,200,000

Net Annual Income
300,000

### Joint Employer's Certification

I agree to the conditions of H-2A eligibility employment, and agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

27.  Family Name (Last Name) of Authorized Signatory
Douglas

Given Name (First Name) of Authorized Signatory
Thomas

Title of Authorized Signatory
OwNer

28.  Signature of Authorized Signatory

Date of Signature (mm/dd/yyyy)
7/30/2025

SCSCGA - 003255

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification  (continued)

21.    The petitioner agrees to notify DHS beginning on a date and in a manner specified in a notice published in the Federal Register within 2 workdays if: an H-2A/H-2B worker does not report for work within 5 workdays after the employment start date stated on the petition or, applicable to H-2A petitioners only, within 5 workdays of the start date established by the petitioner, whichever is later; the agricultural labor or services for which H-2A/H-2B workers were hired is completed more than 30 days early; or the H-2A/H-2B worker does not report for work for a period of 5 consecutive workdays without the consent of the employer or is terminated prior to the completion of agricultural labor or services for which he or she was hired.    ☒ Yes    ☐ No

See **www.uscis.gov/h-2a** and **www.uscis.gov/h-2b**, respectively, for the appropriate manner of notifying DHS as specified in a notice published in the Federal Register.

**NOTE:**  The above notification is a petitioner obligation and does not represent an indication of wrongdoing on the part of the worker.  Further, USCIS **does not** consider the information provided in a petitioner notification, alone, to be conclusive evidence regarding the worker's current status. "Workday" means the period between the time on any particular day when such employee commences his or her principal activity and the time on that day at which he or she ceases such principal activity or activities.

22.    The petitioner agrees to retain evidence of such notification and make it available for inspection by DHS officers for a one-year period.    ☒ Yes    ☐ No

23.    **For H-2A petitioners only:**  The petitioner agrees to pay $10 in liquidated damages for each instance where it cannot demonstrate it is in compliance with the notification requirement.    ☒ Yes    ☐ No

The petitioner must execute **Part A.**  If the petitioner is the employer's agent, the employer must execute **Part B.**  If there are joint employers, they must each execute **Part C.**

### Part A.  Petitioner

By filing this petition, I agree to the conditions of H-2A/H-2B employment, agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS, and agree to the notification requirements.  For H-2A petitioners: I also agree to the liquidated damages requirements defined in 8 CFR 214.2(h)(5)(vi)(B)(3).

| Signature of Petitioner | Name of Petitioner | Date (mm/dd/yyyy) |
|---|---|---|
| ➡ | Ricky Gonsoulin | |

### Part B.  Employer who is not the petitioner

I certify that I have authorized the party filing this petition to act as my agent in this regard.  I assume full responsibility for all representations made by this agent on my behalf and agree to the conditions of H-2A/H-2B eligibility.  I agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

| Signature of Employer | Name of Employer | Date (mm/dd/yyyy) |
|---|---|---|
| | | |

### Part C.  Joint Employers

24.    **For H-2A petitioners only:**  A separate **Part C.** must be submitted for each Joint Employer.

Legal Name of Individual Joint Employer

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| HEBERt | GARY | Paul |

Joint Employer Company or Organization Name

NELSON HEBERt FARMS, Inc.

SCSCGA - 003256

Page 8 of 38

**Section 2.  Complete This Section If Filing for H-2A or H-2B Classification**  (continued)

**Mailing Address of Joint Employer**

In Care Of Name (if any)

Street Number and Name
4302  Patoutville Road

Apt. Ste. Flr.  Number
☐ ☐ ☐

City or Town
Jeanerette

State
LA

ZIP Code
70544

Province

Postal Code

Country
United States

**Contact Information**

Daytime Telephone Number

Mobile Telephone Number
337-256-2752

Email Address (if any)
ghebert 56 @ yahoo.com

## Taxpayer Identification Numbers

25.  Provide the following information, as applicable.

Employer Identification Number (EIN)
▶ 72 - 0558470

Individual Taxpayer Identification Number (ITIN)
▶

U.S. Social Security Number (SSN)
▶

## Other Information

26.  Type of Business Activity(ies)
Agriculture

Year Established
1945

Current Number of Employees in the United States
3

Gross Annual Income
1,250,000

Net Annual Income
200,000

## Joint Employer's Certification

I agree to the conditions of H-2A eligibility employment, and agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

27.  Family Name (Last Name) of Authorized Signatory
Hebert

Given Name (First Name) of Authorized Signatory
Gary

Title of Authorized Signatory
Owner

28.  Signature of Authorized Signatory
Gary Hebert

Date of Signature (mm/dd/yyyy)
07/29/2025

SCSCGA - 003257

| Section 2. Complete This Section If Filing for H-2A or H-2B Classification (continued) | | |
|---|---|---|

21. The petitioner agrees to notify DHS beginning on a date and in a manner specified in a notice published in the Federal Register within 2 workdays if: an H-2A/H-2B worker does not report for work within 5 workdays after the employment start date stated on the petition or, applicable to H-2A petitioners only, within 5 workdays of the start date established by the petitioner, whichever is later; the agricultural labor or services for which H-2A/H-2B workers were hired is completed more than 30 days early; or the H-2A/ H-2B worker does not report for work for a period of 5 consecutive workdays without the consent of the employer or is terminated prior to the completion of agricultural labor or services for which he or she was hired.  ☒ Yes  ☐ No

See www.uscis.gov/h-2a and www.uscis.gov/h-2b, respectively, for the appropriate manner of notifying DHS as specified in a notice published in the Federal Register.

NOTE: The above notification is a petitioner obligation and does not represent an indication of wrongdoing on the part of the worker. Further, USCIS does not consider the information provided in a petitioner notification, alone, to be conclusive evidence regarding the worker's current status. "Workday" means the period between the time on any particular day when such employee commences his or her principal activity and the time on that day at which he or she ceases such principal activity or activities.

22. The petitioner agrees to retain evidence of such notification and make it available for inspection by DHS officers for a one-year period.  ☒ Yes  ☐ No

23. For H-2A petitioners only: The petitioner agrees to pay $10 in liquidated damages for each instance where it cannot demonstrate it is in compliance with the notification requirement.  ☒ Yes  ☐ No

The petitioner must execute Part A. If the petitioner is the employer's agent, the employer must execute Part B. If there are joint employers, they must each execute Part C.

## Part A. Petitioner

By filing this petition, I agree to the conditions of H-2A/H-2B employment, agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS, and agree to the notification requirements. For H-2A petitioners: I also agree to the liquidated damages requirements defined in 8 CFR 214.2(h)(5)(vi)(B)(3).

| Signature of Petitioner | Name of Petitioner | Date (mm/dd/yyyy) |
|---|---|---|
| ➡ | Ricky Gonsoulin | |

## Part B. Employer who is not the petitioner

I certify that I have authorized the party filing this petition to act as my agent in this regard. I assume full responsibility for all representations made by this agent on my behalf and agree to the conditions of H-2A/H-2B eligibility. I agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

| Signature of Employer | Name of Employer | Date (mm/dd/yyyy) |
|---|---|---|
| | | |

## Part C. Joint Employers

24. For H-2A petitioners only: A separate Part C. must be submitted for each Joint Employer.

Legal Name of Individual Joint Employer

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| ROBICHAUX | MICHAEL | WILLIAM |

Joint Employer Company or Organization Name

| FRANK MARTIN FARMS INC |
|---|

SCSCGA - 003258

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification  (continued)

Mailing Address of Joint Employer

In Care Of Name (if any)

FRANK MARTIN FARMS INC

Street Number and Name

7001 HWY 182

Apt. Ste. Flr. Number

☐ ☐ ☐

City or Town

FRANKLIN

State

LA

ZIP Code

70538

Province

Postal Code

Country

United States

Contact Information

Daytime Telephone Number

Mobile Telephone Number

337-578-8426

Email Address (if any)

MBROBICHAUX@COX.NET

## Taxpayer Identification Numbers

25. Provide the following information, as applicable.

Employer Identification Number (EIN)

► 72-0550687

Individual Taxpayer Identification Number (ITIN)

► 

U.S. Social Security Number (SSN)

► 

## Other Information

26. Type of Business Activity(ies)

SUGAR CANE FARM

Year Established

1961

Current Number of Employees in the United States

8

Gross Annual Income

1,394,400

Net Annual Income

## Joint Employer's Certification

I agree to the conditions of H-2A eligibility employment, and agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

27. Family Name (Last Name) of Authorized Signatory

ROBICHAUX

Given Name (First Name) of Authorized Signatory

MICHAEL

Title of Authorized Signatory

PRESIDENT

28. Signature of Authorized Signatory

Date of Signature (mm/dd/yyyy)

05/10/2024

Form I-129   Edition  01/20/25

SCSCGA - 003259

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification  (continued)

21. The petitioner agrees to notify DHS beginning on a date and in a manner specified in a notice published in the Federal Register within 2 workdays if: an H-2A/H-2B worker does not report for work within 5 workdays after the employment start date stated on the petition or, applicable to H-2A petitioners only, within 5 workdays of the start date established by the petitioner, whichever is later; the agricultural labor or services for which H-2A/H-2B workers were hired is completed more than 30 days early; or the H-2A/H-2B worker does not report for work for a period of 5 consecutive workdays without the consent of the employer or is terminated prior to the completion of agricultural labor or services for which he or she was hired. — [x] Yes  [ ] No

See www.uscis.gov/h-2a and www.uscis.gov/h-2b, respectively, for the appropriate manner of notifying DHS as specified in a notice published in the Federal Register.

NOTE: The above notification is a petitioner obligation and does not represent an indication of wrongdoing on the part of the worker.  Further, USCIS does not consider the information provided in a petitioner notification, alone, to be conclusive evidence regarding the worker's current status.  "Workday" means the period between the time on any particular day when such employee commences his or her principal activity and the time on that day at which he or she ceases such principal activity or activities.

22. The petitioner agrees to retain evidence of such notification and make it available for inspection by DHS officers for a one-year period. — [x] Yes  [ ] No

23. **For H-2A petitioners only:**  The petitioner agrees to pay $10 in liquidated damages for each instance where it cannot demonstrate it is in compliance with the notification requirement. — [x] Yes  [ ] No

The petitioner must execute Part A.  If the petitioner is the employer's agent, the employer must execute Part B.  If there are joint employers, they must each execute Part C.

### Part A.  Petitioner

By filing this petition, I agree to the conditions of H-2A/H-2B employment, agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS, and agree to the notification requirements.  For H-2A petitioners: I also agree to the liquidated damages requirements defined in 8 CFR 214.2(h)(5)(vi)(B)(3).

| Signature of Petitioner | Name of Petitioner | Date (mm/dd/yyyy) |
|---|---|---|
| ➡ | Ricky Gonsoulin | |

### Part B.  Employer who is not the petitioner

I certify that I have authorized the party filing this petition to act as my agent in this regard.  I assume full responsibility for all representations made by this agent on my behalf and agree to the conditions of H-2A/H-2B eligibility.  I agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

| Signature of Employer | Name of Employer | Date (mm/dd/yyyy) |
|---|---|---|
| | | |

### Part C.  Joint Employers

24. **For H-2A petitioners only:**  A separate Part C. must be submitted for each Joint Employer.

Legal Name of Individual Joint Employer

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| CREMALDI | MICHAEL | RUSSELL |

Joint Employer Company or Organization Name

CREMALDI FARMS LLC

SCSCGA - 003260

## Section 2.   Complete This Section If Filing for H-2A or H-2B Classification  (continued)

**Mailing Address of Joint Employer**

In Care Of Name (if any)

MICHAEL CREMALDI

Street Number and Name | Apt. Ste. Flr.  Number
222 RIVERBEND DRIVE | ☐ ☐ ☐

| City or Town | State | ZIP Code |
|---|---|---|
| PATTERSON | LA | 70392 |

| Province | Postal Code | Country |
|---|---|---|
| | | United States |

**Contact Information**

| Daytime Telephone Number | Mobile Telephone Number | Email Address (if any) |
|---|---|---|
| 985-518-7157 | 985-518-7157 | |

### Taxpayer Identification Numbers

25.   Provide the following information, as applicable.

Employer Identification Number (EIN)
► 72-1495042

Individual Taxpayer Identification Number (ITIN)
►

U.S. Social Security Number (SSN)
►

### Other Information

26.   Type of Business Activity(ies) | Year Established
SUGARCANE FARM | 1996

| Current Number of Employees in the United States | Gross Annual Income | Net Annual Income |
|---|---|---|
| 0 | 0 | 0 |

### Joint Employer's Certification

I agree to the conditions of H-2A eligibility employment, and agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

27.   Family Name (Last Name) of Authorized Signatory | Given Name (First Name) of Authorized Signatory
CREMALDI | MICHAEL

Title of Authorized Signatory
OWNER

28.   Signature of Authorized Signatory | Date of Signature (mm/dd/yyyy)
*Michael Cremaldi* | 8-2-25

SCSCGA - 003261

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification  (continued)

21.  The petitioner agrees to notify DHS beginning on a date and in a manner specified in a notice published in the Federal Register within 2 workdays if: an H-2A/H-2B worker does not report for work within 5 workdays after the employment start date stated on the petition or, applicable to H-2A petitioners only, within 5 workdays of the start date established by the petitioner, whichever is later; the agricultural labor or services for which H-2A/H-2B workers were hired is completed more than 30 days early; or the H-2A/H-2B worker does not report for work for a period of 5 consecutive workdays without the consent of the employer or is terminated prior to the completion of agricultural labor or services for which he or she was hired.   [x] Yes  [ ] No

See www.uscis.gov/h-2a and www.uscis.gov/h-2b, respectively, for the appropriate manner of notifying DHS as specified in a notice published in the Federal Register.

NOTE:  The above notification is a petitioner obligation and does not represent an indication of wrongdoing on the part of the worker.  Further, USCIS **does not** consider the information provided in a petitioner notification, alone, to be conclusive evidence regarding the worker's current status.  "Workday" means the period between the time on any particular day when such employee commences his or her principal activity and the time on that day at which he or she ceases such principal activity or activities.

22.  The petitioner agrees to retain evidence of such notification and make it available for inspection by DHS officers for a one-year period.   [x] Yes  [ ] No

23.  **For H-2A petitioners only:**  The petitioner agrees to pay $10 in liquidated damages for each instance where it cannot demonstrate it is in compliance with the notification requirement.   [x] Yes  [ ] No

The petitioner must execute **Part A.**  If the petitioner is the employer's agent, the employer must execute **Part B.**  If there are joint employers, they must each execute **Part C.**

### Part A.  Petitioner

By filing this petition, I agree to the conditions of H-2A/H-2B employment, agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS, and agree to the notification requirements.  For H-2A petitioners: I also agree to the liquidated damages requirements defined in 8 CFR 214.2(h)(5)(vi)(B)(3).

| Signature of Petitioner | Name of Petitioner | Date (mm/dd/yyyy) |
|---|---|---|
| ➡ | Ricky Gonsoulin | |

### Part B.  Employer who is not the petitioner

I certify that I have authorized the party filing this petition to act as my agent in this regard.  I assume full responsibility for all representations made by this agent on my behalf and agree to the conditions of H-2A/H-2B eligibility.  I agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

| Signature of Employer | Name of Employer | Date (mm/dd/yyyy) |
|---|---|---|
| | | |

### Part C.  Joint Employers

24.  **For H-2A petitioners only:**  A separate **Part C.** must be submitted for each Joint Employer.

Legal Name of Individual Joint Employer

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| | | |

Joint Employer Company or Organization Name

FREyou Farms, Inc.

SCSCGA - 003262

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification  (continued)

**Mailing Address of Joint Employer**

In Care Of Name (if any)

Clint Freyou

Street Number and Name

6404 E. Hwy 90

Apt. Ste. Flr.  Number
☐ ☐ ☐

City or Town

New Iberia

State  LA

ZIP Code  70560

| Province | Postal Code | Country |
|---|---|---|
| | | United States |

**Contact Information**

| Daytime Telephone Number | Mobile Telephone Number | Email Address (if any) |
|---|---|---|
| | 337-380-3242 | casunsugarman1958@yahoo.com |

### Taxpayer Identification Numbers

25.  Provide the following information, as applicable.

Employer Identification Number (EIN)
► 45-3797632

Individual Taxpayer Identification Number (ITIN)
►

U.S. Social Security Number (SSN)
►

### Other Information

26.  Type of Business Activity(ies)

Sugarcane Farming

Year Established
2015

| Current Number of Employees in the United States | Gross Annual Income | Net Annual Income |
|---|---|---|
| 0 | 713,000 | 87854.16 |

### Joint Employer's Certification

I agree to the conditions of H-2A eligibility employment, and agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

27.  Family Name (Last Name) of Authorized Signatory

Freyou

Given Name (First Name) of Authorized Signatory

Clint

Title of Authorized Signatory

Owner

28.  Signature of Authorized Signatory

Clint Freyou

Date of Signature (mm/dd/yyyy)
7/30/2025

SCSCGA - 003263

## Section 2. Complete This Section If Filing for H-2A or H-2B Classification (continued)

21. The petitioner agrees to notify DHS beginning on a date and in a manner specified in a notice published in the Federal Register within 2 workdays if: an H-2A/H-2B worker does not report for work within 5 workdays after the employment start date stated on the petition or, applicable to H-2A petitioners only, within 5 workdays of the start date established by the petitioner, whichever is later; the agricultural labor or services for which H-2A/H-2B workers were hired is completed more than 30 days early; or the H-2A/H-2B worker does not report for work for a period of 5 consecutive workdays without the consent of the employer or is terminated prior to the completion of agricultural labor or services for which he or she was hired.  ☒ Yes ☐ No

See www.uscis.gov/h-2a and www.uscis.gov/h-2b, respectively, for the appropriate manner of notifying DHS as specified in a notice published in the Federal Register.

NOTE: The above notification is a petitioner obligation and does not represent an indication of wrongdoing on the part of the worker. Further, USCIS does not consider the information provided in a petitioner notification, alone, to be conclusive evidence regarding the worker's current status. "Workday" means the period between the time on any particular day when such employee commences his or her principal activity and the time on that day at which he or she ceases such principal activity or activities.

22. The petitioner agrees to retain evidence of such notification and make it available for inspection by DHS officers for a one-year period.  ☒ Yes ☐ No

23. For H-2A petitioners only: The petitioner agrees to pay $10 in liquidated damages for each instance where it cannot demonstrate it is in compliance with the notification requirement.  ☒ Yes ☐ No

The petitioner must execute Part A. If the petitioner is the employer's agent, the employer must execute Part B. If there are joint employers, they must each execute Part C.

### Part A. Petitioner

By filing this petition, I agree to the conditions of H-2A/H-2B employment, agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS, and agree to the notification requirements. For H-2A petitioners: I also agree to the liquidated damages requirements defined in 8 CFR 214.2(h)(5)(vi)(B)(3).

| Signature of Petitioner | Name of Petitioner | Date (mm/dd/yyyy) |
|---|---|---|
| ⇒ | Ricky Gonsoulin | |

### Part B. Employer who is not the petitioner

I certify that I have authorized the party filing this petition to act as my agent in this regard. I assume full responsibility for all representations made by this agent on my behalf and agree to the conditions of H-2A/H-2B eligibility. I agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

| Signature of Employer | Name of Employer | Date (mm/dd/yyyy) |
|---|---|---|
| | | |

### Part C. Joint Employers

24. For H-2A petitioners only: A separate Part C must be submitted for each Joint Employer.

Legal Name of Individual Joint Employer

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| GREZAFFI | LUKE | |

Joint Employer Company or Organization Name

| SEVENTY ONE PANTATION PLANTING COMPANY |
|---|

SCSCGA - 003264

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification  (continued)

### Mailing Address of Joint Employer

In Care Of Name (if any)

Street Number and Name

7865 FALSE RIVER TAOD

Apt. Ste. Flr.  Number

☐ ☐ ☐

City or Town

OSCAR

State

LA

ZIP Code

70762

Province

Postal Code

Country

United States

### Contact Information

Daytime Telephone Number

225-718-2323

Mobile Telephone Number

Email Address (if any)

LUKEJGREZAFFI@GMAIL.COM

## Taxpayer Identification Numbers

25.  Provide the following information, as applicable.

Employer Identification Number (EIN)

► 72-1441089

Individual Taxpayer Identification Number (ITIN)

► 

U.S. Social Security Number (SSN)

► 

## Other Information

26.  Type of Business Activity(ies)

AGRICULTURE - ROW CROP FARMING

Year Established

1997

Current Number of Employees in the United States

5

Gross Annual Income

6,000,000

Net Annual Income

1,000,000

## Joint Employer's Certification

I agree to the conditions of H-2A eligibility employment, and agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

27.  Family Name (Last Name) of Authorized Signatory

GREZAFFI

Given Name (First Name) of Authorized Signatory

LUKE

Title of Authorized Signatory

MANAGER

28.  Signature of Authorized Signatory

Date of Signature (mm/dd/yyyy)

8/2/2025

SCSCGA - 003265

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification (continued)

21.  The petitioner agrees to notify DHS beginning on a date and in a manner specified in a notice published in the Federal Register within 2 workdays if: an H-2A/H-2B worker does not report for work within 5 workdays after the employment start date stated on the petition or, applicable to H-2A petitioners only, within 5 workdays of the start date established by the petitioner, whichever is later; the agricultural labor or services for which H-2A/H-2B workers were hired is completed more than 30 days early; or the H-2A/H-2B worker does not report for work for a period of 5 consecutive workdays without the consent of the employer or is terminated prior to the completion of agricultural labor or services for which he or she was hired.    [x] Yes  [ ] No

See www.uscis.gov/h-2a and www.uscis.gov/h-2b, respectively, for the appropriate manner of notifying DHS as specified in a notice published in the Federal Register.

NOTE: The above notification is a petitioner obligation and does not represent an indication of wrongdoing on the part of the worker.  Further, USCIS **does not** consider the information provided in a petitioner notification, alone, to be conclusive evidence regarding the worker's current status. "Workday" means the period between the time on any particular day when such employee commences his or her principal activity and the time on that day at which he or she ceases such principal activity or activities.

22.  The petitioner agrees to retain evidence of such notification and make it available for inspection by DHS officers for a one-year period.    [x] Yes  [ ] No

23.  **For H-2A petitioners only:**  The petitioner agrees to pay $10 in liquidated damages for each instance where it cannot demonstrate it is in compliance with the notification requirement.    [x] Yes  [ ] No

The petitioner must execute **Part A.**  If the petitioner is the employer's agent, the employer must execute **Part B.**  If there are joint employers, they must each execute **Part C.**

### Part A.  Petitioner

By filing this petition, I agree to the conditions of H-2A/H-2B employment, agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS, and agree to the notification requirements.  For H-2A petitioners: I also agree to the liquidated damages requirements defined in 8 CFR 214.2(h)(5)(vi)(B)(3).

| Signature of Petitioner | Name of Petitioner | Date (mm/dd/yyyy) |
|---|---|---|
| ➡ | Ricky Gonsoulin | |

### Part B.  Employer who is not the petitioner

I certify that I have authorized the party filing this petition to act as my agent in this regard.  I assume full responsibility for all representations made by this agent on my behalf and agree to the conditions of H-2A/H-2B eligibility.  I agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

| Signature of Employer | Name of Employer | Date (mm/dd/yyyy) |
|---|---|---|
| | | |

### Part C.  Joint Employers

24.  **For H-2A petitioners only:**  A separate **Part C.** must be submitted for each Joint Employer.

Legal Name of Individual Joint Employer

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| Soileau | MELViN | KEnt |

Joint Employer Company or Organization Name

K E M Cane, LLC

**Section 2.  Complete This Section If Filing for H-2A or H-2B Classification**  (continued)

**Mailing Address of Joint Employer**

In Care Of Name (if any)

Kent Soileau

Street Number and Name

277 WPA Road

Apt. Ste. Flr.  Number
☐ ☐ ☐

City or Town

BUNKIE

State
LA

ZIP Code
71322

Province

Postal Code

Country
United States

**Contact Information**

Daytime Telephone Number
337-945-9120

Mobile Telephone Number

Email Address (if any)

### Taxpayer Identification Numbers

25. Provide the following information, as applicable.

Employer Identification Number (EIN)
► 71-0914264

Individual Taxpayer Identification Number (ITIN)
►

U.S. Social Security Number (SSN)
►

### Other Information

26. Type of Business Activity(ies)
Farmer

Year Established
1996

Current Number of Employees in the United States
4

Gross Annual Income
4,000,000

Net Annual Income
150,000

### Joint Employer's Certification

I agree to the conditions of H-2A eligibility employment, and agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

27. Family Name (Last Name) of Authorized Signatory
Soileau

Given Name (First Name) of Authorized Signatory
Melvin

Title of Authorized Signatory
MEMBER

28. Signature of Authorized Signatory

Date of Signature (mm/dd/yyyy)
7/30/2025

SCSCGA - 003267

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification  (continued)

21. The petitioner agrees to notify DHS beginning on a date and in a manner specified in a notice published in the Federal Register within 2 workdays if: an H-2A/H-2B worker does not report for work within 5 workdays after the employment start date stated on the petition or, applicable to H-2A petitioners only, within 5 workdays of the start date established by the petitioner, whichever is later; the agricultural labor or services for which H-2A/H-2B workers were hired is completed more than 30 days early; or the H-2A/H-2B worker does not report for work for a period of 5 consecutive workdays without the consent of the employer or is terminated prior to the completion of agricultural labor or services for which he or she was hired.  [x] Yes   [ ] No

See www.uscis.gov/h-2a and www.uscis.gov/h-2b, respectively, for the appropriate manner of notifying DHS as specified in a notice published in the Federal Register.

NOTE: The above notification is a petitioner obligation and does not represent an indication of wrongdoing on the part of the worker.  Further, USCIS does not consider the information provided in a petitioner notification, alone, to be conclusive evidence regarding the worker's current status.  "Workday" means the period between the time on any particular day when such employee commences his or her principal activity and the time on that day at which he or she ceases such principal activity or activities.

22. The petitioner agrees to retain evidence of such notification and make it available for inspection by DHS officers for a one-year period.  [x] Yes   [ ] No

23. For H-2A petitioners only:  The petitioner agrees to pay $10 in liquidated damages for each instance where it cannot demonstrate it is in compliance with the notification requirement.  [x] Yes   [ ] No

The petitioner must execute Part A.  If the petitioner is the employer's agent, the employer must execute Part B.  If there are joint employers, they must each execute Part C.

### Part A.  Petitioner

By filing this petition, I agree to the conditions of H-2A/H-2B employment, agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS, and agree to the notification requirements.  For H-2A petitioners: I also agree to the liquidated damages requirements defined in 8 CFR 214.2(h)(5)(vi)(B)(3).

| Signature of Petitioner | Name of Petitioner | Date (mm/dd/yyyy) |
|---|---|---|
| ➡ | Ricky Gonsoulin | |

### Part B.  Employer who is not the petitioner

I certify that I have authorized the party filing this petition to act as my agent in this regard.  I assume full responsibility for all representations made by this agent on my behalf and agree to the conditions of H-2A/H-2B eligibility.  I agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

| Signature of Employer | Name of Employer | Date (mm/dd/yyyy) |
|---|---|---|
| | | |

### Part C.  Joint Employers

24. For H-2A petitioners only:  A separate Part C. must be submitted for each Joint Employer.

Legal Name of Individual Joint Employer

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| RODRIGUEZ | KEVIN | P |

Joint Employer Company or Organization Name

RODRIGUEZ BROTHERS FARMS LLC

SCSCGA - 003268

## Section 2. Complete This Section If Filing for H-2A or H-2B Classification  (continued)

### Mailing Address of Joint Employer

In Care Of Name (if any)

Street Number and Name

PO BOX 420

Apt. Ste. Flr.  Number
☐ ☐ ☐

City or Town

FRANKLIN

State

LA

ZIP Code

70538

Province

Postal Code

Country

United States

### Contact Information

Daytime Telephone Number

337-201-1907

Mobile Telephone Number

Email Address (if any)

RODRIGUEZBROFARMS@YAHOO.COM

## Taxpayer Identification Numbers

25.  Provide the following information, as applicable.

Employer Identification Number (EIN)

▶

Individual Taxpayer Identification Number (ITIN)

▶ 8 4 3 9 9 5 6 3 7

U.S. Social Security Number (SSN)

▶ 4 3 3 9 2 0 2 5 7

## Other Information

26.  Type of Business Activity(ies)

FARMER

Year Established

1994

Current Number of Employees in the United States

4

Gross Annual Income

56,000

Net Annual Income

44,000

## Joint Employer's Certification

I agree to the conditions of H-2A eligibility employment, and agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

27.  Family Name (Last Name) of Authorized Signatory

RODRIGUEZ

Given Name (First Name) of Authorized Signatory

KEVIN

Title of Authorized Signatory

PARTNER

28.  Signature of Authorized Signatory

*Kevin Rodriguez*

Date of Signature (mm/dd/yyyy)

8/02/2025

Form I-129  Edition  01/20/25

SCSCGA - 003269

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification (continued)

21. The petitioner agrees to notify DHS beginning on a date and in a manner specified in a notice published in the Federal Register within 2 workdays if: an H-2A/H-2B worker does not report for work within 5 workdays after the employment start date stated on the petition or, applicable to H-2A petitioners only, within 5 workdays of the start date established by the petitioner, whichever is later; the agricultural labor or services for which H-2A/H-2B workers were hired is completed more than 30 days early; or the H-2A/H-2B worker does not report for work for a period of 5 consecutive workdays without the consent of the employer or is terminated prior to the completion of agricultural labor or services for which he or she was hired.   [x] Yes   [ ] No

   See www.uscis.gov/h-2a and www.uscis.gov/h-2b, respectively, for the appropriate manner of notifying DHS as specified in a notice published in the Federal Register.

   **NOTE:** The above notification is a petitioner obligation and does not represent an indication of wrongdoing on the part of the worker. Further, USCIS **does not** consider the information provided in a petitioner notification, alone, to be conclusive evidence regarding the worker's current status. "Workday" means the period between the time on any particular day when such employee commences his or her principal activity and the time on that day at which he or she ceases such principal activity or activities.

22. The petitioner agrees to retain evidence of such notification and make it available for inspection by DHS officers for a one-year period.   [x] Yes   [ ] No

23. **For H-2A petitioners only:** The petitioner agrees to pay $10 in liquidated damages for each instance where it cannot demonstrate it is in compliance with the notification requirement.   [x] Yes   [ ] No

The petitioner must execute **Part A.** If the petitioner is the employer's agent, the employer must execute **Part B.** If there are joint employers, they must each execute **Part C.**

### Part A.  Petitioner

By filing this petition, I agree to the conditions of H-2A/H-2B employment, agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS, and agree to the notification requirements. For H-2A petitioners: I also agree to the liquidated damages requirements defined in 8 CFR 214.2(h)(5)(vi)(B)(3).

| Signature of Petitioner | Name of Petitioner | Date (mm/dd/yyyy) |
|---|---|---|
| ➡ | Ricky Gonsoulin | |

### Part B.  Employer who is not the petitioner

I certify that I have authorized the party filing this petition to act as my agent in this regard. I assume full responsibility for all representations made by this agent on my behalf and agree to the conditions of H-2A/H-2B eligibility. I agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

| Signature of Employer | Name of Employer | Date (mm/dd/yyyy) |
|---|---|---|
| | | |

### Part C.  Joint Employers

24. **For H-2A petitioners only:** A separate **Part C.** must be submitted for each Joint Employer.

   Legal Name of Individual Joint Employer

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| | | |

   Joint Employer Company or Organization Name

   Adam Halbert Farms

SCSCGA - 003270

**Section 2. Complete This Section If Filing for H-2A or H-2B Classification** (continued)

**Mailing Address of Joint Employer**

In Care Of Name (if any)

Adam Halbert FARMS

Street Number and Name

P.O. Box 345

Apt. Ste. Flr. Number ☐ ☐ ☐

City or Town

Cheneyville

State LA

ZIP Code 71325

Province

Postal Code

Country

United States

**Contact Information**

Daytime Telephone Number

Mobile Telephone Number 318-447-3759

Email Address (if any) adamhalbert 25 @ gmail.com

*Taxpayer Identification Numbers*

25. Provide the following information, as applicable.

Employer Identification Number (EIN) ► 14-1999205

Individual Taxpayer Identification Number (ITIN) ►

U.S. Social Security Number (SSN) ►

*Other Information*

26. Type of Business Activity(ies)

Farming / Agriculture

Year Established 1999

Current Number of Employees in the United States 0

Gross Annual Income 375,000

Net Annual Income 10,000

*Joint Employer's Certification*

I agree to the conditions of H-2A eligibility employment, and agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

27. Family Name (Last Name) of Authorized Signatory

Halbert

Given Name (First Name) of Authorized Signatory

Adam

Title of Authorized Signatory

Owner.

28. Signature of Authorized Signatory

Date of Signature (mm/dd/yyyy) 7/30/2025

Form I-129 Edition 01/20/25

Page 19 of 38

SCSCGA - 003271

## Section 2. Complete This Section If Filing for H-2A or H-2B Classification (continued)

21. The petitioner agrees to notify DHS beginning on a date and in a manner specified in a notice published in the Federal Register within 2 workdays if: an H-2A/H-2B worker does not report for work within 5 workdays after the employment start date stated on the petition or, applicable to H-2A petitioners only, within 5 workdays of the start date established by the petitioner, whichever is later; the agricultural labor or services for which H-2A/H-2B workers were hired is completed more than 30 days early; or the H-2A/H-2B worker does not report for work for a period of 5 consecutive workdays without the consent of the employer or is terminated prior to the completion of agricultural labor or services for which he or she was hired. ☒ Yes ☐ No

See www.uscis.gov/h-2a and www.uscis.gov/h-2b, respectively, for the appropriate manner of notifying DHS as specified in a notice published in the Federal Register.

NOTE: The above notification is a petitioner obligation and does not represent an indication of wrongdoing on the part of the worker. Further, USCIS **does not** consider the information provided in a petitioner notification, alone, to be conclusive evidence regarding the worker's current status. "Workday" means the period between the time on any particular day when such employee commences his or her principal activity and the time on that day at which he or she ceases such principal activity or activities.

22. The petitioner agrees to retain evidence of such notification and make it available for inspection by DHS officers for a one-year period. ☒ Yes ☐ No

23. **For H-2A petitioners only:** The petitioner agrees to pay $10 in liquidated damages for each instance where it cannot demonstrate it is in compliance with the notification requirement. ☒ Yes ☐ No

The petitioner must execute **Part A.** If the petitioner is the employer's agent, the employer must execute **Part B.** If there are joint employers, they must each execute **Part C.**

### Part A. Petitioner

By filing this petition, I agree to the conditions of H-2A/H-2B employment, agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS, and agree to the notification requirements. For H-2A petitioners: I also agree to the liquidated damages requirements defined in 8 CFR 214.2(h)(5)(vi)(B)(3).

| Signature of Petitioner | Name of Petitioner | Date (mm/dd/yyyy) |
|---|---|---|
| ➡ | Ricky Gonsoulin | |

### Part B. Employer who is not the petitioner

I certify that I have authorized the party filing this petition to act as my agent in this regard. I assume full responsibility for all representations made by this agent on my behalf and agree to the conditions of H-2A/H-2B eligibility. I agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

| Signature of Employer | Name of Employer | Date (mm/dd/yyyy) |
|---|---|---|
| | | |

### Part C. Joint Employers

24. **For H-2A petitioners only:** A separate **Part C.** must be submitted for each Joint Employer.

Legal Name of Individual Joint Employer

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| Lyles | Christopher | Wayne |

Joint Employer Company or Organization Name

Form I-129   Edition   01/20/25

---

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification  (continued)

**Mailing Address of Joint Employer**

In Care Of Name (if any)

Chris Lyles

Street Number and Name,

P.O. Box 381

Apt. Ste. Flr.  Number

☐ ☐ ☐

City or Town

Lecompte

State

LA

ZIP Code:

71396

Province

Postal Code

Country

United States

**Contact Information**

Daytime Telephone Number

Mobile Telephone Number

318-447-8731

Email Address (if any)

chriswlyles@gmail.com

### Taxpayer Identification Numbers

25.  Provide the following information, as applicable.

Employer Identification Number (EIN)

▶

Individual Taxpayer Identification Number (ITIN)

▶

U.S. Social Security Number (SSN)

▶ 4 3 9 1 9 2 8 6 5

### Other Information

26.  Type of Business Activity(ies)

Sugarcane Farming

Year Established,

1989

Current Number of Employees in the United States

0

Gross Annual Income

500,000

Net Annual Income,

100,000

### Joint Employer's Certification

I agree to the conditions of H-2A eligibility employment, and agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

27.  Family Name (Last Name) of Authorized Signatory

Lyles

Given Name (First Name) of Authorized Signatory

Christopher

Title of Authorized Signatory

Owner

28.  Signature of Authorized Signatory

Date of Signature (mm/dd/yyyy)

7-30-25

---

SCSCGA - 003273

## Section 2. Complete This Section If Filing for H-2A or H-2B Classification (continued)

21. The petitioner agrees to notify DHS beginning on a date and in a manner specified in a notice published in the Federal Register within 2 workdays if: an H-2A/H-2B worker does not report for work within 5 workdays after the employment start date stated on the petition or, applicable to H-2A petitioners only, within 5 workdays of the start date established by the petitioner, whichever is later; the agricultural labor or services for which H-2A/H-2B workers were hired is completed more than 30 days early; or the H-2A/H-2B worker does not report for work for a period of 5 consecutive workdays without the consent of the employer or is terminated prior to the completion of agricultural labor or services for which he or she was hired.    [x] Yes   [ ] No

    See www.uscis.gov/h-2a and www.uscis.gov/h-2b, respectively, for the appropriate manner of notifying DHS as specified in a notice published in the Federal Register.

    **NOTE:** The above notification is a petitioner obligation and does not represent an indication of wrongdoing on the part of the worker. Further, USCIS **does not** consider the information provided in a petitioner notification, alone, to be conclusive evidence regarding the worker's current status. "Workday" means the period between the time on any particular day when such employee commences his or her principal activity and the time on that day at which he or she ceases such principal activity or activities.

22. The petitioner agrees to retain evidence of such notification and make it available for inspection by DHS officers for a one-year period.    [x] Yes   [ ] No

23. **For H-2A petitioners only:** The petitioner agrees to pay $10 in liquidated damages for each instance where it cannot demonstrate it is in compliance with the notification requirement.    [x] Yes   [ ] No

The petitioner must execute **Part A.** If the petitioner is the employer's agent, the employer must execute **Part B.** If there are joint employers, they must each execute **Part C.**

### Part A. Petitioner

By filing this petition, I agree to the conditions of H-2A/H-2B employment, agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS, and agree to the notification requirements. For H-2A petitioners: I also agree to the liquidated damages requirements defined in 8 CFR 214.2(h)(5)(vi)(B)(3).

| Signature of Petitioner | Name of Petitioner | Date (mm/dd/yyyy) |
|---|---|---|
| ➡ | Ricky Gonsoulin | |

### Part B. Employer who is not the petitioner

I certify that I have authorized the party filing this petition to act as my agent in this regard. I assume full responsibility for all representations made by this agent on my behalf and agree to the conditions of H-2A/H-2B eligibility. I agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

| Signature of Employer | Name of Employer | Date (mm/dd/yyyy) |
|---|---|---|
| | | |

### Part C. Joint Employers

24. **For H-2A petitioners only:** A separate **Part C.** must be submitted for each Joint Employer.

    Legal Name of Individual Joint Employer

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| LuKE | DaniEl | Anthony |

    Joint Employer Company or Organization Name
    AntoinE LuKE FARm, Inc.

SCSCGA - 003274

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification  (continued)

### Mailing Address of Joint Employer

In Care Of Name (if any)

ANTOINE LUKE FARM INC.

| Street Number and Name | Apt. Ste. Flr. | Number |
|---|---|---|
| 1698 IRISH BEND ROAD | ☐ ☐ ☐ | |

| City or Town | State | ZIP Code |
|---|---|---|
| FRANKLIN | LA | 70538 |

| Province | Postal Code | Country |
|---|---|---|
| | 70538 | USA |

### Contact Information

| Daytime Telephone Number | Mobile Telephone Number | Email Address (if any) |
|---|---|---|
| 337-350-1860 | 337-350-1860 | dannylk0224@gmail.com |

### Taxpayer Identification Numbers

25.  Provide the following information, as applicable.

Employer Identification Number (EIN)
► 72-1301197

Individual Taxpayer Identification Number (ITIN)
►

U.S. Social Security Number (SSN)
►

### Other Information

26.  Type of Business Activity(ies)

| Type of Business Activity(ies) | Year Established |
|---|---|
| sugarcane farm | 1995 |

| Current Number of Employees in the United States | Gross Annual Income | Net Annual Income |
|---|---|---|
| 7 | 2,343,000 | 21,000 |

### Joint Employer's Certification

I agree to the conditions of H-2A eligibility employment, and agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

27.

| Family Name (Last Name) of Authorized Signatory | Given Name (First Name) of Authorized Signatory |
|---|---|
| LUKE | DANIEL |

Title of Authorized Signatory

PRESIDENT

28.

| Signature of Authorized Signatory | Date of Signature (mm/dd/yyyy) |
|---|---|
| *Daniel A. Luke* | 08/04/2025 |

SCSCGA - 003275

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification  (continued)

21.  The petitioner agrees to notify DHS beginning on a date and in a manner specified in a notice published in the Federal Register within 2 workdays if: an H-2A/H-2B worker does not report for work within 5 workdays after the employment start date stated on the petition or, applicable to H-2A petitioners only, within 5 workdays of the start date established by the petitioner, whichever is later; the agricultural labor or services for which H-2A/H-2B workers were hired is completed more than 30 days early; or the H-2A/ H-2B worker does not report for work for a period of 5 consecutive workdays without the consent of the employer or is terminated prior to the completion of agricultural labor or services for which he or she was hired.    [x] Yes   [ ] No

See **www.uscis.gov/h-2a** and **www.uscis.gov/h-2b**, respectively, for the appropriate manner of notifying DHS as specified in a notice published in the Federal Register.

**NOTE:**  The above notification is a petitioner obligation and does not represent an indication of wrongdoing on the part of the worker.  Further, USCIS **does not** consider the information provided in a petitioner notification, alone, to be conclusive evidence regarding the worker's current status.  "Workday" means the period between the time on any particular day when such employee commences his or her principal activity and the time on that day at which he or she ceases such principal activity or activities.

22.  The petitioner agrees to retain evidence of such notification and make it available for inspection by DHS officers for a one-year period.    [x] Yes   [ ] No

23.  **For H-2A petitioners only:**  The petitioner agrees to pay $10 in liquidated damages for each instance where it cannot demonstrate it is in compliance with the notification requirement.    [x] Yes   [ ] No

The petitioner must execute **Part A.**  If the petitioner is the employer's agent, the employer must execute **Part B.**  If there are joint employers, they must each execute **Part C.**

### Part A.  Petitioner

By filing this petition, I agree to the conditions of H-2A/H-2B employment, agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS, and agree to the notification requirements.  For H-2A petitioners: I also agree to the liquidated damages requirements defined in 8 CFR 214.2(h)(5)(vi)(B)(3).

| Signature of Petitioner | Name of Petitioner | Date (mm/dd/yyyy) |
|---|---|---|
| ➡ | Ricky Gonsoulin | |

### Part B.  Employer who is not the petitioner

I certify that I have authorized the party filing this petition to act as my agent in this regard.  I assume full responsibility for all representations made by this agent on my behalf and agree to the conditions of H-2A/H-2B eligibility.  I agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

| Signature of Employer | Name of Employer | Date (mm/dd/yyyy) |
|---|---|---|
| | | |

### Part C.  Joint Employers

24.  **For H-2A petitioners only:**  A separate **Part C.** must be submitted for each Joint Employer.

Legal Name of Individual Joint Employer

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| Richardson | Tony | |

Joint Employer Company or Organization Name

SCSCGA - 003276

**Section 2.  Complete This Section If Filing for H-2A or H-2B Classification** (continued)

**Mailing Address of Joint Employer**

In Care Of Name (if any)

Street Number and Name.

1406 Melrose Lane

Apt. Ste. Flr.  Number
☐ ☐ ☐

City or Town

New Iberia

State
LA

ZIP Code
70560

Province

Postal Code

Country
United States

**Contact Information**

Daytime Telephone Number
337-277-5442

Mobile Telephone Number

Email Address (if any)
TonyRichardson101655 @ gmail.com

**Taxpayer Identification Numbers**

25.   Provide the following information, as applicable.

Employer Identification Number (EIN)
► 72-1163631

Individual Taxpayer Identification Number (ITIN)
►

U.S. Social Security Number (SSN)
►

**Other Information**

26.   Type of Business Activity(ies)
Sugarcane Farm

Year Established
1997

Current Number of Employees in the United States
1

Gross Annual Income.
250,000

Net Annual Income
25,000

**Joint Employer's Certification**

I agree to the conditions of H-2A eligibility employment, and agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

27.   Family Name (Last Name) of Authorized Signatory
Richardson

Given Name (First Name) of Authorized Signatory
Tony

Title of Authorized Signatory
Owner

28.   Signature of Authorized Signatory
Tony Richardson

Date of Signature (mm/dd/yyyy)
07/30/2025

SCSCGA - 003277

| Section 2.  Complete This Section If Filing for H-2A or H-2B Classification (continued) |
| --- |

21. The petitioner agrees to notify DHS beginning on a date and in a manner specified in a notice published in the Federal Register within 2 workdays if: an H-2A/H-2B worker does not report for work within 5 workdays after the employment start date stated on the petition or, applicable to H-2A petitioners only, within 5 workdays of the start date established by the petitioner, whichever is later; the agricultural labor or services for which H-2A/H-2B workers were hired is completed more than 30 days early; or the H-2A/H-2B worker does not report for work for a period of 5 consecutive workdays without the consent of the employer or is terminated prior to the completion of agricultural labor or services for which he or she was hired.  [x] Yes  [ ] No

See www.uscis.gov/h-2a and www.uscis.gov/h-2b, respectively, for the appropriate manner of notifying DHS as specified in a notice published in the Federal Register.

NOTE:  The above notification is a petitioner obligation and does not represent an indication of wrongdoing on the part of the worker.  Further, USCIS does not consider the information provided in a petitioner notification, alone, to be conclusive evidence regarding the worker's current status.  "Workday" means the period between the time on any particular day when such employee commences his or her principal activity and the time on that day at which he or she ceases such principal activity or activities.

22. The petitioner agrees to retain evidence of such notification and make it available for inspection by DHS officers for a one-year period.  [x] Yes  [ ] No

23. **For H-2A petitioners only:** The petitioner agrees to pay $10 in liquidated damages for each instance where it cannot demonstrate it is in compliance with the notification requirement.  [x] Yes  [ ] No

The petitioner must execute **Part A.** If the petitioner is the employer's agent, the employer must execute **Part B.** If there are joint employers, they must each execute **Part C.**

## Part A.  Petitioner

By filing this petition, I agree to the conditions of H-2A/H-2B employment, agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS, and agree to the notification requirements.  For H-2A petitioners: I also agree to the liquidated damages requirements defined in 8 CFR 214.2(h)(5)(vi)(B)(3).

| Signature of Petitioner | Name of Petitioner | Date (mm/dd/yyyy) |
| --- | --- | --- |
| ➡ | Ricky Gonsoulin | |

## Part B.  Employer who is not the petitioner

I certify that I have authorized the party filing this petition to act as my agent in this regard.  I assume full responsibility for all representations made by this agent on my behalf and agree to the conditions of H-2A/H-2B eligibility.  I agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

| Signature of Employer | Name of Employer | Date (mm/dd/yyyy) |
| --- | --- | --- |
| | | |

## Part C.  Joint Employers

24. **For H-2A petitioners only:** A separate **Part C.** must be submitted for each Joint Employer.

Legal Name of Individual Joint Employer

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
| --- | --- | --- |
| Leger | Kassi | Beraed |

Joint Employer Company or Organization Name
BB Sugarcane Farms, LLC

SCSCGA - 003278 Page 8 of 38

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification  (continued)

**Mailing Address of Joint Employer**

In Care Of Name (if any)

Street Number and Name

2093 Doyle Melancon Rd.

Apt. Ste. Flr.  Number
☐ ☐ ☐

City or Town

Breaux Bridge

State
LA

ZIP Code
70517

Province

Postal Code

Country

United States

**Contact Information**

Daytime Telephone Number

Mobile Telephone Number
337-278-1719

Email Address (if any)
bbfarms21@gmail.com

### Taxpayer Identification Numbers

25.  Provide the following information, as applicable.

Employer Identification Number (EIN)
► 36-4972651

Individual Taxpayer Identification Number (ITIN)
►

U.S. Social Security Number (SSN)
►

### Other Information

26.  Type of Business Activity(ies)
Agriculture

Year Established
2021

Current Number of Employees in the United States
9

Gross Annual Income
500,000

Net Annual Income
500,000

### Joint Employer's Certification

I agree to the conditions of H-2A eligibility employment, and agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

27.  Family Name (Last Name) of Authorized Signatory
Leger

Given Name (First Name) of Authorized Signatory
Kassi

Title of Authorized Signatory
Owner

28.  Signature of Authorized Signatory

Date of Signature (mm/dd/yyyy)
1/31/25

SCSCGA - 003279

---

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification  (continued)

21.  The petitioner agrees to notify DHS beginning on a date and in a manner specified in a notice published in the Federal Register within 2 workdays if: an H-2A/H-2B worker does not report for work within 5 workdays after the employment start date stated on the petition or, applicable to H-2A petitioners only, within 5 workdays of the start date established by the petitioner, whichever is later; the agricultural labor or services for which H-2A/H-2B workers were hired is completed more than 30 days early; or the H-2A/H-2B worker does not report for work for a period of 5 consecutive workdays without the consent of the employer or is terminated prior to the completion of agricultural labor or services for which he or she was hired.    ☒ Yes    ☐ No

See www.uscis.gov/h-2a and www.uscis.gov/h-2b, respectively, for the appropriate manner of notifying DHS as specified in a notice published in the Federal Register.

**NOTE:** The above notification is a petitioner obligation and does not represent an indication of wrongdoing on the part of the worker.  Further, USCIS **does not** consider the information provided in a petitioner notification, alone, to be conclusive evidence regarding the worker's current status.  "Workday" means the period between the time on any particular day when such employee commences his or her principal activity and the time on that day at which he or she ceases such principal activity or activities.

22.  The petitioner agrees to retain evidence of such notification and make it available for inspection by DHS officers for a one-year period.    ☒ Yes    ☐ No

23.  **For H-2A petitioners only:**  The petitioner agrees to pay $10 in liquidated damages for each instance where it cannot demonstrate it is in compliance with the notification requirement.    ☒ Yes    ☐ No

The petitioner must execute **Part A.** If the petitioner is the employer's agent, the employer must execute **Part B.** If there are joint employers, they must each execute **Part C.**

### Part A.  Petitioner

By filing this petition, I agree to the conditions of H-2A/H-2B employment, agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS, and agree to the notification requirements.  For H-2A petitioners: I also agree to the liquidated damages requirements defined in 8 CFR 214.2(h)(5)(vi)(B)(3).

| Signature of Petitioner | Name of Petitioner | Date (mm/dd/yyyy) |
|---|---|---|
| ➡ | Ricky Gonsoulin | |

### Part B.  Employer who is not the petitioner

I certify that I have authorized the party filing this petition to act as my agent in this regard.  I assume full responsibility for all representations made by this agent on my behalf and agree to the conditions of H-2A/H-2B eligibility.  I agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

| Signature of Employer | Name of Employer | Date (mm/dd/yyyy) |
|---|---|---|
| | | |

### Part C.  Joint Employers

24.  **For H-2A petitioners only:**  A separate **Part C.** must be submitted for each Joint Employer.

Legal Name of Individual Joint Employer

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| | | |

Joint Employer Company or Organization Name

PATCH FARMS, LLP

---

Form I-129   Edition  01/20/25

SCSCGA - 003280

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification  (continued)

**Mailing Address of Joint Employer**

In Care Of Name (if any)

Street Number and Name:
2417 Canal St.

Apt. Ste. Flr.  Number
☐ ☐ ☐

City or Town
Jeanerette

State: LA    ZIP Code: 70544

Province

Postal Code

Country
United States

**Contact Information**

Daytime Telephone Number
337-519-3295

Mobile Telephone Number

Email Address (if any)
patchfarms@yahoo.com

### Taxpayer Identification Numbers

25.  Provide the following information, as applicable.

Employer Identification Number (EIN)
► 72-142/167

Individual Taxpayer Identification Number (ITIN)
►

U.S. Social Security Number (SSN)
►

### Other Information

26.  Type of Business Activity(ies)
Sugarcane Farming

Year Established
1997

Current Number of Employees in the United States
5

Gross Annual Income
1,676,486

Net Annual Income
485,777

### Joint Employer's Certification

I agree to the conditions of H-2A eligibility employment, and agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

27.  Family Name (Last Name) of Authorized Signatory
Patout

Given Name (First Name) of Authorized Signatory
Mark

Title of Authorized Signatory
President - Patch Farms.

28.  Signature of Authorized Signatory
Mark D. Patout

Date of Signature (mm/dd/yyyy)
07/29/2025

SCSCGA - 003281

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification (continued)

21. The petitioner agrees to notify DHS beginning on a date and in a manner specified in a notice published in the Federal Register within 2 workdays if: an H-2A/H-2B worker does not report for work within 5 workdays after the employment start date stated on the petition or, applicable to H-2A petitioners only, within 5 workdays of the start date established by the petitioner, whichever is later; the agricultural labor or services for which H-2A/H-2B workers were hired is completed more than 30 days early; or the H-2A/H-2B worker does not report for work for a period of 5 consecutive workdays without the consent of the employer or is terminated prior to the completion of agricultural labor or services for which he or she was hired.  ☒ Yes  ☐ No

    See www.uscis.gov/h-2a and www.uscis.gov/h-2b, respectively, for the appropriate manner of notifying DHS as specified in a notice published in the Federal Register.

    NOTE: The above notification is a petitioner obligation and does not represent an indication of wrongdoing on the part of the worker. Further, USCIS does not consider the information provided in a petitioner notification, alone, to be conclusive evidence regarding the worker's current status. "Workday" means the period between the time on any particular day when such employee commences his or her principal activity and the time on that day at which he or she ceases such principal activity or activities.

22. The petitioner agrees to retain evidence of such notification and make it available for inspection by DHS officers for a one-year period.  ☒ Yes  ☐ No

23. **For H-2A petitioners only:** The petitioner agrees to pay $10 in liquidated damages for each instance where it cannot demonstrate it is in compliance with the notification requirement.  ☒ Yes  ☐ No

The petitioner must execute **Part A.** If the petitioner is the employer's agent, the employer must execute **Part B.** If there are joint employers, they must each execute **Part C.**

### Part A.  Petitioner

By filing this petition, I agree to the conditions of H-2A/H-2B employment, agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS, and agree to the notification requirements. For H-2A petitioners: I also agree to the liquidated damages requirements defined in 8 CFR 214.2(h)(5)(vi)(B)(3).

| Signature of Petitioner | Name of Petitioner | Date (mm/dd/yyyy) |
|---|---|---|
| ➡ | Ricky Gonsoulin | |

### Part B.  Employer who is not the petitioner

I certify that I have authorized the party filing this petition to act as my agent in this regard. I assume full responsibility for all representations made by this agent on my behalf and agree to the conditions of H-2A/H-2B eligibility. I agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

| Signature of Employer | Name of Employer | Date (mm/dd/yyyy) |
|---|---|---|
| | | |

### Part C.  Joint Employers

24. **For H-2A petitioners only:** A separate **Part C.** must be submitted for each Joint Employer.

    Legal Name of Individual Joint Employer

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| | | |

    Joint Employer Company or Organization Name

    Judice Planting, LLC

SCSCGA - 003282  Page 8 of 38

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification  (continued)

### Mailing Address of Joint Employer

In Care Of Name (if any)

BRAD JUDICE

Street Number and Name

5317 Sugar Oaks Road.

Apt. Ste. Flr.  Number

☐ ☐ ☐

City or Town

New Iberia

State: LA

ZIP Code: 70563

Province:

Postal Code:

Country: United States

### Contact Information

Daytime Telephone Number:

Mobile Telephone Number: (337) 523-1467

Email Address (if any): bnjudice@gmail.com

## Taxpayer Identification Numbers

25.  Provide the following information, as applicable.

Employer Identification Number (EIN)

► 72-0804013

Individual Taxpayer Identification Number (ITIN)

►

U.S. Social Security Number (SSN)

►

## Other Information

26.  Type of Business Activity(ies)

Sugarcane Farm

Year Established: 1976

Current Number of Employees in the United States: 0

Gross Annual Income: 75000

Net Annual Income: 20,000

## Joint Employer's Certification

I agree to the conditions of H-2A eligibility employment, and agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

27.  Family Name (Last Name) of Authorized Signatory

Judice

Given Name (First Name) of Authorized Signatory

Brad

Title of Authorized Signatory

Owner

28.  Signature of Authorized Signatory

Brad Judice

Date of Signature (mm/dd/yyyy)

07/30/2025

SCSCGA - 003283

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification  (continued)

21.  The petitioner agrees to notify DHS beginning on a date and in a manner specified in a notice published in the Federal Register within 2 workdays if: an H-2A/H-2B worker does not report for work within 5 workdays after the employment start date stated on the petition or, applicable to H-2A petitioners only, within 5 workdays of the start date established by the petitioner, whichever is later; the agricultural labor or services for which H-2A/H-2B workers were hired is completed more than 30 days early; or the H-2A/ H-2B worker does not report for work for a period of 5 consecutive workdays without the consent of the employer or is terminated prior to the completion of agricultural labor or services for which he or she was hired.   [x] Yes    [ ] No

See www.uscis.gov/h-2a and www.uscis.gov/h-2b, respectively, for the appropriate manner of notifying DHS as specified in a notice published in the Federal Register.

NOTE:  The above notification is a petitioner obligation and does not represent an indication of wrongdoing on the part of the worker.  Further, USCIS does not consider the information provided in a petitioner notification, alone, to be conclusive evidence regarding the worker's current status.  "Workday" means the period between the time on any particular day when such employee commences his or her principal activity and the time on that day at which he or she ceases such principal activity or activities.

22.  The petitioner agrees to retain evidence of such notification and make it available for inspection by DHS officers for a one-year period.   [x] Yes    [ ] No

23.  For H-2A petitioners only:  The petitioner agrees to pay $10 in liquidated damages for each instance where it cannot demonstrate it is in compliance with the notification requirement.   [x] Yes    [ ] No

The petitioner must execute Part A.  If the petitioner is the employer's agent, the employer must execute Part B.  If there are joint employers, they must each execute Part C.

### Part A.  Petitioner

By filing this petition, I agree to the conditions of H-2A/H-2B employment, agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS, and agree to the notification requirements.  For H-2A petitioners:  I also agree to the liquidated damages requirements defined in 8 CFR 214.2(h)(5)(vi)(B)(3).

| Signature of Petitioner | Name of Petitioner | Date (mm/dd/yyyy) |
|---|---|---|
| ➡ | Ricky Gonsoulin | |

### Part B.  Employer who is not the petitioner

I certify that I have authorized the party filing this petition to act as my agent in this regard.  I assume full responsibility for all representations made by this agent on my behalf and agree to the conditions of H-2A/H-2B eligibility.  I agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

| Signature of Employer | Name of Employer | Date (mm/dd/yyyy) |
|---|---|---|
| | | |

### Part C.  Joint Employers

24.  For H-2A petitioners only:  A separate Part C. must be submitted for each Joint Employer.

Legal Name of Individual Joint Employer

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| LANIE | DARLA | |

Joint Employer Company or Organization Name

| LANIE FARMS INC |
|---|

SCSCGA - 003284

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification  (continued)

### Mailing Address of Joint Employer

**In Care Of Name (if any)**

**Street Number and Name**

927 AUSTIN ROAD

**Apt. Ste. Flr.** ☐ ☐ ☐  **Number**

**City or Town**

YOUNGSVILLE

**State** LA  **ZIP Code** 70592

**Province**

**Postal Code**

**Country** United States

### Contact Information

**Daytime Telephone Number**

**Mobile Telephone Number** 337-280-9939

**Email Address (if any)** DBLANIE@AOL.COM

## Taxpayer Identification Numbers

25. Provide the following information, as applicable.

**Employer Identification Number (EIN)**
► 72-1431035

**Individual Taxpayer Identification Number (ITIN)**
►

**U.S. Social Security Number (SSN)**
►

## Other Information

26. **Type of Business Activity(ies)**

SUGARCANE FARMING

**Year Established** 1998

**Current Number of Employees in the United States** 3

**Gross Annual Income** 2,500,000

**Net Annual Income** 100,000

## Joint Employer's Certification

I agree to the conditions of H-2A eligibility employment, and agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

27. **Family Name (Last Name) of Authorized Signatory**

LANIE

**Given Name (First Name) of Authorized Signatory**

DARLA

**Title of Authorized Signatory**

OWNER/PRESIDENT

28. **Signature of Authorized Signatory**

**Date of Signature (mm/dd/yyyy)** 08/02/2025

SCSCGA - 003285

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification (continued)

21.  The petitioner agrees to notify DHS beginning on a date and in a manner specified in a notice published in the Federal Register within 2 workdays if: an H-2A/H-2B worker does not report for work within 5 workdays after the employment start date stated on the petition or, applicable to H-2A petitioners only, within 5 workdays of the start date established by the petitioner, whichever is later; the agricultural labor or services for which H-2A/H-2B workers were hired is completed more than 30 days early; or the H-2A/ H-2B worker does not report for work for a period of 5 consecutive workdays without the consent of the employer or is terminated prior to the completion of agricultural labor or services for which he or she was hired.    ☒ Yes    ☐ No

See www.uscis.gov/h-2a and www.uscis.gov/h-2b, respectively, for the appropriate manner of notifying DHS as specified in a notice published in the Federal Register.

NOTE:  The above notification is a petitioner obligation and does not represent an indication of wrongdoing on the part of the worker.  Further, USCIS **does not** consider the information provided in a petitioner notification, alone, to be conclusive evidence regarding the worker's current status.  "Workday" means the period between the time on any particular day when such employee commences his or her principal activity and the time on that day at which he or she ceases such principal activity or activities.

22.  The petitioner agrees to retain evidence of such notification and make it available for inspection by DHS officers for a one-year period.    ☒ Yes    ☐ No

23.  **For H-2A petitioners only:**  The petitioner agrees to pay $10 in liquidated damages for each instance where it cannot demonstrate it is in compliance with the notification requirement.    ☒ Yes    ☐ No

The petitioner must execute **Part A.**  If the petitioner is the employer's agent, the employer must execute **Part B.**  If there are joint employers, they must each execute **Part C.**

### Part A.  Petitioner

By filing this petition, I agree to the conditions of H-2A/H-2B employment, agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS, and agree to the notification requirements.  For H-2A petitioners:  I also agree to the liquidated damages requirements defined in 8 CFR 214.2(h)(5)(vi)(B)(3).

| Signature of Petitioner | Name of Petitioner | Date (mm/dd/yyyy) |
|---|---|---|
| ➡ | Ricky Gonsoulin | |

### Part B.  Employer who is not the petitioner

I certify that I have authorized the party filing this petition to act as my agent in this regard.  I assume full responsibility for all representations made by this agent on my behalf and agree to the conditions of H-2A/H-2B eligibility.  I agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

| Signature of Employer | Name of Employer | Date (mm/dd/yyyy) |
|---|---|---|
| | | |

### Part C.  Joint Employers

24.  **For H-2A petitioners only:**  A separate **Part C.** must be submitted for each Joint Employer.

Legal Name of Individual Joint Employer

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| | | |

Joint Employer Company or Organization Name

BEn VAnderlick FARMS, LLC

Form I-129    Edition  01/20/25

SCSCGA - 003286    Page 28 of 38

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification  (continued)

### Mailing Address of Joint Employer

In Care Of Name (if any)

Street Number and Name

80 Brady Lane

Apt. Ste. Flr.  Number

☐ ☐ ☐

City or Town

Le compte

State

LA

ZIP Code

71346

Province

Postal Code

Country

United States

### Contact Information

Daytime Telephone Number

Mobile Telephone Number

318-542-9399

Email Address (if any)

### Taxpayer Identification Numbers

25. Provide the following information, as applicable.

Employer Identification Number (EIN)

► 87-4812662

Individual Taxpayer Identification Number (ITIN)

►

U.S. Social Security Number (SSN)

►

### Other Information

26. Type of Business Activity(ies)

Agriculture

Year Established

2022

Current Number of Employees in the United States

6

Gross Annual Income

2,000,000

Net Annual Income

500,000

### Joint Employer's Certification

I agree to the conditions of H-2A eligibility employment, and agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

27. Family Name (Last Name) of Authorized Signatory

Vanderlick

Given Name (First Name) of Authorized Signatory

Benjamin

Title of Authorized Signatory

Owner

28. Signature of Authorized Signatory

Benjamin Vanderick

Date of Signature (mm/dd/yyyy)

7/30/2025

SCSCGA - 003287

### Section 2. Complete This Section If Filing for H-2A or H-2B Classification (continued)

21. The petitioner agrees to notify DHS beginning on a date and in a manner specified in a notice published in the Federal Register within 2 workdays if: an H-2A/H-2B worker does not report for work within 5 workdays after the employment start date stated on the petition or, applicable to H-2A petitioners only, within 5 workdays of the start date established by the petitioner, whichever is later; the agricultural labor or services for which H-2A/H-2B workers were hired is completed more than 30 days early; or the H-2A/ H-2B worker does not report for work for a period of 5 consecutive workdays without the consent of the employer or is terminated prior to the completion of agricultural labor or services for which he or she was hired.  ☒ Yes  ☐ No

See www.uscis.gov/h-2a and www.uscis.gov/h-2b, respectively, for the appropriate manner of notifying DHS as specified in a notice published in the Federal Register.

NOTE: The above notification is a petitioner obligation and does not represent an indication of wrongdoing on the part of the worker. Further, USCIS does not consider the information provided in a petitioner notification, alone, to be conclusive evidence regarding the worker's current status. "Workday" means the period between the time on any particular day when such employee commences his or her principal activity and the time on that day at which he or she ceases such principal activity or activities.

22. The petitioner agrees to retain evidence of such notification and make it available for inspection by DHS officers for a one-year period.  ☒ Yes  ☐ No

23. For H-2A petitioners only: The petitioner agrees to pay $10 in liquidated damages for each instance where it cannot demonstrate it is in compliance with the notification requirement.  ☒ Yes  ☐ No

The petitioner must execute Part A. If the petitioner is the employer's agent, the employer must execute Part B. If there are joint employers, they must each execute Part C.

### Part A. Petitioner

By filing this petition, I agree to the conditions of H-2A/H-2B employment, agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS, and agree to the notification requirements. For H-2A petitioners: I also agree to the liquidated damages requirements defined in 8 CFR 214.2(h)(5)(vi)(B)(3).

| Signature of Petitioner | Name of Petitioner | Date (mm/dd/yyyy) |
|---|---|---|
| ➡ | Ricky Gonsoulin | |

### Part B. Employer who is not the petitioner

I certify that I have authorized the party filing this petition to act as my agent in this regard. I assume full responsibility for all representations made by this agent on my behalf and agree to the conditions of H-2A/H-2B eligibility. I agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

| Signature of Employer | Name of Employer | Date (mm/dd/yyyy) |
|---|---|---|
| | | |

### Part C. Joint Employers

24. For H-2A petitioners only: A separate Part C. must be submitted for each Joint Employer.

Legal Name of Individual Joint Employer

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| ACCARDO | MICHAEL | EDWARD |

Joint Employer Company or Organization Name

| |
|---|
| IDLEWILD FARMS INC |

  $CSCGA - 003288

## Section 2. Complete This Section If Filing for H-2A or H-2B Classification (continued)

### Mailing Address of Joint Employer

In Care Of Name (if any)

IDLEWILD FARMS INC

Street Number and Name

108 MCGEE DRIVE

Apt. Ste. Flr.  Number

☐ ☐ ☐

City or Town

PATTERSON

State

LA

ZIP Code

70392

Province

Postal Code

Country

United States

### Contact Information

| Daytime Telephone Number | Mobile Telephone Number | Email Address (if any) |
|---|---|---|
| 985-518-8593 | 985-518-8593 | MICHAELACCARDO@AOL.COM |

### *Taxpayer Identification Numbers*

25. Provide the following information, as applicable.

Employer Identification Number (EIN)

▶ 72-0716092

Individual Taxpayer Identification Number (ITIN)

▶

U.S. Social Security Number (SSN)

▶

### *Other Information*

26. Type of Business Activity(ies)

SUGAR CANE FARM

Year Established

1973

| Current Number of Employees in the United States | Gross Annual Income | Net Annual Income |
|---|---|---|
| 2 | 123,000 | 97,971 |

### *Joint Employer's Certification*

I agree to the conditions of H-2A eligibility employment, and agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

27. Family Name (Last Name) of Authorized Signatory

ACCARDO

Given Name (First Name) of Authorized Signatory

MICHAEL

Title of Authorized Signatory

OWNER/PRESIDENT

28. Signature of Authorized Signatory

*Michael E Accardo*

Date of Signature (mm/dd/yyyy)

8/2/25

SCSCGA - 003289

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification  (continued)

21.  The petitioner agrees to notify DHS beginning on a date and in a manner specified in a notice published in the Federal Register within 2 workdays if: an H-2A/H-2B worker does not report for work within 5 workdays after the employment start date stated on the petition or, applicable to H-2A petitioners only, within 5 workdays of the start date established by the petitioner, whichever is later; the agricultural labor or services for which H-2A/H-2B workers were hired is completed more than 30 days early; or the H-2A/H-2B worker does not report for work for a period of 5 consecutive workdays without the consent of the employer or is terminated prior to the completion of agricultural labor or services for which he or she was hired.  [x] Yes  [ ] No

See **www.uscis.gov/h-2a** and **www.uscis.gov/h-2b**, respectively, for the appropriate manner of notifying DHS as specified in a notice published in the Federal Register.

**NOTE:**  The above notification is a petitioner obligation and does not represent an indication of wrongdoing on the part of the worker.  Further, USCIS **does not** consider the information provided in a petitioner notification, alone, to be conclusive evidence regarding the worker's current status.  "Workday" means the period between the time on any particular day when such employee commences his or her principal activity and the time on that day at which he or she ceases such principal activity or activities.

22.  The petitioner agrees to retain evidence of such notification and make it available for inspection by DHS officers for a one-year period.  [x] Yes  [ ] No

23.  **For H-2A petitioners only:**  The petitioner agrees to pay $10 in liquidated damages for each instance where it cannot demonstrate it is in compliance with the notification requirement.  [x] Yes  [ ] No

The petitioner must execute **Part A.**  If the petitioner is the employer's agent, the employer must execute **Part B.**  If there are joint employers, they must each execute **Part C.**

### Part A.  Petitioner

By filing this petition, I agree to the conditions of H-2A/H-2B employment, agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS, and agree to the notification requirements.  For H-2A petitioners: I also agree to the liquidated damages requirements defined in 8 CFR 214.2(h)(5)(vi)(B)(3).

| Signature of Petitioner | Name of Petitioner | Date (mm/dd/yyyy) |
|---|---|---|
| ➡ | Ricky Gonsoulin | |

### Part B.  Employer who is not the petitioner

I certify that I have authorized the party filing this petition to act as my agent in this regard.  I assume full responsibility for all representations made by this agent on my behalf and agree to the conditions of H-2A/H-2B eligibility.  I agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

| Signature of Employer | Name of Employer | Date (mm/dd/yyyy) |
|---|---|---|
| | | |

### Part C.  Joint Employers

24.  **For H-2A petitioners only:**  A separate **Part C.** must be submitted for each Joint Employer.

Legal Name of Individual Joint Employer

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| LANdRy | MichAEl | John |

Joint Employer Company or Organization Name

WESTOVER FARMS, Inc.

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification  (continued)

**Mailing Address of Joint Employer**

In Care Of Name (if any)

Street Number and Name

8709 old Jeanevette Road

Apt. Ste. Flr.  Number
☐ ☐ ☐

City or Town

Jeanerette

State
LA.

ZIP Code
70544

Province

Postal Code

Country
United States

**Contact Information**

Daytime Telephone Number
337-380-8007

Mobile Telephone Number
337-380-5584

Email Address (if any)
Westoverfarms@yahoo.com

### Taxpayer Identification Numbers

25.  Provide the following information, as applicable.

Employer Identification Number (EIN)
► 72-0898675

Individual Taxpayer Identification Number (ITIN)
►

U.S. Social Security Number (SSN)
►

### Other Information

26.  Type of Business Activity(ies)
Sugarcane Forming

Year Established
1980

Current Number of Employees in the United States
3

Gross Annual Income
0

Net Annual Income
0

### Joint Employer's Certification

I agree to the conditions of H-2A eligibility employment, and agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

27.  Family Name (Last Name) of Authorized Signatory
Landry

Given Name (First Name) of Authorized Signatory
Michael

Title of Authorized Signatory:
Owner - President

28.  Signature of Authorized Signatory
Michael J Landry

Date of Signature (mm/dd/yyyy)
07 - 29 -2025

SCSCGA - 003291

**Section 2.   Complete This Section If Filing for H-2A or H-2B Classification  (continued)**

21.  The petitioner agrees to notify DHS beginning on a date and in a manner specified in a notice published in      [x] Yes    [ ] No
the Federal Register within 2 workdays if: an H-2A/H-2B worker does not report for work within 5
workdays after the employment start date stated on the petition or, applicable to H-2A petitioners only,
within 5 workdays of the start date established by the petitioner, whichever is later; the agricultural labor or
services for which H-2A/H-2B workers were hired is completed more than 30 days early; or the H-2A/
H-2B worker does not report for work for a period of 5 consecutive workdays without the consent of the
employer or is terminated prior to the completion of agricultural labor or services for which he or she was
hired.

See www.uscis.gov/h-2a and www.uscis.gov/h-2b, respectively, for the appropriate manner of notifying DHS as specified in a
notice published in the Federal Register.

NOTE: The above notification is a petitioner obligation and does not represent an indication of wrongdoing on the part of the
worker. Further, USCIS does not consider the information provided in a petitioner notification, alone, to be conclusive
evidence regarding the worker's current status. "Workday" means the period between the time on any particular day when such
employee commences his or her principal activity and the time on that day at which he or she ceases such principal activity or
activities.

22.  The petitioner agrees to retain evidence of such notification and make it available for inspection by DHS      [x] Yes    [ ] No
officers for a one-year period.

23.  For H-2A petitioners only:  The petitioner agrees to pay $10 in liquidated damages for each instance      [x] Yes    [ ] No
where it cannot demonstrate it is in compliance with the notification requirement.

The petitioner must execute Part A.  If the petitioner is the employer's agent, the employer must execute Part B.  If there are joint
employers, they must each execute Part C.

### Part A.  Petitioner

By filing this petition, I agree to the conditions of H-2A/H-2B employment, agree to fully cooperate with any compliance review,
evaluation, verification, or inspection conducted by USCIS, and agree to the notification requirements. For H-2A petitioners: I also
agree to the liquidated damages requirements defined in 8 CFR 214.2(h)(5)(vi)(B)(3).

| Signature of Petitioner | Name of Petitioner | Date (mm/dd/yyyy) |
|---|---|---|
| ➡ | Ricky Gonsoulin | |

### Part B.  Employer who is not the petitioner

I certify that I have authorized the party filing this petition to act as my agent in this regard.  I assume full responsibility for all
representations made by this agent on my behalf and agree to the conditions of H-2A/H-2B eligibility.  I agree to fully cooperate with
any compliance review, evaluation, verification, or inspection conducted by USCIS.

| Signature of Employer | Name of Employer | Date (mm/dd/yyyy) |
|---|---|---|
| | | |

### Part C.  Joint Employers

24.  For H-2A petitioners only:  A separate Part C. must be submitted for each Joint Employer.

Legal Name of Individual Joint Employer

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| | | |

Joint Employer Company or Organization Name

PARROT EQUIPMENT COMPANY LLC

SCSCGA - 003292

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification  (continued)

### Mailing Address of Joint Employer

In Care Of Name (if any)

Street Number and Name

9402 E. HWY90 Service Road

Apt. Ste. Flr.  Number

City or Town

Jeanerette

State: LA     ZIP Code: 70544

Province

Postal Code

Country: United States

### Contact Information

Daytime Telephone Number    Mobile Telephone Number    Email Address (if any)

337-276-4592     337-201-0982     ccrochet@maptank.com

### Taxpayer Identification Numbers

25.  Provide the following information, as applicable.

Employer Identification Number (EIN)

► 72-1170493

Individual Taxpayer Identification Number (ITIN)

U.S. Social Security Number (SSN)

### Other Information

26.  Type of Business Activity(ies)

Sugarcane

Year Established: 1990

Current Number of Employees in the United States: 61

Gross Annual Income: 9,669,771

Net Annual Income: (4,937,920)

### Joint Employer's Certification

I agree to the conditions of H-2A eligibility employment, and agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

27.  Family Name (Last Name) of Authorized Signatory

Weber

Given Name (First Name) of Authorized Signatory

Lance

Title of Authorized Signatory

Manager

28.  Signature of Authorized Signatory

Date of Signature (mm/dd/yyyy): 06/01/2025

SCSCGA - 003293

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification  (continued)

21. The petitioner agrees to notify DHS beginning on a date and in a manner specified in a notice published in the Federal Register within 2 workdays if: an H-2A/H-2B worker does not report for work within 5 workdays after the employment start date stated on the petition or, applicable to H-2A petitioners only, within 5 workdays of the start date established by the petitioner, whichever is later; the agricultural labor or services for which H-2A/H-2B workers were hired is completed more than 30 days early; or the H-2A/H-2B worker does not report for work for a period of 5 consecutive workdays without the consent of the employer or is terminated prior to the completion of agricultural labor or services for which he or she was hired.    ☒ Yes    ☐ No

See **www.uscis.gov/h-2a** and **www.uscis.gov/h-2b**, respectively, for the appropriate manner of notifying DHS as specified in a notice published in the Federal Register.

**NOTE:** The above notification is a petitioner obligation and does not represent an indication of wrongdoing on the part of the worker.  Further, USCIS **does not** consider the information provided in a petitioner notification, alone, to be conclusive evidence regarding the worker's current status. "Workday" means the period between the time on any particular day when such employee commences his or her principal activity and the time on that day at which he or she ceases such principal activity or activities.

22. The petitioner agrees to retain evidence of such notification and make it available for inspection by DHS officers for a one-year period.    ☒ Yes    ☐ No

23. **For H-2A petitioners only:** The petitioner agrees to pay $10 in liquidated damages for each instance where it cannot demonstrate it is in compliance with the notification requirement.    ☒ Yes    ☐ No

The petitioner must execute **Part A.** If the petitioner is the employer's agent, the employer must execute **Part B.** If there are joint employers, they must each execute **Part C.**

### Part A.  Petitioner

By filing this petition, I agree to the conditions of H-2A/H-2B employment, agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS, and agree to the notification requirements. For H-2A petitioners: I also agree to the liquidated damages requirements defined in 8 CFR 214.2(h)(5)(vi)(B)(3).

| Signature of Petitioner | Name of Petitioner | Date (mm/dd/yyyy) |
|---|---|---|
| ➡ | Ricky Gonsoulin | |

### Part B.  Employer who is not the petitioner

I certify that I have authorized the party filing this petition to act as my agent in this regard. I assume full responsibility for all representations made by this agent on my behalf and agree to the conditions of H-2A/H-2B eligibility. I agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

| Signature of Employer | Name of Employer | Date (mm/dd/yyyy) |
|---|---|---|
| | | |

### Part C.  Joint Employers

24. **For H-2A petitioners only:** A separate **Part C.** must be submitted for each Joint Employer.

Legal Name of Individual Joint Employer

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| | | |

Joint Employer Company or Organization Name
Allen Farms

SCSCGA - 003294

## Section 2. Complete This Section If Filing for H-2A or H-2B Classification (continued)

**Mailing Address of Joint Employer**

In Care Of Name (if any)

Allen Farms

Street Number and Name

180 Munson Road

Apt. Ste. Flr. Number:
☐ ☐ ☐

City or Town

Chemeyville

State: LA    ZIP Code 71325

Province

Postal Code

Country
United States

**Contact Information**

Daytime Telephone Number

Mobile Telephone Number
318-452-3417

Email Address (if any)
allen farms @ yahoo.com

### Taxpayer Identification Numbers

25. Provide the following information, as applicable.

Employer Identification Number (EIN)
▶ 72-1030072

Individual Taxpayer Identification Number (ITIN)
▶

U.S. Social Security Number (SSN)
▶

### Other Information

26. Type of Business Activity(ies)

Sugarcane Farming

Year Established
1982

Current Number of Employees in the United States
0

Gross Annual Income
1,335,756

Net Annual Income
282,629

### Joint Employer's Certification

I agree to the conditions of H-2A eligibility employment, and agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

27. Family Name (Last Name) of Authorized Signatory

Allen

Given Name (First Name) of Authorized Signatory

Wyn

Title of Authorized Signatory

Partner.

28. Signature of Authorized Signatory

Date of Signature (mm/dd/yyyy)
7-30-25

SCSCGA - 003295

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification  (continued)

21. The petitioner agrees to notify DHS beginning on a date and in a manner specified in a notice published in the Federal Register within 2 workdays if: an H-2A/H-2B worker does not report for work within 5 workdays after the employment start date stated on the petition or, applicable to H-2A petitioners only, within 5 workdays of the start date established by the petitioner, whichever is later; the agricultural labor or services for which H-2A/H-2B workers were hired is completed more than 30 days early; or the H-2A/ H-2B worker does not report for work for a period of 5 consecutive workdays without the consent of the employer or is terminated prior to the completion of agricultural labor or services for which he or she was hired.   ☒ Yes   ☐ No

See **www.uscis.gov/h-2a** and **www.uscis.gov/h-2b**, respectively, for the appropriate manner of notifying DHS as specified in a notice published in the Federal Register.

NOTE:  The above notification is a petitioner obligation and does not represent an indication of wrongdoing on the part of the worker.  Further, USCIS **does not** consider the information provided in a petitioner notification, alone, to be conclusive evidence regarding the worker's current status.  "Workday" means the period between the time on any particular day when such employee commences his or her principal activity and the time on that day at which he or she ceases such principal activity or activities.

22. The petitioner agrees to retain evidence of such notification and make it available for inspection by DHS officers for a one-year period.   ☒ Yes   ☐ No

23. **For H-2A petitioners only:**  The petitioner agrees to pay $10 in liquidated damages for each instance where it cannot demonstrate it is in compliance with the notification requirement.   ☒ Yes   ☐ No

The petitioner must execute **Part A.**  If the petitioner is the employer's agent, the employer must execute **Part B.**  If there are joint employers, they must each execute **Part C.**

### Part A.  Petitioner

By filing this petition, I agree to the conditions of H-2A/H-2B employment, agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS, and agree to the notification requirements.  For H-2A petitioners:  I also agree to the liquidated damages requirements defined in 8 CFR 214.2(h)(5)(vi)(B)(3).

| Signature of Petitioner | Name of Petitioner | Date (mm/dd/yyyy) |
|---|---|---|
| ➡ | Ricky Gonsoulin | |

### Part B.  Employer who is not the petitioner

I certify that I have authorized the party filing this petition to act as my agent in this regard.  I assume full responsibility for all representations made by this agent on my behalf and agree to the conditions of H-2A/H-2B eligibility.  I agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

| Signature of Employer | Name of Employer | Date (mm/dd/yyyy) |
|---|---|---|
| | | |

### Part C.  Joint Employers

24. **For H-2A petitioners only:**  A separate **Part C.** must be submitted for each Joint Employer.

Legal Name of Individual Joint Employer

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| | | |

Joint Employer Company or Organization Name
Bain Farms

   SCSCGA - 003296

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification  (continued)

**Mailing Address of Joint Employer**

In Care Of Name (if any)

Bain Farms

| Street Number and Name, | Apt. Ste. Flr.  Number |
|---|---|
| P.O. Box 250 | ☐ ☐ ☐ |

| City or Town | State | ZIP Code |
|---|---|---|
| Bunkie | LA | 71322 |

| Province | Postal Code | Country |
|---|---|---|
| | | United States |

**Contact Information**

| Daytime Telephone Number | Mobile Telephone Number | Email Address (if any) |
|---|---|---|
| 318-346-4578 | 318-729-6781 | bainfarmsoffice @gmail.com |

### Taxpayer Identification Numbers

25.  Provide the following information, as applicable.

| Employer Identification Number (EIN) | Individual Taxpayer Identification Number (ITIN) |
|---|---|
| ▶ 72-1119068 | ▶ |

U.S. Social Security Number (SSN)

▶

### Other Information

26.

| Type of Business Activity(ies) | Year Established |
|---|---|
| Farming | 1988 |

| Current Number of Employees in the United States | Gross Annual Income | Net Annual Income |
|---|---|---|
| 10 | 5,900,000 | 900,000 |

### Joint Employer's Certification

I agree to the conditions of H-2A eligibility employment, and agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

27.

| Family Name (Last Name) of Authorized Signatory | Given Name (First Name) of Authorized Signatory |
|---|---|
| Bain | William |

Title of Authorized Signatory

Partners

28.

| Signature of Authorized Signatory | Date of Signature (mm/dd/yyyy) |
|---|---|
| | 07/30/2025 |

SCSCGA - 003297

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification  (continued)

21.  The petitioner agrees to notify DHS beginning on a date and in a manner specified in a notice published in the Federal Register within 2 workdays if: an H-2A/H-2B worker does not report for work within 5 workdays after the employment start date stated on the petition or, applicable to H-2A petitioners only, within 5 workdays of the start date established by the petitioner, whichever is later; the agricultural labor or services for which H-2A/H-2B workers were hired is completed more than 30 days early; or the H-2A/ H-2B worker does not report for work for a period of 5 consecutive workdays without the consent of the employer or is terminated prior to the completion of agricultural labor or services for which he or she was hired.    [x] Yes  [ ] No

See www.uscis.gov/h-2a and www.uscis.gov/h-2b, respectively, for the appropriate manner of notifying DHS as specified in a notice published in the Federal Register.

NOTE:  The above notification is a petitioner obligation and does not represent an indication of wrongdoing on the part of the worker.  Further, USCIS does not consider the information provided in a petitioner notification, alone, to be conclusive evidence regarding the worker's current status.  "Workday" means the period between the time on any particular day when such employee commences his or her principal activity and the time on that day at which he or she ceases such principal activity or activities.

22.  The petitioner agrees to retain evidence of such notification and make it available for inspection by DHS officers for a one-year period.    [x] Yes  [ ] No

23.  For H-2A petitioners only:  The petitioner agrees to pay $10 in liquidated damages for each instance where it cannot demonstrate it is in compliance with the notification requirement.    [x] Yes  [ ] No

The petitioner must execute Part A.  If the petitioner is the employer's agent, the employer must execute Part B.  If there are joint employers, they must each execute Part C.

### Part A.  Petitioner

By filing this petition, I agree to the conditions of H-2A/H-2B employment, agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS, and agree to the notification requirements.  For H-2A petitioners: I also agree to the liquidated damages requirements defined in 8 CFR 214.2(h)(5)(vi)(B)(3).

| Signature of Petitioner | Name of Petitioner | Date (mm/dd/yyyy) |
|---|---|---|
| ➡ | Ricky Gonsoulin | |

### Part B.  Employer who is not the petitioner

I certify that I have authorized the party filing this petition to act as my agent in this regard.  I assume full responsibility for all representations made by this agent on my behalf and agree to the conditions of H-2A/H-2B eligibility.  I agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

| Signature of Employer | Name of Employer | Date (mm/dd/yyyy) |
|---|---|---|
| | | |

### Part C.  Joint Employers

24.  For H-2A petitioners only:  A separate Part C. must be submitted for each Joint Employer.

Legal Name of Individual Joint Employer

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| | | |

Joint Employer Company or Organization Name

A&S Farms, Inc.

SCSCGA - 003298

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification  (continued)

**Mailing Address of Joint Employer**

In Care Of Name (if any)

Street Number and Name

2417 Canal Street

Apt. Ste. Flr.  Number ☐ ☐ ☐

City or Town

Jeanerette

State

LA

ZIP Code

70544

Province

Postal Code

Country

United States

**Contact Information**

Daytime Telephone Number

337-519-3295

Mobile Telephone Number

Email Address (if any)

mdpatout@yahoo.com

## Taxpayer Identification Numbers

25.  Provide the following information, as applicable.

Employer Identification Number (EIN)

► 20-8601381

Individual Taxpayer Identification Number (ITIN)

►

U.S. Social Security Number (SSN)

►

## Other Information

26.  Type of Business Activity(ies)

Sugarcane Farming

Year Established

2007

| Current Number of Employees in the United States | Gross Annual Income | Net Annual Income |
|---|---|---|
| 5 | 1,782,442 | 422,025 |

## Joint Employer's Certification

I agree to the conditions of H-2A eligibility employment, and agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

27.  Family Name (Last Name) of Authorized Signatory

Patout

Given Name (First Name) of Authorized Signatory

Mark

Title of Authorized Signatory

President

28.  Signature of Authorized Signatory

Mark W. Patout

Date of Signature (mm/dd/yyyy)

07 29 2025

SCSCGA - 003299

---

| **Section 2. Complete This Section If Filing for H-2A or H-2B Classification** (continued) |
| --- |

21. The petitioner agrees to notify DHS beginning on a date and in a manner specified in a notice published in the Federal Register within 2 workdays if: an H-2A/H-2B worker does not report for work within 5 workdays after the employment start date stated on the petition or, applicable to H-2A petitioners only, within 5 workdays of the start date established by the petitioner, whichever is later; the agricultural labor or services for which H-2A/H-2B workers were hired is completed more than 30 days early; or the H-2A/H-2B worker does not report for work for a period of 5 consecutive workdays without the consent of the employer or is terminated prior to the completion of agricultural labor or services for which he or she was hired.   ☒ Yes   ☐ No

See **www.uscis.gov/h-2a** and **www.uscis.gov/h-2b**, respectively, for the appropriate manner of notifying DHS as specified in a notice published in the Federal Register.

**NOTE:** The above notification is a petitioner obligation and does not represent an indication of wrongdoing on the part of the worker. Further, USCIS **does not** consider the information provided in a petitioner notification, alone, to be conclusive evidence regarding the worker's current status. "Workday" means the period between the time on any particular day when such employee commences his or her principal activity and the time on that day at which he or she ceases such principal activity or activities.

22. The petitioner agrees to retain evidence of such notification and make it available for inspection by DHS officers for a one-year period.   ☒ Yes   ☐ No

23. **For H-2A petitioners only:** The petitioner agrees to pay $10 in liquidated damages for each instance where it cannot demonstrate it is in compliance with the notification requirement.   ☒ Yes   ☐ No

The petitioner must execute **Part A.** If the petitioner is the employer's agent, the employer must execute **Part B.** If there are joint employers, they must each execute **Part C.**

## Part A. Petitioner

By filing this petition, I agree to the conditions of H-2A/H-2B employment, agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS, and agree to the notification requirements. For H-2A petitioners: I also agree to the liquidated damages requirements defined in 8 CFR 214.2(h)(5)(vi)(B)(3).

| **Signature of Petitioner** | **Name of Petitioner** | **Date** (mm/dd/yyyy) |
| --- | --- | --- |
| ➡ | Ricky Gonsoulin | |

## Part B. Employer who is not the petitioner

I certify that I have authorized the party filing this petition to act as my agent in this regard. I assume full responsibility for all representations made by this agent on my behalf and agree to the conditions of H-2A/H-2B eligibility. I agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

| **Signature of Employer** | **Name of Employer** | **Date** (mm/dd/yyyy) |
| --- | --- | --- |
| | | |

## Part C. Joint Employers

24. **For H-2A petitioners only:** A separate **Part C.** must be submitted for each Joint Employer.

Legal Name of Individual Joint Employer

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
| --- | --- | --- |
| | | |

Joint Employer Company or Organization Name

Rebel V Farm, LLC

---

Form I-129   Edition   01/20/25

SCSCGA - 003300

## Section 2. Complete This Section If Filing for H-2A or H-2B Classification (continued)

### Mailing Address of Joint Employer

In Care Of Name (if any)

Street Number and Name

5016 Jefferson Island Road

Apt. Ste. Flr.  Number

City or Town

New Iberia

State  LA

ZIP Code  70560

Province

Postal Code

Country

United States

### Contact Information

Daytime Telephone Number

337-365-7093

Mobile Telephone Number

337-519-9192

Email Address (if any)

rebelvfarm@yahoo.com

## Taxpayer Identification Numbers

25.  Provide the following information, as applicable.

Employer Identification Number (EIN)

► 72-1479712

Individual Taxpayer Identification Number (ITIN)

►

U.S. Social Security Number (SSN)

►

## Other Information

26.  Type of Business Activity(ies)

Sugarcane Farm

Year Established  1998

Current Number of Employees in the United States  3

Gross Annual Income.  1,500,000

Net Annual Income.  503,000

## Joint Employer's Certification

I agree to the conditions of H-2A eligibility employment, and agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

27.  Family Name (Last Name) of Authorized Signatory

Viator

Given Name (First Name) of Authorized Signatory

Jack

Title of Authorized Signatory

Owner

28.  Signature of Authorized Signatory

Jack Viator

Date of Signature (mm/dd/yyyy)  7-30-25

SCSCGA - 003301

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification  (continued)

21.  The petitioner agrees to notify DHS beginning on a date and in a manner specified in a notice published in the Federal Register within 2 workdays if: an H-2A/H-2B worker does not report for work within 5 workdays after the employment start date stated on the petition or, applicable to H-2A petitioners only, within 5 workdays of the start date established by the petitioner, whichever is later; the agricultural labor or services for which H-2A/H-2B workers were hired is completed more than 30 days early; or the H-2A/H-2B worker does not report for work for a period of 5 consecutive workdays without the consent of the employer or is terminated prior to the completion of agricultural labor or services for which he or she was hired.     [x] Yes     [ ] No

See **www.uscis.gov/h-2a** and **www.uscis.gov/h-2b**, respectively, for the appropriate manner of notifying DHS as specified in a notice published in the Federal Register.

**NOTE:**  The above notification is a petitioner obligation and does not represent an indication of wrongdoing on the part of the worker.  Further, USCIS **does not** consider the information provided in a petitioner notification, alone, to be conclusive evidence regarding the worker's current status.  "Workday" means the period between the time on any particular day when such employee commences his or her principal activity and the time on that day at which he or she ceases such principal activity or activities.

22.  The petitioner agrees to retain evidence of such notification and make it available for inspection by DHS officers for a one-year period.     [x] Yes     [ ] No

23.  **For H-2A petitioners only:**  The petitioner agrees to pay $10 in liquidated damages for each instance where it cannot demonstrate it is in compliance with the notification requirement.     [x] Yes     [ ] No

The petitioner must execute **Part A.**  If the petitioner is the employer's agent, the employer must execute **Part B.**  If there are joint employers, they must each execute **Part C.**

### Part A.  Petitioner

By filing this petition, I agree to the conditions of H-2A/H-2B employment, agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS, and agree to the notification requirements.  For H-2A petitioners: I also agree to the liquidated damages requirements defined in 8 CFR 214.2(h)(5)(vi)(B)(3).

| Signature of Petitioner | Name of Petitioner | Date (mm/dd/yyyy) |
|---|---|---|
| ➡ | Ricky Gonsoulin | |

### Part B.  Employer who is not the petitioner

I certify that I have authorized the party filing this petition to act as my agent in this regard.  I assume full responsibility for all representations made by this agent on my behalf and agree to the conditions of H-2A/H-2B eligibility.  I agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

| Signature of Employer | Name of Employer | Date (mm/dd/yyyy) |
|---|---|---|
| | | |

### Part C.  Joint Employers

24.  **For H-2A petitioners only:**  A separate **Part C.** must be submitted for each Joint Employer.

Legal Name of Individual Joint Employer

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| BEAVER | Edward | m |

Joint Employer Company or Organization Name
BEAVER Farms

SCSCGA - 003302

**Section 2.  Complete This Section If Filing for H-2A or H-2B Classification** (continued)

**Mailing Address of Joint Employer**

In Care Of Name (if any)

Beaver Farms

Street Number and Name

P.O. Box 106

Apt. Ste. Flr.  Number

☐ ☐ ☐

City or Town

Cheneyville

State

LA

ZIP Code

70325

Province

Postal Code

Country

United States

**Contact Information**

Daytime Telephone Number

Mobile Telephone Number

318-201-6891

Email Address (if any)

aliciaAbeaver@aol.com

**Taxpayer Identification Numbers**

25.  Provide the following information, as applicable.

Employer Identification Number (EIN)

▶ 32-0175792

Individual Taxpayer Identification Number (ITIN)

▶

U.S. Social Security Number (SSN)

▶

**Other Information**

26.  Type of Business Activity(ies)

Sugarcane Farm

Year Established

1998

Current Number of Employees in the United States

3

Gross Annual Income

1,000,000

Net Annual Income

10,000

**Joint Employer's Certification**

I agree to the conditions of H-2A eligibility employment, and agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

27.  Family Name (Last Name) of Authorized Signatory

Beaver

Given Name (First Name) of Authorized Signatory

Edward

Title of Authorized Signatory

Owner

28.  Signature of Authorized Signatory

Edward Beaver

Date of Signature (mm/dd/yyyy)

7/30/2025

SCSCGA - 003303

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification  (continued)

21.    The petitioner agrees to notify DHS beginning on a date and in a manner specified in a notice published in the Federal Register within 2 workdays if: an H-2A/H-2B worker does not report for work within 5 workdays after the employment start date stated on the petition or, applicable to H-2A petitioners only, within 5 workdays of the start date established by the petitioner, whichever is later; the agricultural labor or services for which H-2A/H-2B workers were hired is completed more than 30 days early; or the H-2A/H-2B worker does not report for work for a period of 5 consecutive workdays without the consent of the employer or is terminated prior to the completion of agricultural labor or services for which he or she was hired.    ☒ Yes  ☐ No

See **www.uscis.gov/h-2a** and **www.uscis.gov/h-2b**, respectively, for the appropriate manner of notifying DHS as specified in a notice published in the Federal Register.

**NOTE:** The above notification is a petitioner obligation and does not represent an indication of wrongdoing on the part of the worker.  Further, USCIS **does not** consider the information provided in a petitioner notification, alone, to be conclusive evidence regarding the worker's current status.  "Workday" means the period between the time on any particular day when such employee commences his or her principal activity and the time on that day at which he or she ceases such principal activity or activities.

22.    The petitioner agrees to retain evidence of such notification and make it available for inspection by DHS officers for a one-year period.    ☒ Yes  ☐ No

23.    **For H-2A petitioners only:** The petitioner agrees to pay $10 in liquidated damages for each instance where it cannot demonstrate it is in compliance with the notification requirement.    ☒ Yes  ☐ No

The petitioner must execute **Part A.** If the petitioner is the employer's agent, the employer must execute **Part B.** If there are joint employers, they must each execute **Part C.**

### Part A.  Petitioner

By filing this petition, I agree to the conditions of H-2A/H-2B employment, agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS, and agree to the notification requirements.  For H-2A petitioners: I also agree to the liquidated damages requirements defined in 8 CFR 214.2(h)(5)(vi)(B)(3).

| Signature of Petitioner | Name of Petitioner | Date (mm/dd/yyyy) |
|---|---|---|
| ➡ | Ricky Gonsoulin | |

### Part B.  Employer who is not the petitioner

I certify that I have authorized the party filing this petition to act as my agent in this regard.  I assume full responsibility for all representations made by this agent on my behalf and agree to the conditions of H-2A/H-2B eligibility.  I agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

| Signature of Employer | Name of Employer | Date (mm/dd/yyyy) |
|---|---|---|
| | | |

### Part C.  Joint Employers

24.    **For H-2A petitioners only:** A separate **Part C.** must be submitted for each Joint Employer.

Legal Name of Individual Joint Employer

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| RicHE | John | A |

Joint Employer Company or Organization Name
John A. RiCHE FARm

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification  (continued)

**Mailing Address of Joint Employer**

In Care Of Name (if any)

John A Riche FARM

Street Number and Name | Apt. Ste. Flr.  Number

177 Riche Road | ☐ ☐ ☐

City or Town | State | ZIP Code

BUNKIE | LA | 71322

Province | Postal Code | Country

 | | United States

**Contact Information**

Daytime Telephone Number | Mobile Telephone Number | Email Address (if any)

 | 318-452-6569 | Jackriche 1770 @ yahoo.com

### Taxpayer Identification Numbers

25.  Provide the following information, as applicable.

Employer Identification Number (EIN) | Individual Taxpayer Identification Number (ITIN)

► 72 - 1439862 | ►

U.S. Social Security Number (SSN)

►

### Other Information

26.  Type of Business Activity(ies) | Year Established

Farm | 1976

Current Number of Employees in the United States | Gross Annual Income | Net Annual Income

5 | 1,998,227 | 117,703

### Joint Employer's Certification

I agree to the conditions of H-2A eligibility employment, and agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

27.  Family Name (Last Name) of Authorized Signatory | Given Name (First Name) of Authorized Signatory

Riche | John

Title of Authorized Signatory

Owner

28.  Signature of Authorized Signatory | Date of Signature (mm/dd/yyyy)

John R. Riche | 7-30-25

SCSCGA - 003305

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification  (continued)

21. The petitioner agrees to notify DHS beginning on a date and in a manner specified in a notice published in the Federal Register within 2 workdays if: an H-2A/H-2B worker does not report for work within 5 workdays after the employment start date stated on the petition or, applicable to H-2A petitioners only, within 5 workdays of the start date established by the petitioner, whichever is later; the agricultural labor or services for which H-2A/H-2B workers were hired is completed more than 30 days early; or the H-2A/H-2B worker does not report for work for a period of 5 consecutive workdays without the consent of the employer or is terminated prior to the completion of agricultural labor or services for which he or she was hired.   ☒ Yes   ☐ No

See **www.uscis.gov/h-2a** and **www.uscis.gov/h-2b**, respectively, for the appropriate manner of notifying DHS as specified in a notice published in the Federal Register.

**NOTE:** The above notification is a petitioner obligation and does not represent an indication of wrongdoing on the part of the worker.  Further, USCIS **does not** consider the information provided in a petitioner notification, alone, to be conclusive evidence regarding the worker's current status.  "Workday" means the period between the time on any particular day when such employee commences his or her principal activity and the time on that day at which he or she ceases such principal activity or activities.

22. The petitioner agrees to retain evidence of such notification and make it available for inspection by DHS officers for a one-year period.   ☒ Yes   ☐ No

23. **For H-2A petitioners only:**  The petitioner agrees to pay $10 in liquidated damages for each instance where it cannot demonstrate it is in compliance with the notification requirement.   ☒ Yes   ☐ No

The petitioner must execute **Part A.**  If the petitioner is the employer's agent, the employer must execute **Part B.**  If there are joint employers, they must each execute **Part C.**

### Part A.  Petitioner

By filing this petition, I agree to the conditions of H-2A/H-2B employment, agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS, and agree to the notification requirements.  For H-2A petitioners: I also agree to the liquidated damages requirements defined in 8 CFR 214.2(h)(5)(vi)(B)(3).

| Signature of Petitioner | Name of Petitioner | Date (mm/dd/yyyy) |
|---|---|---|
| ➡ | Ricky Gonsoulin | |

### Part B.  Employer who is not the petitioner

I certify that I have authorized the party filing this petition to act as my agent in this regard.  I assume full responsibility for all representations made by this agent on my behalf and agree to the conditions of H-2A/H-2B eligibility.  I agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

| Signature of Employer | Name of Employer | Date (mm/dd/yyyy) |
|---|---|---|
| | | |

### Part C.  Joint Employers

24. **For H-2A petitioners only:**  A separate **Part C.** must be submitted for each Joint Employer.

Legal Name of Individual Joint Employer

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| | | |

Joint Employer Company or Organization Name
Steve Halbert Farms

SCSCGA - 003306

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification  (continued)

**Mailing Address of Joint Employer**

In Care Of Name (if any)

Steve Halbert

Street Number and Name.

P.O. Box 323

Apt. Ste. Flr.  Number ☐ ☐ ☐

City or Town

Chencyville

State  LA

ZIP Code. 71325

Province

Postal Code

Country

United States

**Contact Information**

Daytime Telephone Number

Mobile Telephone Number

318-452-2974

Email Address (if any)

stevenhalbert54@yahoo.com

### Taxpayer Identification Numbers

25.  Provide the following information, as applicable.

Employer Identification Number (EIN)

► 72-0990520

Individual Taxpayer Identification Number (ITIN)

►

U.S. Social Security Number (SSN)

►

### Other Information

26.  Type of Business Activity(ies)

Agriculture / Farming

Year Established. 1999

Current Number of Employees in the United States  4

Gross Annual Income  1,950,000

Net Annual Income  900,000

### Joint Employer's Certification

I agree to the conditions of H-2A eligibility employment, and agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

27.  Family Name (Last Name) of Authorized Signatory

Halbert

Given Name (First Name) of Authorized Signatory

Steve

Title of Authorized Signatory

Owner/operator

28.  Signature of Authorized Signatory

Date of Signature (mm/dd/yyyy)

7/30/2025

SCSCGA - 003307

## Section 2. Complete This Section If Filing for H-2A or H-2B Classification (continued)

21. The petitioner agrees to notify DHS beginning on a date and in a manner specified in a notice published in the Federal Register within 2 workdays if: an H-2A/H-2B worker does not report for work within 5 workdays after the employment start date stated on the petition or, applicable to H-2A petitioners only, within 5 workdays of the start date established by the petitioner, whichever is later; the agricultural labor or services for which H-2A/H-2B workers were hired is completed more than 30 days early; or the H-2A/H-2B worker does not report for work for a period of 5 consecutive workdays without the consent of the employer or is terminated prior to the completion of agricultural labor or services for which he or she was hired.   ☒ Yes   ☐ No

   See www.uscis.gov/h-2a and www.uscis.gov/h-2b, respectively, for the appropriate manner of notifying DHS as specified in a notice published in the Federal Register.

   **NOTE:** The above notification is a petitioner obligation and does not represent an indication of wrongdoing on the part of the worker. Further, USCIS **does not** consider the information provided in a petitioner notification, alone, to be conclusive evidence regarding the worker's current status. "Workday" means the period between the time on any particular day when such employee commences his or her principal activity and the time on that day at which he or she ceases such principal activity or activities.

22. The petitioner agrees to retain evidence of such notification and make it available for inspection by DHS officers for a one-year period.   ☒ Yes   ☐ No

23. **For H-2A petitioners only:** The petitioner agrees to pay $10 in liquidated damages for each instance where it cannot demonstrate it is in compliance with the notification requirement.   ☒ Yes   ☐ No

The petitioner must execute **Part A.** If the petitioner is the employer's agent, the employer must execute **Part B.** If there are joint employers, they must each execute **Part C.**

### Part A. Petitioner

By filing this petition, I agree to the conditions of H-2A/H-2B employment, agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS, and agree to the notification requirements. For H-2A petitioners: I also agree to the liquidated damages requirements defined in 8 CFR 214.2(h)(5)(vi)(B)(3).

| Signature of Petitioner | Name of Petitioner | Date (mm/dd/yyyy) |
|---|---|---|
| ➡ | Ricky Gonsoulin | |

### Part B. Employer who is not the petitioner

I certify that I have authorized the party filing this petition to act as my agent in this regard. I assume full responsibility for all representations made by this agent on my behalf and agree to the conditions of H-2A/H-2B eligibility. I agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

| Signature of Employer | Name of Employer | Date (mm/dd/yyyy) |
|---|---|---|
| | | |

### Part C. Joint Employers

24. **For H-2A petitioners only:** A separate **Part C.** must be submitted for each Joint Employer.

   Legal Name of Individual Joint Employer

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| | | |

   Joint Employer Company or Organization Name

   M.A. Patout & Son, Ltd., LLC

   SCSCGA - 003308

| Section 2.  Complete This Section If Filing for H-2A or H-2B Classification  (continued) |
|---|

**Mailing Address of Joint Employer**

In Care Of Name (if any)

Street Number and Name

3512 J. Patout Burns Road

Apt. Ste. Flr.  Number ☐ ☐ ☐

City or Town

Jeanerette

State LA   ZIP Code 70544

Province

Postal Code

Country
United States

**Contact Information**

Daytime Telephone Number
337-276-4592

Mobile Telephone Number
337-390-3911

Email Address (if any)
lweber@mapatout.com

*Taxpayer Identification Numbers*

25. Provide the following information, as applicable.

Employer Identification Number (EIN)
► 72-0283001

Individual Taxpayer Identification Number (ITIN)
►

U.S. Social Security Number (SSN)
►

*Other Information*

26. Type of Business Activity(ies)
Sugarcane Farming

Year Established
1832

Current Number of Employees in the United States
15

Gross Annual Income
5,306,000

Net Annual Income
1,017,000

*Joint Employer's Certification*

I agree to the conditions of H-2A eligibility employment, and agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

27. Family Name (Last Name) of Authorized Signatory
Weber

Given Name (First Name) of Authorized Signatory
Lance

Title of Authorized Signatory
General Manager

28. Signature of Authorized Signatory

Date of Signature (mm/dd/yyyy)
07-28-25

SCSCGA - 003309

Section 2.  Complete This Section If Filing for H-2A or H-2B Classification  (continued)

21. The petitioner agrees to notify DHS beginning on a date and in a manner specified in a notice published in the Federal Register within 2 workdays if: an H-2A/H-2B worker does not report for work within 5 workdays after the employment start date stated on the petition or, applicable to H-2A petitioners only, within 5 workdays of the start date established by the petitioner, whichever is later; the agricultural labor or services for which H-2A/H-2B workers were hired is completed more than 30 days early; or the H-2A/H-2B worker does not report for work for a period of 5 consecutive workdays without the consent of the employer or is terminated prior to the completion of agricultural labor or services for which he or she was hired.  ☒ Yes  ☐ No

See www.uscis.gov/h-2a and www.uscis.gov/h-2b, respectively, for the appropriate manner of notifying DHS as specified in a notice published in the Federal Register.

NOTE:  The above notification is a petitioner obligation and does not represent an indication of wrongdoing on the part of the worker.  Further, USCIS does not consider the information provided in a petitioner notification, alone, to be conclusive evidence regarding the worker's current status.  "Workday" means the period between the time on any particular day when such employee commences his or her principal activity and the time on that day at which he or she ceases such principal activity or activities.

22. The petitioner agrees to retain evidence of such notification and make it available for inspection by DHS officers for a one-year period.  ☒ Yes  ☐ No

23. For H-2A petitioners only:  The petitioner agrees to pay $10 in liquidated damages for each instance where it cannot demonstrate it is in compliance with the notification requirement.  ☒ Yes  ☐ No

The petitioner must execute Part A.  If the petitioner is the employer's agent, the employer must execute Part B.  If there are joint employers, they must each execute Part C.

## Part A.  Petitioner

By filing this petition, I agree to the conditions of H-2A/H-2B employment, agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS, and agree to the notification requirements.  For H-2A petitioners:  I also agree to the liquidated damages requirements defined in 8 CFR 214.2(h)(5)(vi)(B)(3).

| Signature of Petitioner | Name of Petitioner | Date (mm/dd/yyyy) |
|---|---|---|
| ➡ | Ricky Gonsoulin | |

## Part B.  Employer who is not the petitioner

I certify that I have authorized the party filing this petition to act as my agent in this regard.  I assume full responsibility for all representations made by this agent on my behalf and agree to the conditions of H-2A/H-2B eligibility.  I agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

| Signature of Employer | Name of Employer | Date (mm/dd/yyyy) |
|---|---|---|
| | | |

## Part C.  Joint Employers

24. For H-2A petitioners only:  A separate Part C. must be submitted for each Joint Employer.

Legal Name of Individual Joint Employer

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| | | |

Joint Employer Company or Organization Name

Roceland Raw Sugar, LLC

SCSCGA - 003310

**Section 2. Complete This Section If Filing for H-2A or H-2B Classification (continued)**

Mailing Address of Joint Employer

In Care Of Name (if any)

Street Number and Name
PO Box 159

Apt. Ste. Flr. Number
☐ ☐ ☐

City or Town
Reserland

State
LA

ZIP Code
70394

Province

Postal Code

Country
United States

Contact Information

Daytime Telephone Number
985-537-3533

Mobile Telephone Number

Email Address (if any)

## Taxpayer Identification Numbers

25. Provide the following information, as applicable.

Employer Identification Number (EIN)
► 72-1318263

Individual Taxpayer Identification Number (ITIN)
►

U.S. Social Security Number (SSN)
►

## Other Information

26. Type of Business Activity(ies)
Sugarcane

Year Established
1892

Current Number of Employees in the United States
105

Gross Annual Income
174,017,754

Net Annual Income
17,511,384

## Joint Employer's Certification

I agree to the conditions of H-2A eligibility employment, and agree to fully cooperate with any compliance review, evaluation, verification, or inspection conducted by USCIS.

27. Family Name (Last Name) of Authorized Signatory
Duplantis, Jr

Given Name (First Name) of Authorized Signatory
Daniels

Title of Authorized Signatory
President

28. Signature of Authorized Signatory
Daniel W Duplantis Jr

Date of Signature (mm/dd/yyyy)
8-1-25

SCSCGA - 003311

# ETA 790/JOB ORDER

SCSCGA - 003312



*OMB Approval:* 1205-0562
*Expiration Date:* 07/31/2025

Agricultural Clearance Order
Form ETA-790
**U.S. Department of Labor**

---

**IMPORTANT:** *In accordance with 20 CFR 653.500, all employers seeking U.S. workers to perform agricultural services or labor on a temporary, less than year-round basis through the Agricultural Recruitment System for U.S. Workers, must submit a completed job clearance order (Form ETA-790) to the State Workforce Agency (SWA) for placement on its intrastate and interstate job clearance systems. Employers submitting a job order in connection with an H-2A Application for Temporary Employment Certification (Form ETA-9142A) must complete the Form ETA-790 and attach a completed ETA-790A. All other employers submitting agricultural clearance orders must complete the Form ETA-790 and attach a completed ETA-790B. Employers and authorized preparers must read the general instructions carefully, complete ALL required fields/items containing an asterisk ( * ), and any fields/items where a response is conditional as indicated by the section ( § ) symbol.*

## I. Clearance Order Information

| FOR STATE WORKFORCE AGENCY (SWA) USE ONLY |||
|---|---|---|
| **Questions 1 through 17** |||
| 1. Clearance Order Number *<br>1630317 | 2. Clearance Order Issue Date *<br>7/1/2025 | 3. Clearance Order Expiration Date *<br>11/8/2025 |
| 4. SOC Occupation Code *<br>53-3032.00 | 5. SOC Occupation Title *<br>Heavy and Tractor-Trailer Truck Drivers ||
| **SWA Order Holding Office Contact Information** |||
| 6. Contact's last (family) name *<br>Parker | 7. First (given) name *<br>Nancy | 8. Middle name(s) § |
| 9. Contact's job title *<br>WFD Specialist |||
| 10. Address 1 *<br>West St. Mary Career Solutions Center |||
| 11. Address 2 *(suite/floor and number)* §<br>600 Main Street |||
| 12. City *<br>Franklin | 13. State *<br>Louisiana | 14. Postal code *<br>70538 |
| 15. Telephone number *<br>337-262-5604 | 16. Extension § | 17. Email address *<br>FLC@LWC.LA.GOV |

## II. Employer Contact Information

| | | |
|---|---|---|
| 1. Legal Business Name *<br>South Central Sugar Cane Growers' Association |||
| 2. Trade Name/Doing Business As (DBA), if applicable § |||
| 3. Contact's last (family) name *<br>Gonsoulin | 4. First (given) name *<br>Ricky | 5. Middle name(s) § |
| 6. Contact's job title *<br>Director |||
| 7. Address 1 *<br>611 Irish Bend Road |||
| 8. Address 2 *(suite/floor and number)* § |||
| 9. City *<br>Franklin | 10. State *<br>Louisiana | 11. Postal code *<br>70538 |
| 12. Telephone number *<br>+1 (337) 319-7515 | 13. Extension § | 14. Business email address *<br>rickygonsoulin@gmail.com |
| 15. Federal Employer Identification Number *(FEIN from IRS)* *<br>88-1924973 | 16. NAICS Code *<br>111930 ||

## III. Type of Clearance Order

| | |
|---|---|
| 1. Indicate the type of agricultural clearance order being placed with the SWA for recruitment of U.S. workers. *(choose only one)* * | ☑ 790A (placed in connection with an H-2A application)<br>❏ 790B (not placed in connection with an H-2A application) |

**For Public Burden Statement, see the Instructions for Form ETA-790/790A.**

SCSCGA - 003313

Form ETA-790    AGRICULTURAL CLEARANCE ORDER    Page 1 of 1

OMB Approval: 1205-0562
Expiration Date: 07/31/2025

H-2A Agricultural Clearance Order
Form ETA-790A
**U.S. Department of Labor**



### A.  Job Offer Information

| | |
|---|---|
| 1.  Job Title * | Heavy and Tractor-Trailer Truck Driver |

| 2. Workers Needed * | a. Total | b. H-2A Workers | **Period of Intended Employment** | |
|---|---|---|---|---|
| | 146 | 146 | 3.  First Date * 9/1/2025 | 4.  Last Date * 1/15/2026 |

5.  Will this job generally require the worker to be on-call 24 hours a day and 7 days a week? *
If "Yes", proceed to question 8.  If "No", complete questions 6 and 7 below.   ☐ Yes  ☑ No

6.  Anticipated days and hours of work per week  *(an entry is required for each box below)* *          7. Hourly Work Schedule *

| 49 | a. Total Hours | 7 | c. Monday | 7 | e. Wednesday | 7 | g. Friday | | a. 7 : 00 ☑ AM ☐ PM |
|---|---|---|---|---|---|---|---|---|---|
| 7 | b. Sunday | 7 | d. Tuesday | 7 | f. Thursday | 7 | h. Saturday | | b. 2 : 00 ☐ AM ☑ PM |

**Temporary Agricultural Services and Wage Offer Information**

8a.  Job Duties - Description of the specific services or labor to be performed. *
*(Please begin response on this form and use Addendum C if additional space is needed.)*

See Addendum C

| 8b.  Wage Offer * | 8c.  Per * | 8d.  Piece Rate Offer § | 8e.  Piece Rate Units / Estimated Hourly Rate / Special Pay Information § |
|---|---|---|---|
| $ 14 . 83 | ☑ HOUR ☐ MONTH | $ 00 . 00 | N/A |

9.  Is a completed **Addendum A** providing additional information on the crops or agricultural activities to be performed and wage offers attached to this job offer? *   ☑ Yes  ☐ N/A

10.  Frequency of Pay: *   ☐ Weekly   ☑ Biweekly   ☐ Other (specify): N/A

11.  State all deduction(s) from pay and, if known, the amount(s). *
*(Please begin response on this form and use Addendum C if additional space is needed.)*

See Addendum C

SCSCGA - 003314

OMB Approval: 1205-0562
Expiration Date: 07/31/2025

H-2A Agricultural Clearance Order
Form ETA-790A
**U.S. Department of Labor**



### B. Minimum Job Qualifications/Requirements

1. Education: minimum U.S. diploma/degree required. *

☑ None  ☐ High School/GED  ☐ Associate's  ☐ Bachelor's  ☐ Master's or higher  ☐ Other degree (JD, MD, etc.)

| 2. Work Experience: number of <u>months</u> required. * | 3 | 3. Training: number of <u>months</u> required. * | 0 |
|---|---|---|---|

4. Basic Job Requirements (check all that apply) §

☑ a. Certification/license requirements
☑ b. Driver requirements
☐ c. Criminal background check
☑ d. Drug screen
☐ e. Lifting requirement _____ lbs.

☑ f. Exposure to extreme temperatures
☐ g. Extensive pushing or pulling
☑ h. Extensive sitting or walking
☐ i. Frequent stooping or bending over
☑ j. Repetitive movements

| 5a. Supervision: does this position supervise the work of other employees? * | ☐ Yes  ☑ No | 5b. If "Yes" to question 5a, enter the number of employees worker will supervise. § | |
|---|---|---|---|

6. Additional Information Regarding Job Qualifications/Requirements. *

*(Please begin response on this form and use Addendum C if additional space is needed. If no additional skills or requirements, enter "**NONE**" below)*

NONE

### C. Place of Employment Information

1. Place of Employment Address/Location *
611 Irish Bend Road

| 2. City * Franklin | 3. State * Louisiana | 4. Postal Code * 70538 | 5. County * St Mary |
|---|---|---|---|

6. Additional Place of Employment Information. *(If no additional information, enter "**NONE**" below)* *

The employer's physical and mailing address is 611 Irish Bend Road, Franklin, Louisiana 70538. The members of the association each own the worksite locations listed on the ETA 790A.

| 7. Is a completed **Addendum B** providing additional information on the places of employment and/or agricultural businesses who will employ workers, or to whom the employer will be providing workers, attached to this job order? * | ☑ Yes  ☐ N/A |
|---|---|

### D. Housing Information

1. Housing Address/Location *
1520 Main Street

| 2. City * Franklin | 3. State * Louisiana | 4. Postal Code * 70538 | 5. County * St Mary |
|---|---|---|---|

| 6. Type of Housing (check only one) * ☑ Employer-provided (including mobile or range)    ☐ Rental or public | 7. Total Units * 1 | 8. Total Occupancy * 179 |
|---|---|---|

9. Identify the entity that determined the housing met all applicable standards: *

☐ Local authority  ☑ SWA  ☐ Other State authority  ☐ Federal authority  ☐ Other (specify): _____

10. Additional Housing Information. *(If no additional information, enter "**NONE**" below)* *

NONE

| 11. Is a completed **Addendum B** providing additional information on housing that will be provided to workers attached to this job order? * | ☑ Yes  ☐ N/A |
|---|---|

SCSCGA - 003315

Form ETA-790A                    FOR DEPARTMENT OF LABOR USE ONLY                    Page 2 of 8
H-2A Case Number: H-300-25181-141495    Case Status: Full Certification    Determination Date: 07/16/2025    Validity Period: 9/1/2025 to 1/15/2026

*OMB Approval:* 1205-0562
*Expiration Date:* 07/31/2025

H-2A Agricultural Clearance Order
Form ETA-790A
**U.S. Department of Labor**



### E. Provision of Meals

1. Describe <u>how</u> the employer will provide each worker with three meals per day or furnish free and convenient cooking and kitchen facilities. *
   *(Please begin response on this form and use Addendum C if additional space is needed.)*

Employer will provide three meals a day prepared at the on-site kitchen. Employer will charge $14.00 per person, per day for these three meals.

El empleador proporcionará tres comidas al día preparadas en la cocina del centro. El empleador cobrará $14.00 por persona, por día por estas tres comidas.

| 2. The employer: * | ☐  **WILL NOT** charge workers for meals. | | | |
|---|---|---|---|---|
| | ☑  **WILL** charge each worker for meals at | $ 14 . 00 | per day, if meals are provided. |

### F. Transportation and Daily Subsistence

1. Describe the terms and arrangements for daily transportation the employer will provide to workers. *
   *(Please begin response on this form and use Addendum C if additional space is needed.)*

Please see Addendum C.

2. Describe the terms and arrangements for providing workers with transportation (a) to the place of employment (*i.e.*, inbound) and (b) from the place of employment (*i.e.*, outbound). *
   *(Please begin response on this form and use Addendum C if additional space is needed.)*

Please see Addendum C.

| 3. During the travel described in Item 2, the employer will pay for or reimburse daily meals by providing each worker * | a. no less than | $ 16 . 28 | per day * |
|---|---|---|---|
| | b. no more than | $ 68 . 00 | per day with receipts |

### G. Referral and Hiring Instructions

SCSCGA - 003316

*OMB Approval:* 1205-0562
*Expiration Date:* 07/31/2025

H-2A Agricultural Clearance Order
Form ETA-790A
**U.S. Department of Labor**



1. Explain <u>how</u> prospective applicants may be considered for employment under this job order, including verifiable contact information for the employer (or the employer's authorized hiring representative), methods of contact, and the days and hours applicants will be considered for the job opportunity. *
*(Please begin response on this form and use Addendum C if additional space is needed.)*

Call Ricky Gonsoulin at (337) 319-7515 to apply for position between the hours of 8:00AM to 4:00PM, Monday - Friday.

| 2. Telephone Number to Apply *<br>+1 (337) 319-7515 | 3. Extension §<br>N/A | 4. Email Address to Apply *<br>rickygonsoulin@gmail.com |
|---|---|---|
| 5. Website Address (URL) to Apply *<br>N/A | | |

### H. Additional Material Terms and Conditions of the Job Offer

| 1. Is a completed **Addendum C** providing additional information about the material terms, conditions, and benefits (monetary and non-monetary) that will be provided by the employer attached to this job order? * | ☑ Yes ☐ No |
|---|---|

### I. Conditions of Employment and Assurances for H-2A Agricultural Clearance Orders

By virtue of my signature below, **I HEREBY CERTIFY** my knowledge of and compliance with applicable Federal, State, and local employment-related laws and regulations, including employment-related health and safety laws, and certify the following conditions of employment:

1. **JOB OPPORTUNITY**: Employer assures that the job opportunity identified in this clearance order (hereinafter also referred to as the "job order") is a full-time temporary position being placed with the SWA in connection with an *H-2A Application for Temporary Employment Certification* for H-2A workers and this clearance order satisfies the requirements for agricultural clearance orders in 20 CFR part 653, subpart F and the requirements set forth in 20 CFR 655, subpart B. This job opportunity offers U.S. workers no less than the same benefits, wages, and working conditions that the employer is offering, intends to offer, or will provide to H-2A workers and complies with the requirements at 20 CFR part 655, subpart B. The job opportunity is open to any qualified U.S. worker regardless of race, color, national origin, age, sex, religion, handicap, or citizenship.

2. **NO STRIKE, LOCKOUT, OR WORK STOPPAGE**: Employer assures that this job opportunity, including all places of employment for which the employer is requesting temporary agricultural labor certification does not currently have workers on strike or being locked out in the course of a labor dispute. 20 CFR 655.135(b).

3. **HOUSING FOR WORKERS**: Employer agrees to provide or secure housing for the H-2A workers and those workers in corresponding employment who are not reasonably able to return to their residence at the end of the work day. That housing complies with the applicable local, State, and/or Federal standards and is sufficient to house the specified number of workers requested through the clearance system. The employer will provide the housing without charge to the worker. Any charges for rental housing will be paid directly by the employer to the owner or operator of the housing. If public accommodations or public housing are provided to workers, the employer agrees to pay all housing-related charges directly to the housing's management. The employer agrees that charges in the form of deposits for bedding or other similar incidentals related to housing (e.g., utilities) must not be levied upon workers. However, the employer may require workers to reimburse them for damage caused to housing by the individual worker(s) found to have been responsible for damage which is not the result of normal wear and tear related to habitation. When it is the prevailing practice in the area of intended employment and the occupation to provide family housing, the employer agrees to provide family housing at no cost to workers with families who request it. 20 CFR 655.122(d), 653.501(c)(3)(vi).

   *Request for Conditional Access to Intrastate or Interstate Clearance System*: Employer assures that the housing disclosed on this clearance order will be in full compliance with all applicable local, State, and/or Federal standards at least 20 calendar days before the housing is to be occupied. 20 CFR 653.502(a)(3). The Certifying Officer will not certify the application until the employer provides evidence that housing has been inspected and approved or, in the case of rental or public accommodations, is otherwise in full compliance.

4. **WORKERS' COMPENSATION COVERAGE**: Employer agrees to provide workers' compensation insurance coverage in compliance with State law covering injury and disease arising out of and in the course of the worker's employment. If the type of employment for which the certification is sought is not covered by or is exempt from the State's workers' compensation law, the employer agrees to provide, at no cost to the worker, insurance covering injury and disease arising out of and in the course of the worker's employment that will provide benefits at least equal to those provided under the State workers' compensation law for other comparable employment. 20 CFR 655.122(e).

5. **EMPLOYER-PROVIDED TOOLS AND EQUIPMENT**: Employer agrees to provide to the worker, without charge or deposit charge, all tools, supplies, and equipment required to perform the duties assigned. 20 CFR 655.122(f), .210(d), or .302(c).

SCSCGA - 003317

*OMB Approval:* 1205-0562
*Expiration Date:* 07/31/2025

H-2A Agricultural Clearance Order
Form ETA-790A
**U.S. Department of Labor**



6.  **MEALS**: Employer agrees to provide each worker with three meals a day or furnish free and convenient cooking and kitchen facilities to the workers that will enable the workers to prepare their own meals. Where the employer provides the meals, the job offer will state the charge, if any, to the worker for such meals. The amount of meal charges is governed by 20 CFR 655.173. 20 CFR 655.122(g). When a charge or deduction for the cost of meals would bring the worker's wage below the minimum wage set by the FLSA at 29 U.S.C. 206, the charge or deduction must meet the requirements of 29 U.S.C. 203(m) of the FLSA, including the recordkeeping requirements found at 29 CFR 516.27.

    For workers engaged in the herding or production of livestock on the range, the employer agrees to provide each worker, without charge or deposit charge, (1) either three sufficient meals a day, or free and convenient cooking facilities and adequate provision of food to enable the worker to prepare his own meals. To be sufficient or adequate, the meals or food provided must include a daily source of protein, vitamins, and minerals; and (2) adequate potable water, or water that can be easily rendered potable and the means to do so. 20 CFR 655.210(e).

7.  **TRANSPORTATION AND DAILY SUBSISTENCE**: Employer agrees to provide the following transportation and daily subsistence benefits to eligible workers.

    A.  *Transportation to Place of Employment (Inbound)*

        If the worker completes 50 percent of the work contract period, and the employer did not directly provide such transportation or subsistence or otherwise has not yet paid the worker for such transportation or subsistence costs, the employer agrees to reimburse the worker for reasonable costs incurred by the worker for transportation and daily subsistence from the place from which the worker came to work for the employer to the employer's place of employment, whether in the U.S. or abroad. The amount of the transportation payment must be no less (and is not required to be more) than the most economical and reasonable common carrier transportation charges for the distances involved. The amount the employer will pay for daily subsistence expenses are those amounts disclosed in this clearance order, which are at least as much as the employer would charge the worker for providing the worker with three meals a day during employment (if applicable), but in no event will be less than the amount permitted under 20 CFR 655.173(a). The employer understands that the Fair Labor Standards Act applies independently of the H-2A requirements and imposes obligations on employers regarding payment of wages. 20 CFR 655.122(h)(1).

    B.  *Transportation from Place of Employment (Outbound)*

        If the worker completes the work contract period, or is terminated without cause, and the worker has no immediate subsequent H-2A employment, the employer agrees to provide or pay for the worker's transportation and daily subsistence from the place of employment to the place from which the worker, disregarding intervening employment, departed to work for the employer. Return transportation will not be provided to workers who voluntarily abandon employment before the end of the work contract period, or who are terminated for cause, if the employer follows the notification requirements in 20 CFR 655.122(n).

        If the worker has contracted with a subsequent employer who has not agreed in such work contract to provide or pay for the worker's transportation and daily subsistence expenses from the employer's place of employment to such subsequent employer's place of employment, the employer must provide for such expenses. If the worker has contracted with a subsequent employer who has agreed in such work contract to provide or pay for the worker's transportation and daily subsistence expenses from the employer's place of employment to such subsequent employer's place of employment, the subsequent employer must provide or pay for such expenses.

        The employer is not relieved of its obligation to provide or pay for return transportation and subsistence if an H-2A worker is displaced as a result of the employer's compliance with the employer's obligation to hire U.S. workers who apply or are referred after the employer's date of need during the recruitment period set out in 20 CFR 655.135(d). 20 CFR 655.122(h)(2).

    C.  *Daily Transportation*

        Employer agrees to provide transportation between housing provided or secured by the employer and the employer's place(s) of employment at no cost to the worker. 20 CFR 655.122(h)(3).

    D.  *Compliance with Transportation Standards*

        Employer assures that all employer-provided transportation will comply with all applicable Federal, State, or local laws and regulations. Employer agrees to provide, at a minimum, the same transportation safety standards, driver licensure, and vehicle insurance as required under 29 U.S.C. 1841 and 29 CFR 500.104 or 500.105 and 29 CFR 500.120 to 500.128. If workers' compensation is used to cover transportation, in lieu of vehicle insurance, the employer will ensure that such workers' compensation covers all travel or that vehicle insurance exists to provide coverage for travel not covered by workers' compensation. Employer agrees to have property damage insurance. 20 CFR 655.122(h)(4).

8.  **THREE-FOURTHS GUARANTEE**: Employer agrees to offer the worker employment for a total number of work hours equal to at least three-fourths of the workdays of the total period beginning with the first workday after the arrival of the worker at the place of employment or the advertised contractual first date of need, whichever is later, and ending on the expiration date specified in the work contract or in its extensions, if any. 20 CFR 655.122(i).

    The employer may offer the worker more than the specified hours of work on a single workday. For purposes of meeting the three-fourths guarantee, the worker will not be required to work for more than the number of hours specified in the job order for a workday, or on the worker's Sabbath or Federal holidays. If, during the total work contract period, the employer affords the U.S. or H-2A worker less employment than that required under this guarantee, the employer will pay such worker the amount the worker would have earned had the worker, in fact, worked for the guaranteed number of days. An employer will not be considered to have met the work guarantee if the employer has merely offered work on three-fourths of the workdays if each workday did not consist of a full number of hours of work time as specified in the job order. All hours of work actually performed may be counted by the employer in calculating whether the period of guaranteed employment has been met. Any hours the worker fails to work, up to a maximum of the number of hours specified in the job order for a workday, when the worker has been offered an opportunity to work, and all hours of work actually performed (including voluntary work over 8 hours in a workday or on the worker's Sabbath or Federal holidays), may be counted by the employer in calculating whether the period of guaranteed employment has been met. 20 CFR 655.122(i).

    If the worker is paid on a piece rate basis, the employer agrees to use the worker's average hourly piece rate earnings or the required hourly wage rate, whichever is higher, to calculate the amount due under the three-fourths guarantee. 20 CFR 655.122(i).

SCSCGA - 003318

OMB Approval: 1205-0562
Expiration Date: 07/31/2025

H-2A Agricultural Clearance Order
Form ETA-790A
**U.S. Department of Labor**



If the worker voluntarily abandons employment before the end of the period of employment set forth in the job order, or is terminated for cause, and the employer follows the notification requirements in 20 CFR 655.122(n), the worker is not entitled to the three-fourths guarantee. The employer is not liable for payment of the three-fourths guarantee to an H-2A worker whom the Department of Labor certifies is displaced due to the employer's requirement to hire qualified and available U.S. workers during the recruitment period set out in 20 CFR 655.135(d), which lasts until 50 percent of the period of the work contract has elapsed (50 percent rule). 20 CFR 655.122(i).

*Important Note*: In circumstances where the work contract is terminated due to contract impossibility under 20 CFR 655.122(o), the three-fourths guarantee period ends on the date of termination.

9.  **EARNINGS RECORDS**: Employer agrees to keep accurate and adequate records with respect to the workers' earnings at the place or places of employment, or at one or more established central recordkeeping offices where such records are customarily maintained. The records must include each worker's permanent address, and, when available, permanent email address, and phone number(s). All records must be available for inspection and transcription by the Department of Labor or a duly authorized and designated representative, and by the worker and representatives designated by the worker as evidenced by appropriate documentation. Where the records are maintained at a central recordkeeping office, other than in the place or places of employment, such records must be made available for inspection and copying within 72 hours following notice from the Department of Labor, or a duly authorized and designated representative, and by the worker and designated representatives. The content of earnings records must meet all regulatory requirements and be retained by the employer for a period of not less than 3 years after the date of certification by the Department of Labor. 20 CFR 655.122(j).

10. **HOURS AND EARNINGS STATEMENTS**: Employer agrees to furnish to the worker on or before each payday in one or more written statements the following information: (1) the worker's total earnings for the pay period; (2) the worker's hourly rate and/or piece rate of pay; (3) the hours of employment offered to the worker (showing offers in accordance with the three-fourths guarantee as determined in 20 CFR 655.122(i), separate from any hours offered over and above the guarantee); (4) the hours actually worked by the worker; (5) an itemization of all deductions made from the worker's wages; (6) if piece rates are used, the units produced daily; (7) beginning and ending dates of the pay period; and (8) the employer's name, address and FEIN. 20 CFR 655.122(k).

    For workers engaged in the herding or production of livestock on the range, the employer is exempt from recording and furnishing the hours actually worked each day, the time the worker begins and ends each workday, as well as the nature and amount of work performed, but otherwise must comply with the earnings records and hours and earnings statement requirements set out in 20 CFR 655.122(j) and (k). The employer agrees to keep daily records indicating whether the site of the employee's work was on the range or off the range. If the employer prorates a worker's wage because of the worker's voluntary absence for personal reasons, it must also keep a record of the reason for the worker's absence. 20 CFR 655.210(f).

11. **RATES OF PAY**: The employer agrees that it will offer, advertise in its recruitment, and pay at least the Adverse Effect Wage Rate (AEWR), a prevailing wage rate, the agreed-upon collective bargaining rate, the Federal minimum wage, or the State minimum wage, whichever is highest, for every hour or portion thereof worked during a pay period. If the offered wage(s) disclosed in this clearance order is/are based on commission, bonuses, or other incentives, the employer guarantees the wage paid on a weekly, semi-monthly, or monthly basis will equal or exceed the AEWR, prevailing wage rate, Federal minimum wage, State minimum wage, or any agreed-upon collective bargaining rate, whichever is highest. If the applicable AEWR or prevailing wage is adjusted during the contract period, and that new rate is higher than the highest of the AEWR, the prevailing wage, the collective bargaining rate, the Federal minimum wage, or the State minimum wage, the employer will increase the pay of all employees in the same occupation to the higher rate no later than the effective date of the adjustment. If the new AEWR or prevailing wage is lower than the rate guaranteed on this job order, the employer will continue to pay at least the rate guaranteed on this job order.

    If the worker is paid on a piece rate basis, the piece rate must be no less than the prevailing piece rate for the crop activity or agricultural activity and, if applicable, a distinct work task or tasks performed in that activity in the geographic area, if one has been issued. At the end of the pay period, if the piece rate does not result in average hourly piece rate earnings during the pay period at least equal to the amount the worker would have earned had the worker been paid at the appropriate hourly rate, the employer agrees to supplement the worker's pay at that time so that the worker's earnings are at least as much as the worker would have earned during the pay period if the worker had instead been paid at the appropriate hourly wage rate for each hour worked. 20 CFR 655.120, 655.122(l).

    For workers engaged in the herding or production of livestock on the range, the employer agrees to pay the worker at least the monthly AEWR, the agreed-upon collective bargaining wage, or the applicable minimum wage imposed by Federal or State law or judicial action, in effect at the time work is performed, whichever is highest, for every month of the job order period or portion thereof. If the offered wage disclosed in this clearance order is based on commissions, bonuses, or other incentives, the employer guarantees that the wage paid will equal or exceed the monthly AEWR, the agreed-upon collective bargaining wage, or the applicable minimum wage imposed by Federal or State law or judicial action, whichever is highest, and will be paid to each worker free and clear without any unauthorized deductions. The employer may prorate the wage for the initial and final pay periods of the job order period if its pay period does not match the beginning or ending dates of the job order. The employer also may prorate the wage if an employee is voluntarily unavailable to work for personal reasons. 20 CFR 655.210(g).

12. **FREQUENCY OF PAY:** Employer agrees to pay workers when due based on the frequency disclosed in this clearance order. 20 CFR 655.122(m).

13. **ABANDONMENT OF EMPLOYMENT OR TERMINATION FOR CAUSE**: If a worker voluntarily abandons employment before the end of the contract period, or is terminated for cause, the employer is not responsible for providing or paying for the subsequent transportation and subsistence expenses of that worker, and that worker is not entitled to the three-fourths guarantee, if the employer notifies the U.S. Department of Labor and, if applicable, the Department of Homeland Security, in writing or by any other method specified by the Department of Labor or the Department of Homeland Security in the *Federal Register*, not later than 2 working days after the abandonment or termination occurs. A worker will be deemed to have abandoned the work contract after the worker fails to show up for work at the regularly scheduled time for 5 consecutive work days without the consent of the employer. 20 CFR 655.122(n).

14. **CONTRACT IMPOSSIBILITY**: The work contract may be terminated before the end date of work specified in the work contract if the services of the workers are no longer required for reasons beyond the control of the employer due to fire, weather, or other Act of God that makes fulfillment of the contract impossible, as determined by the Department of Labor. In the event that the work contract is terminated, the employer agrees to fulfill the three-fourths guarantee for the time that has elapsed from the start date of work specified in the work contract to the date of termination. The employer also agrees that it will make efforts to transfer the worker to other comparable employment acceptable

SCSCGA-003319

OMB Approval: 1205-0562
Expiration Date: 07/31/2025

H-2A Agricultural Clearance Order
Form ETA-790A
**U.S. Department of Labor**



to the worker and consistent with existing immigration laws.  In situations where a transfer is not affected, the employer agrees to return the worker at the employer's expense to the place from which the worker, disregarding intervening employment, came to work for the employer, or transport the worker to his/her next certified H-2A employer, whichever the worker prefers.  The employer will also reimburse the worker the full amount of any deductions made by the employer from the worker's pay for transportation and subsistence expenses to the place of employment. The employer will also pay the worker for any transportation and subsistence expenses incurred by the worker to that employer's place of employment.  The amounts the employer will pay for subsistence expenses per day are those amounts disclosed in this clearance order.  The amount of the transportation payment must not be less (and is not required to be more) than the most economical and reasonable common carrier transportation charges for the distances involved.  20 CFR 655.122(o).

The employer is not required to pay for transportation and daily subsistence from the place of employment to a subsequent employer's place of employment if the worker has contracted with a subsequent employer who has agreed to provide or pay for the worker's transportation and subsistence expenses from the present employer's place of employment to the subsequent employer's place of employment.  20 CFR 655.122(h)(2).

15. **DEDUCTIONS FROM WORKER'S PAY**:  Employer agrees to make all deductions from the worker's paycheck required by law.  This job offer discloses all deductions not required by law which the employer will make from the worker's paycheck and all such deductions are reasonable, in accordance with 20 CFR 655.122(p) and 29 CFR part 531.  The wage requirements of 20 CFR 655.120 will not be met where undisclosed or unauthorized deductions, rebates, or refunds reduce the wage payment made to the employee below the minimum amounts required under 20 CFR part 655, subpart B, or where the employee fails to receive such amounts free and clear because the employee kicks back directly or indirectly to the employer or to another person for the employer's benefit the whole or part of the wage delivered to the employee.  20 CFR 655.122(p).

16. **DISCLOSURE OF WORK CONTRACT**:  Employer agrees to provide a copy of the work contract to an H-2A worker no later than the time at which the worker applies for the visa, or to a worker in corresponding employment no later than on the day work commences.  For an H-2A worker coming to the employer from another H-2A employer or who does not require a visa for entry to the United States, the employer agrees to provide a copy of the work contract no later than the time an offer of employment is made to the H-2A worker.  A copy of the work contract will be provided to each worker in a language understood by the worker, as necessary or reasonable.  In the absence of a separate, written work contract entered into between the employer and the worker, the work contract at minimum will be the terms of this clearance order, including all Addenda, the certified *H-2A Application for Temporary Employment Certification* and any obligations required under 8 U.S.C. 1188, 29 CFR part 501, or 20 CFR part 655, subpart B.  20 CFR 655.122(q).

17. **ADDITIONAL ASSURANCES FOR CLEARANCE ORDERS**:

    A.  Employer agrees to provide to workers referred through the clearance system the number of hours of work disclosed in this clearance order for the week beginning with the anticipated first date of need, unless the employer has amended the first date of need at least 10 business days before the original first date of need by so notifying the Order-Holding Office (OHO) in writing (*e.g.*, email notification).  The employer understands that it is the responsibility of the SWA to make a record of all notifications and attempt to inform referred workers of the amended first date of need expeditiously.  20 CFR 653.501(c)(3)(i).

    If there is a change to the anticipated first date of need, and the employer fails to notify the OHO at least 10 business days before the original first date of need, the employer agrees that it will pay eligible workers referred through the clearance system the specified rate of pay disclosed in this clearance order for the first week starting with the originally anticipated first date of need or will provide alternative work if such alternative work is stated on the clearance order.  20 CFR 653.501(c)(5).

    B.  Employer agrees that no extension of employment beyond the period of employment specified in the clearance order will relieve it from paying the wages already earned, or if specified in the clearance order as a term of employment, providing transportation from the place of employment, as described in paragraph 7.B above.  20 CFR 653.501(c)(3)(ii).

    C.  Employer assures that all working conditions comply with applicable Federal and State minimum wage, child labor, social security, health and safety, farm labor contractor registration, and other employment-related laws.  20 CFR 653.501(c)(3)(iii).

    D.  Employer agrees to expeditiously notify the OHO or SWA by emailing and telephoning immediately upon learning that a crop is maturing earlier or later, or that weather conditions, over-recruitment, or other factors have changed the terms and conditions of employment.  20 CFR 653.501(c)(3)(iv).

    E.  If acting as a farm labor contractor (FLC) or farm labor contractor employee (FLCE) on this clearance order, the employer assures that it has a valid Federal FLC certificate or Federal FLCE identification card and when appropriate, any required State FLC certificate.  20 CFR 653.501(c)(3)(v).

    F.  Employer assures that outreach workers will have reasonable access to the workers in the conduct of outreach activities pursuant to 20 CFR 653.107.  20 CFR 653.501(c)(3)(vii).

*I **declare** under penalty of perjury that I have read and reviewed this clearance order, including every page of this Form ETA-790A and all supporting addendums, and that to the best of my knowledge, the information contained therein is true and accurate.  This clearance order describes the actual terms and conditions of the employment being offered by me and contains all the material terms and conditions of the job.  20 CFR 653.501(c)(3)(viii).  I understand that to knowingly furnish materially false information in the preparation of this form and/or any supplement thereto or to aid, abet, or counsel another to do so is a federal offense punishable by fines, imprisonment, or both.  18 U.S.C. §§ 2, 1001.*

| 1.  Last (family) name *<br>Gonsoulin | 2.  First (given) name *<br>Ricky | 3.  Middle initial § |
|---|---|---|
| 4.  Title *<br>Director | | |

SCSCGA - 003320

OMB Approval: 1205-0562
Expiration Date: 07/31/2025

H-2A Agricultural Clearance Order
Form ETA-790A
**U.S. Department of Labor**



| 5. Signature (or digital signature) * | | 6. Date signed * |
|---|---|---|
| Digital Signature Verified and Retained By | *Certifying Officer* | 7/2/2025 |

**For Public Burden Statement, see the Instructions for Form ETA-790/790A.**

SCSCGA - 003321

FOR DEPARTMENT OF LABOR USE ONLY

H-2A Agricultural Clearance Order
Form ETA-790A Addendum A
**U.S. Department of Labor**



## A.9. Additional Crop or Agricultural Activities and Wage Offer Information

| Crop ID | Crop or Agricultural Activity | Wage Offer | Per | Piece Rate Units / Estimated Hourly Rate / Special Pay Information |
|---|---|---|---|---|
|  | Sugarcane | $ 14 . 83 | Hour |  |
|  |  | $ ___ . ___ |  |  |
|  |  | $ ___ . ___ |  |  |
|  |  | $ ___ . ___ |  |  |
|  |  | $ ___ . ___ |  |  |
|  |  | $ ___ . ___ |  |  |
|  |  | $ ___ . ___ |  |  |
|  |  | $ ___ . ___ |  |  |
|  |  | $ ___ . ___ |  |  |
|  |  | $ ___ . ___ |  |  |
|  |  | $ ___ . ___ |  |  |

**For Public Burden Statement, see the Instructions for Form ETA-790/790A.**

SCSCGA - 003322

Page A.1 of A.1

Form ETA-790A Addendum A

H-2A Case Number: H-300-25181-141495

**FOR DEPARTMENT OF LABOR USE ONLY**

Case Status: Full Certification

Determination Date: 07/16/2025

Validity Period: 9/1/2025 to 1/15/2026

Page A.1 of A.1

OMB Approval: 1205-0562
Expiration Date: 07/31/2025

H-2A Agricultural Clearance Order
Form ETA-790A Addendum B
**U.S. Department of Labor**

**C. Additional Place of Employment Information**

| 1. Name of Agricultural Business § | 2. Place of Employment * | 3. Additional Place of Employment Information § | 4. Begin Date § | 5. End Date § | 6. Total Workers § |
|---|---|---|---|---|---|
| CML Green Acres, LLC | 637 Moresi Road + farmland within an 22-mile radius<br>Jeanerette, Louisiana 70560<br>ST MARY | | 9/1/2025 | 1/15/2026 | 2 |
| Jaime Segura Farms, LLC | 2083 Hwy 87 + farmland within a 9-mile radius<br>Franklin, Louisiana 70538<br>ST MARY | | 9/1/2025 | 1/15/2026 | 2 |
| Ted Broussard Farms, Inc. | 1564 Verdunville Road + surrounding farmland within 12-mile radius<br>Franklin, Louisiana 70538<br>ST MARY | | 9/1/2025 | 1/15/2026 | 2 |
| Roy Degeyter, Jr. & Son Farm | 6007 Sugar Oaks Road + farmland within a 32-mile radius<br>New Iberia, Louisiana 70563<br>IBERIA | | 9/1/2025 | 1/15/2026 | 2 |
| Raymond Hebert Farms, LLC | 9519 Harold Landry Road + farmland within a 26-mile radius<br>New Iberia, Louisiana 70563<br>IBERIA | | 9/1/2025 | 1/15/2026 | 2 |
| Circle L Farms, LLC | 1817 Lake Dauterive Road + farmland within a 32-mile radius<br>Loreauville, Louisiana 70522<br>IBERIA | | 9/1/2025 | 1/15/2026 | 2 |
| Richard Glaubrecht, Jr. | 9018 East Admiral Doyle + surrounding farmland within a 30-mile radius<br>Jeanerette, Louisiana 70544<br>IBERIA | | 9/1/2025 | 1/15/2026 | 1 |
| Jake Viator Farms | 5411 Jefferson Island Road + farmland within a 35-mile radius<br>New Iberia, Louisiana 70560<br>IBERIA | | 9/1/2025 | 1/15/2026 | 2 |
| Cypremort Planting Company | 4619 Little Valley Plantation Road + farmland within a 22-mile radius<br>Jeanerette, Louisiana 70544<br>IBERIA | | 9/1/2025 | 1/15/2026 | 3 |
| Northside Planting, LLC | 2816 Hwy 87 + farmland within an 11-mile radius<br>Franklin, Louisiana 70538<br>ST MARY | | 9/1/2025 | 1/15/2026 | 2 |

**D. Additional Housing Information**

Form ETA-790A Addendum B

H-2A Case Number: H-300-25181-141495

**FOR DEPARTMENT OF LABOR USE ONLY**

Case Status: Full Certification

Determination Date: 07/16/2025

Page B.1 of B.8

Validity Period: 9/1/2025 to 1/15/2026

Case 6:24-cv-01392-RRS-CBW   Document 118-17   Filed 05/22/26   Page 74 of 80 PageID #: 2452

SCSCGA_0003323

OMB Approval: 1205-0562
Expiration Date: 07/31/2025

H-2A Agricultural Clearance Order
Form ETA-790A Addendum B
**U.S. Department of Labor**

## C. Additional Place of Employment Information

| 1. Name of Agricultural Business § | 2. Place of Employment * | 3. Additional Place of Employment Information § | 4. Begin Date § | 5. End Date § | 6. Total Workers § |
|---|---|---|---|---|---|
| Nicky Rockforte Farms, LLC | 1339 Maringouin Road + farmland within a 100-mile radius<br>Maringouin, Louisiana 70757<br>IBERVILLE | | 9/1/2025 | 1/15/2026 | 2 |
| Ulysses Gonsonlin, Jr. & Sons, Inc. | 4812 Jefferson Island Road + farmland within a 35-mile radius<br>New Iberia, Louisiana 70560<br>IBERIA | | 9/1/2025 | 1/15/2026 | 2 |
| McDonald Farms, LLC | 8314 Jefferson Island Road, and surrounding farmland within a 30-mile radius<br>New Iberia, Louisiana 70560<br>IBERIA | | 9/1/2025 | 1/15/2026 | 2 |
| Patrick Judice Farms, Inc. | 2019 David Duboin Road, and surrounding farmland within a 26-mile radius<br>New Iberia, Louisiana 70560<br>IBERIA | | 9/1/2025 | 1/15/2026 | 2 |
| Blaine Tauzin Farms, LLC | 4304 Daspit Road + farmland within a 33-mile radius<br>New Iberia, Louisiana 70563<br>IBERIA | | 9/1/2025 | 1/15/2026 | 2 |
| MMA, LLC | 4304 Daspit Road + farmland within a 25-mile radius<br>New Iberia, Louisiana 70563<br>IBERIA | | 9/1/2025 | 1/15/2026 | 2 |
| Scott Corley Farms | 2008 Water Street + farmland within a 100-mile radius<br>Lecompte, Louisiana 71346<br>RAPIDES | | 9/1/2025 | 1/15/2026 | 2 |
| LeJeune Brothers, LLC | 5008 Loreauville Road, and surrounding farmland with a 23-mile radius<br>New Iberia, Louisiana 70563<br>IBERIA | | 9/1/2025 | 1/15/2026 | 2 |
| MC Farms, LLC | 4304 Daspit Road + farmland within a 25-mile radius<br>New Iberia, Louisiana 70563<br>IBERIA | | 9/1/2025 | 1/15/2026 | 2 |
| Acadiana Agriculture, LLC | 2417 Canal Street, and surrounding farmland within a 25-mile radius<br>Jeanerette, Louisiana 70544<br>IBERIA | | 9/1/2025 | 1/15/2026 | 2 |

## D. Additional Housing Information

Form ETA-790A Addendum B

SCCGA003324



OMB Approval: 1205-0562
Expiration Date: 07/31/2025

## H-2A Agricultural Clearance Order
### Form ETA-790A Addendum B
### U.S. Department of Labor

### C. Additional Place of Employment Information

| 1. Name of Agricultural Business § | 2. Place of Employment * | 3. Additional Place of Employment Information § | 4. Begin Date § | 5. End Date § | 6. Total Workers § |
|---|---|---|---|---|---|
| Patout Brothers Little Valley Plantation, LLC | 4619 Little Valley Plantation Road + farmland within a 25-mile radius, Jeanerette, Louisiana 70544, IBERIA | | 9/1/2025 | 1/15/2026 | 3 |
| Magnolia Sugar, LLC | 2083 Highway 87 + farmland within a 9-mile radius, Franklin, Louisiana 70538, ST MARY | | 9/1/2025 | 1/15/2026 | 2 |
| Donald Segura Farms | 6 Shadows Bend + farmland within a 9-mile radius, New Iberia, Louisiana 70563, ST MARY | | 9/1/2025 | 1/15/2026 | 2 |
| Bruno Habetz | 603 Fortune Road + farmland within a 35-mile radius, Youngsville, Louisiana 70592, LAFAYETTE | | 9/1/2025 | 1/15/2026 | 2 |
| Jonathon Allen Farms | 9980 Highway 71 South + farmland within a 100-mile radius, Cheneyville, Louisiana 71325, RAPIDES | | 9/1/2025 | 1/15/2026 | 2 |
| Gonsoulin Farms, LLC | 5402 Weeks Island Road + farmland within a 26-mile radius, New Iberia, Louisiana 70560, IBERIA | | 9/1/2025 | 1/15/2026 | 2 |
| Triangle Farms | 5614 East Admiral Doyle + farmland within a 20-mile radius, Jeanerette, Louisiana 70540, IBERIA | | 9/1/2025 | 1/15/2026 | 2 |
| Loreauville Harvesting, LLC | 6912 Gondron Road, and surrounding farmland within a 35-mile radius, New Iberia, Louisiana 70563, IBERIA | | 9/1/2025 | 1/15/2026 | 2 |
| Bayou Sale Cane Co., Inc. | 1126 Hwy 317 + farmland within a 22-mile radius, Franklin, Louisiana 70538, ST MARY | | 9/1/2025 | 1/15/2026 | 3 |
| Lone Pine Farms | 10404 Highway 71 South + farmland within a 100-mile radius, Cheneyville, Louisiana 71325, RAPIDES | | 9/1/2025 | 1/15/2026 | 3 |

### D. Additional Housing Information

Form ETA-790A Addendum B
H-2A Case Number: H-300-25181-141495

Case Status: Full Certification

FOR DEPARTMENT OF LABOR USE ONLY

Determination Date: 07/16/2025

Page B.3 of B.8

Validity Period: 9/1/2025 to 1/15/2026

SCSCGA-003325



H-2A Agricultural Clearance Order
Form ETA-790A Addendum B
U.S. Department of Labor

OMB Approval: 1205-0562
Expiration Date: 07/31/2025

## C. Additional Place of Employment Information

| 1. Name of Agricultural Business § | 2. Place of Employment * | 3. Additional Place of Employment Information § | 4. Begin Date § | 5. End Date § | 6. Total Workers § |
|---|---|---|---|---|---|
| Segura Farms, LLC | 4880 Lyndsey Road, and surrounding farmland within a 35-mile radius<br>New Iberia, Louisiana 70560<br>IBERIA | | 9/1/2025 | 1/15/2026 | 2 |
| A & M Farms, Inc. | 6019 Norris Road + farmland within a 36-mile radius<br>New Iberia, Louisiana 70560<br>IBERIA | | 9/1/2025 | 1/15/2026 | 2 |
| Harper Planting Partnership | 1658 Bayou Road + farmland within a 112-mile radius<br>Cheneyville, Louisiana 71325<br>RAPIDES | | 9/1/2025 | 1/15/2026 | 2 |
| DLD Southern Sugar, LLC | 5839 Aristide Road, and surrounding farmland within a 50-mile radius<br>Erath, Louisiana 70533<br>VERMILION | | 9/1/2025 | 1/15/2026 | 2 |
| Douglas Farms | 3105 Anandale Road + farmland within an 100-mile radius<br>Alexandria, Louisiana 71301<br>RAPIDES | | 9/1/2025 | 1/15/2026 | 2 |
| Nelson Hebert Farms, Inc. | 4302 Patoutville Road + farmland within a 25-mile radius<br>Jeanerette, Louisiana 70544<br>IBERIA | | 9/1/2025 | 1/15/2026 | 2 |
| Frank Martin Farms, Inc. | 809 Prairie Road North + farmland within a 10-mile radius<br>Franklin, Louisiana 70538<br>ST MARY | | 9/1/2025 | 1/15/2026 | 2 |
| Cremaldi Farms | 3200 Hwy 182 + farmland within a 22-mile radius<br>Patterson, Louisiana 70392<br>ST MARY | | 9/1/2025 | 1/15/2026 | 2 |
| Freyou Farms, Inc. | 2513 North Freyou Road + farmland within a 22-mile radius<br>New Iberia, Louisiana 70560<br>IBERIA | | 9/1/2025 | 1/15/2026 | 2 |
| Seventy-One Planation Planting Co. | 163 Williamson Spur Road + farmland within a 104-mile radius<br>Palmetto, Louisiana 71358<br>ST LANDRY | | 9/1/2025 | 1/15/2026 | 2 |

## D. Additional Housing Information

Form ETA-790A Addendum B

H-2A Case Number:  H-300-25181-141495

Case Status:  Full Certification

SCSCGA -003326

FOR DEPARTMENT OF LABOR USE ONLY

Determination Date:  07/16/2025

Validity Period: 9/1/2025 ____ to ____ 1/15/2026

Page B.4 of B.8

OMB Approval: 1205-0562
Expiration Date: 07/31/2025

## C. Additional Place of Employment Information

| 1. Name of Agricultural Business § | 2. Place of Employment * | 3. Additional Place of Employment Information § | 4. Begin Date § | 5. End Date § | 6. Total Workers § |
|---|---|---|---|---|---|
| K&M Cane | 277 WPA Road + farmland within a 93-mile radius Bunkie, Louisiana 71322 AVOYELLES | | 9/1/2025 | 1/15/2026 | 2 |
| Rodriguez Brothers | 355 Richard Road + farmland within a 7-mile radius Franklin, Louisiana 70538 ST MARY | | 9/1/2025 | 1/15/2026 | 2 |
| Adam Halbert Farms | 345 Munson Road + farmland within a 100-mile radius Cheneyville, Louisiana 71325 RAPIDES | | 9/1/2025 | 1/15/2026 | 2 |
| Chris Lyles | 10404 Highway 71 South + farmland within a 100-mile radius Cheneyville, Louisiana 71325 RAPIDES | | 9/1/2025 | 1/15/2026 | 2 |
| Antoine Luke Farm, Inc. | 2083 Hwy 317 + farmland within a 23-mile radius Franklin, Louisiana 70538 ST MARY | | 9/1/2025 | 1/15/2026 | 2 |
| Tony Richardson | 1406 Melrose Lane, and surrounding farmland within a 25-mile radius New Iberia, Louisiana 70560 IBERIA | | 9/1/2025 | 1/15/2026 | 2 |
| B & B Planting Co., LLC | 513 Segura Road + farmland within a 35-mile radius New Iberia, Louisiana 70560 IBERIA | | 9/1/2025 | 1/15/2026 | 2 |
| Patch Farms, LLC | 2417 Canal Street, and surrounding farmland within a 25-mile radius Jeanerette, Louisiana 70544 IBERIA | | 9/1/2025 | 1/15/2026 | 2 |
| Codice Planting, LLC | 5317 Sugar Oaks Road + surrounding farmland within a 24-mile radius New Iberia, Louisiana 70563 IBERIA | | 9/1/2025 | 1/15/2026 | 2 |
| Lanie Farms, LLC DBA Al Lanie | 927 Austin Road + farmland within a 5-mile radius Youngsville, Louisiana 70592 LAFAYETTE | | 9/1/2025 | 1/15/2026 | 2 |

## D. Additional Housing Information

**FOR DEPARTMENT OF LABOR USE ONLY**

H-2A Case Number: H-300-25181-141495

Case Status: Full Certification

Determination Date: 07/16/2025

Validity Period: 9/1/2025 to 1/15/2026

SCSCGA-003327

OMB Approval: 1205-0562
Expiration Date: 07/31/2025

Case 6:24-cv-01392-RRS-CBW   Document 118-17   Filed 05/22/26   Page 79 of 80
PageID #: 2457

SQSCGA_0003328

## C. Additional Place of Employment Information

| 1. Name of Agricultural Business § | 2. Place of Employment * | 3. Additional Place of Employment Information § | 4. Begin Date § | 5. End Date § | 6. Total Workers § |
|---|---|---|---|---|---|
| Ben Vanderlick Farms, LLC | 80 Brady Lane + surrounding farmland within a 105-mile radius<br>Lecompte, Louisiana 71346<br>RAPIDES | | 9/1/2025 | 1/15/2026 | 2 |
| Idlewild Farms | 3200 Hwy 182<br>Patterson, Louisiana 70392<br>ST MARY | | 9/1/2025 | 1/15/2026 | 2 |
| Westover Farms, Inc. | 8709 Old Jeanerette Road + surrounding farmland within a 20-mile radius<br>Jeanerette, Louisiana 70544<br>IBERIA | | 9/1/2025 | 1/15/2026 | 4 |
| Patout Equipment Company | 9402 E. Highway 90 Service Road<br>Jeanerette, Louisiana 70544<br>IBERIA | | 9/1/2025 | 1/15/2026 | 4 |
| Allen Farms | 9980 Highway 71 South + farmland within a 100-mile radius<br>Cheneyville, Louisiana 71325<br>RAPIDES | | 9/1/2025 | 1/15/2026 | 4 |
| Bain Farms | 445 Clyde Smith Road + farmland within a 95-mile radius<br>Bunkie, Louisiana 71322<br>AVOYELLES | | 9/1/2025 | 1/15/2026 | 4 |
| A & S Farms, Inc. | 2417 Canal Street + farmland within a 25-mile radius<br>Jeanerette, Louisiana 70544<br>IBERIA | | 9/1/2025 | 1/15/2026 | 4 |
| Rebel V Farms | 5409 Jefferson Island Road + farmland within a 35-mile radius<br>New Iberia, Louisiana 70560<br>IBERIA | | 9/1/2025 | 1/15/2026 | 4 |
| Edward Beaver | 11161 Highway 71 South<br>Cheneyville, Louisiana 71325<br>RAPIDES | | 9/1/2025 | 1/15/2026 | 3 |
| John A. Riche Farm | 177 Riche Road<br>Bunkie, Louisiana 71322<br>AVOYELLES | | 9/1/2025 | 1/15/2026 | 3 |

## D. Additional Housing Information

Form ETA-790A Addendum B
H-2A Case Number: H-300-25181-141495

FOR DEPARTMENT OF LABOR USE ONLY

Case Status: Full Certification

Determination Date: 07/16/2025

Page B.6 of B.8

Validity Period: 9/1/2025   to 1/15/2026



OMB Approval: 1205-0562
Expiration Date: 07/31/2025

Case 6:24-cv-01392-RRS-CBW    Document 118-17    Filed 05/22/26    Page 80 of 80    PageID #: 2458

## C. Additional Place of Employment Information

| 1. Name of Agricultural Business § | 2. Place of Employment * | 3. Additional Place of Employment Information § | 4. Begin Date § | 5. End Date § | 6. Total Workers § |
|---|---|---|---|---|---|
| Steve Halbert Farms | 345 Munson Road Cheneyville, Louisiana 71325 RAPIDES | | 9/1/2025 | 1/15/2026 | 3 |
| M.A. Patout & Son, Limited, LLC | 3512 J. Patout Burns Road Jeanerette, Louisiana 70544 IBERIA | | 9/1/2025 | 1/15/2026 | 3 |
| Raceland Raw Sugar | 175 Mill Street Raceland, Louisiana 70394 LAFOURCHE | | 9/1/2025 | 1/15/2026 | 3 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## D. Additional Housing Information

SCSCGA-003329

Form ETA-790A Addendum B

H-2A Case Number: H-300-25181-141495

**FOR DEPARTMENT OF LABOR USE ONLY**

Case Status: Full Certification

Determination Date: 07/16/2025

Validity Period: 9/1/2025 to 1/15/2026

Page B.7 of B.8