OMB Approval: 1205-0562
Expiration Date: 07/31/2025

H-2A Agricultural Clearance Order
Form ETA-790A Addendum B
**U.S. Department of Labor**



| 1. Type of Housing * | 2. Physical Location * | 3. Additional Housing Information § | 4. Total Units * | 5. Total Occupancy * | 6. Inspection Entity * |
|---|---|---|---|---|---|
| ☑ Employer-provided  ☐ Rental or public accommodations | 668 Irish Bend Road Franklin, Louisiana 70538 ST MARY | | 1 | 34 | ☐ Local authority  ☑ SWA  ☐ Other State authority  ☐ Federal authority  ☐ Other |
| ☑ Employer-provided  ☐ Rental or public accommodations | 6994 Jefferson Maurice, Louisiana 70555 VERMILION | | 1 | 17 | ☐ Local authority  ☑ SWA  ☐ Other State authority  ☐ Federal authority  ☐ Other |
| ☑ Employer-provided  ☐ Rental or public accommodations | 1406 Sydney Blanchard Road Loreauville, Louisiana 70552 IBERIA | | 1 | 12 | ☐ Local authority  ☑ SWA  ☐ Other State authority  ☐ Federal authority  ☐ Other |
| ☑ Employer-provided  ☐ Rental or public accommodations | 1014 A Highway 71 South Cheneyville, Louisiana 71325 RAPIDES | | 1 | 12 | ☐ Local authority  ☑ SWA  ☐ Other State authority  ☐ Federal authority  ☐ Other |
| ☐ Employer-provided  ☐ Rental or public accommodations | | | | | ☐ Local authority  ☐ SWA  ☐ Other State authority  ☐ Federal authority  ☐ Other |

For Public Burden Statement, see the Instructions for Form ETA-790/790A.

Form ETA-790A Addendum B

H-2A Case Number: H-300-25181-141495

EXHIBIT K34 of 4
SCSCGA-K34

**FOR DEPARTMENT OF LABOR USE ONLY**

Case Status: Full Certification

Determination Date: 07/16/2025

Validity Period: 9/1/2025 to 1/15/2026

Page B.8 of B.8

OMB Approval: 1205-0562
Expiration Date: 07/31/2025

H-2A Agricultural Clearance Order
Form ETA-790A Addendum C
**U.S. Department of Labor**

## H. Additional Material Terms and Conditions of the Job Offer

### a. Job Offer Information 1

| 1. Section/Item Number * | A.8a | 2. Name of Section or Category of Material Term or Condition * | Job Duties |
|---|---|---|---|

**3. Details of Material Term or Condition** (*up to 3,500 characters*) *

Job duties include operating and performing routine servicing of trucks and equipment to transport sugarcane from various worksites, in connection with the harvesting of a perishable crop, from the fields to the mill and from the factory parking and staging areas to the mill operating tractor-trailer combination; deliver sugarcane to designated locations (without leaving tractor-trailer combination); DOT Approved CDL required; 3 months previous experience of driving tractor-trailer combination; job involves extensive sitting, exposure to extreme temperatures, and repetitive movements; travel may be required to and from field locations; transportation is provided; drug screening may be required upon hire and randomly (paid for by employer). Bonus may be paid at the end of contract at the discretion of the employer. Base hours offered is 49 hours; additional hours are usually offered during a plentiful season and may include 10-40 additional hours of work depending on the nature of the season.

***Employer is either a named plaintiff or a person or entity who is a member of the Teche Vermilion Sugar Cane Growers' Association, Inc., the Cora Texas Growers & Harvesters Agricultural Association, Inc. and/or the American Sugar Cane League as of November 7, 2024, who either grows, harvests, and/or processes sugar cane in Louisiana. Accordingly, the wage rate for this job opportunity is controlled by the Amended Preliminary Injunction Order issued by the Hon. Robert Summerhays on December 5, 2024, Rec. Doc. 61., Case 6:23 – cv – 00831.***

Las tareas del puesto incluyen operar y realizar el mantenimiento de rutina de camiones y equipos para transportar caa de azcar desde varios lugares de trabajo, en relacin con la cosecha de un cultivo perecedero, desde los campos hasta el ingenio y desde las reas de estacionamiento y preparacin de la fbrica hasta el ingenio operando una combinacin de tractor y remolque); Se requiere CDL aprobada por el DOT; 3 meses de experiencia previa en la conduccin de combinacin tractor-remolque; el trabajo implica estar sentado durante mucho tiempo, exposicin a temperaturas extremas y movimientos repetitivos; puede ser necesario viajar a y desde las ubicaciones de campo; se proporciona transporte; puede ser necesaria una prueba de deteccin de drogas al contratar y aleatoriamente (pagada por el empleador). A discrecin del empleador, pueden pagarse primas al final del contrato. El horario base ofrecido es de 49 horas; las horas adicionales suelen ofrecerse durante una temporada abundante y pueden incluir de 10 a 40 horas adicionales de trabajo en funcin de la naturaleza de la temporada.

### b. Job Offer Information 2

| 1. Section/Item Number * | A.11 | 2. Name of Section or Category of Material Term or Condition * | Deductions from Pay |
|---|---|---|---|

**3. Details of Material Term or Condition** (*up to 3,500 characters*) *

Employer will make all deductions required by law. Deductions may include FICA, federal/state tax withholdings, court-ordered child support, garnishments, liens, and other deductions authorized or required by law. Workers must pre-authorize any voluntary deductions. Potential voluntary deductions may include repayment of advances and/or loans, employee health insurance or retirement plan contributions, and/or payment of cell phone, cable/satellite TV, internet or other service(s) for worker's convenience and benefit. Reasonable repair costs of damage to housing other than that caused by normal wear and tear, or loss of equipment/tools will be deducted from workers found to have been responsible for such damage to housing or loss of equipment/tools. Employer will make all deductions in accordance with the Fair Labor Standards Act (FLSA) and applicable state law. Other deductions may be made if expressly authorized by the worker in writing.

For Public Burden Statement, see the Instructions for Form ETA-790/790A.

---

Form ETA-790A Addendum C

H-2A Case Number: H-300-25181-141495

Case Status: Full Certification

Determination Date: 07/16/2025

Validity Period: 9/1/2025 to 1/15/2026

Page C.1 of C.3

SCSCGA – 003331

OMB Approval: 1205-0562
Expiration Date: 07/31/2025

H-2A Agricultural Clearance Order
Form ETA-790A Addendum C
**U.S. Department of Labor**

## H. Additional Material Terms and Conditions of the Job Offer

*c. Job Offer Information 3*

| 1. Section/Item Number * | A.11 | 2. Name of Section or Category of Material Term or Condition * | Pay Deductions - null |
|---|---|---|---|

3. Details of Material Term or Condition (*up to 3,500 characters*) *

El empleador har todas las deducciones requeridas por la ley. Las deducciones pueden incluir FICA, retenciones de impuestos federales/estatales, manutencin de nios ordenada por la corte, embargos, gravmenes y otras deducciones autorizadas o requeridas por la ley. Los trabajadores deben autorizar previamente cualquier deduccin voluntaria. Las deducciones voluntarias potenciales pueden incluir el reembolso de anticipos y/o prstamos, seguro de salud de los empleados o contribuciones al plan de jubilacin, y/o pago de telfono celular, televisin por cable/satlite, internet u otros servicios para la conveniencia y beneficio del trabajador. Los costos razonables de reparacin de daos a la vivienda que no sean causados por el desgaste normal o la prdida de equipo/herramientas se deducirn de los trabajadores que se determine que han sido responsables de tales daos a la vivienda o prdida de equipo/herramientas. El empleador har todas las deducciones de acuerdo con la Ley de Normas Justas de Trabajo (FLSA) y la ley estatal aplicable. Otras deducciones se pueden hacer si el trabajador lo autoriza expresamente por escrito.

*d. Job Offer Information 4*

| 1. Section/Item Number * | F.2 | 2. Name of Section or Category of Material Term or Condition * | Inbound/Outbound Transportation - null |
|---|---|---|---|

3. Details of Material Term or Condition (*up to 3,500 characters*) *

The Employer will provide or pay in advance for transportation, and related daily subsistence, for charter bus services, or other modes of transportation (e.g., airplane) to workers, or permit workers to select any means of transportation they choose, and reimburse those workers at no less than the most economical and reasonable common carrier transportation charges for the distances involved for both inbound (to the place of employment from the place from which the worker has come to work for the employer) and outbound (from the place of employment to the place from which the worker departed) travel.

El Empleador proporcionar o pagar por adelantado el transporte, y las dietas relacionadas, por servicios de autobs chrter, u otros modos de transporte (por ejemplo, avin) a los trabajadores, o permitir a los trabajadores seleccionar cualquier medio de transporte que elijan, y reembolsar a esos trabajadores a no menos que los gastos de transporte ms econmicos y razonables del transportista comn por las distancias involucradas tanto para el viaje de entrada (al lugar de empleo desde el lugar desde el que el trabajador ha venido a trabajar para el empleador) como de salida (desde el lugar de empleo al lugar desde el que el trabajador parti).

For Public Burden Statement, see the Instructions for Form ETA-790/790A.

---

Form ETA-790A Addendum C

H-2A Case Number: H-300-25181-141495

**FOR DEPARTMENT OF LABOR USE ONLY**

Case Status: Full Certification

Determination Date: 07/16/2025

Validity Period: 9/1/2025 to 1/15/2026

Page C.2 of C.3

H-2A Agricultural Clearance Order
Form ETA-790A Addendum C
**U.S. Department of Labor**

Case 6:24-cv-01392-RRS-CBW    Document 118-18    Filed 05/22/26    Page 4 of 21 PageID #: 2462

SCSCGA - 003333

## H. Additional Material Terms and Conditions of the Job Offer

*e. Job Offer Information 5*

| 1. Section/Item Number * | F.1 | 2. Name of Section or Category of Material Term or Condition * | Daily Transportation - null |
|---|---|---|---|

**3. Details of Material Term or Condition** (*up to 3,500 characters*) *

Employer provides transportation at no cost to workers from either 1) employer provided housing or 2) a centralized pick-up point to various worksites as needed at the beginning and end of each workday. General schedule includes pick up around 6:30am and dropped back off at 2:30pm, unless overtime is offered that day then the times may vary. Employers' modes of transportation are listed below. The vehicle(s) provided are contracted and provided by the association members and are covered by vehicle insurance.

1. 2012 Dodge RAM 2500; Seating Capacity: 5
2. 2017 Nissan Titan XD; Seating Capacity: 3
3. 2012 GMC Sierra 2500; Seating Capacity: 5
4. 2014 Dodge RAM 2500; Seating Capacity: 5
5. 2010 Dodge RAM 3500; Seating Capacity: 3
6. 2012 Ford F-250; Seating Capacity: 6
7. 2008 Ford Van; Seating Capacity: 15
8. 2007 Chevrolet Van; Seating Capacity: 15
9. 2016 Chevrolet Van; Seating Capacity: 15
10. 2017 Ford F-350; Seating Capacity: 6
11. 2013 Ford E-350; Seating Capacity: 14
12. 2013 Ford E-350; Seating Capacity: 13

El empleador proporciona transporte gratuito a los trabajadores desde 1) el alojamiento proporcionado por el empleador o 2) un punto de recogida centralizado a varios lugares de trabajo segn sea necesario al principio y al final de cada jornada laboral. El horario general incluye la recogida sobre las 6:30 de la maana y la devolucin a las 2:30 de la tarde, a menos que se ofrezcan horas extraordinarias ese da, en cuyo caso los horarios pueden variar. Los medios de transporte del empleador se indican a continuacin. Los vehculos proporcionados son controlados y proporcionados por los miembros de la asociacin y estn cubiertos por el seguro del vehculo.

1. 2012 Dodge RAM 2500; Capacidad de asientos: 5
2. 2017 Nissan Titan XD; Capacidad de asientos: 3
3. 2012 GMC Sierra 2500; Capacidad de asientos: 5
4. 2014 Dodge RAM 2500; Capacidad Asientos: 3
5. 2010 Dodge RAM 3500; Capacidad Asientos: 3
6. 2012 Ford F-250; Capacidad Asientos: 6
7. 2008 Ford Van; Capacidad Asientos: 15
8. 2007 Chevrolet Van; Capacidad Asientos: 15
9. 2016 Chevrolet Van; Capacidad Asientos: 15
10. 2017 Ford F-350; Capacidad Asientos: 6
11. 2013 Ford E-350; Capacidad Asientos: 14
12. 2013 Ford E-350; Capacidad Asientos: 13

*f. Job Offer Information 6*

| 1. Section/Item Number * | | 2. Name of Section or Category of Material Term or Condition * | |
|---|---|---|---|

3. Details of Material Term or Condition (*up to 3,500 characters*) *

**For Public Burden Statement, see the Instructions for Form ETA-790/790A.**

Form ETA-790A Addendum C

H-2A Case Number: H-300-25181-141495

# CERTIFIED ETA 9142A

SCSCGA - 003334

*OMB Approval: 1205-0562*
*Expiration Date: 07/31/2025*

**H-2A Application for Temporary Employment Certification**
**Form ETA-9142A**
**U.S. Department of Labor**



**IMPORTANT**: *Employers and authorized preparers must read the general instructions carefully before completing the Forms ETA-9142A and ETA-790/790A. A copy of the instructions can be found on the Office of Foreign Labor Certification website at https://www.dol.gov/agencies/eta/foreign-labor/forms. If you are not submitting these forms electronically, please complete ALL required fields/items containing an asterisk ( * ) and any fields/items where a response is conditional as indicated by the section ( § ) symbol.*

## A. Nature of H-2A Application

| | |
|---|---|
| 1. Type of Employer Application *(choose only one)** | ☑ Individual Employer   ☐ Joint Employer *(2 or more individual employers)* |

1a. Agricultural Association Employer or Agency Status, if applicable *(choose only one)* §

☐ Association – Sole Employer     ☑ Association - Joint Employer     ☐ Association - Agent

| | |
|---|---|
| 2. Is the employer operating as an H-2A Labor Contractor (H-2ALC), as defined by 20 CFR 655.103(b)? * | ☐ Yes  ☑ No |
| 3. Nature of Temporary Need (choose only one) * | ☑ Seasonal   ☐ Other Temporary Need |
| 4. Is a statement of temporary need attached to this application? * | ☐ Yes  ☑ No |
| 5. Is this application being filed with a request to waive the regulatory time period due to an emergency situation, as defined by 20 CFR 655.134? * | ☐ Yes  ☑ No |
| 6. If "Yes" is marked in question A.5, a statement justifying the employer's emergency situation is attached this application. * | ☐ Yes  ☑ N/A |

## B. Employer Information

| | |
|---|---|
| 1. Legal Business Name * | |
| South Central Sugar Cane Growers' Association | |
| 2. Trade Name/Doing Business As (DBA), if applicable § | |
| 3. Address 1 * | |
| 611 Irish Bend Road | |
| 4. Address 2 *(apartment/suite/floor and number)* § | |

| 5. City * | 6. State * | 7. Postal Code * |
|---|---|---|
| Franklin | Louisiana | 70538 |

| 8. Country * | 9. Province § |
|---|---|
| United States Of America | |

| 10. Telephone Number * | 11. Extension § |
|---|---|
| +1 (337) 319-7515 | |

| 12. Federal Employer Identification Number *(FEIN from IRS)* * | 13. NAICS Code * |
|---|---|
| 88-1924973 | 111930 |

## C. Employer Point of Contact Information

*The information contained in this Section must be that of an employee of the employer who is authorized to act on behalf of the employer in labor certification matters. The information in this Section must be different from the agent or attorney information listed in Section D, unless the attorney is an employee of the employer.*

| 1. Contact's Last (family) Name * | 2. First (given) Name * | 3. Middle Name(s) § |
|---|---|---|
| Gonsoulin | Ricky | |

| 4. Contact's Job Title * |
|---|
| Director |

| 5. Address 1 * |
|---|
| 611 Irish Bend Road |

| 6. Address 2 *(apartment/suite/floor and number)* § |
|---|

| 7. City * | 8. State * | 9. Postal Code * |
|---|---|---|
| Franklin | Louisiana | 70538 |

| 10. Country * | 11. Province § |
|---|---|
| United States Of America | |

| 12. Telephone Number * | 13. Extension § | 14. Business Email Address * |
|---|---|---|
| +1 (337) 319-7515 | | rickygonsoulin@gmail.com |

SCSCGA- 003335

OMB Approval: 1205-0562
Expiration Date: 07/31/2025

H-2A Application for Temporary Employment Certification
Form ETA-9142A
**U.S. Department of Labor**



## D. Attorney or Agent Information (If applicable)

| 1. Indicate the type of representation for the employer in the filing of this application. * Complete the remainder of this section if "Attorney" or "Agent" is marked. | ☑ Attorney ☐ Agent ☐ None |
|---|---|

| 2. Attorney or Agent's Last (family) Name § | 3. First (given) Name § | 4. Middle Name(s) § |
|---|---|---|
| Dees | Ashley | |

| 5. Address 1 § |
|---|
| 2400 N Glenville Drive |

| 6. Address 2 (apartment/suite/floor and number) § |
|---|
| Building A |

| 7. City § | 8. State § | 9. Postal Code |
|---|---|---|
| Richardson | Texas | 75082 |

| 10. Country § | 11. Province § |
|---|---|
| United States Of America | |

| 12. Telephone Number § | 13. Extension § | 14. Law Firm/Business Email Address § |
|---|---|---|
| +1 (469) 940-7805 | | adees@bal.com |

| 15. Law Firm/Business Name § | 16. Law Firm/Business FEIN § |
|---|---|
| Berry Appleman & Leiden LLP | 94-3068076 |

**If "Attorney" is marked in question D.1, complete questions 17 – 19 below.**

| 17. State Bar Number(s) § | 18. State of highest court where attorney is in good standing § |
|---|---|
| 24094254 | Texas |

| 19. Name of the highest state court where attorney is in good standing § |
|---|
| Supreme Court of Texas |

**If "Agent" is marked in question D.1, complete questions 20 and 21 below.**

| 20. A copy of the current agreement or other documentation demonstrating the agent's authority to represent the employer in this application is attached to this application. § | ☐ Yes |
|---|---|

| 21. A copy of the agent's current Migrant and Seasonal Agricultural Worker Protection Act (MSPA) Certificate of Registration identifying the farm labor contracting activities the agent is authorized to perform is attached to this application. § | ☐ Yes ☐ N/A |
|---|---|

## E. Job Opportunity & Supporting Documentation

| 1. SOC Occupational Code * | 2. SOC Occupational Title * |
|---|---|
| 53-3032.00 | Heavy and Tractor-Trailer Truck Drivers |

| 3. A copy of the completed job order (Form ETA-790/790A) satisfying the requirements at 20 CFR 653, subpart F, and 20 CFR 655, subpart B, is attached to this application. * | ☑ Yes | |
|---|---|---|
| 4. If "Joint Employer" is marked in question A.1, the Form ETA-790A and Addendum B identify the name(s), address(es), total number of workers needed, and crops and agricultural work of each employer that will employ workers. § | ☑ Yes | ☐ N/A |

| **For H-2A Labor Contractors ONLY** **If "Yes" is marked in question A.2, complete questions E.5 through E.9 below** | | |
|---|---|---|
| 5. The Form ETA-790A, Addendum B, identifies the name(s) and location(s) of each fixed-site agricultural business the employer will be providing H-2A workers, the expected first and last dates of work for each business, and a description of crops and activities the workers will perform. § | ☐ Yes | ☑ No |
| 6. A copy of fully-executed work contract(s) with each fixed-site agricultural business identified on the Form ETA-790A, Addendum B, is attached to this application. § | ☐ Yes | ☑ No |
| 7. A copy of the employer's valid MSPA Certificate of Registration identifying the farm labor contracting activities the employer is authorized to perform is attached to this application. § | ☐ Yes ☑ N/A | ☐ No |
| 8. A signed and dated **Appendix B**, H-2A Labor Contractor Surety Bond, for the employer identified in Se B of this application is attached. § | ☐ Yes | ☑ No |
| 9. Will any of the fixed-site agricultural businesses provide workers with housing and/or transportation between the place of employment and the living quarters under this application? § | ☐ Yes | ☑ No |

SCSCGA- 003336

*OMB Approval:* 1205-0562
*Expiration Date:* 07/31/2025

H-2A Application for Temporary Employment Certification
Form ETA-9142A
**U.S. Department of Labor**



## F. Declaration of Employer and Attorney/Agent

*In accordance with Federal regulations, the employer(s) must attest to abide by certain terms, assurances, and obligations as a condition for receiving a temporary labor certification from the U.S. Department of Labor. Applications that fail to attach Appendix A will be considered incomplete and rejected without further review.*

| | |
|---|---|
| 1. A signed and dated **Appendix A** for the employer identified in Section B of this application is attached. * | ☑ Yes |
| 2. Except for agricultural associations filing as a joint employer, a separate signed and dated **Appendix A** for each employer identified <u>as a joint employer</u> on the job order (Form ETA-790/790A) is attached. * | ☐ Yes   ☑ N/A |

## G. Preparer

*Complete this section if the preparer of this application is a person other than the one identified in either Section C (employer point of contact) or D (attorney or agent) of this application.*

| 1. Last (family) Name § | 2. First (given) Name § | 3. Middle Initial § |
|---|---|---|
| Hand | Karen | D. |

| 4. Law Firm/Business FEIN § | 5. Law Firm/Business Name § | |
|---|---|---|
| 94-3068076 | Berry Appleman & Leiden LLP | |

| 6. Business Email Address § |
|---|
| khand@bal.com |

**For Public Burden Statement, see the Instructions for Form ETA-9142A.**

Form ETA-9142A            FOR DEPARTMENT OF LABOR USE ONLY                                    Page 3 of 3

H-2A Case Number: H-300-25181-141495    Case Status: Full Certification    Determination Date: 07/16/2025    Validity Period: 10/1/2025 to 3/15/2026

SCSCGA - 003337

# PROOF OF FEIN

SCSCGA - 003338

07/27/2022 11:42:48 AM -0400 IRS                                      PAGE 2   OF 2

**Department of the Treasury
Internal Revenue Service
Odgen, UT 84201**

In reply refer to:     0152603105
Jul 27, 2022          LTR 147C
88-1924973

SOUTH CENTRAL SUGAR CANE GROWERS ASSOCIATION INC
% JACQUES HEBERT
611 IRISH BEND RD
FRANKLIN          LA 70538-3345 110

Taxpayer Identification Number: 88-1924973

Form(s):

Dear Taxpayer:

Thank you for your telephone inquiry of July 27th, 2022.

Your Employer Identification Number (EIN) is 88-1924973. Please keep this letter in your
permanent records. Enter your name and your EIN on all business federal tax forms and on
related correspondence.

If you have any questions regarding this letter, please call our Customer Service Department at
1-800-829-0115 between the hours of 7:00 AM and 7:00 PM. If you prefer, you may write to us
at the address shown at the top of the first page of this letter. When you write, please include
a telephone number where you may be reached and the best time to call.

Sincerely,

Mrs. Scibetta
1003231921
Customer Service Representative

SCSCGA - 003339

# WORKERS' COMPENSATION

SCSCGA - 003340

 **ACORD®**

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY)
7/2/2025

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: Linda Ray |
|---|---|
| Alliant Insurance Services, Inc. 1817 Crane Ridge Dr Ste 300 Jackson MS 39216 | PHONE (A/C, No, Ext): 337-573-2737 — FAX (A/C, No): |
| | E-MAIL ADDRESS: linda.ray@alliant.com |

| | INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|---|
| License#: 0C36861 | INSURER A : Burlington Insurance Company | 23620 |
| MAPATOU-01 | INSURER B : Old Republic Insurance Company | 24147 |

| INSURED | |
|---|---|
| South Central Sugar Can Growers' Association, Inc 611 Irish Bend Road Franklin LA 70538 | INSURER C : |
| | INSURER D : |
| | INSURER E : |
| | INSURER F : |

## COVERAGES    CERTIFICATE NUMBER: 1030356098    REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | COMMERCIAL GENERAL LIABILITY | | | | | | EACH OCCURRENCE | $ |
| | CLAIMS-MADE ☐ OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ |
| | POLICY ☐ PRO-JECT ☐ LOC | | | | | | PRODUCTS - COMP/OP AGG | $ |
| | OTHER: | | | | | | | $ |
| B | AUTOMOBILE LIABILITY | Y | Y | MWTB31838425 | 2/1/2025 | 2/1/2026 | COMBINED SINGLE LIMIT (Ea accident) | $ 2,000,000 |
| | X ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | OWNED AUTOS ONLY ☐ SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | X HIRED AUTOS ONLY X NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| A | UMBRELLA LIAB X OCCUR | Y | Y | 42BBE11042 | 2/1/2025 | 2/1/2026 | EACH OCCURRENCE | $ 2,000,000 |
| | X EXCESS LIAB ☐ CLAIMS-MADE | | | | | | AGGREGATE | $ 2,000,000 |
| | DED ☐ RETENTION $ | | | | | | See Remarks for XS | $ |
| B | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y / N | | Y | MWC31838225 | 2/1/2025 | 2/1/2026 | X PER STATUTE ☐ OTH-ER | |
| | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) | N | N/A | | | | E.L. EACH ACCIDENT | $ 1,000,000 |
| | If yes, describe under | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 1,000,000 |
| | DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - POLICY LIMIT | $ 1,000,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)
Auto Liability includes: 30 Day Notice of Cancellation, Blanket Additional Insured as required by written contract and Waiver of Subrogation as required by written contract, Primary and Noncontributory.

Workers' Compensation includes: Alternate Employer & 30 Day Notice of Cancellation.

Umbrella (Listed above): Follow Form on General Liability only.

Umbrella XS of Auto Only 1st Layer: Limits $2,000,000, Policy Number SXS389855100, Effective 04/01/2025 - 04/01/2026, Company: Steadfast Insurance
See Attached...

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| US Department of Labor Wage and Hour Division 90 7th Street Suite 13-100 San Francisco CA 94103 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE |

ACORD 25 (2016/03)    The ACORD name and logo are registered marks of ACORD    © 1988-2015 ACORD CORPORATION. All rights reserved.

SCSCGA - 003341

AGENCY CUSTOMER ID: MAPATOU-01

LOC #: _____

**ACORD®**

## ADDITIONAL REMARKS SCHEDULE

Page  1  of  1

| AGENCY | NAMED INSURED |
|---|---|
| Alliant Insurance Services, Inc. | South Central Sugar Can Growers' Association, Inc |
| | 611 Irish Bend Road |
| **POLICY NUMBER** | Franklin LA 70538 |
| **CARRIER** | **NAIC CODE** | |
| | | **EFFECTIVE DATE:** |

**ADDITIONAL REMARKS**

THIS ADDITIONAL REMARKS FORM IS A SCHEDULE TO ACORD FORM,

FORM NUMBER: ___25___  FORM TITLE: CERTIFICATE OF LIABILITY INSURANCE

Company.

Umbrella XS of Auto Only 2nd Layer: Limits $2,000,000 XS $2,000,000, Policy Number JTI25XAUT0398404, Effective 04/01/2025 – 04/01/2026, Company: Texas Insurance Company

ACORD 101 (2008/01)

© 2008 ACORD CORPORATION. All rights reserved.

The ACORD name and logo are registered marks of ACORD

SCSCGA - 003342

# STATEMENT OF NEED

SCSCGA - 003343

### SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC.
611 Irish Bend Road
Franklin, LA 70538
(337) 319-7515

## STATEMENT OF NEED

South Central Sugar Cane Growers' Association, Inc. ("Employer") is a Louisiana association comprised of sugarcane growers across south Louisiana.  The instant petition is requesting a start date of 9/1/2025 and an end date of 1/15/2026 which is consistent with Employer's previous labor certifications and USCIS filings.

H-2A workers who will be present in the United States during the labor certification period will properly complete the listed job duties described on the ETA 9142A, specifically operating and performing routine servicing of trucks and equipment to transport sugarcane from various worksites, in connection with the harvesting of a perishable crop, from the fields to the mill and from the factory parking and staging areas to the mill operating tractor-trailer combination; deliver sugarcane to designated locations (without leaving tractor-trailer combination).

The Employer has a temporary seasonal need for workers with these skills because our sugarcane harvesting season begins in September and lasts until mid-January.  During the months of February – August, we have the least need for workers, and therefore, do not need temporary workers during these months.  H-2A workers are only needed during our busy season and will not become a part of employer's permanent workforce.

Please accept this statement as a signed statement of need on behalf of the Employer.


SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC.

*Ricky Gonsoulin*

By: ___E3986F4E1030E9995583278D661AE50C_____contractworks._____

Ricky Gonsoulin, Director


**07/24/2025**

Date

SCSCGA - 003344

# IRS FORM 943/941

SCSCGA - 003345

Aatrix Rev. 12/20/24

**Form 943**

Department of the Treasury
Internal Revenue Service

430124

**Employer's Annual Federal Tax Return for Agricultural Employees**

Go to *www.irs.gov/Form943* for instructions and the latest information.

OMB No. 1545-0029

**2024**

**Type or Print**

Name (as distinguished from trade name)
SOUTH CENTRAL SUGAR CANE GROWE

Employer identification number (EIN)
88-1924973

Trade name, if any

Address (number and street)
611 IRISH BEND ROAD

City or town, state or province, country, and ZIP or foreign postal code
FRANKLIN        LA        70538

If address is different from prior return, check here ☐

Please check this box if your company address is outside of the United States ☐
If you don't have to file returns in the future, check here . ☐

| | | | | |
|---|---|---|---|---|
| 1 | Number of agricultural employees employed in the pay period that includes March 12, 2024 | **1** | 197 | |
| 2 | Wages subject to social security tax | **2** 0 00 | | |
| 3 | Social security tax (multiply line 2 by 12.4% (0.124)) | | **3** | 0 00 |
| 4 | Wages subject to Medicare tax | **4** 0.00 | | |
| 5 | Medicare tax (multiply line 4 by 2.9% (0.029)) | | **5** | 0 00 |
| 6 | Wages subject to Additional Medicare Tax withholding | **6** 0 00 | | |
| 7 | Additional Medicare Tax withholding (multiply line 6 by 0.9% (0.009)) | | **7** | 0 00 |
| 8 | Federal income tax withheld | | **8** | 431585 57 |
| 9 | Total taxes before adjustments. Add lines 3, 5, 7, and 8 | | **9** | 431585 57 |
| 10 | Current year's adjustments · Is the adjustment fractions of cents only · | | **10** | 0 00 |
| 11 | Total taxes after adjustments (line 9 as adjusted by line 10) | | **11** | 431585 57 |
| 12 | Qualified small business payroll tax credit for increasing research activities. Attach Form 8974 | | **12** | |
| 13 | Total taxes after adjustments and nonrefundable credits. Subtract line 12 from line 11 | | **13** | 431585 57 |
| 14 | Total deposits for 2024, including overpayment applied from a prior year and Form 943-X | | **14** | 431585 57 |
| 15 | **Balance due.** If line 13 is more than line 14, enter the difference and see the instructions | | **15** | |
| 16 | **Overpayment.** If line 14 is more than line 13, enter the difference $ _____ Check one: ☐ Apply to next return. ☐ Send a refund. | | | |

- **All filers:** If line 13 is less than $2500, **don't** complete line 17 or Form 943-A.
- **Semiweekly schedule depositors:** Complete Form 943-A and check here . ☒
- **Monthly schedule depositors:** Complete line 17 and check here ☐

**17    Monthly Summary of Federal Tax Liability. (Don't** complete if you were a semiweekly schedule depositor.)

| | | Tax liability for month | | | Tax liability for month | | | Tax liability for month |
|---|---|---|---|---|---|---|---|---|
| A | January | | F | June | | K | November | |
| B | February | | G | July | | L | December | |
| C | March | | H | August | | M | Total liability for year (add lines **A** through **L** ) | |
| D | April | | I | September | | | | |
| E | May | | J | October | | | | |

**Third-Party Designee**

Do you want to allow another person to discuss this return with the IRS? See the separate instructions. ☐ **Yes.** Complete the following. ☒ **No.**

Designee's name                    Phone no.                    Personal identification number (PIN)

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature _____    Date _____ 01/02/25

Print your name and title DESIREE LANGE        01/02/2025

**Paid Preparer Use Only**

Check Here ☐

Print/Type preparer's name        Preparer's signature        Date        Check ☐ if self-employed    PTIN

Firm's name                                                Firm's EIN

Firm's address                                            Phone no.

For Privacy Act and Paperwork Reduction Act Notice, see the separate instructions.

Check the box if you need to file a Change of Address or Responsible Party Form, 8822-B ☐

Form **943** (2024)

Record Copy  Do Not File  Record Copy

SCSCGA - 003346

Form **943-A**

(Rev. December 2024)

Department of the Treasury
Internal Revenue Service

**Agricultural Employer's Record of
Federal Tax Liability**

Go to *www.irs.gov/Form943A* for instructions and the latest information.

File with Form 943 or Form 943-X.

OMB No. 1545-0029

| 2 | 0 | 2 | 4 |

Calendar Year

Name (as shown on Form 943)

SOUTH CENTRAL SUGAR CANE GROWERS ASSOC

**Employer identification number (EIN)**

88-1924973

You must complete this form if you're a semiweekly schedule depositor or became one because your accumulated tax liability during any month was $100,000 or more. Show tax liability here, not deposits. (The IRS gets deposit data from electronic funds transfers.) Don't change your current year tax liability by adjustments reported on any Forms 943-X.

| January Tax Liability | | | | February Tax Liability | | | | March Tax Liability | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | 16 | | 1 | | 16 | | 1 | | 16 | |
| 2 | | 17 | | 2 | | 17 | | 2 | | 17 | |
| 3 | | 18 | | 3 | | 18 | | 3 | | 18 | |
| 4 | | 19 | | 4 | | 19 | | 4 | | 19 | |
| 5 | | 20 | | 5 | | 20 | | 5 | | 20 | |
| 6 | | 21 | | 6 | | 21 | | 6 | | 21 | |
| 7 | | 22 | | 7 | | 22 | | 7 | | 22 | |
| 8 | | 23 | | 8 | | 23 | | 8 | | 23 | |
| 9 | | 24 | | 9 | | 24 | | 9 | | 24 | |
| 10 | | 25 | | 10 | | 25 | | 10 | | 25 | |
| 11 | 34841.29 | 26 | | 11 | | 26 | | 11 | | 26 | |
| 12 | 13.53 | 27 | | 12 | | 27 | | 12 | | 27 | |
| 13 | | 28 | | 13 | | 28 | | 13 | | 28 | |
| 14 | | 29 | | 14 | | 29 | | 14 | | 29 | |
| 15 | | 30 | | 15 | | | | 15 | | 30 | |
| | | 31 | | | | | | | | 31 | |

**A Total liability for month**   34854.82    **B Total liability for month**          **C Total liability for month**

| April Tax Liability | | | | May Tax Liability | | | | June Tax Liability | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | 16 | | 1 | | 16 | | 1 | | 16 | |
| 2 | | 17 | | 2 | | 17 | | 2 | | 17 | |
| 3 | | 18 | | 3 | | 18 | | 3 | | 18 | |
| 4 | | 19 | | 4 | | 19 | | 4 | | 19 | |
| 5 | | 20 | | 5 | | 20 | | 5 | | 20 | |
| 6 | | 21 | | 6 | | 21 | | 6 | | 21 | |
| 7 | | 22 | | 7 | | 22 | | 7 | | 22 | |
| 8 | | 23 | | 8 | | 23 | | 8 | | 23 | |
| 9 | | 24 | | 9 | | 24 | | 9 | | 24 | |
| 10 | | 25 | | 10 | | 25 | | 10 | | 25 | |
| 11 | | 26 | | 11 | | 26 | | 11 | | 26 | |
| 12 | | 27 | | 12 | | 27 | | 12 | | 27 | |
| 13 | | 28 | | 13 | | 28 | | 13 | | 28 | |
| 14 | | 29 | | 14 | | 29 | | 14 | | 29 | |
| 15 | | 30 | | 15 | | 30 | | 15 | | 30 | |
| | | | | | | 31 | | | | | |

**D Total liability for month**          **E Total liability for month**          **F Total liability for month**

For Privacy Act and Paperwork Reduction Act Notice, see the separate instructions.

Form **943-A** (Rev. 12-2024)



Aatrix Rev. 12/23/24

SCSCGA - 003347

Form 943-A (Rev. 12-2024)  Page **2**

Record Copy Do Not File

| July Tax Liability | | | | August Tax Liability | | | | September Tax Liability | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | 16 | | 1 | | 16 | | 1 | | 16 | |
| 2 | | 17 | | 2 | | 17 | | 2 | | 17 | |
| 3 | | 18 | | 3 | | 18 | | 3 | | 18 | |
| 4 | | 19 | | 4 | | 19 | | 4 | | 19 | |
| 5 | | 20 | | 5 | | 20 | | 5 | | 20 | |
| 6 | | 21 | | 6 | | 21 | | 6 | | 21 | |
| 7 | | 22 | | 7 | | 22 | | 7 | | 22 | |
| 8 | | 23 | | 8 | | 23 | | 8 | | 23 | |
| 9 | | 24 | | 9 | | 24 | | 9 | | 24 | |
| 10 | | 25 | | 10 | | 25 | | 10 | | 25 | |
| 11 | | 26 | | 11 | | 26 | | 11 | | 26 | |
| 12 | | 27 | | 12 | | 27 | | 12 | | 27 | |
| 13 | | 28 | | 13 | | 28 | | 13 | | 28 | |
| 14 | | 29 | | 14 | | 29 | | 14 | | 29 | |
| 15 | | 30 | | 15 | | 30 | | 15 | | 30 | |
| | | 31 | | | | 31 | | | | | |
| **G Total liability for month** | | | | **H Total liability for month** | | | | **I Total liability for month** | | | |

| October Tax Liability | | | | November Tax Liability | | | | December Tax Liability | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0.00 | 16 | | 1 | | 16 | | 1 | | 16 | 65117.37 |
| 2 | | 17 | | 2 | | 17 | | 2 | 61363.66 | 17 | |
| 3 | | 18 | | 3 | | 18 | 63636.94 | 3 | | 18 | |
| 4 | | 19 | | 4 | 63123.69 | 19 | | 4 | | 19 | |
| 5 | | 20 | | 5 | | 20 | | 5 | | 20 | |
| 6 | | 21 | 63946.08 | 6 | | 21 | | 6 | | 21 | |
| 7 | 17910.72 | 22 | | 7 | | 22 | | 7 | | 22 | |
| 8 | 0.00 | 23 | | 8 | | 23 | | 8 | | 23 | |
| 9 | | 24 | | 9 | | 24 | | 9 | | 24 | |
| 10 | | 25 | | 10 | | 25 | | 10 | | 25 | |
| 11 | | 26 | | 11 | | 26 | | 11 | | 26 | |
| 12 | | 27 | | 12 | | 27 | | 12 | | 27 | |
| 13 | | 28 | | 13 | | 28 | | 13 | | 28 | |
| 14 | | 29 | 193.87 | 14 | | 29 | | 14 | | 29 | |
| 15 | | 30 | | 15 | | 30 | | 15 | | 30 | 61438.42 |
| | | 31 | | | | | | | | 31 | |
| **J Total liability for month** | 82050.67 | | | **K Total liability for month** | 126760.63 | | | **L Total liability for month** | 187919.45 | | |

**M Total tax liability for year (add lines A through L)** This must equal line 13 on Form 943  .  .  .  431585.57

Form **943-A** (Rev. 12-2024)

Aatrix Rev. 12/23/24

Record Copy

SCSCGA - 003348



## I-797B | NOTICE OF ACTION | DEPARTMENT OF HOMELAND SECURITY
U.S. CITIZENSHIP AND IMMIGRATION SERVICES



| Receipt Number | | Case Type |
|---|---|---|
| IOE8774539448 | | I129 - PETITION FOR A NONIMMIGRANT WORKER |

| Received Date | Priority Date | Petitioner |
|---|---|---|
| 08/06/2025 | | SOUTH CENTRAL SUGAR CANE GROWERS ASSOCIATION |

| Notice Date | Page | Beneficiary 146 WORKERS |
|---|---|---|
| 08/09/2025 | 1 of 2 | |

SOUTH CENTRAL SUGAR CANE GROWERS ASSOCIA
c/o DEES, ASHLEY FORET
BERRY APPLEMAN AND LEIDEN LLP
2400 N GLENVILLE DR BLDG A
RICHARDSON  TX  75082

**Notice Type:** Approval Notice
Class: H2A
Valid from  09/01/2025 to 01/15/2026
ETA Case Number: H30025181141495

The above petition has been approved, and notification has been sent to the listed consulate. You may also send the tear-off bottom part of this notice to the worker(s) to show the approval. Please contact the consulate with any questions about visa issuance. **THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

Petition approval does not authorize employment or training. When the workers are granted status upon admission to the United States, they can then work for the petitioner, but only as detailed in the petition and for the period authorized. When seeking admission to the United States, the following classifications may be eligible for a grace period of up to 10 days before, and up to 10 days after the petition validity period: CW-1, E-1, E-2, E-3, H-1B, H-2B, H-3, L-1A, L-1B, O-1, O-2, P-1, P-2, P-3, TN-1, and TN-2. H-2A nonimmigrants may be eligible for a grace period of up to one week before and 30 days after the petition validity period. If provided at admission, this grace period will be annotated on the beneficiary's I-94 by Customs and Border Protection (CBP). The grace period is a period of authorized stay but does not provide the beneficiary authorization to work beyond the petition validity period. Please contact the IRS with any questions about tax withholding.

If circumstances change, the petitioner can file Form I-824 to have us notify another consulate of this approval. If any of the workers are already in the U.S. the petitioner can file a new Form I-129 to seek to change or extend their status based on this petition. Changes in employment or training may also require a new petition. Include a copy of this notice with any other required documentation.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

Number of workers: 146

Please see the additional information on the back. You will be notified separately about any other cases you filed.

**USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https:// www.uscis.gov/file-online.**

SCOPS TEXAS FACILITY
U.S. CITIZENSHIP & IMMIGRATION SVC
6046 N BELT LINE RD.
IRVING, TX 75038-0001
**USCIS Contact Center: www.uscis.gov/contactcenter**



Please tear off portion below and forward it to the alien worker.

The alien may use this portion when applying for a visa at an American consulate abroad, or if no visa is required, when applying for admission to the U.S.

Receipt#: IOE8774539448    Case Type: I129
Notice Date: August 09, 2025    Petitioner: SOUTH CENTRAL SUGAR CANE GROWERS ASSOCIATION
Petitioner Validity Dates: Valid from 09/01/2025 to 01/15/2026 Number of Workers: 146

| Name | DOB | COB | Class | Consulate/POE | OCC |
|---|---|---|---|---|---|
| UNNAMED | | | H2A | MONTERREY | 500 |

SCSCGA - 003349

FORM I-797B [REV. 08/01/16]



## I-797B | NOTICE OF ACTION | DEPARTMENT OF HOMELAND SECURITY
U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| Receipt Number IOE8774539448 | | Case Type I129 - PETITION FOR A NONIMMIGRANT WORKER | | | | |
|---|---|---|---|---|---|---|
| Received Date 08/06/2025 | Priority Date | Petitioner SOUTH CENTRAL SUGAR CANE GROWERS ASSOCIATION | | | | |
| Notice Date 08/09/2025 | Page 2 of 2 | Beneficiary 146 WORKERS | | | | |
| Name UNNAMED | | DOB | COB | Class H2A | Consulate/POE MONTERREY | OCC 500 |

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

**NOTICE:** Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

**USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.**

SCOPS TEXAS FACILITY
U.S. CITIZENSHIP & IMMIGRATION SVC
6046 N BELT LINE RD.
IRVING, TX 75038-0001
**USCIS Contact Center: www.uscis.gov/contactcenter**



Please tear off portion below and forward it to the alien worker.

The alien may use this portion when applying for a visa at an American consulate abroad, or if no visa is required, when applying for admission to the U.S.

INTENTIONALLY LEFT BLANK   INTENTIONALLY LEFT BLANK
INTENTIONALLY LEFT BLANK   INTENTIONALLY LEFT BLANK
INTENTIONALLY LEFT BLANK   INTENTIONALLY LEFT BLANK
INTENTIONALLY LEFT BLANK   INTENTIONALLY LEFT BLANK
INTENTIONALLY LEFT BLANK   INTENTIONALLY LEFT BLANK
INTENTIONALLY LEFT BLANK   INTENTIONALLY LEFT BLANK
INTENTIONALLY LEFT BLANK   INTENTIONALLY LEFT BLANK

SCSCGA - 003350

FORM I-797B [REV. 08/01/16]