Transcript of the Testimony of
# Felipe de Jesus Suarez-Palafox

## Date: December 12, 2025

## Felipe De Jesus Avila-Sota, et al v. South Central Sugar Cane Growers' Association

All electronic deposition & exhibit files
are available at **www.psrdocs.com**
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**

# Professional Shorthand Reporters, Inc.
**Phone:  504-529-5255**
**Fax:  504-529-5257**
**Email:  reporters@psrdocs.com**
**Internet: http://www.psrdocs.com**

EXHIBIT

L

Page 1

UNITED STATES DISTRICT COURT
        WESTERN DISTRICT OF LOUISIANA
             LAFAYETTE DIVISION


FELIPE DE JESUS AVILA-SOTA,
AND OTHERS SIMILARLY
SITUATED,

          Plaintiffs
                              CIVIL ACTION
VERSUS
                              6:24-CV-01392

SOUTH CENTRAL SUGAR CANE
GROWERS' ASSOCIATION

          Defendants



     Deposition of Felipe de Jesus Suarez-Palafox, taken through an interpreter, on the 12th day of December, 2025, at Phelps Dunbar, 400 Convention Street, Suite 1100, Baton Rouge, Louisiana 70802.


APPEARANCES:

   LAW OFFICES OF DAWSON MORTON
   (By:  Dawson Morton, Esquire
   1808 Sixth Street
   Berkeley, California 94710

        - and -

   James C. Knoepp, Esquire
   1612 Crestwood Drive
   Columbia, South Carolina 29205
      (Attended via Zoom)

      (Attorneys for the Plaintiffs)

Felipe de Jesus Suarez-Palafox
Felipe De Jesus Avila-Sota, et al v. South Central Sugar Cane Growers' Association

Page 2

APPEARANCES CONTINUED:

    PHELPS DUNBAR
    (By:  Molly McDiarmid, Esquire)
    400 Convention Street
    Suite 1100
    Baton Rouge, Louisiana 701802

          - and -

    PHELPS DUNBAR
    (By:  Brandon Davis, Esquire)
    365 Canal Street
    Suite 2000
    New Orleans, Louisiana 70130

       Attorneys for Defendants


THE INTERPRETER:


    Roxanne Chapa
    (225)903-4024


REPORTED BY:


    Cathy Reneé Powell, CCR
    Professional Shorthand Reporters
    (504)529-5255
                    *    *    *

                EXAMINATION INDEX

EXAMINATION BY MS. McDIARMID  .........6
EXAMINATION BY MR. MORTON .............90
EXAMINATION BY MS. McDIARMID ........104
EXAMINATION BY MR. MORTON ...........107
                    *    *    *

Felipe de Jesus Suarez-Palafox
Felipe De Jesus Avila-Sota, et al v. South Central Sugar Cane Growers' Association

Page 3

INDEX OF EXHIBITS

Exhibit No. 1  .......................15

  Work visa, September 20, 2022 - January 15, 2023, SCSCGA 000205.

Exhibit No. 2  .......................17

  Work Visa, September 19, 2024 - January 15, 2025, SCSCGA 000061.

Exhibit No. 3  .......................17

  Work visa, September 21, 2023 - January 14, 2024, SCSCGA 000154.

Exhibit No. 4  .......................18

  Work visa, 2025-2026 (not Bates labeled.)

Exhibit No. 5  .......................22

  Mr. Suarez-Palafox's Mexican passport, SCSCGA 000063.

Exhibit No. 6  .......................53

  Agricultural Clearance Order, 6-20-2023 - 11-2-2023, SCSCGA 001122-1341.

Exhibit No. 7  .......................57

  Agricultural Clearance Order, 6-26-2023 - 11-02-2023, SCSCGA 001343-2534.

Exhibit No. 8  .......................59

  Agricultural Clearance Order, 6-20-2024 - 11-8-1024, SCSCGA 001511 - 1559.

Page 4

Exhibit No. 9  ......................72

   Declaracion Preliminar, Avila-Soto, et al.

   versus South Central Sugar Cane Growers

   Association.

Exhibit No. 10  ....................105

   Confirmation of Return, (in English and

   Spanish), 1-10-2023, SCSCGA 000201-203.

Exhibit No. 11  ....................106

   Confirmation of Return, (in Spanish),

   1-8-2024, SCSCGA 000147.

Felipe de Jesus Suarez-Palafox
Felipe De Jesus Avila-Sota, et al v. South Central Sugar Cane Growers' Association

Page 12

THE INTERPRETER:

I'm sorry, is it me?

MS. McDIARMID:

No.

EXAMINATION BY MS. McDIARMID:

Q. In the years we just talked about -- so 2018, 2020 and 2021 -- were you working at the sugar mill in Franklin, Louisiana?

A. Yes.

Q. What was the name of that sugar mill?

A. Sterling.

Q. So the sugar mill is not named Melchor Maya?

A. No, but the sugar mill does not contract us directly, but through the employer.

Q. Other than the sugar mill -- Sterling -- and the employment in Kansas City, did you have an H2-A visa with any other employers from 2018 to 2021?

A. Just in Kansas City and here, in Sterling.

Q. So you filed a lawsuit against South Central Sugarcane Growers Association, correct?

MR. MORTON:

Objection, mischaracterizes.

Felipe de Jesus Suarez-Palafox
Felipe De Jesus Avila-Sota, et al v. South Central Sugar Cane Growers' Association

Page 16

THE WITNESS:

It is from September 20, 2022, to -- what is this?  What J-A-N, 15-2023.

EXAMINATION BY MS. McDIARMID:

Q.   So is this your visa for employment in the U.S. from September of 2022 through January of 2023?

A.   Yes.

Q.   Do you see that the employer, South Central Sugarcane Growers Association, is listed on this visa?

A.   Yes.  They changed it that year.

Q.   So looking at this document, does this help you understand that you applied for employment to South Central in the year 2022?

A.   Yes, because it is the same sugar mill.

Q.   Did you work for South Central in the 2022 sugarcane season?

A.   Yes.

Q.   Did you say "sugarcane season"?

A.   Yes.  That is what we carry, sugarcane.

Q.   Did you complete the season in 2022?

A.   Yes.

Felipe de Jesus Suarez-Palafox
Felipe De Jesus Avila-Sota, et al v. South Central Sugar Cane Growers' Association

Page 17

Q.   I'm showing you a document I have marked as Exhibit 2.

What is this document?

A.   The work visa.

Q.   Can you tell, from looking at this document -- I'm going to give you one more document.  I think I gave them to you out of order.

I did.  I will hand you what I have marked as Exhibit 3.  What is Exhibit 3?

A.   Work visa.

Q.   Looking at Exhibit 3, can you tell what year it relates to?

A.   Yes.  It is from September 21, 2023, through January 14, 2024.

Q.   Is this your H2-A visa for your employment related to South Central during that sugarcane season?

A.   Yes.

Q.   Flipping back to Exhibit 2, do you recognize that document?

A.   Yes.

Q.   What is that?

A.   Visa.

Q.   What years does Exhibit 2 relate to?

Professional Shorthand Reporters, Inc.
reporters@psrdocs.com
1-504-529-5255
www.psrdocs.com

Felipe de Jesus Suarez-Palafox

Felipe De Jesus Avila-Sota, et al v. South Central Sugar Cane Growers' Association

Page 18

A.    From September 19, 2024, through January 15, 2025.

Q.    Is that your H2-A visa related to your work for South Central in the 2024 sugarcane season?

A.    Yes.

Q.    I'm showing you what I marked as Exhibit 4.  This is a document your attorneys provided to us today.

Can you tell us what that document is?

A.    Work visa.

Q.    For what year is that visa?

A.    That is from September 17, 2025, through January 15, 2026.

Q.    Is that H2-A visa related to your work for South Central for the 2025 sugarcane season?

A.    Yes.

Q.    Are you currently employed by South Central?

A.    I am employed by South Central, yes, right.  It is the same company, the same sugar mill.

MR. MORTON:

Object to the translation.  He said, "I am employed by the sugar mill,"

Felipe de Jesus Suarez-Palafox
Felipe De Jesus Avila-Sota, et al v. South Central Sugar Cane Growers' Association

Page 19

and he used the word "Sterling."

EXAMINATION BY MS. McDIARMID:

Q.   Looking at Exhibits 1, 2, 3 and 4, do these H2-A visas indicate that you were working with South Central Sugarcane Growers Association?

A.   Yes, it is the same sugar mill, that's the company -- company creation.

Q.   Having reviewed your H2-A visas from 2022 through the 2025 season, do you understand you applied for employment with South Central?

A.   Yes.

Q.   Having looked at your H2-A visas from 2022 through 2025, do you understand that you applied for employment with South Central?

A.   Within the last 2 or 3 years, they changed it, and that's who we have been coming with.

Q.   Did you understand that your employment with South Central was contingent upon you obtaining your H2-A visa?

A.   Yes.

Q.   Did you personally complete your H2-A visa application?

A.   No.

Felipe de Jesus Suarez-Palafox
Felipe De Jesus Avila-Sota, et al v. South Central Sugar Cane Growers' Association

Page 26

A.   Yes, that is the owner.

Q.   Do you interact with him?

A.   No.

Q.   Have you ever spoken with him?

A.   Never.

Q.   What about Ricky Gonsoulin?

A.   No.  He doesn't work at the sugar.

Q.   Do you know him?

MR. MORTON:

He said, "Yes, I know him because he has loads, he is a ranchero," which translates as a farmer.

MS. McDIARMID:

Does it also mean "loaders"?

MR. MORTON:

No.  I think --

MS. McDIARMID:

Let's go off the record.

(Discussion off the record.)

MS. McDIARMID:

We are back on the record.

EXAMINATION BY MS. McDIARMID:

Q.   I asked you if you knew Mr. Gonsoulin, and you said you worked for him, correct?

A.   Yes.  We carry sugarcane for him.

Felipe de Jesus Suarez-Palafox

Felipe De Jesus Avila-Sota, et al v. South Central Sugar Cane Growers' Association

Page 58

A.   I don't remember.  Let me think.  23? 24?

Q.   $23.16, does that sound right?

A.   Yes, that is what they paid.

Q.   For the 2023 season?

A.   Yes.

Q.   Did you -- you completed the 2022 sugarcane season working as an employee for South Central, correct?

THE INTERPRETER:

I'm sorry, can you repeat that?

EXAMINATION BY MS. McDIARMID:

Q.   You completed the 2022 sugarcane season with South Central, correct?

A.   Yes.

Q.   And you chose to come back for the 2023 sugarcane season, correct?

A.   Yes.

Q.   You chose to apply for employment?

A.   Yes.

Q.   Did you complete the 2023 sugarcane season with South Central?

A.   Yes.

Q.   Did you choose to return for the 2024 sugarcane season?

Case 6:24-cv-01392-RRS-CBW    Document 118-19    Filed 05/22/26    Page 13 of 21
PageID #: 2492
Felipe de Jesus Suarez-Palafox
Felipe De Jesus Avila-Sota, et al v. South Central Sugar Cane Growers' Association

Page 61

week, but we made more than that.

EXAMINATION BY MS. McDIARMID:

Q.   Are you referring to Section A on the page with the numbers 1512 at the bottom?

A.   Yes.

Q.   Are you referring to No. 6 where it says, "Anticipated Days and Hours of Work Per Week"?

A.   Yes.

Q.   It is in English, so I understand if perhaps you can't identify what it says, but for the record, the deponent is referencing a section entitled "Anticipated Days and Hours of Work Per Week."

A.   Yes.

Q.   Do you remember the rate that South Central said it would pay in 2024 under the contract?

A.   Of this year?

Q.   2024.

A.   No, I don't remember.  I just remember that the previous year, they had paid well.

Q.   In 2024, do you think it sounds about right that the rate was $23.93?

A.   Yes.

Page 62

Q.   And is that what South Central paid you per hour?

A.   Yes.

Q.   Did you choose to return to South Central for the 2025 sugarcane season?

A.   Yes.

Q.   Do you know what the rate that South Central said they would pay you in 2025 was?

A.   Yes.

Q.   What is that?

A.   $14.83, I believe.

Q.   Is that the rate they are currently paying you?

A.   Yes.

Q.   Do you know what rate any of your H2-A coworkers are paid?

A.   I don't understand.

Q.   Do you have any knowledge about the pay rate your coworkers receive?

A.   Yes.  The same, $14.83.

Q.   How do you know that?

A.   Because it is there on the checks -- oh, wait a minute.  They are not putting it on the check stubs anymore.

Q.   Have you spoken with your coworkers

Page 73

Q.   What false mischaracterizations were made to the U.S. government?

A.   The wages that were not correct with the drivers.

Q.   It is your testimony that the false representation that was made by South Central relates to the amount of the wage that was incorrect?

A.   Can you repeat the question?

Q.   Yes.  I'm just trying to understand your response.

My question is, what false information did South Central make to the U.S. government?

MR. MORTON:

Objection, asked and answered.

EXAMINATION BY MS. McDIARMID:

Q.   I heard you say something about the wage rate.

A.   Yes, that they are paying us less.

Q.   Paying you less than what?

A.   Than last year.

Q.   Do you mean paying you less in the 2025 sugarcane season?

A.   Yes.  Now, yes.

Q.   When you say, "paying us less than

Case 6:24-cv-01392-RRS-CBW    Document 118-19    Filed 05/22/26    Page 16 of 21
PageID #: 2495
Felipe de Jesus Suarez-Palafox
Felipe De Jesus Avila-Sota, et al v. South Central Sugar Cane Growers' Association

Page 74

last year," are you referring to the 2024 sugarcane season when you say that?

A.   Yes.

Q.   What is it about that that is false?

A.   That they are not paying us the salary that they are supposed to.

Q.   Anything else that's false?

A.   Just that they are not paying us overtime, either.

Q.   Same question.  What about that is false?  Where is the false piece?

MR. MORTON:

Objection, asked and answered.

THE WITNESS:

I didn't understand.

EXAMINATION BY MS. McDIARMID:

Q.   I understood your response to mean that South Central is not paying overtime wages, nor good salaries.  But South Central never said it was going to pay you overtime, right?

MR. MORTON:

Objection, mischaracterizes.

THE WITNESS:

They have never paid us, that is why we are fighting.  We come as truck

Felipe de Jesus Suarez-Palafox
Felipe De Jesus Avila-Sota, et al v. South Central Sugar Cane Growers' Association

Page 75

drivers.

EXAMINATION BY MS. McDIARMID:

Q.   Is your answer complete?

A.   That's it.  That's all I have to say.

Q.   If you turn to around page 16, Count 2 of your complaint, Exhibit 9.

I have turned to page 16 of 20, Exhibit 9.  I wanted to ask you some questions about your claim for breach of employment contract.  Do you need to take a second to read it or are you ready to answer questions?

A.   I'm going to read it.

The whole sheet?

Q.   I'm not asking you to read anything. I want to ask you about your claim for breach of employment contract.

A.   Okay.

Q.   Are the employment contracts that you are claiming are breached the job orders that we looked at earlier?

A.   Yes.

Q.   In what way do you claim that the employment contracts were breached?

A.   Because of the salary that was lowered this season.

Page 76

Q.   Is it your testimony that the 2025 contract did not include that rate?

MR. MORTON:

Objection, mischaracterizes.

THE WITNESS:

Yes.

EXAMINATION BY MS. McDIARMID:

Q.   Is there any other way in which the employment contracts were breached?

A.   No.

Q.   Did you incur any out-of-pocket expenses to come to work for South Central?

A.   The license, visa, passport. Passport, not visa.  The physical and photographs.

Q.   So the out-of-pocket expenses you are claiming are for the license, the physical, the Mexican passport and photographs.  Is that what I heard?

A.   Yes.

Q.   Is that answer true for all of the years, 2022 through 2025?

A.   Yes.

Q.   What year did -- when you say your "license," are you talking about your licencia

Felipe de Jesus Suarez-Palafox
Felipe De Jesus Avila-Sota, et al v. South Central Sugar Cane Growers' Association

Page 81

renewals of your Mexican passport?

A.    Neither.

Q.    You also mentioned expenses associated with photographs.

A.    Yes.  The photos for the visa, for the work visa.

Q.    Is that something you have obtained every year since 2022?

A.    Since 2018, yes.

Q.    Do you have to get a new picture every year?

A.    Every year.

Q.    And how much does that cost?

A.    150 pesos.

Q.    Do you have any receipts related to the photographs?

A.    No.  They give them to me, but I throw them away.

Q.    Are you able to reuse those pictures for any other purpose, or are they only for the visa?

A.    Just for the visa.

Q.    Other than the licencia federal conductor, the physical that goes along with that, the Mexican passport and the photographs,

Felipe de Jesus Suarez-Palafox
Felipe De Jesus Avila-Sota, et al v. South Central Sugar Cane Growers' Association

Page 82

are there any other out-of-pocket costs you incurred to go to work for South Central?

A.   No.

Q.   Were you charged any fees for your passport renewal?

A.   No.

Q.   Were you reimbursed any fees from South Central for your passport renewal?

A.   No.

Q.   Did you ask for reimbursement from South Central for your passport renewal?

A.   No.

Q.   Did South Central reimburse you any fees associated with your licencia federal de conductor?

A.   No.

Q.   Did you make any requests to South Central for such reimbursement?

A.   No.

Q.   Did South Central reimburse you for any costs associated with the medical exam for the license?

A.   No.

Q.   Did you make a request of South Central for such reimbursement?

Case 6:24-cv-01392-RRS-CBW    Document 118-19    Filed 05/22/26    Page 21 of 21
PageID #:  2500
Felipe de Jesus Suarez-Palafox
Felipe De Jesus Avila-Sota, et al v. South Central Sugar Cane Growers' Association

Page 83

A.    No.

Q.    What about the photographs?  Did South Central reimburse you anything for the H2-A visa photographs you took?

A.    No.

Q.    Did you make any requests for such reimbursement?

A.    No.

Q.    You testified that you don't have any receipts to turn in related to the license, the physical, the passport or the photographs; is that correct?

A.    No.

Q.    Did South Central reimburse you for any out-of-pocket expenses you incurred?

A.    No.

Q.    Are you seeking any travel expenses related to your travel to South Central?

A.    No.

Q.    Are you seeking reimbursement for any expenses you incurred to travel home from South Central?

A.    No, they do not give us any reimbursement.

Q.    My question is, are you seeking any