# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAFAYETTE DIVISION

| | |
|---|---|
| **FELIPE DE JESUS AVILA-SOTO,** | No: **6:24-cv-01392** |
| **FELIPE DE JESUS SUAREZ-PALAFOX,** | |
| **And JUAN ALEJO HERNANDEZ-CANELA,** | |
| **ON BEHALF OF THEMSELVES AND** | |
| **OTHERS SIMILARLY SITUATED** | **JUDGE ROBERT R. SUMMERHAYS** |
| | |
| **V.** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |
| | |
| **SOUTH CENTRAL SUGAR CANE** | |
| **GROWERS' ASSOCIATION, INC., AND** | |
| **STERLING SUGARS, LLC** | |

## DEFENDANTS' FOURTH SUPPLEMENTAL ANSWERS TO PLAINTIFFS' FIRST SET OF INTERROGATORIES

NOW INTO COURT, through undersigned counsel, come Defendants, South Central Sugar Cane Growers' Association, Inc. ("SCSCGA") and Sterling Sugars, LLC ("Sterling Sugars") who, without waiving any rights, objections, claims, privileges or defenses, pursuant to Rule 33 of the Federal Rules of Civil Procedure, submit the following Fourth Supplemental Answers and Objections to Plaintiffs' First Set of Interrogatories, subject to the objections herein.

Defendants will supplement and/or amend these responses when more information is discovered. Defendants' Fourth Supplemental Responses to Plaintiffs' First Set of Interrogatories are based on information now known to Defendants and without prejudice to Defendants' right to produce evidence or information discovered in the future. Defendants do not concede the relevancy or materiality of the information sought in Plaintiffs' First Set of Interrogatories, nor do Defendants concede the relevancy or materiality of the subject matter at issue in Plaintiffs' First Set of Interrogatories. Defendants do not waive questions and/or objections about the competency,

PD.56433403.1

1

EXHIBIT

O

relevancy, materiality, privilege, or admissibility of documents or information identified herein.

Subject to the objections stated in response to each Interrogatory, Defendants respond as follows:

## FOURTH SUPPLEMENTAL RESPONSES TO INTERROGATORIES

**INTERROGATORY NO. 8:**

Please describe the management structure at Defendant South Central Sugar Cane Growers' Association, Inc. with respect to the employment of Plaintiffs and other H-2A workers who drove heavy tractor-trailer trucks for the defendants between October 10, 2022 through present, and specifically identify all of the Plaintiffs' supervisors, each individual who dispatched them or recorded their work, or who provided them daily instructions on where and when to perform their job duties. For each individual identified please state the person or company by whom those individuals were employed. Please also identify all individuals with knowledge of your response and identify all documents upon which you rely for your response.

**RESPONSE TO INTERROGATORY NO. 8:**

Defendant, Sterling Sugars, LLC cannot fairly answer Interrogatory No. 8 due to lack of information. Reasonable inquiry shows the U.S. Dept. of Labor's August 11, 2022, certification H-300-22167-289377 (and any certification that followed until October 10, 2024) does not identify Sterling Sugars, LLC as an employer. Defendants object to Interrogatory No. 8 as overly broad, unduly burdensome, and not proportional to the needs of the case, particularly to the extent the Interrogatory requests a description of the "the management structure" and "specifically identify all of the Plaintiffs' supervisors" as well as "each individual who dispatched them or recorded their work, or who provided them daily instructions," which encompasses a wide range of information that exceeds the scope of relevance in comparison to the Complaint, which alleges Plaintiffs seek compensation for breach of contract. Furthermore, the Interrogatory's demand to identify "all individuals with knowledge of your response" and "all documents upon which you rely" is vague and ambiguous, making it difficult to ascertain the precise scope of information sought. This request imposes an excessive burden by potentially requiring an exhaustive review of all personnel and documentation related to the employment of H-2A workers over an extended period. Additionally, Defendants assert that the identification of individuals and documents in this context may involve privileged or confidential information, the disclosure of which could infringe upon privacy rights or proprietary interests. Subject to and without waiving the foregoing objections, Defendant, South Central Sugar Cane Growers' Association, Inc. is organized under the laws of the State of Louisiana and Ricky Gonsoulin is identified as Director.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 8:**

Defendants reference Rule 33(d) of the Federal Rules of Civil Procedure and submit that the answer to Interrogatory No. 8 may be determined by examining, auditing, compiling, abstracting, or summarizing the U.S. Dept. of Labor's Place of Employment Information, Form ETA-790A, Part C and Addendum B, certification(s) H-300-22167-289377, H-300-23167120446, and H-300-23167-126752 and the burden of deriving or ascertaining the answer by

2

reading documents in Plaintiffs' possession will be substantially the same for either party. South Central Sugar Cane Growers' Association is organized pursuant to 20 CFR 655.103(b) and is managed as an agricultural association. Plaintiffs were supervised by Leaders who operated the harvest group and managed employees in terms of dispatch and performance of job duties. The identities of Leaders will be confirmed and disclosed in response to Interrogatory No. 8.

**SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 8:**

The following individuals were Plaintiffs' supervisors.

2022: Jose W. Velasquez Amaya, Diego Torres Maldonado, and Maynieber Ramirez

2023: Edgar Oregel Rodriguez, Diego Torres Maldonado, and Maynieber Ramirez

2024: Edgar Oregel Rodriguez, Maximino Camacho Ramirez, and Maynieber Ramirez

Upon information and belief, Plaintiffs have knowledge about these individuals. South Central Sugar Cane Growers' Association, Inc.'s representatives, Randy Romero and Rivers Patout, may also have knowledge about these individuals.

**THIRD SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 8:**

Pursuant to Interrogatory No. 8, Defendants identify the following individuals who served as Plaintiffs' supervisors during the relevant periods.

Supervisors by Year:

- 2022: Jose W. Velasquez Amaya, Diego Torres Maldonado, and Maynieber Ramirez
- 2023: Edgar Oregel Rodriguez, Diego Torres Maldonado, and Maynieber Ramirez
- 2024: Edgar Oregel Rodriguez, Maximino Camacho Ramirez, and Maynieber Ramirez

Supervisors' Addresses:

- Jose W. Velasquez Amaya
  3512 J Patout Burns Rd
  Jeanerette, LA 70544

- Diego Torres Maldonado
  9402 East Highway 90
  Jeanerette, LA 70544

- Maynieber Ramirez
  9402 East Highway 90
  Jeanerette, LA 70544

3

PD.56433403.1

- Edgar Oregel Rodriguez
  CALLE 16 SEPLIEMBER 114-A
  CUSIMIRO CASTILLO, JALISCO SP 48930 MX

- Maximino Camacho Ramirez
  9402 East Highway 90
  Jeanerette, LA 70544

Upon information and belief, Plaintiffs have knowledge about these individuals. Additionally, Jaime Robison—Manager of South Central Sugar Cane Growers' Association—may also have knowledge regarding these supervisors. Given Jaime Robison's position, he is likely to provide the most direct insight. Randy Romero and Rivers Patout may also have relevant knowledge.

**FOURTH SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 8:**

Pursuant to Interrogatory No. 8, Defendants identify the following individuals who served as Plaintiffs' supervisors during the relevant periods. None of these individuals are or have ever been dispatchers.

Supervisors by Year

2022
- Jose W. Velasquez Amaya
  Employer: South Central Sugar Cane Growers Association, Inc.

- Diego Torres Maldonado
  Employer: South Central Sugar Cane Growers Association, Inc.

- Maynieber Ramirez
  Employer: South Central Sugar Cane Growers Association, Inc.

2023
- Edgar Oregel Rodriguez
  Employer: South Central Sugar Cane Growers Association, Inc.

- Diego Torres Maldonado
  Employer: South Central Sugar Cane Growers Association, Inc.

- Maynieber Ramirez
  Employer: Patout Equipment Company

2024
- Edgar Oregel Rodriguez
  Employer: South Central Sugar Cane Growers Association, Inc.

- Maximino Camacho Ramirez
  Employer: South Central Sugar Cane Growers Association, Inc.

4

PD.56433403.1

- Maynieber Ramirez
  Employer: Patout Equipment Company

Supervisors' Addresses

- Jose W. Velasquez Amaya
  3512 J Patout Burns Rd
  Jeanerette, LA 70544

- Diego Torres Maldonado
  9402 East Highway 90
  Jeanerette, LA 70544

- Maynieber Ramirez
  9402 East Highway 90
  Jeanerette, LA 70544

- Edgar Oregel Rodriguez
  CALLE 16 SEPLIEMBER 114-A
  CUSIMIRO CASTILLO, JALISCO SP 48930 MX

- Maximino Camacho Ramirez
  9402 East Highway 90
  Jeanerette, LA 70544

Upon information and belief, Plaintiffs have knowledge about these individuals. Additionally, Jaime Robison—Manager of South Central Sugar Cane Growers' Association—may also have knowledge regarding these supervisors. Given Jaime Robison's position, he is likely to provide the most direct insight. Randy Romero and Rivers Patout may also have relevant knowledge.

Respectfully submitted,

**PHELPS DUNBAR LLP**

*/s/ Brandon E. Davis*
Brandon E. Davis (La Bar #29823)
Molly McDiarmid (La Bar #36426)
Jennifer Clewis Thomas (*Admitted Pro Hac Vice*)
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130
Telephone: 504-566-1311
Facsimile: 504-568-9130
brandon.davis@phelps.com
molly.mcdiarmid@phelps.com
jennifer.clewis@phelps.com

5

PD.56433403.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of January 2026, I emailed the foregoing document to counsel to Plaintiffs.

James M. Knoepp (jim@dawsonmorton.com)
1612 Crestwood Drive
Columbia, SC 29205

Dawson Morton (dawson@dawsonmorton.com)
1808 Sixth St.
Berkeley, CA  94710

Daniel Davis (dan@estesdavislaw.com)
4465 Bluebonnet Blvd, Suite A
Baton Rouge, LA  70809

/s/ Brandon E. Davis
Brandon E. Davis (La Bar #29823)

6

PD.56433403.1

## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAFAYETTE DIVISION

FELIPE DE JESUS AVILA-SOTO,                    No: 6:24-cv-01392
FELIPE DE JESUS SUAREZ-PALAFOX,
And JUAN ALEJO HERNANDEZ-CANELA,
ON BEHALF OF THEMSELVES AND
OTHERS SIMILARLY SITUATED                      JUDGE ROBERT R. SUMMERHAYS

                     V.                        MAGISTRATE JUDGE CAROL B.
                                               WHITEHURST
SOUTH CENTRAL SUGAR CANE
GROWERS' ASSOCIATION, INC., AND
STERLING SUGARS, LLC

## VERIFICATION

I, Randy Romero, the CEO of M.A. Patout & Son Limited, L.L.C., have read the foregoing Defendants' Fourth Supplemental Answers to Plaintiffs' First Set of Interrogatories, and I affirm that the answers are true and correct to the best of my knowledge, information, and belief.

Executed this _16TH_ day of December, 2025

_Randy Romero_
Randy Romero

PD.60018208.1