# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAFAYETTE DIVISION

| | | |
|---|---|---|
| FELIPE DE JESUS AVILA-SOTO, ET AL. | * | CIVIL ACTION NO.  6:24-CV-01392 |
| | * | |
| | * | JUDGE ROBERT R. SUMMERHAYS |
| VERSUS | * | |
| | * | MAGISTRATE JUDGE CAROL B. |
| SOUTH CENTRAL SUGAR CANE | * | WHITEHURST |
| GROWERS' ASSOCIATION, INC., ET | * | |
| AL. | * | |
| | * | |

## DEFENDANTS SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION AND STERLING SUGARS LLC'S STATEMENT OF UNDISPUTED MATERIAL FACTS

1.      South Central Sugar Cane Growers' Association ("South Central") is an agricultural association organized under the laws of the state of Louisiana. [1]

2.      South Central is farmer-owned and consists of member farms who grow sugarcane.[2]

3.      South Central employs H-2A workers for the purpose of hauling farmer-owned commodities to mills, including to the mill operated by Sterling Sugars.[3]

4.      South Central obtained Temporary Employment Certification from the U.S. Department of Labor in the years 2022, 2023, 2024, and 2025 in H-2A status.

5.      South Central is classified as an "association" for purposes of submitting applications for Temporary Employment Certification from the Department of Labor.[4]

---

[1] *See* Ex. A, Defendants' Supplemental Responses to Plaintiffs' First Interrogatories, No. 8. *See also* Ex. B, South Central and Sterling Formation Documents at SCSCGA-023311-023323.

[2] *See* Ex. C, Deposition of Ricky Gonsulin on behalf of South Central, at 64:7-16.

[3] *See* Ex. C, Deposition of Ricky Gonsulin on behalf of South Central, at 59:8-17; 61:12-18.

[4] *See* 20 C.F.R. 655.103(b). *See also* Ex. D, South Central Member Agreements, SCSCGA-003860-004244.

PD.61031925.1

6.     The member farms of South Central grow and own all of the commodity sold from their farms.[5]

7.     Sterling Sugars, LLC ("Sterling"), is a corporation organized under the laws of the state of Louisiana.[6]

8.     Sterling engages in the processing of Louisiana raw sugar for sale to refineries in Louisiana for further processing.[7]

9.     Sterling has not employed workers through the H-2A program since 2021.[8]

10.     Sterling provides a limited set of management services for South Central pursuant to the terms of a Management Services Contract.[9]

11.     South Central pays Sterling a management fee of $0.17 per ton of sugar cane harvested and $0.15 per ton of sugar cane trucked to a designated sugar mill.[10]

12.     The Management Services Contract was in place from 2022-2025, the time period relevant to the claims in this lawsuit.[11]

13.     The sixteen (16) Plaintiffs in this collective action are foreign laborers who the federal government authorized South Central to employ as H-2A guest laborers between 2022 and 2025.

14.     The parties entered legally binding contracts in 2022, 2023, 2024, and 2025.[12]

15.     The temporary employment certification applications and accompanying clearance orders constituted a valid employment contract containing all material terms of Plaintiffs' employment for Defendant.[13]

---

[5] *See* Ex. E, Deposition of Ashlee Gary on behalf of South Central, at 341:2-5. *See also* Ex. G, Management Services Contract.

[6] *See* Ex. B, South Central and Sterling Formation Documents at SCSCGA-023324-023343.

[7] *See* Ex. F, Deposition of Rivers Patout, at 33:1-8, 40:21-41:19.

[8] *See* Ex. F, Deposition of Rivers Patout, at 24:6-14.

[9] *See* Ex. G, Management Services Contract at SCSCGA-023103 (attached as Exhibit 11 to deposition of South Central).

[10] *See* Ex. G, Management Services Contract at SCSCGA-023104 (attached as Exhibit 11 to deposition of South Central). *See also* Ex. C, Deposition of Ricky Gonsulin on behalf of South Central, at 65:1-19.

[11] *See* Ex. G, Management Services Contract at SCSCGA-023103-023104 (attached as Exhibit 11 to deposition of South Central).

[12] *See* 20 C.F.R. § 655.103(b); *see also* R. Doc. 115 at ¶ 85.

[13] *See* R. Doc. 115 at ¶ 85. *See also* R. Doc. 42-2 at p. 9.

PD.61031925.1

16. According to the contracts, which include Forms ETA-790, ETA-790A, and ETA-9142A, Plaintiffs were to be paid a rate of $12.45 per hour in 2022, $23.16 per hour in 2023, $23.93 per hour in 2024, and $14.83 per hour in 2025.[14]

17. The contracts explained Plaintiffs would work under the job title "Heavy and Tractor-Trailer Truck Drivers."[15]

18. Plaintiffs do not dispute receiving those rates of pay.[16]

19. For each year that Plaintiffs were employed with South Central, the U.S. Department of Labor approved South Central's applications for temporary labor certification to allow Plaintiffs to work as "Heavy and Tractor-Trailer Truck Drivers" at the above rates.[17]

20. The contracts explained Plaintiffs would perform duties that included "operating and performing routine servicing of trucks and equipment to transport sugarcane from various worksites, in connection with the harvesting of a perishable crop, from the fields to the mill and from the factory parking and staging areas to the mill operating tractor-trailer combination; [and] deliver[ing] sugarcane to designated locations[.]"[18]

21. Plaintiffs transported unmanufactured sugarcane, a perishable crop, to sugar mills in accordance with those job duties.[19]

---

[14] *See* Ex. H, 2022 ETA Form-790/790A, at SCSCGA-001123 (attached as Exhibit 35 to the deposition of South Central); Ex. I, 2023 ETA Form-790/790A, at SCSCGA-001344 (attached as Exhibit 36 to the deposition of South Central); Ex. J, 2024 ETA Form-790/790A, at SCSCGA-001512 (attached as Exhibit 37 to the deposition of South Central), Ex. K, 2025 ETA Form-790/790A, at SCSCGA-003093.

[15] *See* Ex. H, 2022 ETA Form-790/790A, at SCSCGA-001123 (attached as Exhibit 35 to the deposition of South Central); Ex. I, 2023 ETA Form-790/790A, at SCSCGA-001344 (attached as Exhibit 36 to the deposition of South Central); Ex. J, 2024 ETA Form-790/790A, at SCSCGA-001512 (attached as Exhibit 37 to the deposition of South Central), Ex. K, 2025 ETA Form-790/790A, at SCSCGA-003093.

[16] *See* Ex. L, Deposition of Felipe de Jesus Suarez-Palafox, at 58:1-6, 61:23-62:14; Ex. M, Deposition of Felipe de Jesus Avila-Soto, at 153:8-157:4, 159:7. *See also* Ex. N, Wage Information for Named Plaintiffs, SCSCGA-000387-000423.

[17] *See* Ex. H, 2022 ETA Form-790/790A, at SCSCGA-001149 (attached as Exhibit 35 to the deposition of South Central); Ex. I, 2023 ETA Form-790/790A, at SCSCGA-001370 (attached as Exhibit 36 to the deposition of South Central); Ex. J, 2024 ETA Form-790/790A, at SCSCGA-001538 (attached as Exhibit 37 to the deposition of South Central), Ex. K, 2025 ETA Form-790/790A, at SCSCGA-003092.

[18] *See* Ex. H, 2022 ETA Form-790/790A, at SCSCGA-001122 (attached as Exhibit 35 to the deposition of South Central); Ex. I, 2023 ETA Form-790/790A, at SCSCGA-001343 (attached as Exhibit 36 to the deposition of South Central); Ex. J, 2024 ETA Form-790/790A, at SCSCGA-001511 (attached as Exhibit 37 to the deposition of South Central), Ex. K, 2025 ETA Form-790/790A, at SCSCGA-003119.

[19] *See* Ex. F, Deposition of Rivers Patout, at 33:1-8, 40:21-41:19; Ex. E, Deposition of Ashlee Gary on behalf of South Central, at 274:220-275:4

3

PD.61031925.1

22.     The member farms of South Central are listed as "Additional Place[s] of Employment" on Addendum B to the Job Orders.[20]

23.     None of the Plaintiffs ever obtained or applied for H-2B visas to enter the United States to work for Sterling Sugars.

24.     20 C.F.R. § 655.181 exclusively governs the procedure for revoking a job clearance order when an employer is accused of obtaining temporary agricultural certification by means of "fraud or misrepresentation" in the application process.

25.     The job clearance orders that the DOL issued to South Central, which expressly disclosed that Plaintiffs would be required to haul sugarcane, have not been revoked by the United States Department of Labor pursuant to 20 C.F.R. 20 § 655.181.

26.     Felipe Suarez-Palafox was unable to identify a specific false statement made with respect to the forms submitted to the Department of Labor. [21]

27.     Javier Avila-Soto was unable to identify a specific false statement made with respect to the forms submitted to the Department of Labor. [22]

28.     Felipe Suarez-Palafox does not dispute the hours he worked and does not seek damages beyond overtime pay and a disputed wage rate. He does not allege he was not paid a final paycheck.[23]

29.     Plaintiff Felipe de Jesus Avila-Soto is only "claiming is that they pay me the overtime at the rate it should have been. That's all I'm fighting." He does not allege he was not paid a final paycheck.[24]

30.     Plaintiffs have made no demands for unpaid wages.[25]

31.     Plaintiffs were paid properly under the wage rates determined in a timely manner.[26]

32.     Plaintiffs' supervisors at all times were employees of South Central.[27]

---

[20] *See* Ex. H, 2022 ETA Form-790/790A, at SCSCGA-001141-001148 (attached as Exhibit 35 to the deposition of South Central); Ex. I, 2023 ETA Form-790/790A, at SCSCGA-001362-001368 (attached as Exhibit 36 to the deposition of South Central); Ex. J, 2024 ETA Form-790/790A, at SCSCGA-001530-001536 (attached as Exhibit 37 to the deposition of South Central), Ex. K, 2025 ETA Form-790/790A, at SCSCGA-003111-003117.

[21] *See* Ex. L, Deposition of Felipe de Jesus Suarez-Palafox, at 73:1-75:4.

[22] *See* Ex. M, Deposition of Felipe de Jesus Avila-Soto, at 110:22-111:12.

[23] *See* Ex. L, Deposition of Felipe de Jesus Suarez-Palafox, at 89:24-90:7.

[24] *See* Ex. M, Deposition of Felipe de Jesus Avila-Soto, at 94:24-95:6.

[25] *See* Ex. A, Defendants' Supplemental Responses to Plaintiffs' First Interrogatories, No. 22.

[26] *See* Ex. N, Wage Information for Named Plaintiffs, SCSCGA-000387-000423.

[27] *See* Ex. O, Fourth Supplemental Responses to Plaintiffs' Interrogatories.

PD.61031925.1

33.    Plaintiffs used the representations made to the Department of State in the Job Orders to lawfully enter the United States.

34.    Plaintiffs' Job Orders agree to provide transportation between provided housing and the worksite and reimbursement for daily meals.

35.    Felipe Suarez-Palafox claims he is entitled for reimbursement for out-of-pocket expenses associated with his driver's license, medical physical, visa photographs, and Mexican passport.[28]

36.    Felipe Suarez-Palafox but has no receipts or other evidence to show the costs incurred for obtaining or renewing his passport, license, or visa photographs.[29]

37.    Felipe Suarez-Palafox never asked South Central to reimburse him for any expenses.[30]

38.    Jesus Avila-Soto claims he is entitled to reimbursement for a license that he has held for approximately 15 years[31]

39.    Jesus Avila-Soto claims he is entitled to reimbursement for a cell phone, but he has no receipts to prove this claim.[32]

40.    Felipe Suarez-Palafox recalled that he worked "at" Sterling, but that he worked "for" the employer, Ricky Gonsulin, President of South Central.[33]

41.    Jesus Avila-Soto cannot recall having been employed by Sterling and can only demonstrate being employed by South Central, the employer on his visa application.[34]

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:    */s/ Brandon E. Davis*
Brandon E. Davis Bar Roll No. 29823
Molly McDiarmid Bar Roll No. 36426
Jennifer Clewis Thomas (*Admitted Pro Hac Vice*)

---

[28] *See* Ex. L, Deposition of Felipe de Jesus Suarez-Palafox, at 76.

[29] *See* Ex. L, Deposition of Felipe de Jesus Suarez-Palafox, at 81-83.

[30] *See* Ex. L, Deposition of Felipe de Jesus Suarez-Palafox, at 82.

[31] *See* Ex. M, Deposition of Felipe de Jesus Avila-Soto, at 167.

[32] *See* Ex. M, Deposition of Felipe de Jesus Avila-Soto, at 171-172, 181.

[33] *See* Ex. L, Deposition of Felipe de Jesus Suarez-Palafox, at 12, 26.

[34] *See* Ex. M, Deposition of Felipe de Jesus Avila-Soto, at 98, 109.

PD.61031925.1

Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130
Telephone: 504 566 1311
Facsimile: 504 568 9130
brandon.davis@phelps.com
molly.mcdiarmid@phelps.com
jennifer.clewis@phelps.com

**ATTORNEYS FOR DEFENDANTS, SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC. AND STERLING SUGAR, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of May, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record/parties in this proceeding.

*/s/ Brandon E. Davis*

BRANDON E. DAVIS

6

PD.61031925.1