UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| FELIPE DE JESUS AVILA-SOTO, et al. | ) ) ) | Case No. 6:24-cv-01392 |
| Plaintiffs, | ) ) | |
| v. | ) ) | JUDGE ROBERT R. SUMMERHAYS |
| SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC., et al. | ) ) ) ) | MAGISTRATE JUDGE CAROL B. WHITEHURST |
| Defendants. | ) ) ) | |

**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT
REGARDING VIOLATIONS OF THE FAIR LABOR STANDARDS ACT,
FOR BREACH OF EMPLOYMENT CONTRACTS,
AND FOR VIOLATIONS OF THE LOUISIANA WAGE PAYMENT ACT**

Plaintiffs move pursuant to Federal Rule of Civil Procedure 56, on behalf of themselves, the opt-in Plaintiffs, and Rule 23 Class Members for Partial Summary Judgment on their claims related to violations of the FLSA overtime provisions, violations of their H-2A employment contracts, and violations of the Louisiana Wage Payment Act.

The named Plaintiffs and FLSA opt-in Plaintiffs move for summary judgment with respect to the following:

1.    Whether Defendants are liable for failing to pay overtime to Plaintiffs and the Opt-in Plaintiffs;

2.    Whether Defendants are entitled to the overtime exemption for agriculture for the work Plaintiffs performed for Defendants as truck drivers.

3.    Whether Defendants' violations were willful under the FLSA such that Plaintiffs and opt-in Plaintiffs are entitled to a three-year statute of limitations on their FLSA claims.

4.    Whether the Plaintiffs and opt-in Plaintiffs are owed liquidated damages in an amount equal to their unpaid wages for their FLSA overtime claims.

1

5.    Whether the base wage rate for Plaintiffs' overtime claims in 2022 and 2025 is properly the median prevailing wage rate for non-agricultural truck driving work as required by federal regulations.

The named Plaintiffs and Rule 23 class members move for summary judgment with respect to the following:

1.    Whether Defendants breached the employment contracts with Plaintiffs and the class members by failing to pay overtime wages to the truck drivers;

2.    Whether Defendants breached the employment contracts with Plaintiffs and the class by failing to pay prevailing wages for truck driving work in the 2022 and 2025 seasons.

3.    Whether Defendants violated the Louisiana Wage Payment Act by failing to pay Plaintiffs and the class members their complete wages within 15 days of their final date of employment.

In accordance with Local Rule 56.1, Plaintiffs have filed a Statement of Undisputed Material Facts as well as a number of exhibits in support of this Motion. This Motion is also supported by the accompanying Memorandum of Law.

Respectfully submitted,

**/s/ James M. Knoepp**
James M. Knoepp* (Lead Attorney)
South Carolina Bar No. 102757
*Admitted Pro Hac Vice*
1612 Crestwood Drive
Columbia, SC 29205
Telephone:  (828) 379-3169
Email: jim@dawsonmorton.com

**/s/ Dawson Morton**
Dawson Morton
California Bar No. 320811
*Admitted Pro Hac Vice*
1808 Sixth St.
Berkeley, CA 94710
Phone: (404) 590-1295
Email: dawson@dawsonmorton.com

**/s/ Daniel Davis**
Daniel Davis, LA Bar No. 30141

2

Estes Davis Law, LLC
4465 Bluebonnet Blvd, Suite A
Baton Rouge, LA 70809
Telephone: (225) 336-3394
Fax: (225) 384-5419
Email: dan@estesdavislaw.com