J. ROBISON
02.12.2026

**Exhibit 8**

Ahuva Goldberger

Asociación de Productores de Caña de Azúcar del Sur Central

611 Irish Bend Rd.

Franklin, Luisiana 70538

Carta dereprimenda

Fecha: 30/11/2022

RE: Violación de la Política de la Compañía

Empleado:  Felipe De Jesus Suarez Palafox

Número de empleado:  #5076

El miércoles 30 de noviembre de 2022, Felipe De Jesús Suárez Palafox hizo una parada no programada y no anunciada en la autopista 90, justo antes de la intersección de la autopista 318, cruzó el tráfico caminando hacia la mediana y cruzó el tráfico nuevamente para regresar a su camión.  No informó de la parada a Dispatch.  Esto es una violación de la Política de la empresa.  Felipe será suspendido por dos días y al regresar de la suspensión, conducirá un tractor que entregará caña desde la fábrica de ladrillos.

Firmado:_____

#5076 Felipe De Jesus Suárez Palafox

Jaime Robison

Director

SCSCGA - 000107