J. ROBISON
02.12.2026

**Exhibit 9**

Ahuva Goldberger

South Central Sugar Cane Growers' Association

611 Irish Bend Rd.

Franklin, La. 70538

Letter of Reprimand

Date: 11/24/2022

RE: Violation of Company Policy

Employee: Felipe de Jesus Avila

Employee Number: #5175

On Thursday November 24, 2022, Felipe was traveling north on I49 when he was involved in an accident with another vehicle which he (Felipe) rear-ended. No significant damage was caused to the truck. Felipe was not injured. Felipe will be drug tested. Felipe will be suspended for three (3) days. This letter serves as a final warning. The next offense will result in prompt termination.

Signed: _____

#5175 Felipe de Jesus Avila

Jaime Robison

General Manager

SCSCGA - 000007