P. GONSOULIN
02.18.2026

**Exhibit 11**

KRISTIE GARRISON

## MANAGEMENT SERVICES CONTRACT

This Management Services Contract (**AGREEMENT**) is made and entered into by and between:

**STERLING SUGARS, L.L.C.** (**STERLING**), a Louisiana Limited Liability Company, which is domiciled in St. Mary Parish, State of Louisiana and represented herein through its President, Rivers Patout and;

**SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC.** (**SCGA**), a Louisiana Non-Profit corporation, formed as an Association of sugar cane growers, which is domiciled in Franklin, St. Mary Parish, Louisiana and represented herein by Chris Patout, its President, who contract as follows:

### 1) RECITALS:

**1.1** **STERLING** maintains and operates sugar cane harvesting and trucking equipment and is desirous of placing harvesting management services and logistics at SCGA in order to more efficiently conduct harvesting operations at same. **STERLING**'s management team over the years has gained an extensive level of knowledge and experience in the planning, operations and logistics of harvesting, loading and transportation of sugar cane.

**1.2** **STERLING** has proposed and **SCGA** has agreed to contract for management, harvesting and consulting services as more fully outlined below.

### 2) PRIMARY TERM:

**2.1** The primary term of this contract shall begin as of May 1, 2022 and shall extend for a period of time ending on April 30, 2025. This Management Services Contract may be extended

1

CONFIDENTIAL                    SCSCGA - 023103

by agreement of the parties for additional periods of time under the same provisions and conditions as outlined in this contract. The parties shall at the completion of the 2024 harvest season discuss whether or not the parties intend to extend the term of this contract.

### 3) MANAGEMENT SERVICES:

**3.1  STERLING** contracts to place management services at the **SCGA** which services shall include the placement of a general manager. This general manager's duties shall include general administration of operations and the administration and management of the operators of the harvesting equipment and trucking. The general manager shall also oversee and direct staffing, insurance, budgets, purchasing, leasing and general operations of **SCGA**.

**3.2  STERLING** shall also make available from time to time for work and consultation other additional management staff available within the **STERLING** organization. The general manager under this contract shall not be an employee of **SCGA**.

### 4) INITIAL MANAGER

**4.1**  The initial general manager shall be Jaime Robison.

### 5) FEE FOR MANAGEMENT SERVICES:

**5.1**  For management services to be provided  to **SCGA** by **STERLING**, **SCGA** hereby agrees to pay to **STERLING** a management fee of 17 cents ($0.17) per ton of sugar cane harvested by **SCGA** and 15 cents ($0.15) per ton of sugar cane trucked or transported to the designated sugar mill.

2

CONFIDENTIAL                    SCSCGA - 023104

## 6) PERFORMANCE CRITERIA and  REPORTING:

**6.1**   **SCGA** through its board of directors shall coordinate and establish reasonable performance criteria of management provided by **STERLING**.  All management and operations under this agreement shall be undertaken in good faith and performed in a competent manner. Failure of the general manager to adequately perform shall entitle **SCGA** to strike management and require **STERLING** to modify its management plan, or to replace the general manager.

**6.2**   Any party claiming material breach of this agreement shall give written notice of such to the other at which time the breaching party shall have 30 days to correct the condition causing the breach.  Failure to remedy the condition within the above time frame shall, at the option of the claiming party, void and terminate this contract.

**6.3**   Throughout the term of this agreement or any extension thereof, **STERLING** through the general manager shall provide detailed reports at least quarterly to the Board of Directors of **SCGA**.  The general manager shall, in his discretion, appoint a liaison, with whom he may communicate information to the **SCGA** Board more frequently than the required quarterly reports. The quarterly reports by **STERLING** to the **SCGA** Board shall be comprehensive in nature and shall include, but are not limited to, the reporting of repairs, staffing, budget and financial matters, personnel matters, cane harvesting and logistics matters, and information regarding equipment purchases and leasing as it relates to the activities of **SCGA**.

## 7) DISPUTES - ARBITRATION:

**7.1**  Any dispute arising under this Contract that is not settled by negotiation of the parties shall be settled by arbitration in accordance with the Rules of the American Arbitration Association before an arbitrator selected in accordance with such rules.  It is the preference of the parties that

CONFIDENTIAL                    SCSCGA - 023105

any arbitration be conducted in Louisiana.

## 8) <u>SEVERABILITY</u> :

**8.1** Every part, term or provision of this Contract is severable from all other, and notwithstanding any possible future finding by duly constituted authority that a particular part, term or provision is invalid, void or unenforceable, this Contract has been made with the clear intention that the validity and enforceability of the remaining parts, terms and provisions shall not be affected thereby.

## 9) <u>ASSIGNMENT PROHIBITED:</u>

**9.1** The provisions hereof shall be binding on the parties hereto and not assignable and shall not be construed as allowing either party to assign its rights or obligations without the prior written consent of the other party, all such assignments without such prior written consent being null and hereby prohibited.

## 10) <u>MUTUAL HOLD HARMLESS and INDEMNITY:</u>

**10.1** **STERLING** agrees to protect, defend, indemnify and hold harmless **SCGA**, its agents, employees, officers, members, directors, servants, and its and/or their insurers and underwriters from and against any and all claims, demands, losses and expenses, including court costs and attorney's fees, lawsuits, liabilities, causes of action of every kind and character, in favor of any person or party, for damage to property owned by **STERLING**, for injury to or illness or death of any employee of **STERLING**, its subsidiary, affiliated and related companies, which injury, illness, death or damage arises out of, which may be alleged to have arisen out of, or is

4

          SCSCGA - 023106

incident to, directly or indirectly, the work performed under this Contract and regardless of the causes of such injury, illness or death, even though caused in whole or in part by a preexisting defect, negligence or strict liability of the **SCGA** or any of the other Indemnitees hereunder, and shall also similarly release, indemnify and hold harmless **SCGA** from any claims for loss or damage of any kind resulting from any business decision or recommendations whatsoever made by **SCGA** under this agreement, except those claims for loss or damage which are a result of any intentional act or material misrepresentation or fraud. **STERLING** shall fully defend any such claim, demand or suit at its sole cost and expense, even if the same is groundless.

**10.2** **SCGA** agrees to protect, defend, indemnify and hold harmless, **STERLING** its agents, employees, officers, members, directors, servants, and its and/or their insurers and underwriters from and against any and all claims, demands, losses and expenses, including court costs and attorney's fees, lawsuits, liabilities, causes of action of every kind and character, in favor of any person or party, for damage to property owned by **SCGA or its members**, for injury to or illness or death of any employee of **SCGA** its subsidiary, members, affiliated and related companies, which injury, illness, death or damage arises out of, which may be alleged to have arisen out of, or is incident to, directly or indirectly, the work performed under this Contract and regardless of the causes of such injury, illness or death, even though caused in whole or in part by a preexisting defect, negligence or strict liability of **STERLING** or any of the other Indemnitees hereunder, and shall also similarly release, indemnify and hold harmless **STERLING** from any claims for loss or damage of any kind resulting from any business decision or recommendations whatsoever made by **STERLING** under this agreement except those claims for loss or damage which are a result of any intentional act or material misrepresentation or fraud. **SCGA** shall fully defend any such claim, demand or suit at its sole cost and expense, even if the same is groundless.

5

CONFIDENTIAL                    SCSCGA - 023107

## 11) <u>CHOICE OF LAW:</u>

**11.1** The parties hereby agree that this agreement shall be governed under the laws of the State of Louisiana.

## 12) <u>NO IMPLIED ABROGATION OF AUTHORITY:</u>

**12.1** This agreement in no way shall be interpreted as a blanket abrogation of authority by **SCGA**. **SCGA** reserves unto itself all authority not specifically delegated by the terms of this management agreement.

## 13) <u>NOTICE:</u>

Notices required under this Agreement shall be delivered as follows:

SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC.
ATTENTION: BOARD OF DIRECTORS
611 Irish Bend Road
Franklin, Louisiana 70538

STERLING SUGARS, LLC
ATTENTION: RIVERS PATOUT
PRESIDENT
611 Irish Bend Road
Franklin, Louisiana 70538

## 14) <u>ENTIRE AGREEMENT:</u>

**14.1** This Contract contains all covenants, stipulations and provisions agreed upon by the parties, and neither party shall be bound by nor liable for any statement, representation, promise

6

CONFIDENTIAL                    SCSCGA - 023108

or agreement not set forth herein. No changes, amendments or modifications of the terms hereof shall be valid unless reduced to writing and signed by the parties. The headings are for convenience purposes only.

[LEFT INTENTIONALLY BLANK]

7

CONFIDENTIAL                    SCSCGA - 023109

READ, CONSIDERED AND SIGNED, this ___6th___ day of ___June___, 2022, at Franklin, St. Mary Parish, Louisiana, in the presence of the undersigned attesting witnesses.

WITNESSES:

_____

**SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC.**

BY: _____
 CHRIS PATOUT, PRESIDENT

_____

**STERLING SUGARS, LLC**

BY: _____
RIVERS PATOUT
PRESIDENT

8

CONFIDENTIAL                    SCSCGA - 023110