R. GONSOULIN
02.18.2026

**Exhibit 24**

KRISTIE GARRISON

## MEMORANDUM OF UNDERSTANDING
## (REVENUE BALANCING AGREEMENT)

**STERLING SUGARS, L.L.C.**, a Louisiana Limited Liability Company, and **STERLING SUGARS SALES CORPORATION**, a Louisiana corporation, both of which are domiciled in St. Mary Parish, State of Louisiana and represented herein through its President, Rivers Patout **(collectively Sterling),**

and

**SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC. (Association)**, a Louisiana Non-Profit corporation, formed as an Association of sugar cane growers, which is domiciled in Franklin, St. Mary Parish, Louisiana and represented herein through its President, Ricky Gonsoulin,

Collectively the ("Parties")

The Association is funded by payments for the provision of agricultural labor, equipment and management services associated with the harvesting and transportation of sugar cane cultivated by its members. The crops are received and processed into raw sugar and molasses by Sterling.

This memorandum shall serve to document the agreement of the Parties with regard to the provision of supplemental funding by Sterling to the Association.

The supplemental funding will provide adequate revenue necessary to cover the general operating expenses of the Association and the consideration paid by the Association under the certain contracts and leases for harvesting equipment, trucking and transportation, housing, ground leases, and management services provided by Sterling to the Association and its membership.

It is agreed that Sterling will, from time to time, and when necessary, provide sufficient additional funding to the Association so that it is financially able meet as outlined above.  For the avoidance of doubt, it is the intention of the Parties that Sterling will provide, and the Association will receive sufficient funding so as to balance the revenue and expenses of the Association, thus providing for the financial stability and continued operation of the Association.

No later than July 31st following the completion of the preceding crop year's grinding, the Association shall provide Sterling all of the required financial statements and other information necessary to determine whether a revenue shortfall exists within the Association for the crop year.  After review and analysis, Sterling in its sole discretion, will determine the amount of any supplemental payment necessary to balance the revenue and expenses of the Association. The balancing payment once tendered will be on a nonrecourse basis.

Nothing in this Memorandum of Agreement shall be interpreted or construed so as to mandate or require that a supplemental balancing payment be made but is merely intended to document

CONFIDENTIAL

SCSCGA - 023302

Sterling's desire to have a viable and financially stable grower association from whom its members supply sugar cane it's sugar mill.

This Memorandum of Understanding shall remain in force and effect until rescinded by either party, unilaterally or jointly.

**Thus Acknowledged**, on this 2ND day of October 2023 by and between the parties as evidenced by the signatures of their respective representatives affixed hereto.

**STERLING SUGARS, L.L.C.,**

RIVERS PATOUT, PRESIDENT

**SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC.**

RICKY GONSOULIN, PRESIDENT

CONFIDENTIAL                    SCSCGA - 023303