

Hancock Whitney Bank
FRANKLIN
06/26/2025 1:28 PM

nce #:  133-01-13303-95

t Number:            ****3091
ng Deposit:      $1,928,341.45

f Deposit: 06/26/2025

d other items as received
subject to the terms
ns of this Bank's
ent. Deposits may
e for immediate

'ing with us.

JIC

STERLING SUGARS LLC
611 IRISH BEND RD
FRANKLIN, LA 70538-3045

HANCOCK
WHITNEY

DEPOSIT TICKET

| | DOLLARS | CENTS |
|---|---|---|
| DATE 6/26/25 | | |
| CURRENCY | 35 | 00 |
| COINS | | |
| TOTAL CASH | | |
| CHECKS | | |
| 1 TBR Golf | 1050 | 00 |
| 2 SCSCGA | 1,927,260 | 45 |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| TOTAL FROM OTHER SIDE OR ATTACHED LIST | | |
| PLEASE RE-ENTER TOTAL HERE | 1928341 | 45 |

$ 1928341.45

RE-ENTER GRAND TOTAL
IN SCREENED BOXES

DEPOSITS MAY NOT
BE AVAILABLE FOR
IMMEDIATE WITHDRAWAL.

TOTAL ITEMS

84-15/654
133

R. GONSOULIN
02.18.2026

**Exhibit 28**

KRISTIE GARRISON

CONFIDENTIAL                    SCSCGA - 023134

SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC.

CHECK NUMBER

06/16/25    Check #:  **1684**

Vendor ID:STERL          Vendor Name: **STERLING SUGARS, LLC**

| Invoice No. | Date | Invoice Amount | Amount Paid | Discounts Taken | Credits Taken | Net Amount |
|---|---|---|---|---|---|---|
| 82 | 05/02/25 | 213710.57 | 213710.57 | 0.00 | 0.00 | 213710.57 |
| 83 | 05/02/25 | 71600.00 | 71600.00 | 0.00 | 0.00 | 71600.00 |
| 84 | 05/02/25 | 19702.80 | 19702.80 | 0.00 | 0.00 | 19702.80 |
| 85 | 05/02/25 | 1539372.88 | 1539372.88 | 0.00 | 0.00 | 1539372.88 |
| 003-0033 10900 | 06/16/25 | 82870.20 | 82870.20 | 0.00 | 0.00 | 82870.20 |

Net Check Amt        1927256.45

PLEASE DETACH BEFORE DEPOSITING FOR PAYMENT

🔒 THIS CHECK IS PRINTED ON CHEMICAL REACTIVE PAPER, HAS MICRO PRINTING IN THE SIGNATURE LINES & CONTAINS A WATERMARK 🔒

**SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC.**
611 IRISH BEND ROAD
FRANKLIN, LA 70538
(337) 828-0620
ACCOUNTS PAYABLE

HANCOCK WHITNEY
NEW ORLEANS, LA
84-15/654

CHECK NUMBER
**1684**

** One Million Nine Hundred Twenty Seven Thousand Two Hundred Fifty Six & 45/100

AY

TO THE
ORDER
OF

**STERLING SUGARS, LLC**
611 IRISH BEND ROAD
Franklin, LA 70538

DATE
06/16/25

AMOUNT
*1,927,256.45

�828₉₃₂₅⑈

CONFIDENTIAL          SCSCGA - 023135