

R. GONSOULIN - 30(b)(6)
04/09/2026

**Exhibit 31**

Wendy L. Figueroa

**From:** "Rivers Patout" <rpatout@sterlingsugars.com>
**To:** "Tim Soileau" <tsoileau@sterlingsugars.com>
**Subject:** FW: Association keypoint guide
**Date:** Wed, 30 Mar 2022 10:10:32 -0500
**Importance:** Normal
**Attachments:** DOC641.pdf

---

*Rivers Patout*
General Manager/President
Sterling Sugars, LLC
611 Irish Bend Road
Franklin, LA 70538
Phone: (337)828-0620

---

**From:** Randy Romero <rromero@mapatout.com>
**Sent:** Wednesday, March 30, 2022 9:37 AM
**To:** criviere@rivierelaw.com; Randall Bonaventure <randall.bonaventure@bxsi.com>; Ashlee Gary <agary@MAPATOUT.COM>; Lance Weber <lweber@mapatout.com>; sgarcia@mapatout.com; Rivers Patout <rpatout@sterlingsugars.com>; Dan Duplantis, Jr <DDuplantisJr@racelandrawsugar.com>
**Subject:** Association keypoint guide

All, attached is a summary of Association formation documents and agreements Katie Ramagos has compiled from her involvement with the other mills that have set up associations.  I thought it would be a general guide for us moving forward.  Thanks randy

Randall K. Romero
Chief Executive Officer
M. A. Patout & Son Limited, LLC
3512 J. Patout Burns Road
Jeanerette, Louisiana  70544
Mobile:    337.519.3686
Office:     337.276.4692
Fax:        337.276.4247
Email:       rromero@mapatout.com

SCSCGA-089836

## Summary of Association Formation Documents and Agreements

\*Text in red indicates the parties of the agreement, or signers listed, or notes. Text highlighted in yellow are either a summary of that section or direct text from that section of the contract. I tried to give as much direction as I could without directly giving a copy of each contract since the parties, I work with did not agree to that. I know some of these agreements and the sections listed are standard, but I am not an attorney, so I didn't know exactly what was standard language and what was custom language. Where I knew there was custom language dealing with the situation of the Association obtaining the H2A drivers I included the summary or direct text. If there is any section that you need more information on let me know and I will see what I can forward on to you.

1. Articles of Incorporation (Signed by Incorporator, 2 witnesses and notary)
   a. Article I- Name
   b. Article II- Non-Profit Corporation
   c. Article III- Purpose and Powers
      i. Purposes
      ii. Powers
   d. Article IV- Membership Stock
      i. Authorized Capital
      ii. Membership Stock; Stock
   e. Article V- Registered Agent and Registered Office
   f. Article VI- Incorporators (The President of the Association served as Incorporator)
   g. Article VII- Board of Directors (You will need your list of first board members name and address)
      i. Board of Directors
      ii. First Board of Directors
   h. Article VIII- Amendment of Articles of Incorporation
   i. Article IX- Adoption and Amendment of Bylaws
   j. Article X- Statutory Employer
   k. Article XI- No Liability of Members
   l. Article XII- Indemnity

2. Bylaws (Signed by Secretary under Secretary's Certification)
   a. Article I- Membership
      i. Eligibility for Membership (Persons or entities engaged in the production of agricultural products and agricultural producers who apply to the Association and are approved by the Board of Directors of the Association are eligible for membership, becoming shareholders in this Association.)
      ii. Termination of Membership
      iii. Consequences of Membership Termination
   b. Article II- Member Meetings
      i. Annual Meetings
      ii. Special Meetings
      iii. Notice of Meetings
      iv. Failure to Receive Notice of Meeting
      v. Voting Rights of Shareholders
      vi. Voting by Mail

Confidential

SCSCGA-089837

  - vii. Quorum, Requirements and Voting
  c. Article III- The Board of Directors
    - i. Number and Qualifications of Directors
    - ii. Election and Terms of Office of Directors
    - iii. Vacancies
    - iv. Annual Meetings of the Board of Directors
    - v. Regular Meetings of the Board of Directors
    - vi. Special Meetings of the Board of Directors
    - vii. Quorum Requirements and Voting
    - viii. Action Without Meeting
    - ix. Telephone Communications
  d. Article IV- Duties of Directors
    - i. General Powers
    - ii. Accounting Systems
    - iii. Financial Matters
  e. Article V- Officers
    - i. Election of Officers
    - ii. Terms of Officers
    - iii. Removal of Officers
    - iv. President
    - v. Vice President
    - vi. Secretary
    - vii. Treasurer
  f. Article VI- Indemnification and Insurance
    - i. Indemnification
    - ii. Insurance
  g. Article VII- Operations/Foreign Workers (Among its functions, the Association may apply for guest workers (under the H-2A Guestworker Program or otherwise) as determined by the Board of Directors. In such event, the Association shall be obligated to receive, house and pay such workers obtained by the Association.)
  h. Article VIII- Fiscal Year
  i. Article IX- Amendment

3. Application for Admission (See Redacted Copy)

4. Unanimous Written Consent of the Board of Directors of Association (Signed by all Board of Directors) This was giving authority to the President to enter the Assignment and Assumption Agreement with the Sugar Mill and the FLC/Trucking Company, Use of Equipment Agreement with Sugar Mill, Use of Equipment Agreement with FLC/Trucking Company, and Employment Agreement with FLC/Trucking Company Owner.

PEC

5. Assignment and Assumption Agreement (Agreement between Sugar Mill, FLC/Trucking Company (Assignor), and Association (Assignee and signed by a representative of each)
  a. Assignment and Assumption of the Agreement
  b. Rights, Responsibilities, Obligations and Liabilities Retained by Assignor
  c. The Assignor and Assignee each intends to hire personnel to perform services on their behalf and on behalf of each other and the Sugar Mill in the performance of this Assignment......
  d. Assignor and Assignee each acknowledges that it is an independent contractor and not in any respect an agent or employee of the other or the sugar mill....

SCSCGA-089838

e. No personnel furnished by Assignor or Assignee shall be deemed under any circumstances to be agents or servants of sugar mill....
f. Notice
g. Miscellaneous

*PEC*

6. Use of Equipment Agreement, Association (Lessee) and FLC/Trucking Company (Lessor)
a. Term
b. Service
c. Delivery-Exhibit A
d. Redelivery
e. Consideration- Exhibit V
f. Insurance (Lessor shall name Lessee as an "named insured" on all insurance policies relating to Lessor's operations pursuant to this Agreement. Lessor shall provide Lessee with a "Certificate of Insurance", as evidence of the insurance coverages required by this Agreement. The commercial automobile liability insurance coverage (including hired non-owned coverage) and the commercial general liability insurance coverage obtained by the Lessor pursuant to this Agreement shall name Lessee as an "named insured". Coverages obtained by Lessor pursuant to this Agreement shall be endorsed to provide contractual liability coverage for the covenants of this Agreement and shall be endorsed to provide that: i) the coverages of any driver of any equipment used in the performance of this Agreement are primary to any of the commercial automobile liability and commercial general liability coverages of the indemnitees; ii) the Lessor's coverages are secondary (as to the coverages contemplated by the foregoing Subpart G(i), if any) to the coverages of any owner and/or driver of equipment used in the performance of this Agreement and primary as and iii; and the other commercial automobile liability, commercial general liability and umbrella coverages of "Sugar Mill" are excess and non-contributing to the Lessor's coverages/policies as hereinafter provided foregoing(the parties hereto acknowledge that Exhibit "C" is an endorsement to Lessee's auto policy); and to accomplish this Lessor policies described herein shall contain an endorsement reflecting the covenants provided herein. Lessor, its commercial automobile liability insurer and its commercial general liability insurer shall provide Lessee with written notice of cancellation of any insurance required by this Agreement at least thirty (30) days prior to said cancellation. Lessor's failure to maintain the required insurance coverages during the term (including renewals) of this Agreement and any extensions hereto, shall be cause for immediate termination of this Agreement by Lessee. The insurance certificate shall provide the truck's make, model, Vin # and the language "any undescribed trailer being transported thereby". The minimum policy limits as required by Lessee are as follows:)
g. Insurance Limits Liability
h. Waiver of Subrogation
i. Termination
j. Changes or Alterations
k. Assignment or Sublease by Lessee
l. Default
m. Remedies
n. Notices
o. Invalidity or Unenforceability
p. Successors and Assigns
q. Section Headings
r. Statutory Employer
s. Governing Law

SCSCGA-089839

t.  Amendments
u.  Entire Agreement
v.  Counterparts; Execution
w.  Agricultural Contract
x.  Role of "Representing Law Firm"
y.  Housing-Exhibit C
(Signed by President of Association and FLC/Trucking Company Authorized Rep)
Exhibit A- Included list of all trucks rented by FLC/Trucking Company including Unit Number, Year, Make, Model, VIN#, Value, Plate #, and State.
Exhibit B- Detailed terms and any fees or reimbursements
Exhibit C- Detailed list of Housing Addresses, Directions, and description and Occupancy

7.  Use of Equipment Agreement (Between the Association and Sugar Mill) PEC
a.  Term
b.  Services-Exhibit A List of trailers owned by the Sugar Mill        NO.
c.  Consideration
d.  Growers
e.  Insurance (Without reducing insurance coverages otherwise provided to the parties hereto. "Sugar Mill" shall name the Association and each individual Grower as an "additional insured" on all insurance policies (except Workers Compensation) relating to "Sugar Mill's" obligations pursuant to this Agreement. Coverages obtained by "Sugar Mill" shall be endorsed to provide contractual liability coverage for the covenants of this Agreement and shall be endorsed to provide that: i) the coverages of any operator of any Equipment used in the performance of transporting sugar cane are primary to any other commercial automobile liability and commercial general liability coverages; ii) the Association's coverages are secondary (as to the coverages contemplated by the foregoing Subpart 5 (i)) to the coverages of any operator of Equipment used in the performance of this Agreement and primary as to any of the commercial automobile liability and commercial general liability coverages of the "Sugar Mill"; and iii) the commercial automobile liability and commercial general liability coverages of the "Sugar Mill" are excess and non-contributing to the foregoing.
f.  Limit of Liability
g.  Waiver of Subrogation
h.  Assignment of Association
i.  Notices
j.  Invalidity or Unenforceability
k.  Successors and Assigns
l.  Section Headlines
m.  Statutory Employer
n.  Governing Law
o.  Amendments
p.  Entire Agreement
q.  Counterparts; Execution
r.  Agricultural contract
(Signed by President of Association and Sugar Mill Authorized Rep)
Exhibit A- List of Trailers owned by the Sugar Mill    PEC

*[handwritten margin note: Substitute PEC for Sugar Mill]*

8.  Transportation Service Agreement (Between Sugar Mill and FLC/Trucking Company)  MAP  PEC

*[handwritten notes: Do we need this agreement? (A) PEC leases equipment & association perform the trucking to sugarmill; Sugar mill pays freight to association]*

This agreement detailed all the responsibilities of the FLC/Trucking Company for the Sugar Mill and does not mention the Association. This agreement also specifies all fees, expenses and reimbursements the Sugar Mill will pay the FLC/Trucking Company.

*PEC owes trailers*

9. Employment Agreement (Between Association, ~~FLC/Trucking Company~~ *PEC* "Equipment Lessor" and Equipment in Exhibit A and Sugar Mill pursuant to the trailers they own) The Sugar Mill, Equipment Lessor, and Association intend that this agreement sets forth, among other matters, the terms under which "FLC/Trucking Company owner or employee that is paid to dispatch trucks during grinding", as an employee of the Association, will oversee the operation of the equipment and cane trailers made available from Equipment Lessor and Sugar Mill to the Association.

(The Trucking Company had a separate fee for an individual they hired to dispatch the trucks during grinding as well as other duties. This employment agreement just detailed the duties, responsibilities and fees associated with that which were outside of the management fee or agreement the FLC/Trucking Company has with the Sugar Mill alone.)

*In our case, PEC would provide managent contract to extend services*

Confidential

SCSCGA-089841

██████████ Nonprofit Corporation

## Application for Admission

Subject to approval of the Board of Directors of ████████████████████ ████████ (the "Association"), a ████████ nonprofit corporation, the undersigned (the "Grower") desires to apply for membership to and become a shareholder of the Association. If accepted by the Association, the Grower shall be entitled to one (1) share of the Association without par value. No initial payment is due to the Association at the time the share is issued to the Grower. Such share shall entitle the Grower to full voting rights as a shareholder of the Association, with one (1) vote per share. The Grower understands that shares in the Association are not transferrable. Membership in the Association may be terminated by the Board of Directors of the Association as set forth in the Governing Documents (as hereinafter defined). If the Grower's membership in the Association is terminated, the Grower's stock in the Association may also be terminated.

The Grower agrees to abide by the Articles of Incorporation, Bylaws and such other documents, if any, concerning the operations of the Association (the "Governing Documents"), which Governing Documents may be amended, modified or supplemented from time to time by the Association's Board of Directors. Such Governing Documents are available for review by the Grower at the principal office of the Association located at ████████████████████████████████ In addition, the Grower agrees to comply with the regulatory requirements of the H-2A Guestworker Program, where applicable.

The Grower hereby confirms its understanding that the Association has the full right to accept or reject this application in its sole and absolute discretion. Upon acceptance of this application by the Association, the Grower will receive a confirmation of such acceptance executed by the Association.

The Association intends to hire personnel to perform services on behalf of the Association that will directly benefit the shareholders (including Grower, as a shareholder) of the Association, and in connection therewith, the shareholders of the Association may employ personnel to perform services with the Association. It is agreed that the services contemplated hereby which are performed by the Association for its shareholders and the services performed by the shareholders with the Association are a part of the trade, business or occupation of the Association and the respective shareholder and they are an integral part of and essential to the ability of each to generate its goods, products and services. It is the express intention of the Association and the shareholders that each is the statutory employer of the direct and indirect employees of the other and in accordance with La. R.S. 23:1061(A) (1) and (3) is granted the exclusive remedy protections of La. R. S. 23:1032. This paragraph shall not be construed to make the employees of either the Association or the respective shareholder the payroll, direct or actual employees of the other for the purposes of the doctrine of respondent superior as a foundation for the imposition of vicarious tort liability under Article 2320 of the Louisiana Civil Code or any other statute. It is intended solely for the purpose of permitting each to take advantage of the provisions of La. R.S. 23:1061 and La. R.S. 23:1032.

The Grower hereby requests, and the Association agrees (upon acceptance of this application), that Grower shall be provided alternative employer coverage under the workers compensation coverage of the Association with respect to the personnel hired by the Association.

(Sugar mill name in all redacted feilds of this paragraph) ████████████ ("██") has agreed to pay Growers for transportation of their sugar cane from the Grower's farm to ███ mill. The Grower hereby expressly requests and agrees that ███ shall pay to the Association, on the Grower's behalf, the costs associated with the transportation of the Grower's sugar cane from the Grower's farm to ███ mill.

The Association and Grower agree that facsimile and electronically transmitted signatures, whether in pdf format or otherwise, shall have the same force and effect as original signatures for all purposes.

██████████

SCSCGA-089842

---
**Print Name of Grower (Shareholder Name)**

---
**Signature of Grower/Agent of Grower**

---
**Name and Title of Signatory (if Agent of Subscriber)**

---
**Address**

---
**Farm Name**

**Accepted as of the date written below:**

[REDACTED]  "Association"

By: _____
    Authorized Representative

Date: _____ 2019

- 2 -

Confidential

SCSCGA-089843