

R. GONSOULIN - 30(b)(6)
04/09/2026

**Exhibit 34**

Wendy L. Figueroa

*DRAFT*

*Meeting of the Members*

*of*

*South Central Sugar Cane Growers' Association, Inc.*

*September 9, 2025*

A meeting of the Members of South Central Sugar Cane Growers' Association, Inc. was held on this date at The Bilmar located in Franklin, Louisiana. Attendance was taken, and the sign in sheet is included and listed as "Attachment 1".

Item I.          <u>Call to Order</u>

Chairman Ricky Gonsoulin called the meeting to order at 11:00 a.m.

Item II.          <u>Approval of Minutes</u>

It was properly moved and seconded to approve the minutes of the Meeting of the Members held on September 10, 2024 be accepted as presented. The motion passed.

Item III.          <u>Cite the Purpose of the Association</u>

Ricky Gonsoulin read aloud the purpose of the Association. "The purpose of the Association is to operate as an association of agricultural producers who farm to produce sugar cane whereby the commodities of raw sugar and blackstrap molasses are derived. The Association exists to promote efficiencies and safety practices in harvesting of sugar cane and transportation of sugar cane from various member farms to one or more mills, and such other purposes as shall be permitted by law pursuant to La. R.S. 12:207, and/or adopted by the members from time to time."

Item IV.          <u>Review Association Activities</u>

A discussion was held on the status of foreign labor filings, the latest updates in the lawsuit against the Department of Labor over sugarcane truck driver wage rates, and estimated tonnages for the upcoming crop, with potential for a bumper crop noted.

Item V.          <u>Election of Board Members</u>

It was properly moved and seconded to ratify the Board of Directors listed below for a one-year term.  The motion passed.

| Christoper Patout | Quaid Broussard | Mark Chavin |
|---|---|---|
| Mike Robichaux | Ricky Gonsoulin | |

CONFIDENTIAL                    SCSCGA - 023391

*Item VI.*        <u>*Other Business*</u>

   *Updates were provided on the sugar and molasses market, insurance programs, and the DOTD railroad overpass project on Highway 90.*

*Item VII.*       <u>*Adjourn*</u>

   *It was properly moved and seconded that the meeting be adjourned at 11:45 p.m.  The motion passed.*

_____

*Ricky Gonsoulin, President*

_____

*Christopher Patout, Secretary of the Board*

_____

*Ashley Lopez*

CONFIDENTIAL                    SCSCGA - 023392

ATTACHMENT 1

9/9/2025

ASSOC meeting
11:00 AM

# ATTENDANCE

- Jason Rabi
- Gary Torres
- Ashlee Gary
- Phil B
- Mal C. Chen
- Cari Judd
- Ashley Loper
- Michael W Brady
- SANDRA GARCIA
- Paul J Cossuti
- Tim Soileau
- Roddy
- Shelby Duplantis
- Jaime Segura
- Que J Brousser
- Chris Rivere