

R. GONSOULIN - 30(b)(6)
04/09/2026

**Exhibit 38**

Wendy L. Figueroa

**From:** Tim Soileau <tsoileau@sterlingsugars.com>
**To:** Jaime Robison <jrobison@sterlingsugars.com>, Desiree Lange <dlange@sterlingsugars.com>, Roddy Patout <rrpatout@sterlingsugars.com>
**Subject:** FW: Truck Drivers E760 2022
**Date:** Thu, 16 Jun 2022 13:22:38 -0500
**Importance:** Normal
**Attachments:** ETA_790,_for_client_review__Heavy_Truck_Drivers.pdf

---

**From:** Ricky Gonsoulin <rickysugar1@icloud.com>
**Sent:** Thursday, June 16, 2022 1:22 PM
**To:** Tim Soileau <tsoileau@sterlingsugars.com>; Desiree Lange <dlange@sterlingsugars.com>
**Subject:** Truck Drivers E760 2022

**Ricky Gonsoulin**
337-319-7515
Sent from my iPhone

Confidential

SCSCGA-036982

Select what form/section you would like to view:

| - Select - | ⬍ |
|---|---|

1205-0466
Expiration Date: XX/XX/XXXX

Print Summary 🖶

Agricultural Clearance Order
Form ETA-790
**U.S.Department of Labor**

**IMPORTANT:** In accordance with 20 CFR 653.500, all employers seeking U.S. workers to perform agricultural services or labor on a temporary, less than year-round basis through the Agricultural Recruitment System for U.S. Workers, must submit a completed job clearance order (Form ETA-790)to the State Workforce Agency (SWA) for placement on its intrastate and interstate job clearance systems. Employers submitting a job order in connection with an H-2A Application for Temporary Employment Certification (FormETA-9142A) must complete the Form ETA-790 and attach a completed 790A. All other employers submitting agricultural clearance orders must complete the Form ETA-790 and attach a completed 790B. Employers and authorized preparers must read the general instructions carefully, complete **ALL** required fields/items containing an asterisk ( * ), and any fields/items where a response is conditional as indicated by the section ( § ) symbol.

## 790 II. Employer Contact Information                                          ⌄

| | |
|---|---|
| 1 Legal Business Name | **South Central Sugar Cane Growers' Association** |
| 3 Contact's Last (family) Name | **Gonsoulin** |
| 4 First (given) Name | **Ricky** |
| 6 Contact's Job Title | **Director** |
| 7 Address 1 | **611 Irish Bend Road** |
| 9 City | **Franklin** |
| 10 State | **LOUISIANA** |

Confidential

SCSCGA-036983

11 Postal Code                                      70538

12 Telephone Number                                 +13373197515

14 Business e-mail address                          **rickygonsoulin@gmail.com**

15 Federal Employer Identification Number
*(FEIN from IRS)*                                   ███████

16 NAICS Description                                **Sugarcane farming, field production**

16 NAICS Code                                       111930

## Preliminary Questions                                                      ⌄

1. Indicate the type of agricultural clearance    **790A**
order being placed with the SWA for
recruitment of U.S. workers (choose only one)*

2. Please select one of the options below to      **association-sole**
indicate the type of H-2A application that will
be filed in connection with this job order.

3. Is the employer of the workers sought for the  **NO**
job operating as an H-2A Labor Contractor (H-
2ALC), as defined by 20 CFR 655.103(b)?

4. Is this job order being filed in connection    **NO**
with a future request to waive the regulatory
time period for submitting an H-2A application
due to an emergency situation, as defined by
20 CFR 655.134?

5. Is this job order being filed in connection with a future H-2A application seeking to employ temporary agricultural foreign workers to perform herding or production of livestock on the range, as defined by 20 CFR 655.201?    **NO**

## A: Job Offer Information

1 Job Title    **Heavy and Tractor-Trailer Truck Driver**

2A Workers Needed - Total    **165**

2B Workers Needed - H-2A    **165**

3 Begin Date    **8/15/2022**

4 End Date    **1/15/2023**

5 Will this job generally require the worker to be on-call 24 hours a day and 7 days a week?    **NO**

6 Sunday    **7**

6 Monday    **7**

6 Tuesday    **7**

6 Wednesday    **7**

Confidential                                    SCSCGA-036985

| | |
|---|---|
| 6 Thursday | 7 |
| 6 Friday | 7 |
| 6 Saturday | 7 |
| 6 Total | 49 |
| 7 Begin Time | 7:00 A.M. |
| 7 End Time | 2:00 P.M. |

| | |
|---|---|
| 8A Job Duties - Description of the specific services or labor to be performed. (Please begin response on this form and use Addendum C if additional space is needed.) | **Job duties include operating and performing routine servicing of trucks and equipment to transport sugarcane from various worksites, in connection with the harvesting of a perishable crop, from the fields to the mill and from the factory parking and staging areas to the mill operating tractor-trailer combination; deliver sugarcane to designated locations (without leaving tractor-trailer combination); DOT Approved CDL required; 3 months previous experience of driving tractor-trailer combination; job involves extensive sitting, exposure to extreme temperatures, and repetitive movements; travel may be required to and from field locations; transportation is provided; drug screening may be required upon hire and randomly (paid for by employer). Bonus may be paid at the end of contract at the discretion of the employer. Base hours offered is 49 hours; additional hours are usually offered during a plentiful season and may include 10-40 additional hours of work depending on the nature of the season. Las tareas incluyen la operación y la realización de servicios rutinarios de camiones y equipos para el transporte de** |

SCSCGA-036986

caña de azúcar desde diversos lugares de trabajo, en relación con la cosecha de un cultivo perecedero, desde los campos hasta el molino y desde las áreas de estacionamiento y parada de la fábrica hasta la combinación de tractor-remolque de funcionamiento del molino; entregar caña de azúcar a lugares designados (sin dejar la combinación tractor-remolque); Se requiere CDL aprobada por DOT; 3 meses de experiencia previa en la conducción de la combinación tractor-remolque; el trabajo implica estar sentado extensamente, exponerse a temperaturas extremas y movimientos repetitivos; puede ser necesario viajar hacia y desde los lugares de destino sobre el terreno; se proporciona transporte; el examen de detección de drogas puede ser requerido al contratar y al azar (pagado por el empleador). La prima se puede pagar al final del contrato a discreción del empleador. El horario base ofrecido es de 49 horas; se suelen ofrecer horas adicionales durante una temporada abundante y pueden incluir de 10 a 40 horas adicionales de trabajo dependiendo de la naturaleza de la temporada.

| | |
|---|---|
| 8B Wage Offer | 12.45 |
| 8C Per | hour |
| 8D Piece Rate Offer | 0.00 |
| 8E Piece Rate Units/Special Pay Information | N/A |
| 10 Frequency of Pay | BW |
| Specify | N/A |

Confidential

SCSCGA-036987

11 State all deduction(s) from pay and, if known, the amount(s).
(Please begin response on this form and use Addendum C if additional space is needed.)

**Social Security, State Tax, Federal Tax.**

## B: Minimum Job Qualifications/Requirements ⌄

1 Education: minimum U.S. diploma/degree    **none**

2 Work Experience: number of months    **3**

3 Training: number of months    **0**

4 Basic Job Requirements (check all that apply):
- **Drug Screen**
- **Exposure to extreme temperatures**
- **Extensive sitting or walking**
- **Repetitive movements**
- **Certification/license requirements**
- **Driver requirements**

5.A Supervision: does this position supervise the work of other employees?    **NO**

6 Additional Information Regarding Job Qualifications/Requirements
(Please begin response on this form and use Addendum C if additional space is needed. If no additional skills or requirements, enter 'NONE' below.)

**None. Ninguno.**

## C: Place of Employment Information ⌄

1 Address/Location    **611 Irish Bend Road**

Confidential    SCSCGA-036988

| | |
|---|---|
| 2 City | **Franklin** |
| 3 State | **LOUISIANA** |
| 4 Postal Code | **70538** |
| 5 County | **ST MARY** |
| 6 Additional Place of Employment Information (if no additional information, enter 'NONE' below). | **The employer's physical and mailing address is 611 Irish Bend Road, Franklin, LA 70538. The members of the association each own the worksite locations listed on the ETA 790.** |
| 7 Will work be performed at worksite locations other than the ones identified above? * | **YES** |

## D: Housing Information ⌄

| | |
|---|---|
| 1 Housing Address/Location | **1520 Main Street** |
| 2 City | **Franklin** |
| 3 State | **LOUISIANA** |
| 4 Postal Code | **70538** |
| 5 County | **ST MARY** |

Confidential                                    SCSCGA-036989

| 6 Housing Type | Brick building (former motel). |
|---|---|

| 7 Total Units | 1 |
|---|---|

| 8 Total Occupancy | 179 |
|---|---|

| 9 Housing complies or will comply with the following applicable standards: | • Federal<br>• Local<br>• State |
|---|---|

| 10 Additional Housing Information (If no additional information, enter 'NONE' below) | NONE |
|---|---|

| 11 Will housing be offered at additional locations other than the one identified above? | YES |
|---|---|

## E: Provision of Meals ⌄

| If meals are provided, the employer: | YES |
|---|---|

| 1 Describe how the employer will provide each worker with 3 meals a day or furnish free and convenient cooking and kitchen facilities.<br><br>*(Please begin response on this form and use Addendum C if additional space is needed.)* | Employer will provide three meals a day prepared at the on-site kitchen. Employer will charge $14.00 per person, per day for these three meals. Employer will also provide housing and housing utilities; all housing will meet local, state, and federal housing standards. El empleador le proporcionará tres comidas al día preparadas en la cocina del hotel. El empleador cobrará $14.00 por persona, por día para estas tres comidas. Los empleadores también proporcionarán servicios de vivienda; todas las viviendas cumplirán con los estándares locales, estatales y federales. |
|---|---|

SCSCGA-036990

| Meal Charge | 14.00 |
|---|---|

## F: Provision of Transportation  ⌄

**1** Describe the terms and arrangement for daily transportation the employer will provide to workers.

*(Please begin response on this form and use Addendum C if additional space is needed.)*

**For workers who are provided housing, transportation at no cost to the worker will be provided between the housing and the worksite. The transportation provided will be in accordance with applicable laws and regulations. Modes of transportation will be a farm truck or other farm vehicle.**

**2** Describe the terms and arrangements for providing workers with transportation (a) to the place of employment (i.e., inbound) and (b) from the place of employment (i.e., outbound).

*(Please begin response on this form and use Addendum C if additional space is needed.)*

**Transportation and related subsistence will be provided by employer or paid by employer to worker for reasonable costs incurred (either advance payment or reimbursement) at no less than the most economical and reasonable common carrier transportation charges for distances involved. Modes of transportation will be known and identified at a later date such as bus or plane.**

| 3 No less than | 14.00 |
|---|---|

| 3 No more than | 59.00 |
|---|---|

## G: Referral and Hiring Instructions  ⌄

**1** Explain <u>how</u> prospective applicants may be considered for employment under this job order, including verifiable contact information for the employer or the employer's authorized hiring representative and the methods of contact (e.g., email, phone) that prospective U.S. applicants may use to be considered for the job opportunity. Summarize how applicants are to be considered, referred, and hired. For

**Call Ricky Gonsoulin at (337) 319-7515 to apply for position between the hours of 8:00AM to 4:00PM, Monday - Friday.**

Confidential  SCSCGA-036991

example, indicate the days and hours that the employer or the employer's authorized hiring representative will be available to interview workers by telephone and/or in-person and whether anybody different from the employer has hiring authority.

*(Please begin response on this form and use Addendum C if additional space is needed.)*

2 Telephone Number to Apply                     **+13373197515**

3 Email Address to Apply                          **rickygonsoulin@gmail.com**

4 Website address (URL) to Apply                  **N/A**

## I: Conditions of Employment and Assurances ⌄

By virtue of my signature below, I **HEREBY CERTIFY** my knowledge of and compliance with applicable Federal, State, and local employment-related laws and regulations, including employment-related health and safety laws, and certify the following conditions of employment:

1. **JOB OPPORTUNITY:** Employer assures that the job opportunity identified in this clearance order (hereinafter also referred to as the "job order") is a full-time temporary position being placed with the SWA in connection with an H-2A Application for Temporary Employment Certification for H-2A workers and this clearance order satisfies the requirements for agricultural clearance orders in 20 CFR 653, subpart F and the requirements set forth in 20 CFR 655.122. This job opportunity offers U.S. workers no less than the same benefits, wages, and working conditions that the employer is offering, intends to offer, or will provide to H-2A workers and complies with the requirements at 20 CFR 655, Subpart B. The job opportunity is open to any qualified U.S. worker regardless of race, color, national origin, age, sex, religion, handicap, or citizenship.

2. **NO STRIKE, LOCKOUT, OR WORK STOPPAGE:** Employer assures that this job opportunity, including all worksites for which the employer is requesting H-2A labor certification does not currently have workers on strike or being locked out in the course of a labor dispute. 20 CFR 655.135(b).

3. **HOUSING FOR WORKERS:** Employer agrees to provide for or secure housing for H-2A workers and those workers in corresponding employment who are not reasonably able to return to their residence at the end of the work day. That housing complies with the applicable local, State, or Federal standards and is sufficient to house the specified number of workers requested through the clearance system. The employer will provide the housing without charge to the worker. Any charges for rental housing will be paid directly by the employer to the owner or operator of the housing. If public accommodations are provided to workers, the employer agrees to pay all housing-related charges directly to the housing's management. The employer agrees that charges in the form of deposits for bedding or other similar incidentals related to housing (e.g., utilities) must not be levied upon workers. However, the employer may require workers to reimburse them for damage caused to housing by the individual worker(s) found to have been responsible for damage which is not the result of normal wear and tear related to habitation. When it is the prevailing practice in the area of intended employment and the occupation to provide family housing, the employer agrees to provide family housing at no cost to workers with families who request it. 20 CFR 655.122(d),653.501(c)(3)(vi).

   *Request for Conditional Access to Intrastate or Interstate Clearance System:* Employer assures that the housing disclosed on this clearance order will be in full compliance with all applicable local, State, or Federal standards at least 20 calendar days before the housing is to be occupied. 20 CFR 653.502(a)(3). The Certifying Officer will not certify the application until the housing has been inspected and approved.

SCSCGA-036992

4. **WORKERS' COMPENSATION COVERAGE:** Employer agrees to provide workers' compensation insurance coverage in compliance with State law covering injury and disease arising out of and in the course of the worker's employment. If the type of employment for which the certification is sought is not covered by or is exempt from the State's workers' compensation law, the employer agrees to provide, at no cost to the worker, insurance covering injury and disease arising out of and in the course of the worker's employment that will provide benefits at least equal to those provided under the State workers' compensation law for other comparable employment. 20 CFR 655.122(e).

5. **EMPLOYER-PROVIDED TOOLS AND EQUIPMENT:** Employer agrees to provide to the worker, without charge or deposit charge, all tools, supplies, and equipment required to perform the duties assigned. 20 CFR 655.122(f).

6. **MEALS:** Employer agrees to provide each worker with three meals a day or furnish free and convenient cooking and kitchen facilities to the workers that will enable the workers to prepare their own meals. Where the employer provides the meals, the job offer will state the charge, if any, to the worker for such meals. The amount of meal charges is governed by 20 CFR 655.173. 20 CFR 655.122(g).

For workers engaged in the herding or production of livestock on the range, the employer agrees to provide each worker, without charge or deposit charge, (1) either three sufficient meals a day, or free and convenient cooking facilities and adequate provision of food to enable the worker to prepare his own meals. To be sufficient or adequate, the meals or food provided must include a daily source of protein, vitamins, and minerals; and (2) adequate potable water, or water that can be easily rendered potable and the means to do so. 20 CFR 655.210(e).

7. **TRANSPORTATION AND DAILY SUBSISTENCE:** Employer agrees to provide the following transportation and daily subsistence benefits to eligible workers.

   A. *Transportation to Place of Employment (Inbound)*

   If the worker completes 50 percent of the work contract period, and the employer did not directly provide such transportation or subsistence or otherwise has not yet paid the worker for such transportation or subsistence costs, the employer agrees to reimburse the worker for reasonable costs incurred by the worker for transportation and daily subsistence from the place from which the worker has come to work for the employer, whether in the U.S. or abroad to the place of employment. The amount of the transportation payment must be no less (and is not required to be more) than the most economical and reasonable common carrier transportation charges for the distances involved. The amount the employer will pay for daily subsistence expenses are those amounts disclosed in this clearance order, which are at least as much as the employer would charge the worker for providing the worker with three meals a day during employment (if applicable), but in no event will less than the amount permitted under 20 CFR 655.173(a). The employer understands that the Fair Labor Standards Act applies independently of the H-2A requirements and imposes obligations on employers regarding payment of wages. 20 CFR 655.122(h)(1).

   B. *Transportation from Place of Employment (Outbound)*

   If the worker completes the work contract period, or is terminated without cause, and the worker has no immediate subsequent H-2A employment, the employer agrees to provide or pay for the worker's transportation and daily subsistence from the place of employment to the place from which the worker, disregarding intervening employment, departed to work for the employer. Return transportation will not be provided to workers who voluntarily abandon employment before the end of the work contract period, or who are terminated for cause, if the employer follows the notification requirements in 20 CFR 655.122(n).

   If the worker has contracted with a subsequent employer who has not agreed in such work contract to provide or pay for the worker's transportation and daily subsistence expenses from the employer's worksite to such subsequent employer's worksite, the employer must provide for such expenses. If the worker has contracted with a subsequent employer who has agreed in such work contract to provide or pay for the worker's transportation and daily subsistence expenses from the employer's worksite to such subsequent employer's worksite, the subsequent employer must provide or pay for such expenses.

   The employer is not relieved of its obligation to provide or pay for return transportation and subsistence if an H-2A worker is displaced as a result of the employer's compliance with the 50 percent rule as described in sec. 655.135(d) of this subpart with respect to the referrals made after the employer's date of need. 20 CFR 655.122(h)(2).

   C. *Daily Transportation*

   Employer agrees to provide transportation between housing provided or secured by the employer and the employer's worksite(s) at no cost to the worker. 20 CFR 655.122(h)(3).

   D. *Compliance with Transportation Standards*

   Employer assures that all employer-provided transportation will comply with all applicable Federal, State, or local laws and regulations. Employer agrees to provide, at a minimum, the same transportation safety standards, driver licensure, and vehicle insurance as required under 29 U.S.C. 1841 and 29 CFR 500.105 and 29 CFR

SCSCGA-036993

500.120 to 500.128. If workers' compensation is used to cover transportation, in lieu of vehicle insurance, the employer will ensure that such workers' compensation covers all travel or that vehicle insurance exists to provide coverage for travel not covered by workers' compensation. Employer agrees to have property damage insurance. 20 CFR 655.122(h)(4).

8. **THREE-FOURTHS GUARANTEE:** Employer agrees to offer the worker employment for a total number of work hours equal to at least three-fourths of the workdays of the total period beginning with the first workday after the arrival of the worker at the place of employment or the advertised contractual first date of need, whichever is later, and ending on the expiration date specified in the work contract or in its extensions, if any. 20 CFR 655.122(i).

The employer may offer the worker more than the specified hours of work on a single workday. For purposes of meeting the three-fourths guarantee, the worker will not be required to work for more than the number of hours specified in the job order for a workday, or on the worker's Sabbath or Federal holidays. If, during the total work contract period, the employer affords the U.S. or H-2A worker less employment than that required under this guarantee, the employer will pay such worker the amount the worker would have earned had the worker, in fact, worked for the guaranteed number of days. An employer will not be considered to have met the work guarantee if the employer has merely offered work on three-fourths of the workdays if each workday did not consist of a full number of hours of work time as specified in the job order. All hours of work actually performed may be counted by the employer in calculating whether the period of guaranteed employment has been met. Any hours the worker fails to work, up to a maximum of the number of hours specified in the job order for a workday, when the worker has been offered an opportunity to work, and all hours of work actually performed (including voluntary work over 8 hours in a workday or on the worker's Sabbath or Federal holidays), may be counted by the employer in calculating whether the period of guaranteed employment has been met. 20 CFR 655.122(i).

If the worker is paid on a piece rate basis, the employer agrees to use the worker's average hourly piece rate earnings or the required hourly wage rate, whichever is higher, to calculate the amount due under the three-fourths guarantee. 20 CFR 655.122(i).

If the worker voluntarily abandons employment before the end of the period of employment set forth in the job order, or is terminated for cause, and the employer follows the notification requirements in 20 CFR 655.122(n), the worker is not entitled to the three-fourths guarantee. The employer is not liable for payment of the three-fourths guarantee to an H-2A worker whom the Department of Labor certifies is displaced due to the employer's requirement to hire qualified and available U.S. workers during the recruitment period set out in 20 CPR 655.135(d), which lasts until 50 percent of the period of the work contract has elapsed (50 percent rule). 20 CFR 655.122(i).

*Important Note:* In circumstances where the work contract is terminated due to contract impossibility under 20 CFR 655.122(o), the three-fourths guarantee period ends on the date of termination.

9. **EARNINGS RECORDS:** Employer agrees to keep accurate and adequate records with respect to the workers' earnings at the place or places of employment, or at one or more established central recordkeeping offices where such records are customarily maintained. All records must be available for inspection and transcription by the Department of Labor or a duly authorized and designated representative, and by the worker and representatives designated by the worker as evidenced by appropriate documentation. Where the records are maintained at a central recordkeeping office, other than in the place or places of employment, such records must be made available for inspection and copying within 72 hours following notice from the Department of Labor, or a duly authorized and designated representative, and by the worker and designated representatives. The content of earnings records must meet all regulatory requirements and be retained by the employer for a period of not less than 3 years after the date of certification by the Department of Labor. 20 CFR 655.122(j).

10. **HOURS AND EARNINGS STATEMENTS:** Employer agrees to furnish to the worker on or before each payday in one or more written statements the following information: (1) the worker's total earnings for the pay period; (2) the worker's hourly rate and/or piece rate of pay;(3) the hours of employment offered to the worker (showing offers in accordance with the three-fourths guarantee as determined in 20 CFR655.122(i), separate from any hours offered over and above the guarantee); (4) the hours actually worked by the worker; (5) an itemization of all deductions made from the worker's wages; (6) If piece rates are used, the units produced daily; (7) beginning and ending dates of the pay period; and (8) the employers name, address and FEIN. 20 CFR 655.122(k).

For workers engaged in the herding or production of livestock on the range, the employer is exempt from recording and furnishing the hours actually worked each day, the time the worker begins and ends each workday, as well as the nature and amount of work performed, but otherwise must comply with the earnings records and hours and earnings statement requirements set out in 20 CFR 655.122(j) and (k).The employer agrees to keep daily records indicating whether the site of the employee's work was on the range or off the range. If the employer prorates a worker's wage because of the worker's voluntary absence for personal reasons, it must also keep a record of the reason for the worker's absence. 20 CFR 655.210(f).

11. **RATES OF PAY:** The employer agrees that it will offer, advertise in its recruitment, and pay at least the Adverse Effect Wage Rate (AEWR),the prevailing hourly wage rate, the prevailing piece rate, the agreed-upon collective bargaining rate, or the Federal or State minimum wage rate, in effect at the time work is performed, whichever is highest.

If the worker is paid by the hour, the employer must pay this rate for every hour or portion there of worked during a pay

period. If the offered wage(s) disclosed in this clearance order are based on commission, bonuses, or other incentives, the employer guarantees the wage paid on a weekly, semi-monthly, or monthly basis will equal or exceed the AEWR, prevailing hourly wage or piece rate, the legal Federal or State minimum wage, or any agreed-upon collective bargaining rate, whichever is highest. If the worker is paid on a piece rate basis and at the end of the pay period the piece rate does not result in average hourly piece rate earnings during the pay period at least equal to the amount the worker would have earned had the worker been paid at the appropriate hourly rate of pay, the employer agrees to supplement the worker's pay at that time so that the worker's earnings are at least as much as the worker would have earned during the pay period if the worker had instead been paid at the appropriate hourly wage rate for each hour worked. 20 CFR 655.120, 655.122(l).

For workers engaged in the herding or production of livestock on the range, the employer agrees to pay the worker at least the monthly AEWR, the agreed-upon collective bargaining wage, or the applicable minimum wage imposed by Federal or State law or judicial action, in effect at the time work is performed, whichever is highest, for every month of the job order period or portion thereof. If the offered wage disclosed in this clearance order is based on commissions, bonuses, or other incentives, the employer assures that the wage paid will equal or exceed the monthly AEWR, the agreed-upon collective bargaining wage, or the applicable minimum wage imposed by Federal or State law or judicial action, whichever is highest, and will be paid to each worker free and clear without any unauthorized deductions. The employer may prorate the wage for the initial and final pay periods of the job order period if its pay period does not match the beginning or ending dates of the job order. The employer also may prorate the wage if an employee is voluntarily unavailable to work for personal reasons. 20 CFR 655.210(g).

12. **FREQUENCY OF PAY:** Employer agrees to pay workers when due based on the frequency disclosed in this clearance order. 20 CFR655.122(m).

13. **ABANDONMENT OF EMPLOYMENT OR TERMINATION FOR CAUSE:** If a worker voluntarily abandons employment before the end of the contract period, or is terminated for cause, employer is not responsible for providing or paying for the subsequent transportation and subsistence expenses of that worker, and that worker is not entitled to the three-fourths guarantee, if the employer notifies the Department of Labor and, if applicable, the Department of Homeland Security, in writing or by any other method specified by the Department of Labor or the Department of Homeland Security in the Federal Register, not later than 2 working days after the abandonment or termination occurs. A worker will be deemed to have abandoned the work contract if the worker fails to show up for work at the regularly scheduled time and place for 5 consecutive work days without the consent of the employer. 20 CFR 655.122(n).

14. **CONTRACT IMPOSSIBILITY:** The work contract may be terminated before the end date of work specified in the work contract if the services of the workers are no longer required for reasons beyond the control of the employer due to fire, weather, or other Act of God that makes fulfillment of the contract impossible, as determined by the U.S. Department of Labor. In the event that the work contract is terminated, the employer agrees to fulfill the three-fourths guarantee for the time that has elapsed from the start date of work specified in the work contract to the date of termination. The employer also agrees that it will make efforts to transfer the worker to other comparable employment acceptable to the worker and consistent with existing immigration laws. In situations where a transfer is not affected, the employer agrees to return the worker at the employer's expense to the place from which the worker, disregarding intervening employment, came to work for the employer, or transport the worker to his/her next certified H-2A employer, whichever the worker prefers. The employer will also reimburse the worker the full amount of any deductions made by the employer from the worker's pay for transportation and subsistence expenses to the place of employment. The employer will also pay the worker for any transportation and subsistence expenses incurred by the worker to that employer's place of employment. The amounts the employer will pay for subsistence expenses per day are those amounts disclosed in this clearance order. The amount of the transportation payment must not be less (and is not required to be more) than the most economical and reasonable common carrier transportation charges for the distances involved. 20 CFR 655.122(o).

The employer is not required to pay for transportation and daily subsistence from the place of employment to a subsequent employer's worksite if the worker has contracted with a subsequent employer who has agreed to provide or pay for the worker's transportation and subsistence expenses from the present employer's worksite to the subsequent employer's worksite. 20 CFR 655.122(h)(2).

15. **DEDUCTIONS FROM WORKER'S PAY:** Employer agrees to make all deductions from the worker's paycheck required by law. This job offer discloses all deductions not required by law which the employer will make from the worker's paycheck and all such deductions are reasonable, in accordance with 20 CFR 655.122(p) and 29 CFR part 531. The wage requirements of 20 CFR 655.120 will not be met where undisclosed or unauthorized deductions, rebates, or refunds reduce the wage payment made to the employee below the minimum amounts required under 20 CFR part 655, subpart B, or where the employee fails to receive such amounts free and clear because the employee kicks back directly or indirectly to the employer or to another person for the employer's benefit the whole or part of the wage delivered to the employee. 20 CFR 655.122(p).

16. **DISCLOSURE OF WORK CONTRACT:** Employer agrees to provide a copy of the work contract to an H-2A worker no later than the time at which the worker applies for the visa, or to a worker in corresponding employment no later than on the day work commences. For an H-2A worker coming to the employer from another H-2A employer, the employer agrees to provide a copy of the work contract no later than the time an offer of employment is made to the H-2A worker. A copy of the work contract will be provided to each worker in a language understood by the worker, as necessary or reasonable. In the absence of a separate, written work contract entered into between the employer and

Confidential

SCSCGA-036995

the worker, the required terms of this clearance order, including all Addendums, and the certified H-2A Application for Temporary Employment Certification will be the work contract. 20 CFR 655.122(q).

17. **ADDITIONAL ASSURANCES FOR CLEARANCE ORDERS:**

A. Employer agrees to provide to workers referred through the clearance system the number of hours of work disclosed in this clearance order for the week beginning with the anticipated date of need, unless the employer has amended the date of need at least 10 business days before the original date of need by so notifying the Order-Holding Office (OHO) in writing (e.g., e-mail notification). The employer understands that it is the responsibility of the SWA to make a record of all notifications and attempt to inform referred workers of the amended date of need expeditiously. 20 CFR 653.501(c)(3)(i). If there is a change to the anticipated date of need, and the employer fails to notify the OHO at least 10 business days before the original date of need, the employer agrees that it will pay eligible workers referred through the clearance system the specified rate of pay disclosed in this clearance order for the first week starting with the originally anticipated date of need or will provide alternative work if such alternative work is stated on the clearance order. 20 CFR 653.501(c)(5).

B. Employer agrees that no extension of employment beyond the period of employment specified in the clearance order will relieve it from paying the wages already earned, or if specified in the clearance order as a term of employment, providing transportation from the place of employment, as described in paragraph 7.B above. 20 CFR 653.501(c)(3)(ii).

C. Employer assures that all working conditions comply with applicable Federal and State minimum wage, child labor, social security, health and safety, farm labor contractor registration, and other employment-related laws. 20 CFR 653.501(c)(3)(iii).

D. Employer agrees to expeditiously notify the OHO or SWA by emailing and telephoning immediately upon learning that a crop is maturing earlier or later, or that weather conditions, over-recruitment, or other factors have changed the terms and conditions of employment. 20 CFR 653.501(c)(3)(iv).

E. If acting as a farm labor contractor (FLC) or farm labor contractor employee (FLCE) on this clearance order, the employer assures that it has a valid Federal FLC certificate or Federal FLCE identification card and when appropriate, any required State FLC certificate. 20CFR 653.501(c)(3)(v).

F. Employer assures that outreach workers will have reasonable access to the workers in the conduct of outreach activities pursuant to 20 CFR 653.107. 20 CFR 653.501(c)(3)(vii).

I **declare** under penalty of perjury that I have read and reviewed this clearance order, including every page of this Form ETA-790A and all supporting addendums, and that to the best of my knowledge, the information contained therein is true and accurate. This clearance order describes the actual terms and conditions of the employment being offered by me and contains all the material terms and conditions of the job. 20 CFR 653.501(c)(3)(viii). I understand that to knowingly furnish materially false information in the preparation of this form and any supplement thereto or to aid, abet, or counsel another to do so is a federal offense punishable by fines, imprisonment, or both. 18 U.S.C. 2, 1001.

| 1 Last (family) Name | **Gonsoulin** |
|---|---|
| 2 First (family) Name | **Ricky** |
| 4 Title | **Director** |

Field: 5

5 **By signing this document with an electronic signature**, I acknowledge the     **YES**

Conditions of Employment and Assurances stated above.

---

## ADD A: Addendum A - Additional Crops and/or Agricultural Activities ⌄

Crop ID

Crop or Agricultural Activity          **Sugarcane**

Wage Offer                             **12.45**

Per                                    **Hour**

Piece Rate Units/Special Pay Information

---

## ADD B: Addendum B - Additional Place of Employment Information ⌄

Name of Agricultural Business*         **South Central Sugar Cane Growers'
                                        Association, Inc.**

Begin Date

End Date

Total Workers                          **165**

Employment Address                     **2816 Hwy 87**

Employment Info

City                                   **Franklin**

State                                  **LOUISIANA**

Postal Code                            **70538**

County                                 **ST MARY**

Additional Place of Employment Information    **Northside Planting**

---

Confidential                                           SCSCGA-036997

| | |
|---|---|
| Name of Agricultural Business* | South Central Sugar Cane Growers' Association, Inc. |
| Begin Date | |
| End Date | |
| Total Workers | **165** |
| Employment Address | **2083 Hwy 87** |
| Employment Info | |
| City | **Franklin** |
| State | **LOUISIANA** |
| Postal Code | **70538** |
| County | **ST MARY** |
| Additional Place of Employment Information | **Jaime Segura Farms** |

| | |
|---|---|
| Name of Agricultural Business* | **South Central Sugar Cane Growers' Association, Inc.** |
| Begin Date | |
| End Date | |
| Employment Address | **2083 Hwy 317** |
| Employment Info | |
| City | **Franklin** |
| State | **LOUISIANA** |
| Postal Code | **70538** |
| County | **ST MARY** |
| Additional Place of Employment Information | **Antoine Luke Farms** |

Confidential                                               SCSCGA-036998

| Total Workers | 165 |
|---|---|

| | |
|---|---|
| Name of Agricultural Business* | **South Central Sugar Cane Growers' Association, Inc.** |
| Begin Date | |
| End Date | |
| Total Workers | **165** |
| Employment Address | **2379 Irish Bend Road** |
| Employment Info | |
| City | **Franklin** |
| State | **LOUISIANA** |
| Postal Code | **70538** |
| County | **ST MARY** |
| Additional Place of Employment Information | **Breaux Brothers** |

| | |
|---|---|
| Name of Agricultural Business* | **South Central Sugar Cane Growers' Association, Inc.** |
| Begin Date | |
| End Date | |
| Total Workers | **165** |
| Employment Address | **2379 Irish Bend Road** |
| Employment Info | |
| City | **Franklin** |
| State | **LOUISIANA** |
| Postal Code | **70538** |

| | |
|---|---|
| County | **ST MARY** |
| Additional Place of Employment Information | **Irish Bend Planting** |

| | |
|---|---|
| Name of Agricultural Business* | **South Central Sugar Cane Growers' Association, Inc.** |
| Begin Date | |
| End Date | |
| Total Workers | **165** |
| Employment Address | **1406 Melrose Lane, and surrounding farmland within a 4 mile radius** |
| Employment Info | |
| City | **New Iberia** |
| State | **LOUISIANA** |
| Postal Code | **70560** |
| County | **IBERIA** |
| Additional Place of Employment Information | **Tony Richardson** |

| | |
|---|---|
| Name of Agricultural Business* | **South Central Sugar Cane Growers' Association, Inc.** |
| Begin Date | |
| End Date | |
| Total Workers | 165 |
| Employment Address | **2417 Canal Street, and surrounding farmland within a 4 mile radius** |
| Employment Info | |
| City | **Jeanerette** |

Confidential

| | |
|---|---|
| State | **LOUISIANA** |
| Postal Code | **70544** |
| County | **IBERIA** |
| Additional Place of Employment Information | **A & S Farms** |

| | |
|---|---|
| Name of Agricultural Business* | **South Central Sugar Cane Growers' Association, Inc.** |
| Begin Date | |
| End Date | |
| Total Workers | **165** |
| Employment Address | **2417 Canal Street, and surrounding farmland within a 4 mile radius** |
| Employment Info | |
| City | **Jeanerette** |
| State | **LOUISIANA** |
| Postal Code | **70544** |
| County | **IBERIA** |
| Additional Place of Employment Information | **Acadiana Agriculture** |

| | |
|---|---|
| Name of Agricultural Business* | **South Central Sugar Cane Growers' Association, Inc.** |
| Begin Date | |
| End Date | |
| Total Workers | **165** |
| Employment Address | **2417 Canal Street, and surrounding farmland within a 4 mile radius** |

Confidential

Employment Info

| | |
|---|---|
| City | **Jeanerette** |
| State | **LOUISIANA** |
| Postal Code | **70544** |
| County | **IBERIA** |
| Additional Place of Employment Information | **Patch Farms** |

| | |
|---|---|
| Name of Agricultural Business* | **South Central Sugar Cane Growers' Association, Inc.** |
| Begin Date | |
| End Date | |
| Total Workers | **165** |
| Employment Address | **240 Kilgore Plantation Road, and surrounding farmland within a 40 mile radius** |

Employment Info

| | |
|---|---|
| City | **Jeanerette** |
| State | **LOUISIANA** |
| Postal Code | **70544** |
| County | **IBERIA** |
| Additional Place of Employment Information | **Blanchard & Patout** |

| | |
|---|---|
| Name of Agricultural Business* | **South Central Sugar Cane Growers' Association, Inc.** |
| Begin Date | |
| End Date | |

Confidential

SCSCGA-037002

| | |
|---|---|
| Total Workers | **165** |
| Employment Address | **5839 Aristide Road, and surrounding farmland within a 10 mile radius** |
| Employment Info | |
| City | **Erath** |
| State | **LOUISIANA** |
| Postal Code | **70533** |
| County | **VERMILION** |
| Additional Place of Employment Information | **DLD Southern Sugars** |

| | |
|---|---|
| Name of Agricultural Business* | **South Central Sugar Cane Growers' Association, Inc.** |
| Begin Date | |
| End Date | |
| Total Workers | **165** |
| Employment Address | **816 S. Larriviere Road, and surrounding farmland within a 15 mile radius** |
| Employment Info | |
| City | **Youngsville** |
| State | **LOUISIANA** |
| Postal Code | **70592** |
| County | **LAFAYETTE** |
| Additional Place of Employment Information | **Jude Gerard Farms** |

| | |
|---|---|
| Name of Agricultural Business* | **South Central Sugar Cane Growers' Association, Inc.** |

 SCSCGA-037003

Begin Date

End Date

Total Workers                                                **165**

Employment Address                                           **5008 Loreauville Road, and surrounding
                                                             farmland with a 7 mile radius**

Employment Info

City                                                         **New Iberia**

State                                                        **LOUISIANA**

Postal Code                                                  **70563**

County                                                       **IBERIA**

Additional Place of Employment Information                   **LeJeune Brothers, LLC**

---

Name of Agricultural Business*                               **South Central Sugar Cane Growers'
                                                             Association, Inc.**

Begin Date

End Date

Total Workers                                                **165**

Employment Address                                           **6912 Gondron Road, and surrounding
                                                             farmland within a 5 mile radius**

Employment Info

City                                                         **New Iberia**

State                                                        **LOUISIANA**

Postal Code                                                  **70563**

County                                                       **IBERIA**

Confidential                                                 SCSCGA-037004

Additional Place of Employment Information    **Loreauville Harvesting, LLC**

| | |
|---|---|
| Name of Agricultural Business* | **South Central Sugar Cane Growers' Association, Inc.** |
| Begin Date | |
| End Date | |
| Total Workers | **165** |
| Employment Address | **8314 Jefferson Island Road, and surrounding farmland within a 7 mile radius** |
| Employment Info | |
| City | **New Iberia** |
| State | **LOUISIANA** |
| Postal Code | **70560** |
| County | **IBERIA** |

Additional Place of Employment Information    **McDonald Farms, LLC**

| | |
|---|---|
| Name of Agricultural Business* | **South Central Sugar Cane Growers' Association, Inc.** |
| Begin Date | |
| End Date | |
| Total Workers | **165** |
| Employment Address | **4302 Patoutville Road** |
| Employment Info | |
| City | **Jeanerette** |
| State | **LOUISIANA** |
| Postal Code | **70544** |

Confidential

County                                          **IBERIA**

Additional Place of Employment Information      **Nelson Hebert Farms**

Name of Agricultural Business*                  **South Central Sugar Cane Growers'
                                                Association, Inc.**

Begin Date

End Date

Total Workers                                   **165**

Employment Address                              **9402 E. Highway 90 Service Road**

Employment Info

City                                            **Jeanerette**

State                                           **LOUISIANA**

Postal Code                                     **70544**

County                                          **IBERIA**

Additional Place of Employment Information      **Patout Equipment Company**

Name of Agricultural Business*                  **South Central Sugar Cane Growers'
                                                Association, Inc.**

Begin Date

End Date

Total Workers                                   **165**

Employment Address                              **2019 David Duboin Road, and surrounding
                                                farmland within a 9 mile radius**

Employment Info

City                                            **New Iberia**

Confidential                                      SCSCGA-037006

| | |
|---|---|
| State | **LOUISIANA** |
| Postal Code | **70560** |
| County | **IBERIA** |
| Additional Place of Employment Information | **Patrick Judice Farms** |

| | |
|---|---|
| Name of Agricultural Business* | **South Central Sugar Cane Growers' Association, Inc.** |
| Begin Date | |
| End Date | |
| Total Workers | **165** |
| Employment Address | **5409 Jefferson Island Road** |
| Employment Info | |
| City | **New Iberia** |
| State | **LOUISIANA** |
| Postal Code | **70560** |
| County | **IBERIA** |
| Additional Place of Employment Information | **Rebel V Farms** |

| | |
|---|---|
| Name of Agricultural Business* | **South Central Sugar Cane Growers' Association, Inc.** |
| Begin Date | |
| End Date | |
| Total Workers | **165** |
| Employment Address | **4880 Lyndsey Road, and surrounding farmland within a 10 mile radius** |

Confidential

SCSCGA-037007

Employment Info

| City | New Iberia |
|---|---|
| State | **LOUISIANA** |
| Postal Code | **70560** |
| County | **IBERIA** |
| Additional Place of Employment Information | **Segura Farms, LLC** |

| Name of Agricultural Business* | **South Central Sugar Cane Growers' Association, Inc.** |
|---|---|
| Begin Date | |
| End Date | |
| Total Workers | **165** |
| Employment Address | **4812 Jefferson Island Road** |

Employment Info

| City | New Iberia |
|---|---|
| State | **LOUISIANA** |
| Postal Code | **70560** |
| County | **IBERIA** |
| Additional Place of Employment Information | **Ulysses Gonsonlin & Son** |

| Name of Agricultural Business* | **South Central Sugar Cane Growers' Association, Inc.** |
|---|---|
| Begin Date | |
| End Date | |
| Total Workers | **165** |

Confidential

SCSCGA-037008

| | |
|---|---|
| Employment Address | **8709 Old Jeanerette Road, and surrounding farmland within a 4 mile radius** |
| Employment Info | |
| City | **Jeanerette** |
| State | **LOUISIANA** |
| Postal Code | **70544** |
| County | **IBERIA** |
| Additional Place of Employment Information | **Westover Farms** |

| | |
|---|---|
| Name of Agricultural Business* | **South Central Sugar Cane Growers' Association, Inc.** |
| Begin Date | |
| End Date | |
| Total Workers | **165** |
| Employment Address | **355 Richard Road** |
| Employment Info | |
| City | **Franklin** |
| State | **LOUISIANA** |
| Postal Code | **70538** |
| County | **ST MARY** |
| Additional Place of Employment Information | **Rodriguez Brothers** |

| | |
|---|---|
| Name of Agricultural Business* | **South Central Sugar Cane Growers' Association, Inc.** |
| Begin Date | |

Confidential

SCSCGA-037009

End Date

Total Workers                                               **165**

Employment Address                                   **175 Mill Street**

Employment Info

City                                                             **Raceland**

State                                                           **LOUISIANA**

Postal Code                                              **70394**

County                                                        **LAFOURCHE**

Additional Place of Employment Information   **Raceland Raw Sugar**

Name of Agricultural Business*                  **South Central Sugar Cane Growers' Association, Inc.**

Begin Date

End Date

Total Workers                                               **165**

Employment Address                                   **4304 Daspit Road**

Employment Info

City                                                             **New Iberia**

State                                                           **LOUISIANA**

Postal Code                                              **70563**

County                                                        **IBERIA**

Additional Place of Employment Information   **HMC Farms**

Name of Agricultural Business*                  **South Central Sugar Cane Growers' Association, Inc.**

Confidential                                              SCSCGA-037010

Begin Date

End Date

Total Workers                                          **165**

Employment Address                          **6229 LA Hwy 330**

Employment Info

City                                                        **Erath**

State                                                      **LOUISIANA**

Postal Code                                            **70533**

County                                                    **VERMILION**

Additional Place of Employment Information    **Phillip Domingue**

---

Name of Agricultural Business*              **South Central Sugar Cane Growers'
                                             Association, Inc.**

Begin Date

End Date

Total Workers                                          165

Employment Address                          **5411 Jefferson Island Road**

Employment Info

City                                                        **New Iberia**

State                                                      **LOUISIANA**

Postal Code                                            **70560**

County                                                    **IBERIA**

Additional Place of Employment Information    **Jake Viator Farms**

            SCSCGA-037011

| | |
|---|---|
| Name of Agricultural Business* | South Central Sugar Cane Growers' Association, Inc. |
| Begin Date | |
| End Date | |
| Total Workers | 165 |
| Employment Address | 4521 Fatima Road |
| Employment Info | |
| City | Erath |
| State | LOUISIANA |
| Postal Code | 70533 |
| County | VERMILION |
| Additional Place of Employment Information | Tyler Domingues |

| | |
|---|---|
| Name of Agricultural Business* | South Central Sugar Cane Growers' Association, Inc. |
| Begin Date | |
| End Date | |
| Total Workers | 165 |
| Employment Address | 9519 Harold Landry Road |
| Employment Info | |
| City | New Iberia |
| State | LOUISIANA |
| Postal Code | 70563 |
| County | IBERIA |

Confidential                                                                    SCSCGA-037012

| | |
|---|---|
| Additional Place of Employment Information | **Raymond Hebert** |

| | |
|---|---|
| Name of Agricultural Business* | **South Central Sugar Cane Growers' Association, Inc.** |
| Begin Date | |
| End Date | |
| Total Workers | **165** |
| Employment Address | **1817 Lake Dauterive Road** |
| Employment Info | |
| City | **Loreauville** |
| State | **LOUISIANA** |
| Postal Code | **70522** |
| County | **IBERIA** |

| | |
|---|---|
| Additional Place of Employment Information | **Circle L Farms** |

| | |
|---|---|
| Name of Agricultural Business* | **South Central Sugar Cane Growers' Association, Inc.** |
| Begin Date | |
| End Date | |
| Total Workers | **165** |
| Employment Address | **6412 Gondron Road** |
| Employment Info | |
| City | **New Iberia** |
| State | **LOUISIANA** |
| Postal Code | **70563** |

Confidential

SCSCGA-037013

| | |
|---|---|
| County | **IBERIA** |
| Additional Place of Employment Information | **Patrick & Nevin Landry** |

| | |
|---|---|
| Name of Agricultural Business* | **South Central Sugar Cane Growers' Association, Inc.** |
| Begin Date | |
| End Date | |
| Total Workers | **165** |
| Employment Address | **3512 J. Patout Burns Road** |
| Employment Info | |
| City | **Jeanerette** |
| State | **LOUISIANA** |
| Postal Code | **70544** |
| County | **IBERIA** |
| Additional Place of Employment Information | **M. A. Patout & Son, Limited, LLC** |

| | |
|---|---|
| Name of Agricultural Business* | **South Central Sugar Cane Growers' Association, Inc.** |
| Begin Date | |
| End Date | |
| Total Workers | **165** |
| Employment Address | **809 Prairie Road North** |
| Employment Info | |
| City | **Franklin** |

| | |
|---|---|
| State | **LOUISIANA** |
| Postal Code | **70538** |
| County | **ST MARY** |
| Additional Place of Employment Information | **Frank Martin Farms** |
| Name of Agricultural Business* | **South Central Sugar Cane Growers' Association, Inc.** |
| Begin Date | |
| End Date | |
| Total Workers | **165** |
| Employment Address | **5402 Weeks Island Road** |
| Employment Info | |
| City | **New Iberia** |
| State | **LOUISIANA** |
| Postal Code | **70560** |
| County | **IBERIA** |
| Additional Place of Employment Information | **Gonsoulin Farms** |
| Name of Agricultural Business* | **South Central Sugar Cane Growers' Association, Inc.** |
| Begin Date | |
| End Date | |
| Total Workers | **165** |
| Employment Address | **1330 St. Landry Highway** |
| Employment Info | |

Confidential                                                        SCSCGA-037015

| | |
|---|---|
| City | **St. Landry** |
| State | **LOUISIANA** |
| Postal Code | **71367** |
| County | **ST LANDRY** |
| Additional Place of Employment Information | **Lutz Farms & Trucking, LLC** |

| | |
|---|---|
| Name of Agricultural Business* | **South Central Sugar Cane Growers' Association, Inc.** |
| Begin Date | |
| End Date | |
| Total Workers | **165** |
| Employment Address | **5614 East Admiral Doyle** |
| Employment Info | |
| City | **Jeanerette** |
| State | **LOUISIANA** |
| Postal Code | **70540** |
| County | **IBERIA** |
| Additional Place of Employment Information | **Triangle Farms** |

| | |
|---|---|
| Name of Agricultural Business* | **South Central Sugar Cane Growers' Association, Inc.** |
| Begin Date | |
| End Date | |
| Total Workers | **165** |
| Employment Address | **10504 East Admiral Doyle Drive** |

 SCSCGA-037016

Employment Info

City                                          **Jeanerette**

State                                         **LOUISIANA**

Postal Code                                   **70544**

County                                        **IBERIA**

Additional Place of Employment Information    **Southside Farms**

Name of Agricultural Business*                **South Central Sugar Cane Growers' Association, Inc.**

Begin Date

End Date

Total Workers                                 **165**

Employment Address                            **927 Austin Road**

Employment Info

City                                          **Youngsville**

State                                         **LOUISIANA**

Postal Code                                   **70592**

County                                        **LAFAYETTE**

Additional Place of Employment Information    **Laine Farms**

Name of Agricultural Business*                **South Central Sugar Cane Growers' Association**

Begin Date

End Date

Confidential                    SCSCGA-037017

Total Workers                                          165

Employment Address                                     445 Clyde Smith Road + farmland within a
                                                       12 mile radius

Employment Info

City                                                   Bunkie

State                                                  LOUISIANA

Postal Code                                            71322

County                                                 AVOYELLES

Additional Place of Employment Information    Bain Farms

Name of Agricultural Business*                         South Central Sugar Cane Growers'
                                                       Association

Begin Date

End Date

Total Workers                                          165

Employment Address                                     149 Wright Avenue + farmland within a 12
                                                       mile radius

Employment Info

City                                                   Evergreen

State                                                  LOUISIANA

Postal Code                                            71333

County                                                 AVOYELLES

Additional Place of Employment Information    Wright Farms, Inc.

Name of Agricultural Business*                         South Central Sugar Cane Growers'
                                                       Association

| | |
|---|---|
| Begin Date | |
| End Date | |
| Total Workers | 165 |
| Employment Address | 345 Munson Road + farmland within a 15 mile radius |
| Employment Info | |
| City | Cheneyville |
| State | LOUISIANA |
| Postal Code | 71325 |
| County | RAPIDES |
| Additional Place of Employment Information | Adam Halbert |
| Name of Agricultural Business* | South Central Sugar Cane Growers' Association, Inc. |
| Begin Date | |
| End Date | |
| Total Workers | 165 |
| Employment Address | 163 Williamson Spur Road |
| Employment Info | |
| City | Palmetto |
| State | LOUISIANA |
| Postal Code | 71358 |
| County | ST LANDRY |
| Additional Place of Employment Information | Seventy-One Farms Plantation |

Confidential

| | |
|---|---|
| Name of Agricultural Business* | **South Central Sugar Cane Growers' Association, Inc.** |
| Begin Date | |
| End Date | |
| Total Workers | **165** |
| Employment Address | **277 WPA Road** |
| Employment Info | |
| City | **Bunkie** |
| State | **LOUISIANA** |
| Postal Code | **71322** |
| County | **AVOYELLES** |
| Additional Place of Employment Information | **K&M Farms** |

| | |
|---|---|
| Name of Agricultural Business* | **South Central Sugar Cane Growers' Association, Inc.** |
| Begin Date | |
| End Date | |
| Total Workers | 165 |
| Employment Address | **1339 Maringouin Road** |
| Employment Info | |
| City | **Maringouin** |
| State | **LOUISIANA** |
| Postal Code | **70757** |
| County | **IBERVILLE** |

Confidential

SCSCGA-037020

| Additional Place of Employment Information | Nickie Rockfort Farms |
|---|---|
| Name of Agricultural Business* | South Central Sugar Cane Growers' Association, Inc. |
| Begin Date | |
| End Date | |
| Total Workers | 165 |
| Employment Address | 1600 David Dr. |
| Employment Info | |
| City | Jeanerette |
| State | LOUISIANA |
| Postal Code | 70544 |
| County | IBERIA |

| Additional Place of Employment Information | Blanchard Brothers |
|---|---|
| Name of Agricultural Business* | South Central Sugar Cane Growers' Association, Inc. |
| Begin Date | |
| End Date | |
| Total Workers | 165 |
| Employment Address | 2541 Hwy 182 East |
| Employment Info | |
| City | Patterson |
| State | LOUISIANA |

Confidential

SCSCGA-037021

| | |
|---|---|
| Postal Code | 70392 |
| County | ST MARY |
| Additional Place of Employment Information | Bergeron Farms |

| | |
|---|---|
| Name of Agricultural Business* | South Central Sugar Cane Growers' Association, Inc. |
| Begin Date | |
| End Date | |
| Total Workers | 165 |
| Employment Address | 3200 Hwy 182 |
| Employment Info | |
| City | Patterson |
| State | LOUISIANA |
| Postal Code | 70392 |
| County | ST MARY |
| Additional Place of Employment Information | Accardo |

| | |
|---|---|
| Name of Agricultural Business* | South Central Sugar Cane Growers' Association, Inc. |
| Begin Date | |
| End Date | |
| Total Workers | 165 |
| Employment Address | 3200 Hwy 182 |
| Employment Info | |
| City | Patterson |

Confidential

SCSCGA-037022

| State | LOUISIANA |
|---|---|
| Postal Code | 70392 |
| County | ST MARY |
| Additional Place of Employment Information | Cremaldi Farms |

| Name of Agricultural Business* | South Central Sugar Cane Growers' Association, Inc. |
|---|---|
| Begin Date | |
| End Date | |
| Total Workers | 165 |
| Employment Address | 1564 Verdunville Road |
| Employment Info | |
| City | Franklin |
| State | LOUISIANA |
| Postal Code | 70538 |
| County | ST MARY |
| Additional Place of Employment Information | Ted Broussard Farms |

| Name of Agricultural Business* | South Central Sugar Cane Growers' Association, Inc. |
|---|---|
| Begin Date | |
| End Date | |
| Total Workers | 165 |
| Employment Address | 513 Segura Road |
| Employment Info | |

Confidential

| | |
|---|---|
| City | **New Iberia** |
| State | **LOUISIANA** |
| Postal Code | **70560** |
| County | **IBERIA** |
| Additional Place of Employment Information | **B & B Planting** |

| | |
|---|---|
| Name of Agricultural Business* | **South Central Sugar Cane Growers' Association, Inc.** |
| Begin Date | |
| End Date | |
| Total Workers | **165** |
| Employment Address | **193 Sterling Bridge Approach Road** |
| Employment Info | |
| City | **Franklin** |
| State | **LOUISIANA** |
| Postal Code | **70538** |
| County | **ST MARY** |
| Additional Place of Employment Information | **Champagne Farms** |

| | |
|---|---|
| Name of Agricultural Business* | **South Central Sugar Cane Growers' Association, Inc.** |
| Begin Date | |
| End Date | |
| Total Workers | **165** |

| | |
|---|---|
| Employment Address | 2613 East Admiral Doyle Dr. |
| Employment Info | |
| City | New Iberia |
| State | LOUISIANA |
| Postal Code | 70560 |
| County | IBERIA |
| Additional Place of Employment Information | A & F Farms |

| | |
|---|---|
| Name of Agricultural Business* | South Central Sugar Cane Growers' Association, Inc. |
| Begin Date | |
| End Date | |
| Total Workers | 165 |
| Employment Address | 1126 Hwy 317 |
| Employment Info | |
| City | Franklin |
| State | LOUISIANA |
| Postal Code | 70538 |
| County | ST MARY |
| Additional Place of Employment Information | Bayou Sale Cane |

| | |
|---|---|
| Name of Agricultural Business* | South Central Sugar Cane Growers' Association, Inc. |
| Begin Date | |
| End Date | |

SCSCGA-037025

| | |
|---|---|
| Total Workers | **165** |
| Employment Address | **2513 North Freyou Road** |
| Employment Info | |
| City | **New Iberia** |
| State | **LOUISIANA** |
| Postal Code | **70560** |
| County | **IBERIA** |
| Additional Place of Employment Information | **Freyou Farms** |

| | |
|---|---|
| Name of Agricultural Business* | **South Central Sugar Cane Growers' Association, Inc.** |
| Begin Date | |
| End Date | |
| Total Workers | **165** |
| Employment Address | **6019 Norris Road** |
| Employment Info | |
| City | **New Iberia** |
| State | **LOUISIANA** |
| Postal Code | **70560** |
| County | **IBERIA** |
| Additional Place of Employment Information | **A & M Farms** |

| | |
|---|---|
| Name of Agricultural Business* | **South Central Sugar Cane Growers' Association, Inc.** |
| Begin Date | |

End Date

Total Workers                                                    165

Employment Address                                   637 Moresi Road + farmland within an 8
                                                                  mile radius

Employment Info

City                                                               Jeanerette

State                                                             LOUISIANA

Postal Code                                                  70560

County                                                          ST MARY

Additional Place of Employment Information    CML Green Acres, LLC

Name of Agricultural Business*                     South Central Sugar Cane Growers'
                                                                  Association, Inc.

Begin Date

End Date

Total Workers                                                    165

Employment Address                                   1658 Bayou Road + farmland within a 15
                                                                  mile radius

Employment Info

City                                                               Cheneyville

State                                                             LOUISIANA

Postal Code                                                  71325

County                                                          RAPIDES

Additional Place of Employment Information    H.E. Harper Farms

Confidential                                        SCSCGA-037027

| | |
|---|---|
| Name of Agricultural Business* | South Central Sugar Cane Growers' Association, Inc. |
| Begin Date | |
| End Date | |
| Total Workers | 165 |
| Employment Address | 100 Munson Road + farmland within a 5 mile radius |
| Employment Info | |
| City | Cheneyville |
| State | LOUISIANA |
| Postal Code | 71325 |
| County | RAPIDES |
| Additional Place of Employment Information | Corley Farms |

| | |
|---|---|
| Name of Agricultural Business* | South Central Sugar Cane Growers' Association, Inc. |
| Begin Date | |
| End Date | |
| Total Workers | 165 |
| Employment Address | 10404 Highway 71 South + farmland within a 20 mile radius |
| Employment Info | |
| City | Cheneyville |
| State | LOUISIANA |
| Postal Code | 71325 |

Confidential    SCSCGA-037028

County                                                      RAPIDES

Additional Place of Employment Information    Lone Pine Farms

Name of Agricultural Business*                 **South Central Sugar Cane Growers'
                                               Association, Inc.**

Begin Date

End Date

Total Workers                                  **165**

Employment Address                             **4619 Little Valley Plantation Road +
                                               farmland within a 47 mile radius**

Employment Info

City                                           **Jeanerette**

State                                          **LOUISIANA**

Postal Code                                    **70544**

County                                         **IBERIA**

Additional Place of Employment Information     **Patout Brothers, Little Valley**

Name of Agricultural Business*                 **South Central Sugar Cane Growers'
                                               Association, Inc.**

Begin Date

End Date

Total Workers                                  **165**

Employment Address                             **4310 Daspit Road, Lot 1 + farmland within a
                                               16 mile radius**

Employment Info

City                                           **New Iberia**

Confidential                                 SCSCGA-037029

| | |
|---|---|
| State | **LOUISIANA** |
| Postal Code | **70563** |
| County | **IBERIA** |
| Additional Place of Employment Information | **Andre Brothers, LLC** |

| | |
|---|---|
| Name of Agricultural Business* | **South Central Sugar Cane Growers' Association, Inc.** |
| Begin Date | |
| End Date | |
| Total Workers | **165** |
| Employment Address | **4619 Little Valley Plantation Road + farmland within a 25 mile radius** |
| Employment Info | |
| City | **Jeanerette** |
| State | **LOUISIANA** |
| Postal Code | **70544** |
| County | **IBERIA** |
| Additional Place of Employment Information | **Cypremort Planting Company** |

| | |
|---|---|
| Name of Agricultural Business* | **South Central Sugar Cane Growers' Association, Inc.** |
| Begin Date | |
| End Date | |
| Total Workers | **165** |
| Employment Address | **603 Fortune Road + farmland within a 20 mile radius** |

Confidential    SCSCGA-037030

Employment Info

City                                                    **Youngsville**

State                                                   **LOUISIANA**

Postal Code                                             **70592**

County                                                  **LAFAYETTE**

Additional Place of Employment Information              **Bruno Habetz, Jr.**

Name of Agricultural Business*                          **South Central Sugar Cane Growers'
                                                        Association, Inc.**

Begin Date

End Date

Total Workers                                           **165**

Employment Address                                      **10404 Highway 71 South + farmland within
                                                        a 20 mile radius**

Employment Info

City                                                    **Cheneyville**

State                                                   **LOUISIANA**

Postal Code                                             **71325**

County                                                  **RAPIDES**

Additional Place of Employment Information              **Chris Lyles**

Name of Agricultural Business*                          **South Central Sugar Cane Growers'
                                                        Association, Inc.**

Begin Date

End Date

Confidential                              SCSCGA-037031

| | |
|---|---|
| Total Workers | **165** |
| Employment Address | **9980 Highway 71 South + farmland within a 20 mile radius** |
| Employment Info | |
| City | **Cheneyville** |
| State | **LOUISIANA** |
| Postal Code | **71325** |
| County | **RAPIDES** |
| Additional Place of Employment Information | **Jonathon Allen** |

| | |
|---|---|
| Name of Agricultural Business* | **South Central Sugar Cane Growers' Association, Inc.** |
| Begin Date | |
| End Date | |
| Total Workers | 165 |
| Employment Address | **2008 Water Street + farmland within a 15 mile radius** |
| Employment Info | |
| City | **Lecompte** |
| State | **LOUISIANA** |
| Postal Code | **71346** |
| County | **RAPIDES** |
| Additional Place of Employment Information | **Scott Corley** |

| | |
|---|---|
| Name of Agricultural Business* | **South Central Sugar Cane Growers' Association, Inc.** |

SCSCGA-037032

Begin Date

End Date

Total Workers                                    **165**

Employment Address                               **9980 Highway 71 South + farmland within a
                                                 20 mile radius**

Employment Info

City                                             **Cheneyville**

State                                            **LOUISIANA**

Postal Code                                      **71325**

County                                           **RAPIDES**

Additional Place of Employment Information   **Allen Farms**

---

Name of Agricultural Business*                   **South Central Sugar Cane Growers'
                                                 Association, Inc.**

Begin Date

End Date

Total Workers                                    165

Employment Address                               **4304 Daspit Road + farmland within a 15
                                                 mile radius**

Employment Info

City                                             **New Iberia**

State                                            **LOUISIANA**

Postal Code                                      **70563**

County                                           **IBERIA**

Additional Place of Employment Information   **Blaine Tauzin Farms, LLC**

Confidential                                     SCSCGA-037033

| | |
|---|---|
| Name of Agricultural Business* | **South Central Sugar Cane Growers' Association, Inc.** |
| Begin Date | |
| End Date | |
| Total Workers | **165** |
| Employment Address | **112 Watercrest Lane + farmland within an 8 mile radius** |
| Employment Info | |
| City | **Delcambre** |
| State | **LOUISIANA** |
| Postal Code | **70528** |
| County | **IBERIA** |
| Additional Place of Employment Information | **Caymen Crappell** |

| | |
|---|---|
| Name of Agricultural Business* | **South Central Sugar Cane Growers' Association, Inc.** |
| Begin Date | |
| End Date | |
| Total Workers | **165** |
| Employment Address | **4304 Daspit Road + farmland within a 20 mile radius** |
| Employment Info | |
| City | **New Iberia** |
| State | **LOUISIANA** |
| Postal Code | **70563** |

SCSCGA-037034

| County | IBERIA |
| --- | --- |
| Additional Place of Employment Information | MMA Farms |

| Name of Agricultural Business* | South Central Sugar Cane Growers' Association, Inc. |
| --- | --- |
| Begin Date | |
| End Date | |
| Total Workers | 165 |
| Employment Address | 3105 Anandale Road + farmland within an 18 mile radius |
| Employment Info | |
| City | Alexandria |
| State | LOUISIANA |
| Postal Code | 71301 |
| County | RAPIDES |
| Additional Place of Employment Information | Douglas Farms |

| Name of Agricultural Business* | South Central Sugar Cane Growers' Association, Inc. |
| --- | --- |
| Begin Date | |
| End Date | |
| Total Workers | 165 |
| Employment Address | 6007 Sugar Oaks Road |
| Employment Info | |
| City | New Iberia |

Confidential                                                    SCSCGA-037035

| | |
|---|---|
| State | **LOUISIANA** |
| Postal Code | **70563** |
| County | **IBERIA** |
| Additional Place of Employment Information | **Roy Degeyter Farms** |

## ADD B: Addendum B - Additional Housing Location ⌄

| | |
|---|---|
| Type of Housing | **Frame House** |
| Total Units | **1** |
| Total Occupancy | **23** |
| Address/Location* | **668 Irish Bend Road** |
| Housing Info | |
| City | **Franklin** |
| State | **LOUISIANA** |
| Postal Code | **70538** |
| County | **ST MARY** |
| Additional Housing Information | **Directions: From Hwy 90, take exit 3211 North, turn left on Hwy 3211, 1 mile, turn right on Hwy 182, 1 mile, turn left on Irish Bend Road, 1/2 mile location is on the right.** |
| Applicable Housing Standards | **local state federal** |
| Type of Housing | **Frame House** |
| Total Units | **1** |
| Total Occupancy | **14** |

Confidential                                    SCSCGA-037036

| | |
|---|---|
| Address/Location* | **6994 Jefferson** |
| Housing Info | |
| City | **Maurice** |
| State | **LOUISIANA** |
| Postal Code | **70555** |
| County | **VERMILION** |
| Applicable Housing Standards | **local state federal** |

| | |
|---|---|
| Type of Housing | **Mobile Home** |
| Total Units | **1** |
| Total Occupancy | **10** |
| Address/Location* | **1014 A Highway 71 South** |
| Housing Info | |
| City | **Cheneyville** |
| State | **LOUISIANA** |
| Postal Code | **71325** |
| County | **RAPIDES** |
| Applicable Housing Standards | **local state federal** |

| | |
|---|---|
| Type of Housing | **Mobile Home** |
| Total Units | **1** |
| Total Occupancy | **10** |
| Address/Location* | **1403 Sydney Blanchard Road** |

SCSCGA-037037

Housing Info

| | |
|---|---|
| City | **Loreauville** |
| State | **LOUISIANA** |
| Postal Code | **70552** |
| County | **IBERIA** |
| Applicable Housing Standards | **local state federal** |

## ADD C: Addendum C – Material Terms and Conditions of the Job Offer    ⌄

Addendum C. Material Terms and Conditions. Use the table below to enter the details of each additional material terms and conditions of the job order, when applicable.

| | |
|---|---|
| Section/Item Number and Category of Material Term or Condition | **Inbound/Outbound Transportation** |
| Details of Material Term or Condition | **El empleador o el empleador pagará al trabajador el transporte y las dietas correspondientes por los costos razonables en que haya incurrido (ya sea el pago anticipado o el reembolso) a no menos de los gastos de transporte más económicos y razonables del transportista común por las distancias que haya que recorrer. Los modos de transporte se conocerán e identificarán en una fecha posterior como autobús o avión.** |
| Section/Item Number and Category of Material Term or Condition | **Daily Transportation** |
| Details of Material Term or Condition | **En el caso de los trabajadores a los que se proporciona vivienda, se proporcionará transporte sin costo para el trabajador entre la vivienda y el lugar de trabajo. El transporte proporcionado será de acuerdo con las leyes y regulaciones aplicables. Los modos de transporte serán un camión agrícola u otro vehículo agrícola.** |

    SCSCGA-037038

SWA: State Workforce Agency (SWA) Selection

1. State                                   **LOUISIANA**