

R. GONSOULIN - 30(b)(6)
04/09/2026

**Exhibit 41**

Wendy L. Figueroa

**From:** Ricky Gonsoulin <rickygonsoulin@gmail.com>
**To:** Karen Hand <Karen@afdees.com>
**Cc:** Tim S <Tsoileau@sterlingsugars.com>, Kimberly Broussard <kbroussard@sterlingsugars.com>, "Patout, Rivers" <rpatout@sterlingsugars.com>, JAMIE STERLING <jrobison@sterlingsugars.com>
**Subject:** Fwd: FW: Message from "RNP002673E83092"
**Date:** Thu, 08 Jun 2023 10:44:08 -0500
**Importance:** Normal
**Attachments:** 20230601153703284.pdf

---

KAREN
Attached is the requested information  per your request. If you have any questions.
Ricky Gonsoulin

---------- Forwarded message ---------
From: **Jaime Robison** <jrobison@sterlingsugars.com>
Date: Thu, Jun 1, 2023 at 3:34 PM
Subject: FW: Message from "RNP002673E83092"
To: Ricky Gonsoulin (Work) <rickygonsoulin@gmail.com>


Ricky please forward to Karen Hand . Also have her add M. A. Patout & Sons and Raceland Raw Sugars back to the worksites. Now as for the pdf attached the totals in red is the totals of people we need to apply for . If you have any questions after you review it, please call me before you send it Thanks!

-----Original Message-----
From: sterlingsugarcanner@gmail.com <sterlingsugarcanner@gmail.com>
Sent: Thursday, June 1, 2023 2:37 PM
To: Jaime Robison <jrobison@sterlingsugars.com>
Subject: Message from "RNP002673E83092"

This E-mail was sent from "RNP002673E83092" (MP C3004ex).

Scan Date: 06.01.2023 15:37:03 (-0400)
Queries to: sterlingsugarcanner@gmail.com

| BRING IN ON VISAS | | APPLY FOR |
| --- | --- | --- |
| AG OPERATORS | 42 | 52 |
| DISPATCHERS | 2 | 3 |
| COOKS | 4 | 5 |
| CHAUFFEURS | 6 | 8 |
| TRUCK DRIVERS | 113 | 130 |
| TOTAL WORKERS | 167 | 198 |

Confidential

SCSCGA-078446