

R. GONSOULIN - 30(b)(6)
04/09/2026

**Exhibit 42**

Wendy L. Figueroa

**From:** Jaime Robison <jrobison@sterlingsugars.com>

**To:** "Ricky Gonsoulin (Work)" <rickygonsoulin@gmail.com>

**Cc:** Tim Soileau <tsoileau@sterlingsugars.com>, Kimberly Broussard <kbroussard@sterlingsugars.com>, Roddy Patout <rrpatout@sterlingsugars.com>

**Subject:** FW: Message from "RNP002673E83092"

**Date:** Mon, 12 Jun 2023 14:33:19 -0500

**Importance:** Normal

**Attachments:** 20230612141611194.pdf

---

Ricky ,please forward this PDF to Karen Hand . Please let her know that everything else that was sent to us was reviewed and is good to go .Thanks Jaime!

-----Original Message-----
From: sterlingsugarcanner@gmail.com <sterlingsugarcanner@gmail.com>
Sent: Monday, June 12, 2023 1:16 PM
To: Jaime Robison <jrobison@sterlingsugars.com>
Subject: Message from "RNP002673E83092"

This E-mail was sent from "RNP002673E83092" (MP C3004ex).

Scan Date: 06.12.2023 14:16:11 (-0400)
Queries to: sterlingsugarcanner@gmail.com

Confidential                                                                                 SCSCGA-061591

| GROWERS | TRUCK DRIVERS | AG.WORKERS | CHAUFFEURS |
|---|---|---|---|
| ACCARDO | 4 | | |
| FREYOU | 4 | | |
| GONSOULIN | 4 | | |
| TED BROUSSARD | 4 | 2 | |
| NORTHSIDE | 4 | 2 | |
| B & B PLANTING | 4 | 2 | |
| TRIANGLE | 4 | | |
| JAIME SEGURA | 4 | 2 | |
| 71 PLANTATION | 6 | | |
| K & M | 6 | | |
| NICKIE | 6 | | |
| ROY DEGEYTER/ROD. BROS./AL LANIE | 4 | | |
| A & M | 4 | | |
| PEC | 6 | | |
| HARPER | 6 | | |
| DEWEY DOMINQUE | 4 | 3 | 2 |
| PHILLIP DOMINQUE | 4 | 3 | |
| TYLERR DOMINQUE | 4 | 3 | |
| ULYESSE GONSOULIN & SON | 4 | 2 | |
| BEAU DOUGLAS | 4 | 3 | 2 |
| STEVE HALBERT | 4 | 3 | |
| ADAM HALBERT | 4 | 3 | |
| SCOTT CORLEY | 4 | 3 | |
| HENRY CORLEY | 4 | 3 | 2 |
| EDWARD BEAVER | 4 | 3 | |
| LEJEUNE BROTHERS | 4 | 3 | |
| LOREAVILLE HARVESTING | 4 | 3 | |
| HMC FARMS | 4 | 3 | 2 |
| RAYMOND HEBERT | 4 | 3 | |
| CIRCLE L FARMS | 4 | 3 | |
| TOTAL | 130 | 52 | 8 |

SCSCGA-061592