

R. GONSOULIN - 30(b)(6)
04/09/2026

**Exhibit 43**

Wendy L. Figueroa

**From:** Tim Soileau <tsoileau@sterlingsugars.com>

**To:** "Ricky Gonsoulin (Work)" <rickygonsoulin@gmail.com>

**Cc:** Jaime Robison <jrobison@sterlingsugars.com>, Roddy Patout <rrpatout@sterlingsugars.com>, Kellie Jackson <kjackson@sterlingsugars.com>

**Subject:** H2A Job Orders for 2024

**Date:** Fri, 07 Jun 2024 13:46:07 -0500

**Importance:** Normal

---

Ricky,

Of the five (5) emails from Karen Hand, the only change will be to the Heavy and Tractor Trailer Truck Driver job order.  In 2023 we applied for 130 Heavy and Tractor Trailer Truck Drivers.  This year, we want to apply for 135.

Note:  You can't just reply to Karen in one email.  You have to reply to each of the five emails, with the only change being the one for the Truck Drivers.

Please confirm receipt of this email for my records by replying to all.


Regards,

Tim Soileau
Sterling Sugars, LLC
337-828-0620
tsoileau@sterlingsugars.com