

R. GONSOULIN - 30(b)(6)
04/09/2026

**Exhibit 44**

Wendy L. Figueroa

**From:** Jaime Robison <jrobison@sterlingsugars.com>

**To:** Ricky Gonsoulin <rickygonsoulin@gmail.com>

**Cc:** Desiree Lange <dlange@sterlingsugars.com>, Kellie Jackson <kjackson@sterlingsugars.com>, Tim Soileau <tsoileau@sterlingsugars.com>, Roddy Patout <rrpatout@sterlingsugars.com>

**Subject:** RE: SCLSCGA number of workers needed for Grinding 2024-2025

**Date:** Tue, 23 Jul 2024 09:57:30 -0500

**Importance:** Normal

**Inline-Images:** image001.jpg

---

This is what we are requesting:Chauffeurs-6, Drivers-130, Dispatchers-2, Cooks-4, Ag. Workers-48, which totals 190 visas. As far as a list of people everyone that was here at SCSCA last year is welcome back this year with the exception of the ones that are on the do not return list.

---

**From:** Ricky Gonsoulin <rickygonsoulin@gmail.com>
**Sent:** Tuesday, July 23, 2024 9:43 AM
**To:** Desiree Lange <dlange@sterlingsugars.com>; Jaime Robison <jrobison@sterlingsugars.com>; Kellie Jackson <kjackson@sterlingsugars.com>; Rivers Patout <rpatout@sterlingsugars.com>; Roddy Patout <rrpatout@sterlingsugars.com>; Tim Soileau <tsoileau@sterlingsugars.com>
**Subject:** Fwd: SCLSCGA number of workers needed for Grinding 2024-2025

Please provide me with the exact number of Visa we need appointments for at each position. I need to forward this information to Great labor for processing

Ricky Gonsoulin
New Iberia Mayor Pro Temp
407 Terrell Court
New Iberia , La 70563
337 319 7515
rickygonsoulin@gmail.com

---------- Forwarded message ---------
From: **Great Labor** <work@greatlabor.com>
Date: Tue, Jul 23, 2024 at 9:36 AM
Subject: SCLSCGA number of workers needed for Grinding 2024-2025
To: rickygonsoulin@gmail.com <rickygonsoulin@gmail.com>
CC: Great Labor <work@greatlabor.com>

Ricky,

Good Morning, Can you please provide us with the number of workers that are going to be needed for each position and a list of preferred workers (if possible). We need to start making a plan here for this season.

Best Regards,
**John Dees**
I will never ask you to wire money to me or Great Labor for services.

    SCSCGA-061763



[Great Labor, LLC](#)
[517 Broad St., Lake Charles, LA 70601](#)
**Summer Office Hours: Monday-Thursday** 8:00AM–5:00 PM **/ Friday** 8:00AM–12:00 PM (CT) **T:** +1-337-802-7673 **E**:
[work@greatlabor.com](mailto:work@greatlabor.com) / [john@greatlabor.com](mailto:john@greatlabor.com)
For any questions, please call or reply to this email.
*Great Labor, LLC does not request/accept ACH or Wire Transfers for services provided..

CONFIDENTIALITY STATEMENT
This electronic message contains information from Great Labor, LLC and is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify us immediately by telephone at (337) 802-7673.

SCSCGA-061764