

R. GONSOULIN - 30(b)(6)
04/09/2026

**Exhibit 46**

Wendy L. Figueroa

**From:** "rickygonsoulin@gmail.com" <rickygonsoulin@gmail.com>

**To:** "John Dees" <work@greatlabor.com>, "Ashley Foret Dees" <adees@bal.com>, "Annette Garcia" <annette@greatlabor.com>

**Subject:** Fw: 2025 Season; South Central Sugar Cane Growers' Association; AG EQUIPMENT OPERATORS & HEAVY TRACTOR TRUCK DRIVERS

**Date:** Sat, 02 Aug 2025 10:15:49 -0500

**Importance:** Normal

**Inline-Images:** image001.jpg

---

RICKY GONSOULIN
MAYOR PRO TEMP
CITY OF NEW IBERIA
rickygonsoulin@gmail.com
337 319 7515 Yahoo Mail for iPhone

Begin forwarded message:

On Saturday, August 2, 2025, 10:12 AM, rickygonsoulin@gmail.com wrote:

All,

Please acknowledge receipt of this email. Contact Ricky Gonsoulin at rickygonsoulin@gmail.com or 337-319-7515 with any questions.

Begin forwarded message:

On Saturday, August 2, 2025, 10:06 AM, Tim Soileau <tsoileau@sterlingsugars.com> wrote:

Ricky,
Below are the exact numbers we want on the ground at Sterling for each contract.  Please forward this email to Annette Garcia and copy all of us here at Sterling.

We want the following workers to arrive at Sterling Sugars between September 19 – 22.  Please confirm.

| | |
|---|---|
| TRUCK DRIVERS | 141 |
| AG WORKERS | 47 |
| CHAUFFERS | 6 |
| COOKS | 4 |
| DISPATCHERS | 2 |

Tim Soileau
Sterling Sugars, LLC
337-828-0620
tsoileau@sterlingsugars.com

Confidential

**From:** rickygonsoulin@gmail.com <rickygonsoulin@gmail.com>
**Sent:** Wednesday, July 30, 2025 12:51 PM
**To:** Desiree Lange <dlange@sterlingsugars.com>; Kellie Jackson <kjackson@sterlingsugars.com>; Jaime Robison <jrobison@sterlingsugars.com>; Tim Soileau <tsoileau@sterlingsugars.com>; Roddy Patout <rrpatout@sterlingsugars.com>
**Subject:** Fw: 2025 Season; South Central Sugar Cane Growers' Association; AG EQUIPMENT OPERATORS & HEAVY TRACTOR TRUCK DRIVERS

For Full Review


RICKY GONSOULIN
MAYOR PRO TEMP
CITY OF NEW IBERIA
rickygonsoulin@gmail.com
337 319 7515 Yahoo Mail for iPhone

Begin forwarded message:

On Wednesday, July 30, 2025, 11:23 AM, Great Labor <work@greatlabor.com> wrote:

Good morning Mr. Gonsoulin,

I hope this email finds you well.

In preparation for this upcoming season, please confirm if the 2024 Heavy Tractor Truck Drivers and Ag Equipment Operator workers have been selected to return again this year.
Should there be any changes to the selection, please advise at your earliest convenience.
Once confirmed, we can begin preparing for the consulate process. Do you have an approximate date in mind for September appointments?

Additionally, we will have an update during these upcoming weeks on recruitment needing to be filled for the following positions:
Ag Equipment 41 processed 2024, will need additional **15-17**
Truck Drivers 129 processed 2024, will need additional **11-13**

Looking forward to an excellent season!


Thank you!
 Best Regards,
**Annette Garcia**

Confidential

SCSCGA-104794



Great Labor, LLC
500 Broad St., Lake Charles, LA 70601
**Office Hours: Monday-Friday** 8:00AM–5:00 PM  (CT) **T:** +1-337-499-1871 **E:** annette@greatlabor.com
For any questions, please call or reply to this email.
*Great Labor, LLC does not request/accept ACH or Wire Transfers for services provided..

CONFIDENTIALITY STATEMENT
This electronic message contains information from Great Labor, LLC and is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify us immediately by telephone at (337) 802-7673.

SCSCGA-104795