

R. GONSOULIN - 30(b)(6)
04/09/2026

**Exhibit 54**

Wendy L. Figueroa

**From:** Randy Romero <rromero@mapatout.com>

**To:** Chad Crochet <CCrochet@mapatout.com>, Rivers Patout <rpatout@sterlingsugars.com>, Roddy Patout <rrpatout@sterlingsugars.com>, Jaime Robison <jrobison@sterlingsugars.com>, "Dan Duplantis, Jr" <DDuplantisJr@racelandrawsugar.com>, Craig Degravelle <cdegravelle@racelandrawsugar.com>, Tim Soileau <tsoileau@sterlingsugars.com>, "Brady Judice (Bcjudice@yahoo.com)" <Bcjudice@yahoo.com>, Keith Crochet <kcrochet@mapatout.com>

**Cc:** Lance Weber <lweber@mapatout.com>, Sandor Garcia Prieto <sgarcia@mapatout.com>

**Subject:** H2A Labor

**Date:** Tue, 02 Jul 2024 13:37:37 -0500

**Importance:** Normal

---

Guys after some discussion with Chad it seems as we start the labor recruitment process we need to be aware of new h2a hires that are being offered by Jose Santos.  He is offering fill-ins for positions with some workers that have been terminated or rejected from one of our other mills. It was discussed in the pass that we share list.  I believe its in our best interest that we share the NO RETURN LIST to avoid unwanted workers.  Thanks Randy

Randall K. Romero
Chief Executive Officer
M. A. Patout & Son Limited, LLC
3512 J. Patout Burns Road
Jeanerette, Louisiana  70544
Mobile:    337.519.3686
Office:     337.276.4592
Fax:         337.276.4247
Email:      rromero@mapatout.com