

R. GONSOULIN - 30(b)(6)
04/09/2026

**Exhibit 56**

Wendy L. Figueroa

**From:** "Jaime Robison" <jrobison@sterlingsugars.com>

**To:** "Ricky Gonsoulin" <rickygonsoulin@gmail.com>

**Cc:** "Tim Soileau" <tsoileau@sterlingsugars.com>, "Roddy Patout" <rrpatout@sterlingsugars.com>, "Desiree Lange" <dlange@sterlingsugars.com>, "Kellie Jackson" <kjackson@sterlingsugars.com>

**Subject:** RE: SCLSCGA number of workers needed for Grinding 2024-2025

**Date:** Thu, 22 Aug 2024 13:14:09 -0500

**Importance:** Normal

**Inline-Images:** image001.jpg

---

Ricky, he is to stay  as a tractor driver.

---

**From:** Ricky Gonsoulin <rickygonsoulin@gmail.com>
**Sent:** Thursday, August 22, 2024 1:02 PM
**To:** Jaime Robison <jrobison@sterlingsugars.com>; Rivers Patout <rpatout@sterlingsugars.com>; Tim Soileau <tsoileau@sterlingsugars.com>; Desiree Lange <dlange@sterlingsugars.com>; Roddy Patout <rrpatout@sterlingsugars.com>; Kellie Jackson <kjackson@sterlingsugars.com>
**Subject:** Fwd: SCLSCGA number of workers needed for Grinding 2024-2025

Ricky Gonsoulin
New Iberia Mayor Pro Temp
407 Terrell Court
New Iberia , La 70563
337 319 7515
rickygonsoulin@gmail.com

---------- Forwarded message ---------
From: **Great Labor** <work@greatlabor.com>
Date: Thu, Aug 22, 2024 at 11:22 AM
Subject: Re: SCLSCGA number of workers needed for Grinding 2024-2025
To: Ricky Gonsoulin <rickygonsoulin@gmail.com>
CC: Great Labor <work@greatlabor.com>, John Dees <john@greatlabor.com>, Annette Garcia <annette@greatlabor.com>, Maria Russell <maria@greatlabor.com>

Good morning Mr. Gonsoulin,

For SCSCGA Truck Drivers  IOE8682268890, we have received a request from Saul Gonzalez Vazquez.

Last season he was swapped from Truck Drivers to Ag Equipment Operators (Tractor Drivers), and is requesting if it is possible to return back to Truck Driver this year, as he has 5 years prior experience in this position.

Please confirm if you approve this request.

Thank you!
 Best Regards,
*Annette Garcia*

Confidential                    SCSCGA-038924



[Great Labor, LLC](#)
[517 Broad St., Lake Charles, LA 70601](#)
**Office Hours: Monday-Friday** 8:00AM–5:00 PM  (CT) **T:** +1-337-499-1871 **E:** [annette@greatlabor.com](#)
For any questions, please call or reply to this email.
*Great Labor, LLC does not request/accept ACH or Wire Transfers for services provided..

CONFIDENTIALITY STATEMENT
This electronic message contains information from Great Labor, LLC and is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify us immediately by telephone at (337) 802-7673.

**From:** Ricky Gonsoulin <[rickygonsoulin@gmail.com](#)>
**Sent:** Tuesday, July 23, 2024 9:41 AM
**To:** Great Labor <[work@greatlabor.com](#)>
**Subject:** Re: SCLSCGA number of workers needed for Grinding 2024-2025

Yes absolutely will get that to you shortly.

Ricky Gonsoulin
New Iberia Mayor Pro Temp
[407 Terrell Court](#)
[New Iberia , La 70563](#)
337 319 7515
[rickygonsoulin@gmail.com](#)

On Tue, Jul 23, 2024 at 9:36 AM Great Labor <[work@greatlabor.com](#)> wrote:

> Ricky,
>
> Good Morning, Can you please provide us with the number of workers that are going to be needed for each position and a list of preferred workers (if possible). We need to start making a plan here for this season.
>
> Best Regards,
> **John Dees**
> I will never ask you to wire money to me or Great Labor for services.

SCSCGA-038925



Great Labor, LLC
517 Broad St., Lake Charles, LA 70601
**Summer Office Hours: Monday-Thursday** 8:00AM–5:00 PM / **Friday** 8:00AM–12:00 PM (CT) **T:** +1-337-802-7673 **E:** work@greatlabor.com / john@greatlabor.com
For any questions, please call or reply to this email.
*Great Labor, LLC does not request/accept ACH or Wire Transfers for services provided..

CONFIDENTIALITY STATEMENT
This electronic message contains information from Great Labor, LLC and is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify us immediately by telephone at (337) 802-7673.

Confidential                                                                                                                    SCSCGA-038926