

R. GONSOULIN - 30(b)(6)
04/09/2026

**Exhibit 57**

Wendy L. Figueroa

**From:** "RICKY GONSOULIN" <rickygonsoulin@gmail.com>
**To:** "John Dees" <work@greatlabor.com>
**Subject:** Labor Request not needed
**Date:** Tue, 22 Oct 2024 14:04:55 -0500
**Importance:** Normal
**Attachments:** 20241022133729645.pdf

---

For your review


RICKY GONSOULIN
MAYOR PRO TEMP
CITY OF NEW IBERIA
rickygonsoulin@gmail.com
337 319 7515 Yahoo Mail for iPhone


Begin forwarded message:

On Tuesday, October 22, 2024, 1:35 PM, Jaime Robison <jrobison@sterlingsugars.com> wrote:

Ricky, please forward to Great labor, John these 3 workers that are awaiting Admin processing in Mexico will not be needed here at SCSCGA this season. We have enough employees for this crop season. But we can revisit them for next year's season. Thanks!

-----Original Message-----
From: sterlingsugarcanner@gmail.com <sterlingsugarcanner@gmail.com>
Sent: Tuesday, October 22, 2024 12:37 PM
To: Jaime Robison <jrobison@sterlingsugars.com>
Subject: Message from "RNP002673E83092"

This E-mail was sent from "RNP002673E83092" (MP C3004ex).

Scan Date: 10.22.2024 13:37:29 (-0400)
Queries to: sterlingsugarcanner@gmail.com

Confidential

SCSCGA-105130

## Kellie Jackson

| | |
|---|---|
| **From:** | rickygonsoulin@gmail.com |
| **Sent:** | Monday, October 7, 2024 10:00 AM |
| **To:** | Desiree Lange; Tim Soileau; Jaime Robison; Roddy Patout; Rivers Patout; Kellie Jackson |
| **Subject:** | Fw: UPDATE; South Central Truck Driver; Consular Appointment Confirmation; (1) 09OCT2024 MTRY 6AM |
| **Attachments:** | Outlook-vb0ftag1; Outlook-5rhvgwzw; Outlook-vda2dtha |

Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Monday, October 7, 2024, 9:46 AM, Great Labor <work@greatlabor.com> wrote:

Good morning Mr. Gonsoulin,

Here is an update for South Central Trucks Drivers & Ag Equipment Operators.

**The following name did not process: Ag Equipment Operators**
Antonio Vazquez Ibarra

**The following names are processing instead: Ag Equipment Operators**
Enrique Oziel Terrazas Geraldo
Luis Eulalio Mendivil Moroyoqui

**The following name was in Admin Processing and arrived this weekend: Ag Equipment Operators**
Rosario Efrain Robles Ruiz

**The following names are currently in Admin Processing:**
**Truck Drivers**
Jose Guadalupe Martinez Rodriguez
Julian Hector Terrazas Gamez

**Ag Equipment Operators**
Jesus Tomas Nolasco Valenzuela

Thank you!
 Best Regards,
**Annette Garcia**

1

Confidential

SCSCGA-105131