R. GONSOULIN - 30(b)(6)
04/09/2026

**Exhibit 58**

Sasha S. Brooks

**From:** "Desiree Lange" <dlange@sterlingsugars.com>
**To:** "Conley, Lauren" <lauren.conley@hancockwhitney.com>
**Date:** Tue, 23 Sep 2025 14:27:53 -0500
**Importance:** Normal

---

Good afternoon Lauren.  Jaime Robison (ss ending in 7559) will be coming by the bank to cash check no. 1701, drawn on the account of South Central Sugar Cane Growers' Association.  The check is in the amount of $17,700.00.

This check represents advances given to 177 H2A employees upon their arrival at Sterling.  If possible, could we have all $100 bills???

Should you have any questions or need additional information, please let me know.

Thanks,

## Desiree' B. Lange
**Administrative Assistant**

**Sterling Sugars, LLC**
**611 Irish Bend Road**
**Franklin, LA 70538**

**Direct Line:  (337) 595-6180**
**Office Line:  (337) 828-0620**
**Fax:  (337) 828-1757**

Confidential