R. ROMERO - VOL. II
04.20.2026

**Exhibit 88**

AHUVA GOLDBERGER

**From:** Randy Romero <rromero@mapatout.com>

**To:** Jim Glorioso <JGlorioso@racelandrawsugar.com>

**Cc:** "Dan Duplantis, Jr" <DDuplantisJr@racelandrawsugar.com>, Ashlee Gary <agary@MAPATOUT.COM>

**Subject:** RE: Credit Card

**Date:** Fri, 06 May 2022 15:37:02 -0500

**Importance:** Normal

**Attachments:** DOC659.pdf

---

Jim see attached.  I ask as I discussed with Ashlee that one card be issued in the name of each Association in the name of the treasurer.  Thanks Randy

Randall K. Romero
Chief Executive Officer
M. A. Patout & Son Limited, LLC
3512 J. Patout Burns Road
Jeanerette, Louisiana  70544
Mobile:    337.519.3686
Office:     337.276.4692
Fax:        337.276.4247
Email:       rromero@mapatout.com

---

**From:** Jim Glorioso <JGlorioso@racelandrawsugar.com>
**Sent:** Friday, May 6, 2022 11:03 AM
**To:** Randy Romero <rromero@mapatout.com>
**Cc:** Dan Duplantis, Jr <DDuplantisJr@racelandrawsugar.com>; Ashlee Gary <agary@MAPATOUT.COM>
**Subject:** Credit Card

Randy
We need to get a credit card for SLSCGA in order to get the
permits from state to haul up to 100,000 lbs.
Raceland will set up a $20,000.00 saving account as collateral for South Louisiana
Sugar Cane Growers' Association's credit card.
Attached is Hancock Whitney security agreement which we need you to
sign and email the signature page back to me.
Best

Jim Glorioso, C.P.A.

Controller

Raceland Raw Sugar, L.L.C.

P.O. Box 159

Raceland, LA 70394

Phone:  (985) 537-3533

Fax:  (985) 537-7779

                                         SCSCGA-101009

Email: jglorioso@racelandrawsugar.com

---

**From:** relay@superiorbr.com <relay@superiorbr.com>
**Sent:** Friday, May 6, 2022 10:41 AM
**To:** Jim Glorioso <JGlorioso@racelandrawsugar.com>
**Subject:** Xerox Scan


Please open the attached document.

Confidential                    SCSCGA-101010

Assignment of Deposit Account to
Secure Business Credit Card Accounts

BY SIGNING BELOW, GRANTOR AND BORROWER HEREBY STIPULATE AND AGREE THAT GRANTOR IS GRANTING A SECURITY INTEREST IN THE COLLATERAL DESCRIBED HEREIN AS SECURITY FOR THE OBLIGATIONS AS DESCRIBED HEREIN, INCLUDING, WITHOUT LIMITATION, FOR BORROWER'S OBLIGATIONS ARISING FROM BANK'S ISSUANCE OF A BANK CREDIT CARD TO BORROWER IN BORROWER'S NAME AND THAT WITHOUT SUCH SECURITY INTEREST BANK WOULD BE UNWILLING TO ISSUE SUCH CREDIT CARD TO BORROWER.


BORROWER AND GRANTOR ACKNOWLEDGE HAVING READ ALL THE PROVISIONS OF THIS ASSIGNMENT OF DEPOSIT ACCOUNT AND AGREE TO ITS TERMS.

CAUTION -- IT IS IMPORTANT THAT YOU THOROUGHLY READ THE CONTRACT BEFORE YOU SIGN IT.



GRANTOR/BORROWER

RACELAND RAW SUGAR, L.L.C.                          SOUTH LOUISIANA SUGAR CANE GROWERS' ASSOCIATION

BY:                                                BY:
Randall K. Romero, CEO Raceland Raw Sugar, L.L.C.          TREASURER

HANCOCK WHITNEY BANK
BY:                                                ITS:

5

Confidential                                                  SCSCGA-101011