R. ROMERO - VOL. II
04.20.2026
**Exhibit 91**
AHUVA GOLDBERGER

**From:** Randy Romero <rromero@mapatout.com>

**To:** rglaubrecht <rglaubrecht@classicnet.net>, "adamhalbert25@gmail.com" <adamhalbert25@gmail.com>, "bardbarfarmsllc@gmail.com" <bardbarfarmsllc@gmail.com>, "bardbarfarmsllc@gmail.com" <bardbarfarmsllc@gmail.com>, "bbfarms21@gmail.com" <bbfarms21@gmail.com>, "Beau Douglas (douglasfarms@aol.com)" <douglasfarms@aol.com>, "bjlcdl@bellsouth.net" <bjlcdl@bellsouth.net>, "boubba12@aol.com" <boubba12@aol.com>, "brandonmalbert.bma@gmail.com" <brandonmalbert.bma@gmail.com>, "bsimon2960@yahoo.com" <bsimon2960@yahoo.com>, "bsimon2960@yahoo.com" <bsimon2960@yahoo.com>, "buddyoubrefarms@gmail.com" <buddyoubrefarms@gmail.com>, "calebduplechain@yahoo.com" <calebduplechain@yahoo.com>, "charley.steen@cox.net" <charley.steen@cox.net>, "Clint Freyou (cajunsugarman@netzero.com)" <cajunsugarman@netzero.com>, "coreylandry@live.com" <coreylandry@live.com>, "craigahebert@gmail.com" <craigahebert@gmail.com>, "crlcwhit@aol.com" <crlcwhit@aol.com>, "daleduhon61@gmail.com" <daleduhon61@gmail.com>, "Debbie Steen (cdsteen@cox.net)" <cdsteen@cox.net>, "deweydomingues61@gmail.com" <deweydomingues61@gmail.com>, "dvincent8030@gmail.com" <dvincent8030@gmail.com>, "Dwain Buller (BullerFarm@aol.com)" <BullerFarm@aol.com>, "Dwayne Viator (dwayneviator1@gmail.com)" <dwayneviator1@gmail.com>, "Ed Vincent (apv@kaplantel.net)" <apv@kaplantel.net>, "aliciaabeaver@aol.com" <aliciaabeaver@aol.com>, "erroldomingues@icloud.com" <erroldomingues@icloud.com>, "fredthefarmer@bellsouth.net" <fredthefarmer@bellsouth.net>, Gerald Guiberteau <gguiberteau@mapatout.com>, "ghebert56@yahoo.com" <ghebert56@yahoo.com>, "dougless@aol.com" <dougless@aol.com>, "heharperfarms@hotmail.com" <heharperfarms@hotmail.com>, "henryc99@aol.com" <henryc99@aol.com>, "hmcfarms2020@gmail.com" <hmcfarms2020@gmail.com>, "jackriche177@yahoo.com" <jackriche177@yahoo.com>, "jaww1@hotmail.com" <jaww1@hotmail.com>, "sugardad@cox.net" <sugardad@cox.net>, "jmviator@hotmail.com" <jmviator@hotmail.com>, "ndenais19@gmail.com" <ndenais19@gmail.com>, "jseg1307@gmail.com" <jseg1307@gmail.com>, "judeihtractor@yahoo.com" <judeihtractor@yahoo.com>, "karlsugar@aol.com" <karlsugar@aol.com>, "kentsoileau@yahoo.com" <kentsoileau@yahoo.com>, "ksgonsoulin@cox.net" <ksgonsoulin@cox.net>, "lanie.virgil@yahoo.com" <lanie.virgil@yahoo.com>, "lenorabroussard@quailtools.com" <lenorabroussard@quailtools.com>, "lhblanchard2006@bellsouth.net" <lhblanchard2006@bellsouth.net>, "liljimdomingues@yahoo.com" <liljimdomingues@yahoo.com>, "lllfarm@bellsouth.net" <lllfarm@bellsouth.net>, "lutzfarms@bellsouth.net" <lutzfarms@bellsouth.net>, "mdpatout@yahoo.com" <mdpatout@yahoo.com>, "mgr@rosinskisugars.com" <mgr@rosinskisugars.com>, "ndenais19@gmail.com" <ndenais19@gmail.com>, "nsherville@yahoo.com" <nsherville@yahoo.com>, "patjudice4020@gmail.com" <patjudice4020@gmail.com>, "patout23@hotmail.com" <patout23@hotmail.com>, "philipdomingues@yahoo.com" <philipdomingues@yahoo.com>, "r_hebertfarm@att.net" <r_hebertfarm@att.net>, "rebelvfarm@yahoo.com" <rebelvfarm@yahoo.com>, "rebelvfarm@yahoo.com" <rebelvfarm@yahoo.com>, "rlanie14@yahoo.com" <rlanie14@yahoo.com>, "ronaldrh4@aol.com" <ronaldrh4@aol.com>, "rossbuller16@gmail.com" <rossbuller16@gmail.com>, "rpduhon1965@yahoo.com" <rpduhon1965@yahoo.com>, "ryandore@bellsouth.net" <ryandore@bellsouth.net>, "sammybuller95@gmail.com" <sammybuller95@gmail.com>, "scooter2202@aol.com" <scooter2202@aol.com>, "staceyalbert@cox.net" <staceyalbert@cox.net>, "adamhalbert25@gmail.com" <adamhalbert25@gmail.com>, "lacane01@gmail.com" <lacane01@gmail.com>, "tld12285@yahoo.com" <tld12285@yahoo.com>, "tommylalande18@icloud.com" <tommylalande18@icloud.com>, "vaughnlenny2@gmail.com" <vaughnlenny2@gmail.com>, "vickiebadeaux@yahoo.com"

SCSCGA-078460

<vickiebadeaux@yahoo.com>, "westoverfarms@yahoo.com" <westoverfarms@yahoo.com>, "candyb0827@att.net" <candyb0827@att.net>, "wjobfarm@hotmail.com" <wjobfarm@hotmail.com>, "allenfarmsc@yahoo.com" <allenfarmsc@yahoo.com>

**Cc:** Luis Acevedo <lacevedo@MAPATOUT.COM>, Lance Weber <lweber@mapatout.com>, Sandor Garcia Prieto <sgarcia@mapatout.com>, Chad Crochet <CCrochet@mapatout.com>, Keith Crochet <kcrochet@mapatout.com>, Ashlee Gary <agary@MAPATOUT.COM>, "Jacques H. Hebert (jacques@streamlineind.com)" <jacques@streamlineind.com>, "Jerome Fitch (fitchjeromeconst@bellsouth.net)" <fitchjeromeconst@bellsouth.net>, Rivers Patout <rpatout@sterlingsugars.com>

**Subject:** H2A Labor Rate Annoncement

**Date:** Fri, 03 Mar 2023 16:32:05 -0600

**Importance:** Normal

---

All, I want to give a brief update.  I'm certain most of you are aware of the DOL announcement earlier this week regarding paying H2A truck drivers a rate equivalent to the H2B rates possibly as high as $22.60 per hour.  As we understand it the fact we have associations for harvesting and trucking would not insulate or protect the association from incurring the higher rate.  Currently we are allowing legal counsel to fully evaluate the provisions as we plan hopefully target some relief.  Farm Bureau and the American Sugarcane League will be working along with the mills and counsel.  As it currently stands we believe the overtime provisions are not yet required.

I would like to add at this time operating under the Association structure remains to be the avenue for our operations unless overtime requirement comes into play.

We'll keep you posted as new information becomes available.  In the interim,  I expect the Teche Vermilion Association Board will call for an annual meeting in April.    Thanks Randy

Randall K. Romero
Chief Executive Officer
M. A. Patout & Son Limited, LLC
3512 J. Patout Burns Road
Jeanerette, Louisiana  70544
Mobile:    337.519.3686
Office:     337.276.4692
Fax:        337.276.4247
Email:      rromero@mapatout.com

Confidential                                                           SCSCGA-078461