R. ROMERO - VOL. II
04.20.2026
**Exhibit 92**
AHUVA GOLDBERGER

**From:** "Ashlee Gary" <agary@MAPATOUT.COM>

**To:** "Randy Romero" <rromero@mapatout.com>, "Chad Crochet" <CCrochet@mapatout.com>, "Brady Judice" <bjudice@MAPATOUT.COM>

**Cc:** "Lance Weber" <lweber@mapatout.com>, "Sandor Garcia Prieto" <sgarcia@mapatout.com>, "Belle Menard" <bmenard@MAPATOUT.COM>, "Keith Crochet" <kcrochet@mapatout.com>

**Subject:** RE: H2A Truck Driver Rate notification

**Date:** Thu, 03 Oct 2024 13:18:42 -0500

**Importance:** Normal

---

Sharon is working in our office today.  I told her that I would need her to go over and help JuJu attach this to the time sheets that the truck drivers sign.  Please call her when you are ready.

Ashlee

---

**From:** Randy Romero <rromero@mapatout.com>
**Sent:** Thursday, October 3, 2024 1:13 PM
**To:** Chad Crochet <CCrochet@mapatout.com>; Brady Judice <bjudice@MAPATOUT.COM>
**Cc:** Ashlee Gary <agary@MAPATOUT.COM>; Lance Weber <lweber@mapatout.com>; Sandor Garcia Prieto <sgarcia@mapatout.com>; Belle Menard <bmenard@MAPATOUT.COM>; Keith Crochet <kcrochet@mapatout.com>
**Subject:** H2A Truck Driver Rate notification

Chad & Brady, attached are the English and Spanish versions of the wage rate notification we need to place with only truck drivers pay stubs for Friday.  I would also like the notice circulated via whats app but only to truck drivers.  We need to also place near the time clocks.  This notice does not state we are changing the rates at this time.  Please call if you have any questions.  Thanks Randy

Randall K. Romero
Chief Executive Officer
M. A. Patout & Son Limited, LLC
3512 J. Patout Burns Road
Jeanerette, Louisiana  70544
Mobile:    337.519.3686
Office:     337.276.4592
Fax:         337.276.4247
Email:       rromero@mapatout.com

SCSCGA-036094