R. ROMERO - VOL. II
01.20.2026
**Exhibit 94**
AHUVA GOLDBERGER

**From:** John Dees <john@greatlabor.com>
**To:** Randy Romero <rromero@mapatout.com>, Ashley Dees <adees@bal.com>
**Cc:** Sandor Garcia Prieto <sgarcia@mapatout.com>, Chad Crochet <CCrochet@mapatout.com>, Lance Weber <lweber@mapatout.com>, "Dan Duplantis, Jr" <DDuplantisJr@racelandrawsugar.com>, Rivers Patout <rpatout@sterlingsugars.com>
**Subject:** Re: FLC Information
**Date:** Mon, 23 Jan 2023 10:11:31 -0600
**Importance:** Normal

---

Randy,

That is good to hear things went well!!  I am available for a call this week if needed. I am meeting with Jose on Thursday to cover things on our end.

Best Regards,
I will never ask you to wire money to me or Great Labor for services.
John Dees
GreatLabor.com
3378027673
John@greatlabor.com
517 Broad Street
Lake Charles, La 70601

---

**From:** Randy Romero <rromero@mapatout.com>
**Date:** Saturday, January 21, 2023 at 2:26 PM
**To:** Ashley Dees <adees@bal.com>, John Dees <john@greatlabor.com>
**Cc:** Sandor Garcia Prieto <sgarcia@mapatout.com>, Chad Crochet <CCrochet@mapatout.com>, Lance Weber <lweber@mapatout.com>, "Dan Duplantis, Jr" <DDuplantisJr@racelandrawsugar.com>, Rivers Patout <rpatout@sterlingsugars.com>
**Subject:** RE: FLC Information

John and Ashley, we (Chad, Sandor, Lance & myself) had a 2 ½ hour meeting with Santos and Nicholas(his interpreter)  this morning to cover our H2A and recruitment programs going forward.  The meeting went very well and we covered a lot of issues and concerns in detail.  Currently JMC's farm labor contractor registration is in process with DOL.  He clearly understands NOW the requirement that he Santo personally needs to be registered as a recruiter and will take the necessary steps immediately to start the process.  Regarding the spring apps (PEC & Raceland) he understands we cannot utilized him as the recruiter.  I believe he is 100% on board.  If you guys want we can get on a call early next week to discuss.  Thanks Randy

Randall K. Romero
Chief Executive Officer
M. A. Patout & Son Limited, LLC
3512 J. Patout Burns Road
Jeanerette, Louisiana  70544
Mobile:   337.519.3686
Office:    337.276.4692
Fax:        337.276.4247

Confidential                    SCSCGA-106914

Email:      rromero@mapatout.com

---

**From:** Ashley Dees <adees@bal.com>
**Sent:** Friday, January 20, 2023 12:04 PM
**To:** Randy Romero <rromero@mapatout.com>
**Subject:** FLC Information

Attached is a handy guide to Farm Labor Contractors and here is a Dept. of Labor link:

https://www.dol.gov/agencies/whd/forms/wh530

**Ashley Foret Dees** | Partner | Attorney at Law*

**T** +1 469 940 7805   **M** +1 972 799 5865   **E** adees@bal.com

517 Broad Street
Lake Charles, LA 70601

**visit BAL.com**

Facebook Twitter LinkedIn

*Admitted in Louisiana and Texas. Practice limited to federal immigration law. This e-mail may contain confidential information. If you are not the intended recipient, please notify me and permanently delete the e-mail.*