R. ROMERO - VOL. II
04.20.2026

**Exhibit 95**

AHUVA GOLDBERGER

**From:** "Kellie Jackson" <kjackson@sterlingsugars.com>

**To:** "Desiree Lange" <dlange@sterlingsugars.com>

**Subject:** FW: Message from "RNP002673E83092"list

**Date:** Thu, 18 Jul 2024 10:52:46 -0500

**Importance:** Normal

**Attachments:** 20240718101529388.pdf

---

-----Original Message-----
From: Jaime Robison <jrobison@sterlingsugars.com>
Sent: Thursday, July 18, 2024 10:45 AM
To: Kellie Jackson <kjackson@sterlingsugars.com>
Subject: FW: Message from "RNP002673E83092"list

-----Original Message-----
From: Jaime Robison
Sent: Thursday, July 18, 2024 10:01 AM
To: Ricky Gonsoulin (Work) <rickygonsoulin@gmail.com>
Cc: Desiree Lange <dlange@sterlingsugars.com>; Roddy Patout <rrpatout@sterlingsugars.com>; Tim Soileau <tsoileau@sterlingsugars.com>; Kellie Jackson <kjackson@sterlingsugars.com>
Subject: FW: Message from "RNP002673E83092"

Ricky, Here is the list you requested.

-----Original Message-----
From: sterlingsugarcanner@gmail.com <sterlingsugarcanner@gmail.com>
Sent: Thursday, July 18, 2024 9:15 AM
To: Jaime Robison <jrobison@sterlingsugars.com>
Subject: Message from "RNP002673E83092"

This E-mail was sent from "RNP002673E83092" (MP C3004ex).

Scan Date: 07.18.2024 10:15:29 (-0400)
Queries to: sterlingsugarcanner@gmail.com

Confidential

SCSCGA-088482

PEC
DNHL

| Name | emp. # |
|---|---|
| RODOLFO JIMENEZ HERNANDEZ | H-4109 |
| MIGUEL ANGEL LEON JIMENEZ | H-3632 |
| JUAN CERVANDO GINEE SUAREZ | H-4261 |
| ALVARO GOMEZ VERGARA | H-3991 |
| TAYDE GOMEZ VERGARA | H-3990 |
| GONZALO GOMEZ VERGARA | H-4250 |
| ERIK PULIDO MERAZ    *H-4294 | *H-4294 |
| HERMINIO MIGUEL CALOCA CASTILLO | |
| JULIO CESAR LOPEZ RIVERA | H-4302 |
| JOSE ANTONIO JIMENEZ VILLALVAZO | H-4399 |
| JUAN GABRIEL VICTORIANO MONTUFAR | H-4224 |
| ELIAS BORGES VELA | H-4293 |
| MANUEL FRANCISCO CASTELLANOS GARCIA | H-4435 |
| WILBERTH JHOANNY SOLORZANO SOLIS | H-3495 |
| NORBERTO GARCIA NAVARRO | H-3987 |
| EYDER MAURICIO DOMINGUEZ MONTES | H-4778 |
| CARLOS DOMINGUEZ ACOSTA | H-4430 |
| JOSE ANTONIO COLCHADO SANCHEZ | H-4298 |
| ISRAEL DIAZ MEZA | H-4169 |
| JOSUE RAMOS FLORES | H-4535 |
| MARIO GUTIERREZ ZARATE | H-3900 |
| DIEGO TORRES MALDONADO | H-4050 |
| EMMANUEL TORRES MALDONADO | H-4606 |
| EDUARDO PLASCENCIA MALDONADO | H-4051 |
| CIRILO SARMIENTO MARTINEZ | H-4361 |
| EXAR ROJAS NUNEZ | H-4788 |
| ADALBERTO PLACENCIA RIOS | H-4255 |
| WILLIAM GORDILLO OROZCO | H-4371 |
| JORGE ANTONIO ALVAREZ MARTINEZ | H-4246 |
| RAUL ESTRADA SEGURA | H-4032 |

SCSCGA-088483



| reason |
| --- |
| left in 2023 " TROUBLE" |
| NOT VERY MOTIVATED, TRIES TO PICK HIS JOBS |
| SUSPECTED OF TAKING TRUCK PARTS |
| left w/ bj |
| left w/ bj |
| left w/ bj |
| TROUBLE |
|  |
| DELETED VIDEO AFTER ACCIDENT |
| Left |
| left |
| Left |
| NOT A GOOD WORKER |
| GOOD WELDER, STARTS TROUBLE WITH OTHERS |
| LEFT BEFORE CHRISTMAS |
| QUIT |
| LEFT BEFORE CHRISTMAS |
| LEFT FOR ODESSA |
| FAILED DRUG TEST |
| STEALING TIME |
| WRECKED A YRACTOR NOT PAYING ATTENTION |
| LEFT FOR ANOTHER MILL |
| SAID HE WASN'T SURE IF HE WANTED TO WORK FOR PEC |
| LEFT FOR CHRISTMAS WITH POOR EXCUSE |
| TROUBLE WITH FEMALE AT MILL |
| RAN STOP SIGNS AND SPEED IN SCHOOL ZONE, |
| LEFT WITH NO EXPLANATION |
| LAZY |
| FAILED DRUG TEST |
| TROUBLE MAKER |

Confidential     SCSCGA-088484

*Raceland*
*DNHL*

| | |
|---|---|
| Damazo Luis Roca Burgos | Left early |
| Dilan Gomez Pena | Left early |
| Jesus Manuel Vargas Rodriguez | Passing a cane truck in a no passing zone |
| Roman Padilla Pantoja | Never showed up |
| Fredy De La O Perez | Never showed up |
| Victor Mendoza Garcia | Failed drug test |
| Jesus Medina Vazquez | Failed drug test |
| Fredy Montero Pavon | Never showed up |
| Fabian Gordillo Mendez | Watching a movie on phone while driving |
| Jonathan Alexis Coronado Leon | Never showed up |
| Ricardo Gomez Ponce | Never showed up |
| Diango Alberto De La Cruz Cortes | Always sick, could not back up |
| Guerrero Alfonso Delgado Gonzalez | Never showed up |
| Christian Reyna Juarez | Never showed up |
| Jaime Gonzalez Rodriguez | Never showed up |
| Cristobal Malagon Gonzalez | Never showed up |
| Yeltsin Kedi Reyes Ordonez | Left early |
| Jorge Alonso Perez | Accident, tampered with camera |
| Oscar Caballero Vazquez | Never showed up |
| Jose Manuel Flores Chavarria | Never showed up |
| Sergio Jimenez Melendez | Never showed up |
| Juan Antonio Navarro Vallecillo | Never showed up |
| Zenen Camona Caballero | Never showed up |
| Silvestre Duran Cardoza | Never showed up |
| Jorge Luis Martinez Tovar | Left early |
| Jesus Pozos Vidaurri | Left early |
| Enrique Federico Gamez Santoyo | Never showed up |
| Jose Gerardo Rodriguez Rodriguez | Never showed up |
| Jesus Rangel Segura | Accident |

Confidential

SCSCGA-088485

RAceland

Damian de Jesus Baxin Lopez          Van accident

Hector Gabriel Covarrubias Lin       Accident

Rey David Avilor Monje               Riding the clock and disrupting the other drivers on

                                     The same worksite

Sterling DNHL

| NAME | |
|---|---|
| Artemio Alvarez Barron | |
| Carlos Ernesto Pereya Vidana | |
| Migeul Martinez Villalobos | |
| Jesus Lamberto Ramirez Lopez | |
| Carlos Alfredo Ramirez Frenandez | |
| Daniel Valenzuela Chavez | |
| Alfredo Valdez Rodriquez | |
| Felipe De Jesus Suarez Palafox | |
| Julio Santiago Villegas Sifuentes | |
| Pedro Abel Jiminez Gonzalez | |
| Jesus Ivan Ramirez Fernandez | |
| Jesus Pedro Zazueta Ochoa | |
| Arnulfo Villegas Miranda | |
| Jesus Alfredo Parra Martinez | |
| Felipe de Jesus Meza Dimas | |
| Francisco Javier Chaires Mendoza | |
| Hector Martinez Arellano | |
| Hibys Alberto Vega Guerrero | |
| Israel Diaz Meza | |
| Javier Avila Soto | |
| Jesus Antonio Rodriguez Penuelas | |
| Jesus Ignacio Diaz Castro | |
| Oscar Rene Valez Sandovall | |
| Ricardo Guadalupe Arce Ruiz | |
| Oscar Javier Ruiz Pacheco | |
| Pedro Daniel Romero Ruelas | |
| Fabian Flores Carcia | |
| Juan Alejo Hernandez Canela | |
| Julian Cristobal Francisco Mendez | |
| Julio C. Almaraz Rodriguez | Speeding in excess of 90 mph |
| Feleipe de Jesus Avila | tampering with camera |
| Jassiel E. Cervantes Villanueva | disobeyed dispatch orders and directions |
| Rafeal C. Mendoz | Fighting at hotel |
| Martin I. Gutierrez Zavala | Fighting at hotel |
| Martin A. Gutierrez Falomir | Fighting at hotel |
| Hermino M. Calcoa Castillio | Runnning clock |

Confidential

SCSCGA-088487