R. ROMERO - VOL. II
04.10.2026
**Exhibit 96**
AHUVA GOLDBERGER

**From:** Randy Romero <rromero@mapatout.com>

**To:** Rivers Patout <rpatout@sterlingsugars.com>, "Dan Duplantis, Jr" <DDuplantisJr@racelandrawsugar.com>, Chad Crochet <CCrochet@mapatout.com>, Brady Judice <bjudice@MAPATOUT.COM>, Tim Soileau <tsoileau@sterlingsugars.com>, Jaime Robison <jrobison@sterlingsugars.com>, Roddy Patout <rrpatout@sterlingsugars.com>, Craig Degravelle <cdegravelle@racelandrawsugar.com>, Keith Crochet <kcrochet@mapatout.com>

**Cc:** Sandor Garcia Prieto <sgarcia@mapatout.com>, Lance Weber <lweber@mapatout.com>, Randall Bonaventure <Randall.Bonaventure@alliant.com>, Stuart Bonaventure <stuart.bonaventure@alliant.com>, "Jacques H. Hebert (jacques@streamlineind.com)" <jacques@streamlineind.com>

**Subject:** FW: Auto Losses

**Date:** Fri, 11 Oct 2024 15:48:26 -0500

**Importance:** Normal

---

Guys see below a brief summary of the trucking incidents we have encountered thus far.  Its' a total of 11, fortunately only half we are at fault.  Thankfully none are classified as being severe.  Given the number of days since grinding started our incident frequency is a concern.  I ask that you get with your dispatchers and managers and communicate to **ALL** truck drivers to reinforce safe practices on the roadways.  As an example, I have witnessed other mills' cane trucks approaching intersections traveling too fast to stop and having to run through amber and red lights.  These types of incidents can be severe and costly if one of our trucks were to do the same.  Thanks Randy

Randall K. Romero
Chief Executive Officer
M. A. Patout & Son Limited, LLC
3512 J. Patout Burns Road
Jeanerette, Louisiana  70544
Mobile:    337.519.3686
Office:     337.276.4592
Fax:         337.276.4247
Email:      rromero@mapatout.com

**From:** Sandor Garcia Prieto <sgarcia@mapatout.com>
**Sent:** Friday, October 11, 2024 10:46 AM
**To:** Randy Romero <rromero@mapatout.com>
**Subject:** Auto Losses

Mr. Randy,

Below the accidents per location so far this grinding season:

**Teche Vermillion:**

| DATE | DESCRIPTION | AT FAULT |
|---|---|---|
| 10/1/24 | TVA Truck made contact with OVs rearview mirror on narrow road | Yes |
| 10/5/24 | TVA truck Roll fwd. at light, contact with bumper of SUV | Yes |
| 10/6/24 | TVA Trailer's tier blew out, damaged windshield of vehicle behind | Yes |
| 10/9/24 | TVA Truck on Hwy. 90/ Ambassador, Ford Truck ran into TVAs trailer | No |

Confidential                    SCSCGA-077934

| 10/10/24 | TVA Truck involved in Hit and Run by another vehicle on I10 | No |
|---|---|---|
| TOTAL | 5 | |

**South Central:**

| DATE | | AT FAULT |
|---|---|---|
| 10/3/24 | SCA on Evangeline Thwy. OV attempting to pass and hitting our trailer with its rearview mirror | No |
| 10/4/24 | SCA on Hwy 90 OV lost control, ran into median and overcorrected, hitting SCAs trailer | No |
| TOTAL | 2 | |

**South LA:**

| DATE | | AT FAULT |
|---|---|---|
| 9/25/24 | SLA Truck on Hwy. 308 changing lanes and OV attempting to pass struck SLAs trailer | No |
| 9/26/24 | SLA truck on Hwy. 90 changing lanes and struck OV with trailer | Yes |
| 10/6/24 | SLAs truck hit OV which turned in front of it, while crossing intersection on a green light. | No (Physical Damage) |
| 10/10/24 | SLA Truck roll over while exiting | Yes (Physical Damage) |
| TOTAL | 4 | |

Sandor P. Garcia Prieto
M.A. Patout & Son Limited, L.L.C

Confidential

SCSCGA-077935