R. ROMERO - VOL. II
04.20.2026

**Exhibit 97**

AHUVA GOLDBERGER

**From:** "Jaime Robison" <jrobison@sterlingsugars.com>
**To:** "Calvin Tiemann" <ctiemann@sterlingsugars.com>
**Subject:** Fw: Driver Clearance Protocol After Drug Testing
**Date:** Mon, 07 Oct 2024 15:35:53 -0500
**Importance:** Normal

---

Get Outlook for iOS

**From:** Sandor Garcia Prieto <sgarcia@mapatout.com>
**Sent:** Monday, October 7, 2024 1:16:46 PM
**To:** Lance Weber <lweber@mapatout.com>; Dan Duplantis, Jr <DDuplantisJr@racelandrawsugar.com>; Rivers Patout <rpatout@sterlingsugars.com>; Chad Crochet <CCrochet@mapatout.com>; Craig Degravelle <cdegravelle@racelandrawsugar.com>; Jason Legendre <jlegendre@racelandrawsugar.com>; Jaime Robison <jrobison@sterlingsugars.com>; Roddy Patout <rrpatout@sterlingsugars.com>; Brady Judice <bjudice@MAPATOUT.COM>
**Cc:** Randy Romero <rromero@mapatout.com>
**Subject:** Driver Clearance Protocol After Drug Testing

Guys,

I wanted to touch base about Driver Clearance Protocol After Drug Testing.

We need to ensure we're following best practices when it comes to clearing drivers after drug tests. I'd like to clarify our protocol to protect both our drivers and our companies.

Currently, we conduct two types of drug tests:
1. Pre-employment
2. Post-accident

Both use rapid tests initially. If a rapid test is positive, we then conduct a more thorough "send-off" test, which takes a few days for results.

Here's the key point: We absolutely cannot put a driver behind the wheel until we have the send-off test results and have resolved any issues with detected substances. This applies even if the substance is prescription medication. If it's a prohibited substance for truck drivers, the driver must cycle off it and test negative before returning to the road. No exceptions.

I know we face pressure during the busy season, but we can't compromise on this. Here is an example of an incident (details below) that highlights why this is so crucial. This applied to both pre-employment and post-accident instances.

- A Mexican sugarcane truck driver recently arrived at the sugar mill and undergoes a pre-employment drug test as required. Before receiving the results, the mill allows him to start work due to the urgent harvest season. The day after arriving the driver is hauling sugarcane on a busy highway, the driver is involved in an accident caused by another vehicle's reckless maneuver. Initially absolved of blame by the police officer who attended the scene, the situation changes when the diver at fault finds legal counsel for a series of reasons, they decide to file a suit against the mill and claims bodily injury. After the accident, the delayed drug test results arrive, revealing the presence of a Schedule IV prescribed medication and this is found in the discovery process in the suit. Although the driver had a valid prescription and the drug didn't directly cause the accident, the sugar mill faces legal repercussions for allowing him to drive before confirming his medical fitness. The case highlights the critical importance of waiting for pre-employment drug test results.

Confidential

I appreciate and thank you in advance for your understanding and cooperation. If you have any questions or concerns, please let me know.

Thanks,


Sandor P. Garcia Prieto
M.A. Patout & Son Limited, L.L.C

SCSCGA-038928