R. ROMERO - VOL. II
04.20.2026
**Exhibit 98**
AHUVA GOLDBERGER

**From:** Randy Romero <rromero@mapatout.com>

**To:** "Brady Judice (Bcjudice@yahoo.com)" <Bcjudice@yahoo.com>, Craig Degravelle <cdegravelle@racelandrawsugar.com>, Tim Soileau <tsoileau@sterlingsugars.com>, Jaime Robison <jrobison@sterlingsugars.com>

**Cc:** Chad Crochet <CCrochet@mapatout.com>, Keith Crochet <kcrochet@mapatout.com>, Rivers Patout <rpatout@sterlingsugars.com>, "Dan Duplantis, Jr" <DDuplantisJr@racelandrawsugar.com>, Lance Weber <lweber@mapatout.com>

**Subject:** Fwd: State Police Truck driver safety Presentations

**Date:** Wed, 09 Aug 2023 12:15:28 -0500

**Importance:** Normal

---

Guys see email string below. I would like these presentations to be coordinated and in addition to our existing safety orientations for h2 a truck and chauffeur drivers. Sugar truck drivers need to be included. Thanks Randy

Get Outlook for iOS

---

**From:** Jim Simon <jsimon@amscl.org>
**Sent:** Tuesday, August 8, 2023 2:43:56 PM
**To:** Alan Chatman <achatman@almaplt.com>; Ben Leblanc (BL@LafourcheSugars.com) <BL@LafourcheSugars.com>; Charlie Schudmak (charlie@coratexas.com) <charlie@coratexas.com>; Dan Duplantis Jr. (rrsdanjr@aol.com) <rrsdanjr@aol.com>; David Thibodeaux (dthibodeaux@stmarysugar.com) <dthibodeaux@stmarysugar.com>; dirk@cajunsugar.net <dirk@cajunsugar.net>; dstewart12734@gmail.com <dstewart12734@gmail.com>; jhebert@lasuca.com <jhebert@lasuca.com>; Keith Crochet <kcrochet@mapatout.com>; Lance Weber <lweber@mapatout.com>; Luis Acevedo <lacevedo@MAPATOUT.COM>; Mike Comb (mike@lasuca.com) <mike@lasuca.com>; Mike Sternfels <MSternfels@luwest.com>; Randy Romero <rromero@mapatout.com>; Rivers Patout (rpatout@sterlingsugars.com) <rpatout@sterlingsugars.com>; Sandor Garcia Prieto <sgarcia@mapatout.com>; Stephen Savoie (ssavoie@luwest.com) <ssavoie@luwest.com>
**Cc:** Herman Waguespack <hlwag@amscl.org>; John Constant <constant@amscl.org>; Atticus Finger <afinger@amscl.org>; Wilson Judice <wjudice@amscl.org>; Bert Dabadie <Bert.Dabadie@LA.GOV>; Matt Spradley (matt@spradleyandspradley.com) <matt@spradleyandspradley.com>
**Subject:** State Police Truck driver safety Presentations

Mills,
As harvest season nears, you're encouraged to take advantage of this opportunity for safety presentations offered by Louisiana State police. Our industry maintains a close working relationship with LSP and opportunities like this are important to the safety commitment to the communities where we live, work and play.
Note Captain Dabadie's message below and I have copied him on this message.

Regards,
Jim

---

**From:** Bert Dabadie <Bert.Dabadie@LA.GOV>
**Sent:** Tuesday, August 8, 2023 3:36 PM
**To:** Jim Simon <jsimon@amscl.org>
**Subject:** FW: Sugarcane Haulers LSP Safety Presentations

Good Afternoon Mr. Jim,

SCSCGA-038122

Hope all is well.  With the grinding and hauling season quickly approach, I wanted to reach out and offer LSP's assistance to any of the sugar mills that would be interested in Troopers conducting safety presentations to their truck drivers.  We have been invited to speak at several of them in the past before they start cutting and hauling, but we would like to try to preplan this year as much as possible.  I was contacted by the LA Highway Commission (email below) offering to assist us with resources to communicate with any groups of migrant drivers that do not speak English as a first language.  If we can schedule ahead of time we can coordinate having someone present to help us communicate.  We also have a TSS Trooper that works with us that speak Spanish as well.  Look forward to hearing back from you…..Bert

Captain Bert Dabadie
Louisiana State Police
Transportation  Safety Services
Office:  (337)262-2221
Cell:      (337)501-2413

Confidential

SCSCGA-038123