R. ROMERO VOL. II
04.20.2026

**Exhibit 99**

AHUVA GOLDBERGER

**From:** "Jaime Robison" <jrobison@sterlingsugars.com>

**To:** "Ricky Gonsoulin (Work)" <rickygonsoulin@gmail.com>

**Subject:** FW: Message from "RNP002673E83092" scscga app

**Date:** Tue, 02 Jul 2024 10:42:22 -0500

**Importance:** Normal

**Attachments:** 20240702105728864.pdf

---

Ricky this is the application we want to use. Thanks!

-----Original Message-----
From: sterlingsugarcanner@gmail.com <sterlingsugarcanner@gmail.com>
Sent: Tuesday, July 2, 2024 9:57 AM
To: Jaime Robison <jrobison@sterlingsugars.com>
Subject: Message from "RNP002673E83092"

This E-mail was sent from "RNP002673E83092" (MP C3004ex).

Scan Date: 07.02.2024 10:57:28 (-0400)
Queries to: sterlingsugarcanner@gmail.com

Confidential

SCSCGA-079186

### SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC.
### 611 IRISH BEND RD.
### FRANKLIN, LA 70538

**SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC.** is an equal opportunity employer. All applications are considered for employment without regard to race, color, sex, age, disability, religion, national origin or military veteran status.

**JOB APPLICATION**                                    **Date:** _____

Applicants with disabilities who wish accommodation on the completion of the pre-employment questionnaire are invited to discuss their needs with the Personnel Manager.

Please fill in all spaces. If an item is not applicable, type "none." This request will be considered in a regular situation for thirty days from this date. After that time, the application will need to be renewed for consideration.

Name _____ SSN _____ - _____ - _____
       (last)     (first)     (middle)

Address _____ Telephone _____ - _____ - _____
        (Number and street, city, state and zip code)

How did you find out about employment? _____

Have you ever worked for this company? _____ If so, when? _____

Have you ever worked in a sugar factory?? _____ If so, when? _____

Position requested: _____

Desired salary or salary: _____ Available date _____

Type of employment desired: _____ full-time _____ part-time _____

Work? _____ overtime _____ Nights _____ Weekends?

If you are part-time, indicate the number of hours and days you want to work: _____

_____

Is there a time of day or any day of the week when they can't work? _____

If yes, please specify: _____

Confidential                                    SCSCGA-079187

Are you currently employed?_____        Why do you want to change jobs? _____

_____

Are you over 18 years old? _____

Do you have a driver's license? _____  _____
                                                              (Status, license #, Expiration date)

Do you intend to work somewhere else besides working at this company? _____

If so, where?        _____

Were you in the U.S. Armed Forces? _____ If so, which branch? _____

Duty    Dates:    From    _____    Until    _____

List of duties in the Service, including special training: _____

_____

_____

Make a list of family or friends EMPLOYED BY THIS COMPANY:

1. _____
   (Name)              (relationship)              (department employed)

2. _____
   (Name)              (relationship)              (department employed)

3. _____
   (Name)              (relationship)              (department employed)

EDUCATION : NAME/ADDRESS          COURSE OF STUDY          LAST YEAR    GRADUATE?

High school    _____    _____    1  2  3  4    _____

University    _____    _____    1  2  3  4    _____

Other    _____    _____    1  2  3  4    _____

List of any additional work experience, skills, information, licenses, certifications, special studies or research work relating to the position applied for or of general interest:

_____

_____

Confidential                                    SCSCGA-079188

**PERSONAL REFERENCES**: Indicate three business, professional, or other persons who are not relatives, former employers, or employees of this Company.

1. _____
   (Name)     (how long known)    (occupation)     (telephone)

2. _____
   (Name)     (how long known)    (occupation)     (telephone)

3. _____
   (Name)     (how long known)    (occupation)     (telephone)

**EMPLOYMENT HISTORY**: Please write down all positions during the last 10 years, placing the current or last position first. Use additional pages if necessary.

1. Dates of work: From _____ a _____ Starting salary _____ Final salary _____

Employer's name: _____ Supervisor Name_____

Reason to quit: _____

What was their position and obligations: _____

_____

2. Dates of work: From _____ a _____ Starting salary _____ Final salary _____

Employer's name: _____

Reason to quit: _____

What was his position and obligations:

_____

3. Job Dates: From _____ to _____ Starting Salary _____ Final Salary _____

Employer's name: _____ Supervisor Name_____

Reason to quit: _____

What was their position and obligations: _____

Please explain all periods of more than three months in employment_____

_____

Have you been convicted of a felony by a civilian or military court (other than a minor traffic violation)? _____

If yes, please provide details: _____

SCSCGA-079189

## IMPORTANT: READ CAREFULLY

I certify that my answers to the above questions are true, correct and understand that any false or misleading information or omission in the application will be sufficient cause for rejection or immediate dismissal. I hereby authorize the delivery of any information concerning criminal convictions that may exist against me, and request my former employer(s) and all other persons mentioned hereby who may have information about me, to give any information they may have concerning this, and hereby release them from any liability,  damages or claims that may result from the disclosure previously made.

By making this application for employment, it is understood and agreed that, as part of the application process and employment, and/or during employment with South Central Sugar Cane Growers' Association, INC., I may be asked to submit to physical examinations which may include alcohol and drug testing, and/or fingerprinting,  all in accordance with the law. By signing this application, I agree to submit to such examinations, tests and fingerprinting and release all persons and companies from any liability arising from such examinations, tests and fingerprinting. I understand that the use of this form does not indicate that there are open positions and does not bind in any way South Central Sugar Cane Growers' Association INC. If I am an employee, I agree to comply with and respect all rules and regulations. I also understand that any future employment may be terminated by such and such parties at will, with or without notice or cause. No person other than the General Manager of SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION INC. may modify or amend the provisions herein.

I hereby certify that the facts set forth in the application for employment are true and to my full knowledge. I understand that if you employ me, the false statements contained in this application will be considered sufficient cause for dismissal.  You are authorized to conduct any investigation of my personal history through any investigative agency or offices of your choice.

"Failure  to  answer  the  truth  can  result  in  loss  of  benefits,  workers'  compensation."

SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC. is an equal opportunity employer.

Date: _____    Applicant's  signature: _____

SCSCGA-079190

## *SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION INC.*

RECOGNITIONDRUG AND ALCOHOL POLICY

With my signature below, I, (print) _____ I understand that the company requires employees to submit urine samples to be tested for the presence of drugs. I realize that the presence of a detectable trace of any unauthorized substance is grounds for disciplinary action and that this includes termination of my employment. I also realize that this policy requires my voluntary cooperation and is a condition of my employment and that refusal to submit a sample for testing is grounds for my dismissal.

I agree to cooperate and comply with this policy and understand that failure by me to do so is cause for termination. I understand that this policy, except for random urinalysis, is effective immediately. In addition, I understand that policies concerning random urinalysis were implemented as of October 7, 1989.

_____          _____
Employee's Signature                  Date

_____          _____
SUPERVISOR'S SIGNATURE                Date

Confidential                    SCSCGA-079191

**From:** "Jaime Robison" <jrobison@sterlingsugars.com>

**To:** "Ricky Gonsoulin (Work)" <rickygonsoulin@gmail.com>

**Subject:** FW: Message from "RNP002673E83092"

**Date:** Tue, 02 Jul 2024 10:57:04 -0500

**Importance:** Normal

**Attachments:** 20240702111128228.pdf

---

Ricky this is the corrected application we want to use. Disregard the first email.

-----Original Message-----
From: sterlingsugarcanner@gmail.com <sterlingsugarcanner@gmail.com>
Sent: Tuesday, July 2, 2024 10:11 AM
To: Jaime Robison <jrobison@sterlingsugars.com>
Subject: Message from "RNP002673E83092"

This E-mail was sent from "RNP002673E83092" (MP C3004ex).

Scan Date: 07.02.2024 11:11:28 (-0400)
Queries to: sterlingsugarcanner@gmail.com

Confidential

SCSCGA-079192

### *SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC.*
### *611 IRISH BEND RD.*
### *FRANKLIN, LA 70538*

**SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC.** is an equal opportunity employer. All applications are considered for employment without regard to race, color, sex, age, disability, religion, national origin or military veteran status.

**JOB APPLICATION**                                   Date: _____

Applicants with disabilities who wish accommodation on the completion of the pre-employment questionnaire are invited to discuss their needs with the Personnel Manager.

Please fill in all spaces. If an item is not applicable, type "none." This request will be considered in a regular situation for thirty days from this date. After that time, the application will need to be renewed for consideration.

Name _____ SSN _____ - _____ - _____
      (last)    (first)    (middle)

Address _____ Telephone _____ - _____ - _____
        (Number and street, city, state and zip code)

Email address_____

How did you find out about employment?_____

Have you ever worked for this company? _____ If so, when? _____

Position requested: _____

Desired salary or salary: _____ Available date_____

Type of employment desired:_____ full-time_____ part-time_____

Work? _____ overtime _____Nights _____ Weekends?

If you are part-time, indicate the number of hours and days you want to work: _____

_____

Is there a time of day or any day of the week when they can't work?_____

If yes, please specify: _____

Confidential

SCSCGA-079193

Are you currently employed?_____    Why do you want to change jobs? _____

_____

Are you over 18 years old? _____

Do you have a driver's license? _____  _____
(Status, license #, Expiration date)

Do you intend to work somewhere else besides working at this company? _____

If so, where?    _____

Were you in the U.S. Armed Forces? _____ If so, which branch? _____

Duty    Dates:    From    _____    Until    _____

List of duties in the Service, including special training: _____

_____

_____

Make a list of family or friends EMPLOYED BY THIS COMPANY:

1. _____
   (Name)        (relationship)         (department employed)

2. _____
   (Name)        (relationship)         (department employed)

3. _____
   (Name)        (relationship)         (department employed)

EDUCATION : NAME/ADDRESS        COURSE OF STUDY        LAST YEAR    GRADUATE?

High school  _____  _____  1  2  3  4  _____

University  _____  _____  1  2  3  4  _____

Other  _____  _____  1  2  3  4  _____

List of any additional work experience, skills, information, licenses, certifications, special studies or research work relating to the position applied for or of general interest:

_____

_____

    SCSCGA-079194

**PERSONAL REFERENCES**: Indicate three business, professional, or other persons who are not relatives, former employers, or employees of this Company.

1. _____
   (Name)    (how long known)   (occupation)    (telephone)

2. _____
   (Name)    (how long known)   (occupation)    (telephone)

3. _____
   (Name)    (how long known)   (occupation)    (telephone)

**EMPLOYMENT HISTORY**: Please write down all positions during the last 10 years, placing the current or last position first. Use additional pages if necessary.

1. Dates of work: From _____ a _____ Starting salary _____ Final salary _____

Employer's name: _____ Supervisor Name_____

Reason to quit: _____

What was their position and obligations:

_____

2. Dates of work: From _____ a _____ Starting salary _____ Final salary _____

Employer's name: _____

Reason to quit: _____

What was his position and obligations:

_____

3. Job Dates: From _____ to _____ Starting Salary _____ Final Salary _____

Employer's name: _____ Supervisor Name_____

Reason to quit: _____

What was their position and obligations: _____

Please explain all periods of more than three months in employment_____

_____

Have you been convicted of a felony by a civilian or military court (other than a minor traffic violation)? _____

If yes, please provide details: _____

SCSCGA-079195

## IMPORTANT: READ CAREFULLY

I certify that my answers to the above questions are true, correct and understand that any false or misleading information or omission in the application will be sufficient cause for rejection or immediate dismissal. I hereby authorize the delivery of any information concerning criminal convictions that may exist against me, and request my former employer(s) and all other persons mentioned hereby who may have information about me, to give any information they may have concerning this, and hereby release them from any liability, damages or claims that may result from the disclosure previously made.

By making this application for employment, it is understood and agreed that, as part of the application process and employment, and/or during employment with South Central Sugar Cane Growers' Association, INC., I may be asked to submit to physical examinations which may include alcohol and drug testing, and/or fingerprinting, all in accordance with the law. By signing this application, I agree to submit to such examinations, tests and fingerprinting and release all persons and companies from any liability arising from such examinations, tests and fingerprinting. I understand that the use of this form does not indicate that there are open positions and does not bind in any way South Central Sugar Cane Growers' Association INC. If I am an employee, I agree to comply with and respect all rules and regulations. I also understand that any future employment may be terminated by such and such parties at will, with or without notice or cause. No person other than the General Manager of SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION INC. may modify or amend the provisions herein.

I hereby certify that the facts set forth in the application for employment are true and to my full knowledge. I understand that if you employ me, the false statements contained in this application will be considered sufficient cause for dismissal. You are authorized to conduct any investigation of my personal history through any investigative agency or offices of your choice.

"Failure to answer the truth can result in loss of benefits, workers' compensation."

SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC. is an equal opportunity employer.

Date: _____    Applicant's signature: _____

Confidential    SCSCGA-079196

## SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION INC.

### RECOGNITIONDRUG AND ALCOHOL POLICY

With my signature below, I, (print) _____ I understand that the company requires employees to submit urine samples to be tested for the presence of drugs. I realize that the presence of a detectable trace of any unauthorized substance is grounds for disciplinary action and that this includes termination of my employment. I also realize that this policy requires my voluntary cooperation and is a condition of my employment and that refusal to submit a sample for testing is grounds for my dismissal.

I agree to cooperate and comply with this policy and understand that failure by me to do so is cause for termination. I understand that this policy, except for random urinalysis, is effective immediately. In addition, I understand that policies concerning random urinalysis were implemented as of October 7, 1989.


_____          _____
Employee's Signature                      Date



_____          _____
SUPERVISOR'S SIGNATURE                    Date


Confidential                                          SCSCGA-079197