# M. A. Patout & Son, Limited, L.L.C.

| TELEPHONE 337-276-4592 | PRODUCERS OF SUGAR · MOLASSES · SYRUP | 3512 J. Patout Burns Road Patoutville via Jeanerette, LA |
|---|---|---|
| FAX 337-276-4247 | ESTABLISHED 1825 | 70544 |

R. ROMERO - VOL. II
04.20.2026

**Exhibit 100**

AHUVA GOLDBERGER

**FACTORY PERSONNEL**

## INTRODUCTORY STATEMENT

The following information is designed to acquaint you with employee benefits and policies which will affect your employment with M.A. Patout & Son Limited, L.L.C

I.    **Employee Status**

An employee will be considered temporary for a probationary period of sixty (60) days.  After sixty days an employee will be considered full time, which makes the employee eligible for company benefits subject to terms, conditions and limitations of each benefit program.

II.    **List of Benefits**

A.  Holidays
B.  Vacation
C.  Hospitalization Insurance / Death Benefits
D.  401K Program
E.  Uniforms
F.  Safety Award Incentive Program

III.    **Vacation and Holidays**

A.  An employee must complete six (6) months of employment to qualify for paid holidays. Holidays are as follows:

1.  Mardi Gras
2.  Good Friday (Friday before Easter)
3.  Memorial Day (May)
4.  Independence Day (July 4th)
5.  Labor Day (1st Monday in September)

Confidential

SCSCGA-102737

Vacation and Holidays continued:

B.  Thanksgiving, Christmas and New Year's Day, because these days normally occur during our grinding season, are not recognized as company paid holidays.  Christmas Day and New Year's Day will be handled as follows:  If the day falls on a scheduled work day, the employee will be paid an additional check at the hourly rate per hour worked if he/she completes the hours scheduled to work and has completed the whole shift the day preceding Christmas Day or New Year's Day and first day following such days.  These two days are to be considered as "Bonus Days"

C.  If a full time employee has less than one (1) year of active service and is employed by July 1st, vacation pay will be calculated on a pro-rated basis as per the following:

> 3 months – 10 Hours
> 6 months - 20 Hours
> 9 months - 30 Hours
> 12 months - 40 Hours

Vacation is to be taken during the period of the 4th of July Holiday

If an employee has three (3) years of active and continuous service as of July 1 vacations will be granted and paid as follows:

> One (1) week during the 4th of July Holiday
> One (1) week after completion of Grinding

If an employee has three (10) years of active and continuous service as of July 1 vacations will be granted and paid as follows:

> One (1) week during the 4th of July Holiday
> One (1) week after completion of Grinding
> One (1) work week of 40 hours pay at current hourly rate or paid week off with approval of Plant Manager for scheduled vacation

**Vacation time will be taken at 1 week intervals unless prior approval is received   from the Plant Manager**

Confidential

SCSCGA-102738

IV.    Hospitalization Insurance

Once an employee has completed his Sixty (60) day probationary period, he or she will be eligible for hospitalization insurance effective on or after the 60th day of employment but cannot be no later than the 1st of any month.
Example:

Your hire date is January 1st. 31 days in January, 28 days in February would result in March 1st as your 60th day and coverage would be effective on March 1.

Your hire date is January 2nd. 30 days remaining in January, 28 days in February, March 2nd would be your 60th day but coverage would not be effective until the 1st of April.

Employee will be responsible to pay at a monthly charge:
$ 153.06 / month - for single coverage
$ 315.00 / month – for family coverage

Rates are subject to change on May 1st of each year. Employees will be notified prior to May 1st of any change in monthly charge.

V.    401K Program

After One (1) year of service and age requirement is met, an employee has the option to join the company participating 401k Plan. Current authorized company match is 50% of 1st 4% of earnings

VI.    Uniforms

175.⁰⁰

The Company will contribute $ ~~160.00~~ per year for the purchase of uniforms to all   employees with one year continuous service as of March 1st. All uniforms will be ordered and purchased through arrangements with suppliers by Company management. Any purchases in excess of $ 175.⁰⁰ ~~160.00~~ per year will be the responsibility of the employee.

Page 4

Confidential

SCSCGA-102739

VII.    Safety Award Incentive Program

After a Sixty (60) day probationary period the employee also becomes eligible to participate in the M.A. Patout & Son Limited, L.L.C.'s Safety Award Program

## CLOSING STATEMENT

All new employees will be made aware of all job requirements and pay schedules.  Also, new employees will be trained as to M.A. Patout's Safety Policies and Regulations and Drug Program and Policy.

SCSCGA-102740

2023

C.II.1

# M.A. PATOUT – ENTERPRISE FACTORY

## EMPLOYEE CODE OF CONDUCT

### THE FOLLOWING RULES APPLY TO YOUR EMPLOYEMENT AT M.A. PATOUT. PLEASE WORK WITH MANAGEMENT IN ORDER TO INSURE THAT WORK IS CONDUCTED IN AN ORDERLY AND DISCIPLINED MANNER.

1. REPORT FOR WORK REGULARLY AND ACCORDING TO SCHEDULES PREPARED BY YOUR SUPERVISOR.

2. PARK VEHICLES ONLY IN DESIGNATED PARKING AREAS BEFORE CLOCKING IN / OUT.

3. ENSURE THAT YOU CLOCK IN / OUT WHEN ARRIVING / LEAVING WORK.

4. CALL IN TO ADVISE YOUR SUPERVISOR SHOULD YOU BE UNABLE TO ATTEND WORK. PHONE 276-4592 OR 276-4595 EXT. 221 OR 215.

5. OBEY ANY LAWFUL INSTRUCTION GIVEN TO YOU BY YOUR SUPERVISOR.

6. DO NOT SLEEP ON DUTY.

7. DO NOT EAT, DRINK OR SMOKE IN AREAS WHERE THIS IS NOT PERMITTED.

8. TAKE CARE OF ALL M.A. PATOUT PROPERTY UNDER YOUR CONTROL.

9. DO NOT LEAVE YOUR WORK AREA WITHOUT YOUR SUPERVISOR'S PERMISSION.

10. ENSURE THAT YOU ARRIVE IN TIME TO RELIEVE YOUR CO-WORKER.

11. DO NOT LEAVE YOUR POST. SHOULD YOUR RELIEF FAIL TO ARRIVE, CALL YOUR SUPERVISOR WHO WILL ARRANGE FOR YOUR RELIEF.

12. OBEY ALL SAFETY INSTRUCTIONS, RULES AND PROCEDURES DETAILED TO YOU EITHER VERBALLY, IN WRITING OR ON NOTICE BOARDS. USE PROTECTIVE CLOTHING AND EQUIPMENT PROVIDED TO YOU. ( HARD HATS, SAFETY GLASSES, HEARING PROTECTION AND STEEL TOE BOOTS / SHOES ARE TO BE WORN AT ALL TIMES)

13. KEEP YOUR WORK AREA CLEAN AT ALL TIMES.

14. NO TV'S OR HEAD PHONES ARE PERMITTED IN WORK AREAS WHILE ON DUTY. CELL PHONES SHOULD BE USED FOR EMERGENCIES ONLY.

8

Confidential                                                                   SCSCGA-102741

2023

15.  RESPECT YOUR FELLOW EMPLOYEES, SUPERVISORS AND MANAGEMENT.

16.  HOLIDAY PAY IS ONLY MADE IF AN EMPLOYEE ATTENDS WORK THE DAY BEFORE, THE DAY OF AND THE DAY AFTER THE HOLIDAY. (GRINDING ONLY)

17.  NO VISITORS ARE ALLOWED TO VISIT YOU IN THE WORK AREA OR IN AND AROUND THE FACTORY AREA. ALL VISITORS MUST REPORT TO THE MAIN OFFICE RECEPTION.

18.  M.A. PATOUT PHONES ARE FOR COMPANY BUSINESS ONLY. PERSONAL CALLS MAY ONLY BE RECEIVED IN CASES OF EMERGENCY.

19.  ANY ACCIDENT / INCIDENT MUST BE REPORTED WHEN IT OCCURS. ACCIDENTS / INCIDENTS THAT ARE REPORTED THE FOLLOWING SHIFT / DAY WILL BE DISMISSED.

20.  EMPLOYEES ARE TO USE BATHROOMS IN THEIR WORK AREAS. DOING SO IN ANY OTHER AREA WILL NOT BE TOLERATED.

21.  THE MAIN OFFICE AND FACTORY OFFICE ARE OFF LIMIT UNLESS YOU ARE AUTHORIZED TO BE THERE.

22.  **IF YOU LEAVE THE PROPERTY FOR ANY REASON YOU MUST CLOCK OUT. NO EXCEPTIONS**

THIS CODE CAN BE ALTERED AT ANY TIME DEPENDING ON THE REQUIREMENTS OF M.A PATOUT OR ITS MANAGEMENT

SIGNATURE: _____

DATE: _____

WITNESS: _____

9

Confidential

SCSCGA-102742

2023

## M.A. PATOUT & SON, LIMITED, LLC

### SAFETY RULES FOR FACTORY

Safety can be accomplished with full cooperation of everyone concerned. Each employee must do his / her part by strictly observing the following safety rules. The following safety rules are not intended to replace common sense. Everyone must think before they act. Violations of any of these rules are grounds for disciplinary action up to and including discharge.

1. Steel toe safety boots / shoes, must be worn in and around the plant by all personnel at all times.

2. OSHA approved hard hats must be worn in and around the plant by all personnel at all times.

3. Safety glasses, goggles or face shields must be worn at all times.

4. Ear protection shall be worn during grinding season and during the off season in high noise areas.

5. Safety belts and lanyards will be worn where there is danger of falling more than eight (8) feet or as instructed by a supervisor.

6. All employees working in bins, tanks or other dangerous areas shall have a second employee stationed outside to tend his lifeline, and a confined space permit posted outside.

7. At no time shall compressed air be directed towards a person. Employees should not use compressed air to blow dust or bagasse from their clothes or face.

8. Approved work vest shall be worn when working over or near the water.

9. Vehicles shall be driven in a safe manner at all times and at posted speeds. Employees are to park only in designated areas.

10. Only the operator is allowed on moving equipment except for vehicles normally used for carrying personnel. A rider may ride as authorized on moving equipment for instruction or maintenance only. A rider should not have legs or arms hanging out of carts.

11. All guards removed shall be replaced before starting machinery.

12. When lifting, lift with the legs, not the back. Lift slowly and steadily, do not jerk.

13. All compressed gas cylinders shall be stored separately in an upright position and secured to prevent falling. When cylinders are not in use, the protective caps shall be in place. Trash shall not be placed near the

10

Confidential

SCSCGA-102743

cylinder. Empty bottles shall be physically separated from full bottles. Empty cylinders will be treated with the same rules as full cylinders.

14. Gloves shall not be worn where they could create a hazard by becoming entwined or caught in moving machinery.

15. Each employee shall be held responsible for housekeeping in their own work area.

16. Ragged or loose clothing shall not be worn around moving equipment and machinery. Sagging is not permitted.

17. Fire extinguishers shall not be discharged unless conditions warrants. When a fire extinguisher has been discharged, even partially, it must be brought back to the stock room so it can be replaced. All full extinguishers must be placed under signage on proper bracket.

18. Buckets and forks shall be lowered to ground level when equipment is idle.

19. Obey all posted rules and warnings.

20. Portable ladders shall be tied off or held in position while working from them or ascending and descending.

21. All accidents, regardless of how minor, must be reported to your supervisor or safety director as soon as it occurs.

22. Horseplay and practical jokes lead to accidents and will not be permitted.

23. All hand tools shall be kept in good repair and used only for the purpose for which it was designed.

24. Men working above other employees shall advise those working below of hazards and take necessary precautions to prevent accidents.

25. Never walk or work under or between suspended loads.

26. Never block fire extinguishers, electrical boxes or emergency exits.

27. Beware of all hazards while burning.
    a. Check other side of surface to be burned.
    b. Check connections and lines for leaks.
    c. Check for burning or smoldering objects before leaving the job site.
    d. Have someone watch for fires whenever you are cutting or welding near a flammable substance.
    e. Warn employees below and nearby when Hot Work is being done.

28. Remove All Electrodes (rods) from holders when not in use.

29. Never use electrical equipment that is damaged and in need of repair. Do not make repairs yourself. All electrical equipment (hand) should be checked according to a monthly schedule.

`11

Confidential

30. All liquor, drugs, marijuana, or working under the influence of these is strictly prohibited. All weapons are strictly forbidden as well. Any prescription drugs being taken must be reported to your supervisor. All employees are subject to periodic searches and violations are definite grounds for immediate dismissal.

31. Never enter any tank or similarly confined space unless you have been instructed to do so by a supervisor and a permit is posted.

32. Never use gasoline for cleaning purposes. Proper cleaning fluids are carried in stock and must be used.

33. Smoking or open flames are prohibited in areas where flammable materials are being stored or used.

34. Each crane operator is responsible for the safe operation of his crane. When safety is in doubt, the crane operator must stop the crane and refuse to handle the operation to be performed. He shall not proceed with the lift until safety has been insured and he has been ordered to proceed by his supervisor.

35. Use handrails on stairs and elevated places.

36. Treat every wire as a live wire.

37. When you use a straight ladder, keep the base out from the wall one fourth of the distance from the base to the point of support. In other words, one foot out for every four feet high.

38. Open step ladders all the way and set the locking device before you start up. Use both hands as you climb; never stand on the top or on the step closest to the top.

39. All portable tools must be grounded.

40. Never leave torches unattended in a confined area as an explosion may occur.

41. Never use oxygen for ventilation. Fire or sparks in an oxygen enriched atmosphere can cause combustible materials, including your clothes, to explode into flames.

42. Before beginning repairs on powered equipment, the main switch should be locked and tagged in the OFF position with a description of the work being done.

43. No TVs or headphones are permitted in the work area while on duty; this includes blue tooth, iPhones, iPods or any other apparatus that may hinder your hearing. Cell phones should be used for emergencies only.

_____          _____
SIGNATURE / DATE                          WITNESS / DATE

12

Confidential                                SCSCGA-102745

2023

# M.A. Patout & Son, LIMITED, LLC

### Hourly Employees Safety Award Program

The M.A. Patout & Son, LIMITED, LLC Safety Award Program will operate under the following guidelines effective July 1, 2006.

1. Employees will be assigned to 8 groups consisting of 10 to 15 members that will qualify for quarterly bonus of up to a maximum of $50.00 per quarter depending on the safety criteria achieved during the quarter outlined below. Each quarter will begin with a $50.00 incentive bonus with payment subject to safety criteria being met.

2. The quarterly periods will be as follows:

   January 1ST ---- March 31ST

   April 1ST ----- June 30TH

   July 1ST ----- September 30TH

   October 1ST ---- December 31ST

3. The bonus payment will be issued in the form of a gift card from Wal-Mart for each employee receiving an award.

4. Criteria for forfeiting the award in a given quarter for any group is as follows:

   a. One lost time accident by any employee in an assigned group.
   b. Three accidents requiring medical attention by a physician without lost time beyond the day of treatment by any member of your group.
   c. Failure to report any accident or injury occurring on the job within 24 hours to the Safety Director or other member of management.
   d. An employee must work 90% of his / her scheduled time to work to be eligible. If an employee does not work this amount of time he / she will lose their award.
   e. A total of 4 citations issued in a given quarter to an assigned group. Each citation will reduce the groups' award for that period.

5. Citations will be issued by the safety directors, supervisors, and managerial personnel as outlined in the company safety disciplinary program.

6. Any employee temporarily assigned to work for another group will remain with the group he / she was originally assigned to for the entire quarter. Any of the criteria for forfeiting awards will apply to the original group as a whole. Permanent transfers between groups will only take affect at the beginning of a quarter under the safety award program.

7. In order to receive the award the employee must be employed by the company at the time the award is paid.

'13

Confidential

SCSCGA-102746

8. New employees will begin participation immediately within his / her assigned group under a 60 day probationary period. If the 60 day period is within a quarter the new employee will be eligible for a $40.00 safety award subject to the criteria above. If the probationary period carries over to the next quarter the new employee will be eligible for a $50.00 safety award at the end of that quarter (first full quarter employed) subject to the criteria above however, any accident the new employee is involved in alone during the probationary period will penalize him / her only and not the assigned group.

## Acknowledgement

I have read the above Safety Disciplinary Program and agree to comply with the program immediately.

_____
SIGNATURE

_____
DATE

14

Confidential                    SCSCGA-102747

2023

# M.A. PATOUT & SON, LIMITED, LLC.

## SAFETY DISCIPLINE PROGRAM

All employees are expected to follow all company policies and procedures. If an employee disobeys a safety rule or acts in an unsafe manner, he or she will be issued a written citation for each incurred violation. This citation will be issued by the supervisor or management personnel who observed the violation. A copy will be given to the employee (violator) and the original and one copy will be submitted to the Safety Director, Pat Helmer, whom will forward the copy to the Plant Manager, Will Legendre. The original will be forwarded to the administrative office, (Randy Romero).

Each individual employee violation will be handled as follows:

1st Violation - Verbal warning by supervisor / manager issuing the citation.
Follow up by Safety Director

2ND Violation - Verbal warning by the supervisor issuing the citation. Safety Director, Chief Engineer and Plant Manager will meet with the employee to review the first and second violation.

3RD Violation - The employee is suspended from work for 1 day without pay.

4Th Violation – The employee is suspended from work for 1 week without pay.

5TH Violation – Termination

The time period for actions regarding citations is one (1) year from the date of the first violation.

Management reserves the right to evaluate each violation when it occurs for severity and if in their opinion the act demonstrates total disregard for the safety of the individual or other workers, termination of the violator will be considered.

This Policy also applies to any management or supervisory personnel who are employees of M.A. Patout & Son, LLC.

Any employee who observes an unsafe act is expected to report the incident to the Safety Director or any supervisor / manager immediately.

Acknowledgement

I have read the above Safety Disciplinary Program and agree to comply with the program immediately.

Name: _____

Date: _____

15

Confidential                                                                    SCSCGA-102748

C/II/1

## ACKNOWLEDGEMENT AND CONSENT

## DRUG / ALCOHOL / CONTRABAND POLICY

By my signature below, I (please print) _____ hereby Acknowledge that I have read ( or it has been read to me ) and understand the Drug, Alcohol and Contraband Policy of **M.A. Patout & Son, Limited, LLC** which outlines **M.A. Patout & Son, Limited, LLC's** policy regarding the use or possession of drugs, alcohol, firearms, weapons and other related items. As a condition of my employment, I understand that **M.A. Patout & Son, Limited, LLC** requires employees to submit urine, hair, substance, tissue, sweat, blood, plasma, breath, and / or saliva specimens to be analyzed for the presence of drugs and / or alcohol. Prior to employment, post accident and random. I also authorize and give full written permission to the doctor, clinic, hospital or its agents and associates to send this specimen to the laboratory for screening test for the presence of alcohol, and / or Amphetamines, Opiates, Cocaine, Cannabinoids, Phencyclidines, Barbituates, Benzodiazepines, Methadone, Methaqualone, and Propoxphene, and hereby authorize these results to be given to **M.A. Patout & Son, Limited, LLC** its authorized agents and / or employees, partners or associates.

I have been informed and understand that I retain the express right to terminate the taking of the urine, hair, substance, tissue, sweat, blood, plasma, breath, and / or saliva samples at any time I so desire and to leave the room without further delay. However, if I become unconscious, or incapacitated as the result of a work-related accident, which occurs at any location, I hereby consent to the collection and testing of urine, hair, substance, tissue, sweat, blood, plasma, breath, and / or saliva while I am unconscious or incapacitated. I further consent to and authorize any health care provider to collect and / or test any urine, hair, substance, tissue, sweat, blood, plasma, breath, and / or saliva for any substance listed on this Acknowledgement and Consent while I am unconscious or incapacitated.

I realize that the presence of a detectable trace of any unauthorized substance is grounds for disciplinary action and that this may include termination of my employment. I further realize that refusal to submit a specimen for testing, refusing to sign this consent, or refusal to cooperate or otherwise participate in a search, inspection, collection of sample, or test authorized by this policy is grounds for my termination. I also realize that my failure or refusal to sign this Acknowledgement and Consent violates a condition of my employment or of my continued employment and is grounds for termination.

I agree to cooperate and abide by this policy and understand that any failure to do so on my part is terms for termination.

_____          _____
EMPLOYEE SIGNATURE                               DATE

_____          _____
SIGNATURE OF WITNESS                              DATE

Confidential                                              SCSCGA-102749