ROMERO VOL. II
04.20.2026

**Exhibit 101**

AHUVA GOLDBERGER

**From:** "London Crochet" <lcrochet@sterlingsugars.com>

**To:** "rickygonsoulin@gmail.com" <rickygonsoulin@gmail.com>

**Subject:** SOUTH CENTRAL PACKET

**Date:** Mon, 15 Aug 2022 15:48:32 -0500

**Importance:** Normal

**Attachments:** CODE_OF_CONDUCT-H2A.doc; DRUG_POLICY_H2A_ENGLISH.doc; I9.pdf; SAFETY_RULES_h2a_english.doc; SECOND_INJURY_FUND_ENGLISH.pdf; STATE_FORM.pdf; W4_FORM.pdf

Confidential

SCSCGA-072644

# *SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC.*

**611 IRISH BEND ROAD**
**FRANKLIN, LOUISIANA 70538**
**Telephone (337) 828-0620**
**Office Fax (337) 828-1757**

## EMPLOYEE CODE OF CONDUCT

**THE FOLLOWING RULES APPLY TO YOUR EMPLOYMENT AT STERLING SUGARS, LLC.  PLEASE WORK WITH MANAGEMENT IN ORDER TO ENSURE THAT WORK IS CONDUCTED IN AN ORDERLY AND DISCIPLINED MANNER.**

1. REPORT FOR WORK REGULARLY AND ACCORDING TO SCHEDULES PREPARED BY YOUR SUPERVISOR.
2. PARK VEHICLES ONLY IN DESIGNATED PARKING AREAS BEFORE CLOCKING IN / OUT.
3. ENSURE THAT YOU CLOCK IN / OUT WHEN ARRIVING / LEAVING WORK.
4. CALL IN TO ADVISE YOUR SUPERVISOR SHOULD YOU BE UNABLE TO ATTEND WORK. PHONE 828-0620 EXT. 103 OR 105.
5. OBEY ANY LAWFUL INSTRUCTIONS GIVEN TO YOU BY YOUR SUPERVISOR.
6. DO NOT SLEEP ON DUTY.
7. DO NOT EAT, DRINK OR SMOKE IN AREAS WHERE THIS IS NOT PERMITTED.
8. TAKE CARE OF ALL SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION'S PROPERTY UNDER YOUR CONTROL.
9. DO NOT LEAVE YOUR WORK AREA WITHOUT YOUR SUPERVISOR'S PERMISSION.
10. ENSURE THAT YOU ARRIVE IN TIME TO RELIEVE YOUR CO-WORKER.
11. DO NOT LEAVE YOUR POST SHOULD YOUR RELIEF FAIL TO ARRIVE.  CALL YOUR SUPERVISOR WHO WILL ARRANGE FOR YOUR RELIEF.
12. OBEY ALL SAFETY INSTRUCTIONS, RULES AND PROCEDURES DETAILED TO YOU EITHER VERBALLY, IN WRITING OR ON NOTICE BOARDS.  USE PROTECTIVE CLOTHING AND EQUIPMENT PROVIDED TO YOU. (HARD HATS, SAFETY GLASSES, HEARING PROTECTION AND STEEL TOE BOOTS / SHOES ARE TO BE WORN AT ALL TIMES).
13. KEEP YOUR WORK AREA CLEAN AT ALL TIMES.
14. NO TV'S OR HEADPHONES ARE PERMITTED IN WORK AREAS WHILE ON DUTY.
15. THE USE OF CELL PHONES IS PROHIBITED.  EMERGENCIES ONLY.
16. RESPECT YOUR FELLOW EMPLOYEES, SUPERVISORS AND MANGEMENT.
17. HOLIDAY PAY IS ONLY MADE IF AN EMPLOYEE ATTENDS WORK THE DAY BEFORE AND THE DAY AFTER THE HOLIDAY (AFTER COMPLETING THE NEW HIRE WAITING PERIOD).
18. NO VISITORS ARE ALLOWED TO VISIT YOU IN THE WORK AREA OR IN AND AROUND THE FACTORY AREA.  ALL VISITORS MUST REPORT TO THE MAIN OFFICE RECEPTION.
19. SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION'S PHONES ARE FOR COMPANY BUSINESS ONLY.  PERSONAL CALLS MAY ONLY BE RECEIVED IN CASES OF EMERGENCY.
20. ANY ACCIDENT / INCIDENT MUST BE REPORTED WHEN IT OCCURS.  ACCIDENTS / INCIDENTS THAT ARE NOT REPORTED THE FOLLOWING SHIFT / DAY WILL BE DISMISSED.
21. EMPLOYEES ARE TO USE BATHROOMS IN THEIR WORK AREAS.  DOING SO IN ANY OTHER AREA WILL NOT BE TOLERATED.
22. THE MAIN OFFICE AND FACTORY OFFICE ARE OFF LIMITS UNLESS YOU ARE AUTHORIZED TO BE THERE.
23. IF YOU LEAVE THE PROPERTY FOR ANY REASON YOU MUST CLOCK OUT.  NOT EXCEPTIONS.

**THIS CODE CAN BE ALTERED AT ANY TIME DEPENDING ON THE REQUIREMENTS OF SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC. OR ITS MANAGEMENT**

    SCSCGA-072645

# *SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION INC.*

**611 IRISH BEND ROAD**
**FRANKLIN, LOUISIANA 70538**
**Telephone (337) 828-0620**
**Office Fax (337) 828-1757**

**By my signature below, I acknowledge that I have read and understand the Code of Conduct of South Central Sugar Cane Growers' Association, Inc. and agree to abide by them.**

_____          _____
**Signature**                    **Witness**

_____          _____
**Date**                         **Date**

Confidential

# South Central Sugarcane Growers Association, Inc.
(referred to herein as "THE COMPANY")

## DRUG, ALCOHOL AND CONTRABAND POLICY
(referred to herein as "POLICY")

1. **SUBJECT:**　　　　**DRUG-FREE WORKPLACE POLICY AND STATEMENT**

2. **SCOPE:**　　　　**ALL EMPLOYEES**

3. **OBJECTIVES:**

3.01. In order to comply with the Drug-Free Workplace Act of 1988, any and all applicable federally or state mandated testing programs, and to provide a safe and healthful work environment for all employees of THE COMPANY to prevent accidents and casualties in THE COMPANY's operations that result from impairment of employees who use alcohol or drugs or their use of alcohol or drugs, THE COMPANY has determined that a uniform and effective drug policy be established to accomplish these objectives. It is recognized that the employees of THE COMPANY are THE COMPANY'S most valuable resource in the conducting of the business of THE COMPANY and for that reason, their health and safety are of paramount concern.

3.02. It is further the objective of these policies to protect the well-being and property not only of THE COMPANY employees, but also all other person on company premises, including visitors and guest. By the establishment of these policies, THE COMPANY is seeking the protection of all property of THE COMPANY and of its employees, from damage, loss or theft.

3.03 The policy is also being established to comply with applicable laws, statues and regulations that have been enacted relating to drugs and safety in the workplace.

4. **POLICY DEFINITIONS**:  The following definitions are intended to clarify the prohibited substances and items covered in this policy. Use of the definition in the singular includes the plural. The term "drug" is used interchangeably with the terms chemical or chemical substance, or alcohol for the purposes of this policy.

4.01. **ACT-ALIKE DRUGS** – Those chemicals not manufactured to closely resemble controlled substances, but which are promoted in the same way and which contain the same ingredients as look-alike drugs.

1

　　　　　　　　　　　　　　　　SCSCGA-072647

4.02. **ALCOHOL OR INTOXICATING BEVERAGE** – Any liquid that may be legally sold and consumed, and that has an alcohol content in excess of ½ of 1% by volume.

4.03. **CONTROLLED DRUGS –** Those drugs or chemical substance placed on a schedule or in special categories to prevent, curtail or limit their distribution and manufacture as defined by the Controlled Substance Act of 1970, as amended.

4.04. **DESIGNER (SYNTHETIC) DRUGS** – Those chemical substances that are made in clandestine laboratories where the molecular structure of both legal and illegal drug is altered to create a drug that is not explicitly banned by federal law.

4.05. **DRUG –** Any chemical substance, including alcohol, that either produces physical, mental or emotional change in the user, or one that is capable of altering the mood, perception or judgment of the individual consuming it.

4.06. **DRUG ABUSE** – Drug abuse is the use of a drug or chemical substance for other than medical purposes which results in the impaired physical, mental, or emotional well-being of the user.

4.07. **DRUG MISUSE** – The unintentional or inappropriate use of prescription or over-the-counter drugs or chemical substances, which results in impaired physical, mental or emotional well-being of the user.

4.08. **DRUG-RELATED PARAPHERNALIA** – Any material, equipment or items used or designed for use in testing, packaging, storing, injecting, ingesting, inhaling, or otherwise introducing into the human body an illegal, unauthorized controlled or dangerous substance.

4.09. **ILLEGAL DRUG –** Any drug (a) which is not legally obtainable or (b) which is legally obtainable, but has not been legally obtained. The term includes prescribed drugs not legally obtained and prescribed drugs not being used for prescribed purposes. The term "illegal drug" includes marijuana.

4.10. **LEGAL DRUG** – Any prescribed drug or over-the-counter drug or medication which has been legally obtained and is being used for the purpose for which it was prescribed or manufactured.

4.11. **LOOK-ALIKE DRUGS** – A tablet, capsule, powder or liquid containing controlled over-the-counter ingredients whose physical appearance resembles various prescription drug products which contain popular substances of abuse and are regulated under the provisions of the Controlled Substance Act of 1970, as amended.

4.12. **PRESCRIBED DRUG** – Any substance for which a prescription has been written by a licensed medical practitioner for consumption by the individual for whom it is written or ordered.

2

SCSCGA-072648

4.13. **PROHIBITED DRUG** – Any of the following substances specified in Schedule I or Schedule II of the Controlled Substances Act, 21 U. S. C., 801, 802 (1931 & 1987 Cum. P.P.): marijuana, cocaine, opiates, amphetamines, and phencyclidine (PCP), methadone, barbiturates, benzodiazepines, methaqualone and propoxyphene.

4.14. **REASONABLE SUSPICION –** THE COMPANY'S supervisors or management level employee's belief based upon objective and articulable facts, based on specific, contemporaneous physical, behavioral, or performance indicators, sufficient to lead a prudent person to suspect that any employee is using drugs or alcohol, or otherwise is in violation of this policy.

4.15. **THEFT/STOLEN PROPERTY** – The taking, asportation, conversion, misappropriation or unauthorized removal, concealment, or possession or use of the COMPANY, other employees, person, or companies, and including, but not limited to, materials, facilities, tools, equipment, documents and proprietary Information, or items of property other employees, persons or companies.

4.16. **UNDER THE INFLUENCE** – For the purpose of this policy an employee is Under the Influence if an employee is affected by a drug, chemical substance or alcohol or the combination of a drug, chemical substance or alcohol in any detectable manner. The symptoms or influence are not confined to those consistent with misbehavior, nor to obvious impairment of physical or mental ability, such as slurred speech or difficultly in maintaining balance. A determination of influence can be established by professional opinion, scientifically valid test and, as in case of alcohol, by a lay person's opinion.

4.17. **WEAPONS** – For the purpose of this policy, the term "weapons" includes firearms, guns, knives, explosives, ammunition or other similar items. The use, possession, transfer, storage, concealment, transportation or sale of which is not specifically authorized or allowed on THE COMPANY'S property by the President of THE COMPANY or his/her designated representative.

5. **APPLICATION OF POLICY:**

5.01. This policy pertains to illegal, controlled and unauthorized drugs, alcohol, chemical substances, weapons, stolen property. For the purposes of the policy, the term "Company Premises" of THE COMPANY includes its affiliates or subsidiaries. It also includes all property, offices, facilities, land, buildings, structures, fixtures, installations, automobiles, trucks and all other vehicles and equipment, whether owned, leased, rented or used by THE COMPANY.

5.02. This policy applies to property of all customers of THE COMPANY, while on company premises.

5.03. This policy applies to any other work locations of THE COMPANY, and the mode

3

of transportation to and from those locations in the scope of THE COMPANY'S employment.

6. **POLICY STATEMENT:**

6.01. The use, abuse, reporting to work with detectable amounts in the system, bringing onto THE COMPANY Premises of THE COMPANY'S property (as defined above), possession, transfer, storage, concealment, promotion or sale of the following substances and other items as listed below by employee of THE COMPANY is strictly prohibited.

6.02. The possession of illegal drugs, unauthorized controlled substances, look-alikes, inhalants of abuse, designer and synthetic drugs, alcohol or intoxicating beverages (including the presence of any detectable amount in the employee's body while working), and any other drugs or substances which may affect a person's perception, performance, judgment, reactions or senses while working or while on THE COMPANY'S business, including any and all drugs declared to be illegal under any Federal or State law is prohibited.

6.03. The possession or the reporting to work or working with detectable amounts in the systems of alcoholic or intoxicating beverages on Company Premises which may affect an employee's mood, senses, responses, motor functions, or alter or affect a person's perception, performance, judgment, reactions or senses while working or while on THE COMPANY'S premises, the bringing onto THE COMPANY Premises (as defined above), or the possession, transfer, storage, concealment, transportation, promotion or sale of alcoholic or intoxicating beverage is prohibited.

6.04. Except as specifically authorized by the President of THE COMPANY, or his/her designated representative the possession of firearms, weapons, explosives and ammunition is prohibited.

6.05. The possession or the reporting to work or working with drug-related paraphernalia, including any material or equipment used or designed for use in testing, packaging, storing, injecting, ingesting, inhaling or otherwise introducing into the human body an illegal, unauthorized controlled or dangerous substance as defined by this policy is prohibited.

6.06. The theft, conversion, misappropriation or unauthorized removal, possession or use of THE COMPANY'S property, including but not limited to, materials facilities, tools, equipment, documents and proprietary information, or of any items of property of other employees or customers, is prohibited.

6.07. The legal use of prescription drugs (Legally Controlled Substances) prescribed by a licensed physician are permitted, however:

4

    SCSCGA-072650

*1. Employees will immediately inform their supervisor prior to using prescribed drugs or medication on the job.*

*2. Medication will be in its original vial or be in a vial provided by the pharmacist commonly referred to as "day carriers" and will be in the employee's name and will have the doctor's name and the prescription number on the label, as well as the date of issuance.*

*3. Each prescription will be not older than one (1) year of the date issued.*

*4. Employees will only possess a reasonable amount of medication for a normal shift.*

*5. The employee whose name appears on the label of the vial will not allow any other company employee, visitor, guest, subcontractor or any other person to consume the prescribed drug or medication.*

*6. The employee will not consume the prescribed drug or medication more often than as prescribed by the employee's physician and as set out on the label of the vial*

6.08. THE COMPANY reserves the right to have its Medical Review Officer determine if use of a prescription drug or medication by an employee produces effects which may increase the risk of injury to the employee or other employees. If such a finding is made, THE COMPANY reserves the right to restrict the work activity of the employee until such time as the Medical Review Officer advises THE COMPANY that the employee's ability to perform his/her job is no longer adversely affected by the consumption of said drug or medication.

6.09. Any employee who is convicted of any criminal drug statute must notify the President of THE COMPANY or his/her designated representative of the conviction within five (5) days and the President of THE COMPANY or his/her designated representative is to notify Federal agencies under contract with THE COMPANY within ten (10) days after receiving notice of a conviction.

## 7. ENFORCEMENT ACTIVITY:

7.01. THE COMPANY will enforce these policies by job site searches, urine or hair /substance/tissue testing, sweat testing, blood/plasma testing, and/or saliva/breath testing.

**Drug screening will occur in the following situations:**
- **Post offer of employment**
- **Random**
- **Post Accident**
- **Reasonable Cause**
- **Customer Contractual Compliance**

7.02. THE COMPANY reserves the right to have managerial, supervisory, and security personnel conduct security searches and inspections of employees, persons and

5

their effects (such as, but not limited to, lockers, baggage, briefcases, lunch boxes, food/beverage containers, desks, tool boxes, clothing and vehicles) for the purpose of determining if such employees are in possession, use, transportation or concealment of any of the prohibited items and substances covered by this policy. All searches that are conducted by authorized outside search and inspection specialists will be in the presence of THE COMPANY'S supervision. At no time will employees be touched during a search or inspection by outside search and inspection specialists or THE COMPANY'S managerial supervisory, or security personnel.

7.03. THE COMPANY reserves the right to require employees to submit to medical, physical or psychological evaluations or examinations at any time as a condition of initial or continued employment. Such examinations or evaluations may include, but are not limited to, urine tests, blood or plasma tests, hair/substance/tissue tests, sweat tests, or saliva/breath tests or other tests as deemed appropriate to determine the use of illegal/unauthorized drugs or alcohol prohibited by this policy or to establish the employee's fitness for duty.

7.04. Any Company contractor may, to the extent permitted by law, conduct a search and inspection of its own employees and the employees of any of its subcontractors performing work for THE COMPANY on THE COMPANY'S property, provided that such contractor first notifies THE COMPANY of such a proposed search and inspection, and provided further that contractor does not search employee of THE COMPANY or of other contractors without the express written authority of THE COMPANY or other companies that may be involved.

## 8. NOTICE OF DISCIPLINARY ACTION FOR POLICY VIOLATIONS:

8.01. As a condition of employment, and as a condition of continued employment, employees of THE COMPANY shall be required to consent in writing to search, to inspection, and to the collection and testing of the employee's urine, blood/plasma, hair/substances/tissue, sweat, and/or saliva/breath for the use or presence of illegal/unauthorized drugs or alcohol prohibited by this policy or to establish the employee's fitness for duty. Such consent includes, but is not limited to, the consent of the employee to such search, inspection, collection, and testing under the following circumstances:
(a) while the employee is unconscious or incapacitated, when the unconsciousness or incapacitation occurs on the premises of THE COMPANY, or
(b) while the employee is unconscious or incapacitated, when rendered unconscious or incapacitated as the result of a work-related accident which occurs at any location.
Such consent further includes, but is not limited to, the specific consent and authorization to any health care provider to collect and/or test the employee's urine, blood/plasma, hair/substance/tissue, sweat, and/or saliva/breath while the employee is unconscious or incapacitated.

6

Confidential                                                                 SCSCGA-072652

8.02. Entry onto THE COMPANY'S property as described above constitutes the recognition of the right of THE COMPANY or its authorized representatives to search, inspect, or test its employees for drugs or alcohol, as well as search their personal effects, vehicles, tool boxes, desks, food or beverage containers, clothing and any other property of its employees while entering, on, or departing the premises of THE COMPANY as described in this policy.

8.03. All employees of THE COMPANY and its subsidiaries are subject to the following disciplinary actions:

| | |
|---|---|
| Refusal to participate in or consent to search, provide a urine, hair, substance, tissue blood, plasma, saliva, or breath sample | Termination |
| Positive Drug Result | Disciplinary action up to and including termination |
| Alcohol Result > .00 | Disciplinary action up to and including termination |
| Substituting, Adulterating, or attempting to adulterate a specimen | Termination |

8.04. Disciplinary action will be any action levied against an employee or applicant, as determined by THE COMPANY management.

8.05. Any THE COMPANY employee who is found in possession, use or transportation of any illegal substances, contraband, unauthorized possession of THE COMPANY'S property or other employees' property, or any of the herein mentioned drugs, chemical substances or property, or unauthorized items, or who has been convicted of a drug related offense, will be subject to disciplinary action, up to and including termination of employment. Preliminary findings of a policy violation may require that the employee be suspended pending the results of an investigation.

**9. REQUIREMENTS OF TESTING FACILITLY:**

1.  All searches, collections and testing will be performed with concern for each employee's privacy. The results of any drug screening will be considered a confidential record to be disseminated strictly on a "need-to-know" basis or as may be legally required.

2.  All collections will be performed by approved third party personnel who are familiar with the proper collection procedures of this policy.

7

 SCSCGA-072653

3.      For drug urinalysis, each specimen will be tested to determine the presence of amphetamines, cannabinoids, cocaine, opiates, phencyclidine, barbiturates, methadone, benzodiazepines, methaqualone, and propoxyphene.

4.      For cannabinoids, 50 NG/ML will be the screening level for employees to generate a positive screen result.

5.      All sample collections, storage, and transportation will be performed in accordance with SAMHSA (Substance Abuse & Mental Health Services Administration) guidelines.

6.      All positives reported by the laboratory must be confirmed by GC/MS (Gas Chromatography/Mass Spectrometry).

7.      Testing will be performed by the laboratory chosen by THE COMPANY or its testing contractor. The laboratory shall be accredited by the College of American Pathologists, certified by the Department of Health & Human Services, or SAMHSA.

8.      All alcohol tests will be administered by properly trained personnel utilizing only approved evidential breath/saliva testing devices.

9.      A breath/saliva screening test will be administered, and if the result is greater than .02, a second test, a confirmation test, will be performed 15 minutes later (no later than 30 minutes) with an evidential breath device to verify the original screen. If the confirmation test verifies the original positive result, disciplinary action will be levied as defined above to section 8.03.

## 10. ACKNOWLEDGMENTS:

10.01.  Compliance with this drug-free workplace statement and this policy is a condition of employment with THE COMPANY. Nothing in this policy will be construed as any guarantee or promise to any applicant or any employee, of any employment, any continued employment whatsoever, nor will any provisions of this policy constitute or be interpreted by any party or tribunal to constitute any contractual rights of employment, express or implied, with THE COMPANY or any obligation of employment rights created by covenants of good faith and fair dealing, either express or implied.

10.02.  Nothing in this policy will be interpreted as constituting any waiver of or limitation on THE CVOMPANY'S right to invoke disciplinary measures as may be appropriate nor will it constitute and waiver of or limitation on all employees responsibility to protect, guard and take adequate precautions for his/her own safety and health in the work-place.

8

Confidential                                                                 SCSCGA-072654

10.03. This policy may be amended as necessary to meet the requirement applicable laws, statutes, or regulations. It may also be amended as deemed necessary by THE COMPANY, or to meet the interests of the objectives of this policy as may be determined, from time to time, by THE COMPANY. All rights to further amend, refine and redefine are specifically reserved to THE COMPANY.

_____

**South Central Sugarcane Growers Association, Inc.**

_____

Effective Date

9

Confidential                    SCSCGA-072655

**Employment Eligibility Verification**
**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-9**
OMB No. 1615-0047
Expires 10/31/2022

►**START HERE: Read instructions carefully before completing this form. The instructions must be available, either in paper or electronically, during completion of this form. Employers are liable for errors in the completion of this form.**

**ANTI-DISCRIMINATION NOTICE:** It is illegal to discriminate against work-authorized individuals. Employers **CANNOT** specify which document(s) an employee may present to establish employment authorization and identity. The refusal to hire or continue to employ an individual because the documentation presented has a future expiration date may also constitute illegal discrimination.

## Section 1. Employee Information and Attestation *(Employees must complete and sign Section 1 of Form I-9 no later than the **first day of employment**, but not before accepting a job offer.)*

| Last Name *(Family Name)* | First Name *(Given Name)* | Middle Initial | Other Last Names Used *(if any)* | | |
|---|---|---|---|---|---|

| Address *(Street Number and Name)* | Apt. Number | City or Town | State | ZIP Code |
|---|---|---|---|---|

| Date of Birth *(mm/dd/yyyy)* | U.S. Social Security Number | Employee's E-mail Address | Employee's Telephone Number |
|---|---|---|---|

**I am aware that federal law provides for imprisonment and/or fines for false statements or use of false documents in connection with the completion of this form.**

**I attest, under penalty of perjury, that I am (check one of the following boxes):**

☐ 1. A citizen of the United States

☐ 2. A noncitizen national of the United States *(See instructions)*

☐ 3. A lawful permanent resident    (Alien Registration Number/USCIS Number): _____

☐ 4. An alien authorized to work    until (expiration date, if applicable, mm/dd/yyyy): _____
  Some aliens may write "N/A" in the expiration date field. *(See instructions)*

*Aliens authorized to work must provide only one of the following document numbers to complete Form I-9:*
*An Alien Registration Number/USCIS Number OR Form I-94 Admission Number OR Foreign Passport Number.*

**1.** Alien Registration Number/USCIS Number: _____
    **OR**
**2.** Form I-94 Admission Number: _____
    **OR**
**3.** Foreign Passport Number: _____
    Country of Issuance: _____

QR Code - Section 1
Do Not Write In This Space

| Signature of Employee | Today's Date *(mm/dd/yyyy)* |
|---|---|

## Preparer and/or Translator Certification (check one):

☐ I did not use a preparer or translator.    ☐ A preparer(s) and/or translator(s) assisted the employee in completing Section 1.

*(Fields below must be completed and signed when preparers and/or translators assist an employee in completing Section 1.)*

**I attest, under penalty of perjury, that I have assisted in the completion of Section 1 of this form and that to the best of my knowledge the information is true and correct.**

| Signature of Preparer or Translator | Today's Date *(mm/dd/yyyy)* |
|---|---|

| Last Name *(Family Name)* | First Name *(Given Name)* | | |
|---|---|---|---|

| Address *(Street Number and Name)* | City or Town | State | ZIP Code |
|---|---|---|---|

STOP    *Employer Completes Next Page*    STOP

Confidential

SCSCGA-072656



**Employment Eligibility Verification**
**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-9**
OMB No. 1615-0047
Expires 10/31/2022

## Section 2. Employer or Authorized Representative Review and Verification

*(Employers or their authorized representative must complete and sign Section 2 within 3 business days of the employee's first day of employment. You must physically examine one document from List A OR a combination of one document from List B and one document from List C as listed on the "Lists of Acceptable Documents.")*

| Employee Info from Section 1 | Last Name *(Family Name)* | First Name *(Given Name)* | M.I. | Citizenship/Immigration Status |
|---|---|---|---|---|
| | | | | |

| List A | OR | List B | AND | List C |
|---|---|---|---|---|
| Identity and Employment Authorization | | Identity | | Employment Authorization |

| List A | List B | List C |
|---|---|---|
| Document Title | Document Title | Document Title |
| Issuing Authority | Issuing Authority | Issuing Authority |
| Document Number | Document Number | Document Number |
| Expiration Date *(if any) (mm/dd/yyyy)* | Expiration Date *(if any) (mm/dd/yyyy)* | Expiration Date *(if any) (mm/dd/yyyy)* |
| Document Title | | |
| Issuing Authority | Additional Information | QR Code - Sections 2 & 3 Do Not Write In This Space |
| Document Number | | |
| Expiration Date *(if any) (mm/dd/yyyy)* | | |
| Document Title | | |
| Issuing Authority | | |
| Document Number | | |
| Expiration Date *(if any) (mm/dd/yyyy)* | | |

**Certification: I attest, under penalty of perjury, that (1) I have examined the document(s) presented by the above-named employee, (2) the above-listed document(s) appear to be genuine and to relate to the employee named, and (3) to the best of my knowledge the employee is authorized to work in the United States.**

The employee's first day of employment *(mm/dd/yyyy)*: _____ *(See instructions for exemptions)*

| Signature of Employer or Authorized Representative | Today's Date *(mm/dd/yyyy)* | Title of Employer or Authorized Representative |
|---|---|---|
| Last Name of Employer or Authorized Representative | First Name of Employer or Authorized Representative | Employer's Business or Organization Name |

| Employer's Business or Organization Address *(Street Number and Name)* | City or Town | State | ZIP Code |
|---|---|---|---|
| | | | |

## Section 3. Reverification and Rehires *(To be completed and signed by employer or authorized representative.)*

| **A.** New Name *(if applicable)* | | | **B.** Date of Rehire *(if applicable)* |
|---|---|---|---|
| Last Name *(Family Name)* | First Name *(Given Name)* | Middle Initial | Date *(mm/dd/yyyy)* |

**C.** If the employee's previous grant of employment authorization has expired, provide the information for the document or receipt that establishes continuing employment authorization in the space provided below.

| Document Title | Document Number | Expiration Date *(if any) (mm/dd/yyyy)* |
|---|---|---|
| | | |

**I attest, under penalty of perjury, that to the best of my knowledge, this employee is authorized to work in the United States, and if the employee presented document(s), the document(s) I have examined appear to be genuine and to relate to the individual.**

| Signature of Employer or Authorized Representative | Today's Date *(mm/dd/yyyy)* | Name of Employer or Authorized Representative |
|---|---|---|
| | | |

Form I-9   10/21/2019

Confidential

SCSCGA-072657

## LISTS OF ACCEPTABLE DOCUMENTS
### All documents must be UNEXPIRED

Employees may present one selection from List A
or a combination of one selection from List B and one selection from List C.

| LIST A<br>**Documents that Establish Both Identity and Employment Authorization** | OR | LIST B<br>**Documents that Establish Identity**    AND | LIST C<br>**Documents that Establish Employment Authorization** |
|---|---|---|---|
| 1. U.S. Passport or U.S. Passport Card | | 1. Driver's license or ID card issued by a State or outlying possession of the United States provided it contains a photograph or information such as name, date of birth, gender, height, eye color, and address | 1. A Social Security Account Number card, unless the card includes one of the following restrictions:<br>(1) NOT VALID FOR EMPLOYMENT<br>(2) VALID FOR WORK ONLY WITH INS AUTHORIZATION<br>(3) VALID FOR WORK ONLY WITH DHS AUTHORIZATION |
| 2. Permanent Resident Card or Alien Registration Receipt Card (Form I-551) | | 2. ID card issued by federal, state or local government agencies or entities, provided it contains a photograph or information such as name, date of birth, gender, height, eye color, and address | 2. Certification of report of birth issued by the Department of State (Forms DS-1350, FS-545, FS-240) |
| 3. Foreign passport that contains a temporary I-551 stamp or temporary I-551 printed notation on a machine-readable immigrant visa | | 3. School ID card with a photograph | 3. Original or certified copy of birth certificate issued by a State, county, municipal authority, or territory of the United States bearing an official seal |
| 4. Employment Authorization Document that contains a photograph (Form I-766) | | 4. Voter's registration card | |
| 5. For a nonimmigrant alien authorized to work for a specific employer because of his or her status:<br>**a.** Foreign passport; and<br>**b.** Form I-94 or Form I-94A that has the following:<br>(1) The same name as the passport; and<br>(2) An endorsement of the alien's nonimmigrant status as long as that period of endorsement has not yet expired and the proposed employment is not in conflict with any restrictions or limitations identified on the form. | | 5. U.S. Military card or draft record | 4. Native American tribal document |
| | | 6. Military dependent's ID card | 5. U.S. Citizen ID Card (Form I-197) |
| | | 7. U.S. Coast Guard Merchant Mariner Card | 6. Identification Card for Use of Resident Citizen in the United States (Form I-179) |
| | | 8. Native American tribal document | |
| | | 9. Driver's license issued by a Canadian government authority | 7. Employment authorization document issued by the Department of Homeland Security |
| 6. Passport from the Federated States of Micronesia (FSM) or the Republic of the Marshall Islands (RMI) with Form I-94 or Form I-94A indicating nonimmigrant admission under the Compact of Free Association Between the United States and the FSM or RMI | | **For persons under age 18 who are unable to present a document listed above:**<br>10. School record or report card<br>11. Clinic, doctor, or hospital record<br>12. Day-care or nursery school record | |

**Examples of many of these documents appear in the Handbook for Employers (M-274).**

**Refer to the instructions for more information about acceptable receipts.**

Form I-9  10/21/2019

Confidential

SCSCGA-072658

## South Central Sugarcane Growers Association Inc.

**611 IRISH BEND ROAD**
**FRANKLIN, LOUISIANA 70538**
**Telephone (337) 828-0620**
**Office Fax (337) 828-1757**

### SAFETY RULES

It is the policy of South Central Sugarcane Growers Association Inc. to provide a safe work place.  Safety can be accomplished only with full cooperation of everyone concerned.

Each employee must do his/her part by strictly observing the following safety rules.  The following safety rules are not intended to replace common sense.

Everyone must think before they act.  Violation of any of these rules is grounds for disciplinary action up to and including discharge.

1.  Safety glasses, goggles, or face shields must be worn when the job the employee is performing requires it and in areas where flying particles or chemicals may create a hazard.
2.  Leather boots must be worn in and around the plant.  No tennis shoes are allowed.
3.  Vehicles shall be driven in a safe manner at all times.
4.  All guards removed shall be replaced before starting machinery.
5.  When lifting, lift with legs, not the back.  Lift slowly and steadily, don't jerk.
6.  Gloves shall not be worn where they could create a hazard by becoming entangled or caught in moving parts of machinery.
7.  Ragged or loose clothing shall not be worn around moving equipment and machinery.
8.  Fire extinguishers shall not be discharged unless conditions warrant.  When a fire extinguisher has been discharged, even partially, it must be replaced.
9.  Obey all posted rules and warnings.
10. Portable ladders shall be tied off or held in position while working from them or ascending and descending.  Ladders with broken parts shall not be used.
11. All accidents must be reported immediately.
12. Horseplay and practical jokes lead to accidents and will not be tolerated.
13. All hand tools shall be kept in good repair and used only for the purpose for which they were designed.
14. Never block fire extinguishers, electrical boxes, or emergency equipment.
15. All portable grinders must have appropriate shields unless permission is otherwise granted by the supervisor.
16. Hearing protection shall be worn when in high noise areas.
17. Safety belts and lanyards shall be worn when there is danger of falling.
18. You must use safety belt and harness when you are above 6 feet.
19. Never use electrical equipment that is damaged and in need of repair.  Do not make repairs yourself.
20. All liquor, drugs, marijuana, or working under the influence of such is strictly prohibited.  All weapons are strictly forbidden.  All employees are

Confidential    SCSCGA-072659

subject to periodic searches and violations are definite grounds for immediate dismissal.

## *South Central Sugarcane Growers Association, Inc.*

**611 IRISH BEND ROAD**
**FRANKLIN, LOUISIANA 70538**
**Telephone (337) 828-0620**
**Office Fax (337) 828-1757**

## SAFETY RULES (continued)

21. Treat every electric wire as a live one.
22. When you use a straight ladder, keep the base out from the wall one-fourth of the distance from the base to the point of support.  In other words, one foot out for every four feet high.
23. Open stepladders all the way and set the locking device before you start up.  Use both hands as you climb; never stand on the top or even the first step from the top.
24. Before repairs on powered equipment are begun, the main switch should be locked in the open (or OFF) position and tagged with a description of the work being done.
25. Do not use chairs, tables, desks, or buckets in place of ladders.
26. Clean bodies and clothes are essential to good health and such should be maintained.
27. Do not use any heavy equipment (forklifts, cherry pickers, cranes, front end loaders etc.) unless you are trained and authorized to operate machine.
28. Buckets and forklifts shall be lowered to ground level when equipment is idle.
29. All oxygen and acetylene bottles shall be stored separately in an upright position and tied to prevent falling.  Oxygen bottle caps shall be in place when bottles are not in us.  Trash shall not be placed near bottles.  Empty bottles shall be physically separated from filled bottles and empties will be treated with the same rules as filled bottles stated above.
30. The last 30 minutes of the last work day of each week shall be used for general cleanup and housekeeping.  Each employee shall be held responsible for housekeeping in their own work area.
31. Only the operator is allowed on moving equipment except vehicles normally used for personnel carrying.  A rider may ride, as authorized, on moving equipment for instruction or maintenance only.
32. The use of cellular phones is prohibited. All employees are required to only use their cell phone during break time or in an emergency.
33. Any employee leaving the company premises must punch out before doing so.  Once you return you must punch back in.

Confidential   SCSCGA-072660

*South Central Sugarcane Growers Associaton, INC.*
**611 IRISH BEND ROAD**
**FRANKLIN, LOUISIANA 70538**
**Telephone (337) 828-0620**
**Office Fax (337) 828-1757**

**By my signature below, I acknowledge that I have read and understand the Safety Rules of South Central Sugarcane Growers Association, Inc. and agree to abide by them.**

_____         _____
**Signature**                                          **Witness**

_____         _____
**Date**                                                    **Date**

Confidential                                              SCSCGA-072661

## LOUISIANA WORKERS' COMPENSATION SECOND INJURY BOARD
## POST-HIRE/CONDITIONAL JOB OFFER KNOWLEDGE QUESTIONNAIRE

EMPLOYEE: The intent of this questionnaire is to provide your employer with knowledge about any pre-existing medical condition or disability which may entitle your employer to reimbursement from the Louisiana Workers' Compensation Second Injury Board in the event you suffer an on-the-job injury.[1] This reimbursement in no way affects the benefits owed to you by your employer or its insurance company under the Louisiana Workers' Compensation Act.  La. R.S. 23:1021-1361.  However, your failure to answer truthfully and/or correctly to any of the question on this questionnaire may result in a forfeiture of your workers' compensation benefits.

In order for your employer to be considered for reimbursement from the Second Injury Board, it has to show that it knowingly hired or retained you with a pre-existing medical condition or disability.  To establish its knowledge, your employer is requesting that this questionnaire be completed.

INSTRUCTIONS: Please answer ALL questions completely.  If a response requires an explanation, please provide a brief description on the Explanation Page.  If you have any questions or need help in answering the questions on this form, please ask for assistance from the Employer Representative signing this form.

NOTE: Since this questionnaire contains medical information, you can request that the form be kept CONFIDENTIAL and not made part of your personnel file.  Please let your employer know that you want the completed questionnaire placed in a sealed folder for confidentiality purposes.

### EMPLOYEE WARNING

**FAILURE TO ANSWER TRUTHFULLY AND/OR CORRECTLY TO ANY OF THE QUESTIONS ON THIS FORM MAY RESULT IN A FORFEITURE OF YOUR WORKERS' COMPENSATION BENEFITS UNDER La. R.S. 23:1208.1.**

Employee Signature:_____ Date: _____

Employer Representative Signature: _____ Date: _____

Employer Name: _____

Employee Name:_____

Date of Birth (mm/dd/yyyy): _____    Male: ☐    Female: ☐

Soc. Sec. # (last 4 digits only):_____

Home Address: _____

Telephone Number:(  _____  ) _____

---

[1] Under La. R.S. 23:1371(A), the purpose of the Second Injury Board is to encourage the employment, re-employment, or retention of employees who have a permanent partial disability.

**Disease and Other Medical Conditions you currently have or have ever had.**

For all conditions that you check yes, write a brief explanation on the Explanation Page.

[Please check the appropriate box next to each.  Every illness/injury requires a Yes (Y) or No (N) answer.]

| Y N | Y N | Y N | Y N |
|---|---|---|---|
| ☐ ☐ Diabetes | ☐ ☐ Cerebral Palsy | ☐ ☐ Arthritis | ☐ ☐ Heart Disease/Heart Attack |
| ☐ ☐ Silicosis | ☐ ☐ Tuberculosis | ☐ ☐ Parkinson's | ☐ ☐ Congestive Heart Failure |
| ☐ ☐ Varicose Veins | ☐ ☐ Multiple Sclerosis | ☐ ☐ Brain Damage | ☐ ☐ Vision Loss, one or both eyes |
| ☐ ☐ Asbestosis | ☐ ☐ Post Traumatic Stress | ☐ ☐ Asthma | ☐ ☐ Disability from Polio |
| ☐ ☐ Hyperinsulinism | ☐ ☐ Osteomyelitis | ☐ ☐ Dementia | ☐ ☐ Psychoneurotic Disability |
| ☐ ☐ Alzheimer's | ☐ ☐ Nervous Disorder | ☐ ☐ Thrombophlebitis | ☐ ☐ Ruptured or Herniated Disc |
| ☐ ☐ Emphysema | ☐ ☐ Muscular Dystrophy | ☐ ☐ Arteriosclerosis | ☐ ☐ Ankylosis or Joint Stiffening |
| ☐ ☐ Hearing Loss | ☐ ☐ Migraine Headaches | ☐ ☐ Hodgkin's | ☐ ☐ High/Low Blood Pressure |
| ☐ ☐ COPD | ☐ ☐ Mental Retardation | ☐ ☐ Cancer | ☐ ☐ Carpal Tunnel Syndrome |
| ☐ ☐ Hypertension | ☐ ☐ Kidney Disorder | ☐ ☐ Double Vision | ☐ ☐ Compressed Air Sequelae |
| ☐ ☐ Head Injury | ☐ ☐ Loss of Use of Limb | ☐ ☐ Mental Disorders | ☐ ☐ Disease of the Lung |
| ☐ ☐ Epilepsy | ☐ ☐ Seizure Disorder | ☐ ☐ Hemophilia | ☐ ☐ Coronary Artery Disease |
| ☐ ☐ Stroke | ☐ ☐ Sickle Cell Disease | ☐ ☐ Bleeding Disorder | ☐ ☐ Heavy Metal Poisoning |

**Surgical Treatment**  [Please check the appropriate box. Each illness/injury requires a Yes (Y) or No (N) answer.]  For each Yes (Y) answer, please complete the information corresponding to the surgery on the right.  Additional information can be provided on the Explanation Page, if necessary.

**Y N**

☐ ☐ Spinal Disc Surgery               Year (approximate if unsure)_____

☐ ☐ Spinal Fusion Surgery             Year (approximate if unsure)_____

☐ ☐ Amputated Foot          Left ☐    Right ☐     Year (approx. if unsure) _____

☐ ☐ Amputated Leg           Left ☐    Right ☐     Year (approx. if unsure) _____

☐ ☐ Amputated Arm           Left ☐    Right ☐     Year (approx. if unsure) _____

☐ ☐ Amputated Hand          Left ☐    Right ☐     Year (approx. if unsure) _____

☐ ☐ Knee Replacement        Left ☐    Right ☐     Year (approx. if unsure) _____

☐ ☐ Hip Replacement         Left ☐    Right ☐     Year (approx. if unsure) _____

☐ ☐ Other Joint Replacement      Joint _____ Year _____

☐ ☐ Other Surgical Procedure     Procedure _____ Year _____

☐ ☐ Other Surgical Procedure     Procedure _____ Year _____

☐ ☐ Other Surgical Procedure     Procedure _____ Year _____

☐ ☐ Other Surgical Procedure     Procedure _____ Year _____

Employee Signature:_____ Date: _____

Employer Representative: _____ Date: _____

PAGE 2 OF 6

**SIB FORM D (10/17)**

**EXPLANATION PAGE**

Please use the space below to explain the illnesses and/or conditions that you checked a Yes (Y) **or** any other medical conditions that may not be listed on this form.  Ask your employer for additional copies of this page if needed.

CONDITION: _____ Year Diagnosed (approx): _____

Are you still treating for this condition?                    Yes ☐    No ☐

Are you taking medication for this condition?                 Yes ☐    No ☐

Do you have any permanent restrictions for this condition?    Yes ☐    No ☐

Brief Explanation: _____

---

CONDITION: _____ Year Diagnosed (approx): _____

Are you still treating for this condition?                    Yes ☐    No ☐

Are you taking medication for this condition?                 Yes ☐    No ☐

Do you have any permanent restrictions for this condition?    Yes ☐    No ☐

Brief Explanation: _____

---

CONDITION: _____ Year Diagnosed (approx): _____

Are you still treating for this condition?                    Yes ☐    No ☐

Are you taking medication for this condition?                 Yes ☐    No ☐

Do you have any permanent restrictions for this condition?    Yes ☐    No ☐

Brief Explanation: _____

---

CONDITION: _____ Year Diagnosed (approx): _____

Are you still treating for this condition?                    Yes ☐    No ☐

Are you taking medication for this condition?                 Yes ☐    No ☐

Do you have any permanent restrictions for this condition?    Yes ☐    No ☐

Brief Explanation: _____

---

Employee Signature: _____    Date: _____

Employer Representative: _____    Date: _____

PAGE 3 OF 6

**SIB FORM D (10/17)**

Confidential                                                                SCSCGA-072664

Please answer the following questions.

1. Has any doctor ever restricted your activities?    Yes ☐   No ☐
   If "Yes," please list the restrictions: _____
   Were the restrictions: Permanent ☐        Temporary ☐
   Are your activities currently restricted?    Yes ☐   No ☐
   What is the medical condition for which you have restrictions? _____

2. Are you presently treating with a doctor, chiropractor, psychiatrist, psychologist or other health-care provider?   Yes ☐   No ☐

   Please list the medical condition being treated: _____

   Doctor's Name: _____Specialty: _____

   Doctor's Address: _____

3. If you are currently taking prescription medication other than those listed on the Explanation Page, please complete the requested information below.

   Medication:_____Prescribing Doctor: _____

   Medication:_____Prescribing Doctor: _____

4. Have you ever had an on the job accident?    Yes ☐   No ☐
   If you answered "YES," please provide the date for each injury and the nature of the injury:

   _____

   How long were you on compensation?   _____

   Name of Employer: _____

5. Has a doctor recommended a surgical procedure, which has not been completed prior to this date, including but not limited to knee, hip or shoulder replacement?    Yes ☐   No ☐
   If you answered YES, please provide:

   Recommended surgery: _____

   Approximate date of recommendation:_____

   Doctor's Name: _____Specialty: _____

   Doctor's Address: _____

Employee Signature:_____     Date: _____

Employer Representative: _____     Date: _____

PAGE 4 OF 6

**SIB FORM D (10/17)**

SCSCGA-072665

**████████████████████████████████████████████TO BE COMPLETED BY EMPLOYEE**                    **SIB FORM D (10/17)**

## EMPLOYEE WARNING

**FAILURE TO ANSWER TRUTHFULLY AND/OR CORRECTLY TO ANY OF THE QUESTIONS ON THIS FORM MAY RESULT IN A FORFEITURE OF ANY AND ALL WORKERS COMPENSATION BENEFITS UNDER La. R.S. 23:1208.1.**

I have completed this form honestly and to the best of my knowledge.  I understand that providing false information or omitting pertinent information could result in loss of my workers compensation benefits should I become injured on the job.

Employee Signature:_____     Date: _____

Employee Printed Name:  _____

PAGE 5 OF 6

**SIB FORM D (10/17)**

Confidential                                                                                           SCSCGA-072666

**TO BE COMPLETED BY EMPLOYER REPRESENTATIVE**

## <u>EMPLOYER WARNING</u>

**PURSUANT TO La. R.S. 23:1208 OF THE LOUISIANA WORKERS' COMPENSATION ACT, IT SHALL BE UNLAWFUL FOR A PERSON, FOR THE PURPOSE OF OBTAINING OR DEFEATING ANY BENEFIT PAYMENT UNDER THE PROVISIONS OF THIS CHAPTER, EITHER FOR HIMSELF OR FOR ANY OTHER PERSON, TO WILLFULLY MAKE A FALSE STATEMENT OR REPRESENTATION.  PENALTIES FOR VIOLATIONS INCLUDE IMPRISONMENT, FINES, AND/OR THE FORFEITURE OF BENEFITS.**

You must certify the following:

1. That I am an authorized representative of the employer designated to obtain and review the information provided by the employee on this questionnaire;

2. That I have provided the employee with as many copies of the Explanation Page as needed and have confirmed the number of and labeled the pages of this questionnaire;

3. That I have provided assistance to the employee (if requested) in responding to the questions on this questionnaire;

4. That the information sought by this authorization is made on an applicant for employment only after a conditional job offer has been made and accepted, or on a current employee; and

5. That the information obtained in the authorization will **NOT** be used to discriminate in any manner against the individual who is the subject of this authorization on any basis, in violation of the Americans with Disabilities Act of 1990,  42 U.S.C. §12101, *et seq.*, or any other state or federal law;

6. That if requested, a photocopy of this fully completed and signed form will be provided to the employee.

Employer Representative Signature:_____ Date: _____

Employer Representative Printed Name: _____

Title: _____

SIB FORM D (10/17)

Confidential                                                                      SCSCGA-072667

R-1300 (4/11)


Contributing to a better quality of life

**Employee Withholding Exemption Certificate (L-4)**

Louisiana Department of Revenue

**Purpose:** Complete form L-4 so that your employer can withhold the correct amount of state income tax from your salary.

**Instructions:** Employees who are subject to state withholding should complete the personal allowances worksheet indicating the number of withholding personal exemptions in Block A and the number of dependency credits in Block B.

- Employees must file a new withholding exemption certificate within 10 days if the number of their exemptions decreases, except if the change is the result of the death of a spouse or a dependent.

- Employees may file a new certificate any time the number of their exemptions increases.

- Line 8 should be used to increase or decrease the tax withheld for each pay period. Decreases should be indicated as a negative amount.

Penalties will be imposed for willfully supplying false information or willful failure to supply information that would reduce the withholding exemption.

This form must be filed with your employer. If an employee fails to complete this withholding exemption certificate, the employer must withhold Louisiana income tax from the employee's wages without exemption.

**Note to Employer:** Keep this certificate with your records. If you believe that an employee has improperly claimed too many exemptions or dependency credits, please forward a copy of the employee's signed L-4 form with an explanation as to why you believe that the employee improperly completed this form and any other supporting documentation. The information should be sent to the Louisiana Department of Revenue, Criminal Investigations Division, PO Box 2389, Baton Rouge, LA 70821-2389.

**Block A**

- Enter "0" to claim neither yourself nor your spouse, and check "*No exemptions or dependents claimed*" under number 3 below. You may enter "0" if you are married, and have a working spouse or more than one job to avoid having too little tax withheld.

- Enter "1" to claim yourself, and check "*Single*" under number 3 below. if you did not claim this exemption in connection with other employment, or if your spouse has not claimed your exemption. Enter "1" to claim one personal exemption if you will file as head of household, and check "Single" under number 3 below.

- Enter "2" to claim yourself and your spouse, and check "Married" under number 3 below.

**A.**

**Block B**

- Enter the number of dependents, not including yourself or your spouse, whom you will claim on your tax return. If no dependents are claimed, enter "0."

**B.**

✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Cut here and give the bottom portion of certificate to your employer. Keep the top portion for your records.**

Form **L-4**

Louisiana Department of Revenue

# Employee's Withholding Allowance Certificate

| **1.** Type or print first name and middle initial | Last name |
|---|---|

| **2.** Social Security Number | **3.** Select one  ☐ No exemptions or dependents claimed   ☐ Single   ☐ Married |
|---|---|

**4.** Home address (number and street or rural route)

| **5.** City | State | ZIP |
|---|---|---|

| **6.** Total number of exemptions claimed in Block A | **6.** |
|---|---|

| **7.** Total number of dependents claimed in Block B | **7.** |
|---|---|

| **8.** Increase or decrease in the amount to be withheld each pay period. Decreases should be indicated as a negative amount. | **8.** |
|---|---|

I declare under the penalties imposed for filing false reports that the number of exemptions and dependency credits claimed on this certificate do not exceed the number to which I am entitled.

| Employee's signature | Date |
|---|---|

**The following is to be completed by employer.**

| **9.** Employer's name and address | **10.** Employer's state withholding account number |
|---|---|

SCSCGA-072668

Form **W-4**

Department of the Treasury
Internal Revenue Service

# Employee's Withholding Certificate

► Complete Form W-4 so that your employer can withhold the correct federal income tax from your pay.
► Give Form W-4 to your employer.
► Your withholding is subject to review by the IRS.

OMB No. 1545-0074

**2022**

**Step 1:**

**Enter Personal Information**

| (a) First name and middle initial | Last name | (b) Social security number |
|---|---|---|

Address

City or town, state, and ZIP code

► **Does your name match the name on your social security card?** If not, to ensure you get credit for your earnings, contact SSA at 800-772-1213 or go to *www.ssa.gov*.

(c) ☐ **Single** or **Married filing separately**

☐ **Married filing jointly** or **Qualifying widow(er)**

☐ **Head of household** (Check only if you're unmarried and pay more than half the costs of keeping up a home for yourself and a qualifying individual.)

**Complete Steps 2–4 ONLY if they apply to you; otherwise, skip to Step 5.** See page 2 for more information on each step, who can claim exemption from withholding, when to use the estimator at *www.irs.gov/W4App*, and privacy.

**Step 2:**

**Multiple Jobs or Spouse Works**

Complete this step if you (1) hold more than one job at a time, or (2) are married filing jointly and your spouse also works. The correct amount of withholding depends on income earned from all of these jobs.

Do **only one** of the following.

**(a)** Use the estimator at *www.irs.gov/W4App* for most accurate withholding for this step (and Steps 3–4); **or**

**(b)** Use the Multiple Jobs Worksheet on page 3 and enter the result in Step 4(c) below for roughly accurate withholding; **or**

**(c)** If there are only two jobs total, you may check this box. Do the same on Form W-4 for the other job. This option is accurate for jobs with similar pay; otherwise, more tax than necessary may be withheld . . ► ☐

**TIP:** To be accurate, submit a 2022 Form W-4 for all other jobs. If you (or your spouse) have self-employment income, including as an independent contractor, use the estimator.

**Complete Steps 3–4(b) on Form W-4 for only ONE of these jobs.** Leave those steps blank for the other jobs. (Your withholding will be most accurate if you complete Steps 3–4(b) on the Form W-4 for the highest paying job.)

**Step 3:**

**Claim Dependents**

If your total income will be $200,000 or less ($400,000 or less if married filing jointly):

Multiply the number of qualifying children under age 17 by $2,000 ► $ _____

Multiply the number of other dependents by $500 . . . . ► $ _____

Add the amounts above and enter the total here . . . . . . . . . . . . . . **3** | $

**Step 4 (optional):**

**Other Adjustments**

**(a) Other income (not from jobs).** If you want tax withheld for other income you expect this year that won't have withholding, enter the amount of other income here. This may include interest, dividends, and retirement income . . . . . . . . **4(a)** | $

**(b) Deductions.** If you expect to claim deductions other than the standard deduction and want to reduce your withholding, use the Deductions Worksheet on page 3 and enter the result here . . . . . . . . . . . . . . . . . . . **4(b)** | $

**(c) Extra withholding.** Enter any additional tax you want withheld each **pay period** . . **4(c)** | $

**Step 5:**

**Sign Here**

Under penalties of perjury, I declare that this certificate, to the best of my knowledge and belief, is true, correct, and complete.

► _____     ► _____

**Employee's signature** (This form is not valid unless you sign it.)     **Date**

**Employers Only**

| Employer's name and address | First date of employment | Employer identification number (EIN) |
|---|---|---|

For Privacy Act and Paperwork Reduction Act Notice, see page 3.     Cat. No. 10220Q     Form **W-4** (2022)

Confidential

SCSCGA-072669

Form W-4 (2022)                                                                                                           Page **2**

## General Instructions

Section references are to the Internal Revenue Code.

### Future Developments

For the latest information about developments related to Form W-4, such as legislation enacted after it was published, go to *www.irs.gov/FormW4*.

### Purpose of Form

Complete Form W-4 so that your employer can withhold the correct federal income tax from your pay. If too little is withheld, you will generally owe tax when you file your tax return and may owe a penalty. If too much is withheld, you will generally be due a refund. Complete a new Form W-4 when changes to your personal or financial situation would change the entries on the form. For more information on withholding and when you must furnish a new Form W-4, see Pub. 505, Tax Withholding and Estimated Tax.

**Exemption from withholding.** You may claim exemption from withholding for 2022 if you meet both of the following conditions: you had no federal income tax liability in 2021 **and** you expect to have no federal income tax liability in 2022. You had no federal income tax liability in 2021 if (1) your total tax on line 24 on your 2021 Form 1040 or 1040-SR is zero (or less than the sum of lines 27a, 28, 29, and 30), or (2) you were not required to file a return because your income was below the filing threshold for your correct filing status. If you claim exemption, you will have no income tax withheld from your paycheck and may owe taxes and penalties when you file your 2022 tax return. To claim exemption from withholding, certify that you meet both of the conditions above by writing "Exempt" on Form W-4 in the space below Step 4(c). Then, complete Steps 1(a), 1(b), and 5. Do not complete any other steps. You will need to submit a new Form W-4 by February 15, 2023.

**Your privacy.** If you prefer to limit information provided in Steps 2 through 4, use the online estimator, which will also increase accuracy.

As an alternative to the estimator: if you have concerns with Step 2(c), you may choose Step 2(b); if you have concerns with Step 4(a), you may enter an additional amount you want withheld per pay period in Step 4(c). If this is the only job in your household, you may instead check the box in Step 2(c), which will increase your withholding and significantly reduce your paycheck (often by thousands of dollars over the year).

**When to use the estimator.** Consider using the estimator at *www.irs.gov/W4App* if you:

1. Expect to work only part of the year;

2. Have dividend or capital gain income, or are subject to additional taxes, such as Additional Medicare Tax;

3. Have self-employment income (see below); or

4. Prefer the most accurate withholding for multiple job situations.

**Self-employment.** Generally, you will owe both income and self-employment taxes on any self-employment income you receive separate from the wages you receive as an employee. If you want to pay these taxes through withholding from your wages, use the estimator at *www.irs.gov/W4App* to figure the amount to have withheld.

**Nonresident alien.** If you're a nonresident alien, see Notice 1392, Supplemental Form W-4 Instructions for Nonresident Aliens, before completing this form.

## Specific Instructions

**Step 1(c).** Check your anticipated filing status. This will determine the standard deduction and tax rates used to compute your withholding.

**Step 2.** Use this step if you (1) have more than one job at the same time, or (2) are married filing jointly and you and your spouse both work.

Option **(a)** most accurately calculates the additional tax you need to have withheld, while option **(b)** does so with a little less accuracy.

If you (and your spouse) have a total of only two jobs, you may instead check the box in option **(c)**. The box must also be checked on the Form W-4 for the other job. If the box is checked, the standard deduction and tax brackets will be cut in half for each job to calculate withholding. This option is roughly accurate for jobs with similar pay; otherwise, more tax than necessary may be withheld, and this extra amount will be larger the greater the difference in pay is between the two jobs.

 *Multiple jobs. Complete Steps 3 through 4(b) on only one Form W-4. Withholding will be most accurate if you do this on the Form W-4 for the highest paying job.*

**Step 3.** This step provides instructions for determining the amount of the child tax credit and the credit for other dependents that you may be able to claim when you file your tax return. To qualify for the child tax credit, the child must be under age 17 as of December 31, must be your dependent who generally lives with you for more than half the year, and must have the required social security number. You may be able to claim a credit for other dependents for whom a child tax credit can't be claimed, such as an older child or a qualifying relative. For additional eligibility requirements for these credits, see Pub. 501, Dependents, Standard Deduction, and Filing Information. You can also include **other tax credits** for which you are eligible in this step, such as the foreign tax credit and the education tax credits. To do so, add an estimate of the amount for the year to your credits for dependents and enter the total amount in Step 3. Including these credits will increase your paycheck and reduce the amount of any refund you may receive when you file your tax return.

**Step 4 (optional).**

**Step 4(a).** Enter in this step the total of your other estimated income for the year, if any. You shouldn't include income from any jobs or self-employment. If you complete Step 4(a), you likely won't have to make estimated tax payments for that income. If you prefer to pay estimated tax rather than having tax on other income withheld from your paycheck, see Form 1040-ES, Estimated Tax for Individuals.

**Step 4(b).** Enter in this step the amount from the Deductions Worksheet, line 5, if you expect to claim deductions other than the basic standard deduction on your 2022 tax return and want to reduce your withholding to account for these deductions. This includes both itemized deductions and other deductions such as for student loan interest and IRAs.

**Step 4(c).** Enter in this step any additional tax you want withheld from your pay **each pay period**, including any amounts from the Multiple Jobs Worksheet, line 4. Entering an amount here will reduce your paycheck and will either increase your refund or reduce any amount of tax that you owe.

Confidential                                                                                   SCSCGA-072670

Form W-4 (2022)

Page **3**

## Step 2(b)—Multiple Jobs Worksheet *(Keep for your records.)*



If you choose the option in Step 2(b) on Form W-4, complete this worksheet (which calculates the total extra tax for all jobs) on **only ONE** Form W-4. Withholding will be most accurate if you complete the worksheet and enter the result on the Form W-4 for the highest paying job.

**Note:** If more than one job has annual wages of more than $120,000 or there are more than three jobs, see Pub. 505 for additional tables; or, you can use the online withholding estimator at *www.irs.gov/W4App*.

1  **Two jobs.** If you have two jobs or you're married filing jointly and you and your spouse each have one job, find the amount from the appropriate table on page 4. Using the "Higher Paying Job" row and the "Lower Paying Job" column, find the value at the intersection of the two household salaries and enter that value on line 1. Then, **skip** to line 3 . . . . . . . . . . . . . . . . . .   **1**  $ _____

2  **Three jobs.** If you and/or your spouse have three jobs at the same time, complete lines 2a, 2b, and 2c below. Otherwise, skip to line 3.

    **a**  Find the amount from the appropriate table on page 4 using the annual wages from the highest paying job in the "Higher Paying Job" row and the annual wages for your next highest paying job in the "Lower Paying Job" column. Find the value at the intersection of the two household salaries and enter that value on line 2a . . . . . . . . . . . . . . . . . .   **2a**  $ _____

    **b**  Add the annual wages of the two highest paying jobs from line 2a together and use the total as the wages in the "Higher Paying Job" row and use the annual wages for your third job in the "Lower Paying Job" column to find the amount from the appropriate table on page 4 and enter this amount on line 2b . . . . . . . . . . . . . . . . . . . . .   **2b**  $ _____

    **c**  Add the amounts from lines 2a and 2b and enter the result on line 2c . . . . . . . . . .   **2c**  $ _____

3  Enter the number of pay periods per year for the highest paying job. For example, if that job pays weekly, enter 52; if it pays every other week, enter 26; if it pays monthly, enter 12, etc. . . . . .   **3**  _____

4  **Divide** the annual amount on line 1 or line 2c by the number of pay periods on line 3. Enter this amount here and in **Step 4(c)** of Form W-4 for the highest paying job (along with any other additional amount you want withheld) . . . . . . . . . . . . . . . . . . . . . . . . .   **4**  $ _____

## Step 4(b)—Deductions Worksheet *(Keep for your records.)*



1  Enter an estimate of your 2022 itemized deductions (from Schedule A (Form 1040)). Such deductions may include qualifying home mortgage interest, charitable contributions, state and local taxes (up to $10,000), and medical expenses in excess of 7.5% of your income . . . . . . . . . . . . .   **1**  $ _____

2  Enter:  
    • $25,900 if you're married filing jointly or qualifying widow(er)  
    • $19,400 if you're head of household  
    • $12,950 if you're single or married filing separately   . . . . . . . . .   **2**  $ _____

3  If line 1 is greater than line 2, subtract line 2 from line 1 and enter the result here. If line 2 is greater than line 1, enter "-0-"   . . . . . . . . . . . . . . . . . . . . . . . . . .   **3**  $ _____

4  Enter an estimate of your student loan interest, deductible IRA contributions, and certain other adjustments (from Part II of Schedule 1 (Form 1040)). See Pub. 505 for more information   . . . .   **4**  $ _____

5  **Add** lines 3 and 4. Enter the result here and in **Step 4(b)** of Form W-4 . . . . . . . . . . .   **5**  $ _____

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to carry out the Internal Revenue laws of the United States. Internal Revenue Code sections 3402(f)(2) and 6109 and their regulations require you to provide this information; your employer uses it to determine your federal income tax withholding. Failure to provide a properly completed form will result in your being treated as a single person with no other entries on the form; providing fraudulent information may subject you to penalties. Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation; to cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their tax laws; and to the Department of Health and Human Services for use in the National Directory of New Hires. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Code section 6103.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For estimated averages, see the instructions for your income tax return.

If you have suggestions for making this form simpler, we would be happy to hear from you. See the instructions for your income tax return.

Confidential

SCSCGA-072671

Form W-4 (2022)                                                                                           Page **4**

## Married Filing Jointly or Qualifying Widow(er)

| Higher Paying Job Annual Taxable Wage & Salary | Lower Paying Job Annual Taxable Wage & Salary | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $0 - 9,999 | $10,000 - 19,999 | $20,000 - 29,999 | $30,000 - 39,999 | $40,000 - 49,999 | $50,000 - 59,999 | $60,000 - 69,999 | $70,000 - 79,999 | $80,000 - 89,999 | $90,000 - 99,999 | $100,000 - 109,999 | $110,000 - 120,000 |
| $0 - 9,999 | $0 | $110 | $850 | $860 | $1,020 | $1,020 | $1,020 | $1,020 | $1,020 | $1,020 | $1,770 | $1,870 |
| $10,000 - 19,999 | 110 | 1,110 | 1,860 | 2,060 | 2,220 | 2,220 | 2,220 | 2,220 | 2,220 | 2,970 | 3,970 | 4,070 |
| $20,000 - 29,999 | 850 | 1,860 | 2,800 | 3,000 | 3,160 | 3,160 | 3,160 | 3,160 | 3,910 | 4,910 | 5,910 | 6,010 |
| $30,000 - 39,999 | 860 | 2,060 | 3,000 | 3,200 | 3,360 | 3,360 | 3,360 | 4,110 | 5,110 | 6,110 | 7,110 | 7,210 |
| $40,000 - 49,999 | 1,020 | 2,220 | 3,160 | 3,360 | 3,520 | 3,520 | 4,270 | 5,270 | 6,270 | 7,270 | 8,270 | 8,370 |
| $50,000 - 59,999 | 1,020 | 2,220 | 3,160 | 3,360 | 3,520 | 4,270 | 5,270 | 6,270 | 7,270 | 8,270 | 9,270 | 9,370 |
| $60,000 - 69,999 | 1,020 | 2,220 | 3,160 | 3,360 | 4,270 | 5,270 | 6,270 | 7,270 | 8,270 | 9,270 | 10,270 | 10,370 |
| $70,000 - 79,999 | 1,020 | 2,220 | 3,160 | 4,110 | 5,270 | 6,270 | 7,270 | 8,270 | 9,270 | 10,270 | 11,270 | 11,370 |
| $80,000 - 99,999 | 1,020 | 2,820 | 4,760 | 5,960 | 7,120 | 8,120 | 9,120 | 10,120 | 11,120 | 12,120 | 13,150 | 13,450 |
| $100,000 - 149,999 | 1,870 | 4,070 | 6,010 | 7,210 | 8,370 | 9,370 | 10,510 | 11,710 | 12,910 | 14,110 | 15,310 | 15,600 |
| $150,000 - 239,999 | 2,040 | 4,440 | 6,580 | 7,980 | 9,340 | 10,540 | 11,740 | 12,940 | 14,140 | 15,340 | 16,540 | 16,830 |
| $240,000 - 259,999 | 2,040 | 4,440 | 6,580 | 7,980 | 9,340 | 10,540 | 11,740 | 12,940 | 14,140 | 15,340 | 16,540 | 17,590 |
| $260,000 - 279,999 | 2,040 | 4,440 | 6,580 | 7,980 | 9,340 | 10,540 | 11,740 | 12,940 | 14,140 | 16,100 | 18,100 | 19,190 |
| $280,000 - 299,999 | 2,040 | 4,440 | 6,580 | 7,980 | 9,340 | 10,540 | 11,740 | 13,700 | 15,700 | 17,700 | 19,700 | 20,790 |
| $300,000 - 319,999 | 2,040 | 4,440 | 6,580 | 7,980 | 9,340 | 11,300 | 13,300 | 15,300 | 17,300 | 19,300 | 21,300 | 22,390 |
| $320,000 - 364,999 | 2,100 | 5,300 | 8,240 | 10,440 | 12,600 | 14,600 | 16,600 | 18,600 | 20,600 | 22,600 | 24,870 | 26,260 |
| $365,000 - 524,999 | 2,970 | 6,470 | 9,710 | 12,210 | 14,670 | 16,970 | 19,270 | 21,570 | 23,870 | 26,170 | 28,470 | 29,870 |
| $525,000 and over | 3,140 | 6,840 | 10,280 | 12,980 | 15,640 | 18,140 | 20,640 | 23,140 | 25,640 | 28,140 | 30,640 | 32,240 |

## Single or Married Filing Separately

| Higher Paying Job Annual Taxable Wage & Salary | Lower Paying Job Annual Taxable Wage & Salary | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $0 - 9,999 | $10,000 - 19,999 | $20,000 - 29,999 | $30,000 - 39,999 | $40,000 - 49,999 | $50,000 - 59,999 | $60,000 - 69,999 | $70,000 - 79,999 | $80,000 - 89,999 | $90,000 - 99,999 | $100,000 - 109,999 | $110,000 - 120,000 |
| $0 - 9,999 | $400 | $930 | $1,020 | $1,020 | $1,250 | $1,870 | $1,870 | $1,870 | $1,870 | $1,970 | $2,040 | $2,040 |
| $10,000 - 19,999 | 930 | 1,570 | 1,660 | 1,890 | 2,890 | 3,510 | 3,510 | 3,510 | 3,610 | 3,810 | 3,880 | 3,880 |
| $20,000 - 29,999 | 1,020 | 1,660 | 1,990 | 2,990 | 3,990 | 4,610 | 4,610 | 4,710 | 4,910 | 5,110 | 5,180 | 5,180 |
| $30,000 - 39,999 | 1,020 | 1,890 | 2,990 | 3,990 | 4,990 | 5,610 | 5,710 | 5,910 | 6,110 | 6,310 | 6,380 | 6,380 |
| $40,000 - 59,999 | 1,870 | 3,510 | 4,610 | 5,610 | 6,680 | 7,500 | 7,700 | 7,900 | 8,100 | 8,300 | 8,370 | 8,370 |
| $60,000 - 79,999 | 1,870 | 3,510 | 4,680 | 5,880 | 7,080 | 7,900 | 8,100 | 8,300 | 8,500 | 8,700 | 8,970 | 9,770 |
| $80,000 - 99,999 | 1,940 | 3,780 | 5,080 | 6,280 | 7,480 | 8,300 | 8,500 | 8,700 | 9,100 | 10,100 | 10,970 | 11,770 |
| $100,000 - 124,999 | 2,040 | 3,880 | 5,180 | 6,380 | 7,580 | 8,400 | 9,140 | 10,140 | 11,140 | 12,140 | 13,040 | 14,140 |
| $125,000 - 149,999 | 2,040 | 3,880 | 5,180 | 6,520 | 8,520 | 10,140 | 11,140 | 12,140 | 13,320 | 14,620 | 15,790 | 16,890 |
| $150,000 - 174,999 | 2,040 | 4,420 | 6,520 | 8,520 | 10,520 | 12,170 | 13,470 | 14,770 | 16,070 | 17,370 | 18,540 | 19,640 |
| $175,000 - 199,999 | 2,720 | 5,360 | 7,460 | 9,630 | 11,930 | 13,860 | 15,160 | 16,460 | 17,760 | 19,060 | 20,230 | 21,330 |
| $200,000 - 249,999 | 2,970 | 5,920 | 8,310 | 10,610 | 12,910 | 14,840 | 16,140 | 17,440 | 18,740 | 20,040 | 21,210 | 22,310 |
| $250,000 - 399,999 | 2,970 | 5,920 | 8,310 | 10,610 | 12,910 | 14,840 | 16,140 | 17,440 | 18,740 | 20,040 | 21,210 | 22,310 |
| $400,000 - 449,999 | 2,970 | 5,920 | 8,310 | 10,610 | 12,910 | 14,840 | 16,140 | 17,440 | 18,740 | 20,040 | 21,210 | 22,470 |
| $450,000 and over | 3,140 | 6,290 | 8,880 | 11,380 | 13,880 | 16,010 | 17,510 | 19,010 | 20,510 | 22,010 | 23,380 | 24,680 |

## Head of Household

| Higher Paying Job Annual Taxable Wage & Salary | Lower Paying Job Annual Taxable Wage & Salary | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $0 - 9,999 | $10,000 - 19,999 | $20,000 - 29,999 | $30,000 - 39,999 | $40,000 - 49,999 | $50,000 - 59,999 | $60,000 - 69,999 | $70,000 - 79,999 | $80,000 - 89,999 | $90,000 - 99,999 | $100,000 - 109,999 | $110,000 - 120,000 |
| $0 - 9,999 | $0 | $760 | $910 | $1,020 | $1,020 | $1,020 | $1,190 | $1,870 | $1,870 | $1,870 | $2,040 | $2,040 |
| $10,000 - 19,999 | 760 | 1,820 | 2,110 | 2,220 | 2,220 | 2,390 | 3,390 | 4,070 | 4,070 | 4,240 | 4,440 | 4,440 |
| $20,000 - 29,999 | 910 | 2,110 | 2,400 | 2,510 | 2,680 | 3,680 | 4,680 | 5,360 | 5,530 | 5,730 | 5,930 | 5,930 |
| $30,000 - 39,999 | 1,020 | 2,220 | 2,510 | 2,790 | 3,790 | 4,790 | 5,790 | 6,640 | 6,840 | 7,040 | 7,240 | 7,240 |
| $40,000 - 59,999 | 1,020 | 2,240 | 3,530 | 4,640 | 5,640 | 6,780 | 7,980 | 8,860 | 9,060 | 9,260 | 9,460 | 9,460 |
| $60,000 - 79,999 | 1,870 | 4,070 | 5,360 | 6,610 | 7,810 | 9,010 | 10,210 | 11,090 | 11,290 | 11,490 | 11,690 | 12,170 |
| $80,000 - 99,999 | 1,870 | 4,210 | 5,700 | 7,010 | 8,210 | 9,410 | 10,610 | 11,490 | 11,690 | 12,380 | 13,370 | 14,170 |
| $100,000 - 124,999 | 2,040 | 4,440 | 5,930 | 7,240 | 8,440 | 9,640 | 10,860 | 12,540 | 13,540 | 14,540 | 15,540 | 16,480 |
| $125,000 - 149,999 | 2,040 | 4,440 | 5,930 | 7,240 | 8,860 | 10,860 | 12,860 | 14,540 | 15,540 | 16,830 | 18,130 | 19,230 |
| $150,000 - 174,999 | 2,040 | 4,460 | 6,750 | 8,860 | 10,860 | 12,860 | 15,000 | 16,980 | 18,280 | 19,580 | 20,880 | 21,980 |
| $175,000 - 199,999 | 2,720 | 5,920 | 8,210 | 10,320 | 12,600 | 14,900 | 17,200 | 19,180 | 20,480 | 21,780 | 23,080 | 24,180 |
| $200,000 - 449,999 | 2,970 | 6,470 | 9,060 | 11,480 | 13,780 | 16,080 | 18,380 | 20,360 | 21,660 | 22,960 | 24,250 | 25,360 |
| $450,000 and over | 3,140 | 6,840 | 9,630 | 12,250 | 14,750 | 17,250 | 19,750 | 21,930 | 23,430 | 24,930 | 26,420 | 27,730 |

Confidential                                                                                           SCSCGA-072672