D LANGE
04.17.2026

**Exhibit 72**

Vickie E. Wiechec

**From:** Rivers Patout <rpatout@sterlingsugars.com>
**To:** Desiree Lange <dlange@sterlingsugars.com>
**Subject:** FW: TRUCK DRIVER - VIOLATION PROTOCOL
**Date:** Tue, 29 Oct 2024 14:18:52 -0500
**Importance:** Normal
**Attachments:** SPANISH_-_EMPLOYEE_MEMO_SAFETY_VIOLATION_POLICY_FINAL_10.28.24.docx; EMPLOYEE_MEMO_SAFETY_VIOLATION_POLICY_FINAL_10.28.24.docx

---

**From:** Sandor Garcia Prieto <sgarcia@mapatout.com>
**Sent:** Tuesday, October 29, 2024 12:20 PM
**To:** Lance Weber <lweber@mapatout.com>; Chad Crochet <CCrochet@mapatout.com>; Rivers Patout <rpatout@sterlingsugars.com>; Brady Judice <bjudice@MAPATOUT.COM>; Dan Duplantis, Jr <DDuplantisJr@racelandrawsugar.com>; Craig Degravelle <cdegravelle@racelandrawsugar.com>; Keith Crochet <kcrochet@mapatout.com>; Tim Soileau <tsoileau@sterlingsugars.com>; Jaime Robison <jrobison@sterlingsugars.com>; Roddy Patout <rrpatout@sterlingsugars.com>; Jason Legendre <jlegendre@racelandrawsugar.com>; Yosue Rodriguez <yrodriguez@MAPATOUT.COM>
**Cc:** Randy Romero <rromero@mapatout.com>
**Subject:** RE: TRUCK DRIVER - VIOLATION PROTOCOL

Guys,

See attached the final driver/operator policy ready for distribution. Please pass on to every driver/operator on their paycheck/stub. Another more immediate approach to get the word out can be posting this memo by the time clocks.

Note that all drivers/operators involved In accidents are to be submitted to a drug test and must have a negative result before returning to work, nothing changes regarding that.

Let me know if you have any questions or comments.

Thanks,

Sandor P. Garcia Prieto
M.A. Patout & Son Limited, L.L.C

---

**From:** Sandor Garcia Prieto
**Sent:** Monday, October 21, 2024 11:28 PM
**To:** Lance Weber <lweber@mapatout.com>; Chad Crochet <CCrochet@mapatout.com>; Rivers Patout <rpatout@sterlingsugars.com>; Brady Judice <bjudice@MAPATOUT.COM>; Dan Duplantis, Jr <DDuplantisJr@racelandrawsugar.com>; Craig Degravelle <cdegravelle@racelandrawsugar.com>; Keith Crochet <kcrochet@mapatout.com>; Tim Soileau <tsoileau@sterlingsugars.com>; Jaime Robison <jrobison@sterlingsugars.com>; Roddy Patout <rrpatout@sterlingsugars.com>; Jason Legendre <jlegendre@racelandrawsugar.com>
**Cc:** Randy Romero <rromero@mapatout.com>
**Subject:** RE: TRUCK DRIVER - VIOLATION PROTOCOL

Appreciate all the feedback, it has all been very useful. We have polished the document and feel we are close to a final version. Please review the attached and let me know what your thoughts.

Thanks,

                                                    SCSCGA-036331

Sandor P. Garcia Prieto
M.A. Patout & Son Limited, L.L.C

---

**From:** Sandor Garcia Prieto
**Sent:** Sunday, October 20, 2024 8:58 AM
**To:** Lance Weber <lweber@mapatout.com>; Chad Crochet <CCrochet@mapatout.com>; Rivers Patout <rpatout@sterlingsugars.com>; Brady Judice <bjudice@MAPATOUT.COM>; Dan Duplantis, Jr <DDuplantisJr@racelandrawsugar.com>; Craig Degravelle <cdegravelle@racelandrawsugar.com>; Keith Crochet <kcrochet@mapatout.com>; Tim Soileau <tsoileau@sterlingsugars.com>; Jaime Robison <jrobison@sterlingsugars.com>; Roddy Patout <rrpatout@sterlingsugars.com>; Jason Legendre <jlegendre@racelandrawsugar.com>
**Cc:** Randy Romero <rromero@mapatout.com>
**Subject:** TRUCK DRIVER - VIOLATION PROTOCOL
**Importance:** High

Guys,

Over the past couple of days have been looking at stablishing some standard policy for our truck drivers who are involved in incidents and the consequences those should have – main ones addressed in the attached are use of cellphones, traffic violations, involved in accidents, or other safety violations.

Our goal is to have the same policy across all companies. We must providing notice of the policies to all drivers before we implement. I realize there are endless possible scenarios we can address and we can work towards that, but for now we need a place to start. We are trying to get this out to the drivers as soon as possible, so please take a look at the attached and provide feedback regarding any gaps, errors, wording, straightforwardness, or additions you feel may be appropriate to change, include, or omit. If you feel the "penalties" outlined are too lenient or even too harsh, please reach out to discuss or provide other ideas you feel could work.

Thanks,

Sandor P. Garcia Prieto
M.A. Patout & Son Limited, L.L.C

Confidential

SCSCGA-036332