NOTICE: ALL COMPANY COMMERCIAL DRIVERS/OPERATORS

This memo is to inform you about the following rules and the consequences for non-compliance.

- **Cell Phone Use**
  - The use of a cell phone is only permitted by law to be hands-free while operating any vehicle. (Federal Motor Carrier Safety Administration 49 CFR Subpart H 392.80 - 392.82 and Louisiana Statute RS32:300.5)
    - The hands-free device must only cover one ear.  Both ears cannot be covered to be able to hear any necessary outside noise.
    - The use of ear buds is strictly prohibited.
  - For any reason, while operating any company vehicle or equipment, if the non-hands-free use of a cell phone is necessary, the vehicle must be pulled into a safe parking area and the vehicle must be placed in park before using a cell phone non-hands-free. <u>Stops at "Stop" signs or red lights are not considered to be as placed in park.</u>
  - **Consequences of misuse or violate the above rules**
    - **1st Offense:** Driver is suspended from work without pay on the day of the incident plus one additional full day and the offense documented in personal file
    - **2nd Offense:** <u>Immediate termination of employment and potential placement on do not rehire list</u>

- **Dash Cameras**
  - If a dash camera in any company vehicle is NOT operating as normal, it must be reported to the dispatcher/management as soon as the malfunction occurs. The vehicle must not be operated until the camera is functioning properly.
  - **Consequences of failing to report malfunctioning dash camera**
    - **1st Offense:** Driver is suspended from work without pay on the day of the incident plus one additional full day and documented in personal file
    - **2nd Offense:** <u>Immediate termination of employment and potential placement on do not rehire list</u>
  - If a dash camera installed in any company vehicle is found to be tampered with (i.e.: moving rear facing camera, covering camera, turning off or unplugging camera, deleting footage, or tampering of any way with the memory card), the following consequences will occur.
  - **Consequence of tampering with a dash camera**
    - <u>Immediate termination of employment and potential placement on do not rehire list</u>

- **Safety violations and/or minor traffic violations that do not result in an accident**
  - This includes, but is not limited to, no seatbelt, speeding, running a red light, distracted driving, following too closely, failure to yield right of way, incorrect turns or maneuvers, or any other violation deemed minor by management the following consequences will occur.
  - **Consequences**
    - Suspension without pay of up to two days or termination as determined by management. The driver will be responsible for any fines that occurred. A second offense will result in termination and potential placement on do not rehire list.

- **Major Traffic Violations that do not result in an accident**
  - If a driver is issued a citation which includes, but not limited to, reckless driving, reckless operation or any other violation deemed major by management the following consequences will occur.



D LANGE
04.17.2026

**Exhibit 73**

Vickie E. Wiechec

Confidential

SCSCGA-036333

- o **Consequence**
  - ▪ Suspension without pay of up to two days or termination. Each case at the discretion of management. The driver will be responsible for any fines that occur. A second offense will result in termination and potential placement on do not rehire list.

- **Any Not-At Fault Accident**
  - o In the event of any accident involving any company vehicle or equipment and the driver/operator is deemed to be **not at fault** the following consequences will occur.
  - o **Consequences**
    - ▪ The accident will be documented in personal file
    - ▪ If the driver/operator involved is submitted to a drug test, the driver/operator will not be allowed to return to work until test results are received by management.

- **Any At-Fault Accident**
  - o In the event of any accident involving any company vehicle or equipment and the driver/operator is deemed to be **at fault** the following consequences will occur.
  - o **Consequences**
    - ▪ Suspension without pay of up to two days or termination. Each case at the discretion of management. The driver will be responsible for any fines that occur. A second offense will result in termination and potential placement on do not rehire list.
    - ▪ The accident will be documented in personal file.
    - ▪ If the driver/operator involved is submitted to a drug test, the driver/operator will not be allowed to return to work until test results are received by management.

Any conduct or behavior not explicitly addressed in this policy, but which management deems detrimental to the work environment, safety, and employee well-being, may be subject to disciplinary action at management's discretion. The company reserves the right to review and address such situations on a case-by-case basis, considering the specific circumstances and potential impact to the organization and its employees.

It is essential that all employees fully understand and strictly comply with these rules to ensure workplace safety and maintain our company's standards of safety.

If you have any questions or concerns about these policies, please contact your immediate supervisor.

Sincerely,

Management

Confidential

SCSCGA-036334