AVISO: TODOS LOS CONDUCTORES/OPERADORES COMERCIALES DE LA EMPRESA

Este memorándum es para informarles sobre las siguientes reglas y las consecuencias por incumplimiento.

- **Uso del teléfono celular**
  - El uso de un teléfono celular solo está permitido por ley si es manos libres mientras se opera cualquier vehículo. (Administración Federal de Seguridad de Transporte por Carretera 49 CFR Subparte H 392.80 - 392.82 y Estatuto de Luisiana RS32:300.5)
    - El dispositivo manos libres debe cubrir solo una oreja.
    - El uso de auriculares está estrictamente prohibido.
  - Si es necesario usar el teléfono sin manos libres, el vehículo debe estar estacionado y en posición de estacionamiento. <u>Paradas en señales de "Alto" o luz roja no son consideradas como posición de estacionamiento.</u>
  - **Consecuencias por mal uso o violación de las reglas anteriores**
    - **1ra Ofensa:** Suspensión sin pago el día del incidente más un día adicional y documentación en el archivo personal
    - **2da Ofensa:** <u>Terminación inmediata del empleo y posible inclusión en la lista de no recontratación</u>

- **Cámaras en el interior de la cabina**
  - Si una cámara **NO** funciona normalmente, debe informar a despacho o a un supervisor inmediatamente. El vehículo no debe operarse hasta que la cámara funcione correctamente.
  - **Consecuencias por no informar el mal funcionamiento de la cámara en su vehículo asignado**
    - **1ra Ofensa:** Suspensión sin pago el día del incidente más un día adicional y documentación en el archivo personal
    - **2da Ofensa:** <u>Terminación inmediata del empleo y posible inclusión en la lista de no recontratación</u>
  - Si se determina que la cámara instalada en cualquier vehículo de la compañía a sido manipulada (es decir, mover la cámara trasera, cubrir la cámara, apagar o desconectar la cámara, eliminar grabaciones o manipular de cualquier manera la tarjeta de memoria), se aplicarán las siguientes consecuencias.
  - **Consecuencia por manipular una cámara**
    - <u>Terminación inmediata del empleo y posible inclusión en la lista de no recontratación</u>

- **Violaciones de seguridad y/o infracciones de tráfico menores sin accidente**
  - Incluye, pero no se limita a, no usar cinturón de seguridad, exceso de velocidad, pasarse un semáforo en rojo, conducción distraída, seguir muy de cerca, no ceder el paso, giros o maniobras incorrectas, u otra violación considerada menor por la gerencia.
  - **Consecuencias**
    - Suspensión sin pago de hasta dos días o terminación según lo determine la gerencia. El conductor será responsable del pago de cualquier multa. Una segunda ofensa resultará en terminación y posible inclusión en la lista de no recontratación.

- **Violaciones de tráfico mayores sin accidente**
  - Si al conductor se le emite una citación que incluye, pero no se limita a, conducción temeraria, operación imprudente o cualquier otra violación considerada grave por la gerencia, ocurrirán las siguientes consecuencias:

  - **Consecuencias**

Confidential

SCSCGA-036335

D LANGE
04.17.2026

**Exhibit 74**

Vickie E. Wiechec

- Suspensión sin pago de hasta dos días o terminación, a discreción de la gerencia. El conductor será responsable del pago de cualquier multa. Una segunda ofensa resultará en terminación y posible inclusión en la lista de no recontratación.

- **Cualquier accidente <u>sin culpa</u>**
  - ○ En caso de cualquier accidente que involucre un vehículo o equipo de la empresa y se determine que el conductor/operador **<u>no tiene la culpa</u>**, ocurrirán las siguientes consecuencias:
  - ➢ **Consecuencias**
    - El incidente será documentado en su archivo personal
    - Si el conductor/operador es sometido a una prueba de drogas, el conductor/operador no será permitido volver al trabajo hasta que los resultados sean recibidos por la administración.

- **Cualquier accidente <u>con culpa</u>**
  - ○ En caso de cualquier accidente que involucre un vehículo o equipo de la empresa y se determine que el conductor/operador **<u>tiene la culpa</u>**, ocurrirán las siguientes consecuencias
  - ➢ **Consecuencias**
    - Suspensión sin pago de hasta dos días o terminación, a discreción de la gerencia
    - El conductor será responsable del pago de cualquier multa
    - El incidente será documentado en su archivo personal
    - Si el conductor/operador es sometido a una prueba de drogas, el conductor/operador no será permitido volver al trabajo hasta que los resultados sean recibidos por la administración.
    - Una segunda ofensa resultará en terminación y posible inclusión en la lista de no recontratación

Cualquier conducta no abordada explícitamente en esta política, pero que la gerencia considere perjudicial para el ambiente laboral, la seguridad y el bienestar de los empleados, puede estar sujeta a acción disciplinaria a discreción de la gerencia. La empresa se reserva el derecho de revisar y abordar estas situaciones caso por caso, considerando las circunstancias específicas y el impacto potencial a la organización y sus empleados.

Es esencial que todos los empleados entiendan completamente y cumplan estrictamente con estas reglas para garantizar la seguridad en el lugar de trabajo y mantener los estándares de seguridad de nuestra empresa.

Si tiene alguna pregunta o inquietud sobre estas políticas, comuníquese con su supervisor inmediato.

Atentamente,

La Gerencia

Confidential

SCSCGA-036336