R150 PM-PROD VOL. II
04.20.2026

**Exhibit 102**

AHUVA GOLDBERGER

# LEASE OF EQUIPMENT

This lease is made between STERLING SUGARS, L.L.C., a Louisiana Limited Liability Company, and STERLING SUGARS SALES CORPORATION, a Louisiana corporation, both of which are domiciled in St. Mary Parish, State of Louisiana and represented herein through its President, Rivers Patout, (**"Lessors"**),

and SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC. (SCGA), a Louisiana Non-Profit corporation, formed as an Association of sugar cane growers, which is domiciled in Franklin, St. Mary Parish, Louisiana and represented herein by Christopher Patout, its President (**"Lessee"**):

**Lessors** owns specialized sugar cane harvesting, loading and transportation vehicles and equipment including cane harvesting combines, cane wagons, tractors, trucks, and cane trailers, all more fully identified in the exhibits A and B attached hereto; hereafter **"equipment"**, and Lessors and Lessee intend that this document set forth the terms under which the equipment shall be leased from Lessors to Lessee.

NOW, THEREFORE, in consideration of the mutual covenants and agreements contained herein, and other valuable consideration, the receipt and adequacy of which are hereby acknowledged, the parties hereto agree as follows:

1. <u>Lease Period</u>. The term of the lease shall be Five (5) months, from September 1, 2022, through January 31, 2023.

2. <u>Delivery</u>. Lessors and Lessee stipulate that the equipment subject to this agreement is currently located at Lessors' facility located at 611 Irish Bend Road, Franklin, Louisiana 70538, and shall be delivered to Lessee at that location and moved to the various harvest locations at the expense of Lessee. The equipment is at the risk of Lessee after the delivery to Lessee.

3. <u>Redelivery</u>. On or before January 31, 2023, Lessee shall redeliver the equipment to Lessors at Lessors' facility, or such place as may be mutually agreeable to Lessors and Lessee. Lessee agrees that at the time of such redelivery the equipment shall be in the same good order and condition as that in which it was delivered, ordinary wear and tear excepted, and free and clear of liens other than liens created by Lessors.

4. <u>Rent and Expenses</u>. During the term of the lease, Lessee shall pay rent of Two Dollars 80/100 ($2.80) per ton of sugar cane harvested and Two Dollars and 25/100 ($2.25) per ton of sugar cane trucked or transported for grinding. Additionally, Lessee shall pay Five Cents ($0.05) per ton of sugar cane for parking or shuttle operations. Lessee assumes responsibility for all maintenance and all taxes and all permits and licenses necessary for the operation of the equipment. Lessee shall be responsible for all expenses of the operation and repair of the leased equipment, including all ordinary and periodic expenses, and all extraordinary expenses. Lessee agrees to maintain the equipment in proper repair during the term of this lease.

5. <u>Insurance</u>. Lessee agrees to maintain liability coverage, including contractual liability insuring the indemnity agreements set forth in this lease, with a combined single limit of not less than ONE MILLION AND NO/100 ($1,000,000.00) DOLLARS, per occurrence for bodily injury and property damage. Lessee also agrees to maintain casualty coverage against loss of the equipment, with coverage sufficient to fully cover the value of the equipment. On any such coverage, Lessors shall be named as an additional insured. All such policies shall provide that they will be primary to, and will receive no contribution from, any policies of insurance maintained by Lessors. All insurance of Lessee shall provide for a waiver of subrogation in favor of Lessors. Lessors shall be furnished with certificates of insurance and the certificates of insurance shall provide that Lessors will be given thirty (30) days advance notice of any cancellation or material change affecting this insurance.

SCSCGA - 004245

6. Insurance Does Not Limit Liability. The insurance required herein will not be construed to reduce, void, or in any manner limit Lessee's indemnity obligations set forth in this lease.

7. Indemnity. Lessee agrees to protect, defend, indemnify and hold harmless, Lessors its agents, employees, officers, members, directors, servants, and its and/or their insurers and underwriters from and against any and all claims, demands, losses and expenses, including court costs and attorney's fees, lawsuits, liabilities, causes of action of every kind and character, in favor of any person or party, for damage to property owned by Lessee or its members, for injury to or illness or death of any employee of Lessee its subsidiary, members, affiliated and related companies, which injury, illness, death or damage arises out of, which may be alleged to have arisen out of, or is incident to, directly or indirectly, the work performed by or the condition of the equipment herein leased and regardless of the causes of such injury, illness or death, even though caused in whole or in part by a preexisting defect, negligence or strict liability of the Lessors or any of the other Indemnitees hereunder, and shall also similarly release, indemnify and hold harmless Lessors from any claims for loss or damage of any kind resulting from any business decision or recommendations whatsoever made by Lessors under this agreement, except those claims for loss or damage which are a result of any intentional act or material misrepresentation or fraud. Lessee shall fully defend any such claim, demand or suit at its sole cost and expense, even if the same is groundless.

8. Changes or Alterations. Lessee shall make no structural changes or alterations in the equipment without written approval of Lessors.

9. Assignment or Sub-Lease by Lessee. Without the prior written consent of Lessors, Lessee shall not enter into any sub-lease or assignment of this lease.

10. Default. The term "Default" as used herein, means the occurrence of any one or more of the following, provided, that if any such event occurs and Lessors subsequently agrees in writing that it will not exercise any remedies hereunder as a result thereof, the occurrence of such event shall no longer be deemed a "Default" hereunder insofar as the state of facts giving rise to such event is concerned, but the same shall not operate as or be deemed to be a waiver with respect to any identical or similar state of facts in existence or occurring thereafter:

(a) Lessee failing to pay rent within thirty (30) days of the date due;

(b) Lessee seeking, consenting to, or acquiescing in the benefit of any conservatorship, bankruptcy, moratorium, insolvency, or reorganization or becoming a party to (or being made the subject of) any such proceeding other than as a creditor or claimant, that could suspend or otherwise materially and adversely affect the rights of Lessors granted in this Lease; or

(c) Either Lessor(s) or Lessee failing to comply with any covenant or agreement contained in this lease (other than covenants or pay rent), if such failure continues for a period of thirty (30) days after written notice thereof, specifying such failure or refusal and requiring the same to be remedied, shall have been given by the non-defaulting party.

SCSCGA - 004246

11. <u>Remedies</u>. Should a Default by Lessee occur and be continuing, Lessors(s), at its option, may declare this lease to be in Default; and cause the leased property to be redelivered, at such location as Lessors shall designate for that purpose, without any further right in Lessee to the use thereof after such designated date for delivery. In addition, Lessors shall have the right to exercise any of the remedies provided for in the Louisiana Civil Code, Louisiana R.S. 9:3318 <u>et seq. and any other applicable law</u>.

12. <u>Notices</u>. All notices, demands, requests, consents, approvals, or other communications provided for or permitted to be given pursuant to this lease must be in writing (or by email, confirmed in writing) to be effective, and shall be deemed to have been given when actually received at the addresses set forth below:

> LESSORS:
> Sterling Sugars, LLC
> Attention: Rivers Patout
> President
> 611 Irish Bend Road
> Franklin, Louisiana 70538
>
> Sterling Sugars Sales Corporation
> Attention: Rivers Patout
> President
> 611 Irish Bend Road
> Franklin, Louisiana 70538
>
> LESSEE:
> South Central Sugar Cane Growers' Association, Inc.
> Attention: Board of Directors
> 611 Irish Bend Road
> Franklin, Louisiana 70538

or, in each case, at such other address or email address as shall have been designated most recently in writing by such party to the other party.

13. <u>Invalidity or Unenforceability</u>. If any term or provision of this lease shall be invalid or unenforceable, the offending term or provision shall be stricken in its entirety, but the remainder of this lease shall be valid and enforceable to the fullest extent permitted by law. To the extent permitted by law, Lessee hereby waives any provision of law which renders any provision of this lease prohibited or unenforceable in any respect.

SCSCGA - 004247

14. Successors and Assigns. This lease shall be binding upon, inure to the benefit of, and be enforceable by the parties hereto and their respective successors and assigns.

15. Section Headings. Section headings are for convenience only and shall not be construed as part of this lease.

16. Continuing Obligations. The provisions of this lease which require action or forbearance after the expiration of the lease term or termination of this lease for any reason shall remain operative and in full force and effect regardless of the expiration of the lease term or the termination of this lease.

17. Governing Law. This lease shall be governed by the laws of the State of Louisiana, not including, however, any of its conflicts of laws rules which would direct or refer to the laws of another jurisdiction.

18. Amendments. This lease may be amended or supplemented only by an instrument in writing executed jointly by Lessors and Lessee.

[LEFT INTENTIONALLY BLANK]

SCSCGA - 004248

THUS DONE AND SIGNED BY LESSORS in duplicate originals on the 26th day of September, 2022, in Iraully Parish of St. Mary, Louisiana, in the presence of the undersigned Notary Public, qualified in said Sate and Parish, and the undersigned competent witnesses, who have signed with the parties after due reading of the whole.

WITNESSES:

STERLING SUGARS, L.L.C.

BY: _____
RIVERS PATOUT
PRESIDENT

WITNESSES:

STERLING SUGARS SALES CORPORATION

BY: _____
RIVERS PATOUT
PRESIDENT

WITNESSES:

SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC.

BY: _____
CHRISTOPHER PATOUT
PRESIDENT

_____
NOTARY PUBLIC
Gloria M. Gilmore #056449

GLORIA M. GILMORE
NOTARY PUBLIC
IBERIA PARISH
STATE OF LOUISIANA
My Commission Expires at my death

SCSCGA - 004249

## EXHIBIT A
## STERLING SUGARS, LLC EQUIPMENT

SCSCGA - 004250

**STERLING SUGARS LLC**

| OWNER | YEAR | MAKE | MODEL | VIN# |
|-------|------|------|-------|------|
|  | 1972 | DORS | Trailer | 96998 |
|  | 1973 | DORS | Trailer | 103639 |
|  | 1974 | DUNN | Trailer | 77944735 |
|  | 1974 | DORS | Trailer | 110985 |
|  | 1980 | STRI | Trailer | P636613 |
|  | 1982 | CB | Trailer | 1BZ2C4124CC005171 |
| SS | 1997 | Fontaine | Trailer | 13N14520XV1574847 |
| SS | 1997 | Fontaine | Trailer | 13N145208V1574846 |
| SS | 1997 | Fontaine | Trailer | 13N145201V1574848 |
| SS | 1997 | Fontaine | Trailer | 13N145203V1574849 |
|  | 1998 | VOLVO | Tractor | VG7DERF3WN759591 |
|  | 1998 | VOLVO | Tractor | VG7DERF3WN751601 |
| SS | 1999 | Peterbilt | Tractor | 1XPFD69X6XN513427 |
| SS | 2001 | Peterbilt | Tractor | 1XPFD09X71N568487 |
| SS | 2001 | Peterbilt | Tractor | 1XPFD09X91N568491 |
| SS | 2003 | Peterbilt | Tractor | 1XPFDB9X93D594948 |
| SS | 2003 | Peterbilt | Tractor | 1XPFDB9X53D594932 |
| SS | 2005 | Mack | Tractor | 1M1AE06Y15N021663 |
| SS | 2005 | Mack | Tractor | 1M1AE06Y05N021668 |
| SS | 2005 | Mack | Tractor | 1M1AE06Y75N021666 |
| SS | 2005 | Peterbilt | Tractor | 1XP5DB9X45D853327 |
| SS | 2005 | Peterbilt | Tractor | 1XP5DB9X65D853328 |
| SS | 2006 | Int'l | Tractor | 2HSCNAPRX6C358305 |
| SS | 2006 | Peterbilt | Tractor | 1X95DB9X36N644253 |
| SS | 2006 | Peterbilt | Tractor | 1XPFD49X16N655848 |
| SS | 2007 | Int'l | Tractor | 2HSCEAPR27C427439 |
| SS | 2007 | Int'l | Tractor | 2HSCEAPR07C427617 |
| SS | 2007 | Int'l | Tractor | 2HSCEAPR07C427438 |
| SS | 2007 | Int'l | Tractor | 2HSCEAPR17C427626 |
| SS | 2007 | Int'l | Tractor | 2HSCEAPR77C427436 |
| SS | 2008 | Peterbilt | Tractor | 1XPXD49X18D769202 |
| SS | 2008 | Peterbilt | Tractor | 1XPXD49X78D769205 |
| SS | 2008 | Peterbilt | Tractor | 1XPXD49X88D769200 |
| SS | 2008 | Peterbilt | Tractor | 1XPXD49X98D769206 |
| SS | 2009 | Peterbilt | Tractor | 1XPWD49X69D779012 |
| SS | 2009 | Peterbilt | Tractor | 1XPWD49X99D779005 |
| SS | 2009 | Peterbilt | Tractor | 1XPWD49X99D779019 |
| SS | 2009 | Peterbilt | Tractor | 1XPWD49X69D779009 |
| SS | 2009 | Peterbilt | Tractor | 1XPXD49X39N782030 |
|  | 2011 | EGSP | Trailer | EGS41TOTUBD100520 |
|  | 2011 | EGSP | Trailer | EGS41TOTVBD100521 |
| SS | 2012 | EGSP | Trailer | EGS42TOTACD200100 |
| SS | 2012 | EGSP | Trailer | EGS42TOTBCD200101 |

SCSCGA - 004251

| | | | | |
|---|---|---|---|---|
| SS | 2012 | EGSP | Trailer | EGS42T0TCCD200102 |
| SS | 2012 | EGSP | Trailer | EGS42T0TDCD200103 |
| SS | 2012 | EGSP | Trailer | EGS42T0TECD200104 |
| SS | 2012 | EGSP | Trailer | EGS42T0TFCD200105 |
| SS | 2012 | EGSP | Trailer | EGS42T0TGCD200106 |
| SS | 2012 | EGSP | Trailer | EGS42T0THCD200107 |
| SS | 2012 | EGSP | Trailer | EGS42T0T1CD200108 |
| SS | 2012 | EGSP | Trailer | EGS42T0TJCD200109 |
| SS | 2012 | EGSP | Trailer | EGS43T0T3HD210003 |
| SS | 2012 | EGSP | Trailer | EGS43T0T4HD210004 |
| SS | 2012 | EGSP | Trailer | EGS43T0T5H0210005 |
| SS | 2012 | EGSP | Trailer | EGS43T0T6HD210006 |
| SS | 2012 | EGSP | Trailer | EGS43T0T7HD210007 |
| SS | 2012 | Peterbilt | Tractor | 1XPHD49X5CD166492 |
| SS | 2013 | Peterbilt | Tractor | 1XPHDP9X0DD198348 |
| SS | 2013 | Peterbilt | Tractor | 1XPHDP9XXDD198342 |
| SS | 2013 | Peterbilt | Tractor | 1XPHDP9X0DD198334 |
| SS | 2014 | EGS | Trailer | EGS43T0T3ED200210 |
| SS | 2014 | EGS | Trailer | EGS43T0T4ED200211 |
| SS | 2014 | EGS | Trailer | EGS43T0TSED200212 |
| SS | 2014 | EGS | Trailer | EGS43T0T6ED200213 |
| SS | 2014 | EGS | Trailer | EGS43T0T7ED200214 |
| SS | 2014 | EGS | Trailer | EGS43T0T8ED200215 |
| SS | 2014 | EGS | Trailer | EGS43T0T9ED200216 |
| SS | 2014 | EGS | Trailer | EGS43T0TAED200217 |
| SS | 2014 | EGS | Trailer | EGS43T0TBED200218 |
| SS | 2015 | EGS | Trailer | EGS43T0TDED200220 |
| SS | 2015 | EGS | Trailer | EGS43T0TEED200221 |
| SS | 2018 | EGSP | Trailer | EGS43T0T1ID210001 |
| SS | 2018 | EGSP | Trailer | EGS43T0T2ID210002 |
| SS | 2018 | EGSP | Trailer | EGS43T0T3ID210003 |
| SS | 2018 | EGSP | Trailer | EGS43T0T4ID210004 |
| SS | 2018 | EGSP | Trailer | EGS43T0T5ID210005 |
| SS | 2018 | EGSP | Trailer | EGS43T0T6ID210006 |
| SS | 2018 | EGSP | Trailer | EGS43T0T7ID210007 |
| SS | 2018 | EGSP | Trailer | EGS43T0T8ID210008 |
| SS | 2018 | EGSP | Trailer | EGS43T0T9ID210009 |
| SS | 2018 | EGSP | Trailer | EGS43T0TAID210010 |
| SS | 2018 | EGSP | Trailer | EGS43T0TBID210011 |
| SS | 2018 | EGSP | Trailer | EGS43T0TCID210012 |
| SS | 2018 | EGSP | Trailer | EGS43T0TDID210013 |
| SS | 2018 | EGSP | Trailer | EGS43T0TEID210014 |
| SS | 2018 | EGSP | Trailer | EGS43T0TFID210015 |
| | 2018 | EGSP | Trailer | EGS41T0TJ1D210019 |
| | 2018 | EGSP | Trailer | EGS41T0T11D210018 |
| | 2018 | EGSP | Trailer | EGS41T0TH1D210017 |
| | 2018 | EGSP | Trailer | EGS41T0TG1D210016 |

SCSCGA - 004252

EXHIBIT B
STERLING SUGARS SALES CORPORATION
EQUIPMENT

SCSCGA - 004253

| SSS | 2011 | EGS | TRAILER | EGS41T0TTBD100519 |
|-----|------|-----|---------|-------------------|
| SSS | 2011 | EGS | TRAILER | EGS41T0TQBD100516 |
| SSS | 2011 | EGS | TRAILER | EGS41T0TRBD100517 |
| SSS | 2011 | EGS | TRAILER | EGS41T0TPBD100515 |
| SSS | 2013 | EGS | TRAILER | EGS43T0TSDD200197 |
| SSS | 2013 | EGS | TRAILER | EGS43T0T7DD200173 |
| SSS | 2013 | EGS | TRAILER | EGS43T0T6DD200175 |
| SSS | 2013 | EGS | Trailer | EGS41T0T5DD200174 |
| SSS | 2014 | EGS | TRAILER | EGS43T0TCED200219 |
| SSS | 2015 | EGS | TRAILER | EGS44T0TDFD210013 |
| SSS | 2016 | Homemade | Trailer | EGS43T0T8GD210008 |
| SSS | 2016 | Homemade | Trailer | EGS43T0T2GD21002 |
| SSS | 2017 | EGS | Trailer | EGS43T0THD210001 |
| SSS | 2017 | EGS | Trailer ' | EGS43T0T9HD210009 |
| SSS | 2017 | EGSP | Trailer | EGS43T0TAHD210010 |
| SSS | 2017 | EGSP | Trailer | EGS43T0T2HD210002 |
| SSS | 2017 | EGSP | Trailer | EGS43T0T8HD210008 |
| SSS | 2018 | EGS | TRAILER | EGS43T0TIJD210088 |
| SSS | 2018 | EGSP | Trailer | EGS43T0TGJD210016 |
| SSS | 2018 | EGSP | Trailer | EGS43T0THJD210017 |
| SSS | 2018 | EGSP | Trailer | EGS43T0TIJD210018 |
| SSS | 2018 | EGSP | Trailer | EGS43T0TJJD210019 |
| SSS | 2018 | EGSP | Trailer | EGS43T0TKJD210020 |
| SSS | 2018 | EGSP | Trailer | EGS43T0TDJD210013 |
| SSS | 2018 | EGSP | Trailer | EGS43T0TEJD210014 |
| SSS | 2018 | EGSP | Trailer | EGS43T0TFJD210015 |
| SSS | 2018 | EGSP | Trailer | EGS43T0TLJD210021 |
| SSS | 2018 | EGSP | Trailer | EGS43T0TMJD210022 |
| SSS | 2018 | EGSP | Trailer | EGS43T0TNJD210023 |
| SSS | 2018 | EGSP | Trailer | EGS43T0TOJ D210024 |
| SSS | 2018 | EGSP | Trailer | EGS43T0TPJD210025 |
| SSS | 2018 | EGSP | Trailer | EGS43T0TQJD210026 |
| SSS | 2018 | EGSP | Trailer | EGS43T0TRJD210027 |
| SSS | 2018 | EGSP | Trailer | EGS43T0TSJD210028 |
| SSS | 2018 | EGSP | Trailer | EGS43T0TTJD210029 |
| SSS | 2018 | EGSP | Trailer | EGS43T0TUJD210030 |
| SSS | 2018 | EGSP | Trailer | EGS43T0TVJD210031 |
| SSS | 2018 | EGSP | Trailer | EGS43T0TWJD210032 |
| SSS | 2018 | EG5P | Trailer | EGS43T0TXJD210033 |
| SSS | 2018 | EGSP | Trailer | EGS43T0TYJD210034 |
| SSS | 2018 | EGSP | Trailer | EGS43T0TZJD210035 |
| SSS | 2018 | EGSP | Trailer | EGS43T0T1JD210036 |
| SSS | 2018 | EGSP | Trailer | EGS43T0T2JD210037 |
| SSS | 2018 | EGSP | Trailer | EGS43T0T3JD210038 |
| SSS | 2018 | EGSP | Trailer | EGS43T0T4JD210039 |
| SSS | 2018 | EGSP | Trailer | EGS43T0TSJD210040 |
| SSS | 2018 | EGSP | Trailer | EGS43T0T6JD210041 |

SCSCGA - 004254

STERLING SUGARS SALES CORPORATION

| OWNER | YEAR | MAKE | MODEL | VIN |
|-------|------|------|-------|-----|
| SSS | 2014 | Ford | ELDO | 1FDEE3FS5DDB36491 |
| SSS | 2014 | Ford | ELDO | 1FDEE3FS2EDA18240 |
| SSS | 2010 | Peterbilt | Tractor | 1XPVD09X8AD110300 |
| SSS | 2010 | Peterbilt | Tractor | 1XPVD09A8AD110299 |
| SSS | 2021 | EGS | Trailer | EGSCT4338MD210021 |
| SSS | 2021 | EGS | Trailer | EGSCT433XMD210022 |
| SSS | 2021 | EGS | Trailer | EGSCT4331MD210023 |
| SSS | 2021 | EGS | Trailer | EGSCT4333MD210024 |
| SSS | 2021 | EGS | Trailer | EGSCT4335MD210025 |
| SSS | 2021 | EGS | Trailer | EGSCT4337MD210026 |
| SSS | 2021 | EGS | Trailer | EGSCT4339MD210027 |
| SSS | 2021 | EGS | Trailer | EGSCT4330MD210028 |
| SSS | 2021 | EGS | Trailer | EGSCT4332MD210029 |
| SSS | 2021 | EGS | Trailer | EGSCT4339MD210030 |
| SSS | 2021 | EGS | Trailer | EGSCT4330MD210031 |
| SSS | 2021 | EGS | Trailer | EGSCT4332MD210032 |
| SSS | 2021 | EGS | Trailer | EGSCT4334MD210033 |
| SSS | 2021 | EGS | Trailer | EGSCT4336MD210034 |
| SSS | 2021 | EGS | Trailer | EGSCT4338MD210035 |
| SSS | 2021 | EGS | Trailer | EGSCT433XMD210036 |
| SSS | 2021 | EGS | Trailer | EGSCT4331MD210037 |
| SSS | 2021 | EGS | Trailer | EGSCT4333MD210038 |
| SSS | 2021 | EGS | Trailer | EGSCT4331MD210040 |
| SSS | 2021 | EGS | Trailer | EGSCT4333MD210041 |
| SSS | 2021 | EGS | Trailer | EGSCT4335MD210042 |
| SSS | 2021 | EGS | Trailer | EGSCT4337MD210043 |
| SSS | 2021 | EGS | Trailer | EGSCT4339MD210044 |
| SSS | 2021 | EGS | Trailer | EGSCT4330MD210045 |
| SSS | 2021 | EGS | Trailer | EGSCT4332MD210046 |
| SSS | 2021 | EGS | Trailer | EGSCT4334MD210047 |
| SSS | 2021 | EGS | Trailer | EGSCT4336MD210048 |
| SSS | 2021 | EGS | Trailer | EGSCT4338MD210049 |
| | 1972 | DORS | TRAILER | 99948 |
| | 1972 | DORS | TRAILER | 100006 |
| | 1975 | HOBB | TRAILER | FHS615902 |
| | 1982 | FONA | TRAILER | 1A11402C2C1536678 |
| | 1982 | BRTO | TRAILER | 1BZ2C4123CC005162 |
| | 1984 | MONN | TRAILER | 1NNCO4126EW093178 |
| SSS | 2011 | EGS | TRAILER | EGS41T0TS8D100518 |

SCSCGA - 004255

| SSS | 2018 | EGSP | Trailer | EGS43TOT7JD210042 |
| SSS | 2018 | EGSP | Trailer | EGS43TOT8JD210043 |
| SSS | 2018 | EGSP | Trailer | EGS43TOT9JD210044 |
| SSS | 2018 | EGSP | Trailer | EGS43TOTAJD210045 |
| SSS | 2018 | EGSP | Trailer | EGS43TOTBJD210046 |
| SSS | 2018 | EGSP | Trailer | EGS43TOTCJD210047 |
| SSS | 2018 | EGSP | Trailer | EGS43TOTDJD210048 |
| SSS | 2018 | EGSP | Trailer | EGS43TOTEJD210049 |
| SSS | 2018 | EGSP | Trailer | EGS43TOTFJD210050 |
| SSS | 2020 | EGS | TRAILER | EGSCT4336LD210033 |
| SSS | 2020 | EGS | TRAILER | EGSCT4338LD210034 |
| SSS | 2020 | EGS | TRAILER | EGSCT433XLD210035 |
| SSS | 2020 | EGS | TRAILER | EGSCT4331LD210036 |
| SSS | 2020 | EGS | TRAILER | EGSCT4333LD210037 |

SCSCGA - 004256

SCSCGA - 004257

| | | | | |
|---|---|---|---|---|
| | 2018 | EGSP | Trailer | EGS41TOTK1D210020 |
| | 2018 | EGSP | Trailer | EGS41TOTL1D210021 |
| | 2018 | EGSP | Trailer | EGS41TOTM1D210022 |
| | 2018 | EGSP | Trailer | EGS41TOTN1D210023 |
| | 2018 | EGSP | Trailer | EGS41TOT01D210024 |
| | 2018 | EGSP | Trailer | EGS41TOTP1D210025 |
| SS | 2019 | HMDE | Trailer | EGS43TOTNKD210094 |
| SS | 2020 | HMDE | Trailer | EGSCT4337LD210042 |
| SS | 2020 | HMDE | Trailer | EGSCT4335LD210038 |
| SS | 2016 | HMDE | Trailer | EGS43TOT3GD210003 |
| SS | 2020 | HMDE | Trailer | EGSCT4333LD210040 |
| SS | 2020 | HMDE | Trailer | EGSCT4337LD210039 |
| SS | 2020 | HMDE | Trailer | EGSCT4335LD210041 |
| SS | 2019 | HMDE | Trailer | EGS43TOTNKD210093 |
| SS | 2022 | EGS | Trailer | EGSCT4336ND210004 |
| SS | 2022 | EGS | Trailer | EGSCT4334ND210003 |
| SS | 2022 | EGS | Trailer | EGSCT4332ND210002 |
| SS | 2022 | EGS | Trailer | EGSCT430ND210001 |
| SS | 2022 | EGS | Trailer | EGSCT4338ND210005 |
| SS | 2019 | HMDE | Trailer | EGS43TOTNKD210095 |
| SS | 2016 | HMDE | Trailer | EGS43TOT6GD210006 |
| | | HMDE | Box Dolly | Set #1 |
| | | HMDE | Box Dolly | Set #2 |
| | | HMDE | Box Dolly | Set #3 |
| | | John Deere | 7630 Tractor | RW7630R023324 |
| | | John Deere | 7631 Tractor | RW7630R022910 |
| | | John Deere | 7632 Tractor | RW7630R23242 |
| | 2008 | CAP | Mule | 4LMCF21178L019281 |
| | 2008 | CAP | Mule | 4LMCF21198L019282 |
| | HMDE | YARD | TRAILER | #1 |
| | HMDE | YARD | TRAILER | #2 |
| | HMDE | YARD | TRAILER | #3 |

SCSCGA - 004258

SCSCGA - 004259