R. PATOUT
04.27.2026

**Exhibit 107**

DALY OCANA

# Sterling Sugars, *L.L.C.*

611 IRISH BEND ROAD
FRANKLIN, LOUISIANA 70538
337-828-0620 • 337-828-1757 FAX

November 29, 2022

Mr. Randall Bonaventure
Cadence Insurance
325 Settlers Trace Blvd, Ste 200
Lafayette, LA 70508

Dear Randall:

On November 24, 2022, Mr. Felipe De Jesus Avila, an employee of South Central Sugar Cane Growers Association, Inc. was involved in an auto accident.

Upon completion of our internal investigation of the incident, it was determined that Mr. Avila was at fault. His employment with South Central Sugar Cane Growers was immediately terminated.

Should you have any questions or need additional information, please contact me at (337) 828-0620 ext. 102.

Sincerely,

Rivers M. Patout
President

PRODUCERS OF SUGAR • MOLASSES    SCSCGA - 000015
ESTABLISHED 1807

SCSCGA - 000016