UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| FELIPE DE JESUS AVILA-SOTO,  et al. | ) ) ) | Case No. 6:24-cv-01392 |
| Plaintiffs, | ) ) | JUDGE ROBERT R. SUMMERHAYS |
| v. | ) ) | MAGISTRATE JUDGE CAROL B. WHITEHURST |
| SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC., et al. | ) ) ) | |
| Defendants. | ) ) | |

### PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT ON EMPLOYER STATUS OF DEFENDANT STERLING SUGARS, LLC

Pursuant to Federal Rule of Civil Procedure 56, the named Plaintiffs, opt-in Plaintiffs, and Rule 23 Class Members move for Summary Judgment related to the employer status and liability of Defendant Sterling Sugars, LLC with respect to their Fair Labor Standards Act, employment contract, and Louisiana Wage Payment Act claims. This motion is filed in conjunction with Plaintiffs' Motion for Partial Summary Judgment to determine liability for the violations of the FLSA, the H-2A employment contracts, and the Louisiana Wage Payment Act. (ECF No. 119).

In accordance with Local Rule 56.1, Plaintiffs have filed a Statement of Undisputed Material Facts as well as a number of exhibits in support of this Motion.[1] This Motion is also supported by the accompanying Memorandum of Law.

Respectfully submitted,

**/s/ James M. Knoepp**
James M. Knoepp* (Lead Attorney)

---

[1] To avoid filing a duplicate version of the exhibits referenced in the Statement of Undisputed Material Facts to this motion, Plaintiffs incorporate by reference the exhibits filed with their companion motion (ECF No. 119-3 through ECF No. 119-56) related to Defendants' violations of the law as if fully set forth herein.

South Carolina Bar No. 102757
*Admitted Pro Hac Vice*
1612 Crestwood Drive
Columbia, SC 29205
Telephone:  (828) 379-3169
Email: jim@dawsonmorton.com

**/s/ Dawson Morton**
Dawson Morton
California Bar No. 320811
*Admitted Pro Hac Vice*
1808 Sixth St.
Berkeley, CA 94710
Phone: (404) 590-1295
Email: dawson@dawsonmorton.com

**/s/ Daniel Davis**
Daniel Davis, LA Bar No. 30141
Estes Davis Law, LLC
4465 Bluebonnet Blvd, Suite A
Baton Rouge, LA 70809
Telephone: (225) 336-3394
Fax: (225) 384-5419
Email: dan@estesdavislaw.com