UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| FELIPE DE JESUS AVILA-SOTO, et al. | ) ) ) | Case No. 6:24-cv-01392 |
| Plaintiffs, | ) ) | |
| v. | ) ) | JUDGE ROBERT R. SUMMERHAYS |
| SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC., et al. | ) ) ) ) | MAGISTRATE JUDGE CAROL B. WHITEHURST |
| Defendants. | ) ) ) | |

**PLAINTIFFS' STATEMENT OF UNDISPUTED MATERIAL FACTS**

Pursuant to Rule 56 and Western District of Louisiana Local Rule 56, the Plaintiffs

submit the following Statement of Undisputed Material Facts in support of their Motion for

Partial Summary Judgment Related to Violations of the Fair Labor Standards Act, for Breach of

Employment Contracts, and for Violations of the Louisiana Wage Payment Act and their Motion

for Summary Judgment Related to the Employer Status of Sterling Sugars, LLC.

1. Randall Romero is the Chief Operating Officer of M.A. Patout & Son, Limited, LLC ("M.A. Patout") and has worked at M.A. Patout for about 25 years. He served as the Chief Financial Officer for 12 years and has been the CEO for 13 years. Romero/Sterling Sugars Dep.[1] at 22:2-5, 23:9-11, 23:21-7.

2. Randall Romero also serves as the Chief Operating Officer of the "Patout entities," which includes Sterling Sugars, LLC ("Sterling Sugars"). Romero/Sterling Sugars Dep. at 24:16-25:7.

---

[1] The deposition of Sterling Sugars, LLC was taken pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure. The corporation designated three different individuals who provided testimony with respect to various topics—Desiree Lange, Ashlee Gary, and Randy Romero. Although the deposition was officially of Sterling Sugars, LLC, the transcripts themselves are titled "Deposition of Ashlee Comeaux Gary – Corporate Representative," "Deposition of Desiree Lange," and "Remote Deposition of Randall K. Romero, Sterling Sugars, LLC." Plaintiffs will refer to these transcripts as "Gary/Sterling Sugars," "Lange/Sterling Sugars," and "Romero/Sterling Sugars."

1

3.      Randall Romero's role as CEO of Sterling Sugars is to oversee the management of Sterling Sugars and oversight of Rivers Patout as the general manager and president of Sterling Sugars. Romero/Sterling Sugars Dep. at 28:14-29:8.

4.      Ashlee Gary is the Chief Financial Officer of Sterling Sugars' parent company, M.A. Patout and is also the Chief Financial Officer for Sterling Sugars. Ms. Gary also serves as the Treasurer of South Central Sugar Cane Growers' Association, Inc. ("South Central"). Gonsoulin/South Central Dep.[2] at 69:4-18; Gary/Sterling Sugars Dep. at 632:13-20; Romero/Sterling Sugars Dep. at 31:4-16, 40:5-42:5; Gary/South Central Dep. at 255:3-21.

5.      Ashlee Gary has been employed by Sterling Sugars' parent company, M.A. Patout, since 2014. Gary/South Central Dep. at 254:8-19.

6.      Ashlee Gary's work as the treasurer of South Central is something that she does as part of her employment at M.A. Patout. Romero/Sterling Sugars Dep. at 42:6-14.

7.      Rivers Patout is the President and General Manager of Sterling Sugars and is responsible for the day-to-day operations of the Sterling Sugars mill. Rivers Patout is also a member of the board at Sterling Sugars and its parent company, M.A. Patout. Romero/Sterling Sugars Dep. at 29:25-30:6; Rivers Patout Dep. at 9:17-10:17.

8.      Rivers Patout has been employed by Sterling Sugars for 25 years and in the position of President and General Manager between 15 and 20 years. Rivers Patout Dep. at 12:1-7.

9.      Tim Soileau is a full-time employee of Sterling Sugars and has worked for Sterling Sugars for 25 years. Soileau Dep. at 39:12-21.

10.      Tim Soileau's job title at Sterling Sugars is Office Manager, and he also serves as the purchasing agent for Sterling Sugars. Soileau Dep. at 42:11-18.

11.      Tim Soileau is not an employee of South Central. Soileau Dep. at 61:3-6.

12.      Jaime Robison is a full-time employee of Sterling Sugars and has worked for Sterling Sugars since 2018. Robison Dep. at 24:8-13, 27:4-9.

13.      Jaime Robison is not an employee of South Central. Gonsoulin/South Central Dep. at 66:11-17; Robison Dep. at 27:13-28:11.

---

[2] The deposition of South Central Sugar Cane Growers' Association, Inc. was taken pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure. The corporation designated two different individuals who provided testimony with respect to various topics—Ricky Gonsoulin and Ashlee Gary. Although the deposition was officially of South Central, the transcripts themselves are titled "Remote Deposition of Ricky Gonsoulin, 30(b)(6) witness of South Central Sugar Cane Growers' Association, Inc." and "Continued Deposition of Defendant South Central Sugar Cane Growers' Association, Inc. (Ashlee Gary)." Plaintiffs will refer to these transcripts as "Gonsoulin/South Central" and "Gary/South Central."

14.    Desiree Lange has been employed at Sterling Sugars since 1983 and as an administrative assistant at Sterling Sugars since 1988. Ms. Lange job duties include bookkeeping work and other accounting functions. Ms. Lange's daughter, Kellie Jackson, is also an employee of Sterling Sugars and processes the payroll for the truck drivers. Lange/Sterling Sugars Dep. at 490:12-491:8, 495:21-496:3, 496:16-24; Gary/South Central Dep. at 264:10-22.

15.    Michelle Prados is an employee of Sterling Sugars who is supervised by Desiree Lange. Ms. Prados duties include being the accounts payable clerk for both Sterling Sugars and South Central. Gary/South Central Dep. at 265:1-266:3.

16.    Kellie Jackson is an employee of Sterling Sugars who is supervised by Desiree Lange. Ms. Jackson's duties include being the front door secretary, the receptionist, and the payroll clerk. Ms. Jackson is the payroll clerk for both Sterling Sugars and South Central. Gary/South Central Dep. at 264:10-266:13.

17.    Ricky Gonsoulin is the president of South Central, which is an unpaid position. Gonsoulin Dep. at 42:11-20, 184:22-25.

18.    Sterling Sugars operates a sugar mill located in Franklin, Louisiana. Romero/Sterling Sugars Dep. at 15:10-21; Soileau Dep. at 5:20-6:1, 23:3-24:2, 96:14-23; Robison Dep. at 15:13-16:1, 36:1-13.

19.    Sterling Sugars' annual gross volume of sales made or business done is more than $500,000 per year. Gary/Sterling Sugars Dep. at 648:15-649:3 (testifying that annual gross income is approximately $130 million).

20.    South Central's primary business activity is hauling sugarcane from farms to Sterling Sugars. Gonsoulin/South Central Dep. at 26:24-27:5; 29:21-30:11.

21.    South Central's annual gross volume of sales made or business done is more than $500,000 per year. Gary/South Central Dep. at 343:15-22, 347:21-348:18 (testifying that combined income from hauling and harvesting operations is roughly $8 million - $10 million per year).

22.    The formation of South Central occurred in 2022 and was a joint effort between the farmers who became members of the association and individuals employed by Sterling Sugars and M.A. Patout, which is Sterling Sugars' parent company. Gonsoulin/South Central Dep. at 43:15-49:23; 53:2-54:13, 69:16-18; Ex. 31[3]; Robison Dep. at 46:14-18 (M.A. Patout is parent company of Sterling Sugars, LLC); Gonsoulin Dep. at 23:19-24 (same); Gary/Sterling Sugars

---

[3] Plaintiffs consecutively numbered exhibits presented at the various depositions. For ease of identification, Plaintiffs have maintained that same numbering system here. Additional exhibits relied upon here that were not previously numbered during a deposition have been given numbers beginning with Exhibit 109.

Dep. at 650:3-6 (Sterling Sugars is a wholly owned subsidiary of M.A. Patout); Romero/Sterling Sugars Dep. at 27:21-28:1 (same).

23.     South Central was formed, in part, because of a concern regarding the Department of Labor's methodology for what wage rates would apply to workers involved in the transportation of sugarcane, thereby increasing costs. Romero/Sterling Sugars Dep. at 59:15-60:21.

24.     Prior to the hauling work being performed by South Central, the hauling work was done by Sterling Sugar Sales Corporation, which is a wholly owned subsidiary of Sterling Sugars. Romero/Sterling Dep. at 25:22-26:11, 58:19-25, 61:11-16; Rivers Patout Dep. at 28:13-31:9.

25.     At the time South Central was formed, there was a concern that the Department of Labor would not consider truck drivers hauling sugarcane for entities like the Sterling Sugars Sales Corporation to be agricultural workers and that such workers would need to be employed on H-2B visas at a higher wage rate instead of on H-2A visas. Romero/Sterling Sugars Dep. at 64:8-66:16.

26.     The concern about increased wage rates and whether truck driving work might be considered H-2B work instead of H-2A work ultimately led to a decision to create a growers' association, a new model to do the hauling work which resulted in the formation of South Central. Romero/Sterling Sugars Dep. at 71:10-18.

27.     There was a belief that by forming an association like South Central rather than continuing to have the hauling done by the Sterling Sugars Sales Corporation that the association could maintain the ability to pay lower agricultural hourly wage rates for the truck driving work and therefore not have increased hauling costs passed on to Sterling Sugars. Romero/Sterling Sugars Dep. at 78:21-80:7, 82:10-83:25 ("the association was an avenue to be discussed that would potentially help with the labor cost").

28.     Sterling Sugar Sales Corporation was the subject of a lawsuit by H-2A truck drivers in which H-2A truck drivers claimed they had been misclassified and unlawfully denied overtime pay. Romero/Sterling Sugars Dep. at 62:14-68:24.

29.     Prior to the hauling work being performed by Sterling Sugar Sales Corporation, Sterling Sugars employed Puerto Rican workers and other U.S. citizen workers to do the hauling work and paid them overtime wages. Soileau Dep. at 109:16-111:15; Rivers Patout Dep. at 23:8-26:20.

30.     As a result of the lawsuit filed against Sterling Sugar Sales Corporation related to overtime pay an association was formed to perform the hauling work, while still being operated by the managers of Sterling Sugars who had previously managed the hauling work for the Sterling Sugar Sales Corporation. Gary/Sterling Sugars Dep. at 689:1-693:12. Romero/Sterling Sugars Dep. at 101:19-103:11, 105:13-107:21, 108:20-109:2 (discussing management services); Exs. 11, 25 (Management Services Contracts).

4

31.     South Central's members do not own anything because "[t]here's nothing to own with the association" since it has no "hardcore assets" and does not own any land or any of the trucks used for the hauling. Gonsoulin Dep. at 213:12-21; Gary/South Central Dep. at 439:12-440:24.

32.     South Central's members are not responsible for any losses that South Central might have since those losses are covered by Sterling Sugars. Gary/South Central Dep. at 439:3-11.

33.     Between 2022 and 2025 South Central Sugar Cane Growers' Association, Inc. (South Central) employed between 120 and 140 truck drivers each sugarcane harvesting season pursuant to H-2A visas ("truck drivers"). Gary/South Central Dep. at 309:9-12; Robison Dep. at 64:11-22. Soileau Dep. at 103:15-103:19; 109:10-13. Ex. 35 (2022 clearance order); Ex. 36 (2023 clearance order); Ex. 37 (2024 clearance order); Ex. 27 (2025 clearance order).

34.     The Plaintiffs, FLSA opt-in Plaintiffs, and Rule 23 class members all worked as truck drivers pursuant to H-2A visas. Robison Dep. at 80:21-81:1; Gary/South Central Dep. at 308:5-309:1.

35.     South Central does not have any employees other than H-2A workers. Gonsoulin Dep. at 185:1-3; Gary/South Central Dep. at 307:4-309:12 (testifying that South Central does not pay any social security taxes on employee wages because all employees are H-2A workers exempt from social security taxes).

36.     Sterling Sugars and South Central entered into Management Services Contracts whereby Sterling Sugars provided South Central the services of a general manager, Jaime Robison, who was a full-time employee of Sterling Sugars and was expressly not an employee of South Central. Ex. 11 (2022-2025 Management Services Contract) ¶¶ 3.1, 3.2, 4; Ex. 25 (2025-2028 Management Services Contract) ¶¶ 3.1, 3.2, 4.1; Gonsoulin/South Central Dep. at 65:1-19 ("Yes, the Association has contracted Sterling Sugars as the management firm.").

37.     The Sterling Sugars employee's duties as general manager included "general administration of operations and the administration and management of the operators of the harvesting equipment and trucking. The general manager shall also oversee and direct staffing, insurance, budgets, purchasing, leasing and general operations of [South Central]." Ex. 11 ¶ 3.1; Ex. 25 ¶ 3.1.

38.     Sterling Sugars also agreed to provide South Central "other additional management staff available within the STERLING organization" for "work and consultation." Ex. 11 ¶ 3.2; Ex. 25 ¶ 3.2.

39.     Sterling Sugars CEO Randall Romero "felt that that it was the best interest that if we were to work, allow the farmers to operate in the association, it was in their best interest if there was a management agreement whereby we could provide the necessary needed services so that . . . [the] association could operate." Romero/Sterling Dep. at 51:5-16.

40.     It was Sterling Sugars' that proposed its management services to South Central. Romero/Sterling Sugars Dep. at 54:1-17.; Ex. 11 ¶ 1.2 ("STERLING has proposed and [South

5

Central] has agreed to contract for management, harvesting and consulting services as more fully
outlined below.").

41.    The management services that Sterling Sugars provided to South Central were services
that had previously been performed by Sterling Sugars' employees for the Sterling Sugar Sales
Corporation when it hired H-2A truck drivers to do the hauling work prior to the formation of
South Central. Romero/Sterling Sugars Dep. at 54:19-55:3.

42.    Between the years 2022 and 2025 the office staff and managerial employees of Sterling
Sugars handled the management tasks for South Central. Gonsoulin/South Central Dep. at
197:15-213:14; Gonsoulin Dep. at 185:9-186:11 ("Q. So managers from Sterling Sugars manage
the trucking that South Central is performing, and that is also described in this agreement that
we're looking at as Exhibit 25? A. Correct."); Romero/Sterling Sugars Dep. at 42:15-19 ("Q.
You mentioned the—you know, the management agreement. Is it fair to say that Sterling Sugars'
employees handle most of the management functions for South Central? A. Yes.").

43.    Sterling Sugars' employees set the number of truck drivers to be hired each season and
therefore how many workers need to be requested on the clearance orders seeking certification
for H-2A visas to employ H-2A workers. Gonsoulin/South Central Dep. at 118:10-119:8,
120:12-126:11, 132:22-135:17; Ex. 41 (email from Sterling Sugars employee Jaime Robison
requesting 130 truck drivers); Ex. 42 (same); Ex. 43 (email from Sterling Sugars employee Tim
Soileau stating "In 2023 we applied for 130 heavy and tractor-trailer truck drivers. This year we
want to apply for 135."); Ex. 44 (email from Sterling Sugars employee Jaime Robison re number
of workers needed); Ex. 46 (email from Sterling Sugars employee Tim Soileau requesting 141
truck drivers for 2025 season).

44.    Sterling Sugars' employees determine when they want the truck drivers to arrive at
Sterling Sugars in Louisiana for the season. Gonsoulin/South Central Dep. at 134:10-19; Ex. 46
(email from Sterling Sugars employee Tim Soileau requesting the "exact number" of truck
drivers and stating "We want the following workers to arrive at Sterling Sugars between
September 19-22."); *see also* Gonsoulin/South Central Dep. at 164:14-165:10 (testifying that
Sterling Sugars was hired "[t]o coordinate the number of drivers and dates of workers to be
entered into the country to process our – to haul our sugarcane and harvest it").

45.    Sterling Sugars' employees review the South Central H-2A applications prior to their
filing. Gonsoulin/South Central Dep. at 122:7-123:7; Ex. 42.

46.    Sterling Sugars' employees handle obtaining signatures from members of South Central
on I-129 forms that are required to process the documents necessary to obtain H-2A visas for the
truck drivers. Gonsoulin/South Central Dep. at 143:20-145:11, 146:25-147:8.

47.    Sterling Sugars' employees select the truck drivers who are hired to work at South
Central. Gonsoulin/South Central Dep. at 151:2-152:9 ("We hired a management firm and the
management firm provided the names to hire as truck drivers. Q. And by the manage[ment] firm,
you are referring to Sterling Sugars? A. Yes, sir."); Exs. 49, 50 (list of truck drivers sent by
Sterling Sugars employee Tim Soileau); *see also* Gonsoulin/South Central Dep. at 178:9-21

6

(discussing "do not return list" and testifying that "I would agree that the management firm [Sterling Sugars] has the right to determine which employees that we issue visas to on a yearly basis."); Gonsoulin/South Central Dep. at 179:24-180:5 ("We hired the management firm [Sterling Sugars] to determine the list that [] can apply for visas."); Romero/Sterling Sugars Dep. at 159:24-161 ("You know, as part of the management services, we felt it was important that we continue to bring in the same drivers that would have been brought in previously.").

48.    Sterling Sugars' CEO Randall Romero met with one of the recruiters who recruited truck drivers for South Central to ensure that he was properly licensed with the federal government before he engaged in any further recruiting work on behalf of Sterling Sugars or South Central. Romero/Sterling Sugars Dep. at 163:1-165:22; Ex. 94.

49.    Sterling Sugars' CEO Randall Romero had concerns about one of the recruiters who was providing names of truck drivers because he was sending people who "have been terminated or rejected by one of our other mills." Mr. Romero believed that the three Patout entity mills should "share a NO RETURN LIST to avoid unwanted workers" being hired at any of the associations affiliated with the Patout entity mills, such as South Central. Romero/Sterling Sugars Dep. at 170:3-174:1; Ex. 54.

50.    Sterling Sugars determines which truck drivers are allowed to be re-hired to work at South Central from season to season. Gonsoulin/South Central Dep. at 128:4-129:16; Ex. 44 (email from Sterling Sugars employee Jaime Robison stating "As far as a list of people everyone that was here at [South Central] last year is welcome back this year with the exception of the ones that are on the do not return list.").

51.    Sterling Sugars and its parent company, M.A. Patout, maintain a list of truck drivers who are on the "do not return list" and should not be re-hired. This list includes the lead plaintiff in the lawsuit that was previously filed against the Sterling Sugar Sales Corporation. Gonsoulin/South Central Dep. at 128:10-129:11; Romero/Sterling Sugars Dep. at 174:2-178:7; Ex. 54; Ex. 95.

52.    Sterling Sugars' employees assign the positions to the H-2A workers—whether it is truck driver or agricultural equipment operator—and make the decisions on any requests by workers to change positions. Gonsoulin/South Central Dep. at 182:16-184:4; Ex. 56 (email from Sterling Sugars employee Jaime Robison denying request of worker wanting to switch to a truck driver position and telling president of South Central "he is to stay as a tractor driver").

53.    Sterling Sugars' employees decided which truck drivers would receive extensions of their H-2A visas in 2022 to work for a longer period of time than originally anticipated and which truck drivers would not receive extensions because they had been terminated or were otherwise ineligible for extensions. Gonsoulin/South Central Dep. at 166:17-167:18, 171:13-172:24; Exs. 52, 53 (Sterling Sugars employee Jaime Robison providing list of individuals who would not receive visa extensions, including Plaintiff Felipe de Jesus Avila-Soto).

54.    Sterling Sugars' employees make the decision on whether any additional workers are needed, deciding to deny visas to individuals waiting in Mexico to have their visas processed,

concluding that the workers should no longer be hired. Gonsoulin/South Central Dep. at 185:6-188:17; Ex. 57 (email from Sterling Sugars employee Jaime Robison to president of South Central stating that workers waiting for administrative processing are no longer needed and that "[w]e have enough employees for this crop season").

55.     Sterling Sugars' employees address issues related to any misconduct by truck drivers, violations of work rules, and discipline involving truck drivers. Robison Dep. at 42:6-44:22, 46:22-47:18 (testifying that Mr. Robison and Sterling Sugars employee Tim Soileau are authorized to suspend drivers for violation of policies); Soileau Dep. at 64:19-66:21 (testifying that reports related to traffic violations by the truck drivers or truck drivers not driving correctly are brought to Sterling Sugars employees Jaime Robison, Tim Soileau, or Roddy Patout "[b]ecause we're the three that take care of those problems").

56.     South Central truck drivers are disciplined by Sterling Sugars' employees Jaime Robison or Tim Soileau and are provided a written warning or written termination notice that they prepare. Robison Dep. at 47:19-48:24; Soileau Dep. at 64:19-65:9.

57.     Sterling Sugars' employees make the decisions on whether a truck driver should be terminated. Gonsoulin/South Central Dep. at 180:7-180:20. ("Q. The management firm [Sterling Sugars] makes those assessments on whether or not certain truck drivers should be terminated? A. Yes."); Soileau Dep. at 67:14-69:20 (testifying that "Sandor Garcia [an employee of Sterling Sugars' parent company M.A. Patout] and Rivers Patout [the President and General Manager of Sterling Sugars] both come to an agreement on termination"); Soileau Dep. at 73:7-75:12 (testifying about an example in which Sterling Sugars President and General Manager Rivers Patout made the decision to terminate a truck driver's employment); Soileau Dep. at 79:23-81:16 (testifying about termination of Plaintiff Felipe de Jesus Avila-Soto by Sterling Sugars President and General Manager Rivers Patout following a review of camera footage by Sterling Sugars employee Tim Soileau).

58.     Sterling Sugars 'employee Jaime Robison creates daily work schedules for the truck drivers that set their start time, list their names, the employee identification number they were assigned by the Sterling Sugars office staff, the time they are to leave the truck yard each day to pick up their first load of sugarcane, the location(s) where they are to pick up sugarcane each day, and list their assigned truck. Mr. Robison personally drives to the truck drivers' housing facility each day to post the work schedule in the cafeteria of the housing. Robison Dep. at 37:17-40:6; 88:7-24, 106:25-112:23; 149:8-151:22 (confirming same process used by Mr. Robison to prepare the daily truck schedules each year between 2022 and 2025); *see, e.g.*, Ex. 1 (daily work schedules for part of 2024 season); Gonsoulin/South Central Dep. at 203:9-13; Soileau Dep. at 137:23-139:10 (testifying that truck drivers are expected to arrive 30 minutes before the time indicated on the schedule so that they can depart the truck yard at the scheduled time); Soileau Dep. at 148:11-149:7 (testifying that Sterling Sugars employee Jaime Robison needs to be informed about any requests by truck drivers for a day off so that he can prepare the daily schedule).

59.     The truck drivers clock-in and out at a Sterling Sugars' timeclock and then start and end their work each day at the truck yard on the Sterling Sugars' mill property where the trucks and trailers are parked each night at the end of their shifts. Soileau Dep. at 97:17-98:19.

60.     Sterling Sugars provides transportation for the truck drivers from their housing to the truck parking area at the sugar mill each workday and then transports the truck drivers back to the housing at the end of the workday. Gonsoulin/South Central Dep. at 203:14-18; Soileau Dep. at 98:20-22, 150:10-13 (testifying that buses are owned by Sterling Sugars).

61.     Sterling Sugars employs three drivers who transport the truck drivers to and from their housing and who are paid overtime wages. Soileau Dep. at 88:7-11, 145:22-146:24; Robison Dep. at 57:17-58:8, 60:16-18; Lange/Sterling Sugars Dep. at 582:17-584:21.

62.     Sterling Sugars owns and operates the housing provided to the truck drivers. The housing is a required term of the H-2A contracts. Robison Dep. at 89:5-90:11; Gonsoulin Dep. at 46:15-47:5; Gary/South Central Dep. at 452:13-455:1; Ex. 70 (housing agreement between Sterling Sugars and South Central).

63.     Sterling Sugars provides the time clocks that are used by the truck drivers to record their work hours. The time clocks are owned by Sterling Sugars and are located on the property of Sterling Sugars' mill in Sterling Sugars' mechanic shop. Gonsoulin/South Central Dep. at 203:5-8; Soileau Dep. at 98:23-99:3; Gary/South Central Dep. at 278:5-19.

64.     The time clocks used by the truck drivers are connected to payroll software which was purchased and is owned by Sterling Sugars. The software works in connection with the time clocks and allows for information to be imported into the program used by Sterling Sugars for payroll processing, for which Sterling Sugars also pays the monthly subscription fee. Lange/Sterling Sugars Dep. at 506:21-511:1, 517:22-519:6; Gary/South Central Dep. at 274:20-275:22, 276:23-278:3.

65.     The time clock software has parameters set in the system by Sterling Sugars' employees whereby if an employee is assigned to be paid by Sterling Sugars they will be paid overtime but if the employee is assigned to be paid by South Central they will not be paid overtime. Lange/Sterling Sugars Dep. at 585:11-587:25.

66.     The sugarcane that is hauled by the truck drivers was only delivered to Sterling Sugars' mill in Franklin, Louisiana. Gonsoulin/South Central Dep. at 56:24-57:3, 59:8-17, 61:3-18; Gonsoulin/South Central Dep. at 64:17-21 (Sterling Sugars or M.A. Patout sometimes inform South Central that new members will be joining the association).

67.     Each truck driver drives a semi-tractor-trailer truck (towing a trailer that is used to haul the sugarcane) to a particular field, waits for the trailer to be loaded with sugarcane, and then drives that truck on public roads to Sterling Sugars' mill to be taken directly to the factory through the scale house or left at the parking lot to be moved later. The truck driver then drives back to the same field loading location or to a different field loading location to pick up an

9

additional load until there are no more loads to transport that day. Robison Dep. at 62:6-63:13; Soileau Dep. at 92:15-97:16, 106:13-109:6.

68.　　The trucks that are driven by the truck drivers to haul the sugarcane weigh anywhere from 90,000 to 100,000 pounds when fully loaded. Robison Dep. at 63:17-64:5; Soileau Dep. at 93:7-12.

69.　　Issues with respect to the operations of the Sterling Sugars factory, such as equipment that needs to be repaired or a power outage, will impact the number of loads that a particular truck driver would haul on a given day. When that happens the issue is communicated by the factory to Sterling Sugars employee Tim Soileau and then from Mr. Soileau to the truck dispatchers or another Sterling Sugars employee such as Mr. Robison who will notify the truck dispatchers. Robison Dep. at 142:3-143:6.

70.　　Sterling Sugars' office staff handled the processing of all new hire paperwork for the truck drivers such as I-9 forms, tax documents, and the distribution and signing of work rules. Gonsoulin/South Central Dep. at 196:18-22; 199:2-200:9; Lange/Sterling Sugars Dep. at 527:17-530:22, 532:18-534:2; Romero/Sterling Sugars Dep. at 205:1-206:18; Gary/South Central Dep. at 281:25-283:9.

71.　　If a truck driver had previously worked for Sterling Sugar Sales Corporation and was assigned an employee number for that work, the truck driver most likely was assigned the same employee number at South Central unless Sterling Sugars' payroll clerk was not familiar with the fact that a truck driver had previously worked for Sterling Sugar Sales Corporation. Lange/Sterling Sugars Dep. at 540:19-542:11.

72.　　Sterling Sugars' employees Tim Soileau and Jaime Robison provide Sterling Sugars' office staff with what wage rate should be paid to the truck drivers and directed that no overtime wages are to be paid to the truck drivers. Lange/Sterling Sugars Dep. at 535:9-537:2.

73.　　Sterling Sugars' employee Tim Soileau has the authority to direct the payroll staff in the Sterling Sugars office to pay the truck drivers overtime pay. Lange/Sterling Sugars Dep. at 539:7-540:18.

74.　　Sterling Sugars' employees handle any communications with the truck drivers about their hourly wage rates, including whether there would be any reductions in their wage rates. Gonsoulin/South Central Dep. at 218:5-16

75.　　Sterling Sugars' CEO Randall Romero made the decision following an injunction issued in a lawsuit involving wage rates paid to H-2A truck drivers to not reduce the hourly wages of the South Central truck drivers and directed Sterling Sugars' staff to distribute a notice to the truck drivers notifying them about the injunction and the wage rate issue. Romero/Sterling Sugars Dep. at 151:9-155:7 ("Q. Would – and whose decision was that to not change the wage rates? A. It was mine."); Ex. 92.

76. Sterling Sugars' employees maintain the personnel files for the truck drivers and store those files at Sterling Sugars' office. Gonsoulin/South Central Dep. at 159:6-12; Robison Dep. at 48:17-49:8; Gonsoulin Dep. at 57:8-20; Lange/Sterling Sugars Dep. at 542:16-544:2. Romero/Sterling Sugars Dep. at 206:5-18.

77. South Central does not have an office, or any physical location, but instead uses the address for Sterling Sugars' mill as its mailing address and Sterling Sugars' employees store South Central' personnel, accounting, and corporate files at Sterling Sugars' offices. Gonsoulin Dep. at 51:16-52:1, 57:8-20, 79:24-80:13, 193:21-194:12; Gary/South Central Dep. at 376:18-377:8.

78. South Central does not have any computer equipment or file systems. Gonsoulin Dep. at 73:14-74:19.

79. Sterling Sugars' employees provided the application forms that the truck drivers complete as part of the new hire process. Ex. 99 at SCSCGA-079192 (email from Sterling Sugars employee Jaime Robison stating "Ricky this is the corrected applications we want to use.").

80. Sterling Sugars' employees make copies of the truck driver's licenses and the medical exams associated with their licenses and maintain those in the truck drivers' personnel files at Sterling Sugars' office. Gonsoulin/South Central Dep. at 200:22-201:3.

81. Sterling Sugars' employees set up drug testing that is done of the truck drivers at the beginning of each season. Gonsoulin/South Central Dep. at 201:4-16.

82. Sterling Sugars' employees organize safety training meetings for the truck drivers at the beginning of each season. Gonsoulin/South Central Dep. at 201:17-23; Romero/Sterling Sugars Dep. at 208:13-212:1; Ex. 98.

83. The truck drivers are covered by a global "captive" auto insurance policy that is obtained in the primary name of Sterling Sugars' parent company, M.A. Patout, in which South Central is named as an additional insured. Gary/Sterling Sugars Dep. at 641:21-644:25; Gary/South Central Dep. at 441:11-443:16.

84. The truck drivers are also covered by a similar global "captive" workers' compensation policy that is obtained in the primary name of Sterling Sugars' parent company, M.A. Patout, in which South Central is named as an additional insured. Gary/Sterling Sugars Dep. at 647:4-13.

85. There was a concern that South Central, as a new entity, would not be able to obtain auto insurance coverage for the truck drivers and the trucks that Sterling Sugars was going to lease to South Central, but the insurance company agreed to add South Central to the M.A. Patout master policy if Sterling Sugars and South Central entered into a Management Services agreement whereby Sterling Sugars would manage South Central's operations since Sterling Sugars' employees had experience managing sugarcane hauling operations. Romero/Sterling Sugars Dep. at 101:19-103:11, 105:13-107:21, 108:20-109:2.

86.     Sterling Sugars' employees handle issues related to the renewal of the auto insurance policy that applies to the truck drivers, including adding and removing truck drivers from the insurance policy. Gonsoulin/South Central Dep. at 201:24-202:6; Gary/South Central Dep. at 445:15-23.

87.     The President and General Manager of Sterling Sugars, Rivers Patout signs documents prepared by Sterling Sugars employee Desiree Lange that are sent to the auto insurance company to notify them when a truck driver has been terminated and needs to be removed from the insurance. Rivers Patout Dep. at 90:8-92:5; Ex. 107 (letter signed by Rivers Patout regarding the termination of Plaintiff Felipe de Jesus Avila-Soto stating that Mr. Avila-Soto had been terminated "[u]pon completion of our internal investigation" of an auto accident).

88.     Sterling Sugars' employees handle the registration of the hauling trucks driven by the truck drivers with the Louisiana Department of Transportation. Gonsoulin/South Central Dep. at 201:7-202:4.

89.     Sterling Sugars' employees handle preparing and processing of the payroll of the truck drivers every two weeks and handle any issues related to the payroll of the truck drivers. Gonsoulin/South Central Dep. at 203:19-204:5; Lange/Sterling Sugars Dep. at 572:21-573:8 (Sterling Sugars employee Kellie Jackson handles payroll and Sterling Sugars employee Kimberly Broussard did so before Ms. Jackson); Romero/Sterling Sugars Dep. at 43:1-5.

90.     The payroll period and the date employees are paid is the same for Sterling Sugars and South Central and was set by Sterling Sugars. Lange/Sterling Sugars Dep. at 617:7-618:24.

91.     Sterling Sugars' employees set up the payroll card system that is currently used to pay the truck drivers their wages and handles any issues the truck drivers have with respect to the payroll cards. Gonsoulin/South Central Dep. at 204:6-23; Lange/Sterling Sugars Dep. at 563:16-568:5; Exs. 80, 81 (Intermex payroll card agreement listing Sterling Sugars as additional entity to receive notices regarding the agreement (SCSCGA-036900) and listing Sterling Sugars' office phone as phone number for South Central (SCSCGA-036903)).

92.     Sterling Sugars' employees personally deliver paycheck stubs to the truck drivers at their housing facility even though the truck drivers are now paid through a payroll card system instead of with physical checks. Robison Dep. at 192:7-22.

93.     Prior to using a payroll card system, the truck drivers were paid with checks. Sterling Sugars' employees would personally deliver the paychecks to the truck drivers at their housing facility. Robison Dep. at 189:13-190:24.

94.     If a truck driver has a bank account and prefers to be paid through direct deposit in his bank account rather than the payroll card system he can let Sterling Sugars' staff know at the office and they will honor that request, input the information in the payroll system, and setup the direct deposit for the truck driver. Lange/Sterling Sugars Dep. at 560:14-563:7.

95.     Sterling Sugars' employee Jaime Robison provided cash advances to truck drivers at the beginning of the season. Gonsoulin/South Central Dep. at 214:13-217:21; Ex. 58.

96.     Sterling Sugars' employees prepare and send out W-2 tax forms at the end of each year to the truck drivers. Gonsoulin/South Central Dep. at 205:2-7.

97.     Sterling Sugars' employees handle any issues related to truck drivers who are involved in accidents, including going to the scene of accidents to investigate and gather information about the accident. Gonsoulin/South Central Dep. at 206:17-24; Robison Dep. at 40:19-42:5; Soileau Dep. at 35:7-13, 196:19-198:21; Romero/Sterling Sugars Dep. at 189:11-17.

98.     After receiving reports of several accidents at the start of the 2024 season, Sterling Sugars' CEO Randall Romero instructed the managers at the sugar mills, including those at Sterling Sugars, to communicate with all of the truck drivers to reinforce safe practices on the roadways. Romero/Sterling Sugars Dep. at 189:18-191:21; Ex. 96.

99.     Employees of Sterling Sugars' parent company M.A. Patout, with the assistance and input of Sterling Sugars employees, developed the South Central company policies and safety rules related to the work of the truck drivers that were then distributed to the truck drivers by Sterling Sugars' employees. Soileau Dep. at 82:2-20; Romero/Sterling Sugars Dep. at 193:2-194:1, 194:18-202:11; Exs. 72, 73, 74 (safety violation policy listing consequences for violations including suspension without pay and immediate termination depending on the violation); Rivers Patout Dep. at 92:10-93:21.

100.    A Driver Clearance Protocol After Drug Testing related to pre-employment and post-accident drug tests was developed by an employee of Sterling Sugars' parent company M.A. Patout and applies and is enforced by Sterling Sugars with respect to the truck drivers. Romero/Sterling Sugars Dep. at 202:13-204:25; Ex. 97.

101.    The Code of Conduct that applies to the truck drivers is almost identical to the Code of Conduct of Sterling Sugars' parent company, M.A. Patout. Romero/Sterling Sugars Dep. at 223:22-225:17; Ex. 100 at SCSCGA-102741-42; Ex. 101 at SCSCGA-072645.

102.    Sterling Sugars' employees handle issues related to violations of work rules or the Code of Conduct by truck drivers. Gonsoulin/South Central Dep. at 206:12-15; Robison Dep. at 175:5-176:11 (testifying that disciplinary decisions involving truck drivers are handled by Sterling Sugars employees Jaime Robison, Tim Soileau, and M.A. Patout employee Sandor Garcia); Robison Dep. at 176:20-178:25; Ex. 8 (reprimand for Plaintiff Felipe de Jesus Suarez-Palafox prepared by Sterling Sugars employee Tim Soileau and signed by Sterling Sugars employee Jaime Robison suspending Mr. Suarez-Palafox from work for two days); Robison Dep. at 180:4-182:13; Ex. 9 (reprimand for Plaintiff Felipe de Jesus Avila-Soto signed by Sterling Sugars employee Jaime Robison suspending Mr. Avila-Soto from work for three days); Soileau Dep. at 75:17-77:11, 78:24-79:22; Gonsoulin Dep. at 111:11-16 (management team enforces the code of conduct); Romero/Sterling Sugars Dep. at 206:19-208:11.

103.    Sterling Sugars' employees handle reporting any accidents involving the truck drivers to the auto insurance company. Gonsoulin/South Central Dep. at 207:17-21; Robison Dep. at 182:21-183:10; Soileau Dep. at 196:19-197:17.

104.    Sterling Sugars purchased two-way cameras and installed them in the trucks so that any issues related to accidents or unsafe driving by the truck drivers can be reviewed by Sterling Sugars. Gonsoulin/South Central Dep. at 206:25-207:6; Robison Dep. at 164:4-12, 165:15-174:19.

105.    The truck drivers are informed that if there are any issues with the cameras that they are not to continue driving and should wait until someone can address the issue. Sterling Sugars' employees Tim Soileau, Jaime Robison, and Roddy Patout have spare cameras and spare parts to fix the cameras so that a truck driver may continue working. Soileau Dep. at 192:12-193:20; 195:24-196:14.

106.    Sterling Sugars' employees Jaime Robison and Tim Soileau have reviewed camera footage and made the determination of whether a truck driver should be disciplined, including being terminated, for violation of safety rules observed on the camera footage. Robison Dep. at 166:11-171:16 (testifying about an example of a review of footage resulting in the termination of a truck driver after Mr. Robison and Mr. Soileau consulted with M.A. Patout employee Sandor Garcia); Soileau Dep. at 73:7-75:12 (testifying about same example but stating that Sterling Sugars President and General Manager Rivers Patout made the decision to terminate the truck driver's employment).

107.    Sterling Sugars' employee Tim Soileau uses the radio dispatch application on his cell phone to monitor the GPS location of the truck drivers "to make sure people are where they're supposed to be." Soileau Dep. at 19:6-20:6.

108.    Sterling Sugars' employees handle issues related to truck break downs, flat tires, and isues of that nature related to the trucks. Gonsoulin/South Central Dep. at 207:7-10; Soileau Dep. at 35:14-36:2.

109.    Sterling Sugars' employees handle reporting truck drivers who have been terminated to the U.S. Government in accordance with H-2A program requirements. Gonsoulin/South Central Dep. at 207:11-16.

110.    Sterling Sugars' employees handle issues with reporting truck drivers who have returned temporarily to Mexico to attend to a family matter or for medical reasons. Gonsoulin/South Central Dep. at 207:24-208:16.

111.    Sterling Sugars' employees handle getting truck drivers to sign paperwork for their personnel files as to the reason for their early departures. Gonsoulin/South Central Dep. at 208:17-21.

112.    Sterling Sugars' employees coordinate with Great Labor, a visa processing and travel coordinator, for the return transportation at the end of the season for the truck drivers from

14

Mexico to return to their homes. Gonsoulin/South Central Dep. at 209:5-10. This includes Sterling Sugars employees advising Great Labor of what dates the buses need to arrive to transport the workers. Gonsoulin/South Central Dep. at 126:22-2, 209:11-13

113.    Sterling Sugars' employees handle issues related to workers' compensation claims involving the truck drivers. Gonsoulin/South Central Dep. at 209:14-18.

114.    Sterling Sugars' employees handle the purchasing of supplies needed to operate and maintain the tractor-trailer trucks used for hauling sugarcane and that are driven by the truck drivers, such as fuel, oil, brake pads, and tires. Gonsoulin/South Central Dep. at 209:19-210:5; Soileau Dep. at 43:6-44:11; 47:12-49:3.

115.    The purchasing of supplies for South Central is handled at Sterling Sugars' mill property and is done by Sterling Sugars' employee Tim Soileau using the same computer that is used to make purchases for Sterling Sugars by "simply . . . click[ing] a button between [the] Sterling database and the association's database." Soileau Dep. at 50:4-20, 51:20-52:3, 55:8-22 (testifying that South Central purchase orders are sent out by email from the address purchasing@sterlingsugars.com); Soileau Dep. at 208:23-209:7 (testifying that he does not check with anyone before making purchases for South Central but that if it was a large purchase he would contact Sterling Sugars employee Desiree Lange or Sterling Sugars President and General Manager Rivers Patout).

116.    Sterling Sugars provides fuel cards for the trucks that are used to operate the fuel pumps so that truck drivers can refuel their trucks when needed. Gonsoulin/South Central Dep. at 210:6-10; Robison Dep. at 152:12-18.

117.    The fuel pumps that are used by the truck drivers to refuel their trucks are located at the Sterling Sugars' mill and are owned by Sterling Sugars. Gonsoulin/South Central Dep. at 210:11-14; Robison Dep. at 151:22-152:8, 154:2-7; Soileau Dep. at 159:9-161:5.

118.    South Central does not own any of its own trucks or trailers that are needed to perform the hauling work but instead leases them from other companies, including Sterling Sugars and its subsidiary, Sterling Sugars Sales Corporation. Gonsoulin Dep. at 213:12-21; Robison Dep. at 78:4-79:1; Soileau Dep. at 105:5-15; Romero/Sterling Sugars Dep. at 233:10-235:4; Ex. 102 (lease agreement); Gary/South Central Dep. at 439:12-440:24.

119.    Sterling Sugars' employees handle scheduling the maintenance on the trucks that are used for hauling, such as oil changes and brake jobs. Gonsoulin/South Central Dep. at 210:15-19; Soileau Dep. at 44:15-25.

120.    The maintenance and repair work performed on the trucks used for hauling is done at the Sterling Sugars mechanic shop at the mill and is done by mechanics employed by Sterling Sugars. Gonsoulin/South Central Dep. at 210:20-221:1; Robison Dep. at 95:19-96:20; Soileau Dep. at 36:25-38:7.

121.    Sterling Sugars' employees handle any issues related to needing stickers on both sides of the trucks that list the company name since South Central is an intrastate carrier. Gonsoulin/South Central Dep. at 211:2-6.

122.    Sterling Sugars' employees handle the processing and payment of invoices for South Central. Gonsoulin/South Central Dep. at 211:7-9; Gonsoulin/South Central Dep. at 148:17-149:18 (testifying specifically about the payment of invoices for employer fees related to the H-2A visa certification process); Robison Dep. at 184:21-187:12; Soileau Dep. at 56:10-59:14, 170:13-21, 173:11-174:3; Lange/Sterling Sugars Dep. at 573:9-18; Gary/South Central Dep. at 375:19-381:1 (testifying about the process used to pay invoices in which Sterling Sugars employees approve the expense and other Sterling Sugars employees process the payment).

123.    Sterling Sugars' employees handle all of the accounting work for South Central. Gonsoulin/South Central Dep. at 211:10-14; Romero/Sterling Sugars Dep. at 42:20-23.

124.    Sterling Sugars' office employee Desiree Lange prepares and files the annual tax filings related to South Central's payroll taxes. Gary/South Central Dep. at 305:23-307:3.

125.    Sterling Sugars' employees prepare quarterly tax reports for South Central related to workers' compensation audits. Lange/Sterling Dep. at 559:11-560:13.

126.    Ricky Gonsoulin, the President of South Central, does not know which bank South Central uses, is not aware of the South Central bank account balances, and does not have a way to check the South Central bank account balances. Gonsoulin Dep. at 71:14-72:5.

127.    When South Central was formed in 2022 it did not have any funds available to pay the employer fees associated with the certification process to obtain H-2A workers. Sterling Sugars provided the funds necessary to pay those fees. Gonsoulin/South Central Dep. at 150:4-151:1.

128.    When South Central was formed in 2022 it applied for a business credit card with Hancock Whitney Bank. As part of that process, Sterling Sugars' parent company, M.A. Patout, was required to serve as a guarantor on the credit card. Romero/Sterling Sugars Dep. at 44:6-15; Gary/South Central Dep. at 428:22-431:15.

129.    As part of the process for obtaining the credit card for South Central in 2022, the CEO of Sterling Sugars, Randall Romero, required that only one card be issued to South Central in the name of Ashlee Gary. Romero/Sterling Sugars Dep. at 47:9-50-1; Ex. 88.

130.    Sterling Sugars' employees monitor the balances in South Central's bank accounts and draft promissory notes for the infusion of cash from Sterling Sugars when necessary to keep the accounts from running out of funds. Gonsoulin/South Central Dep. at 212:2-13; Romero/Sterling Sugars Dep. at 7-11.

131.    South Central regularly borrows money from Sterling Sugars in order to have sufficient funds to operate. Gonsoulin Dep. at 147:13-151:24, 153:19-155:3, 207:15-213:8 & Ex. 28 (testifying about an example where South Central issued a check to Sterling Sugars for $1.927

16

million on the same day that South Central signed a promissory note with Sterling Sugars whereby Sterling Sugars provided $4.1 million to South Central to cover operating expenses); Ex. 20 (2025 promissory notes); Rivers Patout Dep. at 86:12-87:8 (testifying about signing of promissory notes and that Sterling Sugars "subsidized" South Central).

132.    The promissory notes that South Central signs for the loans provided by Sterling Sugars do not specify an interest rate and do not require any collateral. Gonsoulin Dep. at 151:25-152:24; Ex. 20 (2025 promissory notes).

133.    Sterling Sugars' employee Desiree Lange handles monitoring of South Central's bank account and making transfers of funds between accounts in order to fund the payroll of South Central. Lange/Sterling Sugars Dep. at 568:6-571:9.

134.    Sterling Sugars' employees Desiree Lange, Michelle Prados, and Kellie Jackson are the only people who have access to the Treasury Manager application with Hancock Whitney Bank to be able to transfer funds from Sterling Sugars to South Central and from South Central to the Intermex payroll cards used to pay the truck drivers. Gary/South Central Dep. at 408:8-410:21.

135.    If South Central does not have enough funds in its bank account to make payroll, Sterling Sugars employee Desiree Lange will transfer funds from Sterling Sugars' bank account to South Central's operating account, and then from South Central's operating account to South Central's payroll account to ensure that the payroll account does not overdraw and South Central employees are paid. Lange/Sterling Sugars Dep. at 571:10-572:14; Gary/South Central Dep. at 410:22-414:16 (testifying about how funds to cover payroll are transferred by the Sterling Sugars employees by using different logins to Treasury Manager for Sterling Sugars and South Central).

136.    Sterling Sugars' employee Desiree Lange also monitors South Central's bank accounts to make sure it has sufficient funds to pay any accounts payable and invoices and will transfer funds from Sterling Sugars to South Central if South Central does not have sufficient funds. Lange/Sterling Sugars Dep. at 573:19-575:5, 576:11-581:12 (testifying about example where $4.1 million transferred from Sterling Sugars to South Central to cover checks in approximately the same amount, including a check from South Central to Sterling Sugars for approximately $1.9 million); Gary/South Central Dep. at 423:11-428:3 & Ex. 28 (testifying about same example) ("Q: And so, in order to pay the invoice – invoices that Sterling Sugars sent to South Central, South Central asked Sterling Sugars to loan it money in order to cover that expense; is that right? A: Yes."); Gary/South Central Dep. at 381:2-384:16 (testifying about how funds are obtained from Sterling Sugars if there is not enough cash to cover expenses).

137.    Sterling Sugars' employee Michelle Prados handles writing checks from South Central for accounts payable, which sometimes involves checks from South Central to Sterling Sugars. When that is the case, Ms. Prados will write the check for South Central and "deliver" the check to herself at Sterling Sugars for deposit in the Sterling Sugars bank account, which she does at her discretion. Lange/Sterling Sugars Dep. at 579:22-581:12.

138.    South Central has three sources of income from its activities: harvesting activities, hauling activities, and cane shuttle activities. Gary/South Central Dep. at 341:7-342:20

17

139.    South Central's annual income from harvesting activities is roughly $3 million to $4 million. Gary/South Central Dep. at 343:15-22.

140.    Randall Romero, the CEO of M.A. Patout and Sterling Sugars, sets the per acre harvesting rate that South Central receives for harvesting the sugarcane of its members who have an agreement to have their sugarcane harvested by South Central. Gary/South Central Dep. at 346:3-347:20.

141.    South Central's annual income from hauling activities is approximately $5 million to $6 million. Gary/South Central Dep. at 347:21-348:18.

142.    Sterling Sugars pays South Central for the hauling work to get the sugarcane from the farms to Sterling Sugars' mill. Romero/Sterling Sugars Dep. at 180:12-16; Gary/South Central Dep. at 348:19-22.

143.    The rate per ton for hauling is set by Sterling Sugars and varies depending on the distance that a farm is from the mill. The hauling rates were set approximately 35 years ago, have not changed since that time, and Sterling Sugars' CEO Randall Romero has never considered changing the hauling rates. Romero/Sterling Sugars Dep. at 180:17-181:15, 185:10-15; Gary/South Central Dep. at 348:23-349:14.

144.    For each year between 2022 and 2025, South Central had more expenses than income from its harvesting, hauling, and cane shuttle activities. Gary/South Central Dep. at 372:20-373:3.

145.    Sterling Sugars and South Central entered into a Revenue Balancing Agreement whereby at the end of each fiscal year Sterling Sugars will "give money to [South Central] to balance their books to zero." Gary/South Central Dep. at 386:2-15; Ex. 24 (Revenue Balancing Agreement) ("For the avoidance of doubt, it is the intention of the Parties that Sterling will provide, and the Association will receive sufficient funding so as to balance the revenue and expenses of the Association, thus providing the financial stability and continued operation of the Association.").

146.    The Revenue Balancing Agreement states that Sterling will "provide adequate revenue necessary to cover the general operating expenses" of South Central and that Sterling "will determine the amount of any supplemental payment necessary to balance the revenue and expenses" of South Central and that such funds will be provided "on a nonrecourse basis." Ex. 24.

147.    Sterling's funding of South Central's operations through the Revenue Balancing Agreement has allowed South Central to continue to operate and "to be able to have a financially stable environment in order to be able to bring in workers to harvest and haul cane." Gary/South Central Dep. at 394:4-395:12.

148.    As a result of the Revenue Balancing Agreement, any loans that may have been made to South Central during the fiscal year to fund its operations are eliminated through intercompany

18

transactions, South Central is considered a "disregarded entity," the expenses are brought onto the books of Sterling Sugars, and South Central no longer owes any money to Sterling Sugars. Gary/South Central Dep. at 386:16-387:22, 401:4-403:18.

149.    On average between 2022 and 2025, Sterling Sugars provided roughly $5 million per year to South Central or approximately $20 million in total during those four years pursuant to the Revenue Balancing Agreement. Gary/South Central Dep. at 405:3-406:5; *see also* Rivers Patout Dep. at 86:12-87:8 (testifying that Sterling Sugars "subsidized" South Central).

150.    Sterling Sugars' employees schedule member and board meetings of South Central, keep notes for those meetings, and maintain member and board meeting minute files for South Central at the Sterling Sugars office. Gonsoulin/South Central Dep. at 212:18-14; Robison Dep. at 204:17-205:6, 206:19-207:8.

151.    Sterling Sugars' employee Jaime Robison organizes South Central membership and board meetings and creates the agendas for those meetings. Gonsoulin/South Central Dep. at 75:2-16; Robison Dep. at 205:20-206:10.

152.    Multiple employees of Sterling Sugars or its parent company, M.A. Patout, attend the membership meetings of South Central, including Jaime Robison, Randall Romero, Ashlee Gary, Sandor Garcia, Ashley Lopez, Tim Soileau, and Roddy Patout. Gonsoulin/South Central Dep. at 76:2-78:9 & Ex. 34.

153.    Sterling Sugars' employees maintain the South Central membership list and handle the paperwork involved in adding any new members to the Association. The membership list and documentation related to members of South Central is kept at Sterling Sugars' office. Gonsoulin/South Central Dep. at 64:22-67:7.

154.    When South Central was first formed, Ashlee Gary—the CFO of Sterling Sugars and its parent company, M.A. Patout—was tasked with "the administrative side of creating the entities prepared for the growers" and the associated paperwork. Gary/Sterling Sugars Dep. at 703:3-704:2.

155.    Sterling Sugars' employees and employees of its parent company, M.A. Patout, made edits to H-2A job descriptions when South Central was informed that its job orders for cooks and dispatchers did not fall under the H-2A program but needed to be filed under the H-2B program instead. Gonsoulin/South Central Dep. at 115:13-118:1 & Exs. 39, 40.

156.    South Central did not advise the U.S. government of any of the numerous management activities that Sterling Sugars employees' performed for it when applying to employ truck drivers on H-2A visas. Gonsoulin/South Central Dep. at 213:15-215:11.

157.    On South Central's clearance order applications that it filed to seek certification to employ truck drivers on H-2A visas it described its business using the North American Industrial Classification System (NAICS) Code of 111930 that applies to "Sugarcane farming, field production." Gonsoulin/South Central Dep. at 95:13-23, 103:19-104:1; Ex. 38 at SCSCGA-

036984 (2022 draft clearance order listing code and description); Ex. 35 at Section II, Box 16 (2022 clearance order); Ex. 36 at Section II, Box 16 (2023 clearance order); Ex. 37 at Section II, Box 16 (2024 clearance order); Ex. 27 at Section II, Box 16 (2025 clearance order).

158.    South Central itself does not engage in the farming of any sugarcane and has not done so at any time between 2022 and 2025. Gonsoulin/South Central Dep. at 30:3-17; Gonsoulin Dep. at 86:22-87:23, 195:7-25; Ex. 81 at SCSCGA-36903 (application for Intermex payroll card system used to pay truck drivers describing South Central's business as "a harvesting and hauling operation"); Gary/South Central Dep. at 429:24-430:5 (testifying about application for credit card for South Central where nature of business was listed as "harvesting and hauling of sugarcane"); Gary/South Central Dep. at 316:21-317:18 ("Q. Does South Central grow any crops. A. No.").

159.    South Central does not have any ownership interest in any of the farms that are owned or operated by its members. Gonsoulin/South Central Dep. at 30:18-23.

160.    South Central did not advise the U.S. government that South Central itself was not engaged in any sugarcane farming when it applied to employ truck drivers on H-2A visas. Gonsoulin Dep. at 194:22-196:11; Gary/South Central Dep. at 327:20-328:21 (testifying that South Central believed its truck driving operations were "farming operations" and that an H-2A wage rate was given based on providing that information to the government).

161.    The truck drivers regularly work more than 40 hours in a workweek. Gary/South Central Dep. at 457:19-458:4; Soileau Dep. at 147:22-148:7.

162.    The truck drivers are not paid overtime wage rates when they work more than 40 hours in a workweek. Gary/South Central Dep. at 457:19-458:4; Soileau Dep. at 114:7-23.

163.    South Central's "understanding" was that it did not have to pay overtime wages to the truck drivers because the "association is made up of agricultural farmers that perform agricultural activities and have agricultural exemptions" and "[b]ecause they've gotten together to associate to hire H-2A workers, they still have agricultural exemptions." Gary/South Central Dep. at 458:5-459:2.

164.    South Central believed that it did not have to pay overtime wages to the truck drivers because the members of the association were farmers that grew sugarcane, and that because those farmers may have had an exemption to overtime that the overtime exemption carried over to South Central and applied to the South Central entity itself. Gary/South Central Dep. at 459:3-13.

165.    South Central did not rely upon anything else in making its decision to not pay overtime to the truck drivers. Gary/South Central Dep. at 461:7-461:15.

166.    Sterling Sugars does not engage in the farming of any sugarcane. Soileau Dep. at 28:5-14, 29:13-30:3; Gary/Sterling Sugars Dep. at 660:9-21.

20

167.    Sterling Sugars applies for and employs H-2B workers in its processing facility and pays them overtime wages. Gary/Sterling Sugars Dep. at 663:14-666:8; Soileau Dep. at 182:9-183:6; Rivers Patout Dep. at 32:4-16.

168.    When Sterling Sugars applies for H-2B workers it uses an NAICS code for sugar manufacturing or sugar processing. Gary/Sterling Sugars Dep. at 665:8-666:8; Rivers Patout Dep. at 39:6-40:14.

169.    Sterling Sugars employs CDL truck drivers to haul processed sugar between warehouses and pays them overtime wages. Soileau Dep. at 84:19-24, 85:10-86:23; Gary/Sterling Sugars Dep. at 679:13-19; Lange/Sterling Sugars Dep. at 537:3-19.

170.    In March of 2023, Sterling Sugars' CEO Randall Romero sent an email to a large group of individuals, including Sterling Sugars' President and General Manager Rivers Patout, that discussed an increase in wage rates to be paid to H-2A truck drivers and whether overtime wages needed to be paid. Ex. 91.

171.    Sterling Sugars' CEO Randall Romero believed that the truck drivers did not have to be paid overtime wages because an association was providing the hauling services and "[b]ecause the farmers were performing the activities from the farm to the mill" even though Mr. Romero understood that the farmers themselves were not hauling the sugarcane but "an association of farmers was hauling the sugar cane" and that the association was a separately organized entity. Romero/Sterling Sugars Dep. at 140:5-6, 141:5-144:15.

172.    Sterling Sugars' CEO Randall Romero had a concern that if the truck drivers were required to be paid overtime wages that the association structure would no longer be viable and associations like South Central might no longer exist if they could not avoid the overtime rules. Romero/Sterling Sugars Dep. at 140:5-6, 141:5-144:15.

173.    As part of the approval process to obtain certification to employ H-2A workers, employers are required to submit a Form ETA-9142A Appendix A that is signed under penalty of perjury stating that the employer "[w]ill comply with applicable Federal, State, and local employment-related laws and regulations, including employment-related health and safety laws." Ex. 109 (ETA-9142A Appendix A for 2022 season); Ex. 110 (ETA-9142A Appendix A for 2023 season); Ex. 111 (ETA-9142A Appendix A for 2024 season).

Respectfully submitted,

**/s/ James M. Knoepp**
James M. Knoepp* (Lead Attorney)
South Carolina Bar No. 102757
*Admitted Pro Hac Vice*
1612 Crestwood Drive
Columbia, SC 29205
Telephone:  (828) 379-3169
Email: jim@dawsonmorton.com

21

**/s/ Dawson Morton**
Dawson Morton
California Bar No. 320811
*Admitted Pro Hac Vice*
1808 Sixth St.
Berkeley, CA 94710
Phone: (404) 590-1295
Email: dawson@dawsonmorton.com

**/s/ Daniel Davis**
Daniel Davis, LA Bar No. 30141
Estes Davis Law, LLC
4465 Bluebonnet Blvd, Suite A
Baton Rouge, LA 70809
Telephone: (225) 336-3394
Fax: (225) 384-5419
Email: dan@estesdavislaw.com

22