**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

FELIPE DE JESUS AVILA-SOTO ET AL          CASE NO.  6:24-CV-01392

VERSUS                                                       JUDGE ROBERT R. SUMMERHAYS

SOUTH CENTRAL SUGAR CANE            MAGISTRATE JUDGE CAROL B.
GROWERS ASSOCIATION INC ET AL      WHITEHURST

## NOTICE OF MOTION SETTING

Please take notice that the Motion for Partial Summary Judgment (Document No. 119) filed by All Plaintiffs on May 22, 2026 has been set before the Honorable Robert Summerhays.

### Deadlines

Any party who opposes the motion must file a memorandum in opposition within **twenty-one (21) days** after service of the motion. See LR 7.4.  The movant may **file a reply** within **fourteen (14) days** after the memorandum in opposition is filed.  OPPOSITION TO THE MOTION MUST BE FILED TIMELY OR THE MOTION WILL BE CONSIDERED UNOPPOSED.

### No Oral Argument

It is the policy of the Court to decide motions on the basis of the record without oral argument. Briefs should fully address all pertinent issues.  All parties will be notified if the Court finds oral argument is necessary. A written ruling will be issued in due course.

### Courtesy Copies Not Required

The parties are relieved of their obligation under LR 7.1 to provide chambers with courtesy copy of the briefs and any attachments filed in connection with this motion.

**DATE OF NOTICE: May 26, 2026**

Daniel J. McCoy
Clerk of Court