UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| _____ | ) | |
| FELIPE DE JESUS AVILA-SOTO, et al. | ) | |
| | ) | Case No. 6:24-cv-01392 |
| Plaintiffs, | ) | |
| | ) | JUDGE ROBERT R. SUMMERHAYS |
| v. | ) | |
| | ) | MAGISTRATE JUDGE CAROL B. |
| SOUTH CENTRAL SUGAR CANE | ) | WHITEHURST |
| GROWERS' ASSOCIATION, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

### PLAINTIFFS' NOTICE OF COMPLETION OF
### FLSA NOTICE TO POTENTIAL OPT-IN PLAINTIFFS

Plaintiffs hereby give notice and certify that they have completed sending notice to potential FLSA opt-in Plaintiffs of their right to join the FLSA portion of this lawsuit. (ECF No. 71) (order granting Plaintiffs' motion to send notice). Plaintiffs sent an original notice to potential FLSA opt-in Plaintiffs on March 18, 2026, and completed the sending of reminder notices on May 13, 2026. The deadline for individuals for file consent forms to join the FLSA portion of this lawsuit is 90 days from March 18, 2026, or **June 16, 2026**.

Respectfully submitted,

**/s/ James M. Knoepp**
James M. Knoepp* (Lead Attorney)
South Carolina Bar No. 102757
*Admitted Pro Hac Vice*
1612 Crestwood Drive
Columbia, SC 29205
Telephone: (828) 379-3169
Email: jim@dawsonmorton.com

**/s/ Dawson Morton**
Dawson Morton
California Bar No. 320811
*Admitted Pro Hac Vice*

1808 Sixth St.
Berkeley, CA 94710
Phone: (404) 590-1295
Email: dawson@dawsonmorton.com

**/s/ Daniel Davis**
Daniel Davis, LA Bar No. 30141
Estes Davis Law, LLC
4465 Bluebonnet Blvd, Suite A
Baton Rouge, LA 70809
Telephone: (225) 336-3394
Fax: (225) 384-5419
Email: dan@estesdavislaw.com