UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| FELIPE DE JESUS AVILA-SOTO, et al. | ) ) ) | Case No. 6:24-cv-01392 |
| Plaintiffs, | ) ) | |
| v. | ) ) | JUDGE ROBERT R. SUMMERHAYS |
| | ) ) | MAGISTRATE JUDGE CAROL B. WHITEHURST |
| SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC., et al. | ) ) ) | |
| Defendants. | ) ) | |

**PLAINTIFFS' MOTION FOR COURT APPROVAL OF
PROPOSED CLASS ACTION NOTICE AND EXCLUSION FORM**

Pursuant to this Court's May 8, 2026, order adopting the magistrate judge's recommendation to certify Plaintiffs' breach of employment contract and Louisiana Wage Payment Act claims as a class action (ECF No. 114), and Federal Rule of Civil Procedure 23(c)(2)(B), Plaintiffs move the Court for approval of the notice and exclusion form attached hereto as Exhibit A. The attached notice and exclusion form are in English but, upon approval by the Court, will be translated into Spanish prior to distribution since all class members are H-2A workers from Mexico who maintain their permanent residences in Mexico. Class Counsel has engaged a third-party administrator that will send the notices via e-mail and text message to the class members with a version of the class notice also available on a website for class members. The administrator will follow-up with a mailing to any class members for whom text messages or emails are undeliverable. Class Counsel will file notice with the Court when the sending of notices has been completed. Class members will have 60 days from when notices are first sent in which to return any exclusion forms to remove themselves as members of the class.

1

Plaintiffs certify that they contacted counsel for the Defendants to obtain their consent with respect to the filing of this motion and provided them a copy of the Proposed Notice. Defendants have not responded as of the filing of this motion.

WHEREFORE, Plaintiffs respectfully request the Court approve the attached class action notice and exclusion form for distribution to the class certified by the Court.

Respectfully submitted,

**/s/ James M. Knoepp**
James M. Knoepp* (Lead Attorney)
South Carolina Bar No. 102757
*Admitted Pro Hac Vice*
1612 Crestwood Drive
Columbia, SC 29205
Telephone:  (828) 379-3169
Email:  jim@dawsonmorton.com

**/s/ Dawson Morton**
Dawson Morton
California Bar No. 320811
*Admitted Pro Hac Vice*
1808 Sixth St.
Berkeley, CA  94710
Phone: (404) 590-1295
Email:  dawson@dawsonmorton.com

**/s/ Daniel Davis**
Daniel Davis, LA Bar No. 30141
Estes Davis Law, LLC
4465 Bluebonnet Blvd, Suite A
Baton Rouge, LA 70809
Telephone: (225) 336-3394
Fax: (225) 384-5419
Email:  dan@estesdavislaw.com

Counsel for Plaintiffs