# EXHIBIT A

**To:**    **H-2A Workers Employed by South Central Sugar Cane Growers' Association, Inc. and/or Sterling Sugars, LLC in the 2022, 2023, 2024, and/or 2025 sugarcane seasons**

<u>**LAWSUIT NOTICE**</u>
<u>**YOU ARE INCLUDED IN A CLASS ACTION**</u>

This is a notice of a lawsuit that may affect your rights if you worked as a truck driver with an H-2A visa and were employed by South Central Sugar Cane Growers' Association, Inc. ("South Central") and/or Sterling Sugars, LLC ("Sterling Sugars") during the 2022, 2023, 2024, and/or 2025 sugarcane seasons.

- Felipe de Jesus Avila-Soto and Felipe de Jesus Suarez-Palafox have sued South Central and Sterling Sugars alleging that their employment contracts and state law were violated because of how the payment of wages and reimbursement of expenses was done by South Central and Sterling Sugars.

- The Court has allowed the lawsuit to be a class action on behalf of all individuals admitted as H-2A temporary foreign workers who were employed by South Central Sugar Cane Growers' Association, Inc. and/or Sterling Sugars, LLC as truck drivers hauling harvested sugarcane within the state of Louisiana during the 2022, 2023, 2024, and/or 2025 sugarcane seasons.

- The Court has not decided whether South Central and/or Sterling Sugars did anything wrong. There is no money available now and no guarantee that there will be. However, your legal rights are affected, and you have a choice to make right now:

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS LAWSUIT | |
|---|---|
| **DO NOTHING** | **Stay in this lawsuit. Await the outcome. Give up the right to sue separately.** By doing nothing, you keep the possibility of recovering wages, other money or benefits owed you that may come from a trial or a settlement. But you give up any right to sue South Central and/or Sterling Sugars separately about the same legal claims in this lawsuit. |
| **ASK TO BE EXCLUDED** | **Remove yourself from this lawsuit. Get no benefits from it. Keep your right to sue separately.** If you ask to be excluded and wages owed or other money is later awarded, you won't share in that money. But you keep any right to sue South Central and/or Sterling Sugars separately about the same legal claims in this lawsuit. |

Your options are explained in this notice. To ask to be excluded, you must act before [60 days from the date notice is sent], 2026.

**1.      What is this lawsuit about?**

This lawsuit is about whether South Central Sugar Cane Growers' Association, Inc. and/or Sterling Sugars, LLC ("Defendants") violated your employment contract and Louisiana state law when they failed to make wage payments and reimbursement of expenses with respect to H-2A truck drivers during the 2022, 2023, 2024, and 2025 sugarcane harvest seasons.

Specifically, this lawsuit is about whether the Defendants should have paid overtime wages to H-2A truck drivers when they worked more than 40 hours in a week. The lawsuit is also about whether during the 2022 and 2025 sugarcane harvest seasons the Defendants should have paid a higher hourly wage rate for truck driving work than what the truck drivers received in those years. Finally, the lawsuit is also about whether the Defendants should have reimbursed truck drivers for certain expenses they paid, such as drivers' license fees, medical examination fees, and expenses related to cell phones used to receive work instructions.

The Defendants deny that they have done anything wrong.

**2.      What is a class action lawsuit and who is involved?**

In a class action lawsuit, one or more people called "Class Representatives" sue on behalf of other people who have similar claims. The people together are a "Class" or "Class Members." The Court will decide the issues for all members of the class, except those who voluntarily opt out of the class. In this case, Felipe de Jesus Avila-Soto and Felipe de Jesus Suarez-Palafox represent the class. Judge Robert R. Summerhays of the U.S. District Court for the Western District of Louisiana is in charge of this class action. The name of this case is *Avila-Soto, et al. v. South Central Sugar Cane Growers' Association, Inc.*, et al., Case No. 6:24-CV-01392.

**3.      Who are the eligible class members?**

The Court certified the following class in this case:

All individuals admitted as H-2A temporary foreign workers who were employed by South Central Sugar Cane Growers' Association, Inc. and/or Sterling Sugars, LLC as truck drivers hauling harvested sugarcane within the state of Louisiana during the 2022, 2023, 2024, and/or 2025 sugarcane seasons.

**4.      Do I have a lawyer in this case?**

The workers in this case are represented by Dawson Morton and James Knoepp of Dawson Morton, LLC and by Dan Davis of Estes Davis Law, LLC. You will not be charged for their services, although their fees may be paid with the court's approval from any settlement or judgment obtained for the class.

If you want to be represented by your own lawyer, you may hire one at your own expense.

| 5. | **What happens if I do nothing at all?** |
|---|---|

You don't have to do anything now if you want to keep the possibility of receiving wages or other money from this lawsuit. <u>By doing nothing you are staying in the class</u>. If you stay in and the Plaintiffs obtain money, either as a result of the trial or a settlement, you will be notified about how to apply for a share (or how to ask to be excluded from any settlement). Keep in mind that if you do nothing now, regardless of whether the Plaintiffs win or lose the trial, you will not be able to sue the Defendants separately as part of any other lawsuit about the same legal claims that are the subject of this lawsuit. You will also be legally bound by all of the orders the Court issues and judgments the Court makes in this class action.

| 6. | **How do I ask to be excluded from the class?** |
|---|---|

If you do <u>not</u> wish to be a part of this lawsuit, you have the right to be excluded from the lawsuit. If you ask to be excluded from the suit, you will <u>not</u> be bound by the results of the lawsuit and you will not receive any money if the workers win. <u>If you wish to withdraw from this lawsuit, you must fill out the attached form and mail or email it to</u>:

> James Knoepp
> Dawson Morton, LLC
> 1612 Crestwood Drive
> Columbia, South Carolina 29205
> U.S.A.
> Email: jim@dawsonmorton.com

You may also visit the website www.demandasterling.com to access this notice and the exclusion form.

If you want to be excluded from this case, you must complete the attached form and your form <u>must be received</u> by [60 days from the date of the sending of the notice], 2026.

| 7. | **How is this form different than the one I received earlier about the lawsuit?** |
|---|---|

You may have received a notice regarding this case in the last few months, and you may have completed and submitted a form called a "Consent to Join" under the Fair Labor Standards Act (FLSA). That notice and form were for a different process known as a "collective action," which is for overtime claims under federal law. You are included in those claims only if you completed and submitted the form to join the collective action. Those claims remain part of this case. The "class action" described in the notice you are currently reading is for all other claims in the case, including employment contract claims for overtime pay.

The class action process differs from the FLSA collective action process. You should complete and submit the OPT-OUT FORM only if you do NOT wish to be part of the class action and do NOT wish to receive any money or benefits from the case.

**8.    Could I be retaliated against for participating in the lawsuit?**

It is a violation of United States law for South Central Sugar Cane Growers' Association, Inc. and Sterling Sugars, LLC, or any related entity, or any person acting on their behalf, to fire, refuse to hire, or in any manner discriminate or retaliate against you for taking part in this case. They may not deny you work due to your participation in this lawsuit and your participation in this lawsuit cannot affect whether you can receive a visa to return to work for these or other employers. If you believe that you have been discouraged, threatened, or discriminated or retaliated against for discussing or choosing to participate or not participate in this lawsuit, you can call Plaintiffs' attorneys.

**9.    What if I have questions or need more information?**

You may call Plaintiffs' attorneys (Dawson Morton or James Knoepp) at:

**404-550-7851 or 828-379-3169** (telephone or WhatsApp message).

Plaintiffs' attorneys speak Spanish and can respond to any of your messages via WhatsApp in Spanish.


THIS NOTICE AND ITS CONTENTS HAVE BEEN AUTHORIZED BY THE HONORABLE ROBERT R. SUMMERHAYS, JUDGE FOR THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF LOUISIANA. THERE ARE NO GUARANTEES THAT MONEY WILL BE RECOVERED IN THIS CASE. THE COURT HAS NOT YET DECIDED WHETHER THE CLAIMS MADE IN THE LAWSUIT ARE VALID.

**Opt-Out Form to be Excluded from Class**

Fill out this form only if you DO NOT want to remove yourself from the class. If you want to be a part of this lawsuit and participate in any recovery you should <u>not</u> fill out this form.

_____
Printed Name

I do not want to be part of the class in the case *Avila-Soto, et al. v. South Central Sugar Cane Growers' Association, Inc.*, et al., Case No. 6:24-CV-01392. Please exclude me from the lawsuit. I understand that by deciding to drop out of this lawsuit, I will be excluded from any money damages or other recovery that may be won in this lawsuit.

_____          _____
Signature                                                            Date

This form should be completed, signed, and returned to the address below and **must be received** before [date 60 days from when notice mailed]:

By mail:        James Knoepp
                    Dawson Morton, LLC
                    1612 Crestwood Drive
                    Columbia, South Carolina 29205
                    U.S.A.

By email:      jim@dawsonmorton.com