UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FELIPE DE JESUS AVILA-SOTO, et al. )<br><br>Plaintiffs, )<br><br>v. )<br><br>SOUTH CENTRAL SUGAR CANE<br>GROWERS' ASSOCIATION, INC., et al. )<br><br>Defendants. ) | Case No. 6:24-cv-01392<br><br>JUDGE ROBERT R. SUMMERHAYS<br><br>MAGISTRATE JUDGE CAROL B.<br>WHITEHURST |

**[PROPOSED] ORDER**

Plaintiffs' Motion for Court Approval of Proposed Class Action Notice and Exclusion Form is GRANTED. IT IS ORDERED that Plaintiffs' Notice and method of distribution satisfy the requirements of Federal Rule of Civil Procedure 23(c)(2)(B) and is the best notice that is practicable under the circumstances.

IT IS FURTHER ORDERED as follows:

1.      Plaintiffs shall have the Notice translated into Spanish for distribution to the class members.

2.      Plaintiffs shall distribute the notice via email and text message to the class members. If any class members cannot be reached via email or text message then Plaintiffs shall send a notice to those individuals by postal mail.

3.      To facilitate the sending of the Notice, Defendants shall provide Plaintiffs a list of the class members, their last known address(es), telephone number(s), and email address(es) on or before June 12, 2026.

1

4.  Plaintiffs shall post the notice and exclusion form on a website accessible to the class members.

5.  Class members who wish to be excluded from the class shall return an exclusion form within 60 days of the date that notices are sent.

6.  Plaintiffs shall file a Notice with the Court certifying the date that notices were sent and the exclusion deadline.

IT IS SO ORDERED THIS ___ DAY OF _____, 2026

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE