UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| FELIPE DE JESUS AVILA-SOTO, et al.<br><br>      Plaintiffs,<br><br>v.<br><br>SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC., et al.<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 6:24-cv-01392<br><br>JUDGE ROBERT R. SUMMERHAYS<br><br>MAGISTRATE JUDGE CAROL B. WHITEHURST |

**PLAINTIFFS' MOTION TO CONTINUE TRIAL DATE AND RELATED DEADLINES**

Plaintiffs move the Court to amend the Scheduling Order (ECF No. 33) to allow time for decision on the pending summary judgment motions and to allow distribution of the Rule 23 class notice before trial. Plaintiffs seek to continue and re-set the trial date and related pre-trial deadlines. This matter is currently set for trial beginning on August 3, 2026, with a meeting of counsel regarding the pretrial order to be completed by June 22, 2026, the joint pretrial order due on July 8, 2026, and a final pretrial conference scheduled for July 22, 2026. (ECF No. 33.) Plaintiffs ask that the Court vacate the current trial date and its related deadlines and re-set the matter for a later trial date after decision on the dispositive motions and, ideally, between late September 2026 and late January 2027 when Plaintiffs and class members who are Mexican nationals will be present in Louisiana on temporary visas.

Plaintiffs certify that, pursuant to the Local Rules they conferred with Defendants' counsel who stated that they oppose any motion to continue the trial date.

Good cause exists to amend the Scheduling Order to continue the trial date and related deadlines in this case and Plaintiffs' motion should be granted.

1

Respectfully submitted,

**/s/ James M. Knoepp**
James M. Knoepp* (Lead Attorney)
South Carolina Bar No. 102757
*Admitted Pro Hac Vice*
1612 Crestwood Drive
Columbia, SC 29205
Telephone:  (828) 379-3169
Email:  jim@dawsonmorton.com

**/s/ Dawson Morton**
Dawson Morton
California Bar No. 320811
*Admitted Pro Hac Vice*
1808 Sixth St.
Berkeley, CA  94710
Phone: (404) 590-1295
Email:  dawson@dawsonmorton.com

**/s/ Daniel Davis**
Daniel Davis, LA Bar No. 30141
Estes Davis Law, LLC
4465 Bluebonnet Blvd, Suite A
Baton Rouge, LA 70809
Telephone: (225) 336-3394
Fax: (225) 384-5419
Email:  dan@estesdavislaw.com

Counsel for Plaintiffs