UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FELIPE DE JESUS AVILA-SOTO, et al.  )<br><br>        Plaintiffs,        )<br><br>v.                      )<br><br><br>SOUTH CENTRAL SUGAR CANE<br>GROWERS' ASSOCIATION, INC., et al.   )<br><br>        Defendants.        ) | Case No. 6:24-cv-01392<br><br>JUDGE ROBERT R. SUMMERHAYS<br><br>MAGISTRATE JUDGE CAROL B. WHITEHURST |

**MOTION FOR EXPEDITED CONSIDERATION OF PLAINTIFFS'
MOTION TO CONTINUE TRIAL DATE AND RELATED DEADLINES**

Plaintiffs move the Court for an expedited decision on Plaintiffs' Motion to Continue Trial Date and Related Deadlines, ECF No. 126. Trial in this matter is currently scheduled for August 3, 2026, with a meeting of counsel to complete the pretrial order to be completed by June 22, 2026, the joint pretrial order due on July 8, 2026, and a final pretrial conference scheduled for July 22, 2026. (ECF No. 33.) A motion to provide notice to the class is pending, ECF No. 125, which must be provided in advance of trial. Additionally, the parties are currently engaged in briefing related to motions for summary judgment that will not be completed until June 26, 2026. (ECF Nos. 121, 122, 123). Due to these pending procedural requirements and pending pre-trial deadlines, expedited consideration of the Motion is warranted so that appropriate adjustments to the pre-trial and trial deadlines can be considered prior to preparation of the joint pretrial order.

WHEREFORE, Plaintiffs respectfully ask the Court to consider their Motion to Continue Trial Date and Related Deadlines on an expedited basis.

1

Respectfully submitted,

**/s/ James M. Knoepp**
James M. Knoepp* (Lead Attorney)
South Carolina Bar No. 102757
*Admitted Pro Hac Vice*
1612 Crestwood Drive
Columbia, SC 29205
Telephone:  (828) 379-3169
Email:  jim@dawsonmorton.com

**/s/ Dawson Morton**
Dawson Morton
California Bar No. 320811
*Admitted Pro Hac Vice*
1808 Sixth St.
Berkeley, CA  94710
Phone: (404) 590-1295
Email:  dawson@dawsonmorton.com

**/s/ Daniel Davis**
Daniel Davis, LA Bar No. 30141
Estes Davis Law, LLC
4465 Bluebonnet Blvd, Suite A
Baton Rouge, LA 70809
Telephone: (225) 336-3394
Fax: (225) 384-5419
Email:  dan@estesdavislaw.com

Counsel for Plaintiffs