UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

_____

FELIPE DE JESUS AVILA-SOTO,      et al.     )
                                             )
        Plaintiffs,                          )
                                             )
v.                                           )
                                             )
                                             )
SOUTH CENTRAL SUGAR CANE                     )
GROWERS' ASSOCIATION, INC., et al.           )
                                             )
        Defendants.                          )
_____      )

Case No. 6:24-cv-01392

JUDGE ROBERT R. SUMMERHAYS

MAGISTRATE JUDGE CAROL B. WHITEHURST

**MEMORANDUM IN SUPPORT OF MOTION FOR EXPEDITED
CONSIDERATION OF PLAINTIFFS' MOTION TO
CONTINUE TRIAL DATE AND RELATED DEADLINES**

Plaintiffs move the Court for an expedited decision on Plaintiffs' Motion to Continue Trial Date and Related Deadlines, ECF No. 126. Expedited decision is appropriate where pending deadlines require parties to make time sensitive choices. *Robichaux v. Huntington Ingalls Inc.*, No. 22-CV-0610, 2023 U.S. Dist. LEXIS 177722, at *11-12 (E.D. La. Oct. 2, 2023) (granting motion to expedite consideration of motion to continue trial); *Quality Constr. & Prod., LLC v. Collins*, No. 19-1308, 2021 U.S. Dist. LEXIS 150317, at *2 (W.D. La. Aug. 10, 2021) (granting request to expedite with respect to discovery dispute). As noted in Plaintiffs' motion, trial in this matter is currently scheduled for August 3, 2026, with a meeting of counsel to prepare the pretrial order to be completed by June 22, 2026, the joint pretrial order due on July 8, 2026, and a final pretrial conference scheduled for July 22, 2026. (ECF No. 33.) The parties are also currently engaged in briefing related to motions for summary judgment that will not be completed until June 26, 2026. (ECF Nos. 121, 122, 123). Expedited consideration of the Motion will allow decision before the parties engage in pretrial conferences which would need to begin two weeks before the pretrial order deadline. Additionally, deciding the motion and the timing of

1

class notice will avoid unnecessary objections concerning the notice and the scope of the class which could occur should the class not receive notice and the opportunity to decide their participation in the class prior to the commencement of trial. Finally, expedited consideration will allow the parties to conduct their trial preparation in the most efficient manner possible for both the parties and the Court.

WHEREFORE, Plaintiffs respectfully ask the Court to consider their Motion to Continue Trial Date and Related Deadlines on an expedited basis.

Respectfully submitted,

**/s/ James M. Knoepp**
James M. Knoepp* (Lead Attorney)
South Carolina Bar No. 102757
*Admitted Pro Hac Vice*
1612 Crestwood Drive
Columbia, SC 29205
Telephone:  (828) 379-3169
Email:   jim@dawsonmorton.com

**/s/ Dawson Morton**
Dawson Morton
California Bar No. 320811
*Admitted Pro Hac Vice*
1808 Sixth St.
Berkeley, CA  94710
Phone: (404) 590-1295
Email:  dawson@dawsonmorton.com

**/s/ Daniel Davis**
Daniel Davis, LA Bar No. 30141
Estes Davis Law, LLC
4465 Bluebonnet Blvd, Suite A
Baton Rouge, LA 70809
Telephone: (225) 336-3394
Fax: (225) 384-5419
Email:  dan@estesdavislaw.com

Counsel for Plaintiffs

2