UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

_____
                                                        )
FELIPE DE JESUS AVILA-SOTO,      et al.    )
                                                        )        Case No. 6:24-cv-01392
        Plaintiffs,                                 )
                                                        )        JUDGE ROBERT R. SUMMERHAYS
v.                                                     )
                                                        )        MAGISTRATE JUDGE CAROL B.
                                                        )        WHITEHURST
SOUTH CENTRAL SUGAR CANE       )
GROWERS' ASSOCIATION, INC., et al.  )
                                                        )
        Defendants.                               )
_____)

[PROPOSED] ORDER TO EXPEDITE CONSIDERATION OF
PLAINTIFFS' MOTION TO CONTINUE TRIAL DATE AND RELATED DEADLINES

The Court has reviewed Plaintiffs' Motion for Expedited Consideration of Plaintiffs'

Motion to Continue Trial Date and Related Deadlines.

IT IS ORDERED that the Motion is GRANTED and the Court will consider the motion

on an expedited basis.

IT IS FURTHER ORDERED that any opposition to Plaintiffs' motion shall be filed on or

before _____, 2026.


        Signed this _____ day of _____, 2026, in Lafayette, Louisiana.


                                        _____
                                        JUDGE ROBERT R. SUMMERHAYS
                                        UNITED STATES DISTRICT COURT
                                        WESTERN DISTRICT OF LOUISIANA

1