## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA

FELIPE DE JESUS AVILA-SOTO,  et al.

      Plaintiffs,

v.

SOUTH CENTRAL SUGAR CANE
GROWERS' ASSOCIATION, INC., et al.

      Defendants.

Case No. 6:24-cv-01392

JUDGE ROBERT R. SUMMERHAYS

MAGISTRATE JUDGE CAROL B. WHITEHURST

The Court has reviewed Plaintiffs' Motion to Continue Trial Date and Related Deadlines.

Good cause having been shown, IT IS HEREBY ORDERED that Plaintiffs' Motion is

GRANTED. This matter is referred to Magistrate Judge Whitehurst to conduct a status conference with the parties for the purpose of resetting the trial date in this matter.

Signed at Lafayette, Louisiana, on this 8th day of June, 2026.

_____
JUDGE ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA