# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

**FELIPE DE JESUS AVILA-SOTO ET AL**                    **CASE NO. 6:24-CV-01392**

**VERSUS**                    **JUDGE ROBERT R. SUMMERHAYS**

**SOUTH CENTRAL SUGAR CANE GROWERS ASSOCIATION INC ET AL**                    **MAGISTRATE JUDGE CAROL B. WHITEHURST**

## MINUTES

A telephone conference was held on June 12, 2026, starting at 11:00 a.m. and ending at 11:12 a.m.[1] Participating in the conference, along with the undersigned Magistrate Judge, were James Knoepp and Dawson Morton on behalf of Plaintiffs and Brandon Davis on behalf of Defendants.

Following discussion, the parties agreed to reset the bench trial for March 1, 2027, with a pretrial conference on February 24, 2027, at 3:00 p.m. Counsel for Plaintiffs averred that they will timely file the applications for humanitarian parole for Plaintiffs. A separate order shall issue.

Signed at Lafayette, Louisiana, this 12th day of June, 2026.

_____
CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE

---

[1] Statistical time: 12 minutes.