process of getting the association workers ready to come in for the -- he says griding -- but I think he means grinding, this year.  Do you see that sentence?

A    Yes, sir.

Q    Do you know who -- he wasn't working with you prior to sending this e-mail, right?

A     This the first time in '22 that we knew that he was going to be the contract labor after our contracts were approved.

Q    And how did you know that Great Labor was going to be the -- I think you said, the contract labor?

A     Well, when the association was formed, we contracted our attorney to do our applications and our labor consulting, so he was on that list that we approved to contract out for our labor.

Q    And prior to him contacting you, do you know what he had been doing to -- on behalf of the -- of South Central to get the workers ready to come in for the season?

          MR. DAVIS:  Objection form.

A    I do not.

BY MR. KNOEPP:

Q    You weren't involved in anything that he or his organization might have been doing?

A     He -- after the association was formed he was under contract and the preliminary work was done until our visas were approved.