RANDALL K. ROMERO - VOL. II                                              JOB NO. 2620528
APRIL 20, 2026

work were not increased; right?

MR. DAVIS:  Objection.

THE WITNESS:  Yeah.  Well, you know, I've -- you know, what was discussed is what are avenues that the growers could take to prevent future financial burdens that ultimately they likely could not sustain, and -- and to that effect, you know, the association was -- was an avenue to achieve that.

BY MR. KNOEPP:

Q.    But the financial burden we're talking about here is increased wage rates that would be required to be paid to truck drivers; right?

MR. DAVIS:  Objection. Vague.  It?

THE WITNESS:  Yes, that -- that would be the case.

BY MR. KNOEPP:

Q.    They weren't talking about an increase in like fertilizer price or other farm inputs; right?

A.    Well, in perspective of the farmer, all of those are legitimate cost concerns but, you know, the association was an avenue to be discussed that would potentially help with the labor cost.

EXHIBIT
A