D LANGE
04.17.2026

**Exhibit 75**

Vickie E. Wiechec

**From:** "Desiree Lange" <dlange@sterlingsugars.com>
**To:** "Ricky Gonsoulin" <rickygonsoulin@gmail.com>
**Subject:** TRUCK DRIVER PHONE LIST 2024.csv
**Date:** Fri, 04 Oct 2024 14:55:14 -0500
**Importance:** Normal
**Attachments:** TRUCK_DRIVER_PHONE_LIST_2024.csv

---

This should be in a csv file!!