# EXHIBIT 112

# Payroll Records for Felipe de Jesus Suarez-Palafox for 2022 Season

| Employee / Totals | | Earnings Type | Hours | Dollars | Taxes Type | Dollars | Deductions & Other pay | | |
|---|---|---|---|---|---|---|---|---|---|
| Cash tips | 0.00 | Vac | | 0.00 | SWT | 56.64 | | | |
| | | Sick | | 0.00 | SDI | 0.00 | | | |
| Subtotal | 2,356.16 | Hol | | 0.00 | SUI | 0.00 | | | |
| | | Comm | | 0.00 | Tax WH | 139.34 | | | |
| Taxes | -139.34 | Misc | | 0.00 | OASDI-CO | 0.00 | | | |
| Deducts | -196.00 | Other | | 0.00 | MED-CO | 0.00 | | | |
| | | | | | FUTA-CO | 0.00 | | | |
| Net pay | 2,020.82 | Gross pay | | 2,356.16 | SUI-CO | 0.00 | | | |

ister By E 4/16/2025 2:01 PM  Page 62

*SOUTH CENTRAL SUGAR CANE GROWERS ASSOC*

| Employee / Totals | | EARNINGS Type | Hours | Dollars | TAXES Type | Dollars | Deductions & Other pay | | |
|---|---|---|---|---|---|---|---|---|---|
| 5074 | / Employee Tot: | | | | | | | | |
| Gross | 11,544.26 | Reg | 927.25 | 11,544.26 | FWT | 289.17 | | | |
| Other | 0.00 | OT/1 | | 0.00 | OASDI | 0.00 | | | |
| Tips | 0.00 | OT/S | | 0.00 | MED | 0.00 | | | |
| Cash tips | 0.00 | Vac | | 0.00 | SWT | 251.24 | | | |
| | | Sick | | 0.00 | SDI | 0.00 | | | |
| Subtotal | 11,544.26 | Hol | | 0.00 | SUI | 0.00 | | | |
| | | Comm | | 0.00 | Tax WH | 540.41 | | | |
| Taxes | -540.41 | Misc | | 0.00 | OASDI-CO | 0.00 | | | |
| Deducts | -1,136.00 | Other | | 0.00 | MED-CO | 0.00 | | | |
| | | | | | FUTA-CO | 0.00 | | | |
| Net pay | 9,867.85 | Gross pay | | 11,544.26 | SUI-CO | 0.00 | | | |
| 5076 | / | FELIPE D SUAREZ PALAFOX | | | 10/10/2022 | Per: 9/21/2022 to 10/4/2022 | | | |

SCSCGA - 000390

| Gross | 345.49 | Reg | 27.75 | 345.49 | FWT | 0.00 | MEALS | -42.00 |
|---|---|---|---|---|---|---|---|---|
| Other | 0.00 | OT/1 | | 0.00 | OASDI | 0.00 | | |
| Tips | 0.00 | OT/S | | 0.00 | MED | 0.00 | | |
| Cash tips | 0.00 | Vac | | 0.00 | SWT | 0.00 | | |
| | | Sick | | 0.00 | SDI | 0.00 | | |
| Subtotal | 345.49 | Hol | | 0.00 | SUI | 0.00 | | |
| | | Comm | | 0.00 | Tax WH | 0.00 | | |
| Taxes | 0.00 | Misc | | 0.00 | OASDI-CO | 0.00 | | |
| Deducts | -42.00 | Other | | 0.00 | MED-CO | 0.00 | | |
| | | | | | FUTA-CO | 0.00 | | |
| Net pay | 303.49 | Gross pay | | 345.49 | SUI-CO | 0.00 | | |

| 5076 | | / | FELIPE D SUAREZ PALAFOX | | 10/24/2022 | Per:  10/5/2022  to  10/18/2022 | | |
|---|---|---|---|---|---|---|---|---|

| Gross | 2,253.45 | Reg | 181.00 | 2,253.45 | FWT | 95.38 | DONT USE | -100.00 |
|---|---|---|---|---|---|---|---|---|
| Other | 0.00 | OT/1 | | 0.00 | OASDI | 0.00 | MEALS | -196.00 |
| Tips | 0.00 | OT/S | | 0.00 | MED | 0.00 | | |
| Cash tips | 0.00 | Vac | | 0.00 | SWT | 54.47 | | |
| | | Sick | | 0.00 | SDI | 0.00 | | |
| Subtotal | 2,253.45 | Hol | | 0.00 | SUI | 0.00 | | |
| | | Comm | | 0.00 | Tax WH | 149.85 | | |
| Taxes | -149.85 | Misc | | 0.00 | OASDI-CO | 0.00 | | |
| Deducts | -296.00 | Other | | 0.00 | MED-CO | 0.00 | | |
| | | | | | FUTA-CO | 0.00 | | |
| Net pay | 1,807.60 | Gross pay | | 2,253.45 | SUI-CO | 0.00 | | |

ister By E 4/16/2025 2:01 PM                                                                                                          Page 63

*SOUTH CENTRAL SUGAR CANE GROWERS ASSOC*

| | | *EARNINGS* | | | *TAXES* | | *Deductions* | |
|---|---|---|---|---|---|---|---|---|
| **Employee / Totals** | | *Type* | *Hours* | *Dollars* | *Type* | *Dollars* | *& Other pay* | |

| 5076 | | / | FELIPE D SUAREZ PALAFOX | | 11/7/2022 | Per:  10/19/2022  to  11/1/2022 | | |
|---|---|---|---|---|---|---|---|---|

SCSCGA - 000391

| Gross | 2,175.64 | Reg | 174.75 | 2,175.64 | FWT | 86.04 | MEALS | -196.00 |
| Other | 0.00 | OT/1 | | 0.00 | OASDI | 0.00 | | |
| Tips | 0.00 | OT/S | | 0.00 | MED | 0.00 | | |
| Cash tips | 0.00 | Vac | | 0.00 | SWT | 51.74 | | |
| | | Sick | | 0.00 | SDI | 0.00 | | |
| Subtotal | 2,175.64 | Hol | | 0.00 | SUI | 0.00 | | |
| | | Comm | | 0.00 | Tax WH | 137.78 | | |
| Taxes | -137.78 | Misc | | 0.00 | OASDI-CO | 0.00 | | |
| Deducts | -196.00 | Other | | 0.00 | MED-CO | 0.00 | | |
| | | | | | FUTA-CO | 0.00 | | |
| Net pay | 1,841.86 | Gross pay | | 2,175.64 | SUI-CO | 0.00 | | |

| 5076 | | / | FELIPE D SUAREZ PALAFOX | | 11/21/2022 | Per: 11/2/2022 to 11/15/2022 | | |
|---|---|---|---|---|---|---|---|---|
| Gross | 2,144.51 | Reg | 172.25 | 2,144.51 | FWT | 82.30 | MEALS | -196.00 |
| Other | 0.00 | OT/1 | | 0.00 | OASDI | 0.00 | | |
| Tips | 0.00 | OT/S | | 0.00 | MED | 0.00 | | |
| Cash tips | 0.00 | Vac | | 0.00 | SWT | 50.65 | | |
| | | Sick | | 0.00 | SDI | 0.00 | | |
| Subtotal | 2,144.51 | Hol | | 0.00 | SUI | 0.00 | | |
| | | Comm | | 0.00 | Tax WH | 132.95 | | |
| Taxes | -132.95 | Misc | | 0.00 | OASDI-CO | 0.00 | | |
| Deducts | -196.00 | Other | | 0.00 | MED-CO | 0.00 | | |
| | | | | | FUTA-CO | 0.00 | | |
| Net pay | 1,815.56 | Gross pay | | 2,144.51 | SUI-CO | 0.00 | | |

| 5076 | | / | FELIPE D SUAREZ PALAFOX | | 12/5/2022 | Per: 11/16/2022 to 11/29/2022 | | |
|---|---|---|---|---|---|---|---|---|
| Gross | 2,001.34 | Reg | 160.75 | 2,001.34 | FWT | 67.44 | MEALS | -196.00 |
| Other | 0.00 | OT/1 | | 0.00 | OASDI | 0.00 | | |
| Tips | 0.00 | OT/S | | 0.00 | MED | 0.00 | | |
| Cash tips | 0.00 | Vac | | 0.00 | SWT | 45.64 | | |
| | | Sick | | 0.00 | SDI | 0.00 | | |
| Subtotal | 2,001.34 | Hol | | 0.00 | SUI | 0.00 | | |
| | | Comm | | 0.00 | Tax WH | 113.08 | | |
| Taxes | -113.08 | Misc | | 0.00 | OASDI-CO | 0.00 | | |
| Deducts | -196.00 | Other | | 0.00 | MED-CO | 0.00 | | |
| | | | | | FUTA-CO | 0.00 | | |
| Net pay | 1,692.26 | Gross pay | | 2,001.34 | SUI-CO | 0.00 | | |

SCSCGA - 000392

ister By E 4/16/2025 2:01 PM

*SOUTH CENTRAL SUGAR CANE GROWERS ASSOC*

Page 64

| Employee / Totals | | | EARNINGS Type | Hours | Dollars | TAXES Type | Dollars | Deductions & Other pay | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 5076 | | / | FELIPE D SUAREZ PALAFOX | | | 12/19/2022 | Per: 11/30/2022 to 12/13/2022 | | | |
| Gross | 1,799.03 | | Reg | 144.50 | 1,799.03 | FWT | 47.21 | MEALS | -196.00 | |
| Other | 0.00 | | OT/1 | | 0.00 | OASDI | 0.00 | | | |
| Tips | 0.00 | | OT/S | | 0.00 | MED | 0.00 | | | |
| Cash tips | 0.00 | | Vac | | 0.00 | SWT | 38.56 | | | |
| | | | Sick | | 0.00 | SDI | 0.00 | | | |
| Subtotal | 1,799.03 | | Hol | | 0.00 | SUI | 0.00 | | | |
| | | | Comm | | 0.00 | Tax WH | 85.77 | | | |
| Taxes | -85.77 | | Misc | | 0.00 | OASDI-CO | 0.00 | | | |
| Deducts | -196.00 | | Other | | 0.00 | MED-CO | 0.00 | | | |
| | | | | | | FUTA-CO | 0.00 | | | |
| Net pay | 1,517.26 | | Gross pay | | 1,799.03 | SUI-CO | 0.00 | | | |
| 5076 | | / Employee Tot: | | | | | | | | |
| Gross | 10,719.46 | | Reg | 861.00 | 10,719.46 | FWT | 378.37 | | | |
| Other | 0.00 | | OT/1 | | 0.00 | OASDI | 0.00 | | | |
| Tips | 0.00 | | OT/S | | 0.00 | MED | 0.00 | | | |
| Cash tips | 0.00 | | Vac | | 0.00 | SWT | 241.06 | | | |
| | | | Sick | | 0.00 | SDI | 0.00 | | | |
| Subtotal | 10,719.46 | | Hol | | 0.00 | SUI | 0.00 | | | |
| | | | Comm | | 0.00 | Tax WH | 619.43 | | | |
| Taxes | -619.43 | | Misc | | 0.00 | OASDI-CO | 0.00 | | | |
| Deducts | -1,122.00 | | Other | | 0.00 | MED-CO | 0.00 | | | |
| | | | | | | FUTA-CO | 0.00 | | | |
| Net pay | 8,978.03 | | Gross pay | | 10,719.46 | SUI-CO | 0.00 | | | |

SCSCGA - 000393