# EXHIBIT 113

# License and Medical Exam
# for Felipe de Jesus Suarez-Palafox







SCSCGA - 000113

SUBSECRETARÍA DE TRANSPORTE
Dirección General de Protección y Medicina Preventiva en el Transporte

## CONSTANCIA DE APTITUD PSICOFÍSICA

### INFORMACION DEL PERSONAL

**Nombre:** FELIPE DE JESUS SUAREZ PALAFOX
**RFC:** SUPF721112
**CURP:** SUPF721112HSLRLL03
**Género:** MASCULINO
**Número del expediente:** 1104974
**Nacionalidad:** MEXICANO

### INFORMACION DEL EXAMEN

**Fecha del examén:** 2022-05-23
**Módo de transporte:** AUTOTRANSPORTE         **No. Examen:** 3

### COMO RESULTADO DEL EXAMEN PSICOFÍSICO INTEGRAL, QUE LE FUE PRACTICADO, EL DICTAMEN FUE:

## A P T O

### INFORMACION MEDICA ADICIONAL

**Usa Lentes:** [ X ]      **Aéreos:** [ X ]      **Contacto:** [   ]

Observaciones y restricciones del Revisor:       GRUPO SANGUÍNEO Y FACTOR RH: A+

| NOMBRE, NO. DE CÉDULA PROFESIONAL DEL JEFE DEL MODULO AUTORIZADA POR LA DGPMPT | LUGAR DE PRÁCTICA DEL EXAMEN |
| --- | --- |
| VALDEZ RIVERA, NANCY YAZMIN | NANCY YAZMIN VALDEZ RIVERA |

Yo VALDEZ RIVERA NANCY YAZMIN, bajo protesta de decir verdad, declaro ante la Dirección General de Protección y Medicina Preventiva en el Transporte, que verifique la veracidad de los documentos que avalan la identidad del personal, que emito este dictamen derivado del examen psicofísico integral practicado el 23/05/2022 en NIÑOS HEROS, BIENESTAR, LOS MOCHIS, MAZATLAN, C.P. 81280, y que la información contenida en el expediente electrónico No.1104974 es veridica, y fue obtenida empleando para ello las mejores prácticas médicas por personal calificado, que me hago responsable de la información aportada con mi firma y en su caso con mi cédula profesional, así como el equipo idóneo, apercibido de que aquél que interrogado por autoridad pública distinta de la judicial (en ejercicio de sus funciones o con motivo de ellas) faltare a la verdad, se hace acreedor a una pena de cuatro a ocho años de prisión y de cien a trescientos días multa de acuerdo a lo establecido en el artículo 247, fracción I del Código Penal Federal.

| FOTO, HUELLA DACTILAR Y FIRMA DEL JEFE DEL MODULO | VIGENTE | HUELLA DACTILAR Y FIRMA DEL SOLICITANTE |
| --- | --- | --- |
|  | DE: 23/05/2022<br>A: 23/05/2024 |  |

NOTA: Conforme al artículo 22 del REGLAMENTO del Servicio de Medicina Preventiva en el Transporte publicado el 01 de septiembre de 2010. La Constancia de Aptitud Psicofísica tendrá una validez de noventa días naturales, contados a partir de la fecha de su expedición para efectos de que el personal obtenga o revalide la Licencia Federal o Título, Certificado o Libreta de Mar y de Identidad Marítima.
Si concluida la vigencia de la Constancia a que se refiere el párrafo anterior, el personal no obtiene, renueva, revalida o recupera la Licencia Federal, Título, Certificado o Libreta de Mar y de Identidad Marítima, así como los permisos que expide la Secretaría para cada modo de transporte federal y sus servicios auxiliares, deberá practicarse otra vez el examen respectivo y efectuar nuevamente el pago correspondiente.
El personal deberá portar durante todo el tiempo que lleva a cabo sus funciones en las vías generales de comunicación, el original o copia certificada de la constancia de aptitud psicofisica en los términos que señalen los requisitos médicos para cada modo de transporte que emita la Direccion.

Perfil de Autotransporte Federal
El Personal del Autotransporte Publico Federal deberá someterse a un examen Psicofísico Integral, a efecto de evaluar su Aptitud Psicofísica para el ejercicio de las atribuciones que su Licencia Federal le confiere, con una periodicidad de dos Años.





0823512022100541100048041

SCSCGA - 000115

SCSCGA - 000116

SUBSECRETARÍA DE TRANSPORTE
Dirección General de Protección y Medicina Preventiva en el Transporte

## CONSTANCIA DE APTITUD PSICOFÍSICA

### INFORMACIÓN DEL PERSONAL

Nombre: FELIPE DE JESUS SUAREZ PALAFOX
RFC: SUPF721112
CURP: SUPF721112HSLRLL03
Género: MASCULINO

Número del expediente: 1104974
Nacionalidad: MEXICANO



### INFORMACIÓN DEL EXAMEN

Fecha del examen: 2024-09-03
Modo de transporte: AUTOTRANSPORTE        No. Examen: 4

COMO RESULTADO DEL EXAMEN PSICOFÍSICO INTEGRAL, QUE LE FUE PRACTICADO, EL DICTAMEN FUE:

### APTO

### INFORMACIÓN MÉDICA ADICIONAL

Usa Lentes: [ X ]     Aéreos: [ X ]     Contacto: [   ]

Observaciones y restricciones del Revisor:     POSEER LENTES DE REPUESTO DURANTE EL DESEMPEÑO DE SUS LABORES

| NOMBRE, NO. DE CÉDULA PROFESIONAL DEL JEFE DEL MÓDULO AUTORIZADA POR LA DGPMPT | LUGAR DE PRÁCTICA DEL EXAMEN |
|---|---|
| INZUNZA INZUNZA, FRIDA VIRGINIA ZENAIDA | FRIDA VIRGINIA ZENAIDA INZUNZA |

Yo INZUNZA INZUNZA FRIDA VIRGINIA ZENAIDA, bajo protesta de decir verdad, declaro ante la Dirección General de Protección y Medicina Preventiva en el Transporte, que verifiqué la veracidad de los documentos que avalan la identidad del personal, que emito este dictamen derivado del examen psicofísico integral practicado el 03/09/2024 en BOULEVARD ADOLFO LOPEZ MATEOS NO. J258, FRACC. LAS FUENTES, LOS MOCHIS, SINALOA, C.P. 81223, y que la información contenida en el expediente electrónico No. 1104974 es verídica, y fue obtenida empleando para ello las mejores prácticas médicas del personal calificado, que me hago responsable de la información aportada con mi firma y en su caso con mi cédula profesional, así como el equipo idóneo, apercibido de que aquél que interrogado por autoridad pública distinta de la judicial (en ejercicio de sus funciones o con motivo de ellas) faltare a la verdad, se hace acreedor a una pena de cuatro a ocho años de prisión y de cien a trescientos días multa de acuerdo a lo establecido en el artículo 247, fracción I del Código Penal Federal.

| FOTO, HUELLA DACTILAR Y FIRMA DEL JEFE DEL MÓDULO | | | VIGENTE | HUELLA DACTILAR Y FIRMA DEL SOLICITANTE | |
|---|---|---|---|---|---|
|  | | *Frida* | DE: 03/09/2024  A: 03/09/2026 |  | |

NOTA: Conforme al artículo 22 del REGLAMENTO del Servicio de Medicina Preventiva en el Transporte publicado el 01 de septiembre de 2010, La Constancia de Aptitud Psicofísica tendrá una validez de noventa días naturales, contados a partir de la fecha de su expedición para efectos de que el personal obtenga o revalide la Licencia Federal o Título, Certificado o Libreta de Mar y de Identidad Marítima. Si concluido la vigencia de la Constancia a que se refiere el párrafo anterior, el personal no obtiene, renueva, revalida o recupera la Licencia Federal, Título, Certificado o Libreta de Mar y de Identidad Marítima, como los permisos que expide la Secretaría para cada modo de transporte federal y sus servicios auxiliares, deberá practicarse otra vez el examen respectivo y efectuar nuevamente el pago correspondiente. El personal deberá portar durante todo el tiempo que lleve a cabo sus funciones en las vías generales de comunicación, el original o copia certificada de la constancia de aptitud psicofísica en los términos que señalan los requisitos médicos para cada modo de transporte que emita la Dirección.

Perfil de Autotransporte Federal
El Personal del Autotransporte Público Federal deberá someterse a un examen Psicofísico Integral, a efecto de evaluar su Aptitud Psicofísica para el ejercicio de las atribuciones que su Licencia Federal le confiera, con una periodicidad de dos Años.




010300202411092230004 8557

SCSCGA - 000073

SCSCGA - 000074



SCSCGA - 000075

SCSCGA - 000076