# EXHIBIT 114

# Time and Payroll Records for
# for Felipe de Jesus Avila-Soto

| AVILA SOTO, FELIPE DE JESUS | 5175 | 10/1/2022 | Regular | 13.75 |
| AVILA SOTO, FELIPE DE JESUS | 5175 | 10/2/2022 | Regular | 12.25 |
| AVILA SOTO, FELIPE DE JESUS | 5175 | 10/3/2022 | Regular | 4.00 |
| AVILA SOTO, FELIPE DE JESUS | 5175 | 10/3/2022 | Overtime | 9.50 |
| AVILA SOTO, FELIPE DE JESUS | 5175 | 10/4/2022 | Overtime | 12.50 |
| AVILA SOTO, FELIPE DE JESUS | 5175 | 10/5/2022 | Regular | 13.00 |
| AVILA SOTO, FELIPE DE JESUS | 5175 | 10/6/2022 | Regular | 12.50 |
| AVILA SOTO, FELIPE DE JESUS | 5175 | 10/7/2022 | Regular | 12.00 |
| AVILA SOTO, FELIPE DE JESUS | 5175 | 10/8/2022 | Regular | 10.50 |
| AVILA SOTO, FELIPE DE JESUS | 5175 | 10/8/2022 | Overtime | 2.50 |
| AVILA SOTO, FELIPE DE JESUS | 5175 | 10/9/2022 | Overtime | 13.00 |
| AVILA SOTO, FELIPE DE JESUS | 5175 | 10/10/2022 | Overtime | 12.25 |
| AVILA SOTO, FELIPE DE JESUS | 5175 | 10/11/2022 | Overtime | 13.00 |
| AVILA SOTO, FELIPE DE JESUS | 5175 | 10/12/2022 | Regular | 12.75 |
| AVILA SOTO, FELIPE DE JESUS | 5175 | 10/13/2022 | Regular | 15.25 |
| AVILA SOTO, FELIPE DE JESUS | 5175 | 10/14/2022 | Regular | 13.50 |
| AVILA SOTO, FELIPE DE JESUS | 5175 | 10/15/2022 | Regular | 6.50 |
| AVILA SOTO, FELIPE DE JESUS | 5175 | 10/15/2022 | Overtime | 6.75 |
| AVILA SOTO, FELIPE DE JESUS | 5175 | 10/16/2022 | Overtime | 12.75 |
| AVILA SOTO, FELIPE DE JESUS | 5175 | 10/17/2022 | Overtime | 13.00 |
| AVILA SOTO, FELIPE DE JESUS | 5175 | 10/18/2022 | Overtime | 12.50 |
| AVILA SOTO, FELIPE DE JESUS | 5175 | 10/19/2022 | Regular | 13.50 |
| AVILA SOTO, FELIPE DE JESUS | 5175 | 10/20/2022 | Regular | 14.00 |
| AVILA SOTO, FELIPE DE JESUS | 5175 | 10/21/2022 | Regular | 13.25 |
| AVILA SOTO, FELIPE DE JESUS | 5175 | 10/22/2022 | Regular | 7.25 |
| AVILA SOTO, FELIPE DE JESUS | 5175 | 10/22/2022 | Overtime | 7.00 |
| AVILA SOTO, FELIPE DE JESUS | 5175 | 10/23/2022 | Overtime | 13.75 |

SCSCGA - 000364

| AVILA SOTO, FELIPE DE JESUS | 5175 | 10/24/2022 | Overtime | 13.75 |
| AVILA SOTO, FELIPE DE JESUS | 5175 | 10/25/2022 | Overtime | 16.25 |
| AVILA SOTO, FELIPE DE JESUS | 5175 | 10/26/2022 | Regular | 14.00 |
| AVILA SOTO, FELIPE DE JESUS | 5175 | 10/27/2022 | Regular | 14.75 |
| AVILA SOTO, FELIPE DE JESUS | 5175 | 10/28/2022 | Regular | 13.50 |
| AVILA SOTO, FELIPE DE JESUS | 5175 | 10/29/2022 | Regular | 5.75 |
| AVILA SOTO, FELIPE DE JESUS | 5175 | 10/29/2022 | Overtime | 8.50 |
| AVILA SOTO, FELIPE DE JESUS | 5175 | 10/30/2022 | Overtime | 16.00 |
| AVILA SOTO, FELIPE DE JESUS | 5175 | 10/31/2022 | Overtime | 15.25 |

SCSCGA - 000365

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Comm | | 0.00 | Tax WH | 277.31 |
| Taxes | -277.31 | Misc | | 0.00 | OASDI-CO | 0.00 |
| Deducts | -196.00 | Other | | 0.00 | MED-CO | 0.00 |
| | | | | | FUTA-CO | 0.00 |
| Net pay | 1,742.79 | Gross pay | | 2,216.10 | SUI-CO | 0.00 |

ister By E 4/16/2025 2:01 PM    Page 186

*SOUTH CENTRAL SUGAR CANE GROWERS ASSOC*

| | | EARNINGS | | | TAXES | | | Deductions | |
|---|---|---|---|---|---|---|---|---|---|
| **Employee / Totals** | | **Type** | **Hours** | **Dollars** | **Type** | **Dollars** | | **& Other pay** | |

5172    / Employee Tot

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Gross | 11,631.43 | Reg | 934.25 | 11,631.43 | FWT | 1,089.28 | | | |
| Other | 0.00 | OT/1 | | 0.00 | OASDI | 0.00 | | | |
| Tips | 0.00 | OT/S | | 0.00 | MED | 0.00 | | | |
| Cash tips | 0.00 | Vac | | 0.00 | SWT | 350.27 | | | |
| | | Sick | | 0.00 | SDI | 0.00 | | | |
| Subtotal | 11,631.43 | Hol | | 0.00 | SUI | 0.00 | | | |
| | | Comm | | 0.00 | Tax WH | 1,439.55 | | | |
| Taxes | -1,439.55 | Misc | | 0.00 | OASDI-CO | 0.00 | | | |
| Deducts | -1,122.00 | Other | | 0.00 | MED-CO | 0.00 | | | |
| | | | | | FUTA-CO | 0.00 | | | |
| Net pay | 9,069.88 | Gross pay | | 11,631.43 | SUI-CO | 0.00 | | | |

5175    /    FELIPE D AVILA SOTO    10/10/2022    Per: 9/21/2022 to 10/4/2022

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Gross | 871.50 | Reg | 70.00 | 871.50 | FWT | 0.00 | | MEALS | -56.00 |
| Other | 0.00 | OT/1 | | 0.00 | OASDI | 0.00 | | | |
| Tips | 0.00 | OT/S | | 0.00 | MED | 0.00 | | | |

SCSCGA - 000387

| Cash tips | 0.00 | Vac | | 0.00 | SWT | | 6.16 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Sick | | 0.00 | SDI | | 0.00 | | | | |
| Subtotal | 871.50 | Hol | | 0.00 | SUI | | 0.00 | | | | |
| | | Comm | | 0.00 | Tax WH | | 6.16 | | | | |
| Taxes | -6.16 | Misc | | 0.00 | OASDI-CO | | 0.00 | | | | |
| Deducts | -56.00 | Other | | 0.00 | MED-CO | | 0.00 | | | | |
| | | | | | FUTA-CO | | 0.00 | | | | |
| Net pay | 809.34 | Gross pay | | 871.50 | SUI-CO | | 0.00 | | | | |

| 5175 | / | FELIPE D AVILA SOTO | | | 10/24/2022 | Per: 10/5/2022 to 10/18/2022 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Gross | 2,262.79 | Reg | 181.75 | 2,262.79 | FWT | | 71.50 | | DONT USE | | -100.00 |
| Other | 0.00 | OT/1 | | 0.00 | OASDI | | 0.00 | | MEALS | | -196.00 |
| Tips | 0.00 | OT/S | | 0.00 | MED | | 0.00 | | | | |
| Cash tips | 0.00 | Vac | | 0.00 | SWT | | 53.37 | | | | |
| | | Sick | | 0.00 | SDI | | 0.00 | | | | |
| Subtotal | 2,262.79 | Hol | | 0.00 | SUI | | 0.00 | | | | |
| | | Comm | | 0.00 | Tax WH | | 124.87 | | | | |
| Taxes | -124.87 | Misc | | 0.00 | OASDI-CO | | 0.00 | | | | |
| Deducts | -296.00 | Other | | 0.00 | MED-CO | | 0.00 | | | | |
| | | | | | FUTA-CO | | 0.00 | | | | |
| Net pay | 1,841.92 | Gross pay | | 2,262.79 | SUI-CO | | 0.00 | | | | |

ister By E 4/16/2025 2:01 PM                                                                 Page 187

SOUTH CENTRAL SUGAR CANE GROWERS ASSOC

| | | *EARNINGS* | | | *TAXES* | | | *Deductions* | |
|---|---|---|---|---|---|---|---|---|---|
| *Employee / Totals* | | *Type* | *Hours* | *Dollars* | *Type* | *Dollars* | | *& Other pay* | |
| 5175 | / | FELIPE D AVILA SOTO | | | 11/7/2022 | Per: 10/19/2022 to 11/1/2022 | | | |
| Gross | 2,511.79 | Reg | 201.75 | 2,511.79 | FWT | 101.38 | | MEALS | -196.00 |
| Other | 0.00 | OT/1 | | 0.00 | OASDI | 0.00 | | | |

SCSCGA - 000388

| Tips | 0.00 | OT/S | | 0.00 | MED | 0.00 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Cash tips | 0.00 | Vac | | 0.00 | SWT | 62.09 | | | | |
| | | Sick | | 0.00 | SDI | 0.00 | | | | |
| Subtotal | 2,511.79 | Hol | | 0.00 | SUI | 0.00 | | | | |
| | | Comm | | 0.00 | Tax WH | 163.47 | | | | |
| Taxes | -163.47 | Misc | | 0.00 | OASDI-CO | 0.00 | | | | |
| Deducts | -196.00 | Other | | 0.00 | MED-CO | 0.00 | | | | |
| | | | | | FUTA-CO | 0.00 | | | | |
| Net pay | 2,152.32 | Gross pay | | 2,511.79 | SUI-CO | 0.00 | | | | |

| 5175 | | / | FELIPE D AVILA SOTO | | | 11/21/2022 | Per: 11/2/2022 to 11/15/2022 | | | |
|---|---|---|---|---|---|---|---|---|---|---|

| Gross | 2,303.25 | Reg | 185.00 | 2,303.25 | FWT | 76.35 | | MEALS | -196.00 |
|---|---|---|---|---|---|---|---|---|---|
| Other | 0.00 | OT/1 | | 0.00 | OASDI | 0.00 | | | |
| Tips | 0.00 | OT/S | | 0.00 | MED | 0.00 | | | |
| Cash tips | 0.00 | Vac | | 0.00 | SWT | 54.79 | | | |
| | | Sick | | 0.00 | SDI | 0.00 | | | |
| Subtotal | 2,303.25 | Hol | | 0.00 | SUI | 0.00 | | | |
| | | Comm | | 0.00 | Tax WH | 131.14 | | | |
| Taxes | -131.14 | Misc | | 0.00 | OASDI-CO | 0.00 | | | |
| Deducts | -196.00 | Other | | 0.00 | MED-CO | 0.00 | | | |
| | | | | | FUTA-CO | 0.00 | | | |
| Net pay | 1,976.11 | Gross pay | | 2,303.25 | SUI-CO | 0.00 | | | |

| 5175 | | / | FELIPE D AVILA SOTO | | | 11/25/2022 | Per: 11/16/2022 to 11/29/2022 | | | |
|---|---|---|---|---|---|---|---|---|---|---|

| Gross | 1,596.71 | Reg | 128.25 | 1,596.71 | FWT | 2.36 | | MEALS | -140.00 |
|---|---|---|---|---|---|---|---|---|---|
| Other | 0.00 | OT/1 | | 0.00 | OASDI | 0.00 | | | |
| Tips | 0.00 | OT/S | | 0.00 | MED | 0.00 | | | |
| Cash tips | 0.00 | Vac | | 0.00 | SWT | 30.06 | | | |
| | | Sick | | 0.00 | SDI | 0.00 | | | |
| Subtotal | 1,596.71 | Hol | | 0.00 | SUI | 0.00 | | | |
| | | Comm | | 0.00 | Tax WH | 32.42 | | | |
| Taxes | -32.42 | Misc | | 0.00 | OASDI-CO | 0.00 | | | |
| Deducts | -140.00 | Other | | 0.00 | MED-CO | 0.00 | | | |
| | | | | | FUTA-CO | 0.00 | | | |
| Net pay | 1,424.29 | Gross pay | | 1,596.71 | SUI-CO | 0.00 | | | |

SCSCGA - 000389