# EXHIBIT 115

# License for Felipe de Jesus Avila-Soto







SCSCGA - 000023

SCSCGA - 000024