# EXCERPTS FROM DEPOSITION
# OF PLAINTIFF
# FELIPE DE JESUS SUAREZ-PALAFOX

# Transcript of the Testimony of
# **Felipe de Jesus Suarez-Palafox**

## **Date: December 12, 2025**

## **Felipe De Jesus Avila-Sota, et al v. South Central Sugar Cane Growers' Association**

All electronic deposition & exhibit files
are available at **www.psrdocs.com**
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**

# **Professional Shorthand Reporters, Inc.**
**Phone:  504-529-5255**
**Fax:  504-529-5257**
**Email:  reporters@psrdocs.com**
**Internet: http://www.psrdocs.com**

Felipe de Jesus Suarez-Palafox
Felipe De Jesus Avila-Sota, et al v. South Central Sugar Cane Growers' Association

Page 13

THE WITNESS:

Yes.

EXAMINATION BY MS. McDIARMID:

Q.   Did you also file a lawsuit against Sterling Sugars?

A.   Yes.

Q.   What is South Central Sugarcane Growers Association?

A.   That is what we have on the door.

MR. MORTON:

It is a company creation.

MS. McDIARMID:

Could you ask him to repeat it again?

THE WITNESS:

On the door, we don't have Sterling anymore, it reads -- the company creation.

EXAMINATION BY MS. McDIARMID:

Q.   South Central Sugarcane Growers Association is a long name.  Can we say South Central for short today?

A.   Yes.  It's complicated.

Q.   Is South Central one of your employers?

Page 14

A.   Directly, no, because it is always Melchor.

MR. MORTON:

I think we are having a problem with translation.  For employer, I think we should use "patron," which could be translated as hiring person.

MS. McDIARMID:

That sounds good to me.

MR. MORTON:

I think if we use "patron," it will clarify some things.

THE INTERPRETER:

Patron is a Spanish word, you want me to use that --

MR. MORTON:

When you translate "employer."

MS. McDIARMID:

Do you disagree?

THE INTERPRETER:

Not necessarily.  If it works for this, it's acceptable.

MS. McDIARMID:

It is acceptable to mean employer?  I'm asking you.

Page 15

THE INTERPRETER:

Yes.

MS. McDIARMID:

You agree that word can translate to employer?

THE INTERPRETER:

Yes.  Normally it is used as "boss," but yes, it can be your employer.

EXAMINATION BY MS. McDIARMID:

Q.   I think I asked you something like is South Central your employer.

A.   No, it is Sterling.

Q.   I will show you a document I have marked as Exhibit 1.

What is this document?

A.   It is my work visa.

Q.   For what year is this visa?

A.   2022-2023.

Q.   Do you have any problems reading what is written on the paper?

A.   A little bit.

Q.   Do you have glasses?

A.   I left them in my car.

MR. MORTON:

I have reading glasses.

Page 16

THE WITNESS:

It is from September 20, 2022, to -- what is this?  What J-A-N, 15-2023.

EXAMINATION BY MS. McDIARMID:

Q.   So is this your visa for employment in the U.S. from September of 2022 through January of 2023?

A.   Yes.

Q.   Do you see that the employer, South Central Sugarcane Growers Association, is listed on this visa?

A.   Yes.  They changed it that year.

Q.   So looking at this document, does this help you understand that you applied for employment to South Central in the year 2022?

A.   Yes, because it is the same sugar mill.

Q.   Did you work for South Central in the 2022 sugarcane season?

A.   Yes.

Q.   Did you say "sugarcane season"?

A.   Yes.  That is what we carry, sugarcane.

Q.   Did you complete the season in 2022?

A.   Yes.

Pages 13 to 16

Page 65

MR. MORTON:

I think there is some confusion here as to whether you are asking about people who are actively participating in the case with individual claims versus the members of the putative class.

MS. McDIARMID:

I understand.  I feel like I asked him.

EXAMINATION BY MS. McDIARMID:

Q.   How many people have you contacted to represent in this case?

A.   None.

Q.   Have you reached out to any other coworkers to join this case?

A.   No, I don't recall right now.  We are the ones that are on it right now.

Q.   Are you working to recruit any others to come forward?

A.   No.

Q.   Have you collected any money from anyone to join the case?

A.   No.

Q.   Of the individuals that you just mentioned, Felipe, Juan and Jesus, how are their

Page 66

claims similar to yours?

THE INTERPRETER:

For clarification, Felipe and Jesus are the same person.

MS. McDIARMID:

Sure.

EXAMINATION BY MS. McDIARMID:

Q.   Okay.  Then Juan, Arnulfo and Felipe?

THE INTERPRETER:

Can you repeat that?

EXAMINATION BY MS. McDIARMID:

Q.   Of the people you mentioned, Felipe, Juan, Arnulfo, how are their claims similar to yours?

A.   The four of us are working there together.

Q.   Anything else?

A.   No.

Q.   Do the people we just talked about, Juan, Felipe and Arnulfo, do they live in Sinaloa as well?

A.   No.

Q.   Where are they located?

A.   We met at the sugar mill, I don't know where they are from.  I don't know where Felipe

Page 67

is from, but Juan is from Veracruz.

Q.   Do you know what years Juan has worked for South Central?

A.   I don't remember, but it has been almost just like me, the same years.

Q.   And what about Felipe?

A.   Felipe, I don't remember, but he came in '23, but he left in '23.

Q.   And what about Arnulfo?

A.   Arnulfo is still working.

Q.   Do you know anything about the business relationship between South Central and Sterling Sugars?

A.   Yes.

Q.   What do you know?

A.   That it is the same sugar mill.

Q.   And what is that based on?

A.   At the entrance, it still reads "Sterling."

Q.   Other than that, other than the entrance to the sugar mill reading "Sterling," do you base your opinion on anything else?

A.   Nothing else has changed.  Everything is the same, the same bosses, the same everything.  Nothing has changed.

Page 68

Q.   And have you ever seen a copy of the lawsuit that was filed on your behalf?

A.   Yes.

Q.   In your complaint, you allege that Sterling Sugars was also your employer; is that right?

A.   Yes.

Q.   I have a copy of the complaint; we put it in Spanish.

So my question, is it true that in your complaint, you allege that Sterling Sugars was also your employer, along with South Central?

MR. MORTON:

Objection, asked and answered.

MS. McDIARMID:

I did not mark it as an exhibit, but I see you marked it, so I will go ahead and mark the Spanish version of the complaint as Exhibit 9.

EXAMINATION BY MS. McDIARMID:

Q.   What is that claim based on?

A.   That they didn't pay for overtime, and they lowered the pay rate for this year.

Q.   My question is about your allegation

Professional Shorthand Reporters, Inc.
reporters@psrdocs.com

1-504-529-5255
www.psrdocs.com

Felipe de Jesus Suarez-Palafox
Felipe De Jesus Avila-Sota, et al v. South Central Sugar Cane Growers' Association

Page 77

federal de conductor?

A. Yes.

Q. What year did you first get that license?

A. 2018.

Q. Do you use that license for employment in Mexico?

A. No.

Q. Do you work as a truck driver in Mexico?

A. No.

Q. What do you do in Mexico?

A. I have a route truck for a company.

Q. Do you drive the route truck?

A. Yes.

MR. MORTON:

I think it is being translated incorrectly.

THE WITNESS:

It is more like a shuttle bus because we transport employees for the company.

EXAMINATION BY MS. McDIARMID:

Q. Are you talking about your employment in Mexico?

Page 78

A. Yes.

Q. You drive a shuttle bus?

A. Yes.

Q. You are not required to have a licencia federal de conductor to drive the shuttle bus?

A. No, because it is in the same state.

Q. So you haven't used that license in Mexico at any time since 2018?

A. No.

Q. When you got that license in 2018, how often did you have to renew it?

A. Every 4 years.

Q. So have you renewed it twice since getting it?

A. Yes.

Q. How much does the renewal cost?

A. Both things cost around 5,000 pesos.

Q. One renewal is 5,000 pesos?

A. The medical is every 2 years; the license is every 4.

Q. How much does the medical renewal every 2 years cost?

A. Just over 3,000.

Q. Pesos?

Page 79

A. Pesos, yes.

Q. What does just the license renewal cost?

A. The thing is that when I renew my license, it is along with the medical.

Q. So is it your testimony that the combined cost of the medical exam and the license is about 5,000 pesos?

A. Yes.

Q. When was the last time you renewed your license?

A. I don't remember, but I think I have 1 year left. I think it expires this coming year.

Q. So you have probably only renewed your license one time?

A. Two times.

Q. Do you have any receipts for the cost of the medical exam?

A. No.

Q. Do you have any receipts for the license renewal?

A. I don't save them, no.

Q. You mentioned expenses associated with a Mexican passport; is that correct?

Page 80

A. Yes.

Q. And you testified earlier that you first got a Mexican passport in 2018; is that correct?

A. Yes.

Q. How much did it cost to obtain your Mexican passport?

A. I don't recall exactly. It was for 3 years at the time, but I want to say it was upwards of 600 pesos.

Q. Do you remember how many times you have renewed your Mexican passport since you got it in 2018?

A. It is the second time, but this one, I renewed it for 6 years.

Q. And how much did that renewal cost? Is that the one that is 600 pesos?

A. 1,850.

Q. Was it more expensive because you chose to renew it for a longer period?

A. Yes. More years.

Q. Do you have any receipts from obtaining your Mexican passport back in 2018?

A. No.

Q. Do you have receipts for any of the

Professional Shorthand Reporters, Inc.
reporters@psrdocs.com

1-504-529-5255
www.psrdocs.com

Felipe de Jesus Suarez-Palafox
Felipe De Jesus Avila-Sota, et al v. South Central Sugar Cane Growers' Association

Page 101

Q.  You talked earlier about if your truck broke down.

A.  Yes.

Q.  If your truck breaks down, does a mechanic come help you?

A.  Yes.  I would report it, and they would go pick me up wherever I was at.

Q.  And a mechanic would repair the truck?

A.  Yes.

MR. MORTON:
I'm not sure if I have anymore questions.  Can I just take a 5-minute break?

MS. McDIARMID:
Yes.  I have two documents I meant to show him, so I have a couple.  But yes, take your break.

(Recess.)

EXAMINATION BY MR. MORTON:
Q.  I forgot to ask you one question, Mr. Suarez.

You talked earlier about the need for a telephone when you were working for the sugar mill.  I wanted to know whether you had to pay for phone services or whether the company paid

Page 102

for the phone service.

A.  I do.  I pay for it.

Q.  And how much -- was that a monthly fee?

A.  Yes.

Q.  And how much do you pay for phone services when you are working in Louisiana?

A.  $31.

Q.  Is that $31 per month?

A.  Per month.

Q.  And you receive work instructions on that phone?

A.  That is what we use to send evidence of -- of when the vehicle breaks down or that's where they send us locations.

Q.  If you were going to a location you didn't know, who would send you location information?

A.  Dispatch.

Q.  And that is the people at the sugar mill?

MS. McDIARMID:
Object to the form.

THE WITNESS:
Yes.

Page 103

EXAMINATION BY MR. MORTON:
Q.  Did other workers also have to have a local phone?

A.  Yes, we all purchased a phone.

Q.  Do you have an idea of how much others paid for phone service?

A.  No.

Q.  Are you in a shared plan with other workers?

A.  Yes.

Q.  And all of you in the shared plan pay the same amount per month?

A.  Yes.

Q.  When you mentioned sending evidence or directions, is there a service you use to send things over the phone?

A.  A service?  Maybe an app.  Yes, Maps.

Q.  Okay.  You use Maps.

I was wondering, do you use WhatsApp to message?

A.  Yes.

Q.  Is there a group of truck drivers who received messages over WhatsApp?

A.  Yes.

MR. MORTON:

Page 104

I don't have any further questions.

EXAMINATION BY MS. McDIARMID:
Q.  I have just a few more questions.  Sorry.

You testified about a phone service that you pay for to have a phone here in Louisiana, right?

A.  Yes.

Q.  Do you have receipts related to this phone service fee?

A.  I may have one.

Q.  Okay.  Have you submitted those receipts to South Central for reimbursement?

A.  No.

Q.  You also mentioned that you are in a shared plan for phone service with other South Central employees, correct?

A.  Yes.

Q.  How many other employees are in that plan?

A.  We are a total of five.

Q.  Other than the total of five, do you have any idea what any other H2-A South Central worker pays for phone service?

Professional Shorthand Reporters, Inc.
reporters@psrdocs.com

1-504-529-5255
www.psrdocs.com