# EXCERPTS FROM DEPOSITION 30(B)(6) DEPOSITION OF SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC. BY AND THROUGH RICKY GONSOULIN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
VOLUME I, PART II


FELIPE DE JESUS                    )
AVILA-SOTO, et al.                 )
Plaintiffs,                        )
                                   ) CASE NO. 6:24-cv-01392
vs.                                )
                                   ) JUDGE ROBERT R. SUMMERHAYS
SOUTH CENTRAL SUGAR CANE           )
GROWERS' ASSOCIATION,              ) MAGISTRATE JUDGE CAROL B.
INC., et al.                       ) WHITEHURST
Defendants.                        )


ORAL DEPOSITION OF 30(B)(6) WITNESS

RICKY GONSOULIN

April 9, 2026


ORAL DEPOSITION OF RICKY GONSOULIN, produced as a witness at the instance of the Plaintiffs and duly sworn, was taken in the above-styled and numbered cause on April 9, 2026, from 3:57 p.m. to 4:55 p.m., before Sasha S. Brooks, Certified Shorthand Reporter in and for the State of Texas, reported by computerized stenotype machine via Zoom video conferencing, pursuant to the Texas Rules of Civil Procedure and the provisions stated on the record or attached hereto.

Page 222

designate somebody else to -- on this topic?

MR. DAVIS: No, we don't have to. We're accurate in our objections. You asked whether Mr. Gonsoulin was aware of what-have-you with these advances or whatever you're talking about. He's clearly said -- he said, oh, I'm not aware of that issue. So we -- we thought that that was clear. We have not stopped you. He's the right witness.

Q (By Mr. Knoepp) Mr. Gonsoulin, did you review any -- any documents concerning reimbursements to prepare for today's deposition?

A. **Repeat the question, Mr. Jim.**

Q. Did you review any documents related to reimbursements provided to truck drivers in order to prepare for today's deposition?

A. **I did not.**

Q. Do you know whether the H-2A truck drivers were reimbursed for any expenses they may have incurred for medical examinations related to their commercial driver's licenses?

A. **I am not aware of that.**

Q. Were truck drivers reimbursed by South Central for any expenses associated with medical examinations?

A. **Again, I'm not aware of that reimbursement**

Page 223

**policy.**

Q. Does South Central reimburse H-2A truck drivers for any expenses that they incur associated -- that may be associated with their employment at South Central?

A. **Yes, John Dees, as a contract labor recruiter, reimburses some employees for the expenses incurred getting to the work site.**

Q. Does Great Labor reimburse South Central's truck drivers for any expenses that they incur related to their commercial driver's licenses?

A. **I'm not aware of that specific reimbursement.**

Q. And does Great Labor reimburse South Central's H-2A truck drivers for any expenses they incur related to medical examinations for -- to maintain their commercial driver's licenses?

A. **I'm not aware of that as well.**

Q. Did you review any documents related to reimbursements for medical exams?

A. **I did not.**

MR. DAVIS: And, Counsel, we certainly don't want to disrupt, but we certainly do re-urge the foundation objection. And we understood that you were going to take the finance and money questions

Page 224

from the witnesses that we designated. And we remind you that we marked Exhibit A this morning.

MR. KNOEPP: And I would remind you of topic number 22 in the deposition notice, and topic number 23.

Q (By Mr. Knoepp) So, Mr. Gonsoulin, what was South Central's policy with respect to reimbursing truck drivers for any expenses they may have incurred to purchase telephones and monthly telephone service while working in Louisiana?

MR. DAVIS: Objection. Counsel, I understood your meaning in your last response. Certainly, again, we're not stopping --

MR. KNOEPP: Do you have an objection to the form of the question? Please just state the objections to the form of the question so that we're not littering this deposition transcript with these speaking objections. You've done it all day long. It's tiresome. So let the witness answer the question. Note your objections to the form and move on.

MR. DAVIS: You may have forgotten that in our conferences, we designated multiple witnesses on the money issues.

And so, again, you can proceed, but my

Page 225

understanding was you had two other witnesses that you were going to ask this, but go ahead.

A. **The management team is in charge of working on these deductions and payroll.**

Q (By Mr. Knoepp) So do you know whether or not truck drivers are reimbursed for any expenses associated with Louisiana cell phone purchases?

A. **I do not.**

Q. Do you know whether truck drivers are reimbursed for any expenses incurred to maintain monthly cell phone service that works in Louisiana?

A. **I do not.**

Q. I don't have any further questions for you, Mr. Gonsoulin, as the designee for the topics you were designated for.

MR. DAVIS: Thanks, Counsel. With respect to the last few questions about the money, are you intending to proceed with the finance people?

MR. KNOEPP: Of course.

MR. DAVIS: Okay.

MR. KNOEPP: But the issue, Brandon, is this: Topics 22 and 23 were the practices and policies in place to reimburse H-2A workers for different expenses. And the witness was not prepared to answer those questions today.