UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FELIPE DE JESUS AVILA-SOTO, et al. <br><br> Plaintiffs, <br><br> v. <br><br><br> SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC., et al. <br><br> Defendants. | Case No. 6:24-cv-01392 <br><br> JUDGE ROBERT R. SUMMERHAYS <br><br> MAGISTRATE JUDGE CAROL B. WHITEHURST |

**NOTICE OF FILING CONSENTS TO JOIN FLSA COLLECTIVE ACTION**

Pursuant to 29 U.S.C. § 216(b), the following individuals hereby file their consents to

join this Fair Labor Standards Act Collective Action:

15. Carlos Alberto Muñoz Mendoza
16. Alfredo Garcia Hernandez
17. Sergio Enrique Pérez Castro
18. Jose Manuel Aranda Rodriguez
19. Felipe Rosado Naranjo.

Respectfully submitted,

**/s/ James M. Knoepp**
James M. Knoepp* (Lead Attorney)
South Carolina Bar No. 102757
*Admitted Pro Hac Vice*
1612 Crestwood Drive
Columbia, SC 29205
Telephone: (828) 379-3169
Email: jim@dawsonmorton.com

**/s/ Dawson Morton**
Dawson Morton
California Bar No. 320811
*Admitted Pro Hac Vice*
1808 Sixth St.
Berkeley, CA 94710
Phone: (404) 590-1295

1

Email:  dawson@dawsonmorton.com

**/s/ Daniel Davis**
Daniel Davis, LA Bar No. 30141
Estes Davis Law, LLC
4465 Bluebonnet Blvd, Suite A
Baton Rouge, LA 70809
Telephone: (225) 336-3394
Fax: (225) 384-5419
Email:  dan@estesdavislaw.com

2