# FLSA CONSENT TO SUE FORM

I hereby give my consent to sue South Central Sugar Cane Growers' Association, Inc. and Sterling Sugars, LLC for wages that may be owed to me under the Fair Labor Standards Act. I hereby authorize James Knoepp, Dawson Morton, and Daniel Davis, as well as any other attorneys they may associate with, to represent me for all purposes in this Fair Labor Standards Act action.

I hereby designate the collective action representatives as my agents to make decisions on my behalf concerning this litigation, including the method and manner of conducting this litigation, entering into settlement agreements, and all other matters concerning this lawsuit.

_Carlos A. m._
SIGNATURE

_Carlos A. m._
DATE

_Carlos Alberto muñoz mendoza_
NAME

## CONSENTIMIENTO PARA ACCIÓN FLSA

Por este medio doy mi consentimiento para demandar a South Central Sugar Cane Growers' Association, Inc. y Sterling Sugars, LLC por pagos que tal vez se me deban bajo la Ley de Normas Laborales Justas. Por este medio autorizo a James Knoepp, Dawson Morton, y Daniel Davis, juntos con otros abogados con los cuales ellos puedan asociar, para que me representen para todos los propósitos en esta acción bajo la Ley de Normas Laborales Justas.

Por este medio doy permiso a los representantes de la acción colectiva para que actúen como mis agentes para hacer las decisiones a mi favor en relación a esta demanda, incluyendo el método y la manera de conducir esta demanda, llegar a un arreglo, y cualquier otro asunto en relación a esta demanda.

_Carlos A. m._
FIRMA

_Carlos A. m._
FECHA

_Carlos Alberto muñoz mendoza_
NOMBRE

# FLSA CONSENT TO SUE FORM

I hereby give my consent to sue South Central Sugar Cane Growers' Association, Inc. and Sterling Sugars, LLC for wages that may be owed to me under the Fair Labor Standards Act. I hereby authorize James Knoepp, Dawson Morton, and Daniel Davis, as well as any other attorneys they may associate with, to represent me for all purposes in this Fair Labor Standards Act action.

I hereby designate the collective action representatives as my agents to make decisions on my behalf concerning this litigation, including the method and manner of conducting this litigation, entering into settlement agreements, and all other matters concerning this lawsuit.

_Alfredo Garcia_
SIGNATURE

15 / 06 / 2026
DATE

ALFREDO GARCIA HERNANDEZ
NAME

## CONSENTIMIENTO PARA ACCIÓN FLSA

Por este medio doy mi consentimiento para demandar a South Central Sugar Cane Growers' Association, Inc. y Sterling Sugars, LLC por pagos que tal vez se me deban bajo la Ley de Normas Laborales Justas. Por este medio autorizo a James Knoepp, Dawson Morton, y Daniel Davis, juntos con otros abogados con los cuales ellos puedan asociar, para que me representen para todos los propósitos en esta acción bajo la Ley de Normas Laborales Justas.

Por este medio doy permiso a los representantes de la acción colectiva para que actúen, como mis agentes para hacer las decisiones a mi favor en relación a esta demanda, incluyendo el método y la manera de conducir esta demanda, llegar a un arreglo, y cualquier otro asunto en relación a esta demanda.

_Alfredo Garcia_
FIRMA

15 / 06 / 2026
FECHA

ALFREDO GARCIA HERNANDEZ
NOMBRE

## FLSA CONSENT TO SUE FORM

I hereby give my consent to sue South Central Sugar Cane Growers' Association, Inc. and Sterling Sugars, LLC for wages that may be owed to me under the Fair Labor Standards Act. I hereby authorize James Knoepp, Dawson Morton, and Daniel Davis, as well as any other attorneys they may associate with, to represent me for all purposes in this Fair Labor Standards Act action.

I hereby designate the collective action representatives as my agents to make decisions on my behalf concerning this litigation, including the method and manner of conducting this litigation, entering into settlement agreements, and all other matters concerning this lawsuit.

_____            _____
SIGNATURE                                    DATE

_____
NAME

## CONSENTIMIENTO PARA ACCIÓN FLSA

Por este medio doy mi consentimiento para demandar a South Central Sugar Cane Growers' Association, Inc. y Sterling Sugars, LLC por pagos que tal vez se me deban bajo la Ley de Normas Laborales Justas. Por este medio autorizo a James Knoepp, Dawson Morton, y Daniel Davis, juntos con otros abogados con los cuales ellos puedan asociar, para que me representen para todos los propósitos en esta acción bajo la Ley de Normas Laborales Justas.

Por este medio doy permiso a los representantes de la acción colectiva para que actúen como mis agentes para hacer las decisiones a mi favor en relación a esta demanda, incluyendo el método y la manera de conducir esta demanda, llegar a un arreglo, y cualquier otro asunto en relación a esta demanda.

_____            15/06/2026
FIRMA                                        _____
                                             FECHA

Sergio Enrique Pérez Castro
_____
NOMBRE

## FLSA CONSENT TO SUE FORM

I hereby give my consent to sue South Central Sugar Cane Growers' Association, Inc. and Sterling Sugars, LLC for wages that may be owed to me under the Fair Labor Standards Act. I hereby authorize James Knoepp, Dawson Morton, and Daniel Davis, as well as any other attorneys they may associate with, to represent me for all purposes in this Fair Labor Standards Act action.

I hereby designate the collective action representatives as my agents to make decisions on my behalf concerning this litigation, including the method and manner of conducting this litigation, entering into settlement agreements, and all other matters concerning this lawsuit.

_____          _____
SIGNATURE                                                              DATE

_____
NAME

## CONSENTIMIENTO PARA ACCIÓN FLSA

Por este medio doy mi consentimiento para demandar a South Central Sugar Cane Growers' Association, Inc. y Sterling Sugars, LLC por pagos que tal vez se me deban bajo la Ley de Normas Laborales Justas. Por este medio autorizo a James Knoepp, Dawson Morton, y Daniel Davis, juntos con otros abogados con los cuales ellos puedan asociar, para que me representen para todos los propósitos en esta acción bajo la Ley de Normas Laborales Justas.

Por este medio doy permiso a los representantes de la acción colectiva para que actúen como mis agentes para hacer las decisiones a mi favor en relación a esta demanda, incluyendo el método y la manera de conducir esta demanda, llegar a un arreglo, y cualquier otro asunto en relación a esta demanda.

*José Manuel aranda rodriguez*                   06 / 15 / 2026
_____          _____
FIRMA                                                              FECHA

Jose Aranda Rodriguez
_____
NOMBRE

Doc ID: 75b8f38757a4f80fcc173d070b13f5475edb9193

## FLSA CONSENT TO SUE FORM

I hereby give my consent to sue South Central Sugar Cane Growers' Association, Inc. and Sterling Sugars, LLC for wages that may be owed to me under the Fair Labor Standards Act. I hereby authorize James Knoepp, Dawson Morton, and Daniel Davis, as well as any other attorneys they may associate with, to represent me for all purposes in this Fair Labor Standards Act action.

I hereby designate the collective action representatives as my agents to make decisions on my behalf concerning this litigation, including the method and manner of conducting this litigation, entering into settlement agreements, and all other matters concerning this lawsuit.

_____                _____
SIGNATURE                                        DATE

_____
NAME

## CONSENTIMIENTO PARA ACCIÓN FLSA

Por este medio doy mi consentimiento para demandar a South Central Sugar Cane Growers' Association, Inc. y Sterling Sugars, LLC por pagos que tal vez se me deban bajo la Ley de Normas Laborales Justas. Por este medio autorizo a James Knoepp, Dawson Morton, y Daniel Davis, juntos con otros abogados con los cuales ellos puedan asociar, para que me representen para todos los propósitos en esta acción bajo la Ley de Normas Laborales Justas.

Por este medio doy permiso a los representantes de la acción colectiva para que actúen como mis agentes para hacer las decisiones a mi favor en relación a esta demanda, incluyendo el método y la manera de conducir esta demanda, llegar a un arreglo, y cualquier otro asunto en relación a esta demanda.

_Felipe Rosado_                                  06 / 15 / 2026
_____                _____
FIRMA                                            FECHA

Felipe Rosado Naranjo
_____
NOMBRE

Doc ID: e88e071dd9ecfe344a20eb2a900852872343fd2f