UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| FELIPE DE JESUS AVILA-SOTO, et al. | ) ) ) | Case No. 6:24-cv-01392 |
| Plaintiffs, | ) ) | |
| v. | ) ) | JUDGE ROBERT R. SUMMERHAYS |
| | ) ) | MAGISTRATE JUDGE CAROL B. WHITEHURST |
| SOUTH CENTRAL SUGAR CANE GROWERS' ASSOCIATION, INC., et al. | ) ) ) | |
| Defendants. | ) ) ) | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY**

Plaintiffs hereby request leave to file a Reply in response to Defendants' Memorandum in

Opposition, ECF No. 133, filed in opposition to Plaintiffs' Motion for Partial Summary

Judgment Regarding Violations of the Fair Labor Standards Act, for Breach of Employment

Contracts, and for Violations of the Louisiana Wage Payment Act, ECF No. 119. Plaintiffs wish

to respond to several issues raised by Defendants in their opposition, as more fully set forth in

the attached proposed reply.

Respectfully submitted,

**/s/ James M. Knoepp**
James M. Knoepp* (Lead Attorney)
South Carolina Bar No. 102757
*Admitted Pro Hac Vice*
1612 Crestwood Drive
Columbia, SC 29205
Telephone: (828) 379-3169
Email: jim@dawsonmorton.com

**/s/ Dawson Morton**
Dawson Morton
California Bar No. 320811
*Admitted Pro Hac Vice*

1

1808 Sixth St.
Berkeley, CA 94710
Phone: (404) 590-1295
Email: dawson@dawsonmorton.com

**/s/ Daniel Davis**
Daniel Davis, LA Bar No. 30141
Estes Davis Law, LLC
4465 Bluebonnet Blvd, Suite A
Baton Rouge, LA 70809
Telephone: (225) 336-3394
Fax: (225) 384-5419
Email: dan@estesdavislaw.com

2