UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

_____
                                        )
FELIPE DE JESUS AVILA-SOTO,  et al.    )
                                        )         Case No. 6:24-cv-01392
        Plaintiffs,                     )
                                        )         JUDGE ROBERT R. SUMMERHAYS
v.                                      )
                                        )         MAGISTRATE JUDGE CAROL B.
                                        )         WHITEHURST
SOUTH CENTRAL SUGAR CANE                )
GROWERS' ASSOCIATION, INC., et al.     )
                                        )
        Defendants.                     )
_____ )

The Court has reviewed Plaintiffs' Motion for Leave to File a Reply in Support of their

Motion for Partial Summary Judgment Regarding Violations of the Fair Labor Standards Act, for

Breach of Employment Contracts, and for Violations of the Louisiana Wage Payment Act.

IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED. The clerk is

ORDERED to file Plaintiffs' Reply, attached to their Motion, on the docket.


Entered this _____ day of _____, _____.


                                        _____
                                        UNITED STATES DISTRICT COURT
                                        WESTERN DISTRICT OF LOUISIANA